**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Broadcasting Companies, Inc., *et al.*,<br>*Plaintiffs*,<br>v.<br>Federal Communications Commission, *et al.*,<br>*Defendants*. | Civil Case No. 1:26-cv-2902<br><br>**EMERGENCY HEARING RESPECTFULLY REQUESTED** |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 65.1, Plaintiffs, by undersigned counsel, respectfully moves for the immediate issuance of a temporary restraining order (and subsequent issuance of a preliminary injunction) enjoining Defendants and their officers, agents, and employees subject to their supervision, direction, and control from (1) taking any continuing or further action against Plaintiffs in relation to the early license renewal proceedings before the Federal Communications Commission, including issuing a Hearing Designation Order, and (2) taking any actions, formal or informal, to coerce or threaten Plaintiffs with sanctions in an effort to alter their exercise of editorial discretion. Emergency relief is necessary due to ongoing, exigent, and irreparable injuries that the requested temporary restraining order and preliminary injunction are intended to prevent. Plaintiffs respectfully request that the Court dispense with the security referenced in Federal Rule of Civil Procedure 65(c) for reasons stated in its memorandum in support of this motion.

The grounds for this motion are set forth in the Complaint, the attached Memorandum of Points and Authorities, and supporting Declarations and Exhibits. A proposed order and certification of compliance with Local Civil Rule 65.1 are attached hereto.

Dated: August 18, 2026

Respectfully submitted,

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (D.C. Bar No. 462561)
Jenna P. Swarbrick (D.C. Bar No. 1614398)
Daniel Epps (*pro hac vice pending*,
D.C. Bar No. 1002523)
Luke Churchill (*pending admission*,
D.C. Bar No. 90020985)
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com
depps@wilkinsonstekloff.com
lchurchill@wilkinsonstekloff.com

Caroline Li (*pending admission,*
D.C. Bar No.1779285)
**WILKINSON STEKLOFF LLP**
130 W 42nd St., 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
cli@wilkinsonstekloff.com

By: */s/ Paul D. Clement*
Paul D. Clement (D.C. Bar No. 433215)
Jeffrey C. Thalhofer (D.C. Bar No. 1658324)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
jeff.thalhofer@clementmurphy.com

*Counsel for Plaintiffs American Broadcasting Companies, Inc.; The Walt Disney Company; KABC Television, LLC; KFSN Television, LLC; KGO Television, Inc.; KTRK Television, Inc.; WABC Television (New York), LLC; WLS Television, Inc.; WPVI Television (Philadelphia), LLC; and WTVD Television, LLC.*