**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Broadcasting Companies, Inc. *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Federal Communications Commission, *et al.*,<br><br>*Defendants*. | Civil Case No. 1:26-cv-2902 |

**DECLARATION OF BETH A. WILKINSON IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

I, BETH A. WILKINSON, declare as follows:

1. I am over the age of eighteen and fully competent to make this declaration. I am a Partner at Wilkinson Stekloff LLP. If called upon to testify as to the facts set forth herein, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a March 1, 2002 letter from Robert Baker, Chief, Office of Political Programming, Policy and Rules Division, Mass Media Bureau, FCC, to ABC, Inc.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a September 18, 2020 transcript titled "Donald Trump Campaign Rally Speech Bemidji, Minnesota," published on *Rev* as downloaded from *Rev*'s website available at https://www.rev.com/transcripts/donald-trump-campaign-rally-speech-bemidji-minnesota-transcript-september-18 [https://perma.cc/QX2E-L5K4].

4. Attached hereto as **Exhibit 3** is a true and correct copy of a January 16, 2024 transcript titled "Donald Trump Holds a Political Rally in Atkinson, New Hampshire," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-political-rally-atkinson-new-hampshire-january-16-2024 [https://perma.cc/M3JD-AC2S].

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Truth Social post made on July 4, 2024 at 5:20 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/112730309444375245 [https://perma.cc/WK45-QUTC].

6. Attached hereto as **Exhibit 5** is a true and correct copy of a September 4, 2024 transcript titled "Interview: Sean Hannity Hosts A Town Hall With Donald Trump In Harrisburg, Pennsylvania," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-interview-sean-hannity-town-hall-fox-news-september-4-2024 [https://perma.cc/FL7L-WEQ2].

7. Attached hereto as **Exhibit 6** is a true and correct copy of a September 11, 2024 transcript titled "Interview: Donald Trump Calls Into Fox And Friends For An Interview After The Debate," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-interview-fox-friends-telephone-interview-september-11-2024 [https://perma.cc/GEL9-ZGAU].

8. Attached hereto as **Exhibit 7** is a true and correct copy of a Truth Social post made on September 11, 2024 at 11:17 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/113122412674234582 [https://perma.cc/M8A2-S8MN].

9. Attached hereto as **Exhibit 8** is a true and correct copy of a September 11, 2024 article by Laura Barrón-López & Winston Wilde titled "Key Takeaways And Highlights From The Contentious Presidential Debate," published by *PBS News Hour*, as downloaded from *PBS News*'s website available at https://www.pbs.org/newshour/show/key-takeaways-and-highlights-from-the-contentious-presidential-debate [https://perma.cc/8GD8-MMLH].

10. Attached hereto as **Exhibit 9** is a true and correct copy of a September 12, 2024 transcript titled "Donald Trump Holds A Campaign Event In Tucson, Arizona," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-economy-tucson-arizona-september-12-2024 [https://perma.cc/97XN-44GP].

11. Attached hereto as **Exhibit 10** is a true and correct copy of a Truth Social post made on September 12, 2024 at 7:40 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/113127223252339012 [https://perma.cc/M7Q6-8C2E].

12. Attached hereto as **Exhibit 11** is a true and correct copy of an October 10, 2024 article by Michelle L. Price, Jill Colvin, & Will Weissert titled "Trump Lashes Out At Harris, 'The View' Co-Hosts In Pa. Rally As Hurricane Milton Makes Landfall," published by *Fox 29 Philadelphia*, as downloaded from *Fox 29 Philadelphia*'s website available at https://www.fox29.com/news/trump-lashes-out-harris-the-view-co-hosts-pa-rally-hurricane-milton-makes-landfall [https://perma.cc/WQ5J-ZGUC].

13. Attached hereto as **Exhibit 12** is a true and correct copy of a Truth Social post made on October 10, 2024 at 10:04 a.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/113283503091876611 [https://perma.cc/A8YY-KARP].

14. Attached hereto as **Exhibit 13** is a true and correct copy of an October 11, 2024 transcript titled "Donald Trump Holds A Campaign Rally In Reno, Nevada," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-rally-reno-nevada-october-11-2024 [https://perma.cc/54RM-FH2T].

15. Attached hereto as **Exhibit 14** is a true and correct copy of an October 25, 2024 transcript titled "Donald Trump Holds A Campaign Rally In Traverse City, Michigan," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-rally-traverse-city-michigan-october-25-2024 [https://perma.cc/WD4Z-EUQ2].

16. Attached hereto as **Exhibit 15** is a true and correct copy of an October 31, 2024 transcript titled "Donald Trump Holds A Campaign Rally In Henderson, Nevada," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-campaign-rally-henderson-nevada-october-31-2024 [https://perma.cc/F3JC-2M2H].

17. Attached hereto as **Exhibit 16** is a true and correct copy of a November 17, 2024 article by David Folkenflik titled "Trump Taps FCC's Brendan Carr To Lead The Agency," published by *NPR*, as downloaded from *NPR*'s website available at https://www.npr.org/2024/11/17/nx-s1-5193064/fcc-chair-brendan-carr-trump [https://perma.cc/6WEU-K9HV].

18. Attached hereto as **Exhibit 17** is a true and correct copy of a November 25, 2024 article by Kristen Altus titled "Americans Have Lived Under An Unprecedented Surge Of Censorship, Says FCC Chair Nominee," published by *Fox Business*, as downloaded from *Fox Business*'s website available at https://www.foxbusiness.com/media/trumps-pick-fcc-chairman-vows-take-very-hard-look-broadcast-operations-soros-radio-takeover [https://perma.cc/FUM3-Y299].

19. Attached hereto as **Exhibit 18** is a true and correct copy of a February 27, 2025 Press Release titled "RSC And FCC Chairman Carr Join Forces To Combat Liberal Media Bias And Expanding Regulatory Reforms," published by *Republican Study Committee*, as downloaded from *Republican Study Committee*'s website available at https://rsc-pfluger.house.gov/media/press-releases/rsc-and-fcc-chairman-carr-join-forces-combat-liberal-media-bias-and-expanding#:~:text=%23%20RSC%20and%20FCC%20Chairman%20Carr%20Join%20Forces%20to%20Combat%20Liberal%20Media%20Bias%20and%20Expanding%20Regulatory%20Reforms [https://perma.cc/5M4S-KG5E].

20. Attached hereto as **Exhibit 19** is a true and correct copy of an X post made on May 16, 2025 by user @BrendanCarrFCC, which upon information and belief is an account owned by Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/1923355671036035101 [https://perma.cc/9FFV-64WC].

21. Attached hereto as **Exhibit 20** is a true and correct copy of a July 23, 2025 article by Lindsay Kornick titled "White House Warns 'The View' Could Be Canceled Next After Joy Behar's Anti-Trump Rant," published by *Fox News*, as downloaded from *Fox News*'s website available at https://www.foxnews.com/media/white-house-warns-the-view-could-canceled-next-after-joy-behars-anti-trump-rant [https://perma.cc/X2DN-5X6E].

22. Attached hereto as **Exhibit 21** is a true and correct copy of a July 24, 2025 article by Rachel del Guidice titled "FCC Chairman Sounds Clarion Call To Return To 'Unbiased, Trustworthy Journalism,'" published by *Fox News*, as downloaded from *Fox News*'s website available at https://www.foxnews.com/media/fcc-chairman-sounds-clarion-call-return-unbiased-trustworthy-journalism [https://perma.cc/MKW3-ZZ3G].

23. Attached hereto as **Exhibit 22** is a true and correct copy of a Truth Social post made on August 24, 2025 at 9:59 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115086929873163909 [https://perma.cc/4DMG-KKG8].

24. Attached hereto as **Exhibit 23** is a true and correct copy of a Truth Social post made on August 24, 2025 at 10:58 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115087160158530143 [https://perma.cc/C48H-XQEP].

25. Attached hereto as **Exhibit 24** is a true and correct copy of a September 17, 2025 article by Jasmine Baehr titled "FCC Chair Brendan Carr Defends ABC Affiliates Pulling Jimmy Kimmel Show After Monologue About Charlie Kirk," published by *Fox News*, as downloaded from *Fox News*'s website available at https://www.foxnews.com/media/fcc-chair-brendan-carr-defends-abc-affiliates-pulling-jimmy-kimmel-show-after-monologue-mocking-charlie-kirk [https://perma.cc/6A9J-65WZ].

26. Attached hereto as **Exhibit 25** is a true and correct copy of a Truth Social post made on September 17, 2025 at 8:04 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115222372625104790 [https://perma.cc/GT3P-LZD3].

27. Attached hereto as **Exhibit 26** is a true and correct copy of a Truth Social post made on September 23, 2025 at 10:35 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115256938634035559 [https://perma.cc/3P4S-PP8N].

28. Attached hereto as **Exhibit 27** is a true and correct copy of a Truth Social post made on October 5, 2025 at 7:19 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115324116995053528 [https://perma.cc/J7SP-32CY].

29. Attached hereto as **Exhibit 28** is a true and correct copy of an X post made on November 15, 2025 at 7:28 p.m. Eastern Time by user @BrendanCarrFCC, which upon information and belief is an account owned by Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/1989853016174866891 [https://perma.cc/MAM3-YJVC].

30. Attached hereto as **Exhibit 29** is a true and correct copy of a November 18, 2025 transcript titled "President Trump Holds A Bilat With Mohammed Bin Salman Of Saudi Arabia," published by the *Senate Democratic Caucus*, as downloaded from the *Senate Democrats*' website available at https://www.democrats.senate.gov/newsroom/trump-transcripts/transcript-president-trump-holds-a-bilat-with-mohammed-bin-salman-of-saudi-arabia-111825 [https://perma.cc/2CTN-A58E].

31. Attached hereto as **Exhibit 30** is a true and correct copy of a November 19, 2025 press release titled "ABC 'News' Is Fake News," published by *The White House*, as downloaded from *The White House*'s website available at https://www.whitehouse.gov/releases/2025/11/abc-news-is-fake-news [https://perma.cc/HN72-CB22].

32. Attached hereto as **Exhibit 31** is a true and correct copy of a Truth Social post made on November 23, 2025 at 4:58 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115601252711182007 [https://perma.cc/KFS6-DJ8V].

33. Attached hereto as **Exhibit 32** is a true and correct copy of a December 15, 2025 article by Byron Tau titled "How An AM Radio Station In California Weathered The Trump Administration's Assault On Media," published by *Associated Press*, as downloaded from *Associated Press*'s website available at https://www.ap.org/news-highlights/spotlights/2025/how-an-am-radio-station-in-california-weathered-the-trump-administrations-assault-on-media [https://perma.cc/QHY7-VXBR].

34. Attached hereto as **Exhibit 33** is a true and correct copy of a Truth Social post made on December 24, 2025 at 12:23 a.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115772871198579287 [https://perma.cc/G6HT-4H2Y].

35. Attached hereto as **Exhibit 34** is a true and correct copy of a Truth Social post made on December 24, 2025 at 12:36 a.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/115772922954148853 [https://perma.cc/6MJX-Y4R8].

36. Attached hereto as **Exhibit 35** is a true and correct copy of a 2026 webpage titled "Media Offender: ABC News, The White House," published by *The White House*, as downloaded from *The White House*'s website available at https://www.whitehouse.gov/media-bias-publication/abc-news [https://perma.cc/B449-B9U3].

37. Attached hereto as **Exhibit 36** is a true and correct copy of a January 29, 2026 article by John Hendel titled "Talk Radio Isn't A Target of FCC's 'Equal Time' Notice, Brendan Carr Says," published by *Politico*, as downloaded from *Politico*'s website available at https://www.politico.com/news/2026/01/29/talk-radio-isnt-a-target-of-fccs-equal-time-memo-brendan-carr-says-00755660 [https://perma.cc/UU87-5L9N].

38. Attached hereto as **Exhibit 37** is a true and correct copy of an X post made on March 14, 2026 at 12:24 p.m. Eastern Time by user @BrendanCarrFCC, which upon information and belief is an account owned by Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/2032855414233047172?lang=en [https://perma.cc/VFL3-QNA9].

39. Attached hereto as **Exhibit 38** is a true and correct copy of a March 28, 2026 article by Ryan Mancini titled "FCC's Brendan Carr: Trump Is 'Winning' Against 'Fake News Media,'" published by *The Hill*, as downloaded from *The Hill*'s website available at https://thehill.com/homenews/media/5805710-brendan-carr-fcc-donald-trump-media-feud-cpac [https://perma.cc/2PYM-7RA4].

40. Attached hereto as **Exhibit 39** is a true and correct copy of a Truth Social post made on April 27, 2026 at 1:26 p.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/116477838570626860 [https://perma.cc/6QGQ-C4NH].

41. Attached hereto as **Exhibit 40** is a true and correct copy of an April 27, 2026 article by Shawn McCreesh titled "President And First Lady Demand ABC Fire Jimmy Kimmel Over 'Widow' Joke," published by *The New York Times*, as downloaded from *The New York Times*'s website available at https://www.nytimes.com/2026/04/27/us/politics/trump-jimmy-kimmel-abc-widow-joke.html [https://perma.cc/BUQ9-4PS4].

42. Attached hereto as **Exhibit 41** is a true and correct copy of an April 28, 2026 order issued by David J. Brown, Chief, Video Division, Media Bureau, FCC, in *In re The Walt Disney Company, American Broadcasting Company et al.*, DA 26-416, as downloaded from the FCC's website available at https://docs.fcc.gov/public/attachments/DA-26-416A1.pdf [https://perma.cc/NMV3-C3NE].

43. Attached hereto as **Exhibit 42** is a true and correct copy of a Truth Social post made on April 30, 2026 at 9:25 a.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/116493880308071365 [https://perma.cc/DGU6-JR5C].

44. Attached hereto as **Exhibit 43** is a true and correct copy of a May 11, 2026 letter from Anna M. Gomez, Commissioner, FCC, to Josh D'Amaro, CEO, Walt Disney Company, as downloaded from the FCC's website available at https://docs.fcc.gov/public/attachments/DOC-421580A1.pdf [https://perma.cc/3VWL-TB6E].

45. Attached hereto as **Exhibit 44** is a true and correct copy of a May 15, 2026 article by Anna Nicolaou titled "'The US Needed A Shock To The System': Brendan Carr, Media Watchdog," published by *Financial Times*, as downloaded from the *Financial Times*'s website available at https://www.ft.com/content/d62d3361-a337-4e2c-ab6b-afb791ba566f?syn-25a6b1a6=1 [https://perma.cc/YN3E-MGQ6].

46. Attached hereto as **Exhibit 45** is a true and correct copy of a May 29, 2026 Public Notice DA 26-541 issued by the FCC titled "FCC's Media Bureau Establishes Pleading Cycle And Ex Parte Procedures For The Early Renewal Applications Of The Walt Disney Company's ABC Licenses," as downloaded from the FCC's website available at https://docs.fcc.gov/public/attachments/DA-26-541A1.pdf [https://perma.cc/WCQ8-QFNX].

47. Attached hereto as **Exhibit 46** is a true and correct copy of a July 15, 2026 article by Kelcee Griffis titled "FCC Near Rulings Against Disney Over 'The View,' TV Licenses," published by *Bloomberg*, as downloaded from *Bloomberg*'s website available at https://www.bloomberg.com/news/articles/2026-07-15/fcc-nearing-rulings-against-disney-over-the-view-tv-licenses [https://perma.cc/MWK2-XS7T].

48. Attached hereto as **Exhibit 47** is a true and correct copy of a July 16, 2026 article by Aaron Pellish titled "Trump Calls For Revocation Of ABC, NBC Licenses Over Speech Snub," published by *Politico*, as downloaded from *Politico*'s website available at https://www.politico.com/news/2026/07/16/trump-calls-for-revocation-of-abc-nbc-licenses-over-speech-snub-01002580 [https://perma.cc/L3G5-E72K].

49. Attached hereto as **Exhibit 48** is a true and correct copy of a July 16, 2026 article by Brian Stelter titled "Here's How The TV Networks Handled Trump's Highly Unusual Prime-Time Address," published by *CNN*, as downloaded from *CNN*'s website available at https://www.cnn.com/2026/07/16/media/trump-election-address-cbs-abc-nbc-fox-networks [https://perma.cc/FDB4-VLCY].

50. Attached hereto as **Exhibit 49** is a true and correct copy of a July 16, 2026 transcript titled "Speech: Donald Trump Delivers A Primetime Address To The Nation - July 16, 2026," published by *Roll Call Factbase*, as downloaded from *Roll Call*'s website available at https://rollcall.com/factbase/trump/transcript/donald-trump-speech-primetime-address-white-house-july-16-2026 [https://perma.cc/227P-G5R7].

51. Attached hereto as **Exhibit 50** is a true and correct copy of a July 22, 2026 letter from Center for Individual Freedom et al., to Brendan Carr, Chairman, FCC, as downloaded from the FCC's Electronic Comment Filing System available at https://www.fcc.gov/ecfs/document/26110043114/1 [https://perma.cc/X5HC-SK9J].

52. Attached hereto as **Exhibit 51** is a true and correct copy of a July 22, 2026 article by Todd Spangler titled "FCC Chair Says ABC's Decision To Not Broadcast Trump Speech Live Will Be Part of Agency's Review Of Station Licenses," published by *Variety*, as downloaded from *Variety*'s website available at https://variety.com/2026/tv/news/fcc-abc-trump-speech-review-station-licenses-1236818342 [https://perma.cc/6ZF2-G7E3].

53. Attached hereto as **Exhibit 52** is a true and correct copy of a July 28, 2026 Opposition to Petitions to Deny filed by Former FCC Chairs, Commissioners, Chiefs of Staff, General Counsels, and Bureau Chiefs in *In re The Walt Disney Co., American Broadcasting Co., et al.*, MB Docket No. 26-131, as downloaded from the FCC's Electronic Comment Filing System available at https://www.fcc.gov/ecfs/document/26110060005/1 [https://perma.cc/KXZ8-5CAH].

54. Attached hereto as **Exhibit 53** is a true and correct copy of a July 31, 2026 article by Alisa Vasquez, titled "Full Transcript: Chairman Of The Federal Communications Commission Brendan Carr," published by *Politico*, as downloaded from *Politico*'s website available at https://www.politico.com/blogs/politico-press/2026/07/31/full-transcript-chairman-of-the-federal-communications-commission-brendan-carr-01020589 [https://perma.cc/3RKM-2L3S].

55. Attached hereto as **Exhibit 54** is a true and correct copy of a July 31, 2026 transcript titled "Trump Blurted Out Vile Plot To Censor ABC—And It Backfired," published by *The New Republic*, as downloaded from *The New Republic*'s website available at https://newrepublic.com/article/213804/transcript-trump-blurted-vile-plot-censor-abc-and-backfired [https://perma.cc/EC2Z-JEM7].

56. Attached hereto as **Exhibit 55** is a true and correct copy of an X post made on August 3, 2026 at 2:53 p.m. Eastern Time by user @BrendanCarrFCC, which upon information and belief is an account owned by Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/2084352018743730680 [https://perma.cc/A3VD-E5MQ].

57. Attached hereto as **Exhibit 56** is a true and correct copy of an August 5, 2026 article by John Hendel titled "Sen. Kennedy: 'Sometimes The FCC Scares Me Right Now,'" published by *Politico*, as downloaded from *Politico*'s website available at https://www.politico.com/live-updates/2026/08/05/congress/sen-kennedy-sometimes-the-fcc-scares-me-right-now-01026074 [https://perma.cc/RR5W-9RVK].

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on this 17th day of August, 2026,

By: [signature]
Beth A. Wilkinson