# WILKINSON EXHIBIT 1

2002 The View Granted. = Bona Fide News Interview

FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, D.C. 20554

IN REPLY REFER TO:
001018-HC

March 1, 2002

Dvora Wolff Rabino, Esquire
ABC, Inc.
77 West 66th Street
New York, New York 10023-6298

Dear Ms. Rabino:

This refers to your request for declaratory ruling filed on behalf of American Broadcasting Companies, Inc. ("ABC") asking the Commission to declare that the program "The View" is exempt from the equal opportunities requirements of Section 315(a) of the Communications Act of 1934, as amended (the "Act"), 47 U.S.C. § 315(a), because it is a *bona fide* news interview program.

Section 315(a) of the Act provides that, if a licensee allows a legally qualified candidate for public office to use a broadcast station, it must afford equal opportunities to other such candidates for that office. Section 315(a) also states, however, that appearances by legally qualified candidates on certain categories of *bona fide* news programming, including *bona fide* news interview programs, are exempt from equal opportunities.

ABC states that the program "The View" satisfies the Commission's longstanding requirements for exempt *bona fide* news interview programming because it is regularly scheduled, its producers control the show, and the producers' decisions on format, content, and participants are based on newsworthiness rather than on the intention to oppose or support a particular candidate.[1] Based on the record before us, we conclude that the program "The View" qualifies for the *bona fide* news interview exemption under Section 315(a)(2).

Accordingly, ABC's request for declaratory ruling that the program "The View" is exempt from Section 315(a) of the act as a *bona fide* news interview program IS GRANTED.

Sincerely,

Robert Baker
Chief, Office of Political Programming
Policy and Rules Division
Mass Media Bureau

---

1 *See Codification of the Commission's Political Programming Policies, 7 FCC Rcd 678 (1991); Multimedia Entertainment, Inc., 6 FCC Rcd 1798 (MMB, 1991); Multimedia Entertainment, Inc., 56 RR 2d 143 (MMB, 1984).*

# WILKINSON EXHIBIT 2

# Donald Trump Campaign Rally Speech Bemidji, Minnesota Transcript September 18

**rev.com**/transcripts/donald-trump-campaign-rally-speech-bemidji-minnesota-transcript-september-18

President Donald Trump held a campaign rally in Bemidji, Minnesota on September 18. Read the transcript of his speech here.




Donald Trump: (10:01) There's a lot of people. That's great. Thank you very much. Thank you very much. That's a big group of people. This is on fast notice, too. Thank you. Crowd: (12:36) USA. USA. USA. USA. USA. USA. USA. USA. Donald Trump: (12:47) Well, I just want to say hello, Minnesota. We love you, Minnesota. You're great. [crosstalk 00:12:53]. We've got to win Minnesota, because they did nothing for Minnesota except close up that beautiful [inaudible 00:13:03] territory. They closed it up with a pen. Do you remember that one day? You didn't have your jobs. Then I came along, and I opened it up. So that's [crosstalk 00:13:11]. Donald Trump: (13:12) But I'm thrilled to be here with the beautiful, great, hardworking people of this incredible state. You're really hardworking American patriots. That's what you are, and a lot of people haven't been treated right until I came along. We've done a lot of work and a lot of good work, and you had your best year ever last year. The state had the best year you've ever had. 46 days from now, we're going to win Minnesota, and we're going to win four more years in the White House. Donald Trump: (13:48) One of the most vital issues in this election is the subject of refugees. You know it. You know it perhaps

better than almost anybody. Lots of luck. You're having a good time with the refugees. That's good. We want to have Omar. He said Omar. That's a beauty. How the hell did she win the election? How did she win? It's unbelievable. Every family in Minnesota needs to know about sleepy Joe Biden's extreme plan to flood your state with an influx of refugees from Somalia, from other places all over the planet. Well, that's what's happened, and you like Omar a lot, don't you? Biden has promised a 700% increase in the manifesto with Bernie, right? A 700% increase in the importation of refugees from the most dangerous places in the world, including Yemen, Syria, and Somalia. Congratulations, Minnesota. A 700% increase. Good luck, Minnesota. Enjoy yourselves, because if I'm not here, if I don't win, I don't know where I'm going to be. But maybe I'll come over to see Mike. I'll come and see Mike. Donald Trump: (15:15) Your state will be overrun and destroyed, and Biden and the radical Left win. That's what's going to happen. I've been watching it for years. They haven't treated you right. They have not treated Minnesota right. Crowd: (15:28) Four more years. Four more years. Four more years. Four more years. Four more years. Four more years. Four more years. Four more years. Donald Trump: (15:39) Thank you. I'll tell you, these hangers are great. Remember this. It's a friendly protest. Please remember this is not a rally. You're not allowed to have political rallies of any kind. You're not allowed to go to church. You're not allowed to do anything. The only thing you're allowed to do is run wild through the streets, burn down storefronts, blow up stores, and kill people, because that's considered a protest, and that, they allow you to have. You don't have to wear masks at protests. So I said, "We can't have a rally. The most we can have is ten people. But why don't we just call it a protest?", because this is a protest. It's a protest against stupidity. Speaking about stupidity, sleepy Joe will turn Minnesota into a refugee camp. Think of it. 700% increase. So you're not happy now? Look at that guy over there. He's not too thrilled when he hears this. 700% increase is what they have in the manifesto. Now, maybe they don't honor it, but I would say they'll go substantially higher than that number. Biden will overwhelm your children's schools, overcrowd their classrooms, and inundate your hospitals. That's what'll happen. Biden has even pledged to terminate our travel ban to jihadist regions, jihadist regions. They've already been doing that to you, haven't they? Opening the flood gates to radical Islamic terrorists. Donald Trump: (17:18) My administration's keeping terrorists, extremists, and criminals the hell out of our country. We don't want them. We don't want them. We've got enough of them. We've got enough of them. Just today, we deported, as you know very well, dozens of Somali nationals charged or convicted with very grave crimes, including rape, assault, robbery, terrorism, and murder, of course. These hardened criminals are back in their country, where they do all the complaining they want, and your children are much safer as a result. Thank you, President Trump. Thank you. If it were up to Biden, and it's not. It's the people that's around him. They are seriously radical Left Democrats, and they're very dangerous. The offenders are very dangerous, and they'd be running all over your state. Only by voting for me are you going to say ... But I hate to say this, and get it with your iron ore. I did it with some other things, and I'll do it for you again. I'll do it for you again. But if you vote for me, I'm the difference, and I'm the wall. You know the wall that we're

building on the southern border? I'm your wall between the American Dream and chaos. Joe Biden is wholly owned and controlled by the left wing mob. He has no clue where he is. This is not a sharp guy. Donald Trump: (18:57) Years ago, I said to a certain senator who I was very friendly with, a Democrat, "Who's the dumbest senator? Who's the smartest senator?" He gave me a name for the smartest. I said, "Who's the dumbest?" "Oh, Joe Biden. You didn't know that?" That was 25 years ago. That was in prime time. This is no longer prime time for sleepy Joe. Donald Trump: (19:17) They do disinformation. They make things up, and they make commercials. They make things up. I've never seen anything like it. Everything, they make up. First of all, I'm the one protecting your Social Security. They say, "Trump" ... Remember four years ago, they used to say, "Oh, Trump will get rid of Social" ... I have protected your Social Security. They're going to destroy your Social Security. Donald Trump: (19:36) Another thing, Big 10 football. Did I do a good job? Your team better do well. They're on the spot. They better do well. Are they going to do well this year? I think so, right? When I brought it back. But I saw an ad. Do you know why I did it, actually? It sort of energized me. Sleepy Joe did an ad that I was against football, that I was against Big 10 football. Give me a break. When I saw the ad, I said, "What's the problem with Big 10 football?" They said, "They're not going to open." "Why?" They say some stupid reason. I said, "These are strong young people. They're going to do great. Let's get going." I called the commissioner, Kevin. Good guy, and we sort of started something. We got it rolling. We had big opposition from a few of the Democrat states and governors, but we rolled over the opposition, and you have Big 10 football. Congratulations. Congratulations. When the far Left riders rampage across Minneapolis and they rampage across your state, how about your police department? Let's just run for your lives, and it's not their fault. They were told to do that. You have a good police department. You have good police, but they're not allowed to do their job. They're not allowed to do their job. Remember that? They were told to leave the precinct. Leave it, and then they knocked the hell out of that precinct, didn't they? Had a great mayor. Great mayor. Really, he's a real [inaudible 00:21:10]. Remember? Did you ever hear of a man, Fiorello La Guardia? Did you ever? I don't think that happened with him. New York, I don't think it happened with Rudy Giuliani, did it? What a great job Rudy did. You realize Rudy's just now really being appreciated. People forgot how good he was as a man. He was a great mayor. Donald Trump: (21:29) Joe Biden called the peaceful protestors. He said these are peaceful protestors, as opposed to sending in the National Guard. They didn't want the National Guard. Joe Biden said you shouldn't send the National Guard, and this went on day after day after day. I pushed, and I got it approved. The National Guard went in. It ended within what would you say, half hour? It was about a half an hour. You wouldn't have Minneapolis. You better remember this when you go and vote and your voting [crosstalk 00:21:59]. You'd be saying, "Do you remember when we had a city called Minneapolis? If you remember, it used to be over there. It's all ashes now. That place was coming down. You didn't have anything, but wasn't that a beautiful sight?" Look. All of a sudden, you saw one guy in a black uniform, then another, then another on the street. Remember that street loaded up with CNN reporters?

Remember Ali Velshi, shaved head, nice hair, shaved head? Some people say I should do that. Shave the head. Just give it up. [crosstalk 00:22:41]. We polled it. I'd go down about 22 points. Donald Trump: (22:48) They want to poll everything nowadays. I don't believe in polls. They poll everything. But Ali Velshi, I don't know anything about the guy, but I know he was standing there. This is really quite a good scene. It's a friendly protest. Everyone's acting ... and behind him, the entire city was burning. It's one of the great pictures of all time. The entire city was burning down. That was your city, and it's a shame it took so long, but the governor finally did it at least. If you take a look at Portland, the governor can't quite do it. She can't get there. I speak to her all the time. "Come on, Governor. I can straighten out Portland. Give me less than an hour. Just let us have it for" ... because the state has to ask for it. They have to request. It's a shame. It's such a shame. Donald Trump: (23:38) But in your case, we went, and all of a sudden, it was really ... That was going to be a bad night, too, right? Remember that, about seven o'clock? Then you see this guy walked out with about a $250,000 outfit on. That's because it had more computers and this and that. Got the tear gas deal. He's got the whole deal, pepper spray, got everything, the finest outfit you can buy. Believe me. We just paid for them, and they were very expensive. So we see one, the helmet. How about the helmet with the goggles? You can see at night. You can see at day. You can see whenever the hell you want. So there's one. I said, "Oh, that's only one guy." Then you see another three, then four. Then you see another ten. They were just getting out of the buses, coming from very friendly territory. Donald Trump: (24:22) Then you have a line, and they were very tight together. There was no social distancing at all, which we're going to have to speak to them about that. No, they were touching. They were touching, right? So you had the first one. Then you had a second one. Then you had a third one. Then you had another one. Then they said, "March." I remember this guy, [inaudible 00:24:42]. He got hit on the knee with a canister of tear gas, and he went down. He was down. "My knee, my knee." Nobody cared. These guys didn't care. They moved them aside, and they just walked right to ... It was the most beautiful thing. Donald Trump: (25:00) No, because after we take all that crap for weeks and weeks, they would take this crap, and then you finally see men get up there and go right to ... Wasn't it really a beautiful sight? For law and order, law and order. Portland would be easier, because it's more confined. We'd just [inaudible 00:25:19], and that would be it. But so they had four or five lines. Then they had lines of different ... Everybody did the same thing. Did they ever even move one step back? I don't think so, right? It was just a slow walk right forward. Then they just started walking faster, faster, faster, put a lot of guys in jail, Tom, right? Put a lot of guys ... Great Congressman, by the way. Put a lot of guys in jail. Great. Not good. Great. They put a lot of guys in jail that night, Tom, and that was the end of it. I don't think he had any problem after that. If you had any flare-ups, we'll send them in again. Donald Trump: (25:52) But that's all you do. These are Democrat-run disasters. Look at Chicago. Look at Portland. Look at you with Minneapolis. These are disasters. By the way, are they still trying to get rid of your police force in Minneapolis? That's what I heard. See, they never learn. They never learn. They don't ... You've got a lot of people here. That's a lot of people. Donald Trump: (26:24) I

actually like these. We have the arenas. We've always filled them up. It's been great, and the arenas are good, but usually you have to travel 45 minutes. This thing, you have a hangar. The plane becomes your backstop, right? It's like your curtain. It's a curtain. You get a free curtain. We're outside, which actually makes people happy. It even makes the people that sometimes not everybody here likes happy, because outside is better. It's better, and we're rounding the turn on COVID, by the way. Our vaccines are coming. A lot of things are happening. We're rounding the turn. We've done a great job. We've done a phenomenal job. We don't get credit for that, but we'll discuss that in a minute. Donald Trump: (27:03) But when you look at it, when you look at it, our country is amazing. It's an amazing country. We love this country, and we're not going to let radical Left socialist/communists take over our country. Okay? They use the word socialist, and socialists aren't great. But communists are a hell of a lot worse, and that's where we'd be headed. We're standing in the way of them, this group of people. But you have a lot of groups of people just like this, every place we go. Last night, you know where we were. You saw that it was all over the place, right? That's a big state. That's a great state. Then I see the fake polls. I just saw a poll here, Minnesota. I'm down nine. I don't think so. I mean, I just don't think so. I don't think so, right? I don't think so. It's the craziest thing I've ever seen. This is the craziest thing I've seen. Crowd: (28:12) We want Trump. We want Trump. We want Trump. We want Trump. We want Trump. Donald Trump: (28:13) President Trump is down nine in Minnesota. Crowd: (28:14) We want Trump. We want Trump. We want Trump. Donald Trump: (28:18) Now I just saw another plane. See the plane? The good thing about these beautiful Air Force Ones, right? That's the smaller version of Air Force One. I think you had a little bit short runway. So they take the smaller to save about $12. No, they took the smaller one. But the great thing about those beautiful planes, they have more televisions than any plane in history. We have televisions in the closet, on the ceilings, on the floors. I've never seen them on the ... We have them all over the place, and I'm just coming out. They said, "There he is." They said, "It's a smattering of people." They called it a smattering. They always do that. Donald Trump: (28:56) Yet Biden with the circles, right? The little circles. He's got like four people in a circle. You know why he does the circles? Because he can't draw a crowd. So they put a circle, like he's supposed to ... He's trying to be legitimate. He's going to go by the science. He always says science. He doesn't know what the word science is. So to have these four or five circles, they put people, that way he doesn't have to be embarrassed when he goes to a high school gymnasium and he has 40, 50 people. Donald Trump: (29:22) They had one not so long ago, and you saw this. He couldn't draw a crowd. It was a big thing. It was his opening or something. Couldn't draw a crowd. So they made it a round table. So he went in. They only had like 32 people. They said, "This is very embarrassing," one of his people, and that's what they do. They're good. Some of the people surrounding him, they'll say anything and do anything. They said, "Let's not make it a speech. There's nobody here. Let's make it a round table." So these people are sitting at a table. They had no idea, and most of them didn't know anything about politics. They didn't even know why they were there. Now they're sitting on a round table, and they're on television. But that's

what it is. But they say we had a smattering of people. Yes, smattering of about what? 15,000 people in about two days' notice. Donald Trump: (30:11) This doesn't include the 10,000 people, Mike, that they turned away. I hate that they turned them away. You'd think with an airport, you wouldn't have to turn anybody away, but they have a certain amount. Then sometimes you have Democrats running an airport, and they don't like all these people here. That's true. They don't like it. But if we're up to Biden, your state would be in ruins. Just take a look at what they've done, and I'm going to hit it hard. They make phony commercials about me, and it gives me the right. How about the worst one of all, the worst I've ever seen? Standing on a grave of a fallen soldier, and then they had some guy, a source said ... There's no source. The source doesn't exist. They make it up, and then they take it. It's called disinformation. You're not supposed to do that. Donald Trump: (30:59) I'm not even sure if he knows. He's too weak to understand, and he's still weak to control his people. But it allows me to say whatever I want about this guy. The truth is, he's not fit to be your President. He's not mentally fit. If Biden's elected, extremists, like representative Ilhan Omar ... Whatever happened to her? You had a great writer who has just made a living off writing about her. She's done so many criminal acts. Isn't it damn disgraceful that she gets away with it? I have to say to myself, I say, "How the hell did she get away with that? If we do one" ... Look at General Flynn. He didn't even lie. They said he didn't lie, right? He's gone through hell. He's gone through hell. This guy wrote page after page of criminal acts. Well, let's see what happens. Who the hell knows? But between her and how about AOC? AOC- Donald Trump: (32:00) AOC is running a campaign against the guy that was supposed to be speaker of the house. Right? Joe Crowley. I knew him a little bit. I asked him once I said, "Are you campaigning against this maniac?" He said, "No, she's just a young girl. No problem." I called him on election night. Nah, I was going to, I was going to say, "How did that work out, Joe? That didn't work." Donald Trump: (32:25) He was going to be Speaker Of The House. He's got a certain talent. But you know she had no money, nothing. And all of a sudden she had $2,000,000 and she spent the $2,000,000 all over the place. Her and her boyfriend. Whatever happened to her? Can you imagine if I'd do that? You have to look at that. She spent the $2,000,000 and big story. Donald Trump: (32:50) But that was it. That's one quick story. Oh man. Probably the guy who wrote the story, lost his job at the New York Times. Right? He's now unemployed, but there's a big story. She spent $2,000,000 on bullshit. If a Republican did that they'd be in jail. You know that. It's a different standard and it's a disgrace. And our guys better get on the ball. Donald Trump: (33:17) Look, let me tell you how about yesterday. They were talking about Russia, Russia, Russia. Again, here we go with the Russia. There's never been anybody so tough on Russia with the sanctions. Remember Obama would send pillows. I sent tank busters right to Ukraine. I'm the one that exposed the pipeline with Germany. Germany pays them billions and billions of dollars. And then we're supposed to protect Germany from Russia. I said, "How does that work? How does that work? You're spending billions of dollars for energy to Russia." Donald Trump: (33:47) It's all okay. I'm the one that exposed it. What I've done ... Hey, they don't want me to go. But if you look, they don't want me to win. Russia doesn't want ... Maybe North Korea does

because I actually have a very good relationship with him. And speaking of North Korea and you know, it's okay to have really. You don't have to go to wars. We don't have to lose our great soldiers. Donald Trump: (34:10) It's good. If I got along with Putin. Somebody said "He gets along well with Putin." I'm saying to myself, "But isn't that sort of a good thing? Is that bad." "He gets along with Putin. That's a bad thing." But you saw the head of the FBI yesterday started going Russia. Russia is looking at our election. Russia. Here we go again. Russia, Russia, Russia. Donald Trump: (34:32) I said, "What about China? What about North Korea? What about Iran? What about ... " They don't mention anybody else. The narrative seems to be Russia. Millions of phone calls made not one to Russia. Millions of phone calls received not one to Russia. Then he goes, "Russia, Russia." Then they asked him about Antifa. What do you think about Antifa? "Well, it's an ideology." I said, "No, it's not. It's a bunch of thugs and anarchists that are being funded by somebody and find out who the somebody is." Donald Trump: (35:13) It's unbelievable. Unbelievable when you look at this stuff. But seriously, take a look at the AOC. I call it AOC plus three. Her three people that she tells what to do. And $2,000,000. Dresses, rent, other things. You're not supposed to do that. Mr. Congressman, are you allowed to do that Sir? You don't do that. You don't buy dresses do you? If he does that's the end of his career right? Donald Trump: (35:44) No. But it's terrible. Right John? It's terrible. Will prosecute him. I mean, why not? I don't understand it. I'll tell you what. One friend of mine, very sophisticated guy, very successful guy called me up. He says, "You know. From the day you came down the escalator with our great First Lady, our future First Lady." He said "From that day the people love her. She gave a great speech at the Republican National Convention at The White House. She gave a great speech." But said "From the day you came down the escalator with our First Lady. From the single day you've been under investigation. You've been under investigation by sleazebags. People that now we caught, cleaned up their phones." Donald Trump: (36:32) You're not allowed to do that. Right Mr.. Congressman? My great hockey player. You're the greatest. Right? But you're not allowed to do that. You know? We want their phones. "Oh, here they are. Oh, by the way, they happen to be totally deleted." Like Hillary with the 33,000 emails she deleted. Donald Trump: (36:49) I think they should look at that. Now even if they don't find them. And I do believe they're in the state department. I do believe they're in the FBI. I do believe they're in the FBI. But even if you forget about it, she said she had 33,000 emails. And the emails were for her yoga lessons. She's not big into yoga [inaudible 00:05:09]. If she is, she's not getting her money worth. Her yoga lessons and her daughter's wedding. Right? So it was about the wedding and the yoga lessons. Donald Trump: (37:26) So I said, "Okay, let's give her five or six each." What do you think, Mike? Five or six each. Five for the wedding. Make it 30. Make it a hundred. Make it a thousand. A thousand for the wedding. And for the yoga, let's give her 200. Okay. What about all those thousands and thousands of emails. Probably classified. So Congress ... So forget about it. Let's assume they're gone because she deleted them and then she acid washed them. And then she hit her phones with a hammer. Donald Trump: (37:58) I get rid of phones. I've never hit him with a hammer. Not even as

President. I say, "Yeah. Throw the phone away." No, no. I've never hit a phone. Has anybody ever gotten rid of your phone and taken a hammer and wiped the hell out of it? I don't think so. Donald Trump: (38:12) So she gets a subpoena from the U S Congress. Not in a lawsuit against some guy that hates you and you're fighting and you're fighting or something. By the way you do that, you've got problems in court, big problems. But she gets a subpoena from Congress. U.S. subpoena, the most important subpoena you can get. They get the subpoena. And after she gets the subpoena, by a few days everything is deleted. Her phones are busted up and cleaned and wiped. And everything's gone. Donald Trump: (38:45) And nothing happens to her. Forget about what was on. Now think of how angry it makes me when I see it. Now how angry? Could you imagine if I'd do that it's a whole different ball game. Know how angry it makes me when I see it. Donald Trump: (39:08) And we had an attorney general that didn't have a clue. That was my fault. I was loyal to somebody. Endorsed me early. You know whey he endorsed me? Because I went to Mobile, Alabama. We had 55,000 people show up at a stadium. He said, "I'd like to endorse you." Then after we won, he said, "I'd love to be attorney general." And I said, "No, I don't think so." But after four or five times asking, I'm a loyal person and I did it. The mistakes sometimes you make is because of loyalty, but that's okay. Donald Trump: (39:34) But allowed her to get away with that is a disgrace. Maybe there's something they can do. So forget about looking for the emails. And they are available. And I guarantee they're in the State Department. I guarantee you they're in the state department that ought to damn well find them. They're being protected in the State Department. Donald Trump: (39:55) But forget about that. Almost as good is the fact that you're not allowed to do what she did and her lawyers should pay, Kendall should pay, equal consequence. Equal consequence. Equal. But that's the way it is. But we are making a lot of progress if you see what's going on. I said to myself, "I'm going to stay uninvolved. I don't have to. Chief Law Enforcement Officer, can you believe it? But I think it's better if I stay uninvolved." And I have stayed uninvolved and we do have an excellent Attorney General. Bill Barr. And I'll be honest, he's a smart guy. I think he's getting tougher and tougher and tougher every day. I think he's not going to put up with this stuff. I don't think. And you know he's got a lot of people that are deep staters, whatever you want to call them. They fight him at every turn. They fight him, fight him, fight him. But he's getting tougher and tougher. I watched over the last three days, I'm saying, "Wow, that's sort of what we're all waiting for. Right?" Donald Trump: (40:56) But she deletes her emails. AOC gets rid of $2,000, 000. Gets rid of it. Nothing happens. Nothing happens. And then she goes around and calls us all like what the hell are we? And she controls Nancy Pelosi. Actually Nancy Pelosi would love to get rid of her I think. Donald Trump: (41:14) How about Pelosi? Pelosi goes out and says, "You know. I think I have my hair done." So she goes out and she goes into this beauty parlor. I told the story in Wisconsin last night. Donald Trump: (41:31) By the way, we had that great crowd in Wisconsin. You have a feeling about places. You know the problem with Minnesota is that I think since 1972, this hasn't been won by a Republican. So, you're a little behind the eight ball when you hear that. Right? I mean, I can understand. And Wisconsin rarely. But I won Wisconsin. Unlike Minnesota

thank you very much. Thank you very much, Tom. Thank you. Unlike Minnesota. Donald Trump: (42:02) But it's my fault. So I had one speech left. It started at one in the morning. I went to Michigan, we won Michigan. That was another one. Great state. We brought back so many auto companies into Michigan. We brought them back. But I had one. It was already voting day. It was election day. Because by the time I got there it was just scheduled. Had I made that one damn stop to your state we would have won Minnesota. I lost by what? A half a point. Half a point. Donald Trump: (42:37) But I get off the plane and they said, "He's in Minnesota. He's down nine." The recent poll. Down nine. I believe it's a suppression poll. And you know, I have an instinct about things pretty much. Somebody said "Trump has the greatest political instincts of the last 100 years." One of my enemies said that. And I said, "No, I don't." I don't believe I do. I think I have lousy political instincts." But what am I going to tell you? Let me just say they said that. And I was very impressed by the statement. Donald Trump: (43:05) In fact, I went to my wife I said, "You know, they say I have the greatest political instincts in over a hundred years." And I said, "But I don't believe it. I don't." I don't want to be Beto. Remember Beto? "I was born to run for president." That was the end of his career. Beto O'Rourke who's in charge of guns. Donald Trump: (43:22) By the way, he's going to take your guns away. You know that, right? Biden. Sleepy Joe. Sleepy Joe is going to take your guns away. Remember Beto on the cover of a really crummy magazine. I won't mention the name. They've got a lot of bad magazines out there. The good news is most of them are dying. If not all of them. Donald Trump: (43:40) But Beto O'Rourke, he did the story and he was going to defeat Ted Cruz. He was going to do all these things. Ted beat him. And I helped a lot too. I was with Ted all the way. And I think Ted's appreciated it. But I even said, "I'm putting Ted Cruz as one of the people for the Supreme Court." Right? Donald Trump: (44:01) And you know why I did it? You know why I did it? Because I wanted to make sure that I had somebody on a list we had about 45 unbelievable people, unbelievable. The smartest, the best. The absolute creme de la creme, right? The best minds in the country. Conservative. They believe in the constitution. Little things like that. But I said, "You know. I have to have somebody that we're going to make sure we get approved." And the only one I could think of is Ted, because he's going to get 50 Republican votes and he's going to get 50 Democrat votes. They'll do anything to get them out of the Senate. Donald Trump: (44:42) But I joke when I say that to Ted. But I say it all the time. Ted is the only man I know could get a hundred votes from the Senate. Every single Senator is going to vote for him. But he's a great guy. And he's a brilliant guy. And he's been great. He's been really great. I kid, when I say that. But one of the things we've done that's so good is the Supreme court. We have two Supreme court justices. We will have at the end of my term, approximately 300 federal judges and [inaudible 00:45:09]. Right? Donald Trump: (45:12) So anyway, but just to finish, there's no way that I'm nine points down. I look at a crowd. So they say instinct, right? So I look at a crowd and whether I have good instinct or not, this is not the crowd of somebody that's going to finish second in the state to a Sleepy Joe. Finish second to a guy that cannot put two sentences together. Now it is an ideology. It doesn't matter. I could put that broken piece of wood right there. I could put

that out. And it's the same thing as Joe. It's just an ideology. It's just an idea. Donald Trump: (45:48) Now, historically, we have the biggest gap in enthusiasm of any campaign that they've ever opposed. You heard that. Like 36 points. In other words, they've got no enthusiasm for him. I have tremendous enthusiasm as we can tell. But he does have enthusiasm to beat Trump. His only enthusiasm is put anybody in there. Right? Put anybody in there. He does have enthusiasm to beat Trump. Nothing for him, but to beat Trump. Okay. Donald Trump: (46:20) But historically that never wins. When somebody has to rely on winning because of somebody as opposed to winning because people love you, people respect you ... And Sean Hannity did something the other night. He said to this man, "If you owned a McDonald's hamburger stand in a reasonably busy area, would you have Joe Biden running that stand?" The answer is no. He doesn't have the energy. He doesn't. So he can't run the country. Donald Trump: (46:48) No, seriously. I thought it was good. I never thought of it. You wouldn't have him running your business. You wouldn't have him running a McDonald's. I have to say or a Wendy's. I have a friend he owns Wendy's. He always gets up. Ken, you haven't mentioned Wendy's? Okay. But you know you wouldn't do it because he couldn't do it. And yet he's running for the presidency. He's got no energy. Donald Trump: (47:09) I made a comment that somebody had low energy. That was the end of his political career. But Joe's energy is far lower. It's far lower. No, it's far lower than Jeb. Jeb was on the low side. But Joe, he's off the scale. Right? Joe's got nothing going. Today Biden delivered remarks, barely, to a union after spending 47 years giving their jobs to China and foreign countries in exchange for campaign cash. How about his statement? Donald Trump: (47:43) Hey, we talk about AOC being crooked. She's a hundred percent crooked. Okay. But were talking about that. Look at Omar. She came in here. Did she marry her brother? Where's that writer? That writer should be given the Pulitzer prize. He never will be. He should be though. Donald Trump: (47:59) You know the amazing thing, all of these writers, New York Times, Washington Post, right? Russia, Russia, Russia. Trump. Russia, Russia, Russia. I had 19 people. All brilliant. All radical left. All Hillary people. Actually not even a never Trumper from Bush. Okay. All Hillary Clinton people mostly, almost everyone. They were all Democrats. How about this? You're being investigated by 19 Democrats that are smart people. Okay? Smart people. Donald Trump: (48:28) So my friend says, "You know, you are the most honest person in the world. And you've taken three years of total investigation." You don't think they've gone over my taxes. They went over at the biggest tax firm in the country. The most prestigious. They went over everything. They spend 48 million as it comes out now. It's about $48,000,000 investigating me before I won and after I won. And we caught them spying on my campaign. That's what they were really doing. Donald Trump: (48:59) And now with the phones, I think there's like 22 or 24 people. You heard this one? They said, "No, no, no. We made a mistake when we deleted our phone." You know what they had to do to make that mistake? Like 19 different formulas. Right? I don't even know how you delete a phone. I didn't know you could do it. But they all made the exact same mistake. That's not good. That's not good. So let's see what happens to them. It's a criminal act you know that, right? It's a criminal act. It's criminal. Donald Trump: (49:28)

Weissman's a bad guy. Put a lot of people in jail that shouldn't be in jail, Weissman. He's a bad guy. He's on CNN all the time or MSNBC which I call it MSDNC. Because it's the same thing. Owned by a company called Concast. Did anyone ever hear ... With an N, not an M. Con like a con job. Concast. They a fortune on public relations. Comcast has delivered you the news, all the news. And they spend a fortune. And then I go up and make one speech and I call them Concast And that's the end of the PR for the year. Donald Trump: (50:02) They are a bad group of people. They're sick. I mean, they're sick people. They're sick and evil people and they want bad things for our country and they don't report the news. You know, in the old days, when you used public airways free, you had to get a license. I keep saying, "If they're reporting fake news, how come they can keep getting a license?" Whether it's ABC, whether it's NBC, CBS, or of course, CNN. Which is I mean one of the great jokes of all time, CNN. Or MSDNC. But they're cable so I guess there's a different standard. Donald Trump: (50:36) But when you're using the public airwaves free. Okay? Free. Aren't you supposed to get licensed? So I asked my people that. I ask a couple of guys and I never really get an answer. I just want to know a simple question. Do you have to report the truth when you using free airwaves and making a fortune with commercials and everything else. And I never get the right answer because there are people down deep. It's crazy. But we're getting down to all of it. Donald Trump: (51:00) A lot of progress has been made. I think you're starting to see it. We're trying to beat a terrible group of deep state people. You know I came to Washington ... Think of it, think of it. I came to Washington and I had 24 years of putting people in office. And then you can probably add another four to that. And another four to that. I had many, many years, decades of people putting ... So I came. Been to Washington I guess 17 times I never stayed over. Right? Never slept over. I was there 17 times. Donald Trump: (51:34) I tell the story. I was in Washington and my entire life, DC, 17 times. Never slept over ever not once. And all of a sudden I'm riding down Pennsylvania Avenue and I'm with a beautiful woman on my right named Melania. Think of this. And I had about 400 motorcycles in front of me. And we're in a cavalcade of about 128 cars. Most of them having about 15 sub machine guns inside. There's more firepower [inaudible 00:20:13]. Donald Trump: (52:13) But we're riding down the beautiful Pennsylvania Avenue. And I look outside at those police. I love our police. We've got to treat our police better. I had everything. I had police. I had military. I had soldiers. I had everything you could possibly have. You never saw so much how power and strength and beauty. The beauty. Donald Trump: (52:37) And they were so proud. They're all saluting, they're so proud. They're happy to have gotten rid of that crowd that was there before us. They're proud. They're great. The police. You know, every single police force I think endorsed me. I got the one yesterday from Chicago. That's not easy. Chicago endorsed me. New York's finest endorsed me. Florida. Ohio. I mean, everybody. I don't know that he's gotten one vote. Then he says he can't mention the words law and order. Donald Trump: (53:09) But I'm driving down the street. And I look at my wife, I say, "Do you believe it? I'm the president of the United States? [inaudible 00:53:18] Can you believe it? And then I get to the most beautiful house in the world. I can have Mar-a-Largo and all of them. But I'll tell you The White

House is still The White House, no matter how you do it. Donald Trump: (53:35) And I get to this gorgeous, beautiful place. And I'm up at the incredible suite level and there's Abraham Lincoln's suite. It's called the Lincoln bedroom. Remember Clinton used to lease it out to people for money. They never change do they. Remember when Barbara Streisand, she's another beauty, by the way. But remember Barbara Streisand used to stay in that suite? Which was the only problem I had with it. But tell me ... No, but I do like her voice. I do. I really do. Some of them I don't like even their voices. But she used to stay there. Donald Trump: (54:18) And I'm standing in the Lincoln bedroom. The history of the whole thing. The bed, the desk, the Gettysburg address, the beautiful four score and seven years ago. This beautiful Gettysburg address. He wrote it there. And also on his carriage ride up to Gettysburg. He delivered the Gettysburg address and they say the only one that got worse press than I did was Abraham Lincoln. Did anyone ever hear that? And I said, "No way they got worse. Maybe he got bad. But no way he gets worse." Donald Trump: (54:47) Now people are starting to say, "It's probably true. I think you've got the worst." Now they used to say, "No, no." Newt Gingrich, great guy. He said, "Nope, Abraham Lincoln got the worst press. They were worse to him than anybody. He was a very depressed person. His wife was very depressed." It was a depressed kind of a thing. He's in a war, he's in a revolution. And he was getting beaten a lot by Robert E. Lee. They want to rip his statue down all over the place. But Robert E. Lee whether you like statues or not, they don't rip statues down anymore. I signed a law. 10 years in jail if they rip them down. Donald Trump: (55:28) But Robert E. Lee won many, many battles in a row and it was supposed to be over in one day. It was supposed to end immediately because the North was too powerful for the South. But it just shows when you have leaders, when you have a great general. And Robert E. Lee, he would have won except for Gettysburg. And that was because his general was killed who's going to lead Gettysburg. Never fight uphill, me boys. Never fight uphill. He heard they were going up hill. Stop them, stop them. But we had no cell phones in that day, right? Congressmen? No cell phones. Donald Trump: (55:59) So they sent the horses to stop him. Stop him. But it was too late. They fought uphill and they got slaughtered. That's what happened. But Robert E. Lee these were incredible things. But I hope you appreciate that we had a period of time when they were ripping down all of the statues and monuments. And I said to my people four months ago, I said, "This is crazy. These people." Donald Trump: (56:24) And they don't even know. They started ripping down Abraham Lincoln. When they hit Lincoln I said, "Wait a minute. This is the man. And you can't do ..." Then they hit George Washington, Thomas Jefferson. They hit everybody. They even had Gandhi. All Gandhi wanted was one thing. Peace. May we have peace. Rip down the statue we don't like it. I don't think they have any idea what they're doing. I think they're just a bunch of thugs. Okay? You want to know that? I think they are a bunch of thugs. Donald Trump: (56:50) They were going to March on Washington and they were going to rip down a statue of Abraham Lincoln. You know the exact statute. Its up very nicely. Up now. And by the way, they can take them down legally. They go through Congress as a way of doing it. But they didn't want to do it that way. And they were marching on Washington. And I said, "Do we have any

laws about this?" They said, "No, sir." Donald Trump: (57:10) Now in Congress, the way it is now, the most you get is about a $10 fine. You rip down a $5 million statue and you got a $10 fine. Right? It's different world. That's when it was strong and they had laws. But we told and found this old act. And the old act said, if you rip down a monument or a statue, you get 10 years in prison. They call it prison, not jail, which sounds even worse. I said, "Bring that sucker up immediately to the Oval Office because there are a lot of people coming to Washington." Donald Trump: (57:49) They were going to March on the Jefferson Memorial. Do you believe that? The Jefferson Memorial. We grow up ... The Jefferson Memorial. They were going to March on the Jefferson Memorial. They were going to do damage to our beautiful Jefferson Memorial after Thomas Jefferson. Donald Trump: (58:06) And I did predict that. A friend of mine said, "You know, two years ago you said, next will be Robert E. Lee and then comes Washington. And Jefferson and Lincoln. They'd never stop. The only thing they understand is strength. Remember that." They don't understand weakness. There's nothing you can do. These really stupid heads of these corporations that give hundreds of millions of dollars. It's like blackmail money, right? But these stupid people that run, they get $40,000,000 a year and they're weak. Okay, they're weak. But these people, they're anarchists and the only thing they understand is strength. Donald Trump: (58:43) So I said, "Let me see this document." I said, "Wow, this is a very strong document." And Derek is here. One of my attorneys, he did a great job. I don't know where the hell Derek is. He's around here. Actually he's heard this before though. Not quite. Donald Trump: (58:58) You're getting a very unique speech tonight. You know? I mean unlike Joe, I haven't even looked at the teleprompter. This guy will "Move it up. Move it up. I can't see. Move it up." I haven't looked at it. The poor teleprompter guy he's sitting there "What do we do? We're on line two of the teleprompter." He said, "What do we do?" No, unlike Joe, I have not looked at the teleprompter. Donald Trump: (59:32) Oh, that poor Joe. You know what's the worst part about him looking at the teleprompter? The worst part is that means that the fake news media is giving him the questions. Right? Like Donna Brazil, who was brilliantly hired by Fox. Fox has changed a little bit. Ladies and gentlemen, Donna Brazil, who was fired by CNN because she cheated and she gave crooked Hillary the questions to the debate. Donald Trump: (01:00:01) How would you like to be me? They give her questions to the debate. And I still won the debate and she had all the questions. Think of it. How do you do that? Donna Brazil is, ladies and gentlemen, she's going to work for Fox. Oh, that's great. That's big difference. Big difference between four years ago and now. A lot of things have changed. Donald Trump: (01:00:22) But I'll tell you what's changed is the fact that we have more enthusiasm now than we did four years ago. It's amazing right? But just to get back to the others. So I signed that wonderful executive order instituting this really tough law. And it says 10 years. It doesn't say, you get 10 years, but you can take it down to three weeks. It says 10 years. Donald Trump: (01:00:48) So these guys had just gotten there. I had a news conference because I had to let them know about it. Right? We've got many people in jail right now from before nobody even talked about taking statues down. No, but I looked at the Andrew Jackson right? With the ropes. And I'll tell you, the

police did a great job. And Mark Meadows did a great job. He said, "Charge." They charged. Donald Trump: (01:01:11) And they took these guys out and they were fairly tough. But the police were much tougher. DC police. They did a great job. They were watching and they weren't able to do anything. Mark Meadows said "Charge." It was like from 200 years ago it was crazy. They charged and they'd beat the hell out of these guys. Or you wouldn't have that great statue on the horse of a great general. He was a great general. And he was a very good president. At least a good president. But he was a great general. The battle of New Orleans. Right? Donald Trump: (01:01:45) And they had this incredible picture of Andrew Jackson. And they were going to rip it down. And remember the ropes wrapped around the horse and the guy standing up there just [inaudible 01:01:55]. He went to jail too. We had all the evidence we needed. Thank you for that. I want to thank you fake news. We called the fake news. We said "Can we just have that please?" When they said, no, we just said, "We'll take it off TiVo. That's okay. Don't worry about it." One of the greatest inventions in history. Tivo better than television because television is useless without it. Donald Trump: (01:02:16) So, we signed it. And all of a sudden these same guys who were watching it, they left. Nobody showed up the next day. They're going to have 25,000 people. They had 24 people, 5 of them were brought to prison. Okay. And the next day they said, "Well, we were going to save it for Saturday night." And Saturday night nobody showed up. And nobody has showed up in four months to take down a statue. It's true. Donald Trump: (01:02:42) Because you know why? They look and they say, "I want to take down that statue. I'm going to take down that statue. That statue's coming down." And then somebody says, "You know it's 10 years in jail." They go, "That's too much. I'm getting out of here." It's true. Ten years is not acceptable, Mike. Right? Ten years is a lot to rip down a statue, have a little fun, especially when they have no idea what they're ripping down. But we have an idea what they're ripping down. They're ripping down in many cases, greatness. They're ripping down our past. They're ripping down our history. Donald Trump: (01:03:19) And that's where these guys begin. They take away your history. You look at the Middle East, you look all over. Look what ISIS did. Look what all of them do. They go down and they rip. They go into museums and they break everything and they rip everything. They want to take away your past. They're not taking away the past of the United States of America. Not as long as I'm here. Donald Trump: (01:03:50) What do you want? Do you want me to go back on teleprompter anybody? Okay. Here's the question. My poor guy must be having a fit. He's over there. He's so good at this stuff. He's on line three. Donald Trump: (01:04:02) ... Good at this stuff. He's on line three. He said, "Sir, should I use turn the sucker off? Would you rather go teleprompter or freelance?" Isn't it nice when you have the option because you have this and you have the option to go either? See, Joe doesn't have the option. He doesn't have the option. But if Biden wins, China wins, and it's very simple. It's very simple. By contrast, I rescued the Minnesota Iron Range, I did that. Donald Trump: (01:04:38) Just so you know, O-Biden. I call him O-Biden, it's too long to say Obama and Biden, so I just go, O-Biden, because I don't care about... Everyone said, "Oh no, he's in trouble. Obama's now campaigning." Hey, he campaigned last time harder than Hillary. I said,

"No, I want him to campaign because he brings out the base." He brings out our base. And I'm only here because of him and Joe. Donald Trump: (01:05:05) If they were a good president and vice president, I wouldn't be here. I had a very good life before. I'm doing this because they did such a [inaudible 01:05:14] job. I'm only here because of him. I could right now be having a very beautiful life of luxury, and here I am at the hangar in Minnesota with 15 or 20 or 25,000 people. And thousands of people that couldn't get in, and I'm working my ass off. I could be at home having a good time, wonderful time. But the one thing I said is- Audience: (01:05:48) We want trump. We want Trump. We want Trump. Donald Trump: (01:05:48) But I say this. I say this look, I could be home. So home was New York. I had to bail out because it was too crazy, everything has fallen apart. But home, it's so sad what the democrats have done to our great New York. Between a governor and a mayor, the crime is through the roof, the corruption is incredible, it's a sad thing that's happened to New York. Hopefully it'll come back by somebody. Somebody will go in there and do like a Rudy. Donald Trump: (01:06:27) You know when Rudy took over, it was so bad and they were looking for somebody and they thought he was the guy because he was a tough guy. But somebody has to go in and clean it up. This mayor, he let go of a billion dollars worth of police. He actually believed the nonsense about defunding the police. And they're all going to do it. They're all going to do it. And New York people are going to do it. I'm being totally serious now. You've got to go out and you've got to vote for Trump. You got to break this spell from 1972. You saw Kenosha. What we did for other places, you saw the Kenosha, and that was gone. That was all gone. That place was gone. We sent in the troops, it was incredible what we did, and they did it on day three. Day three is better than two weeks later, like in Minneapolis. But they did it, and we've done a great job and the people of that great state, they understand it, and I just hope the people of your state of Minnesota understand it because we don't have too many more chances with this stuff. We really don't. We don't have the luxury of sitting back and saying, "Let's have four years of this maniac, vice president that he picked who treated him worse than any other person. Donald Trump: (01:07:53) That's why I say the one person that he won't pick... My great instincts, right? The one person he won't pick is Kamala because she called him a racist, she tried to me-too him. He was me-too'd. "I've just been me-too'd Darling, what does that mean?" But they tried to me-too him. And she was the one that brought it up. Donald Trump: (01:08:17) Remember Tara? She was the one that brought it up, and then he goes, "Ladies and gentlemen, I'd like to pick... Wait a minute, let me get her name here. How do you pronounce it? It's with a comma, like a comma, right? Like a comma." Remember he couldn't pronounce her name? He was saying her name wrong, and she had to interrupt him. No, my name is Kamala. Like comma. I remember that. Like a comma. H1N1, that's right, Joe. Remember that Joe, H1N1. Donald Trump: (01:08:51) And how bad did he do in that though? How about that? How bad did he do? So come to think of it, he's out there now today. It was pathetic. By the way, did you see the Anderson Cooper thing last night? You have to watch. I don't want to watch, but I have an obligation. I'm competing against somebody. You don't want to compete and say, "I'm not going to watch my competition, who wouldn't?" It's boring, but I got to

watch. Donald Trump: (01:09:13) And he got through it. He met a couple of really... The chicken thing was bad. He said chicken many, many times, and it was a little strange that I thought it was over and he pulled it back. He was able to pull it back. But Anderson is a... And he interviewed me, he's tough. You know, he can be tough, nothing against him. He could be very tough, but last night he was in rare form. He was, "Thank you very much for being here, Mr. Vice President, are you enjoying the run?" Donald Trump: (01:09:39) And compare that with my shot, where they asked me about doing ABC with George Stephanopoulos. I think it was great. I think it worked out great. You know what I call it? Debate prep. I call that free debate prep. But you know it's nasty, it's a little nasty that people... and I didn't say, "No, you got to change the rules. No, give me the questions. I want to use a teleprompter to answer." How about that though? Mr. Vice President, I'd like to know your feeling on nuclear warfare and how does that relate to China and Russia and where are they in the race? Donald Trump: (01:10:17) Well, you can't have this as your president. I don't care. Forget about me. You can't do this. The importance and the power of this position are too great. You can't do it. I've learned a lot as president. But one thing I learned is that President Xi of China is sharp. You ever see him standing with the two million men walking in front, everybody's the same height, they're wearing hats, everyone's like a pool table, right? Donald Trump: (01:10:46) And he's standing there by himself, and he's looking like he's not playing games. There's no games, he's sharp as you can be. And I had a great relationship, but now I feel differently. We made a great trade deal, and now I feel differently. But he's a sharp as you can be. Putin as sharp as you can be. Kim Jong Un, we would have been in a war with North Korea 100%. Donald Trump: (01:11:10) I asked Obama, "Did you ever call him?" He said that was the toughest problem we had. And we get along. Remember about a month ago, two months ago, they broke into the demilitarized zone and they said, "Oh, he's going to attack." I said, "No, he's not. Don't worry about it." I got to know him very well. We have a good relationship. People said, "He has a good relationship with Kim Jong Un, that's terrible." I said, "No, that's good." Donald Trump: (01:11:37) But you remember it was going to be a nuclear war, and I got along with him. Then they said, "Trump made a terrible deal. He's given so much to North Korea." What did I give? I was at like a semi debate with his idiot, a reporter. "He's given a lot to North Korea." "What did I give?" "I don't know." Sanctions, sanctions. You took away. No, I didn't. Actually, I increased the sanctions very substantially. What did you give? What did I give? Tell me. So after about four days they couldn't ask because I gave nothing except I gave heart because I don't want to see people killed on their side either. I don't want to see people killed. Donald Trump: (01:12:23) We'd win that. We'd win them all. We have the greatest weapons right now ever conceived by man. We've rebuilt our military to a level that nobody ever thought possible. And then the fake news. And I said that a couple of weeks ago, remember I said, "We have created the most powerful weapons known to man." It's true. We have weapons that are so advanced that President Xi, Putin, everybody, we're the envy of the world. Donald Trump: (01:12:59) But they don't know quite what we have, but they know we have stuff that they never even heard of before. And some schmuck back there said, "I think he's given away classified

information." Now, all I'm doing is telling the world, we have the most powerful weapons in the world. I'm not even saying what kind. You don't even want to know about it. And God help us if we ever have to use them. But we have the most powerful weapons ever conceived by man. They have the missile, the super-duper, hydro sonic, I call it the super-duper, it goes five times faster than a normal missile, right? Donald Trump: (01:13:32) We have one goes much faster than that. But Russia got that information from the Obama administration. Russia stole that information. You knew that. Russia got the information and they built it. But we have now one that's much faster than that. That's like a slow missile. That's like considered a slow missile. Donald Trump: (01:13:51) But I said it was incredible. Two weeks ago I said, "We have the finest, the best, the most incredible, sadly, the most deadly, and we never want to use it, but we have the greatest weapons ever in history by a factor of 10, by a factor of 10." And they went crazy. "He's given away classified." These people are sick. All I'm doing is saying that we rebuilt our military $2.5 trillion all built in the USA, every single ounce of it. Donald Trump: (01:14:26) We have fighter jet, F-35 that are so good, you can't see it. And I went to see the program, and I met some of the pilots and these guys are better looking than Tom Cruise. They're tougher. They're stronger. They're bigger. They're more powerful. They're smarter. And I like Tom cruise by the way, because you can't get much better than Top Gun, right? Great movie. You can't get better. I like Tom cruise. But these guys are better looking than Tom. They got that crew cut, they got the crap under their eyes, they got the whole deal. They're smart as hell. Donald Trump: (01:14:59) So I said, "So captain, let me ask you, how good is the F-35?" "They're really good Sir, best plane we've ever had all great." I said, "How do you compare that with what Russia has?" "Well, ours is better for a specific reason, Sir. You can't see it." "What does that mean?" "Well, when we fight, they cannot see us, that we are so stealth." Donald Trump: (01:15:18) Now that doesn't mean in three years that it won't be obsolete because that's what happens. That's the problem with that business. You come up with a new computer and two weeks later it's obsolete. That's why I always like real estate, and grab a piece of real estate. But no, it's true. I wouldn't be good in that business. You get to work, work, work, and then you're starting the next one because the last one is gone. That's why I always talk about walls and wheels. Donald Trump: (01:15:42) When the Democrats were saying, "Walls are old fashioned." Well, they're right about that. But they work. Remember that? All we had to go through in Congress? And that wall is going up, think of that. We're building 10 miles a week, 10 miles a week of the top. And our numbers on the border are the best they've ever been. The best they've ever been. Donald Trump: (01:16:07) Well, we're building 10 miles of wall a week. We're up to about 330 miles, and we'll have it finished very soon, and it's having a tremendous impact on drugs. It's having a tremendous impact on all of the different things. Human trafficking in women. It's not even children. Donald Trump: (01:16:26) They're trafficking women, it's because of the internet. You think of that as almost an ancient kind of a crime, right? But it's not. It's a very modern crime and it's an unbelievably profitable crime. They're trafficking women, little bit children, but mostly women. Where they'll put three or four women in the back in the trunk of a car and they'll go through the

border. They can't do it anymore. And we're catching them. We have people that do nothing but look for the traffickers. To me, the traffickers are the biggest scum of the world. Donald Trump: (01:16:55) And thank heavens for ICE, and thank heavens for border patrol because these people do a job that you don't want. I know Mike doesn't want it. You wouldn't even be good at it, Mike, he'll do a commercial about it. That's what he'll do. Does he have the longest commercials in history? I say, Mike Lindell. I say, Mike, the pillow man. I say, Mike is the single greatest purchaser of commercials in history. I want him to buy my commercials. Donald Trump: (01:17:24) I say, "You know, we spent $20 million, I sell like two commercials." He spends $2 and he's got the whole day on Fox. I said, let Mike buy our commercials. Will you? I don't know what the hell you do, but whatever it is, you better tell me the secret. Greatest purchaser of commercials. Donald Trump: (01:17:41) But we have done some job with that. And the traffickers and drugs are way down. Now we got upset with the pandemic, but I watched Biden today talking about, "If only Trump moved one week sooner. One week." So let's go, ready? So, you know he was against the ban, right? Because he didn't think we had a problem. So he was against the ban. He didn't know that China was heavily infected. He doesn't even know where China is, in my opinion. Donald Trump: (01:18:13) But he was against the ban. These guys write stuff out for him, and he tries to read it. Doesn't do well with it. So he was against it, but now his new thing is, if only I moved one week earlier, but I was earlier than everybody. If you think about it. I had nice guy, Dr. Fauci, I had another nice, got a lot of doctors. They were all telling me, "No, no, you don't have to do that." Tom knows that very well. "You don't have to do that, Sir. You don't have to do that. You don't have to do that at all." Donald Trump: (01:18:42) And one of those things, I was very early and I banned and everybody admits that had I not banned highly infected Wuhan province, right? Highly infected, we would have had hundreds of thousands of more deaths. And then you had the chart. I put it up yesterday, I'm doing these news conferences. We're finally getting the word across that we did a great job, but I'm doing news conferences now every day. Donald Trump: (01:19:09) I call them the highly rated news conferences. And I go before these crazy people, they're screaming like maniacs. It's not the way they treat Sleepy Joe. He'd melt. If they ever did a number on, this guy would be there he'd be laying on the floor crying, "Get me out of here, Darling. Where is my wife? Get me out of here, please, Darling. They're so nasty to me today. What happened?" We go through it every single day. Donald Trump: (01:19:34) But you think about it, and he said, "If only Trump moved faster," but he's the one that two months later called me xenophobic, and he called me a racist because I was banning China, which was heavily infected. And then he said, "Don't ban Europe." Well, I looked at Italy, big problem. I love Italy. I love the people of Italy, but they were heavily infected. France, I looked at France, I looked at Spain, they even had spikes recently. Did you see? Donald Trump: (01:20:06) And we're doing great. We're rounding it with or without, but we're going to have with, but you know, with his better, but with or without, we're rounding that corner, and we're rounding it fast and they don't want to give us any credit because they want to keep this up 'til November 4th. And on November 4th, the press will probably say, let's say something stupid happened. The press

will say, "I got to admit he did a damn good job." And the other clown will be in office. We did a thing called price transparency. I signed it. It's effective, also very complicated. It's on your medical. And we did price transparency. It's the biggest thing. It's bigger than healthcare. Where you see your prices. You can go now to hospitals, you can price operations, you can price everything. It's a massive thing. Donald Trump: (01:20:53) The man who did it... And I took a lot of heat, and I'm doing favorite nations drugs, meaning whatever the lowest in the world is, we have to pay the same. That's the good news. The bad news is the drug companies, the doctors everybody's angry at me. Actually under price transparency, the good hospitals and the good doctors benefit tremendously, but the bad ones don't, and you have price transparency. And it goes into effect on January 1st. Could you imagine if this sleepy guy gets in and they say like, February, March, April something. They say unbelievable what happened to prices, it's dropping like crazy. Donald Trump: (01:21:35) And they'll say, what a job he's doing this president? And I'm the one that signed it. I said, could you put it into effect but statutorily? It has to mature, mature, mature. So the earliest I could get is January 1st. It's like crazy. You know another one? I'll give you another one. I'll give you another one. So Air Force One, so that's the 757, but they have a 747, which is the big Air Force One. Donald Trump: (01:22:03) I think that just disrespected the people of Minnesota today, they gave us the little one. No, actually it's because of the runway. In fact, when we landed, they said, "Sir, we have a very short runway, could you please hold on? I said, "I trust these pilots." By the way, these pilots are the best pilots. When you fly the president of the United States. Donald Trump: (01:22:21) Wait a minute, he's waving from the window. When you fly the president of the United States, you are the best flyer. They take the best air force guys, they take the best Marines in the helicopters, Marine One. But when you're flying these planes, you can land that sucker, you have no problem. There's no, mishits. There's no, "Let's go around. I can't quite make it, Sir." These guys are phenomenal. You've got to see what they look like. Everyone's in perfect shape. I look at him, central casting, every one of them they're great. Thank you fellas. Thank you. Donald Trump: (01:22:53) But I'll tell you a little story. So Air Force One is a very old plane. It's beautiful, but it's an old 747, right? It's 31 years old and other people didn't want to do it, but it was time to get a new one. It was time. You got to get a new plane. And actually Air Force One, I'll give you a little secret, it's actually two planes. They get two. It's a hell of a way to travel. If one's not working perfect, you use the other one. But they get two. Donald Trump: (01:23:21) So Air Force One, they negotiated a price and they had it down for $5.7 billion, that was not sounds expensive, and it's ridiculous, but that was done by the Obama administration. It was done by the Obama administration. And that's okay. But no administration Obama, Bush, they didn't want to do it because it sounds luxury. But at some point you got to buy a plane for the country. And these Arab countries would have their beautiful 747, 800s, 900s pour in, and they were gorgeous. Donald Trump: (01:23:51) And believe it or not, the new plane is a much bigger plane. Much bigger wingspan, it's a much more beautiful plane, it's modern. I think of a 31 years old, Air Force One is 31 years old, the main Air Force One, not this. This is a great plane, but the big one 31 years old. So you're representing the country, but

they didn't want to do it because it shows luxury. Donald Trump: (01:24:12) So I get to the office, I said, whatever happened to Air Force One, how's it doing?" "Sir, we made a deal for a new one under the Obama administration." "Oh, you did, good. How much?" "5.7 billion." I said, "That's a lot of money for [inaudible 01:24:27] for two planes, in all fairness. Now it's very technical, there's a lot of stuff. I won't talk about it because I don't want to give away any classified information. Just trust me, some more sophisticated sucker you've ever seen in your life. Donald Trump: (01:24:41) I think you're getting into a plane that cost 5.7 billion. Right? But it's the most sophisticated, two planes. So I said, "How much is it? A general came, and an air force general, great guy, handsome guy. They're all so good looking these people. I said, "So general, what are we paying? What's the price?" " Sir, it's $5.7 million and we're ready to go, Sir, could you sign it?" It sounds like a lot of money to me, General, 5.7 million for two airplanes. Can we get a better price?" "No, sir. This was negotiated by the Obama administration. The Obama administration. This was negotiated, Sir, by Barack Hussein Obama." Donald Trump: (01:25:23) And I said, "Oh, that's good. It sounds very high. So here's what I'm going to do. Tell Boeing we're not taking the plane. We have no interest in, it's too much." This is what I did. By the way, this is one of many stories. Isn't this better than going and saying, "I saved your Iron Range?" And I say, "But please remember I did this too." And I can do away with this stuff, but I did this too. Please remember that because I have all this list of incredible things I've done for Minnesota, I won't even touch it because frankly I'm tired of repeating what I've done for all these different states. I mean, I did all this stuff and then I hear I'm nine down. I don't believe it by the way, suppression. So I said to the general, I said, "General, 5.7 billion, not million, billion. That sounds very high to me general. I bought a lot of planes in my life and a lot of helicopters. I know a lot about it. How could it be five?" "Sir, that's the best price they could get. We only have one day to do it." I said, "Cancel it General. Cancel the order." It was signed actually. "Yes, Sir." Donald Trump: (01:26:33) I said, "Do you have the right to cancel it?" "Yes, sir. I do." We negotiated a great deal. I said, "Oh good. Cancel it." "Yes, sir. I'm pleased to tell you something, Sir. We have a breakup fee. We made a great deal, Sir." I said, "You did? Oh, you have a breakup fee. You mean you can't just cancel it for nothing? Then cancel it. You don't have to pay a breakup fee. I know about breakup fees." "No, Sir, we have a breakup fee." "Okay. How much is it?" "Sir, we can break it up for $250 million." Donald Trump: (01:27:01) I said, "Wait a minute. So you mean to tell me that to cancel the order costs $250 million?" In other words, we give them $250 million, we get nothing. I said, "General, don't cancel the order. Just tell him I'm very unhappy." This is what these guys. They're good businessmen, by the way. These guys, right here, Mike, they might be better than you. I don't even know. He may be the next governor. Donald Trump: (01:27:23) Mike Landell, maybe you should run. You should run. He is my complete and total investment. You should run. He'd be a hell of a governor. At least, you know one thing. Minnesota would be well promoted. Mike, run for governor, please. So he says, "It's $250 million. It's 250, Sir, I'm so proud of that." I said, "You may be proud, but I'm not." So I said, "General, don't give them notice because I don't want to write a check for 250 and getting nothing. I don't think I could explain that to the American

public. So tell them you're really unhappy, we're not going to make the deal, but just do it verbally." Donald Trump: (01:28:04) And, "Yes, sir." And then I spoke to the head of Boeing, a very nice guy. They had some rough times since then. They had a couple of really bad things happen. Terrible, really terrible. This was early on before the problems that they had. But he is, he's a high quality guy. And I said to him, "Dennis, we have to start it with a... It's got to have a three on the front of it." Donald Trump: (01:28:25) What do I know? I just know that if they're 5.7, and if I do something with a three. He said, "No, I can bring it down to 5.5 billion." So I say, "Well, that's not bad. I save $200 million in about a minute and a half phone call. So so far I'm not good, but it's not good enough. I'm not happy." I said, "No, we got to really think about canceling it." And I can't go to Airbus, which is made in Europe. It's a little hard, I got to go to their competitor. I can't say I'm going to buy the Air Force One from a European company that doesn't work too well. Donald Trump: (01:28:55) My only option was to say, "Look, I just don't want to just put it aside." He calls me up a few days later. "Well, we can do a little bit better than that." I said, "Dennis, has to have a three in front of it, Dennis." Got to have a three. Like a three, three anything, but got to have a three in front of it. So he said, "No, no, no." After one month, we signed a contract for $3.9 billion. Same exact one. Actually slightly better, we got an extra generator. Donald Trump: (01:29:27) And then Boeing came to me, and I love to negotiate. I do. Got that from my father. My father was a good negotiator and I love to negotiate. So they came to me, "Sir, we can put an extra stairway." This is the big 747. And remember this is a big, much bigger than the old 747. "Sir, it gets very windy up there. I noticed that your hair's blown all over the place. But we can buy a stairwell for the plane. And it comes under, it's like a corkscrew right at the bottom of the plane." You're very high off the ground, big, big thing. "And it opens up, and if it's raining or windy, you're covered, Sir, because it's under the plane. You're totally sheltered." I said, "That sounds great. So it's a corkscrew stairwell." Donald Trump: (01:30:16) I said, "How much is that general?" "50." I said, "50, what a deal, So for $50,000 I can get a stairway?" "No, sir. $50 million." I said, "Forget about the stairwell. Forget it." He said 50. I really thought he meant $50,000. So these are just some little stories. I guess I must like Minnesota to go on one of these deals. But boy, did you get your money's worth tonight? Is anybody having a bad time? Audience: (01:30:49) No. Donald Trump: (01:30:50) Did you get your money's worth? Because you've heard the other one. We've done this, and we've cut your taxes, and we built up the military bigger and better. And we're the number one in history in regulation cuts, which is the biggest thing. And the judges, which we've done at a level like nobody's ever done, everything we've done. Nobody has done more in three and a half years, no administration three and a half. Those first three and a half years, nobody even comes close. Donald Trump: (01:31:19) And you know, it's a funny thing. I say it all the time. I've been saying it for a long time and the fake news, nobody even questions me about it. And you know if I was wrong, they would, but they can't question me because when you see right to try, we took care of our vets. We just got a 91% approval rating from the vets 91. It's never happened before. Donald Trump: (01:31:41) We got choice approved, we got accountability approved, drugs are way down. We've got a little setback

with this whole situation where these shutdowns cause a lot of problems with drugs, a lot of everything, but drugs were way down. We had our best year in the history of our country last year. And we're going to have a better year coming up. That's why you have an obligation to vote for the guy that got you there. Audience: (01:32:10) Four more years. Four more years. Four more years. Donald Trump: (01:32:15) And remember this, and I really appreciate this, thank you. But I appreciate this because nine democrat mayors of cities in the Iron Range have endorsed me over Sleepy Joe. What do you like better? Sleepy Joe or Slow Joe? What's better? Let's do a poll. We do a poll. We do a poll. I do free falls. You know, these polls, they charge you a fortune for this stuff. They interviewed three people and then they charge you a million dollars. Donald Trump: (01:32:46) We interviewed 233 people, I got thousands of people at least for free. What do you like better as nickname? Slow Joe or Sleepy Joe? So let's go. Wait, Slow Joe first. Okay? So just scream if you like it. So you have a choice, Slow Joe, they're both very appropriate. Slow Joe or Sleepy Joe, ready? Slow Joe. I think we're going to have a winner here. Sleepy Joe. Donald Trump: (01:33:17) A lot of people say I'm too nice with Sleepy Joe, that I'm actually being too nice, I don't know. He's a sleepy guy, but Biden is going to shut down your Iron Range. Remember, it wasn't just the tariffs I put on your competitors that were dumping iron ore and steel and everything else in our country like it was garbage. And it was garbage steel. It was all [inaudible 01:33:41] based steel, real crap. Donald Trump: (01:33:43) It wasn't that, but when you think of it, they wrote it out. You didn't have environmentally the right. Somebody said, "Oh, well he got a bit because he was good with negotiating with these other countries." It wasn't that. I opened it up. I signed an order. I signed an executive order because Obama took your Iron Range and Biden took your Iron Range away. Donald Trump: (01:34:06) And I'll never forget. The day I did it, and Tom was there, a man, I don't know who he is, he's probably in this massive audience, but he came up to me and he was a rough guy and he never cried in his life, including at childbirth. He didn't cry at childbirth, but he was crying. And he said, "Sir, you gave our life back to us because Obama took our heart out when he closed up the Iron Range." He said you gave our heart back. Donald Trump: (01:34:36) It's true. So I just want to thank those cities. When a democrat mayor, and we have now a lot of... Now we have additional. So these are democrat politicians and two weeks ago they endorsed us, and it's a great thing. We're finding that all over the country. Democrats for Trump. Politicians that got elected as democrats, I don't think they changed their party affiliation, but they endorsed Trump. They're all in the Iron Range area. Donald Trump: (01:35:08) And Larry Cuffe is here. Larry Cuffe. Where's Larry? Where is he? Larry, how are you? Why did you do that, Larry? That's so nice. I appreciate it. Boy, are you good. I wish you had a mic. He said, "Because you're the best candidate we could ever..." I love this guy. Said you're the best candidate we could ever hope for. Donald Trump: (01:35:39) Thank you Larry, that's beautiful. I appreciate it. We'll do a good job. We're not going to let you down. And they're doing a good job over there. So dig in, dig in, dig we must, right? Larry Cuffe : (01:35:46) It's going because of you. Donald Trump: (01:35:48) It's all going because of me. That's cool, man. Thank you. No, he signed an executive order shutting it

down. Just shutting it down. And I hear it's got the best iron ore anywhere in the world. That's what I hear. The quality is the best. Donald Trump: (01:36:02) ... or anywhere in the world. That's what I hear. The quality is the best. And it's like an unlimited amount. I'm talking about a little, this is a massive operation with thousands of people and everything else. And for me, it was very easy. Andrea Zupancich, where is she? Where's Andrea? Thank you very much. That's really nice. I'm glad that at least you got a good location, right? That's great. I appreciate it very much. You're all friends I guess. Chris Vreeland, where's Chris? Chris Vreeland. Chris? Where's Chris? The mayor? Thank you, Chris. Thank you, Chris. Thank you very much. Kathy Brandau. Kathy Brandau. Thank you, Kathy. I hope you're having a good time tonight. We're not going to let you down. You know that. We're open. That sucker is open. We're not closing it. Donald Trump: (01:36:51) Well, think of this though. If Biden gets in, it's closed. He said he's going to close it. How about this guy? No fracking. You're not going to frack. Onstage with all these crazy people and they don't want any energy. They think everything's going to run by wind, which costs you a fortune, about 20 times more than what we have and doesn't work. But think of it, all of these people... And they say, "What about fracking? Fracking is the modern technology. And so they all said, "No, no, we're all against... everyone's against fracking. What about you?" Yes, I'm against it too. Now he's against it for months. He gets it, now he's in favor of it. But he's sort of grandfathering it. You know, it's a very weak... Well, I like to grandfather fracking. If I'm a fracker, I don't want to be grandfather. I want to have it or not have it, right? He wants to grandfather fracking. Always go with their first statement, okay? Donald Trump: (01:37:45) So I was in Texas two weeks ago, we had crowds. Mike, we had crowds that went from the airplane to the well, to the drilling well, where we went to see a well. And we saved the industry because I got Russia and Saudi Arabia to cut back 10 million barrels. It actually was probably 18. Ended up being, I think, 18.5 million barrels. And it saved the industry. And yet you're still paying very low gasoline prices at the pump, but we saved 10 million jobs. But I'm in Texas, and let me tell you, Texas appreciated it because that industry was in deep trouble because all of a sudden with the pandemic, there was no demand. There was nobody driving, there was no demand. Nobody ever saw anything like it. Donald Trump: (01:38:28) So I'm in Texas and I said to the crowd, it was a great crowd, and we must have had a hundred thousand people on the road, on the highways and roadways waving. And they had the most beautiful Trump flags. I wanted to stop, "Where did you buy that flag?" The most beautiful flags of me and our great vice president. Is Mike Pence doing a good job by the way? He did such a great... he worked 29 hours a day. I mean, this guy works day and night. He worked not the 24. He worked 24 plus least five, okay. This man is a worker and he's a wonderful human being. And when they try it, a guy like Biden that can't carry his jockstrap. When Biden goes, "Oh, they should have closed one week earlier", and here's the guy that said I made a mistake when I banned China that nothing's going to happen. Donald Trump: (01:39:20) It's so phony. This politics is a very phony business. I haven't been doing it long. I told one of the senators that came in, he came into my office there, " I've been doing this for 30 years. I've won many elections, I've only lost twice in my life. I've been a Senator

for a long time. I know what I'm doing, sir". I said, "Yeah, and I've done it for four years. And I've only won one election, but it's for the president of the United States." I remember a certain man on television that didn't like me too much. He said, "They put together the greatest field ever assembled, the Republicans, remember? 17 plus me. They put together the greatest field of talent ever assembled. I hear Trump wants to come in. He's not going to do it number one. Number two, if he does, he's just doing it for fun and he'll be out by September and then he'll go about leading his life, but he's not going to do it. But we don't really need him because this is the greatest single assemblage of talent ever assembled for one party." Donald Trump: (01:40:33) The greatest talent he's ever seen. And then I did it and just week after week, one out, two out, three out, four out. And then we've done changes. Oh, he said, "He can't do it because he doesn't have any experience." But I actually do on the other side. I contributed to politics. I always found it very interesting. So in a certain way, I had a lot of experience probably. Maybe I had too much experience. That's why I can tell you about AOC. Check out the $2 million please, check it out, check it out. Check out Omar, check out Omar, get to that great writer, he should get... Oh, so the New York Times won all these Pulitzer prizes, right? I was going to tell you before. All these Pulitzer prizes, these people, and they all got it wrong, right? Donald Trump: (01:41:16) They got for Russia, Russia, Russia. We give the Pulitzer prize. I won't use names. I won't use names, but we give the Pulitzer prize to the New York Times. They got it wrong. We give the Pulitzer prize to the Washington Post and all of these real sleazebags. I have to be honest with you. Very dishonest people, very dishonest. I call it the Amazon Washington Post. He uses that as his lobbyist because he owns the Washington Post. He gets crap that other people wouldn't get, okay. That means it's a lobby. It's a lobbyist deal. But they got the prize, right? They got the Pulitzer prize. All the guys that got it right, that really got it right, they all got it wrong, totally wrong. And they should return the Pulitzer prize. And Pulitzer association, the committee should ask for those prizes back. They got it all wrong. They were a hundred percent wrong. There was no collusion. They couldn't believe. Remember the day when it was announced after three years, there is no collusion. I could have told them that a day one, they could have saved 48 million dollars. Donald Trump: (01:42:21) They got the Pulitzer. And then you take guys so many, so many. Solomon, Sara Carter, Bongino. How about Dan Bongino? So many, so talented guys. How about that great gentlemen who wrote The Witch Hunt? Remember that? That was the first, right? You know what I'm talking about. He's fantastic. All great. These people should have won the Pulitzer prize. Now I would say Sean Hannity and Lou Dobbs and Laura and Tucker. In all fairness, Tucker was very good. Tucker was great, but these are all people that got it right. Now they don't do I guess the Pulitzer prize for that stuff, but they probably should. But these guys all got it right. And all they did was get a lot of money because they're very successful, and that's okay I guess. But they should give the Pulitzer prize to the people that got it right and they should withdraw from all of those writers, many of whom are back there right now, all of those writers, they should do that. Donald Trump: (01:43:24) So just to finish up, just to finish up, I want to just say that we have some great congressmen here. I'd love you guys to come up here because I

just want to have you come up. Would you come up? They deserve it. Because I told them, they're busy guys, that they're big warriors and all that. And I told them, "I'm going to introduce you right at the beginning. Be here, and then you can get out of here." They've been waiting now for an hour and 20 minutes. Come on up. So just walk to the end, shake their hand. Everybody sign a slip that you're voting for them, please. They've got no problem. But you have members of Congress here, Jim Hagedorn, Tom Emmer, Pete Stauber, great hockey player. And hopefully your next US Senator who's a man who's done a fantastic job, run a great campaign, Jason Lewis [inaudible 01:44:25]. Donald Trump: (01:44:25) And a candidate for Congress, Michelle Fischbach, who's supposed to be fantastic. And Michelle has my complete and total endorsement. But Jason, you're in good shape, wow. You're in better shape than these Congressman Jase. By the way, Jason is fantastic and he's doing a fantastic... Where's Michelle? Is she there? Be careful. It's not worth the broken legs. Look at her. Oh, she's a warrior, I can tell. Come on up. But thanks, Michelle. And they have my complete endorsement. They're great people. They love your state. They love our country. Donald Trump: (01:45:06) So just in conclusion, I want to say that over the next four years, we will make America into the manufacturing superpower of the world. And we will end our reliance on China once and for all. We will make our medical supplies right here in the United States. And you probably heard me today. It used to be Puerto Rico did tremendous dollars in medical supplies. And then what happened? They made a lot, they did a good job, and Obama Biden destroyed it. They took away the incentive, all of the taxes. And they took away the incentive and Puerto Rico went down a long way. We'll get some of that back to Puerto Rico and we'll get it back for us. Take it away from China. You heard that, yes? They took it away. Donald Trump: (01:45:58) And then people automatically vote. It's like a habit. Will I vote for the Democrat? The Democrat was so bad to you. And how bad were the Democrats to Israel? We did Jerusalem, right? We broke up the Iran deal, right? And then they vote for a Democrat. It's out of habit, but I think the habits, we're breaking those habits very quickly. But we've helped Puerto Rico and we've really helped... If you look at what we've done for Israel, it's been incredible. They say nobody's done more. And it's my honor. But we'll hire more police, increase penalties for assaults on law enforcement, and we will ban deadly sanctuary cities, which are a disaster. We'll appoint tough on crime prosecutors. We will nominate judges and justices who interpret the constitution as written. We will ensure equal justice for citizens of every race, color, religion, and creed. We will defend the dignity of work and the sanctity of life. Donald Trump: (01:47:11) And that's why the Supreme court is so important. The next president will get one, two, three, or four Supreme court justices. I had two. Many presidents have had none. They've had none because they're there for a long time. They tend to be appointed young. They're there for a long time. But the next one we'll have anywhere from one to four. Think of that. That will totally change when you talk about life, when you talk about second amendment, when you talk about things that are so important to you. You're going to be stuck for 40 years, 35 years, a long time. So this is going to be the most important election, in my opinion, in the history of our country. You got to get it right. Because if you don't get it right, we will not have a country

anymore. You're not going to have a country. Not as we know it. You won't have a country anymore. Donald Trump: (01:48:06) We will uphold religious liberty, free speech, and the right to keep and bear arms. We will strike down terrorists who threaten our citizens and we will keep America out of these ridiculous, horrible, endless foreign wars. Countries you've never heard of. Coming home. We will maintain America's unrivaled military mind, and we will ensure peace through strength. This is what we have now. Peace through strength. Remember what I told you about those weapons, we don't want to use ever, we don't want to use those weapons. We will end surprise medical billing, require price transparency, January 1st. He doesn't even have to do anything now. I'll be so angry if he... They'll say, "What a job he's done on transparency, can you believe it?" And he won't even know what transparency is. And it's complex. And further reduce health insurance premiums and the cost of prescription drugs. We've done that already. We will strongly protect Medicare and social security, and we will always protect patients with preexisting conditions. Donald Trump: (01:49:29) America will land the first woman on the moon and the United States will be the first nation to land an astronaut on Mars. And we brought NASA back. NASA, when I got in three and a half years ago, grass was growing through the cracks of the runway. It was over, it was closed. It was nothing. Now it's the number one space center in the entire world by a factor of five. We will stop the radical indoctrination of our students and restore patriotic education to our schools. We will. We will teach our children to love our country, honor our history, and always respect our great American flag. And we will live by the timeless words of our national motto, in God we trust. You know that the Democrat national convention and the pledge of allegiance at a caucus, two of them, not one. I heard the first one, I said, "Oh, they must've made a mistake." They left under God out of the pledge of allegiance. Donald Trump: (01:50:56) Yeah, yeah, yeah. Now they then said, "Oh, well we didn't mean that." They meant it. That's what they're going to do. They're going to take God out of it. Just like I was saying before, Texas, they don't want God, they don't want oil, they don't want guns. I don't think they're going to do too well in Texas. Do you agree with that? I don't think they're going to do too well in Minnesota either. No, but could you imagine you're campaigning, and it doesn't play too well here, but could you imagine you're in Texas and you have a guy say, "No oil, no God, no guns. Oh, I think I'm going to vote for Joe Biden, everybody." And then they say, "Texas is in play, it's a very close..." I have a friend in Texas. He said, "I think you're winning by 15 points." These people are crazy. Texas is in play. They don't want to let you have oil. Think of it. It's unbelievable. Texas is in play. That's the fake news back there. Donald Trump: (01:51:55) They said it last time too. Remember? Texas, when they say in play, that means it's too close to call. It's in play. Too close. We've heard that for a long time, in play, right? Too close to call. And they said it four years ago, "Texas is in play. This could be a terrible defeat, losing Texas. Big state, great state. This would be a tremendous defeat." And they said it about Ohio too. I think we won by like nine points. Right? They said Ohio is in play. Utah's in play. We won by a lot. Remember we beat a guy named McMuffin. Remember the guy? He was going to take the state of Utah. And then he was going to be able to negotiate. But that didn't work out. He

came in third. Even Hillary beat him. But they said Texas is in play. And I'd go around telling my people, "Damn it, Texas is in play, how the hell? Every time I go there, I have 35,000 people at the stadium, how could it possibly be in play?" They said it's in play. My people would say, "I don't think so." Donald Trump: (01:52:50) And we had a big Texas rancher. He was on one of the shows. He was wearing a big, beautiful hat. I wish I could wear those hots. It wouldn't work for me too well. I don't think it works for me, right? But it worked for him. And he said, "I don't know too much about a lot, but I know one thing. Texas is not in play. And this guy is going to win Texas by a hell of a lot of votes." And that's what happened that night, the night of the election. The night of the election, they called the results. I've been listening for six months, "Texas is so close, we can't even imagine it it's so close. This is big." And they only call the election immediately if you win in a landslide, it's got to be tremendous. And they said, "Texas has closed its doors. Ladies and gentlemen, Donald Trump has won the state of Texas." They didn't even say the polls were closed. They forgot to say the polls were closed. Donald Trump: (01:53:41) I wanted to say. I said, "How come I won?" I called my people, "How could I have won? It was so close they called it before they even said the doors closed." And I heard from the governor of Texas, great guy, Greg Abbott. I said, "How are we doing compared to four years ago?" We did great four years ago, big, big win. He said, "Sir, you're doing much better." But these guys keep saying it's in play. It's the same way that I'm down nine points in Minnesota. If I lose Minnesota, if I lose Minnesota, Jason, I'm going to blame Jason if I lose. Boy, we almost had it last time. But we did the right thing. We went to Michigan, we won Michigan, first time in many, many years, that Michigan was won. It's a great state. Donald Trump: (01:54:25) For years you had a president who apologized for America. And now you have a president who is standing up for America and standing up for Minnesota. So get your friends, get your family, get your neighbors, get your coworkers, and get out and vote. And you know it's starting today in Minnesota. That's why I'm here. It started today. Go out of here. You know what? If they're closed, what the hell time is it now? If they're closed, just stand in line like you do. People were here two days ago trying to get in here. It's crazy. So do the same thing at the voting booth, please. Speaker 1: (01:55:15) We love you! We love you Mr. President! Donald Trump: (01:55:16) From St. Paul to St. Cloud, from Rochester to Duluth, and from Minneapolis, thank God we still have Minneapolis, to right here, right here with all of you great people, this state was pioneered by men and women who braved the wilderness and the winters to build a better life for themselves and for their families. They were tough and they were strong. You have good genes. You know that, right? You have good genes. A lot of it's about the genes, isn't it? Don't you believe? The racehorse theory you think was so different? You have good genes in Minnesota. They didn't have a lot of money. They didn't have a lot of luxury, but they had grit, they had faith, and they had each other. That's what you have now. You have each other. Donald Trump: (01:56:11) They were miners and lumberjacks, fishermen and farmers, shipbuilders and shopkeepers. But they all had one thing in common. They loved their families, they loved their countries, and they loved their God. Proud citizens like you helped build this country. And together we are taking back our country. We are returning power to

you, the American people. With your help, your devotion and your drive, we are going to keep on working, we're going to keep on fighting, and we are going to keep on winning, winning, winning. Speaker 1: (01:56:57) One more year. One more year. One more year. Donald Trump: (01:57:05) And don't forget, you went through years where you weren't winning, right? Years and years, they closed down. Even with Obama, he closed that iron. I think he just wanted to get even with you, I don't know. He wasn't good. Not a good... We've knocked out about 84% of the things he did. Then you say, "I wonder if he likes me?" But you're getting used to winning and you're going to see winning like you've never seen before. You had your best year and you're going to win so much. You've heard this, right? I haven't said it in a long time because we've been doing a lot of winning, but you're going to win so much. And you're going to send Jason to the US Senate. And you're going to keep winning and winning and winning. Donald Trump: (01:57:53) You're going to win on trade, you're going to win on the military. You're going to win on everything you touch. Minnesota is going to keep on winning and you're going to get tired of winning because Minnesota doesn't want to win all the time. Your football team is going to win in the big 10 they say, right? No, we are going to keep on winning in Minnesota. And you're going to get so tired you're going to say, "Jason, Jason, please, please Jason, go to the president. See him in the oval office. Stop him from winning. We're winning too much in Minnesota. We can't stand it. Jason, please, please Jason. Stop him from winning so much for Minnesota. We can't take it. We're not used to it because we went through years and years and years where it was tough", right? Donald Trump: (01:58:38) The mayors know that. That's why they all endorsed the president. And I'm going to look at Jason, I'm going to say, "No, Jason, I'm sorry. The people of Minnesota want to win, you're wrong, Jason. They want to win. We're going to keep on going, Jason, we're going to keep on winning. And they're going to be happy as hell, Jason." Get Jason in, he's a great guy. By the way, you have a Senator that he's running against. I won't even mention names. She does nothing, nothing. Nobody even knows who the hell she is. She goes to a meeting the other day, everyone's trying to figure out who is she? This guy... he even looks the role. Central casting, right? If you can get the look for free, that's good too. Right? But he's going to be fantastic. Tremendous guy, really successful. And he loves your state and he loves our country. So Jason, please knock them out. Knock them out. Donald Trump: (01:59:35) But you're going to win. We're one movement. We're one people, one family, and one glorious nation under God. And together with the incredible people of Minnesota, and you know what's going to be operating at strength? Because I owe it to these incredible mayors that were so nice to me. That was such a nice thing. And I didn't politick you at all. I never politicked you. I said how nice. And it's happening with so many other things. We have other endorsements from police forces that I never asked and all of a sudden they're coming from very hostile territory. So I just appreciate your being here. And I'm saying this for you and I'm saying it for all of you. Okay. Thank you. We will make America wealthy again. We will make America strong again. We will make America proud again. We will make America safe again. And we will make America great again. Thank you Minnesota, thank you.

**Copyright Disclaimer**

Under Title 17 U.S.C. Section 107, allowance is made for "fair use" for purposes such as criticism, comment, news reporting, teaching, scholarship, and research. Fair use is permitted by copyright statute that might otherwise be infringing.

## Keep reading

# WILKINSON EXHIBIT 3

Factbase

Donald J. Trump

Transcripts White House Calendar White House Press Releases

# Speech: Donald Trump Holds a Political Rally in Atkinson, New Hampshire - January 16, 2024

StressLens 4 Topics 10 Entities Moderation 2 Speakers



**Full Transcript**

Donald Trump 00:00:00-00:00:44 (45 sec) NO STRESSLENS

If you think that it was easy to get here tonight, you are wrong. In fact the pilot said, "Sir, I think you might have to do it maybe another time." I said, "I'm not going to tell the people of New Hampshire, I'm not going to be there tonight." This was a little bit rocky tonight, I will tell you, but I'm glad we made it. That would've been a pretty big story, if we didn't make it. I mean, didn't didn't make it. I'm thrilled to be back with the people of the great state of New Hampshire with thousands of proud, hardworking American patriots, which is what you are.

Donald Trump 00:00:44-00:01:08 (23 sec) NO SIGNAL (0.724)

As you know last night we had a record setting evening in Iowa. What a great place that is too. The largest margin of victory in GOP history. Is that good? I had the previous record, as you know, was 12 points and we beat it by more than 30 points. So that was really something. That's a long year. That's a lot of years.

Donald Trump 00:01:08-00:01:30 (22 sec) NO SIGNAL (0)

So we were honored by it. They're really great people also. The whole country is great frankly. They want to see change. They want to see change because right now our country's not doing too well. We're laughed at all over the world. This is not going to happen for long. I do worry about 10 more months with these people because they can do a lot of damage.

Donald Trump 00:01:30-00:02:05 (35 sec) NO SIGNAL (0.369)

What they're doing to our country is very sad. We were the first candidate ever to get more than 52% of the vote. We now have our eyes on a very special place. You know what that place is? New Hampshire. I know that New Hampshire will never let us down. Just like in 2016, you remember that? We came in here and we won in a landslide, 2016. It's time for the Republican Party however, to unify, come together, and move forward as one team.

Donald Trump 00:02:05-00:02:26 (21 sec) NO SIGNAL (0.289)

We have to beat Crooked Joe Biden. We have to beat him. Our country is at stake and we need to focus on all of our resources. We have to put them into energy and effort in defeating Biden and all of these radical left lunatics, what they're doing to our country. We can't let it happen. We cannot let it continue.

Donald Trump 00:02:26-00:02:44 (18 sec) NO SIGNAL (0.512)

We're going down and we cannot let it continue. Last night, I was honored to receive the endorsement of a man who has become a true leader and earned the admiration of so many patriots. I've been a friend of his, even though we were competing against each other, but I was a friend of his and we got along.

Donald Trump 00:02:44-00:03:16 (32 sec) NO SIGNAL (0.866)

He was saying, "He's a great president." I kept saying, "Why is he running? He keeps calling me a great president." He's a fantastic guy, a very smart guy. He's got some tremendous ideas. He's young and he's got some young ideas too, and that's a good thing. So he has a big, beautiful, bright future ahead.

Donald Trump 00:03:16-00:03:21 (5 sec) NO STRESSLENS

Vivek Ramaswamy. Come on up, Vivek.

Vivek Ramaswamy 00:03:21-00:03:45 (24 sec) NO STRESSLENS

Let's do this, guys. It's good to see you. It's good to be back to New Hampshire. We miss you guys. We're going to make this happen. You guys know this well, you know this man. You know why we're here. Patriots across this state, we are in the middle of a war in this country. That's what this is. It's not a war between black and white.

Vivek Ramaswamy 00:03:45-00:04:07 (22 sec) NO STRESSLENS

It's not between Democrat and Republican, even in a deeper sense. It's between the permanent state and the everyday citizen, between those of us who love the United States of America and a fringe minority who hates this country and what we stand for. Right now we need a commander in chief who will lead us to victory in this war.

Vivek Ramaswamy 00:04:07-00:04:28 (21 sec) NO STRESSLENS

That's what we need in this country. You got to know you're in war to win one. You can't win one if you're asleep at the switch. Have your head stuck in the sand like most Republicans. I think that's going to require somebody who isn't bought and paid for. A businessman, not a politician.

Vivek Ramaswamy 00:04:28-00:04:33 (5 sec) NO STRESSLENS

Anybody heard of that?

Vivek Ramaswamy 00:04:33-00:04:54 (22 sec) NO STRESSLENS

That's why I was in this race. I'll tell you, the people of Iowa spoke loud and clear last night. I'm a big believer that we the people create a government that is accountable to us, not the other way around. That we the people choose who leads this country. So we heard we the people last night, and that is why last evening I met my friend here.

Vivek Ramaswamy 00:04:54-00:05:14 (20 sec) NO STRESSLENS

We met in person and I told him that I would endorse Donald J. Trump for President of the United States and do everything in my power to lead us to victory in this war. It is a 1776 moment right now. That's where we live right now. You want to know, what does it mean to be a Republican today?

Vivek Ramaswamy 00:05:14-00:05:29 (15 sec) NO STRESSLENS

It means we believe in the ideals of 1776. Ideals like freedom and merit and the pursuit of excellence, that you get ahead in this country, not on the color of your skin, but on the content of your character and your contributions.

Vivek Ramaswamy 00:05:29-00:05:55 (26 sec) NO STRESSLENS

End affirmative action, end at DEI. We are done with the nonsense. Send it back home. It means you believe in the rule of law. I say this as the kid of legal immigrants to this country, that means your first act of entering this country cannot break the law. That is why we need to use our military to secure our own southern border in this country.

Vivek Ramaswamy 00:05:55-00:06:16 (21 sec) NO STRESSLENS

That's what it means to stand for the rule of law in the United States of America. It means the people we elect to run the government needs to be the ones who actually run the government, not the shadow government in the deep state that runs the show today. This man is going to get in there this time around and actually shut down that deep state.

Vivek Ramaswamy 00:06:16-00:06:34 (18 sec) NO STRESSLENS

Not messing around this time anymore. That's how we win this war in this country. The way we're actually going to do this in the long run and win this, this time around is with elections we need to secure in this country for the long run. You want to know what needs to happen in this country?

Vivek Ramaswamy 00:06:34-00:06:48 (14 sec) NO STRESSLENS

Single day voting on election day as a national holiday with paper ballots, government issued ID to match the voter file, and English as the sole language that appears on a ballot.

Vivek Ramaswamy 00:06:48-00:07:09 (21 sec) NO STRESSLENS

I'm confident this man will be the one to get us there. This is how we get our country back. Not black or white, it's deeper than that. These are the ideals of the American Revolution. You know what? We do have some enemies that we need to defeat on the other side, but we have challenges to address in our own party right here at home.

Vivek Ramaswamy 00:07:09-00:07:24 (14 sec) NO STRESSLENS

So you know what? If you want somebody who's going to foist onto you, to use your social media account, you want to use a driver's license to do it, to have the right to use the internet. This man's not your man. There's another candidate in this race who'll do that for you. It's Nikki Haley.

Vivek Ramaswamy 00:07:24-00:07:37 (14 sec) NO STRESSLENS

You want to cut social security, you want to cut Medicare, you want to cut veterans benefits so we can fork over more money to Ukraine so some kleptocrat can buy a bigger house?

Vivek Ramaswamy 00:07:37-00:08:04 (27 sec) NO STRESSLENS

Vote for Nikki Haley. Not this man right here. If you want to actually put an agenda that puts Americans first to say that the moral obligation of your leaders is to the citizens of this country, not another one, there is not a better choice left in this race than this man right here. That is why I am asking you to do the right thing as New Hampshire and to vote for Donald J. Trump as your next president because we're not working with a lot of time here.

Vivek Ramaswamy 00:08:04-00:08:29 (25 sec) NO STRESSLENS

If our kids are in high school before we get this right, we don't have a country left. That's what it means. We've been celebrating our diversity and our differences for so long that we forgot all of the ways that we are the same as Americans. Bound by that common set of ideals that set this country into motion.

Vivek Ramaswamy 00:08:29-00:08:58 (30 sec) NO STRESSLENS

We believe those ideals still exist. This man is going to be your next president to revive them. E pluribus unum. From many, one. You know how we're doing it? We're doing it by speaking the truth at every step of the way. There are two genders in this country, period. That is the truth. Fossil fuels are a requirement for human prosperity.

Vivek Ramaswamy 00:08:58-00:09:24 (26 sec) NO STRESSLENS

Drill, frack, burn coal, embrace nuclear energy. Reverse racism isn't racism, and open border is not a border. Parents determine the education of their children. The nuclear family is the greatest form of governance known to mankind. Capitalism lifts us up from poverty. There are three branches of government in the United States, not four.

Vivek Ramaswamy 00:09:24-00:09:53 (28 sec) NO STRESSLENS

The US Constitution is the strongest and greatest guarantor of freedom in human history. That is the truth. We fight for the truth. We stand up for the truth. That is what won us the American Revolution. That is what reunited us after the Civil War. That is what won us two world wars and the Cold War. That is what still gives hope to the free world.

Vivek Ramaswamy 00:09:53-00:10:03 (11 sec) NO STRESSLENS

If we can revive that dream, over group identity and victimhood and grievance, then nobody in the world, not a nation, not a corporation, not a virus, not China is going to defeat us. That is what American exceptionalism is all about. That is what we are going to revive to, yes, make America great again.

Vivek Ramaswamy 00:10:03-00:10:15 (12 sec) NO STRESSLENS

Vote for this man right here in the New Hampshire primary. God bless you and your families and may God bless our United States of America. Thank you, New Hampshire. It's good to see you guys. We're coming back and winning this in a landslide. We will not stop until we get this job done. Thank you, all.

Vivek Ramaswamy 00:10:15-00:10:17 (1 sec) NO STRESSLENS

God bless you and your families.

Donald Trump 00:10:17-00:10:36 (20 sec) WEAK (1.129)

Thank you. Thank you. Wow. How was that? Pretty good. That was pretty good. He's a fantastic guy and he's got something that's very special because he started off with a zippo and he ended up very strong. He did a great job. I was actually surprised when he called because he was doing well. It's an honor to have his endorsement.

Donald Trump 00:10:36-00:11:15 (39 sec) NO STRESSLENS

He's going to be working with us and he'll be working with us for a long time. Thank you. Now for sort of the opposite, in my opinion. As you know, Nikki Haley in particular is counting on the Democrats and liberals to infiltrate your Republican primary. You know that. That's what's happening, you have a group of people coming in that are not Republicans and it's artificially boosting her numbers here, although we're still leading her by a lot.

Donald Trump 00:11:15-00:11:43 (28 sec) NO SIGNAL (0.531)

As you know, I watched her speech last night, I thought it was inappropriate, but because it's bad for unity, it's bad for the party, what she said. You'd almost think she won. She came in third and she lost to not a particularly great candidate, obviously, as

you've seen. She lost to somebody that beat her by about two and a half points.

Donald Trump 00:11:43-00:12:06 (23 sec) NO SIGNAL (0.738)

Ron DeSanctimonious. So I'll tell you, we have these two people. We really got to get back onto Biden and beating the Democrats and not wasting a lot of time with these two. They're supported by some people that you don't want to have support. The reason they're doing it, and I will tell you, so we had a very interesting thing.

Donald Trump 00:12:06-00:12:20 (15 sec) NO SIGNAL (0.56)

We were making the speech last night. It was called a victory speech. Yeah, please sit down. Everybody could see back there? This is a big crowd. This is a nice crowd of people. We're driving in the snow. You can't see three front -- I mean how you all got here. I said, "Will people show up?" They always show up, right?

Donald Trump 00:12:20-00:12:36 (16 sec) NO SIGNAL (0.993)

They love their country. We were talking about a show and how corrupt the press is. Last night it was amazing. NBC and CNN refused to air my victory speech. Think of it, because they are crooked, they're dishonest, and frankly, they should have their licenses or whatever they have taken away. They put on Nikki Haley.

Donald Trump 00:12:36-00:13:05 (28 sec) NO SIGNAL (0.415)

She came in third, a distant third, I mean a distant third. They put on Ron DeSanctimonious who came in a boring second. Now we don't talk about him too much because over here he is polling at 4%. So we'll save him where he seems to go up. We haven't found that place yet. He's gone down a lot. She's not doing particularly well, but she had one phony poll.

Donald Trump 00:13:05-00:13:30 (25 sec) NO SIGNAL (0.273)

She walks around with a poll saying she's upping Biden by 17. That poll is about three months old and it's a fake poll. From every other poll, she's just about down in every election. We're up -- every single poll for the last two months against crooked Joe Biden. But people behind Nikki Haley are pro-amnesty, they're pro-China, they're pro-open borders.

Donald Trump 00:13:30-00:13:49 (18 sec) NO SIGNAL (0.4)

These are the people that are backing her. They're pro-war. We don't want war. We got out of all the wars. We beat the hell out of ISIS. They're pro-Biden, frankly. And if she wins, Biden wins. And if Biden wins, New Hampshire cannot win. You're going to lose and bad things happen. We had the greatest country in the history.

Donald Trump 00:13:49-00:14:18 (29 sec) NO SIGNAL (0.153)

In our history, three years ago, we had the best borders, we had the best economy, we had no inflation, we rebuilt our military, we gave you the biggest tax cuts in history, the biggest regulation cuts in history. Nobody's done what we've done. And especially, frankly for this state, if you want a nominee who is endorsed by all the RINO, globalists, and demented Never Trumpers.

Donald Trump 00:14:18-00:14:36 (18 sec) NO SIGNAL (0.759)

Never Trumpers here, they're a dying breed, I will say. Like a guy like RINO Paul Ryan, he was so bad for us; liberal Larry Hogan, that's another beauty; open borders RINO Charles Koch. Charles Koch, he spends a lot of his inherited money on elections, but not so much, but he has been giving Nikki a lot.

Donald Trump 00:14:36-00:14:53 (17 sec) NO SIGNAL (0.637)

He wants open borders. He's pro-China, he's not pro- U.S. And crooked Joe Biden's biggest donor is then Nikki Haley as your candidate, if you want that. We need strong borders. We need free and fair elections, and if you don't have those two things -- And I'd love to add in, we need an honest media, because we don't have an honest media.

Donald Trump 00:14:53-00:15:15 (21 sec) WEAK (1.05)

The Democrats are supporting her because she's easy to beat. The Democrats are funding most of her campaign, and they're doing it because they want to run against -- They don't want any more of Trump. How did they do in 2016? And then, we did even better in 2020. A lot better. Millions and millions of more votes.

Donald Trump 00:15:15-00:15:42 (27 sec) NO SIGNAL (0.644)

They don't want us. They want her. I mean, she's probably their first choice. And Ron DeSanti-monious is their second choice, and I'm their last choice. But they're a party of disinformation. They see we're leading. Rasmussen just come out, did you see that? Rasmussen, highly respected. They just announced that the nomination for the Republican Party is over.

Donald Trump 00:15:42-00:15:59 (17 sec) NO SIGNAL (0.456)

They just said it's over, that Trump won. Now, I don't know how they can do that [Inaudible], but I guess, they looked last night and they looked at all of the different states, we're beating her by many, many, many points in South Carolina, where she's the governor of South Carolina, and she's losing by 50 points.

Donald Trump 00:15:59-00:16:17 (17 sec) NO SIGNAL (0.096)

That's not a good sign. And very shortly we go out to Nevada. We're beating her by about 90 points. So, we're beating everybody and we're beating much of -- Maybe more importantly, although we have to get there, but more importantly, we're beating Crooked Joe Biden in every poll. We're beating him by 11 points in Michigan.

Donald Trump 00:16:17-00:16:50 (33 sec) NO SIGNAL (0.157)

We're beating him all over. I mean, we're beating him in Pennsylvania. We're beating him in South Carolina. Every poll that they take. And by the way, we're beating him very big in a place called New Hampshire. Have you ever heard of it? Have you heard it? If you want to defend your honor, and if you want to defeat the radical-left Democrats and save America, you must vote for your favorite president of all time, Donald J. Trump, that's me. The only way to stop the Biden lunatics and radical leftists is trying to -- They're trying to cancel out your votes.

Donald Trump 00:16:50-00:17:08 (19 sec) NO SIGNAL (0.816)

They want to cancel out your votes. That's what they're doing with Haley. They love Haley because they're going to load it up with -- They're not going to win anyway. They're not even close, but they're going to load it up with Democrats and independents, and that's not what the Republican Party is about.

Donald Trump 00:17:08-00:17:28 (19 sec) NO SIGNAL (0.077)

We love Democrats that want to vote for us, and we love independents especially that want to vote for us. But it's not what the party is about. But you have to go in big numbers on January 23rd, that's Tuesday, next week. I spent so much time talking about this because we had these tremendous polls, just like we do here in Iowa.

Donald Trump 00:17:28-00:17:54 (26 sec) NO SIGNAL (0.411)

And I'd say, "Please, it's very important. We have to keep our eye on the ball in November and we're sending a signal. Don't believe the polls. Or even if you want, think we're one point down." We're not, we're like 30 points up. But don't believe them, you have to get out and you have to vote. I joked the other night, I got a little heat for it. I said, "Listen, darling, you're not feeling well, but I don't care.

Donald Trump 00:17:54-00:18:10 (16 sec) NO SIGNAL (0.329)

You have to get up. We have to vote." "But I'm not feeling well." "It doesn't make any difference. You have to vote." And I went a step further. I said, "Even if it means the ultimate, you got to vote, because we've got to save our country." All the information you need is available at nh.donaldjtrump.com.

Donald Trump 00:18:10-00:18:31 (21 sec) NO SIGNAL (0.792)

Everything is available. So, we do have to create the margins. We're going to be in great shape in terms of winning. But the margins, and I think that's why we got, I guess 52%. They said it will be almost impossible to get over 40, and we got fifty-two percent last night, which is great. The biggest margin in history.

Donald Trump 00:18:31-00:18:50 (20 sec) NO SIGNAL (0.22)

By a lot, the biggest margin in history. With your help, one week from now, we're going to win the New Hampshire primary, and then we're going to defeat crooked Joe Biden. He's a crooked guy. He's the worst president in the history of our country. He's the most corrupt president in the history of our country.

Donald Trump 00:18:50-00:19:14 (24 sec) NO SIGNAL (0.552)

And frankly, he's the most incompetent president. You're going to end up in World War III with this guy. But we're going to take back our country and we are going to what? Make America great again. One of the most important questions is, and I'm having to answer it all the time, it's the candidate, what candidate can rescue the American economy and save the American Dream?

Donald Trump 00:19:14-00:19:44 (30 sec) NO SIGNAL (0.18)

When was the last time you heard the phrase American Dream? You used to hear it all the time. Well, you hear it with me and you heard it four years ago, three years ago, but you haven't heard that term in a long time because there is no American Dream. It's survival now, and it's embarrassment. And you take a look at what they did with Afghanistan, the most embarrassing moment in the history of our country. 13 soldiers dead.

Donald Trump 00:19:44-00:20:11 (26 sec) NO SIGNAL (0.402)

We left hundreds of people there that should have been brought out, they're hostages. And we left $85 billion worth of the best military equipment in the world. And they're now one of the largest sellers of military equipment. They don't need 700,000 -- Think of it, 700,000 rifles and guns, 700,000, they sell them, they make a fortune.

Donald Trump 00:20:11-00:20:32 (22 sec) NO SIGNAL (0.906)

We left them there. 70, 000 vehicles, many of them armor-plated, costing millions of dollars, millions and millions of dollars. We left all of this there. We are like a country run by fools. We're run by fools, and we're going to take it back and we're going to take it back quickly and methodically. We're going to win that election.

Donald Trump 00:20:32-00:20:55 (23 sec) NO SIGNAL (0.409)

We're going to go back into the White House and we're going to, "Drill, baby drill." And we're going to strengthen up our border, like we used to have it. Remember, we had the safest border in history three years ago, and now we have the worst border probably in the history of the world. There's never been a border for any country, third world, Banana Republic, there's never been a border like this.

Donald Trump 00:20:55-00:21:18 (23 sec) WEAK (1.128)

There's never been, where millions -- And we'll fix it, and we'll fix it very fast. All Biden had to do, when he goes to the beach, because he's got consultants, we all have consultants, and they say, "You look great in a bathing suit, Joe." I mean, I've never seen a guy go to the beach so much, and he has a hard time walking in the sand because sand is heavy.

Donald Trump 00:21:18-00:21:38 (20 sec) NO SIGNAL (0.435)

And he has an even harder time lifting one of those aluminum chairs that are meant for a child to lift. He can't lift it. And if he would've just gone to the beach and left our border alone -- We had the most secure border. All he had to do is leave it alone. We had the best people. The border patrol are incredible.

Donald Trump 00:21:38-00:21:54 (16 sec) NO SIGNAL (0.565)

ICE are incredible. All of the law enforcement is incredible. We love our law enforcement. By the way, we are going to get immunity for our law enforcement, so they can't get sued. In many places, I don't think here, but in many places, law enforcement gets sued and they say, "Go out. Get your own lawyer.

Donald Trump 00:21:54-00:22:16 (22 sec) NO SIGNAL (0.173)

We're not going to represent you." Can you believe it, what they do to our law enforcement? Well, we're going to give them immunity. We're going to grant them immunity. We're going to take care of their problem. Under the Trump administration, we had the greatest economy in the history of the world, with record low unemployment rates for African Americans, Hispanic Americans.

Donald Trump 00:22:16-00:22:40 (24 sec) NO SIGNAL (0.467)

By the way, have you seen our poll numbers with African Americans and with Hispanic Americans? Last night was quite a surprise. That's why they couldn't put us on. NBC couldn't do it because the margins were so crazy. But I'm not that surprised, because I see it, I feel it. We did great. In 2016, we won.

Donald Trump 00:22:40-00:23:06 (26 sec) NO SIGNAL (0.808)

We did much better in 2020. But there is much more enthusiasm now than there was even in 2020 or 2016, not even close. But we did better with everything. And we're doing better with women, with Asian Americans, with kids with MIT diplomas. Of course, that gets hurt a little bit now. MIT has been a little injured with the three people.

Donald Trump 00:23:06-00:23:33 (28 sec) NO SIGNAL (0.107)

Harvard, Penn. Went to Penn. And you take a look at MIT, they got badly -- My uncle was a professor at MIT for 40 years, Dr. John Trump. He's the longest-serving professor in the history of the school. And he's up in heaven now looking down on us and saying, "That's a beautiful place that he's speaking at with very beautiful people." But he would be very embarrassed if he saw what was going on with MIT and all of the places.

Donald Trump 00:23:33-00:24:01 (28 sec) NO SIGNAL (0.053)

But whether you had a diploma from MIT or any of the great schools, or whether you didn't have a high school diploma, we had the best numbers in every single category that we've ever had. And we're going to bring it back there and we're going to bring it back fast. It's going to happen very quickly. The lowest poverty rates, record-high incomes, all of these things that we had.

Donald Trump 00:24:01-00:24:21 (20 sec) NO SIGNAL (0.213)

We increased the typical American family's take-home pay by an astounding record setting $6,000 a year, and they lowered it by $5,000 a year. Think of that. They lowered it, so you add those two, that's a lot. I passed the largest tax cuts and regulation reforms in history. We did the largest regulation cuts in history.

Donald Trump 00:24:21-00:24:52 (31 sec) NO STRESSLENS

We did the biggest tax cuts by far in history, and they're coming due fairly soon, and the Democrats don't want to do it. That would give you the largest tax hike in the history of our country. Congratulations. Nobody cares about that, do you? Do you mind paying 50% more tax? Because, get used to it. If they win, and I don't think they will, I don't see how they can.

Donald Trump 00:24:52-00:25:14 (22 sec) NO SIGNAL (0.079)

How can you win when you have open borders, when you have high interest rates, when you can't get a house anymore, you can't buy a house, your education stinks, everything's woke? That's all they talk about. They go after their political opponents with the DOJ and the FBI. That's me. They go after me. I got so many court cases.

Donald Trump 00:25:14-00:25:34 (19 sec) NO SIGNAL (0.333)

I've been indicted more than Alphonse Capone. You know who Alphonse -- Greatest gangster of all time. He was the number one of all time, Scarface. Did anybody ever hear, he was a lovely man. If he had dinner, if he took you out to dinner, had dinner with you, and he didn't like the tone of your voice, you were killed.

Donald Trump 00:25:34-00:25:54 (20 sec) NO SIGNAL (0.213)

You were guaranteed. I got indicted more than he did, sir. But they're bullshit indictments, I'll tell you. You know what I call them? They're Biden indictments. No, they've weaponized the DOJ. They go after their political opponent. Now, in this particular case, it didn't work out so well. So, our polls are at record numbers.

Donald Trump 00:25:54-00:26:17 (24 sec) NO SIGNAL (0.131)

Like last night, we won. In the history of Iowa, nobody's ever come close to getting the kind of numbers I got. If I didn't get indicted all these times, and if they didn't unfairly go after, I would've won, but it would've been much closer, I tell you. I don't know if I would've made the trade. I might've just liked the position we're in right now, and we're doing very well on that score.

Donald Trump 00:26:17-00:26:43 (26 sec) NO SIGNAL (0.157)

Did you see Fani? Fani from Atlanta? She paid her boyfriend, a lawyer who had no experience as a lawyer and no experience doing what, almost a million dollars. And then, they decided to go on beautiful Norwegian cruise lines, trips all over the place. He was a very generous person with our money. And he was the guy coming after me. Can you believe it? And they're all, every one of these people, these are corrupt people.

Donald Trump 00:26:43-00:27:14 (31 sec) NO SIGNAL (0.437)

These are corrupt. And you know what? Forget about me. They indicted 18 fine people. 18 people like you. In some cases, elderly. They signed a slate, just like Thomas Jefferson did slates. They got slates, just like they did to me in 2016. They wanted a slate for Alabama that I won by 45 points. They said, "Maybe he didn't win Alabama," but I won by 45 points.

Donald Trump 00:27:14-00:27:38 (24 sec) NO SIGNAL (0.309)

They could have picked something that was a little bit closer, but they go after people and they want to destroy people, and they're evil. And we're putting an end to it and we're putting an end to it fast, because you can't have that happen. You can't have that happen in this -- this country. And most importantly, under Joe Biden, our country is dying.

Donald Trump 00:27:38-00:28:02 (24 sec) NO SIGNAL (0.137)

I mean, our country's in serious trouble. And I stand before you today as the only candidate who is up to the task of saving America from every single Biden disaster, and they're only disasters. What has he done good? I mean, think of it. You had no inflation, you had nothing. Israel would've never been attacked, Ukraine would've never been attacked.

Donald Trump 00:28:02-00:28:31 (29 sec) NO SIGNAL (0.391)

I know Putin very well, there was no way he was going to do it. One of the reasons he did it is he, Biden, drove oil prices up so high, makes his money with oil. He was making a fortune, he had plenty of money to prosecute it. But even without that, because ours was much lower. We had a $1.87. Does that sound good? $1.87. But they would've never done it. Israel would've never happened.

Donald Trump 00:28:31-00:29:01 (30 sec) NO SIGNAL (0.437)

You see what's going on with Taiwan, China wants to go in there. He would've never done it, President Xi of China. Strong man. He would've never ever done it, just watch. As soon as it becomes clear or an election night that we've defeated crooked Joe Biden, you'll see your 401K soar, and you already see it. Every time we have a good poll or every time we have a night like we did last night -- Was that exciting, by the way?

Donald Trump 00:29:01-00:29:40 (39 sec) NO SIGNAL (0.305)

That was so beautiful. That was so beautiful. By the way, you think you have cold weather out tonight? That was 40 degrees below zero. I said, "Don't worry about it, we're in a car." Oh, really? If you had to walk like 15 feet from the car to the door, it was a very, very troubling experience. Your net worth will skyrocket as soon as we come in or as soon as it's known that we came in. Last time when we won the election, everything went up, and they got the credit for it. They said, "No, you have to go from the election.

Donald Trump 00:29:40-00:29:57 (17 sec) NO SIGNAL (0.53)

Don't go from January 20th." But everything went up except the gasoline. The gasoline went down. We brought energy down to a level that you haven't seen in many years. And in New England overall, but New Hampshire in particular, you have the highest energy prices anywhere in the United States. I hope you know that, right?

Donald Trump 00:29:57-00:30:30 (33 sec) NO SIGNAL (0.261)

We're going to bring your energy prices down in half. We're going to bring them down in half. And it would be nice if your governor would help because that's something he could do. It would be nice if he would help. You do know he ran for president? He just didn't have the courage to say, "I'm running for president." He was all over the place for months, running, running, running.

Donald Trump 00:30:30-00:30:48 (18 sec) NO SIGNAL (0.094)

And then after he got his highest number, about 2%, he decided to announce that he's not running. But he didn't announce that he's running, he ran without announcement. And honestly, that's not the way to do it. That's not the way. But you have the highest energy prices, this area, in the entire country.

Donald Trump 00:30:48-00:31:14 (25 sec) NO SIGNAL (0.065)

We're going to cut your energy by at least half and it'll be done in the first year, you watch. First year. The next Trump economic boom will begin on November 5th, 2024. That will be an economic boom. And the only thing that they have now is a stock market that's going up, and it's only going up because people think we're going to win the election.

Donald Trump 00:31:14-00:31:37 (24 sec) NO SIGNAL (0.019)

I don't know if you saw yesterday, I felt very badly for them. China had a crash yesterday in their stock market. You know why? Because I won Iowa. It's true, it crashed. So when people say, "Oh." I took in hundreds of billions of dollars from China. And literally, as soon as those numbers started coming in yesterday, they had a crash, one of the worst numbers that they've had in years.

Donald Trump 00:31:37-00:32:00 (23 sec) NO SIGNAL (0.004)

But what that's telling you, and I'm not knocking them because I get along great with President Xi and I love China. I love everybody, but they can't take advantage of us. But it tells you better than anybody with the words and all the words and talk. That tells you what it's about. If I get in, they know it's not going to be so good for them.

Donald Trump 00:32:00-00:32:24 (24 sec) NO SIGNAL (0.782)

And we want it to be good for us because for years they've taken advantage of us. They've taken big advantage. But during my four years, it was a whole different thing. I took in hundreds of billions of dollars. I actually took in 28. We have some farmers here, but I just left a place, we got a lot of farmers, and that's one of the reasons I won.

Donald Trump 00:32:24-00:32:53 (29 sec) NO SIGNAL (0.342)

In fact, my people said, "Sir, don't be so confident about Iowa, please. It doesn't sound good." I said, "I got them $28 billion dollars from the farmers from China. Of course, I'm going to be confident." I went into rooms. I said, "There's no way you're voting against. I got you 28." I said, "You think Biden, when he's sleeping, he's turning and twisting and sweating in bed thinking about how to get his farmers taken care of? He just goes out like a light.

Donald Trump 00:32:53-00:33:19 (26 sec) WEAK (1.492)

Me, I twist and turn thinking about how we're going to make our country rich as hell again." It's actually true. Too bad, but it is true. Starting on day one of my new administration, I will quickly end Joe Biden's inflation catastrophe by stopping his wasteful spending, terminating his Green New Scam. It's a Green New Scam, it's not a Green New Deal.

Donald Trump 00:33:19-00:33:36 (18 sec) NO SIGNAL (0.195)

It's called the Green New Scam. And tapping the liquid gold. So we have more wealth under our feet than any other country, but we don't use it. We're now getting oil. It's not even oil, it's tar. We'll drill baby drillers, right? It's tar from Venezuela. We get tar from Venezuela. You know where we refine it? In Houston, Texas.

Donald Trump 00:33:36-00:34:06 (30 sec) NO SIGNAL (0.745)

And so if you're a believer in everything spewing, and I believe that, we all believe that. But if you're a believer, we are refining. It's the only refinery that can do the Venezuelan tar because it's a lot of tar. We have light, sweet crude, we have the best oil, we have the most oil, and we don't use it. And by the way, you could use a little because when we turn on the tap, you are actually going to go down at numbers that you've never seen before.

Donald Trump 00:34:06-00:34:37 (30 sec) NO SIGNAL (0.591)

And you started seeing that three years ago. You were at a low number. Now you're at a number that's very, very embarrassing for this country to have, but you are the worst of all. You're the highest energy in the whole country. So you can't vote for the Democrats and you can't vote for DeSanctimonius, but he's only at 4% or 5%. What the hell happened to him, by the way?

Donald Trump 00:34:37-00:34:57 (20 sec) NO SIGNAL (0.384)

Man, did he go down. Ron DeSanctimonius, did he go down like a rock? I don't even want to talk about him because I don't want to waste it. I do want to talk about Nikki, because this perception that she's gone up. But I worked with her for a long time, and she was okay. Not great. She was not great. She's not tough enough to deal with these people, I will tell you that.

Donald Trump 00:34:57-00:35:19 (22 sec) NO SIGNAL (0.204)

She's not tough enough. While Joe Biden is pushing the largest tax hike in American history, he wants to quadruple your taxes, I will make the Trump tax cuts permanent and we will deliver more tax cuts, tax credits, regulation cuts for New Hampshire workers and family than any other. Just before COVID came in, we were going to drill like we've never drilled.

Donald Trump 00:35:19-00:35:42 (23 sec) NO SIGNAL (0.648)

And we were doing that. And we were in fourth place, then we were in third, second, first. And if you look at a chart, you'll see Saudi Arabia, you'll see Russia a little bit below that. You'll see a couple of others sneak in. I mean, they're pretty good. But all of a sudden you look at this chart where we're like this, like oi. And then I get in and it goes.

Donald Trump 00:35:42-00:36:05 (23 sec) NO SIGNAL (0.948)

We were doing much more than they were doing. But when I left, which was ridiculous, that we had to leave, but we had to leave. We have to follow the laws of our land. But what a -- Isn't it amazing? They don't investigate the people that cheated in the election. They investigate the people that understand they cheated, and go after them.

Donald Trump 00:36:05-00:36:30 (25 sec) NO SIGNAL (0.512)

But they don't investigate the people that cheated like hell. We have to have fair and free elections. We have to. Nikki Haley supported a brutal 23% national sales tax, which is a disaster by the way, why she did it. And that's why some people call her the Nikki New Tax. I don't think that's particularly good.

Donald Trump 00:36:30-00:36:56 (26 sec) NO SIGNAL (0.319)

But she did support. She wants a 23% national sales tax. And Ron DeSantis wants that also, he wants it to be 23. I think that makes them unelectable. I think if you have a 23% tax like that, I think it makes them unelectable. And there's other reasons they're unelectable, but I can tell you, the greatest people in the world at misinformation and disinformation are the radical-left crazy Democrats.

Donald Trump 00:36:56-00:37:14 (18 sec) NO SIGNAL (0.001)

If they think they're going to have an easy time with somebody, they'll say, "No, we don't want to run against them. They're so good." If they think they're going to get their ass kicked by somebody, they say, "That's the one we want to run against, Trump.

We want to run again." How did they do the last two times?

Donald Trump 00:37:14-00:37:35 (21 sec) NO SIGNAL (0.052)

It was not good for them. So we're going to take this country, we're going to turn it around. We're going to make it better than ever before, greater than ever before. The radical Democrats are looking to literally destroy our country. And sometimes you wonder, think of it, open borders. People coming in from prisons, from jails, there's a slight difference.

Donald Trump 00:37:35-00:37:55 (20 sec) NO SIGNAL (0.93)

Do you know what the difference between a prison and a jail is? Not enough to talk about, let's put it this way. Not enough to talk about. But they're coming in from prisons and jails. They're coming in from mental institutions and insane asylums. Insane asylum, that's a step beyond. That's Silence of the Lambs.

Donald Trump 00:37:55-00:38:14 (19 sec) NO SIGNAL (0.238)

That's Hannibal Lecter. Did you ever hear of Hannibal Lecter? They're being dropped into our country. Hannibal Lecter is coming in, lots of them. They're closing up in insane asylums all over the world, not just in South America. They're closing them up all over the world. In Africa, in Asia, in Europe, in the Middle East.

Donald Trump 00:38:14-00:38:38 (23 sec) NO SIGNAL (0.524)

We're bombing Yemen. We have a guy who's in charge of our war, I read about it today. He's using a laptop from his hospital bed, they couldn't find him, Secretary of Defense. And he's running the war with a laptop like a child would do, like a child plays with a laptop. And these are the same people that ran Afghanistan into the ground.

Donald Trump 00:38:38-00:39:00 (22 sec) NO SIGNAL (0.988)

I was taking everybody out of Afghanistan, but we're doing it with strength and we're doing it with dignity. We were coming out. And they were afraid of us and they weren't doing anything. I spoke to Abdul. You know Abdul? The leader of the Taliban. And we had a rough conversation. And after that conversation, not one American soldier was killed for 18 months.

Donald Trump 00:39:00-00:39:24 (24 sec) NO SIGNAL (0.05)

And then you had that disaster by Biden where they took the military out first. No, you take the military out last. You get your people out first. You get your equipment out, and then you come out. But they took the military out first. We have those same people telling us about wars in the Middle East. You don't need wars, because we built the strongest military in the world, we defeated, as you know, ISIS, 100% of the caliphate.

Donald Trump 00:39:24-00:39:43 (20 sec) NO SIGNAL (0.741)

Soleimani gone, al-Baghdadi gone, all of the big terrorists gone. We created a safe nation. We didn't have one terrorist attack in four years. I never said that during my four years because I say I don't want to have it and then the next day we have an attack.

But we didn't have one terrorist attack. Iran was broke.

Donald Trump 00:39:43-00:40:06 (22 sec) NO SIGNAL (0.648)

I told China, I told all of the countries, anybody that does business with Iran buying oil, because they are really the purveyor of cash, but the purveyor of terror, they would give billions and billions of dollars out to Hamas, to Hezbollah. Billions and billions. I say, anybody that does business with Iran, you're not doing business with the United States.

Donald Trump 00:40:06-00:40:23 (17 sec) NO SIGNAL (0.235)

Plus, we're going to put a tariff of 100% on all your goods that you send in. And everybody, including China, said, "Well, I guess we're not doing business with them." And they were broke. A congressman, well-known Democrat congressman two weeks ago was on, I believe it was Deface the Nation. Did anybody ever hear of Deface?

Donald Trump 00:40:23-00:40:46 (23 sec) NO SIGNAL (0.588)

Ladies and gentlemen, Donald Trump on Deface the Nation. It is Deface the Nation. Because they're dishonest, so they deface the nation. And or Meet the Fake Press. But they were on Deface the Nation, and he said, "Whether we like it or not, Iran was broke. They were broke," he used that term. Under the Trump administration, they couldn't do anything.

Donald Trump 00:40:46-00:41:02 (15 sec) WEAK (1.164)

They had no money, they had to survive. And we would've made it possible for them, all I wanted them to do is not have a nuclear weapon. Now they're 38 days away from having a nuclear weapon, and these guys don't know what to do because they're incompetent. Our leaders are incompetent, they're incompetent fools.

Donald Trump 00:41:02-00:41:20 (18 sec) WEAK (1.214)

They're 38 days away, they say, from having a nuclear weapon. Once they have a nuclear weapon, negotiation is going to be a whole different thing. I was able to do a great job with Kim Jong Un. You might've heard of him. I used to call him Little Rocketman, but he became somebody that we actually got along with very well.

Donald Trump 00:41:20-00:41:43 (23 sec) NO SIGNAL (0.064)

He'd love to see me back, we had a very good relationship. When the press hears I have a relationship with Kim Jong Un or any of them, they say, "That's terrible." No, it's not terrible, it's called smart. You have a relationship. You would've had a nuclear war if Hillary Clinton got in. You would've had a nuclear war if Hillary Clinton got in. But we're going to turn it around, we're going to turn it around fast.

Donald Trump 00:41:43-00:41:59 (16 sec) NO SIGNAL (0.693)

You don't have to get into these wars. Look at what's happened in Ukraine. Place has been decimated. Many more people are killed than you read about. They'll knock down an apartment, and you see the size of those buildings? They're long, they're like

three blocks long. They'll knock Knock it down, they'll say, two people were injured slightly.

Donald Trump 00:41:59-00:42:22 (23 sec) NO SIGNAL (0.978)

No, no many people were killed. The real numbers will come out and you're going to see many more people are killed in Ukraine than anybody thought even possible. The numbers are massive and the cities are just being flattened. They're being leveled, buildings. It's their culture. The magnificent golden towers going up that are a thousand years old, and all this stuff is just being leveled to the -- It's so sad to see.

Donald Trump 00:42:22-00:42:37 (15 sec) MEDIUM (1.899)

This never would've happened if I were the president and everybody knows it and it didn't happen. People say, "Well, how do we know?" Well, it didn't happen for four years. It didn't happen. And Putin and I got along very well. It would've never, ever happened. I talked about it. I was the apple of his eye.

Donald Trump 00:42:37-00:42:56 (19 sec) NO SIGNAL (0.633)

There's no question about it. I said, "Don't do it, Vladimir. Don't do it." We had some good talks, I will tell you, but he wouldn't have done it. And likewise, they would've never done the attack on Israel because they didn't have the money to do it, and they knew that there would've been a very big attack back and it would've never happened.

Donald Trump 00:42:56-00:43:18 (22 sec) NO SIGNAL (0.423)

October 7th, what they did was unthinkable, so horrible. But it would've never happened. All of these things would've never happened. Inflation would've never happened because oil caused inflation. Energy caused inflation. Energy is so big. If you make donuts, you need it for the stoves, for the trucks, you need it to distribute.

Donald Trump 00:43:18-00:43:48 (30 sec) NO SIGNAL (0.334)

Every business is not a business that doesn't need energy, and most of the energy is oil. And what they did with the oil was so bad, it just so bad, and that caused the inflation. Now, you look at the price as an example of bacon up five times. What does five times mean? I looked at it the other day, but our food prices are up 45 and 50%. Our energy's up 50%. Everything's up to a level that even if you are doing well, you're losing.

Donald Trump 00:43:48-00:44:22 (34 sec) NO SIGNAL (0.074)

You're way, way behind the eight-ball. Well, we're going to all bring it back for you. It's not going to be complicated and it's going to go very fast. So I'm the only candidate who can withstand the vicious media smear machine. It's a vicious group of people back there. And the dirty tricks that the Democrats have in store, because remember if I wasn't running, they'll do the same thing to whoever it is that is running, and you watch their wilt like little babies, they get a wilt, like a beautiful rose.

Donald Trump 00:44:22-00:44:50 (27 sec) NO SIGNAL (0.507)

You watch, there's nobody else could take this crap. I want to tell you. There's nobody else could take it. Just think of the field day crooked Joe Biden and his media protectors would have, and they are protectors, they protect him. You see things that are so bad. I mean, he can't walk off a stage. He's looking for the stairs.

Donald Trump 00:44:50-00:45:10 (20 sec) NO SIGNAL (0.299)

Where am I? Where am I? Where am I? This guy's negotiating nuclear with Putin. Where am I? You ever see they -- The Secret Service by the way, is great. They run up at the stage to grab him. Because they're afraid he's going to fall off the front of this. No, there's stairs all over. We got three of them here, one there, one there, one there, right?

Donald Trump 00:45:10-00:45:22 (12 sec) NO SIGNAL (0.136)

And he doesn't know that. And his speeches are not exactly good. They're very short because you run out of octane. You run out. You ever notice, he starts off, "All right, MAGA. MAGA, MAGA, [Inaudible]." By the end of the speech he's like, oh. They say get him off the stage. He needs [Inaudible]. Whatever happened to the cocaine?

Donald Trump 00:45:22-00:45:31 (9 sec) NO SIGNAL (0.655)

Whatever happened to whatever the hell it was that they had in the White House, a couple of them. That was a strange event. No, we laughed at all over the world. We're laughed at. Look, I know the leaders of the world. I know them very well. Got along with most of them. The tougher they were, the better I got along.

Donald Trump 00:45:31-00:45:50 (19 sec) NO SIGNAL (0.499)

I don't know what that is. That's maybe something a little sad. But I got along with the toughest ones. Maybe that's the best thing. But the ones that were weak and ineffective, I didn't actually get along with them as well, but they understood. But when you look at what we have here, can you imagine what they think when this guy walks into their office and he can't put two sentences together, and these guys are at the top of their game.

Donald Trump 00:45:50-00:46:08 (18 sec) WEAK (1.1)

They're all at the top of their game. And we have a guy that 30 years ago really wasn't very good, but now he's really bad. Now he's really bad. Just ask Ted Kennedy. Good old Ted Kennedy told me a long time ago, I was friends with him in Palm Beach. I said, "Ted, let me ask you a question. Who's the smartest guy in the Senate?" And he gave me an answer, "I won't tell you who it was because I can't stand the guy." Okay?

Donald Trump 00:46:08-00:46:24 (16 sec) NO SIGNAL (0)

I said, "Who's the dumbest?" Yeah, I got along with him because I did him a big favor. And Palm Beach had a house, the Kennedy compound, a very rich family in Palm Beach. And I did him something that was a very nice favor, very, very nice. And for some reason he never forgot it. He liked it. I liked him.

Donald Trump 00:46:24-00:46:52 (28 sec) NO STRESSLENS

He was slightly left of me, like by about 200 degrees, but he was a great guy, an entertaining guy. I said, "So who's the dumbest? Who's the dumbest guy in the Senate?" And he goes like, "Probably Joe." I said, "Who's Joe?" He said, "Joe Biden. He doesn't understand anything that's complex like taxes." Although he does understand, if you think about it, he does understand something about finance because a lot of money pours into his account.

Donald Trump 00:46:52-00:47:29 (37 sec) NO STRESSLENS

But he said, "Probably Joe." And I always remember that that was a long time ago, 20, 25 years ago, long prior to his death actually. But he said, "Probably Joe." Who's Joe? Joe Biden. So this is what we have. And now he's our president and now he's

our president at a reduced level, okay? At a reduced level.

Donald Trump 00:47:29-00:47:44 (15 sec) NO SIGNAL (0)

We're dealing with the most complex and most powerful weapons in the world. And we have a man that has no idea what he's doing. And you'll end up in World War III. I'm the only one that can promise you that we will not end up in World War III. There's not going to be World Wars. Not with me. There's not going to be World Wars.

Donald Trump 00:47:44-00:48:02 (18 sec) NO STRESSLENS

And we do that through strength, not through -- So what I want to do is I want to just tell you it's very simple. We have to get out. We have to take back our country. We have a country that's in such bad shape. We have to take it back. Nikki Haley is a disaster. She worked for me for a long time. I mean, I know it very well.

Donald Trump 00:48:02-00:48:21 (19 sec) NO SIGNAL (0)

I actually put her there for a different reason. I shouldn't say this, but you had a lieutenant governor named Henry McMaster who was fantastic. I figured if I took her out of South Carolina governorship, put her someplace, any place. I put her someplace. Then Henry McMaster, who was my friend and who's turned out to be a great governor in South Carolina, Henry McMaster would become the governor.

Donald Trump 00:48:21-00:48:37 (16 sec) NO SIGNAL (0)

So I moved her to the United Nations. And honestly, she was not a good negotiator. She was not a good negotiator. Now she likes to talk about when I negotiated with China -- I negotiated with China. I did all of it. We got in hundreds of billions of dollars and I did it. And she has a hit on social security.

Donald Trump 00:48:37-00:48:58 (20 sec) NO SIGNAL (0)

She wants to raise the age very substantially. You don't need that. We don't want to do that. And we have that liquid gold. We don't have to do that to our seniors. You earned it. You're right. Who said that? That's a good point. You earned it. You did earn it, and you don't need that. And the same thing with Medicare.

Donald Trump 00:48:58-00:49:10 (12 sec) NO SIGNAL (0)

They want to obliterate it. We're not going to do that. So I say this, get out and vote and make sure we win by big margins. The bigger the margin, the bigger the mandate that we have, the stronger we're going to be. And I mean strong, not just for the next state, because the next state is Nevada and we're leading by 90 points.

Donald Trump 00:49:10-00:49:24 (15 sec) MEDIUM (1.982)

So I mean, unless you had a catastrophic event, I think that's in good shape. And then we go to South Carolina. We're leading and then we're leading by everything everywhere you go. But I'm talking about November. We have to win. Let's send the word

to the other side. They're very destructive. Remember this, and I say it all the time.

Donald Trump 00:49:24-00:49:42 (17 sec) NO STRESSLENS

If you took the 10 worst presidents in the history of our country, they will not have done the damage that crooked Joe Biden and this corrupt administration have done to the United States of America. So we want to send a strong signal. So even though we're leading by a lot, you have to go out and vote. You just have to do it. If it's cold, if it's hot, I don't care what the hell it is, you have to go out and vote, okay?

Donald Trump 00:49:42-00:49:56 (14 sec) WEAK (1.442)

And just don't sit back. The one thing, and they really did it in every speech I started off by saying, "Look, we're leading by a lot, but you must go out and vote. Don't sit home and say, well, you know what? I love the president, but he's going to win by so much." Because we have to show big margins. We have to show margins like never before, which is what happened last night.

Donald Trump 00:49:56-00:50:15 (19 sec) WEAK (1.316)

We have to show margins like never before because we have to take back our country. And if we don't take back our country, we're not going to have a country. I love your state. There's never been a better president for your state. Your businesses were thriving. And frankly, anything they have right now and it's not very good, is running on the fumes of what I did, what my administration did, but what I did.

Donald Trump 00:50:15-00:50:37 (22 sec) MEDIUM (1.897)

So we're going to get your gas prices down. We're going to get your taxes down and extended. If they let the Trump's tax cuts, the biggest in history, if they let that float and go back, your taxes are going to quadruple. It's going to quadruple. We can't let it happen. So we have to win in November. But let's just start with your vote next week.

Donald Trump 00:50:37-00:50:58 (21 sec) NO STRESSLENS

Tuesday you have to go out, you have to vote, and you have to give us those margins. And I want to thank you though because I said at the beginning, remember that in 2016, I came here and you gave me a vote of confidence like nobody could have ever given anybody. We won by massive numbers. And it was an amazing thing.

Donald Trump 00:50:58-00:51:24 (26 sec) NO STRESSLENS

It was a great vote of confidence. And don't forget, I never did this stuff before, right? Now I did it. I know everybody. I know the weak ones, the stupid ones, the brilliant ones. I know them all. I know the best ones. I went there. I said, "How's this guy, had to rely on rhinos to give me advice. I don't like that kind of advice." And we had great people.

Donald Trump 00:51:24-00:53:48 (143 sec) NO STRESSLENS

Look, we rebuilt our military. Think of all the things we did even right to try, you know medical. So for years and years, they wanted to get right to try what's called right to try, meaning to try a medicine or a cure for a disease. The problem was nobody wanted it. The country didn't want it because of liability.

Donald Trump 00:53:48-00:53:55 (7 sec) NO SIGNAL (0.383)

Doctors didn't want it. The insurance companies didn't want it and the pharmaceutical companies. But we have the best labs in the world and people are dying. And we thought that maybe we'll do something and they'd come to me and say, we can't do it because if we do it and if they get injured because of the medicine or whatever it is that they're going to be doing or taking, we'll have a liability.

Donald Trump 00:53:55-00:53:59 (4 sec) MEDIUM (1.592)

I said, these people are terminally ill. They're not going to get injured. They're dying. They're going to be dead in a fairly short period of time. They will sign something. And I got everybody in a room. I did it. I got everybody in a room, and I got the insurance companies. We got everybody with the insurance companies and the labs.

Donald Trump 00:53:59-00:54:05 (6 sec) NO SIGNAL (0.243)

I said, we're not going to count it on your numbers or a separate set. They didn't want to take people that were terminally ill because they didn't want the counting. It doesn't make their product look good. I said, "But look at it a different way. Think of it works. Then you're going to save all these people." And that's what happened.

Donald Trump 00:54:05-00:54:19 (15 sec) WEAK (1.156)

And so we have saved thousands and thousands of lives with right to try and that had to get passed by Congress. We had to get that through Congress. So I just want to say we love you. I'll be back here for a lot because we want to win this. We want to win this state. We want to win this sate. And now I'm going to go out and brave that cold weather and I'm going to get back to that airplane.

Donald Trump 00:54:19-00:54:38 (18 sec) NO SIGNAL (0.068)

And then I'm going to go back to New York tonight. And then I'm going to go to one of these phony cases tonight where we have tomorrow morning, early, nice and early. You know what I do? Here's my schedule for the next four or five days. I come here, I meet with great groups in New Hampshire. I then get on a plane late at night when it's snowing and freezing out, wonderful.

Donald Trump 00:54:38-00:54:56 (18 sec) NO SIGNAL (0.474)

And the pilots say, "Sir, it's going to be tough." And I get there early in the morning. I go to a Biden witch hunt, and then I come here in the afternoon and I stop and we make speeches and we get your votes and all that stuff. But nobody's ever had to do this before. These people are disgraceful. They're a disgrace to our country.

Donald Trump 00:54:56-00:55:22 (26 sec) MEDIUM (1.929)

I want to just leave this. We are going to win on Tuesday at a level that maybe could even be bigger than what we just did last night in Iowa. And the greatest expression of all time, I think the greatest slogan, whatever you want to call it, it's called Make America Great Again. It's called MAGA. It's the greatest of all time.

Donald Trump 00:55:22-00:55:40 (18 sec) STRONG (2.527)

1 of 116 paragraphs scored.

We are going to put America first and we are going to make America great again. Thank you very much everybody. Thank you. Thank you. Thank you very much everybody.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About
Contact Us
Advertise
Events
Privacy
RC Jobs
Newsletters
The Staff
Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

# WILKINSON EXHIBIT 4

TRUTH.

← Truth Details
1151 replies

Donald J. Trump
@realDonaldTrump

The meanest and most vicious Interviewer out there is George Slopadopoulos of FAKE NEWS ABC, one of the worst and most vile Broadcasters in the business — In fact, the home of disgraced "reporter" Brian Ross whose reporting on the Russia, Russia, Russia Hoax was so outlandish that ABC, after defending him at levels not seen before, was forced to put him, and their reputation, out to pasture. Now ABC, and Liddle' George, a tiny, angry man, can make up for their past indiscretions and journalistic failures by doing a real interview with Crooked Joe, not a cut up promotion with only his few coherent answers released to the public. Let the World know why Joe directed, and allowed his Department of Injustice, and others, to illegally attack his Political Opponent, ME. Nothing like this has ever happened in our Country before. Also, ask why he used all Soros Prosecutors and, in particular, a loser like Deranged Jack Smith? The proof is irrefutable - Crooked Joe is a COWARD!!! MAGA2024

**5.3k** ReTruths **19.1k** Likes Jul 04, 2024, 5:20 PM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

Get Truth+
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

Live

America Speaks
Real America's Voice

Oh My God!: Religions of ...
Newsmax 2

Police 24/7 S2:E1 – Foiled...
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. us

Continue the conversation
Sign up now to create your personalized experience.

Create Account Sign In

# WILKINSON EXHIBIT 5

# Interview: Sean Hannity Hosts a Town Hall with Donald Trump in Harrisburg, Pennsylvania - September 4, 2024

**rollcall.com**/factbase/trump/transcript/donald-trump-interview-sean-hannity-town-hall-fox-news-september-4-2024

Roll Call FiscalNote April 22, 2024




## Donald Trump

00:00:00-00:00:16 (17 sec)

No StressLens

Oh! [Audience chants " U.S. A."] Thank you very much. Beautiful. Hello, everybody. Hi, Sean.

## Sean Hannity

00:00:16-00:00:19 (2 sec)

No StressLens

How are you, sir?

## Donald Trump

00:00:19-00:00:19 (1 sec)

No StressLens

Nice one.

## Sean Hannity

00:00:19-00:00:20 (1 sec)

No StressLens

Great to see you. Grab a seat.

## Donald Trump

00:00:20-00:00:21 (1 sec)

No StressLens

OK.

## Sean Hannity

00:00:21-00:00:22 (1 sec)
No StressLens
Get comfortable.

## Donald Trump

00:00:22-00:00:24 (2 sec)
No StressLens
Hello, everybody. Thank you, David. [Applause] Wow.

## Sean Hannity

00:00:24-00:00:24 (1 sec)
No StressLens
Wow.

## Donald Trump

00:00:24-00:00:25 (1 sec)
No StressLens
Nice crowd.

## Sean Hannity

00:00:25-00:00:27 (2 sec)
No StressLens
I would say a big crowd.

## Donald Trump

00:00:27-00:00:27 ( sec)
No StressLens
It's a big crowd.

## Sean Hannity

00:00:27-00:00:38 (11 sec)
No StressLens
You know, I mentioned we had this terrible shooting in Georgia. Our prayers are with our friends in Georgia. And I've been doing town halls and interviews in public with you for all these years since you

got into the political arena. And I told this audience, never before have restrictions been so tight, obviously, after the assassination attempt as well.

## Sean Hannity

00:00:38-00:00:47 (8 sec)
No StressLens
And Director Wray said the threat level has never been this bad. He said it five consecutive times before Congress. What is going on?

## Donald Trump

00:00:47-00:01:07 (20 sec)
No Signal (0.534)
Well, it's a sick and angry world for a lot of reasons, and we're going to make it better. We're going to heal our world. We're going to get rid of all these wars that are starting all over the place because of incompetent American leadership. And we're going to make it better. You know, Viktor Orban made a statement.

## Donald Trump

00:01:07-00:01:28 (22 sec)
No Signal (0.018)
They said, "Bring Trump back and we won't have any problems." He was very strong about that. So, we're going to hopefully do very well. We have an election coming up and actually, you know, they keep saying 60, but it starts in Delaware and North Carolina and other places a lot sooner than that. So, I think we're going to be very well set up to do a great job.

## Donald Trump

00:01:28-00:01:30 (2 sec)
No StressLens
And do we love Pennsylvania? Do we love [Applause]

## Sean Hannity

00:01:30-00:01:31 (1 sec)
No StressLens
Mr. President, let me ask you this. Between -- [Audience chants " U.S. A."]

## Donald Trump

00:01:31-00:01:31 ( sec)

No StressLens
Thank you.

## Sean Hannity

00:01:31-00:01:31 ( sec)
No StressLens
This is a very tough interview. You know --

## Donald Trump

00:01:31-00:02:40 (68 sec)
No StressLens
You know, one thing I'll say is that we did great in 2016. We did much better in 2020. We've got millions of more votes, but there has never been enthusiasm like we have now. I mean, I see it all over. There's never been anything like it. And I hear the polls are very close, and we have a little lead and a little -- I just find it hard to believe because, first of all, they've been so bad.

## Donald Trump

00:02:40-00:03:06 (27 sec)
No Signal (0.373)
They've done such a bad job, but that's why the enthusiasm is so good because they never had anything to compare it by. You know, I ran and we did -- I didn't have anything at all. I just was a successful businessman, and we did a good campaign. But the next time we had something special, we could talk about what we did, but we never could imagine we'd have borders where 20 million people have poured into our country.

## Donald Trump

00:03:06-00:03:30 (24 sec)
No Signal (0.225)
Many criminals from all over the world are coming into our country. They're coming from jails not just South America, from all over the world. They're coming in at levels that nobody's ever seen. They're coming from prisons. They're allowing prisoners to come out of all countries. Almost 180 countries were represented over the last number of months, 180.

## Donald Trump

00:03:30-00:03:53 (23 sec)
Weak (1.142)

Most people don't know that you have that many countries. They're emptying out their prisons and jails. They're emptying out their mental institutions and insane asylums. They're emptying out the sickest people, and they're emptying all into the United States. And you said it better than anybody, more terrorists have come into the United States in the last three years.

## Donald Trump

00:03:53-00:04:16 (23 sec)
No Signal (0.245)
And I think probably 50 years. There's never been anything like it. These people are so bad. They're so dangerous. What they've done to our country is they are destroying our country. And we can't let this happen. If they won, you'd have not 20 million, you have 100 million people, you won't have Social Security, you won't have Medicare, you won't have anything already.

## Donald Trump

00:04:16-00:04:31 (14 sec)
No Signal (0.521)
If you take a look at the numbers, they're filling up and loading up Social Security, Medicare with illegal immigrants that have come into our country, many of them from jails and many of them from very bad places. And we're not going to destroy our country, Sean.

## Sean Hannity

00:04:31-00:04:52 (22 sec)
No StressLens
Well, let me -- I'm going to play Kamala Harris and the comments that she has made about the border because I think this is important. I want to play her in her own words about this. You're right, we have people almost 11 million plus. We don't know how many gotaways there are. We have hundreds of known terrorists that have entered the country.

## Sean Hannity

00:04:52-00:05:11 (18 sec)
No StressLens
We don't know what countries they've come from. We're allowing people in. They've come in from Iran, Syria, Egypt, Afghanistan, China, tens and tens of thousands, Russia, Venezuela. I don't think they're coming here because they want a better life as maybe some other people are. And we know nothing about them.

## Sean Hannity

00:05:11-00:05:36 (25 sec)

No StressLens

We haven't vetted them. I scroll the names often on this show of people that have been murdered, people that have been raped, victims of violent crime, and this is all happening by unvetted Harris Biden illegal immigrants. What is your -- well, I can play her tape -- I'll play that maybe after your answer, but what is your reaction to the -- you've spoken to some of the families of loved ones.

## Donald Trump

00:05:36-00:05:51 (16 sec)

No Signal (0.653)

I said at the beginning, I said -- when I heard they were going to have open borders, they want open borders, she wants open borders. Now, she's all of a sudden saying, "Oh, I think we'll close the borders." She was the border czar, whether you like it or not. But even if you don't want to use that term, she was in charge of the border.

## Donald Trump

00:05:51-00:06:15 (24 sec)

No Signal (0.522)

It's the worst border in the history of the world, not just here. There's never been a country that allowed 21 million people to come in over a 3-year period. There's never been. And 21 million people, many of whom are from prisons, many of whom are murderers and drug dealers and child traffickers and by the way, women traffickers.

## Donald Trump

00:06:15-00:06:33 (19 sec)

No Signal (0.35)

You know, women trafficking is the biggest and they're traffickers in women, and they're coming in now and they're putting them in our Social Security accounts and they're putting them in Medicare. [Audience boos] And just one thing, if you take a look over the last week, I said this was going to happen.

## Donald Trump

00:06:33-00:06:52 (19 sec)

No Signal (0.769)

And it's happening because these people are tougher than our criminals. Our criminals are nice people by comparison. That's the only good thing. We're showing how nice our criminals are. They came from

22 people, recently, came from the Congo in Africa. "Where do you come from?" "Prison." "What did you do?" "We refuse to say."

## Donald Trump

00:06:52-00:07:16 (24 sec)
No Signal (0.135)
We're letting everybody in. We're letting everybody in. Take a look at Aurora in Colorado, where Venezuelans are taking over the whole town. They're taking over buildings, the whole town. And the sheriff, who can blame them? I mean they have AK-47s. You saw it the other day, they're knocking down doors and occupying apartments of people.

## Donald Trump

00:07:16-00:07:42 (26 sec)
No Signal (0.207)
The people are petrified, and it's getting worse and worse. You look at New York, Chicago, Los Angeles. And now, you look at all over the place, you take a look at Iowa, Idaho, places that never had the problem. They're pouring in 21 million people, that's bigger than New York. And we have to stop it and we have to do the largest deportation in the history of -- [Applause]

## Sean Hannity

00:07:42-00:08:12 (30 sec)
No StressLens
Let me play for you -- and this is really a problem for the campaign in my view, as early voting is about to start. And I don't know how many Americans are truly familiar with her positions of decriminalizing illegal immigration and free housing healthcare, education. Tim Walz wants free college education, legal driver's licenses.

## Donald Trump

00:08:12-00:08:13 (1 sec)
No StressLens
I was so honored today.

## Sean Hannity

00:08:13-00:08:14 (1 sec)
No StressLens
And she wants a path to --

## Donald Trump

00:08:14-00:08:15 (1 sec)

No StressLens

His brother endorsed me.

## Sean Hannity

00:08:15-00:08:15 ( sec)

No StressLens

I saw it.

## Donald Trump

00:08:15-00:08:36 (21 sec)

Strong (2.662)

3 of 110 paragraphs scored.

And his whole family. I saw the picture. And honestly, it was a very nice-looking family. But his brother endorsed me and the whole family endorsed me. I said, "Who are all the people?"

## Sean Hannity

00:08:36-00:08:38 (2 sec)

No StressLens

Let me play Kamala.

## Donald Trump

00:08:38-00:08:55 (18 sec)

Medium (1.842)

No, no. Let me tell you, there's something weird with that guy. He's a weird guy. JD is not weird, he's a solid rock. I happen to be a very solid rock. We're not weird. We're other things perhaps, but we're not weird, but he is a weird guy. He walks onto the stage. There's something wrong with that guy.

## Donald Trump

00:08:55-00:09:07 (12 sec)

No Signal (0.543)

And he called me weird and then the fake news media picks it up. That was the word of the day weird, weird, weird, they're all going, but we're not weird guys. We're very solid people that want our country to be great again. I mean it's very simple.

## Sean Hannity

00:09:07-00:09:14 (7 sec)

No StressLens

Let's play Kamala in her own words on the issue of immigration. [Begin videotape]

## Kamala Harris

00:09:14-00:09:18 (4 sec)

Weak (1.154)

This whole thing about the border, we've been to the border, we've been to the border.

## Unidentified

00:09:18-00:09:20 (2 sec)

No StressLens

You haven't been to the border?

## Kamala Harris

00:09:20-00:09:26 (6 sec)

No Signal (0.46)

And I haven't been to Europe. And I mean, I don't understand the point that you're making.

## Jake Tapper

00:09:26-00:09:31 (5 sec)

No StressLens

You support giving universal healthcare and Medicare for all, to people who are in this country illegally?

## Kamala Harris

00:09:31-00:09:53 (22 sec)

No Signal (0.621)

Let me just be very clear about this. I am opposed to any policy that would deny in our country any human being from access to public safety, public education, or public health, period. We have to have a secure border, but I am in favor of saying that we're not going to treat people who are undocumented and cross the border as criminals.

## Kamala Harris

00:09:53-00:10:06 (13 sec)

No Signal (0.562)

That's correct. The border is secure. Listen, I think there's no question that we've got to critically reexamine ICE and its role and the way that it is being administered, and the work it is doing, and we need to probably think about starting from scratch. [End videotape]

## Sean Hannity

00:10:06-00:10:17 (11 sec)
No StressLens
[Audience boos] So, and now she wants to offer a path to citizenship, which by any definition would be amnesty. Your reaction?

## Donald Trump

00:10:17-00:10:36 (19 sec)
Weak (1.22)
Well, before you even start with that, of course, it's ridiculous, you can't do it. No country could sustain this, but she wants no fracking in Pennsylvania. She wants no fracking, [Audience boos] And she said it 100 times, there will be no fracking. There will be no fracking. There will be no fracking.

## Donald Trump

00:10:36-00:11:05 (30 sec)
Weak (1.261)
Then just recently she said, "Yes, I could approve fracking." Look, this is a woman who is dangerous, I don't think, too smart, but let's see. But she loses her train of thought a lot. She goes -- that's why she doesn't want to do interviews. Can you imagine her doing an interview like this or like any of them? I mean, she did an interview with Dana Bash on CNN.

## Donald Trump

00:11:05-00:11:11 (6 sec)
No Signal (0.893)
And you know I have to tell you, Dana Bash did the debate with Joe Biden with --

## Sean Hannity

00:11:11-00:11:12 (1 sec)
No StressLens
Jake.

## Donald Trump

00:11:12-00:11:29 (17 sec)

No Signal (0.754)
I used to call him Fake Tapper, but I don't do that anymore. You know why? Because he was very honorable, and so was she. And I thought that she would give a fair interview based on the debate because she was fair. I was surprised, to be honest with you, I didn't expect that, but she was fair. I thought I did well.

## Donald Trump

00:11:29-00:11:46 (17 sec)
No Signal (0.813)
I don't think he did too well. Although a friend of mine said, "You shouldn't have done the interview. He's not going to make it." And you know what? He didn't make it. You know, think of this, it's very unfair in a lot of ways. I complained about it, but she ran against him in the primaries. She got no votes, no votes.

## Donald Trump

00:11:46-00:12:04 (17 sec)
No Signal (0.442)
And she was the first to leave, I think 22 people or something like that. And she dropped, she was down to nothing, never even made Iowa, and he got 14 million votes and they threw him out. They said, "We want you out," and he wasn't going to win. I don't think. I mean, I don't think he was going to win.

## Donald Trump

00:12:04-00:12:28 (24 sec)
No StressLens
But we did a good debate, we had a good debate, and it was a fair debate. And he was down like 18 or 19 points after the debate. And I hate mosquitoes, I'm surprised. I didn't think we had -- we don't like those mosquitoes running around. We want nothing to do with them. And we want nothing to do with bad politicians that hate our country, too, you want to know the truth.

## Donald Trump

00:12:28-00:12:45 (18 sec)
Weak (1.007)
But he had -- they went to him and they said, "We want you out. You're not going to win," and it was really a coup when you think about it. And the woman who came in, the person that came in last -- I mean, she came in last, she was the first one out, out of all those people. You had many people that did pretty well.

## Donald Trump

00:12:45-00:13:16 (31 sec)
No Signal (0.15)
It was actually close at the end. And then in South Carolina -- and by the way, New Hampshire was so badly treated by the Democrat Party and by Joe Biden and her. I can't imagine New Hampshire voting for him. Anybody in New Hampshire, because they're watching right now, but anybody in New Hampshire that votes for Biden and Kamala, I really think -- I call her Comrade Kamala because that's what her ideology is.

## Donald Trump

00:13:16-00:13:34 (18 sec)
No Signal (0.313)
But you know that she did something after decades and decades and decades. It was Iowa, the first two, Iowa and New Hampshire. And that's the way people thought it was going to be. He didn't want to go to New Hampshire. He didn't want to play the New Hampshire game. And so, he went to a different state.

## Donald Trump

00:13:34-00:13:52 (18 sec)
No Signal (0.167)
We won't mention it, it's a great state. I won it by a lot. I love that state. But he dumped New Hampshire. And I said to people today, "Who the hell from New Hampshire would vote for this guy?" He changed the whole primary system. He changed the whole system because he took them out of the order.

## Sean Hannity

00:13:52-00:13:53 (1 sec)
No StressLens
Let me get to this, sir.

## Donald Trump

00:13:53-00:14:00 (7 sec)
No Signal (0.664)
And I think it's going to have a big effect. We really want to win New Hampshire. I've done well there, and we really want to win New Hampshire.

## Sean Hannity

00:14:00-00:14:19 (19 sec)
No StressLens

Let me go back to the issue. And it's a big issue in the state of Pennsylvania, and you mentioned it. And let me just tell the audience so everybody is fully aware is that tonight, Fox offered a debate opportunity between you and Kamala Harris, and I was not going to be here, but it was going to be Bret and Martha.

## Donald Trump

00:14:19-00:14:22 (3 sec)
No StressLens
This was supposed to be a debate tonight, so I would have preferred it.

## Sean Hannity

00:14:22-00:14:23 (1 sec)
No StressLens
Right. So, I figured --

## Donald Trump

00:14:23-00:14:26 (3 sec)
No StressLens
I think he's a nice guy, but I would have preferred a debate.

## Sean Hannity

00:14:26-00:14:26 (1 sec)
No StressLens
Thanks a lot.

## Donald Trump

00:14:26-00:14:31 (5 sec)
Strong (2.551)
4 of 110 paragraphs scored.
But this is the best we could do, Sean. This is the best we can do.

## Sean Hannity

00:14:31-00:14:33 (2 sec)
No StressLens
You're stuck with me.

## Donald Trump

00:14:33-00:14:35 (2 sec)
No StressLens
No. This was a debate.

## Sean Hannity

00:14:35-00:14:58 (23 sec)
No StressLens
Let me go play because a big issue in this state is the issue of banning fracking. Now in that, I thought it was a horrible interview and a missed opportunity. Do you know, for 16 minutes -- she spoke for 16 minutes and 29 seconds in that whole interview, the only interview. You and JD Vance have done -- this is your 36th interview or press conference between the two of you.

## Sean Hannity

00:14:58-00:15:19 (21 sec)
No StressLens
And we don't know if she supports the Green New Deal she co-sponsored with Bernie Sanders that would cost $93 trillion. We don't know if she stands by that. We don't know if she supports Medicare for all that would eliminate all private health insurance. We don't know if she would really ban fracking.

## Sean Hannity

00:15:19-00:15:31 (13 sec)
No StressLens
Now in the CNN interview, she said, "Well, I've said in 2020 that I would not ban fracking." CNN had to fact check her and say, "No, she never said it. This is what she really said." [Audience says "She's a liar."] [Begin videotape]

## Unidentified

00:15:31-00:15:41 (9 sec)
No StressLens
Will you commit to implementing a federal ban on fracking on your first day in office, adding the United States to the list of countries who have banned this devastating practice?

## Kamala Harris

00:15:41-00:15:44 (4 sec)
No StressLens
There's no question I'm in favor of banning fracking. So, yeah.

## Unidentified

00:15:44-00:15:46 (1 sec)
No StressLens
So, would you ban offshore drilling?

## Kamala Harris

00:15:46-00:15:50 (4 sec)
No StressLens
Yes. And I've again worked on that. [End videotape]

## Sean Hannity

00:15:50-00:16:02 (12 sec)
No StressLens
Now, correct me if I'm wrong, you're a better businessman than I am, isn't energy, fracking, oil, the lifeblood of the world's economy?

## Donald Trump

00:16:02-00:16:25 (23 sec)
No Signal (0.506)
So, the Commonwealth of Pennsylvania cannot even take a chance because that's their real opinion of her. Now the whole country would go down the tubes if you didn't do the fossil fuel thing. It just would go, and you could do all sorts of other things. But you know, Germany tried it and it lasted for about nine months, and they were going to go down the tubes entirely.

## Donald Trump

00:16:25-00:16:43 (18 sec)
No Signal (0.112)
And somebody else came in, and I hate to say, they're building a coal plant every single week, every week, and they're building nuclear and they're doing a lot of things. It's never worked. It never will work. But Pennsylvania can't take a chance, that that answer is true. But she's been there for 20 years.

## Donald Trump

00:16:43-00:17:06 (23 sec)
No Signal (0.911)
That's what she's been saying for a long time, and she will do that. There's no chance that she's going to allow it. The election will take place if she won, you're not going to have any fracking in Pennsylvania.

You have 500,000 jobs. Think of that. That's your biggest business. And you get a big majority of your income from fracking, and you have somebody that's not going to allow fracking.

## Donald Trump

00:17:06-00:17:31 (24 sec)
Medium (1.852)
She's not going to allow it. You can't take the chance. You have no choice. You've got to vote for me. You've got to vote for me. You've got to even if you don't like me, you know? No, but even if you don't like me, you can sit there and say, "I can't stand that guy, but there's no way I'm going to vote for her."

## Donald Trump

00:17:31-00:17:51 (20 sec)
No Signal (0.388)
No, you have to have fracking. You know you're the biggest in the country for this. You have two of the biggest sites in the world. It's a massive business for Pennsylvania, and you can't take a chance. She will not allow fracking, she's not going to -- and she's got a lot of other problems, too. But for your particular -- for the Commonwealth, you have no choice but to allow it.

## Sean Hannity

00:17:51-00:17:56 (5 sec)
No StressLens
Mr. President, if I may, 16 minutes and 30s are up. Thank you for being with us.

## Donald Trump

00:17:56-00:17:57 (1 sec)
No StressLens
Thank you very much.

## Sean Hannity

00:17:57-00:18:09 (12 sec)
No StressLens
The President has spoken for a total of 16 minutes and 30s. We --

## Donald Trump

00:18:09-00:18:10 (1 sec)
No StressLens
I'll say something also.

## Sean Hannity

00:18:10-00:18:29 (18 sec)

No StressLens

Real quick because we've got to break. Yeah, if you watch that interview, she had notes. That means she knew the questions and she had notes, she kept looking down up. Nobody wants to cover it. I know all about notes. I mean, you know, it's all right, if people know that. But she was supposed to have notes, so she's asked a question.

## Sean Hannity

00:18:29-00:18:43 (14 sec)

No StressLens

She looks down, she keeps -- she had notes. That means she knew what was happening. Well, I have a question about it. Did her campaign, when they said that they wanted to change the rules that they had agreed to, did they ask for notes? Did they ask for the --

## Donald Trump

00:18:43-00:18:44 (1 sec)

No StressLens

They wanted notes.

## Sean Hannity

00:18:44-00:18:46 (2 sec)

No StressLens

They wanted to be seated and they wanted your mic hot.

## Donald Trump

00:18:46-00:18:49 (3 sec)

No StressLens

And they wanted a desk, they didn't want to do it. I said, "You got to do a standup."

## Sean Hannity

00:18:49-00:18:52 (2 sec)

No StressLens

After they already agreed to the other.

## Donald Trump

00:18:52-00:18:57 (5 sec)
No Signal (0.795)
Yeah, but they wanted a desk from the beginning. You know who else wanted a desk? Sleepy Joe, he wanted a desk.

## Sean Hannity

00:18:57-00:19:24 (27 sec)
No StressLens
All right, we got to take a break. More with President Trump. We are in Harrisburg, Pennsylvania. We'll continue our town hall. We'll get audience questions and much more. Thank you for being with us. [Begin videotape]

## Kamala Harris

00:19:24-00:19:55 (31 sec)
No StressLens
We must have the courage to object when they use that term, radical, Islamic terrorism, which ignores how Muslims have overwhelmingly been the greatest victims of terror. And we must also have the courage to reject that term, illegal alien. I have seen some of the worst of criminal behavior. I have seen the worst of crime, an undocumented immigrant is not a criminal. [End videotape]

## Sean Hannity

00:19:55-00:20:22 (27 sec)
No StressLens
All right. We continue in Harrisburg, Pennsylvania. We're broadcasting in front of a massive crowd. By the way, I want to give -- we have in our audience, he is the Republican challenger to a very -- 98.6% Joe Biden, Kamala Harris voting supporter. Dave McCormick is running against Senator Casey in what is a very important race. Dave, great to have you.

## David McCormick

00:20:22-00:20:23 (1 sec)
No StressLens
Thank you.

## Sean Hannity

00:20:23-00:20:58 (35 sec)
No StressLens

Now, you just heard Kamala Harris, our country's failed borders are talking about her commitment. You need the courage to never say the word radical, Islamic terrorism, or illegal alien. President Trump is back with us. What is your reaction to that because who attacked us on 9/11 and who's crossing our border

## Donald Trump

00:20:58-00:21:21 (23 sec)
No Signal (0.376)
So, she wants to be politically correct, and we can't be politically correct anymore. Look, look, we have October 7th. People saw it. We have things going on in the world right now with Israel and with the Middle East is blowing up, it's blowing up. We have Ukraine and Russia that would never happen.

## Donald Trump

00:21:21-00:21:38 (18 sec)
No Signal (0.216)
That would have never happened, October 7th would have never happened. If I were the president, it would have never happened, and everybody knew it. Iran was broke, they didn't have the money for Hamas and for Hezbollah. They didn't have the money for anybody. They wanted to get by, and we would have made a fair deal with them.

## Donald Trump

00:21:38-00:22:03 (24 sec)
Medium (1.958)
I was only looking to make a fair deal with them. But you know, I wanted to say it so much during my term, we went four years without any blow-ups. We had no World Trade Center blow-up, we had no radical, Islamic terrorists. We had no radical, Islamic terrorists because we were very tough at the borders, and we were very tough with our statements.

## Donald Trump

00:22:03-00:22:35 (33 sec)
No Signal (0.228)
And we had no -- the whole world was a safe place. That was the question they asked Viktor Orban, who's really considered a very strong -- they said he's a strong man. Sometimes you need a strong man. He's a strong man. He's the prime minister of Hungary. And he said, "You bring back Trump." Now I'm not saying it, but he said it because I'd rather say respect, but he said, "Everybody was afraid of Trump. You bring him back, you're not going to have any problems. It's all going to go away."

## Donald Trump

00:22:35-00:22:41 (5 sec)
No StressLens
The world is blowing up. The world is blowing up well.

## Sean Hannity

00:22:41-00:22:42 (1 sec)
No StressLens
This brings --

## Donald Trump

00:22:42-00:22:59 (17 sec)
No Signal (0.483)
And Sean, one thing, the world is blowing up. And when you look at Ukraine and you look at Russia, you look at all the things that are happening, we are potentially getting ready. I'm telling you, and I've made a lot of predictions, and this is not a prediction because it's so bad. I don't want it to be a prediction.

## Donald Trump

00:22:59-00:23:25 (26 sec)
No Signal (0.073)
We're heading into World War 3 territory. And because of the power of weapons, nuclear weapons in particular, but other weapons also, and I know the weapons better than anybody because I'm the one that bought them, and you know we rebuilt our entire military. We upgraded our entire program. And, you know, the one program I hated to upgrade, hated it, was the nuclear program.

## Donald Trump

00:23:25-00:23:47 (22 sec)
No Signal (0.269)
And I understand it maybe better than anybody. My uncle was at MIT, a professor, the longest-serving professor in the history of MIT, a very smart guy. We have a smart family. It's nice to have a smart family. But I knew -- I understood nuclear for a long time, the power of nuclear weapons. You need a president that's not going to be taking you into war.

## Donald Trump

00:23:47-00:24:00 (13 sec)
No Signal (0.456)

We won't have World War 3 when I'm elected. But with these clowns that you have in there now, you're going to end up having World War 3. And it's going to be a war like no other.

## Sean Hannity

00:24:00-00:24:22 (22 sec)
No StressLens
Let me ask you a more personal question because you paid a very big price for getting into the political arena, never mind opportunity costs that you would have had. You've had a successful business. Obviously, you've been a victim of lawfare, if you will, or a weaponized Department of Justice, although the Supreme Court ruling on immunity, I think, was very clear.

## Sean Hannity

00:24:22-00:24:48 (27 sec)
No StressLens
Although certain judges may not abide by it. And I listened to you talk about the borders. I listened to you talk about how dangerous the world situation is. I listened to you talk about the economy and fracking and the need for energy, and I hear you. And then I asked myself, "OK, why is this different? If 2016 was about the forgotten men and forgotten women, what is 2024 about?"

## Donald Trump

00:24:48-00:25:15 (27 sec)
No Signal (0.295)
So, it's not that different, it's still about the forgotten men and the forgotten women. The people are being treated horribly in this country. We're a country that's being laughed at all over the world. And I'll be honest, if Joe Biden would be a great president, I would be happier than being the worst president in the history of our country because I want to see what's good for the country, and I would have been very happy.

## Donald Trump

00:25:15-00:25:22 (7 sec)
Weak (1.102)
I have very nice places I could be. This is not easy. I got shot at, you know? I mean, I got hit. I got hit.

## Sean Hannity

00:25:22-00:25:22 (1 sec)
No StressLens
One millimeter.

## Donald Trump

00:25:22-00:25:37 (14 sec)
Medium (1.662)
I could have been all over the place. I could have -- but you know what? It's very simple and it starts with make America great again. That's what we have to do.

## Sean Hannity

00:25:37-00:25:51 (14 sec)
No StressLens
It makes me think that if you look at everything [Audience chants " U.S. A."] that we have discussed tonight and you look at your platform --

## Donald Trump

00:25:51-00:25:52 (1 sec)
No StressLens
Thank you. Thank you.

## Sean Hannity

00:25:52-00:26:07 (15 sec)
No StressLens
What really infuriates me, and I'm straightforward. I'm a member of the press, but I'm a talk show host. I'm a conservative and people know where I stand. I think the press -- they're all liberal talk show hosts, but they're dishonest about who they are. And they have an agenda. They've never played Kamala in her own words.

## Sean Hannity

00:26:07-00:26:26 (19 sec)
No StressLens
So, radical statements or extreme statements, I think, dangerous statements. And I just think that if we're talking about the border, all of these 11 million, it was all preventable. I think on the economy, if you had sound economic policy, you handed it off, 1.4% inflation, we'd be doing better in the economy.

## Sean Hannity

00:26:26-00:26:40 (14 sec)
No StressLens
We'd be energy dominant by now because we were on a path towards energy dominance. We wouldn't have to -- Ron was in check, you had them on the verge of bankruptcy. Russia, you had a relationship

with them and North Korea and the mullahs in Iran.

## Donald Trump

00:26:40-00:26:48 (8 sec)
No Signal (0.527)
But nobody was tougher with Russia than me. I shut down the biggest pipeline in the world that Russia was building. It was called Nord Stream 2.

## Sean Hannity

00:26:48-00:26:49 ( sec)
No StressLens
The Nord Stream 2.

## Donald Trump

00:26:49-00:27:06 (18 sec)
No Signal (0.851)
Nobody ever heard of it. And I said no way. I said to Germany, "There's no way we're going to protect you with NATO and spend billions of dollars protecting Europe. And you guys are going to be buying oil from the person and the group that we're protecting you from." And I shut it down, it was 100% shutdown.

## Donald Trump

00:27:06-00:27:30 (24 sec)
No Signal (0.17)
And then this pathetic person comes in, and he immediately approves it. But he shut down the Keystone XL pipeline, our pipeline. [Audience boos] And the head of that union by the way, the Pipefitters union, the pipeline union, the head of that union nominated and was a big deal in the Biden campaign, and he endorsed him.

## Donald Trump

00:27:30-00:27:54 (24 sec)
No Signal (0.017)
And those people, 48,000 people lost their jobs. It was all approved. I got it approved. Obama rejected it, I approved it, it was starting. They spend billions of dollars. It was also -- and they rejected. It would have been fantastic for us, including the 48,000 jobs. And what he did is he let Russia build the pipeline that I had stopped.

## Donald Trump

00:27:54-00:28:17 (22 sec)
No Signal (0.549)
It was totally stopped going to Germany and other countries. Think of it. We protect them from Russia, and yet they pay Russia billions of dollars. Does it make sense? So, I was the toughest in Russia. Putin would even say, "You know, if you're not the toughest guy, you're killing us. I'd hate to see you if you were really tough."

## Donald Trump

00:28:17-00:28:37 (21 sec)
No Signal (0.388)
This was the biggest job they've ever had, and I stopped it. And you know what? Russia would have been fine. China would have been fine. China was fine. China paid us hundreds of billions of dollars in taxes and tariffs under me, under no other president. And I mean, right from the beginning, did they pay $0.10?

## Sean Hannity

00:28:37-00:29:00 (23 sec)
No StressLens
You know, we're going to get to audience questions. I do have a question as we go to break. And I think there should be a question asked in every presidential election, and I'll ask the people here in Harrisburg. Are you better off than you were four years ago? [Audience responds "No"] OK, when we come back more from our President Trump.

## Sean Hannity

00:29:00-00:29:03 (3 sec)
No StressLens
We're in Harrisburg, PA as we continue. [Begin videotape]

## Kamala Harris

00:29:03-00:29:08 (5 sec)
No StressLens
Fighting inflation is one of our administration's top economic priorities.

## Unidentified

00:29:08-00:29:15 (7 sec)
No StressLens

Was it wrong to consider inflation transitory? I mean, these price spikes seem like they're going to be with us for a while.

## Kamala Harris

00:29:15-00:29:26 (11 sec)
No Signal (0.964)
We have to address the fact that -- we got to deal with the fact that folks are paying for gas, paying for groceries and need solutions to it.

## Unidentified

00:29:26-00:29:35 (9 sec)
No StressLens
Will you commit to implementing a federal ban on fracking on your first day in office, adding the United States to the list of countries who have banned this devastating practice?

## Kamala Harris

00:29:35-00:29:54 (19 sec)
No Signal (0.815)
There's no question I'm in favor of banning fracking. And it's rough. The cost of groceries has gone up, the cost of gas has gone up. And this is all happening in the context of two years of a pandemic. It's one of the highest priorities actually for the president and for me. That is called Bidenomics.

## Kamala Harris

00:29:54-00:30:00 (6 sec)
No StressLens
That is called Bidenomics, and we are very proud of Bidenomics. [End videotape]

## Sean Hannity

00:30:00-00:30:25 (25 sec)
No StressLens
All right. We continue our -- she's very proud of Bidenomics -- in Harrisburg, Pennsylvania. That was Kamala Harris touting her pretty radical beliefs on the economy in her own words. According to Kamala, her values have not changed. We don't know where she stands because she's only done an interview for 16 minutes and 29 seconds or spoken.

## Sean Hannity

00:30:25-00:30:57 (33 sec)

No StressLens
So, on the issue of the economy, how many of you in this room, and you could all close your eyes, so, you're not looking at your neighbor, have struggled economically in the last number of years? Wow, wow. And when I started my adult life, I struggled to pay my rent. You know my jobs, I've listed them 100 times, working in the service industry and bartending and cooking and washing dishes and construction. [Audience calls out "McDonald's"]

## Sean Hannity

00:30:57-00:31:03 (5 sec)
No StressLens
Not McDonald's. That was a lie. And I say --

## Donald Trump

00:31:03-00:31:06 (3 sec)
No StressLens
By the way, she didn't work at McDonald's, right?

## Sean Hannity

00:31:06-00:31:09 (3 sec)
No StressLens
She did not. Well, there's no evidence of it so far.

## Donald Trump

00:31:09-00:31:11 (2 sec)
No StressLens
Did she work at McDonald's? Because --

## Sean Hannity

00:31:11-00:31:13 (2 sec)
No StressLens
So far, no evidence.

## Donald Trump

00:31:13-00:31:15 (2 sec)
No StressLens
I don't think so based on what I --

## Sean Hannity

00:31:15-00:31:37 (22 sec)

No StressLens

Here's my question. She wants to raise corporate taxes, she wants to raise small business taxes, capital gains taxes, estate taxes, the international corporate minimum tax to the point where America won't be competitive anymore, and your tax cuts are about to expire in 2025. What does this mean for the economy? What does it mean for everybody here struggling?

## Donald Trump

00:31:37-00:32:02 (25 sec)

Weak (1.4)

So, I gave you the biggest tax cuts in the history of our country. If you let them -- if you let the Trump tax cuts expire, which she wants to do, she wants to terminate them. If you do that, you will suffer the biggest tax increase in history. There's never been a tax increase like it on top of which she wants to add a lot of tax.

## Donald Trump

00:32:02-00:32:17 (15 sec)

No Signal (0.251)

This country will end up -- and I've said this a lot, and I mean it. This country will end up in a depression if she becomes president like 1929. This will be a 1929 depression. She has no idea what the hell she's doing.

## Sean Hannity

00:32:17-00:32:21 (4 sec)

No StressLens

What if unrealized capital gains taxes were implemented? What would that mean?

## Donald Trump

00:32:21-00:32:37 (17 sec)

No Signal (0.467)

Well, she wants to do that. This is where you have something, you don't even know what the value is. I'll tell you what. If that's going to happen, go out and open an appraisal company because you're going to make a fortune. That's about the only group that's going to make it and accountants. It is the craziest idea.

## Donald Trump

00:32:37-00:33:09 (32 sec)

No Signal (0.551)

And remember this, very rich people and big international corporations, they don't have to stay in the United States, and they will be forced to leave for other countries. They can't afford to do a thing like that. They may have great wealth and no cash, and they're going to have to pay cash. Where are they going to get the cash? If they do that, the unrealized capital gain, you know, it's been talked about for a few years by ultra-left Marxists only like her father is a Marxist.

## Donald Trump

00:33:09-00:33:32 (23 sec)

No Signal (0.622)

Her father's a Marxist teacher of economics. Can you believe this? But if that happened, this country -- and I think forgetting about that, that particular -- she's got a lot of things that are just as bad. If she gets in, I think we will have a depression, 1929-style depression. That's what I think will happen to our country. Already, they've set us on a path.

## Sean Hannity

00:33:32-00:33:36 (4 sec)

No StressLens

What about price gauging as she calls it or gouging?

## Donald Trump

00:33:36-00:33:39 (3 sec)

No StressLens

Well, she called it gauging.

## Sean Hannity

00:33:39-00:33:44 (5 sec)

No StressLens

And what if they implement that? And then price controls, that's been tried in --

## Donald Trump

00:33:44-00:33:45 (1 sec)

No StressLens

Many times.

## Sean Hannity

00:33:45-00:33:50 (5 sec)

No StressLens

The former Soviet Union, Venezuela, even in this country in the '70s, it was a disaster.

## Donald Trump

00:33:50-00:34:03 (13 sec)

No Signal (0.405)

Yeah. every time it's been tried, no matter -- over hundreds of years -- not just over hundreds of years, price controls, you end up with no product, you end up with massive inflation, and you end up with the destruction of a country.

## Sean Hannity

00:34:03-00:34:21 (18 sec)

No StressLens

How does this impact -- how do high-interest rates impact -- How does inflation impact everybody that's here tonight? Well, they can't buy a home, they can't do anything. Your business has stopped up. You can't borrow money. By the way, I had interest rates at 2%. Now, they're 10%. But you can't get the money, you can't get the money.

## Sean Hannity

00:34:21-00:34:42 (21 sec)

No StressLens

There's no money available. So, 10% is right -- you know, if you can't get the money, 10% is not the right number. It's got to be much more than that. You can't borrow money to buy a house now. It really is unbelievable. So, we have all of this. Now let me talk about in six days, you will have probably your only opportunity to debate Kamala Harris.

## Donald Trump

00:34:42-00:34:44 (2 sec)

No StressLens

Yeah

## Sean Hannity

00:34:44-00:34:57 (13 sec)

No StressLens

If I -- I vote instead of George Stephanopoulos network that I get to moderate the debate. I'm just saying, take care of [Inaudible] But you know, ABC is not --

## Donald Trump

00:34:57-00:35:22 (25 sec)
No Signal (0.71)
I have to say though -- Sean, ABC is the worst network in terms of fairness. They had a poll where I was 17 points down a couple of days prior to the election. I was 17 points down in Wisconsin, and they do that so, people don't vote because, you know, "Hey, I love Trump, but he's 17 points out. I'm not going to go out and vote."

## Donald Trump

00:35:22-00:35:51 (29 sec)
No Signal (0.234)
I was 17 points down and I won, and I called the best pollster. I said, "Why wouldn't they say five or four or three?" Because at three you go and vote. At 17, your people say, "I want to vote, but you know I'm busy. I have other things to do. Let's go see a movie, and we'll watch the results later." They are the most dishonest network, the meanest, the nastiest, but that was what I was presented with.

## Donald Trump

00:35:51-00:36:21 (30 sec)
No Signal (0.669)
I was presented with ABC, George Slapadopoulos. You know who he is. And he's a nasty guy, and yet he's a nasty guy. I've had him up to here. But let me tell you, he's a very, very bad kind of a guy. But I watched his interview of Joe Biden, it was like the softest interview I've ever seen. It was softer than the CNN interview of Kamala.

## Donald Trump

00:36:21-00:36:47 (25 sec)
No Signal (0.341)
But they're very nasty. And I think a lot of people are going to be watching to see how nasty they are, how unfair they are. I agreed to do it because they wouldn't do any other network. The other thing is her best friend is the head of the network. Her husband's, best friend is married to the head of the network, and they're going to get the questions [Audience boos] I've already heard, they're going to get the questions in advance.

## Donald Trump

00:36:47-00:37:08 (21 sec)
Weak (1.079)
They even have Donna Brazile. Remember Donna Brazile? She gave [Audience boos] Donna Brazile. She's another real -- she's a real beauty, Donna Brazile. She gave Hillary Clinton the questions. Do you remember that? [Audience responds "Yeah"] And she works for ABC, and she's at the roundtable talking about the debate.

## Donald Trump

00:37:08-00:37:26 (18 sec)
No Signal (0.661)
So, we're going to watch very closely, but you're not allowed to do it. We even have a clause in the contract. You can't give them the questions, but I probably -- I'm not sure it's going to help her that much though. I think I'm -- you might give her the questions and give her the answers to the questions. I'm not sure it's going to help her.

## Sean Hannity

00:37:26-00:37:43 (17 sec)
No StressLens
I don't know. All right. So, unlike Kamala Harris, our time is actually up. However, we're going to let Dave McCormick ask the first question. And we're going to air that, not tonight, but tomorrow night.

## Donald Trump

00:37:43-00:37:44 (2 sec)
No StressLens
He always does this, you know?

## Sean Hannity

00:37:44-00:37:45 (1 sec)
No StressLens
I do.

## Donald Trump

00:37:45-00:37:48 (3 sec)
No StressLens
Our time is up, but you know what? Let's make two shows out of it.

## Sean Hannity

00:37:48-00:38:10 (22 sec)

No StressLens

All right. More from President Trump as we continue. We are in the all-important state of Pennsylvania in Harrisburg. Thank you for being with us. All right, unfortunately, that's all the time we have left this evening. Thank you, President Trump.

## Donald Trump

00:38:10-00:38:10 (1 sec)

No StressLens

Thank you very much.

## Sean Hannity

00:38:10-00:38:11 (1 sec)

No StressLens

Thank you for being with us very much.

## Donald Trump

00:38:11-00:38:13 (1 sec)

No StressLens

Thank you very much.

## Sean Hannity

00:38:13-00:38:38 (26 sec)

No StressLens

Thank you, Harrisburg. We love you. Thank you for staying to take questions from the audience. You know, I always plan out -- I do all this research to ask you questions and you just go. But we came here also to hear from the people of Harrisburg. Before we get to the people, I want to again introduce -- we introduced them last night on the show.

## Sean Hannity

00:38:38-00:38:48 (10 sec)

No StressLens

Dave McCormick is the Republican Senate candidate from Pennsylvania. Senator, great to have you. I'll give you a chance to say a couple of words.

## David McCormick

00:38:48-00:39:01 (13 sec)
No StressLens
Yes, thank you. Thank you, Sean, and thank you, Mr. President, for being here in the Keystone State. And the Keystone State is going to decide the future of the country, put you back in the White House, and the majority in the Senate. Thank you.

## Donald Trump

00:39:01-00:39:04 (3 sec)
No StressLens
Thank you, David.

## David McCormick

00:39:04-00:39:24 (20 sec)
No StressLens
And, you know, Mr. President, it's a scary time in the world. Our adversaries around the world, Iran, China, Russia, North Korea, are testing us. They're challenging us. We've lost deterrence. They think America is weak. They think America is on retreat. And my question to you is on day one, when you're back in the White House, how do we restore deterrence?

## David McCormick

00:39:24-00:39:32 (8 sec)
No StressLens
How do we bring strength and capability back to our military? And how do we make sure that everybody in the world knows that America is back?

## Donald Trump

00:39:32-00:39:50 (18 sec)
Medium (1.852)
So, thank you, David, and good luck with the race. It's really important that you win. I hope you're going to vote. He's a great gentleman and he's a great warrior. The first thing we have to do, we have to strengthen our country from within, and we have a lot of bad people from within, but we have to straighten it.

## Donald Trump

00:39:50-00:40:19 (29 sec)
Weak (1.318)

We have to, number one, have a border like we had it four years ago, which was strong, where the wrong people didn't get in. We have to have that. The other thing, we want to become again energy independent. We were energy-independent four years ago. And what we really want is energy dominance. And then, as you know, we -- I rebuilt the entire military, and we had it like nobody has ever had it before.

## Donald Trump

00:40:19-00:40:40 (21 sec)
Weak (1.11)
And then this guy gave away $85 billion worth of equipment to Afghanistan [Audience boos] in the most embarrassing moment in the history of our country. But we have a lot more than that. We rebuilt the military. We want to be strong, but we want to do it in peace through strength. That's what we want, peace through strength.

## Donald Trump

00:40:40-00:40:47 (6 sec)
Strong (3.006)
1 of 110 paragraphs scored.
We shouldn't have to use our military, but we're going to have the greatest military in the world. Thank you, David.

## Sean Hannity

00:40:47-00:40:50 (3 sec)
No StressLens
All right. Ma'am, hi. What's your name?

## Deborah Williams

00:40:50-00:40:51 (2 sec)
No StressLens
My name is Deborah Williams.

## Sean Hannity

00:40:51-00:40:53 (2 sec)
No StressLens
Hi, Deborah. How are you?

## Deborah Williams

00:40:53-00:40:54 (1 sec)

No StressLens

I'm good now.

## Donald Trump

00:40:54-00:40:56 (2 sec)

No StressLens

Hi, Deborah.

## Sean Hannity

00:40:56-00:40:59 (4 sec)

No StressLens

Oh, because of me or because of the President? I'm just guessing. No, I'm kidding.

## Deborah Williams

00:40:59-00:41:01 (1 sec)

No StressLens

I plead the fifth.

## Sean Hannity

00:41:01-00:41:03 (2 sec)

No StressLens

Good answer.

## Deborah Williams

00:41:03-00:41:08 (5 sec)

No StressLens

Mr. President, I want to thank you for coming and sharing your time with us today.

## Donald Trump

00:41:08-00:41:11 (3 sec)

No StressLens

Thank you, Deborah. Thank you.

## Deborah Williams

00:41:11-00:41:19 (8 sec)
No StressLens
What could you share that you've learned during the first time being in the Oval Office for those who are hesitant to vote for you now?

## Donald Trump

00:41:19-00:41:46 (26 sec)
No Signal (0.724)
So, we need a strong president. And you know, I actually think we had a very stable administration, but we were hit with this weaponization. We were hit -- weaponized, they've never done this before. The weaponization, all of the different Russia, Russia, Russia, hoax, all of the different hoaxes, and we won every single one of them.

## Donald Trump

00:41:46-00:42:07 (21 sec)
Medium (1.925)
The most important thing -- and I found it, and you could say this is true in business also, we have to get the right people. When I first went there, 2016, we were -- I had a lot of good people. I had a lot of good advice, but I put people in that in some cases were not what I really wanted because I didn't know much about Washington.

## Donald Trump

00:42:07-00:42:27 (20 sec)
No Signal (0.29)
I was there 17 times in my whole life, and I wasn't in DC very much, but I got to know them and I got to know them the hard way. And I know the good ones, the bad ones, the weak ones, the smart ones, the dumb ones, I know them all now. And the key -- and we had great ones. I mean, economic development, we did so well.

## Donald Trump

00:42:27-00:42:49 (21 sec)
No Signal (0.677)
The military, we did fantastically well. We knocked out 100% of the ISIS caliphate. We have some great people in the military, not the ones that you see on television, but great people. But a big key to running it is to get the right people. You put the right person and the right group of people at the heads of these massive agencies.

## Donald Trump

00:42:49-00:42:54 (5 sec)
Weak (1.185)
You're going to have tremendous success. And I know now the people, and I know them better than anybody would know them. So, thank you very much.

## Sean Hannity

00:42:54-00:42:55 (1 sec)
No StressLens
Thank you, Deborah. Ma'am, hi. Ma'am, what's your name?

## Sue Helm

00:42:55-00:43:00 (5 sec)
No StressLens
Sue Helm.

## Donald Trump

00:43:00-00:43:02 (2 sec)
No StressLens
Hi, Sue.

## Sue Helm

00:43:02-00:43:04 (3 sec)
No StressLens
I'd like to welcome you to Harrisburg, Pennsylvania.

## Donald Trump

00:43:04-00:43:05 ( sec)
No StressLens
Thank you.

## Sue Helm

00:43:05-00:43:06 (2 sec)
No StressLens
We love you both, so wonderful.

## Donald Trump

00:43:06-00:43:08 (1 sec)
No StressLens
Thank you.

## Sue Helm

00:43:08-00:43:36 (28 sec)
No StressLens
I'm a small business owner. I'm the owner of CENTURY 21 At The Helm real estate. The four years of your presidency, Mr. Trump, were the best economically I have experienced in the 35 years I own this business. And my question is, what are your plans and policies to restore the economy, so small business owners can thrive and make America great once again?

## Donald Trump

00:43:36-00:43:36 ( sec)
No StressLens
Good.

## Sue Helm

00:43:36-00:43:36 (1 sec)
No StressLens
Thank you.

## Donald Trump

00:43:36-00:43:59 (23 sec)
No Signal (0.636)
Good. You know, we had a woman who was very spectacular, Linda McMahon, and she ran the Small Business Administration, did a phenomenal job. And that's a very important group for what we're talking about with small business. But to put it a little simpler, we're going to have low interest rates. We're going to have low taxes.

## Donald Trump

00:43:59-00:44:20 (21 sec)
No Signal (0.734)
We're going to give you tremendous incentive to grow and to build your business. And you know, a lot of people have said that. They said one person who didn't support me, he said, "I must admit I had the

most successful four years of my life. But I'm going to vote for" -- and he said. And now, that person came back to me, I don't want that person.

## Donald Trump

00:44:20-00:44:35 (15 sec)
No Signal (0.559)
I don't want that person, you know? They say you should take everybody, but that's not the way I'm built. It's one of those little problems. This person -- no, this was in the Republican primary. He said, "I had the best four years I've ever had under Trump. But I'm going to support this one." I said that's the end of that.

## Donald Trump

00:44:35-00:44:55 (20 sec)
Weak (1.475)
You know, when they came back -- but we're going to lower interest rates. We're going to have low taxes. We're going to have tremendous incentives for small business. You know, small business is much bigger than big business in this country when you add it all up, and we're going to take care of small business in this country. Thank you very much.

## Sean Hannity

00:44:55-00:44:56 (1 sec)
No StressLens
Thank you, ma'am. Sir, what's your name?

## Travis Finkenbinder

00:44:56-00:45:03 (7 sec)
No StressLens
Travis Finkenbinder. I'm from Palmyra, Pennsylvania. I'd like to welcome you both here. And it's an honor to stand before you.

## Donald Trump

00:45:03-00:45:04 (1 sec)
No StressLens
Thank you, Travis.

## Travis Finkenbinder

00:45:04-00:45:24 (20 sec)
No StressLens

Mr. President, is it possible to correct the extensive damage the current administration has caused related to our safety and security, from the border crisis to the plethora of weapons left behind in Afghanistan? I fear for my three adolescent sons. At night, what do I tell Kail, Keith, and Cole about their safety and their future of this great nation?

## Donald Trump

00:45:24-00:45:26 (2 sec)
No StressLens
Well, the first thing you should do is pray.

## Travis Finkenbinder

00:45:26-00:45:26 ( sec)
No StressLens
Amen.

## Donald Trump

00:45:26-00:45:50 (24 sec)
Strong (2.121)
5 of 110 paragraphs scored.
Because what they've done to our country, right, what they've done to our country -- what these -- and I hate to use the word -- what these stupid people, naive people, but bad people, you know, weaponization. Again, they're after me. I got more court cases. On Friday, I have one. On Monday, I have one, and they do that for very bad reasons.

## Donald Trump

00:45:50-00:46:05 (15 sec)
No Signal (0.824)
They don't want you to campaign. They want to keep you off the campaign. They want to try and take as much money as possible instead of putting it in. But let me just tell you, the hardest problem we have -- because a smart president will be able to get along with Russia, China. There are a lot of reasons why.

## Donald Trump

00:46:05-00:46:33 (28 sec)
No Signal (0.535)
But the biggest problem we have is they've allowed 21 million people into our country. And I told you last night, I tell you tonight, it's the single biggest problem. They've poisoned our country. They're coming in

from prisons. They're coming in from mental institutions. Terrorists are coming in. The criminals are coming off the streets in Caracas, Venezuela, but all over the world, not just in South America.

## Donald Trump

00:46:33-00:47:00 (27 sec)
Weak (1.043)
It's the single, hardest problem that we would have never had. If I were president, you wouldn't have that problem. You wouldn't have inflation, you wouldn't have Russia attacking Ukraine. You wouldn't have had October 7th with Israel. You wouldn't have had the Afghanistan disaster, which I think is the single most embarrassing day in the history of our country, where they have billions of dollars of equipment.

## Donald Trump

00:47:00-00:47:25 (25 sec)
Weak (1.135)
We lost 13 great, great soldiers. And I celebrated and honored their wonderful -- they called them their children, and they are, their children, their wonderful children, they're their kids. I went to Arlington Cemetery with them the other day, and at their request. And Sean knows this better than anybody, and it was very tough for me to get there, I will tell you.

## Donald Trump

00:47:25-00:47:47 (22 sec)
No Signal (0.405)
I don't want to say that, but it was very tough. I was in a different part of the world frankly, and I got there, and we had a beautiful couple of hours together. First, we had a ceremony. And then we had a -- we went down to the gravesites. And they said, "Sir, could we have a picture with my son?" In one case, it was a daughter.

## Donald Trump

00:47:47-00:48:09 (22 sec)
No Signal (0.874)
Could we have a picture with my daughter? We took pictures. We had stayed for a long time, and then I left and that was it. I thought it was beautiful. And those people are phenomenal. What they've done -- Joe Biden and Kamala killed those children because of their incompetence, just like they had a gun that killed them.

## Donald Trump

00:48:09-00:48:32 (23 sec)

Weak (1.214)

And I went home, and I thought it was a beautiful thing. I told my wife, I told our great First Lady, who people love, they love her. I said, "It was so sad and yet so beautiful and joyful in a sense." I mean, the people, they had something that was very special. And I went there, and you know, I had them up to Bedminster.

## Donald Trump

00:48:32-00:48:57 (25 sec)

Weak (1.294)

I got to know many of them, most of them. But I get home, and I get a call from one of my people. "Sir, they're saying that you use this for public relations purposes." And you know what happened? It was so beautiful. Every one of those people made a video to say that Donald Trump came there. I got enough publicity, I don't need publicity.

## Donald Trump

00:48:57-00:49:15 (18 sec)

Weak (1.156)

I'd like to get half the publicity. I'd be very happy. But they said that -- and you saw the videos, the videos became very, very well-known and famous, actually, some beautiful statements that I went there. I got nothing out of that except to take care of people that were not taken care of by our government.

## Donald Trump

00:49:15-00:49:40 (26 sec)

Medium (1.759)

And Joe Biden and Kamala should call those people and apologize because that was the most incompetent withdrawal in the history of our country. There has never been anything. So, think of it. We took the military out first. You're supposed to take the military out last. Once the military was gone, they had three shots at us, but we took the military out first, and then it began.

## Donald Trump

00:49:40-00:50:10 (30 sec)

No Signal (0.471)

We lost 13 soldiers, many were horribly wounded, meaning, no legs, no arms. The face was obliterated. We don't even talk about those people, and we have to. We left Americans behind, and you covered that better than anybody. We left many Americans behind, and we left billions and billions of dollars of brand-new military equipment behind, that now, they are one of the largest sellers of military equipment in the world, Afghanistan.

## Donald Trump

00:50:10-00:50:33 (23 sec)

No Signal (0.535)

They're selling the equipment that we just walked away from. It was so incompetent. But to be with those people was a real honor, I have to tell you. And for them to go out of their way -- and every one of them made a video. They said, "Sir, could you take a picture next to the grave of my son?" I said, "Of course."

## Donald Trump

00:50:33-00:50:51 (17 sec)

Weak (1.193)

Could you imagine if I said, "No, I don't want to do it. I don't want to do it?" But every one of those people appreciated it, and every one of them made a tape and they sent it out, and it became very viral as they say nowadays. And it was a great honor for me to be there. Thank you.

## Sean Hannity

00:50:51-00:50:59 (9 sec)

No StressLens

And I should add, Kamala Harris and Joe Biden were both invited. And this was not -- you knew these families. You had met with them at Bedminster. You were familiar with them.

## Donald Trump

00:50:59-00:51:01 (1 sec)

No StressLens

Yes, I knew them.

## Sean Hannity

00:51:01-00:51:13 (13 sec)

No StressLens

And they invited you, you went, and they said, "Would you take a picture?" And then you did. And then you were attacked by -- and then the families were furious at Kamala about it. I think this is going to be the last question. What's your name, sir?

## Unidentified

00:51:13-00:51:16 (2 sec)

No StressLens

Hi. Alastair Hackett from Spring Lake, New Jersey.

## Sean Hannity

00:51:16-00:51:17 (1 sec)
No StressLens
Hey, Alex.

## Unidentified

00:51:17-00:51:19 (2 sec)
No StressLens
Thank you, Mr. President.

## Donald Trump

00:51:19-00:51:19 (1 sec)
No StressLens
Thank you.

## Unidentified

00:51:19-00:51:34 (15 sec)
No StressLens
I'm a recent college graduate and am concerned with the growing influence of wokeness in many of our top institutions. We saw General Milley take this to new heights under his leadership in the military. What is your plan to combat radical ideology in the military and in our corporations?

## Donald Trump

00:51:34-00:52:02 (27 sec)
Strong (2.699)
2 of 110 paragraphs scored.
Well, first of all, Milley, that day in Congress where Milley proclaimed his wokeness was an embarrassment to our country. And remember this, we don't have a woke military. We have some guys at the top that talk it, but you couldn't convince them to be woke if you were screaming at them for five weeks.

## Donald Trump

00:52:02-00:52:31 (29 sec)
Medium (1.626)
We took out 100% of the ISIS caliphate in four weeks. It was supposed to take five years. And these are -- and I got to meet the real generals, and they are unbelievable. Our military is unbelievable. Remember

it, unbelievable, there's no wokeness. There's no wokeness. And all we're going to do is you go out, you get your degree, you work hard, you're going to see a different country.

## Donald Trump

00:52:31-00:52:52 (21 sec)
No Signal (0.656)
We have to get elected. If we don't get elected, I don't know what's going to happen to our country. I just don't know. They're so bad. And normally, I wouldn't say that. I'd say, "Well, you know, they're working. They're a Democrat." These aren't Democrats. These are people long beyond Democrats. When I used to say to Sean on his show, I'd say our country, Sean, will never be a socialist country, and it won't.

## Donald Trump

00:52:52-00:53:11 (20 sec)
No Signal (0.405)
It will be a communist country. They skipped socialism. They totally -- we cannot let this happen to our country because if it does happen, we'll never be able to come back. We'll never be able to make a comeback from it. So, we're going to have a big election. This is a very -- Pennsylvania, a very important, the Commonwealth, you never want to call it a state.

## Donald Trump

00:53:11-00:53:34 (23 sec)
Medium (1.995)
The Commonwealth. If you ever call it a state, I've seen guys -- I've seen their political career ruined by saying the state of Pennsylvania. No, you never want to call it a state. Now, I'll tell you how dishonest they are. They'll take that one little statement where I said the state of Pennsylvania and they'll play it, the state of Pennsylvania, they'll cut it. In every --

## Sean Hannity

00:53:34-00:53:36 (1 sec)
No StressLens
Well, there's one other thing.

## Donald Trump

00:53:36-00:53:50 (14 sec)
No Signal (0.973)
Let me just -- because they're fake, the -- and one thing we should say, not him and not Fox, and we have a couple of others out there that are good. But the biggest -- a great enemy to this country is the

fake news media. It's a big, big enemy. And they have to change their ways. They have to change their ways.

## Sean Hannity

00:53:50-00:54:23 (33 sec)
No StressLens
All right. Before we let the President go, because this is airing part two on Thursday night, I want to ask you one -- the final question. In five nights, you will be on the stage, not with me, but with Kamala Harris. Now, if I'm going to make a prediction, I think she's going to try and annoy, agitate, irritate, frustrate, and piss you off to use a phrase.

## Sean Hannity

00:54:23-00:54:35 (12 sec)
No StressLens
And are you aware of how she debates, and probably every name in the book, she can call you without giving away your tactics?

## Donald Trump

00:54:35-00:55:04 (29 sec)
Weak (1.375)
Yeah. You don't want to do that. But you know, when I had Biden, you and I had the same discussion, and I let him talk. I'm going to let her talk because, you know -- and you've all seen it. There are those that say that Biden is smarter than she is, OK? And if that's the case, we have a problem. But you know, debating is an interesting thing.

## Donald Trump

00:55:04-00:55:25 (21 sec)
No Signal (0.28)
I've been in many debates. I think I probably have won because of debating maybe. You know, we had a lot of debates with the Republicans, then we had Crooked Hillary. We had a lot of different people we had a debate. And we had some great debates. You do remember the Rosie O'Donnell debate. Remember Rosie? Rosie O'Donnell.

## Donald Trump

00:55:25-00:55:43 (18 sec)
Weak (1.083)

That's a real -- she's a real great one. Isn't she a great one? Anyway, but a debate is interesting. You could go in with all the strategy you want, but you have to sort of feel it out as the debate is taking place. I've seen it. You go in there and you have a strategy. Mike Tyson made a statement. Everybody has a plan until they get punched in the face.

## Donald Trump

00:55:43-00:56:00 (17 sec)
Weak (1.084)
It's true. It was a brilliant statement. It's a brilliant statement. So, I could tell, Sean, exactly what I'm going to do. But, you know, things change. It depends a lot on ABC. Will they be fair or not? If they're not going to be fair, [Audience boos] I'm going to be a little bit different than if they are.

## Donald Trump

00:56:00-00:56:24 (25 sec)
No Signal (0.903)
I hope they're going to be fair. We're putting a lot of reliance on a network which is known for being extremely hostile to the people in this room and to, I think 75%, 80% of the country, if you want to really know the truth. But Sean, all I can say is this. You know, I've seen Mitt Romney go and lock himself into a log cabin for four or five weeks, and then he came out and he was horrible in the debate.

## Donald Trump

00:56:24-00:56:45 (20 sec)
No Signal (0.765)
He couldn't talk. He gained great knowledge, he couldn't talk. And Candy Crowley came out and she made a terrible statement that turned out to be wrong, but it destroyed the guy. But look, you have to -- the way I look at debating, I think I've been really practicing all my life for this stuff. I mean, ultimately, that's what it's sort of about.

## Donald Trump

00:56:45-00:57:06 (22 sec)
No Signal (0.985)
So, it'll be an interesting evening. And the Biden debate was a very interesting evening. I was sort of surprised by it a little bit by, you know, what he did and the way he reacted. And you don't know how somebody is going to react, even a professional, you don't know how they're going to react. And you have to sort of go with it as you get up there, Sean.

## Donald Trump

00:57:06-00:57:17 (10 sec)
Strong (2.008)
6 of 110 paragraphs scored.
I'd love to give you an answer. This is what I'm going to do, Sean. But when you get up there, you sort of say because I've done a lot of it. I went from never having debated to having done a lot of debates.

## Sean Hannity

00:57:17-00:57:21 (4 sec)
No StressLens
But do you know she's going to try and annoy you? But that's not going to happen.

## Donald Trump

00:57:21-00:57:24 (3 sec)
No StressLens
Well, I think we have a bigger problem. I think that ABC will try and annoy me.

## Sean Hannity

00:57:24-00:57:24 ( sec)
No StressLens
I bet that, too.

## Donald Trump

00:57:24-00:57:24 ( sec)
No StressLens
OK.

## Sean Hannity

00:57:24-00:57:28 (4 sec)
No StressLens
President Donald Trump. Thank you, Harrisburg.

# WILKINSON EXHIBIT 6

Factbase

Powered by FiscalNote StressLens

## Donald J. Trump

Transcripts | White House Calendar | White House Press Releases

# Interview: Donald Trump Calls Into Fox and Friends for an Interview After the Debate - September 11, 2024

StressLens | 3 Topics | 10 Entities | Moderation | 6 Speakers




**Full Transcript**

Brian Kilmeade 00:00:00-00:00:16 (17 sec) NO STRESSLENS

Joining us right now on the phone to react after that very busy night, the 45th president of the United States, the GOP presidential nominee, Donald Trump. Mr. President, how do you feel about the night, 105 minutes long? You've done this before. I think your eighth one. What is your review of your -- of your performance?

Donald Trump 00:00:16-00:00:38 (22 sec) WEAK (1.195)

Well, I looked at the poll numbers. I listened to Harold Ford. I don't know what he was watching because I think he wasn't watching the debate that I was in yesterday. I think we did great. It was 3 to 1. It was a rigged deal as -- as I assumed it would be because when you looked at the -- the fact that they were correcting everything and not correcting with her.

Donald Trump 00:00:38-00:00:58 (21 sec) MEDIUM (1.594)

And we knew it when it was 100% good coverage for her over the last month or last year. I looked at it, and only bad coverage of me no matter what. The press is so dishonest in this country, it's amazing. Now, I didn't mind because, frankly, I knew -- I was pretty sure that's what they would do. CNN was much more honorable.

Donald Trump 00:00:58-00:01:22 (23 sec) WEAK (1.308)

The debate we had with Biden was a much more honorably run debate, but this was incredible. I mean, everything -- so many things I said were debunked, totally debunked like Charlottesville, like -- I could -- I have a list of seven different things. And she could say anything she wanted. Everything -- every time I spoke, and my stuff was right, they'd correct you.

Donald Trump 00:01:22-00:01:45 (24 sec) WEAK (1.463)

I thought it was terrible from the standpoint of ABC. They're the most dishonest, in my opinion, the most dishonest news organization. And that's saying a lot because they're all essentially really dishonest. But I thought I did a great job. It was three on one, and I thought I did a great job. Now, we sent you the polls, but every single poll last night had me winning like 90 to 10.

Donald Trump 00:01:45-00:02:08 (22 sec) WEAK (1.203)

We had -- C-SPAN at one point was at 80 to 20, and I don't know how it finished. That was late last night so I have no idea, but it was at 80 to 20. I told that to Bret Baier. And we sent him a lot of polls, and we sent you a lot of polls this morning. And every single poll had us winning by a lot, despite the fact that it was an unfair debate, obviously.

Donald Trump 00:02:08-00:02:26 (18 sec) NO SIGNAL (0.976)

And it was -- it was a three on one, and that's OK. I've had worse odds in my life. I've had it before, but never so obvious. A lot of people are very angry about it. You know, you have corrupt news organizations. You have a lot of bad people, it's amazing, in that business -- in your business.

Ainsley Earhardt 00:02:26-00:02:50 (24 sec) NO STRESSLENS

Yeah. Mr. President, we kind of expected it because when you look at the Media Research Center, they said 100% of the stories covered on ABC about Kamala, 100% of the time was positive. Ninety-three percent of the time when they covered you, it was negative. So, it was infuriating to watch them fact-check you and not her when she brought up IVF, when she brought up Project 2025 several times.

Donald Trump 00:02:50-00:02:50 ( sec) NO STRESSLENS

Right.

Ainsley Earhardt 00:02:50-00:02:56 (5 sec) NO STRESSLENS

And when she brought up Charlottesville. Here are some of the lies that she said about you. Listen. [Begin videotape]

Kamala Harris 00:02:56-00:03:21 (25 sec) NO SIGNAL (0.218)

The detailed and dangerous plan called Project 2025 that the former president intends on implementing -- couples who pray and dream of having a family are being denied IVF treatments. If Donald Trump were to be reelected, he will sign a national abortion ban. And what did the president then at the time say? There were fine people on each side.

Kamala Harris 00:03:21-00:03:36 (15 sec) NO SIGNAL (0.104)

On that day, 140 law enforcement officers were injured, and some died. Donald Trump, the candidate, has said in this election, there will be a bloodbath if this and the outcome of this election is not to his liking. [End videotape]

Ainsley Earhardt 00:03:36-00:03:41 (5 sec) NO STRESSLENS

And the bloodbath, you were talking about the economy. It's a term that's used a lot when people are talking about a bad economy.

Donald Trump 00:03:41-00:03:41 (1 sec) NO STRESSLENS

That's right.

Ainsley Earhardt 00:03:41-00:03:45 (4 sec) NO STRESSLENS

What's your reaction to -- why didn't the moderators correct her?

Donald Trump 00:03:45-00:04:07 (22 sec) WEAK (1.391)

Because they're dishonest and because I think ABC took a big hit last night. I mean, to be honest, they're a news organization. They have to be licensed to do it. They ought to take away their license for the way they did that. Bloodbath was referring to the economy. Everybody loved the term because as soon as they heard the word, it's sort of a vicious word, but referring to the economy.

Donald Trump 00:04:07-00:04:33 (26 sec) NO SIGNAL (0.931)

They have created an economy -- bloodbath was the word that I used, and it was fine in that context. And they were trying to make it sound like it was a riot or something, and it was a bloodbath. IVF, I was a leader on IVF, the IVF -- the IVF, which is fertilization, I was a total leader on that. When I first heard about it like right from the beginning, I was one of the leaders on it, and the Republican Party has been a leader on it.

Donald Trump 00:04:33-00:04:45 (12 sec) MEDIUM (1.57)

She tried to say it was just the opposite. The -- the whole thing with abortion, what he said, I mean, it was incredible. I think he corrected me six times, and each time I was right.

Steve Doocy 00:04:45-00:04:45 (1 sec) NO STRESSLENS

Mr. President --

Donald Trump 00:04:45-00:05:13 (28 sec) WEAK (1.177)

I believe each time I was right, didn't correct her at all, and she was saying these things. She was using like Charlottesville -- she was using Charlottesville, and everybody -- you take a look at Laura Ingraham, she did it incredibly. She had it totally debunked. She said that, in fact, it makes it angry -- she makes -- she gets angry when people hear about Charlottesville when they use that because what they did is they stopped, and they didn't put the following sentence in.




Donald Trump 00:05:13-00:05:33 (19 sec) WEAK (1.017)

And when they put the last sentence in when it was all put together, what I said was absolutely perfect. And ABC knew that, everybody knew that, frankly. I think they lost a lot of credibility. But regardless, look, the polls are saying that I was -- I won that by 80-20, 90 -- we have one here, 92 to 7.

Donald Trump 00:05:33-00:05:52 (19 sec) MEDIUM (1.501)

And I sort of believe that's right. I thought, look, I've been told I'm a good debater. I think it was one of my better debates, maybe my best debate, I think. I don't know. That's why I'm disappointed in this guy, Harold Ford. I don't know if he's still there, but I don't know what he was watching because he was just as dishonest as ABC in my opinion.

Steve Doocy 00:05:52-00:06:07 (15 sec) NO STRESSLENS

Mr. President, I interrupted a moment ago. They just -- on the face of the Pentagon every year for the last 23 years, we have gone down to the Pentagon at 6:46. That's sunrise down in the Washington, D.C. area.

Donald Trump 00:06:07-00:06:07 (1 sec) NO STRESSLENS

Right.

Steve Doocy 00:06:07-00:06:17 (9 sec) NO STRESSLENS

When they unfurl that flag to commemorate American Airlines Flight 77 that crashed into the Pentagon, it killed all 64 on board.

Donald Trump 00:06:17-00:06:17 (1 sec) NO STRESSLENS

Right.

Steve Doocy 00:06:17-00:06:34 (17 sec) NO STRESSLENS

A hundred and twenty-five people at the Pentagon, 184 people lost their lives 23 years ago today. And I know -- I know you are going to take part in some of the commemorations as well here in New York City and in Pennsylvania.

Donald Trump 00:06:34-00:06:52 (18 sec) NO STRESSLENS

That's right. I'll be doing that in a little while. In fact, right after this call, I leave. I'm going down to the World Trade Center site, and I'll be down there for much of it. JD is going with me, and we had -- we had a great talk about it yesterday. It was very, very sad. It's a horrible day, horrible day.

Donald Trump 00:06:52-00:07:07 (15 sec) WEAK (1.4)

There's never been anything like it. Just a horrible day. And then going to Pennsylvania, of course. And so, I'm going to be doing both of them. Sometimes, I'll do all three. Sometimes it doesn't work out when they're sort of simultaneously done, but we're going to be doing two of them today.

Steve Doocy 00:07:07-00:07:20 (14 sec) NO STRESSLENS

So, yeah. So, last night, I mean, all three planes are there. You've got Air Force Two. You've got Trump Force One. JD Vance is playing. We're all together. You guys are going to be at the site together. President Biden I think will be there. Are you going to say anything to them?

Donald Trump 00:07:20-00:07:40 (20 sec) NO SIGNAL (0.54)

Oh, I don't know. I'm not sure. It's, you know -- look, everybody should be very angry at how badly they've run this country. Millions of people are floating into our country, many of them should not be here. They're criminals, many criminals coming in, many terrorists coming in. People coming there, emptying their jails into our country.

Donald Trump 00:07:40-00:08:05 (25 sec) WEAK (1.258)

They're emptying their -- think of it. They're emptying their mental institutions. People that are mentally ill are being dropped into our country. And these two people, and it's both of them, they allow it to happen. What they're doing is terrible. I saw your report yesterday on -- in Ohio with Springfield, Ohio and Aurora -- if you look at Colorado, Aurora, Colorado, these thugs from Venezuela in Aurora have taken over.

Donald Trump 00:08:05-00:08:12 (7 sec) NO SIGNAL (0.919)

People from Haiti, I guess, have come in illegally, totally coming illegally into our country. And they've -- they've destroyed Springfield, Ohio. They destroyed --

Brian Kilmeade 00:08:12-00:08:23 (11 sec) NO STRESSLENS

Do you think you've made that point last night? Do you think you made that -- do you think you've made that point last night that you believe the border is directly affecting all these cities and all these towns?

Donald Trump 00:08:23-00:08:40 (17 sec) WEAK (1.049)

Oh, I think I made it twice or maybe even three times. In fact, I said, I wonder if I'm saying this too much. How can you say it too much? They've allowed 21 million, I think is the real number. It could be more than that. Twenty-one, that's bigger than New York State. They've allowed 21 million people come into -- come into our country.

Donald Trump 00:08:40-00:08:58 (18 sec) MEDIUM (1.984)

Many of these people are criminals. And by the way, those countries are being emptied out of their criminals, and their crime rates are way down. Their prison populations are being dumped into the United States. Their populations in prison are way down. Their mental institutions, their populations are way down.

Brian Kilmeade 00:08:58-00:08:58 ( sec) NO STRESSLENS

Right.

Donald Trump 00:08:58-00:09:15 (17 sec) WEAK (1.34)

And it's all over the world. It's not just South America. They're coming in from the Congo and Africa. They're coming from all over the world, the Middle East, Europe, Asia. They're coming in from everywhere, not just South America. And they're coming in at numbers you've never seen. They're literally destroying our country.

Donald Trump 00:09:15-00:09:24 (8 sec) WEAK (1.492)

These people have no idea, or maybe they do. The only reason they can be doing it is because they hate our country. They hate our country.

Ainsley Earhardt 00:09:24-00:09:42 (18 sec) NO STRESSLENS

Yeah. I mean, when you compare the border numbers, the terror watch list suspects under you, there were 11, under Kamala Harris, 375. Now, foreign policy did come up at last night's debate. Listen to this sound bite. Our audience can listen to this, and we'll get your reaction on the other side. [Begin videotape]

Donald Trump 00:09:42-00:10:01 (20 sec) NO SIGNAL (0.389)

If she's president, I believe that Israel will not exist within two years from now. Look at what's going on in the Middle East. This would have never happened. I will get that settled and fast, and I'll get the war with Ukraine and Russia ended. If I'm president-elect, I'll get it done before even becoming president.

Kamala Harris 00:10:01-00:10:19 (17 sec) NO SIGNAL (0.048)

Well, I will tell you I agreed with President Biden's decision to pull out of Afghanistan. Donald Trump, when he was president, negotiated one of the weakest deals you can imagine. He calls himself a deal maker, even his national security adviser said it was a weak, terrible deal.

Donald Trump 00:10:19-00:10:32 (13 sec) NO SIGNAL (0.688)

It's a very good agreement. The reason it was good, it was -- we were getting out. We would have been out faster than them, but we wouldn't have lost the soldiers. We wouldn't have left many Americans behind. They blew it. [End videotape]

Ainsley Earhardt 00:10:32-00:10:45 (13 sec) NO STRESSLENS

You said when you were at the town hall with Sean Hannity, you said a lot of people, "You might not like me, but you're safer under me. You have more money in your bank accounts under me." So, why do you think our country would be safer under you, Mr. President?

Donald Trump 00:10:45-00:11:00 (15 sec) WEAK (1.246)

Because I deal with foreign policy. I'll give you an example. Afghanistan, we had a great agreement, but it was agreement subject them -- to them doing a lot of different things. They didn't do those things. And when they didn't do them, we terminate the agreement. These clowns had no idea what to do.

Donald Trump 00:11:00-00:11:18 (18 sec) MEDIUM (1.727)

They had Milley who's incompetent. They had Biden who's incompetent. All of the people are incompetent, nobody ever gets fired. They don't fire anybody. They let them just stay on, retire, no problem. Milley should have been -- Milley should have been fired and reprimanded like you've never seen. These people are incompetent.

Donald Trump 00:11:18-00:11:34 (15 sec) MEDIUM (1.688)

They left billions of dollars worth of equipment behind. You had 13 dead soldiers. The -- the -- they shouldn't have used that airport. They should have used Bagram, which, by the way, they gave up and they shouldn't have given it up because that's only one hour away from China where they make their nuclear weapons.

Donald Trump 00:11:34-00:11:57 (23 sec) WEAK (1.463)

No, no. They took a good agreement, but the agreement was subject to the Taliban doing things. And remember this, in ending that, every single -- I went 18 months without one soldier killed. I spoke to the head of the Taliban, Abdul. And I said -- I had nice tough talk with him. Not one soldier was killed in 18 months until that catastrophe happened.

Donald Trump 00:11:57-00:12:05 (8 sec) NO SIGNAL (0.612)

It was absolutely -- we were running it perfectly, but the agreement didn't mean anything because they had to -- in other words, they had the agreement kick in --

Brian Kilmeade 00:12:05-00:12:07 (2 sec) NO STRESSLENS

It was conditions-based. It was conditions-based.

Donald Trump 00:12:07-00:12:21 (14 sec) MEDIUM (1.709)

Yeah. They didn't do the things. Who would take their military out first? They're incompetent. They took the military out first. You're supposed to take the military out last, and they left lots of Americans behind. And then they had the worst airlift nobody's ever seen.

Brian Kilmeade 00:12:21-00:12:21 ( sec) NO STRESSLENS

Right.

Donald Trump 00:12:21-00:12:33 (12 sec) WEAK (1.487)

People falling off an airplane from 3,000 feet in the air, many people. They are incompetent, and they shouldn't be running the country. And we'll end up in World War III because of these fools.

Ainsley Earhardt 00:12:33-00:12:46 (14 sec) NO STRESSLENS

Lawrence Jones, who we know you think is doing a great job. And he is -- there he is. He's live in a diner. He's also in Pennsylvania. He's in Washington, Pennsylvania, and he's talking to the people. And I think, Lawrence, right, some of the folks in the diner want to ask the president questions.

Lawrence Jones 00:12:46-00:13:03 (17 sec) NO STRESSLENS

That's exactly right, Ainsley. Let's bring it out to the people. Mr. President, not a lot from the moderators about the issues last night, but in this swing state of Pennsylvania, these issues are true. Sir, you own a car dealership, part owner of it. And you say -- this is your birthday by the way.

Unidentified 00:13:03-00:13:03 ( sec) NO STRESSLENS

It is.

Lawrence Jones 00:13:03-00:13:05 (2 sec) NO STRESSLENS

And what is your question for the president?

Unidentified 00:13:05-00:13:07 (2 sec) NO STRESSLENS

Good morning, President Trump.

Donald Trump 00:13:07-00:13:08 ( sec) NO STRESSLENS

Good morning.

Unidentified 00:13:08-00:13:18 (10 sec) NO STRESSLENS

My question is, what are some of the immediate steps that you will take to improve the economy and get us out of this mess that Biden and Harris have left us in?

Donald Trump 00:13:18-00:13:19 (1 sec) NO STRESSLENS

Right, great question.

Lawrence Jones 00:13:19-00:13:20 (1 sec) NO STRESSLENS

Mr. President.

Donald Trump 00:13:20-00:13:35 (15 sec) WEAK (1.07)

The first thing I'd do is close up the border. People have to come into our country legally. They can't come in the way they're doing now. We have millions and millions of people coming in, even a month -- on a monthly basis and they're destroying our country, and it affects our economy. The other thing I'd do is drill, baby, drill.

Donald Trump 00:13:35-00:13:58 (22 sec) NO SIGNAL (0.871)

I'd be drilling, and I'd get energy prices. And I'll reduce your energy by half within 12 months, half. And I hope that, Lawrence, if you're listening, Lawrence, I hope you go and do a little shout out poll. And I don't know the people there, but I love the people there. I can see it. But why don't you do a shout out poll who they thought won the debate last night? It would be great.

Lawrence Jones 00:13:58-00:14:00 (3 sec) NO STRESSLENS

You know we always do the poll at the end, Mr. President. I think you --

Donald Trump 00:14:00-00:14:02 (2 sec) NO STRESSLENS

Oh, why don't you do it while I'm on the -- yeah, but I'm on the phone now.

Lawrence Jones 00:14:02-00:14:08 (6 sec) NO STRESSLENS

Is there a lot of people supporting President Trump today? OK.

Unidentified 00:14:08-00:14:09 (1 sec) NO STRESSLENS

USA. Fight, fight, fight.

Lawrence Jones 00:14:09-00:14:22 (13 sec) NO STRESSLENS

So -- but Mr. President, this young lady right here, she's concerned about the future of the country. She's concerned about the grandkids, and she's concerned about the stress on these parents. Ma'am, what is your president -- what is your question for the former president?

Unidentified 00:14:22-00:14:36 (14 sec) NO STRESSLENS

I would like to know what kind of programs or policies he could implement to reduce the parental stress with parents having to work one, two -- I have family members who are working three jobs, trying to make ends meet right now.

Donald Trump 00:14:36-00:14:36 ( sec) NO STRESSLENS

Yeah.

Unidentified 00:14:36-00:14:38 (2 sec) NO STRESSLENS

Spending more and more time away from their families.

Lawrence Jones 00:14:38-00:14:39 ( sec) NO STRESSLENS

Thank you.

Donald Trump 00:14:39-00:14:41 (2 sec) NO STRESSLENS

That's right. Well, we have big -- you know, you have a --

Lawrence Jones 00:14:41-00:14:43 (2 sec) NO STRESSLENS

What are you going to do on day one, Mr. President?

Donald Trump 00:14:43-00:15:00 (17 sec) NO SIGNAL (0.816)

Right. Child care is a No. 1 priority, and I have no choice because I have a daughter named Ivanka. And maybe you never heard of my Ivanka, but I have a daughter named Ivanka. And that's all she talks to me about is child care for the people. And she's the one that got it started, and Marco Rubio helped a lot.

Donald Trump 00:15:00-00:15:09 (9 sec) NO SIGNAL (0.228)

And a lot of the Republican senators, we put in a great child care, and we'll be expanding that. And that will help you a lot.

Lawrence Jones 00:15:09-00:15:21 (12 sec) NO STRESSLENS

So, Mr. President, we got a young voter right here. Not -- not all the young people are voting for Kamala Harris. But you have a concern about the media and cutting through the noise there. What is your question for the former president?

Unidentified 00:15:21-00:15:22 (1 sec) NO STRESSLENS

Hello, President Trump.

Donald Trump 00:15:22-00:15:23 (1 sec) NO STRESSLENS

Hi. Hi.

Unidentified 00:15:23-00:15:31 (8 sec) NO STRESSLENS

I'm just curious on how you're gonna combat the -- all the fake news and break through some of the noise to get the undecided voters to vote for you this November.

Donald Trump 00:15:31-00:15:32 (1 sec) NO STRESSLENS

Well, by doing a show like this.

Lawrence Jones 00:15:32-00:15:34 (3 sec) NO STRESSLENS

That's a good question, Mr. President. What -- what do you got to do?

Donald Trump 00:15:34-00:15:52 (17 sec) NO SIGNAL (0.83)

That's a great question. Because you really do it by doing a show like this with Lawrence and the group. You have to get your word out, and you don't have a fair media. You have a very liberal, biased media. I have no idea why. I actually have no idea. Think of it. They don't want walls. They don't want borders.

Donald Trump 00:15:52-00:16:09 (17 sec) NO SIGNAL (0.68)

They don't want good economies. They -- the things they want are destructive to our -- our country. But I will tell you that it's very important if you're doing what I'm doing, you have to do shows like this. That's another thing. Kamala doesn't do any shows. She doesn't do interviews. She doesn't talk to people.

Donald Trump 00:16:09-00:16:27 (18 sec) WEAK (1.086)

She doesn't do anything like that. And that's not fair to the public because they don't know what they're getting, but they saw last night what they had. They had a rigged show with somebody that maybe even had the answers. I mean, I'll be honest. I watched her talk, and I said, "You know, she seems awfully familiar with the questions."

Donald Trump 00:16:27-00:16:48 (21 sec) WEAK (1.098)

And you get pretty good at that stuff after a while. But when I saw how -- how totally rigged that was, I take a look at it, and I watch, and I say, "You know, you have to get out there." And one of the things I did is I said, let's do this show at like -- what time is it? 6:30 in the morning. And it's an honor to do it.

Donald Trump 00:16:48-00:17:02 (13 sec) MEDIUM (1.567)

But you have to go out, and you have to do the shows. You have to go out and do media. And some of the media is honest. It's not all dishonest. That's the good news. But much of it is. Let's say close to 80%, and I mean seriously dishonest.

Lawrence Jones 00:17:02-00:17:21 (20 sec) NO STRESSLENS

So, Mr. President, the final question. We're in Pennsylvania. We cannot let this interview end without talking about fracking. And there's a lot of people concerned about what happened on the debate stage last night and that Kamala Harris' position wasn't fully prosecuted yesterday. The people know that she flip-flopped on the issue.

Donald Trump 00:17:21-00:17:22 (1 sec) NO STRESSLENS

Right.

Lawrence Jones 00:17:22-00:17:25 (3 sec) NO STRESSLENS

So, how are you going to make the case so you can win Pennsylvania?

Donald Trump 00:17:25-00:17:47 (22 sec) MEDIUM (1.633)

So, I'm leading in Pennsylvania in just about all the polls, and I'm leading by some in a lot. And one of the issues is fracking. I've been for fracking from -- it's like the day I was born. Always fracking. She's always been against it, and she's been against it strongly. And if she won, she would end fracking in Pennsylvania 100%.

Donald Trump 00:17:47-00:18:05 (18 sec) WEAK (1.141)

She would end it, and that would be it. All she's doing is she just changed her view just a very short time ago. She went, "Oh, I'm totally in favor of fracking," all of a sudden. She is totally against it. You have every clip, and Sean Hannity plays them every night. Every clip, she's against fracking.

Donald Trump 00:18:05-00:18:25 (20 sec) WEAK (1.05)

All of a sudden, she's losing in the polls. She's not doing down. Her president is doing horribly. How did he do in the debate? At least she could speak, but her president goes down. They did a palace coup in the president. She comes out, and she does fracking. To -- so, I say to the people of Pennsylvania, you know what you have with Trump, and I'm with you.

Donald Trump 00:18:25-00:18:50 (25 sec) NO SIGNAL (0.581)

I went to school in Pennsylvania. I have my friends in Pennsylvania, and I'm a fracker. And that's 500,000 jobs in Pennsylvania and a lot of your income. Pennsylvania would be devastated if they take that away. She will obviously take that away. Oh, she'll take away drilling in Texas. She's going to take away -- they ended ANWR, the biggest oil site in the world that Ronald Reagan couldn't get in Alaska.

Donald Trump 00:18:50-00:19:01 (11 sec) WEAK (1.467)

They ended it. I got it approved, and they ended it. And nobody can believe they did. We had the biggest site in the world. They ended it in the first week in office. Think of that.

Lawrence Jones 00:19:01-00:19:01 ( sec) NO STRESSLENS

Yeah.

Donald Trump 00:19:01-00:19:18 (17 sec) NO SIGNAL (0.816)

They cut the Keystone Pipeline. They will end fracking. Keystone Pipeline, one of the biggest pipelines in the world, they ended it in the first day or the first week that he was in office. They will end fracking because she's not a fracker. And they'll also take away your guns.

Lawrence Jones 00:19:18-00:19:18 ( sec) NO STRESSLENS

Yeah.

Donald Trump 00:19:18-00:19:20 (2 sec) NO STRESSLENS

They will confiscate your guns.

Lawrence Jones 00:19:20-00:19:32 (11 sec) NO STRESSLENS

Mr. President, thank you so much for talking to the folks here in Pennsylvania at the diner. I'll send it back to the guys because I know you have a prior commitment to go visit the heroes at 9/11 Memorial. I'll send it back to you, guys

Donald Trump 00:19:32-00:19:40 (8 sec) MEDIUM (1.862)

Well, I want you to take that poll, though, soon. You got to take that poll so I can watch it. Thank you. Thank you, everybody, very much. Thank you.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About
Events
Newsletters
Contact Us
Privacy
The Staff
Advertise
RC Jobs
Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

# WILKINSON EXHIBIT 7

TRUTH

← Truth Details
2285 replies

Donald J. Trump
@realDonaldTrump

People are just starting to give me credit for having a GREAT DEBATE. The Voters and Voter Polls showed it, but the Fake News Media wasn't giving the credit that was due. Now they are seeing the results with independent Voters, Evangelicals, and more - and saying, WOW! Remember, I wasn't debating one person, I was debating three. They should fire everybody at ABC Fake News, whose two lightweight "anchors" have brought disgrace onto the company!

**5.35k** ReTruths **20.4k** Likes Sep 11, 2024, 11:17 PM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.
7-day free trial

**Live**

America Speaks
Real America's Voice

Oh My God!: Religions of ...
Newsmax 2

Police 24/7 S2:E1 – Foiled...
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information
Proudly made in the United States of America. us

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account Sign In

# WILKINSON EXHIBIT 8

# Key takeaways and highlights from the contentious presidential debate

Sep 11, 2024 6:55 PM EDT

The fiery and contentious debate may be the only face-off of the campaign for Vice President Kamala Harris And former President Donald Trump. Harris tried to walk a fine line between being both an incumbent and a change candidate and Trump was called out repeatedly for misinformation. Laura Barrón-López reports.

# Read the Full Transcript

*Notice: Transcripts are machine and human generated and lightly edited for accuracy. They may contain errors.*

---

**Amna Nawaz:**

Tens of millions of Americans tuned into last night's consequential presidential debate between Vice President Kamala Harris and former President Donald Trump.

---

**Geoff Bennett:**

The contentious debate may be the only face off of the campaign season. Vice President Harris tried to walk a fine line between being both an incumbent and a change candidate all while fending off attacks from Donald Trump. And the former president was repeatedly fact-checked for inaccuracies.

Laura Barron-Lopez reports.

Kamala Harris, Vice President of the United States (D) and U.S. Presidential Candidate: Kamala Harris.

Donald Trump, Former President of the United States (R) and Current U.S. Presidential Candidate: Nice to see you. Have fun.

---

**Laura Barron-Lopez:**

The night began cordially before the gloves came off.

---

**Kamala Harris:**

World leaders are laughing at Donald Trump. I have talked with military leaders, some of whom worked with you, and they say you're a disgrace.

---

**Donald Trump:**

She got zero votes, and when she ran, she was the first one to leave because she failed.

---

**Laura Barron-Lopez:**

It was their first face-to-face meeting, and their first head-to-head clash on the issues, like on the economy.

---

**Kamala Harris:**

I have a plan, $6,000 for young families for the first year of your child's life to help you in that most critical stage of your child's development. I have a plan.

---

**Donald Trump:**

She copied Biden's plan, and it's like four sentences, like run, Spot, run. Four sentences that are just, oh, we will try and lower taxes.

---

**Laura Barron-Lopez:**

The former president tried to link Harris to President Biden.

---

**Donald Trump:**

She is Biden. She's trying to get away from Biden. I don't know the gentleman she says. She is Biden.

---

**Kamala Harris:**

Clearly, I am not Joe Biden, and I am certainly not Donald Trump.

---

**Laura Barron-Lopez:**

And Harris, a former prosecutor, repeatedly baited Trump.

---

**Kamala Harris:**

They're so clear they can manipulate you with flattery and favors.

**Laura Barron-Lopez:**

From highlighting his fondness of dictators to needling Trump about the crowd size at his rallies.

---

**Kamala Harris:**

I'm going to invite you to attend one of Donald Trump's rallies, because it's a really interesting thing to watch. You will see during the course of his rallies, he talks about fictional characters like Hannibal Lecter. He will talk about windmills cause cancer.

And what you will also notice is that people start leaving his rallies early out of exhaustion and boredom.

---

**Donald Trump:**

People don't leave my rallies. We have the biggest rallies, the most incredible rallies in the history of politics. That's because people want to take their country back.

---

**Laura Barron-Lopez:**

For much of the night, Trump was on defense, not answering whether he'd sign or veto a national abortion ban.

Linsey Davis, ABC News Live "Prime" Anchor: If I could just get a yes or no, because you're running mate, J.D. Vance, has said that you would veto if you did come to your desk.

---

**Donald Trump:**

Well, I didn't discuss it with J.D., in all fairness. Look, we don't have to discuss it.

---

**Laura Barron-Lopez:**

Refusing to say if he thought defending Ukraine against Russia was in America's national security interests.

David Muir, "World News Tonight" Anchor and Managing Editor: I want to ask you a very simple question tonight. Do you want Ukraine to win this war?

Donald Trump ® Former President of the United States and Presidential Nominee: I want the war to stop. I want to save lives that are being uselessly -- people being killed by the millions. It's the millions.

---

**David Muir:**

Just to clarify in the question, do you believe it's in the U.S. best interests for Ukraine to win this war, yes or no?

**Donald Trump:**

I think it's the U.S. best interests to get this war finished and just get it done.

---

**Laura Barron-Lopez:**

And taking no responsibility for his role in the January 6 attack on the Capitol.

---

**David Muir:**

Is there anything you regret about what you did on that day, yes or no?

---

**Donald Trump:**

I had nothing to do with that, other than they asked me to make a speech.

---

**Laura Barron-Lopez:**

Vice President Harris used that moment to appeal to undecided voters.

---

**Kamala Harris:**

It's time to turn the page. And if that was a bridge too far for you, well, there is a place in our campaign for you to stand for country, to stand for our democracy, to stand for rule of law, and to end the chaos.

---

**Laura Barron-Lopez:**

Moments after the debate ended, Harris picked up a superstar endorsement, Taylor Swift. And in a rare move for a presidential candidate, Trump went to the spin room afterward.

Over the last 24 hours, in multiple FOX News interviews, Trump questioned whether he'd do another debate, and said ABC should lose its license.

---

**Donald Trump:**

It was three to one. It was a rigged deal, as I assumed it would be. I think ABC took a big hit last night. I mean, to be honest, they're a news organization. They have to be licensed to do it. They ought to take away their license for the way they did that.

---

**Laura Barron-Lopez:**

Trump and Republicans were quick to attack the moderators for fact-checking him in real time, including on abortion.

**Donald Trump:**

Her vice presidential pick says abortion in the ninth month is absolutely fine. He also says execution after birth. It's execution, no longer abortion, because the baby is born.

**Linsey Davis:**

There is no state in this country where it is legal to kill a baby after it's born.

**Laura Barron-Lopez:**

And on a debunked conspiracy theory about Haitian immigrants in an Ohio town eating pets, one that's been peddled by far right activist and 9/11 truther Laura Loomer, who traveled with Trump to the debate.

**Donald Trump:**

In Springfield, they're eating the dogs, the people that came in. They're eating the cats. They're eating -- they're eating the pets of the people that live there.

**David Muir:**

ABC News did reach out to the city manager there. He told us there had been no credible reports of specific claims of pets being harmed, injured or abused by individuals within the immigrant community.

**Donald Trump:**

Well, I have seen people on television.

**David Muir:**

Let me just say...

**Laura Barron-Lopez:**

Katie Sanders of PolitiFact defended the moderators.

Katie Sanders, Editor in Chief, PolitiFact: When a candidate is lobbying conspiracy theories, that's kind of a softball for a moderator, and it's particularly glaring if you don't address that.

**Laura Barron-Lopez:**

She said Harris was not immune from critique for leaving out finer details, but it was Trump who required more immediate fact-checking.

**Katie Sanders:**

I think one candidate, former President Trump, was repeating conspiracy theories that are pretty well-known to be false at this point and so it's almost easier to call those out in real time.

**Laura Barron-Lopez:**

At Ground Zero today, disagreements were put aside. President Biden and Vice President Harris stood just feet away from former President Trump and running mate J.D. Vance as the nation remembered the nearly 3,000 lives lost on this day 23 years ago, the former president and Vice President Harris even shaking hands at the remembrance.

But, tomorrow, the race is back on with less than eight weeks to go before Election Day.

*By* — **Laura Barrón-López**

Laura Barrón-López is the White House Correspondent for the PBS News Hour, where she covers the Biden administration and the incoming Trump administration for the nightly news broadcast. She is also a CNN political analyst.

*By* — **Winston Wilde**

Winston Wilde is a coordinating producer at PBS News Weekend.

# WILKINSON EXHIBIT 9

Factbase

## Donald J. Trump

Transcripts White House Calendar White House Press Releases

# Speech: Donald Trump Holds a Campaign Event in Tucson, Arizona - September 12, 2024

StressLens 7 Topics 10 Entities Moderation 1 Speaker

### Full Transcript

Donald Trump 00:00:00-00:00:43 (43 sec) NO STRESSLENS

[Audience chants "USA"] This is a very rambunctious crowd. This is a rambunctious crowd. Well, hello, Tucson. It's great to be with you. I love this place. We've been very successful here, as you know, and I'm thrilled to with thousands of proud, hardworking American patriots.

Donald Trump 00:00:43-00:01:18 (35 sec)

1:14:40

That's right. This is a nice group. I like it. Look at all those people. Wow. As everyone saw two nights ago, we had a monumental victory over Comrade Kamala Harris in the presidential debate. We won big with independent voters, moderates, Republicans, and working people all across this nation, putting forward a clear vision to, very simply, make America great again. [Applause]

Donald Trump 00:01:18-00:02:02 (43 sec) NO STRESSLENS

Meanwhile, Kamala Harris showed up, spewing empty rhetoric, the same old lies, meaningless platitudes, offering no plans, no policies, and no details whatsoever. Nothing. The two anchors, David Muir and Linsey Davis, sat there and only corrected me on things where I was right but didn't correct Kamala on Project '25 that I knew nothing about, on the bloodbath hoax that has been totally debunked, which had to do with the automobile industry that is going to be dying.

Donald Trump 00:02:02-00:02:35 (33 sec) NO SIGNAL (0.054)

It's dying under this administration. They're all going to be shipped out to China. And everybody in the automobile industry making, manufacturing automobiles, vote for Trump. We're going to bring back that industry. These people are killing it. She talked about -- knowing it was all false, she talked about the Charlottesville hoax, and these people did nothing about it, which has been totally debunked, as they say, by Snopes and snoops and everybody else.

Donald Trump 00:02:35-00:02:56 (22 sec) NO SIGNAL (0.273)

And go look it up. Go to snoops, whatever the hell that is. Now, I hear that's a liberal site, and they came out totally in favor of me. That's got to be a bad thing. But they said -- they gave you total phony stories. Kamala Harris said that no state allows abortion in the ninth month, which is a complete and total lie.

Donald Trump 00:02:56-00:03:19 (23 sec) NO SIGNAL (0.048)

They do. They do. And even after birth in some cases. She claimed I want to monitor women's pregnancies. I don't want to do that. I don't want to -- it's a total lie. I don't want to do that. Women, I won't be following you around to the hospital, monitoring. No, she made it up. She's a liar. She doesn't work at McDonald's.

Donald Trump 00:03:19-00:03:44 (25 sec) NO SIGNAL (0.864)

She said she worked at McDonald's, right? Right? She worked at McDonald's, and she was working so hard. There's only one problem. She didn't work at McDonald's. She's a liar. Liar. She claimed that I want to deny people IVF treatment when, in fact, I want to require insurance companies to pay for it.

Donald Trump 00:03:44-00:04:10 (26 sec) NO SIGNAL (0.107)

And I came out totally in favor of IVF. That's fertilization, for the men in the audience, of which we got a lot of tough ones here. She claims she doesn't want to ban fracking when she said repeatedly over a 10-year period, "I will not have fracking." Then about a little while ago, she goes, "I'd love to have fracking."

Donald Trump 00:04:10-00:04:31 (21 sec) NO SIGNAL (0.306)

Her pollster came back and said, "This is not good." In Pennsylvania, you want to ban fracking. That's not so good. That's a big part of what they do, right? And she came back. She came back. All of a sudden, she thought fracking was wonderful. Here's what happens with all of these things. Right after the election, she goes back to where she was.

X

Donald Trump 00:04:31-00:05:07 (37 sec) NO SIGNAL (0.129)

She claims she doesn't support mass gun confiscation when, in fact, she supported it entirely, and through her entire career, think of that, she wants to confiscate your guns. [Audience boos] Does anybody in the audience have a gun? Raise your hand. Would you mind if this lunatic knocked on your door? Hello, I'd like to take away your gun.

Donald Trump 00:05:07-00:05:37 (30 sec) MEDIUM (1.531)

Is that all right? Especially the women won't allow it. They're not going to allow it. That's unbelievable. What is that, about 100% of the audience? Let's go -- does anybody in the audience not have a gun? Wait, there's somebody. So, if you want to keep your gun, we don't have to go through the rest of it.

Donald Trump 00:05:37-00:06:05 (27 sec) NO SIGNAL (0.994)

You want to keep your gun, vote for Trump, OK? I promise. But, you know, she did something even worse than that. You know what it is? She was the leader of a thing called -- the movement, defund the police. How about that? [Audience boos] She was the leader of the movement to defund the police. Now think of it.

Donald Trump 00:06:05-00:06:25 (20 sec) NO SIGNAL (0.248)

Anybody that wants to defund the police, that's called -- she's down and dirty left, OK? That's down and dirty. If she's in there for a week at defund the police, we don't want her to be president. We don't want her for anything, frankly. But all of a sudden, all of a sudden, she says, "No. I never said it."

Donald Trump 00:06:25-00:06:46 (21 sec) NO SIGNAL (0.355)

You know, she actually goes around saying she never said it, but we've got like 10 years of tapes where she's saying it with the guns, with the fracking, with everything we mentioned. She had many years of tapes. But the public was not fooled. They saw right through it, Kamala's lies and unprecedented partisan interference of two low-life anchors.

Donald Trump 00:06:46-00:07:07 (21 sec) NO SIGNAL (0.765)

They're low lives for them to do what they did. And they wouldn't correct her on, like, Project '25. I don't know what the hell it is. I purposely have not read it. I could, but I don't want to because they never had my authorization. And for them to allow her to get away with -- me, everything I said, "Oh, well, we don't think it's true."

Donald Trump 00:07:07-00:07:31 (24 sec) NO SIGNAL (0.802) X

Like the crime statistics, the FBI didn't report the most crime-ridden cities. They didn't do it. They left out large numbers of areas where they had a lot of crime. So, the numbers came in. They weren't up too much. And if anybody in this audience doesn't think there's more crime now -- there's so much more crime now, but they gave false and fraudulent numbers.

Donald Trump 00:07:31-00:07:52 (21 sec) NO SIGNAL (0.568)

They did it with something else, 818,000 jobs. Think of it. They said they had 818,000 jobs that didn't exist. So, your jobs numbers look better, but now they had to do. What happened is they were taken away by a leaker. Usually, I don't like leakers, but I like this particular leaker, whoever it was.

Donald Trump 00:07:52-00:08:24 (32 sec) NO SIGNAL (0.875)

But when a prizefighter loses a fight, you've seen a lot of fights, right, the first words out of that fighter's mouth is "I want a rematch. I want a rematch." And that's what she said. "I want a rematch." Polls clearly show that I won the debate against Comrade Kamala Harris. And as you probably know -- because, you know, when you say Harris, does anybody know who Harris is? No.

Donald Trump 00:08:24-00:08:44 (19 sec) NO SIGNAL (0.042)

Kamala is a very different kind of a word, nice name, very nice name, but you know her as Kamala. You don't know her as Harris. When you say Harris, everyone says, "Who the hell is that?" Right? But she immediately called for a second debate, which means that she was like a prizefighter that lost a fight.

Donald Trump 00:08:44-00:09:07 (23 sec) NO SIGNAL (0.894)

We had two debates, though. I had a debate with Crooked Joe Biden, right, and I had another debate with her. She and Crooked Joe have destroyed our country with millions of criminals and mentally deranged people pouring into the USA, totally unchecked, unvetted, and with inflation bankrupting our middle class.

Donald Trump 00:09:07-00:09:28 (21 sec) NO SIGNAL (0.503)

It has gotten bad. Everyone knows this and all of the other problems caused by Kamala and Joe. It was discussed in great detail during the first debate with Joe and the second debate with Comrade Harris. She was a no-show at the Fox debate. You know, Fox invited her. She was a no-show. I sat with the great Sean Hannity.

Donald Trump 00:09:28-00:09:54 (26 sec) NO SIGNAL (0.053)

Does anybody know Sean Hannity? Good man. He's a good man. And I said, "Where is she?" She didn't show. So, we did a town hall, and he got great ratings on that town hall. I'll tell you right now. Got really great -- led all of television for the week. That's not bad, right? Simple town hall turned out to be -- it turned out to be a town hall from what it was supposed to be, but she didn't show up.

Donald Trump 00:09:54-00:10:17 (23 sec) NO SIGNAL (0.818)

And refused also to do NBC and CBS. She went over to ABC, which, in my opinion, has taken a big hit because these two people were bad news. They kept screaming at me. I said, "Why are you screaming?" I'm saying to myself -- I'm looking at him. I always liked him. I'm not going to watch him anymore. I'm not going to watch him because he's not legit, what he did.

Donald Trump 00:10:17-00:10:43 (26 sec) NO SIGNAL (0.267)

I'm not going to watch him. And his hair's not as good as it used to be, you know. Kamala should focus on what she should have done during the last almost four-year period. She kept complaining. "Well, you know, when I'm in, I'm going to do this, and I'm going to do that." And at the end of the debate, I said, "Why don't you just do it? You could leave right now. Why don't you do it?"

Donald Trump 00:10:43-00:11:08 (26 sec) NO SIGNAL (0.975)

[Applause] "I'm going to do this, and then I'm going to do that, and then I'm going to do this and that and that." Remember, at the convention, when she went out? They nominated her. Even though she got no votes, they nominated her. No. She came in last place in the primaries, right? And then she got -- and then she said, "Donald Trump is a threat to democracy."

Donald Trump 00:11:08-00:11:26 (18 sec) NO SIGNAL (0.649)

No, she's a threat to democracy. She is a threat to democracy. But do you remember when she went out and she said, "Thank you"? Do you remember that? It was the weirdest thing. Am I wrong? Because they were saying JD and I are weird. No, we're very solid people. She's weird, and that vice president of hers is really weird.

Donald Trump 00:11:26-00:12:01 (34 sec) NO SIGNAL (0.054)

He's really -- that was a sound bite. You know, they said, "Oh, he's weird." That was -- in other words, they gave it to their friends in the fake news, weird. It's something -- I've never called -- I've been called a lot of bad things but not weird. But, you know, she went out, and the people were applauding and stuff, and she goes, "Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you."

Donald Trump 00:12:01-00:12:24 (24 sec) NO SIGNAL (0.858)

I think she went nuts. There was something wrong with her. But I was very happy because I got the endorsement of the vice president's family, and I got the endorsement of the vice president's brother and even sent me a contribution. And I was very happy because Barack Hussein Obama, his brother, as you know, endorsed me.

Donald Trump 00:12:24-00:12:58 (34 sec) NO STRESSLENS

No, his brother endorsed me. That's not easy. Now, he -- so we have the endorsement of President Obama's brother. We have the endorsement of the brother of the future vice president. He better not win. If he ever won, this country will be in bad shape. It's already in bad shape, three and a half years of what they've done to this country, especially -- look, we're laughed at all over the world.

Donald Trump 00:12:58-00:13:18 (19 sec) NO SIGNAL (0.592)

We would have never had the Russia-Ukraine problem. We would have never had October 7th, Israel, the attack on Israel. None of these things -- and we wouldn't have had inflation. And we wouldn't have had that horrible -- the way we pulled out in Afghanistan was so horrible. None of those things would have happened.

X

Donald Trump 00:13:18-00:13:48 (30 sec)

STRONG (2.672)
1 of 158 paragraphs scored.

We would have had a much different country. And we wouldn't have 21 million people in our country right now that shouldn't be here. That, I can tell you. So, because we've done two debates and because they were successful, there will be no third debate. [Applause] It's too late anyway. The voting has already begun.

Donald Trump 00:13:48-00:14:14 (26 sec)

NO SIGNAL (0.493)

You got to go out and vote. We got to vote. We're going to -- this is going to be the most important vote in the history of our country. It'll be the most important. People said that I was angry at the debate, angry. I was angry. And yes, I am angry because he allowed 21 million illegal aliens invading our communities.

Donald Trump 00:14:14-00:14:53 (39 sec)

NO STRESSLENS

Many of them are criminals. Many are criminals. I'm angry. I'm angry. [Audience chants "USA"] They said, "He's an angry person." No, they're destroying our country. I don't like -- you know, she's smiling, all practice right? Did you see her? She's like this. We're talking about a border invasion, the likes of which no country has ever suffered.

Donald Trump 00:14:53-00:15:23 (30 sec)

NO SIGNAL (0.241)

And she's like this. But I am angry about Venezuelan gangs taking over Aurora, Colorado and illegal Haitians, and he came in, illegal Haitian migrants taking over a beautiful place. It was so beautiful, Springfield, Ohio. I was there. I campaigned there a while ago. Springfield, it was so beautiful. Now, it's just -- what a place.

Donald Trump 00:15:23-00:15:54 (31 sec)

NO SIGNAL (0.205)

Can you imagine? You have this small, little community. All of a sudden, you have 20,000 illegals in your community. Nobody knows where they come from. I'm angry about young American girls being raped and sodomized and murdered by savage criminal aliens. [Audience boos] I'm angry about rampant inflation destroying our middle class, and the American people are also very angry about that and every other thing that we've had to endure for three and a half years.

Donald Trump 00:15:54-00:16:24 (30 sec)

NO SIGNAL (0.345)

That's why 54 days from now, we are going to tell Harris that we've had enough. Our country can't take it anymore. We're going to go, "Comrade Kamala Harris, you've done a horrible job. You've been the worst vice president in the history of our country. You had no chance of getting this position. You shouldn't have had it. You got no votes."

Donald Trump 00:16:24-00:17:13 (49 sec)

NO STRESSLENS

Whether you like Biden or not, he got 14 million votes. She had none, not one. We're going to go, "Comrade, you're fired. Get out. Get out. Get out." [Applause] Thank you. Thank you, everybody. [Audience chants "Trump"] So, thank you. I was in "The Apprentice." A great show, though, wasn't it? Do you think if I didn't do "The Apprentice" -- because that's a big question, because a lot of people in Hollywood are blaming themselves for this.

Donald Trump 00:17:13-00:17:40 (27 sec)

NO SIGNAL (0.33)

X

They're saying, "If we didn't do 'The Apprentice,' he wouldn't be -- " But, you know, they all vote for me, you know that, because they want to pay low taxes. They talk about, "No, we don't like Trump," but when they go to vote, they go, "Anybody watching?" It's true. They want low taxes, no crime, great schools, strong military.

Donald Trump 00:17:40-00:18:15 (35 sec) NO SIGNAL (0.472)

They don't want a border invasion. They don't want people pouring across the border illegally from prisons and places. So, they go in. They say, "No, no, no. I'm not for Trump at all. I will never vote for him." Then they go in. It's true. And then they go out, and they do exit polls. And, you know, in 2016 and 2020, where I got many more millions more votes, by the way, I hate to say that, they say, "Oh, that's a conspiracy theorist."

Donald Trump 00:18:15-00:18:45 (30 sec) NO SIGNAL (0.229)

No. It's called I got more votes than any sitting president in the history of our country. And they said we lost. I was told if I got 63 million votes, which is what I got in 2016, you can't lose, just get 63 million. I got close to 12 million more votes than that, and we lost. But we didn't lose, and we're never going to let that happen again in this country.

Donald Trump 00:18:45-00:19:09 (24 sec) NO SIGNAL (0.341)

We're never going to let that happen. We can't let that happen again. They had exit polls, 2016, and they said, "Oh, he's getting killed in the exit polls." And I remember NBC and that stupid ABC that did this horrible debate. Those two people should be fired as an anchor. [Audience boos] A couple of more years, they'll be fired.

Donald Trump 00:19:09-00:19:37 (28 sec) NO STRESSLENS

And she was nasty. She looked at me with hatred in her eyes. And him, he's a nice guy. I mean, they were told to do it by George Slopadopoulos, who's in the group, right? George Slopadopoulos. But on the exit polls, so people are walking out, and they're saying, "You know, we'd like to know something, sir. Who did you vote for?"

Donald Trump 00:19:37-00:19:59 (22 sec) NO SIGNAL (0.409)

And they'd say Crooked Hillary or Trump, right? But so many of them, like almost 50%, said, "None of your business who we voted for." They have a tougher word, two words. Not like Biden, one word, and then he gives two. Two words. They begin with the letters F, U. That's what they say to the people, F U.

Donald Trump 00:19:59-00:20:26 (27 sec) WEAK (1.151)

I would never say them because we have a lot of young people here. My audience have gotten -- they've gotten younger and younger. Do you notice that? Younger and younger. Don't worry. I still like the old people the best. I don't care. I don't care. Let that cost me -- all these young people. Let that cost me the election.

Donald Trump 00:20:26-00:20:49 (23 sec) NO SIGNAL (0.058)

I still like the old people the best. Got to stay with the people that got you there, right? I love the old. What we're doing for the old people, you'll hear. So, that was the two words, but I don't want to use those words. So, they said, "None of your business," which is not really what they said. And they walked out, and everybody said, "Trump is finished. He's not getting the numbers."

Donald Trump 00:20:49-00:21:10 (21 sec) NO SIGNAL (0.038)

Because in the past, nobody said that. They'd say, I'm voting for this one or that one. There were no people that wouldn't say -- you know, they just say who they voted for. So, what they did -- thank you, darling. Thank you. So, what they did -- you know, she keeps saying, "I love you, I love you," right in the middle of my punchlines.

Donald Trump 00:21:10-00:21:31 (21 sec) WEAK (1.191)

So, they always say one or the other. And I had one analyst who was very smart, but I was called by Fox, this person on Fox. "Sir, I'm sorry, sir. It doesn't look good. It doesn't look good." And they say -- this is 4:00 in the afternoon. Because, you know, they've interviewed all these people. And another one would call me.

Donald Trump 00:21:31-00:21:50 (19 sec) NO SIGNAL (0.71)

They all said -- they were actually happy. Most of them were happy. Some were really sad, though. A lot of the people were really sad. So, it came out. "This is going to be a very short evening for Donald Trump." They were so happy. Martha Raddatz was actually crying at the end when I won. She was crying.

Donald Trump 00:21:50-00:22:20 (30 sec) NO SIGNAL (0.543)

You don't think she's biased, do you? Martha Raddatz also of ABC. ABC is the worst of the group, by the way. I have to tell you. They're all bad, but the worst is ABC. And they proved that with the stupid, the worst two anchors anybody's ever seen on this day. They were the worst. At least they shouldn't have been so obvious, right? So, anyway, I walked out, and the people walked in, and I was getting calls, you know, thousands of people all over the country.

Donald Trump 00:22:20-00:22:41 (22 sec) NO SIGNAL (0.863)

I'm sorry, sir. I'm sorry. I'm sorry. Then one guy calls me up, who's a political brilliant guy. And he said, "Sir -- " And, you know, I went -- actually, I went to see -- I don't think I've ever told this story. I went to see our great first lady, and I said, "Darling -- " You know, I got home from Michigan.

Donald Trump 00:22:41-00:23:10 (29 sec) NO SIGNAL (0.916)

I was in Michigan, last stop, and I got home from Michigan at, like, 4:00 in the morning. I had a rally. We had 42,000 people at 1:00. I did seven rallies. I started in Florida. I went from Florida, where it was 88, to Michigan, where it was 20 degrees below zero. I said, "If you don't catch a pneumonia in this business, you're never going to catch a pneumonia, right?" But I went to our great first lady, and I said, "Darling -- " And I felt OK.

Donald Trump 00:23:10-00:23:35 (25 sec) NO SIGNAL (0.093)

It was amazing because, you know, the athletes, they say I left it on the field. I left it all on the field. Well, I did because I did seven major rallies for two days, seven each. Who the hell can do that? People were saying nobody else could do it. You think Biden could do it? I don't think so. [Audience responds "No"]I don't think Biden would do seven.

Donald Trump 00:23:35-00:23:54 (19 sec) WEAK (1.018)

I don't know if he'd do one. He'd do one that would last for about three minutes. Now, we did major rallies. You know, we speak for an hour, hour and a half, sometimes go to the next day. We got all up and down. We went everywhere. But this one guy calls up. So, everyone had called me. I had a young gentleman in my family, came to see me.

Donald Trump 00:23:54-00:24:14 (20 sec) WEAK (1.109)

Sir, you haven't lost, but it's not looking good. This is at 5:00 in the afternoon on Election Day, right? And I said, "It's all right. Don't worry about it." So, I went to see my wife, and I said, "You know, I don't feel the way I thought I'd feel. I thought I'd be, like, devastated. But I left it all out, and if we don't make it -- but it looks not good."

Donald Trump 00:24:14-00:24:38 (24 sec) WEAK (1.221)

She said, "Does it look like you're not going to win?" I said, "It really looks that way, and we'll get by it. It's one of those things." But I was very disappointed. I just felt -- it wasn't like, "Gee, if only I worked a little bit harder," because humanly, you couldn't work harder. Then about 5:30, I get a call from a political -- very smart political guy, and he goes, "Sir, I'd like to congratulate you."

Donald Trump 00:24:38-00:25:08 (30 sec) NO SIGNAL (0.036)

I said, "On what?" He said, "You won this election." And I said, "What do you mean I won the election? I was told by every pundit that I lost the election." He said, "No, you won the election. I'm 95% sure because we've never seen so many people leaving an election that said, 'It's none of your business.'"

Donald Trump 00:25:08-00:25:48 (40 sec) NO STRESSLENS

Right? Meaning, you know what? It's none of your business. We've never seen that before, a massive number, like almost 50%. "Who did you vote for?" "None of your business." He said every single one of those people belong to you. They're our people, whether we like it or not. And he said, "You're going to win Florida. You're going to win Georgia. You're going to win all these states. I think you're going to win because, you know, normally, it would be, like, 5%, 10% might say it. You've got 50%. There's never been anything like that. And I believe all those votes are your votes."

Donald Trump 00:25:48-00:26:12 (25 sec) NO SIGNAL (0.252)

I said, "Well, all right, good." And then, all of a sudden, they came out, and the rest is history, right? The polls closed, and they started with Donald Trump. So, Florida closed at 8:00 or whatever, and within like seconds, seconds, it closed. "Florida polls have closed. Donald Trump has won the great state of Florida. Donald Trump has won the great state of Georgia."

Donald Trump 00:26:12-00:26:33 (20 sec) NO SIGNAL (0.028)

And it went all the way up the East Coast, all over the place, and we ended up winning. That was quite a day, wasn't it, though? [Audience responds affirmatively] And then we did much better the second time, much better, much, much better. But this is going to be the time because we've never had the enthusiasm that we have now.

Donald Trump 00:26:33-00:26:51 (19 sec) NO SIGNAL (0.476)

We've never had it because now you see how bad they're doing. You know, you see how bad -- before, you didn't, really. There was nothing to judge, right, because I was the president. We did great. We had a great economy. We got hit with COVID, which is China. And, you know, people didn't really think in terms of that.

Donald Trump 00:26:51-00:27:17 (26 sec) MEDIUM (1.72)

It was a terrible thing. But we got hit. The whole world got hit. $62 trillion and millions of deaths all over the world. The world got hit, everybody. Abe in Japan was devastated by it. So many people were devastated, good people, very good people, great people, actually. But what happened was amazing, and now they see how bad a job they've done.

Donald Trump 00:27:17-00:27:37 (19 sec) MEDIUM (1.849)

Think of it. The inflation, the economy is terrible. Everything is terrible. We're not respected in the world. A war that would have never happened with Russia and Ukraine started. A situation in Israel would have never ever happened, never ever happened, and that's a disaster. The whole Middle East is blowing up.

Donald Trump 00:27:37-00:28:04 (27 sec) NO SIGNAL (0.189)

Viktor Orban, the prime minister of Hungary, said, "You got to bring Trump back, or this whole world is going to blow up." So, we're going to do things. But I will tell you, '16 was great, '20 was better, and this one blows both of them away because we've never seen the enthusiasm like -- look at this crowd.

Donald Trump 00:28:04-00:28:28 (23 sec) NO SIGNAL (0.731)

We've never seen the enthusiasm that we have. So, I'm pleased to be joined this afternoon by the next senator from Arizona, and we're going to call her a different name. She may be angry. I haven't told her this, but she may be angry. She may never speak to me again, but I'm going to give her a different name because, you know, she's very strong on the border.

Donald Trump 00:28:28-00:28:47 (20 sec) NO SIGNAL (0.728)

She knows the problems that you're having in your state. Arizona's got tremendous problems with illegals coming in from all over the world and just pouring in and, by the way, taking Hispanic jobs, taking African American jobs, taking people that have been here a long time, citizens, taking the jobs.

Donald Trump 00:28:47-00:29:05 (18 sec) NO SIGNAL (0.993)

But she's been very strong on it, and I just realized because it's gotten so bad when you look at Springfield, Ohio, when you look at Aurora in Colorado, where the governor has no -- I feel so sorry for this guy. He has no idea what to do. He's a Democrat, so, you know, he has no idea what to do about it.

Donald Trump 00:29:05-00:29:22 (17 sec) NO SIGNAL (0.438)

He's devastated. He's afraid to do anything. But if you look, the Venezuelans have taken over. And they walk in with guns, the biggest guns that I've ever seen. They had guns that were supreme. They call them supreme guns, AK-47 supreme. They have stuff. I don't know where the hell they get this stuff.

X

Donald Trump 00:29:22-00:29:46 (23 sec) NO SIGNAL (0.976)

They come in. They've taken over buildings. They're in the real estate business. Let's put it that way. And that's just the beginning. It's going to get really bad, OK? And, you know, you have a sheriff with a deputy or something, and you got 30 guys

with AK-47s and all these horrible, I mean, big stuff, and they're taking over.

Donald Trump 00:29:46-00:30:11 (25 sec) NO SIGNAL (0.94)

And it's not -- let me tell you. We're not letting it happen. This woman is very strong. She's running against a weak person. She's running against a guy who voted 100% of the time -- when he was voting, he voted 100% of the time just about for Crooked Joe Biden. He's weakened the border. He wants to have open borders, and he's going to go back to that.

Donald Trump 00:30:11-00:30:31 (20 sec) WEAK (1.074)

I don't even know what he's saying now. It doesn't matter because when they're for open borders, they're never going to change. They're stupid people because it's going to ruin our country. But she's tough on the border. So, if you don't mind, I'm going to call her Border Kari Lake. From now on, it's Border Kari Lake. [Applause]

Donald Trump 00:30:31-00:31:10 (39 sec) NO STRESSLENS

[Audience chants "Kari"] She's a fantastic person. I've known her a long time. I was one of the early people that endorsed her, and I'll tell you, she is tough, tough, tough on the border. And, you know, that's taken over -- I think in 2016, I won maybe because of the border. I don't know, the economy, the border, whatever, but a lot of it was -- but the border -- and I fixed it.

Donald Trump 00:31:10-00:31:26 (16 sec) NO SIGNAL (0.762)

And in 2020, I couldn't talk about the border. My people would say, "Sir, you're wasting your time talking about the border." I say, "Well wait a minute. I fixed the border. I want to talk about it." Nobody wants to hear it. You know, once it's fixed, nobody wants -- I made that border so strong, and I couldn't talk about it.

Donald Trump 00:31:26-00:31:58 (32 sec) NO SIGNAL (0.039)

But let me give you the bad news. That border was one-hundredth of what it is now. That border was -- when I took over, it was bad, but it was just a fraction of what -- now, it's horrible and dangerous, and we're ruining our country. We're destroying -- so Kari told me that she's going to be focusing on the border, border, border, right? And she is -- you're going to get it fixed, right? You're going to get it fixed.

Donald Trump 00:31:58-00:32:19 (21 sec) NO SIGNAL (0.283)

And she's going to get it done. She's tough. She's tough on the border, though. It bothered her from -- from the first day you started having the problem, she would have done it as governor. And that race was a very sad race because she did great. But she would have done that as governor. But she'll do it even more so in a sense as senator, and she'll fix your border, and she'll be working with me on doing it. [Applause]

X

Donald Trump 00:32:19-00:32:51 (32 sec) WEAK (1.158)

Border Kari Lake, thank you. Thank you, Border Kari. I don't know. I'm giving her a tag. You know, when I give people tags, it stays, but that's a good one. She's going to be great. And she'll be great -- and the guy, honestly, he is nothing. This guy that's running, he's got nothing going, and he couldn't care less about the border.

Donald Trump 00:32:51-00:33:37 (45 sec) NO STRESSLENS

You need help. You can't let this happen. Also, a candidate who's a great person, who I endorsed, he just did a fantastic job of everything he's done. Now, he's running, as you know, for Congress. He's doing really well, won in the primaries, tough races, won in the primaries. He's something -- he's somebody that really seems to be able to get the job done, like very few people that we all know, but Abe Hamadeh is here someplace. [Applause]

Donald Trump 00:33:37-00:33:51 (15 sec) NO SIGNAL (0.909)

He's a tough cookie. He's a tough cookie. And I can really name him border also, but how many names can I use? But you're a big border guy. You want to see a strong border, and you'll win on the border. You will and Kari will win on the border. You don't have to talk about anything else because everything else, we'll fix.

Donald Trump 00:33:51-00:34:17 (26 sec) NO SIGNAL (0.627)

We'll take care of it. We'll bring your interest rates down. We'll do everything, but you'll win on the border. If you guys just focus on that, you don't have to talk about much else. There's a man that's going to help you a lot on the border, too. He's a fantastic friend of mine, Art Del Cueto, Border Patrol, the head of Border Patrol. [Applause]

Donald Trump 00:34:17-00:34:36 (19 sec) NO SIGNAL (0.51)

Where is Art? He's a good guy, too. He's been my friend along with a couple of our other friends for a long time. And, you know, they endorsed me years ago, and they've never taken it back. And I saw that Art and his people go on television. They say there's only one man going to be able to do this border, and I appreciate it, Art.

Donald Trump 00:34:36-00:34:58 (22 sec) WEAK (1.456)

We won't forget it, Art. Thank you, man. Thank you. Thank you, everybody else, too. I appreciate it. And Arizona Republican Party chairwoman, Gina Swoboda. [Applause] Gina, she is great. She is a winner. Thank you very much, Gina. And all the -- I'd like to thank all of the police I met backstage and Border Patrol people, ICE. [Applause]

Donald Trump 00:34:58-00:35:40 (41 sec) NO STRESSLENS

X

That's great to stand up for them. They go through a lot. That's great. Look at that. Look at that, Art. That's great, and they deserve it, too. You don't know how much respect we all have for you and the job you do, and it's dangerous work. And, you know, they want to really do the job. They're stopped from doing their job.

Donald Trump 00:35:40-00:36:06 (26 sec) WEAK (1.04)

They want to do their job. They want to work. It's more dangerous. It's harder, but they want to save our country. These people are incredible, I'll tell you. As the people of Arizona understand better than anyone else, under Kamala Harris, our country is under a thing called invasion. Did you ever hear the word invasion? Just like a military -- it's like a military invasion.

**Donald Trump** 00:36:06-00:36:34 (28 sec) WEAK (1.379)

We're being conquered, and we are being occupied by a foreign element. And, you know, if you think about it, China has a 5 million-man army, mostly man, in that case, I can tell you, but they have a 5 million-person army, and we have 21 million people coming this period of time, 21 million people over the period of the last few years.

**Donald Trump** 00:36:34-00:36:57 (23 sec) WEAK (1.136)

Think of it. They have a 5 million -- that's a big army, and we have 21 million people here. So, cut out half, that means you have 10 million people. And they have guns. You just see that if you look at Colorado, take a look at Aurora. They have guns that are the most sophisticated guns anywhere in the world, high-powered stuff.

**Donald Trump** 00:36:57-00:37:29 (32 sec) NO SIGNAL (0.637)

And, you know, you say to yourself -- so you cut the number in half, 10 million people, and cut that number in half, 5 million, that's the size of China and what they have as an army. It's pretty dangerous stuff. We got to get them the hell out of here. As discussed in the debate, not only is Comrade Kamala allowing illegal aliens to stampede across our border, but she is flying them here from other countries.

**Donald Trump** 00:37:29-00:37:46 (17 sec) NO SIGNAL (0.195)

Remember, she said, "No, no." [Audience boos] Remember when their polls were crashing a few months ago, she said, "Oh, oh, oh," and they issued some order, Art. I don't know what it was because it stopped it a little bit. It slowed it down a little bit. But it doesn't mean -- he knows. He's laughing.

**Donald Trump** 00:37:46-00:38:06 (20 sec) NO SIGNAL (0.455)

He knows. They'll slow down a little bit. Then they'll say, "Oh, look at the numbers." But they have a problem. They didn't include the airplane numbers. They fly them in by the tens of thousands. Think of it. They're trying to say they're into the border, and yet they have airplanes, beautiful airplanes going and picking them up and dropping them into the middle of our country.

**Donald Trump** 00:38:06-00:38:25 (19 sec) NO SIGNAL (0.166)

I would say that the states -- it means we really have 50 border states. No, they're dropping them into the middle of our country, all over the place. They fly them in. Think of that. They fly them in by jets. They're taking -- they're flying in all the time. And Art, they don't count those numbers, do they? They don't talk about them, you know, when they fly in.

**Donald Trump** 00:38:25-00:38:44 (19 sec) WEAK (1.036)

And then they have a special app, right? They have an app where the cartels are allowed to use the app to get their people in. Do you believe this? It's an app for cartels, so the illegal cartels that are among the richest people in the world, by the way -- you know, we think we have a lot of wealth.

X

**Donald Trump** 00:38:44-00:39:03 (19 sec) NO STRESSLENS

Well, take that 400, The Forbes 400 or whatever it is -- Forbes isn't doing so well anymore. But take whatever the hell 400 they have, these guys would qualify. In many cases, they'd be a hell of a lot richer. The cartels are using this app, think of it, to bring thousands and thousands of people here illegally.

Donald Trump 00:39:03-00:39:26 (23 sec) WEAK (1.015)

Over the past three and a half years, Harris-Biden administration has resettled a half a million illegal immigrants from the failed state of Haiti, which is a totally failed country, very sad situation, into American communities, including over 200,000 who Kamala has illegally flown into the United States by airplane.

Donald Trump 00:39:26-00:39:49 (23 sec) NO SIGNAL (0.637)

Think of that. And they're coming out of Haiti, and they're coming out of other failed countries at levels that nobody has ever seen before. In addition to Aurora, Colorado, there's a place called Springfield, Ohio that you've been reading about. Twenty thousand illegal Haitian immigrants have descended upon the town of 58,000 people, destroying their entire way of life.

Donald Trump 00:39:49-00:40:10 (21 sec) NO SIGNAL (0.798)

This was a beautiful community, and now it's horrible what's happened. Enrollment on the state's Medicaid and food assistance programs have soared. Motor vehicle accidents have skyrocketed, and recording of 911 calls even show residents are reporting that the migrants are walking off with the town's geese.

Donald Trump 00:40:10-00:40:35 (25 sec) NO SIGNAL (0.523)

They're taking the geese, you know, where the geese are, in the park, in the lake, and even walking off with their pets. "My dog's been taken. My dog's been stolen." This can only happen -- these people are the worst. This is -- I'm telling you, Biden and Kamala, this is the worst combination in the history of our country.

Donald Trump 00:40:35-00:41:08 (33 sec) NO SIGNAL (0.241)

The only one happy is Jimmy Carter because he's no longer referred to as the worst president in history, not even close. Likewise, the small 4,000-person town of Charleroi, Pennsylvania -- have you hear of it? Charleroi, what a beautiful name, but it's not so beautiful now, has experienced a 2,000% increase in the population of Haitian migrants under Kamala Harris.

Donald Trump 00:41:08-00:41:32 (24 sec) NO SIGNAL (0.715)

So, Pennsylvania, remember this one. You have to go to vote, OK? Just remember this, 2,000% increase. This is a small town. All of a sudden, they got thousands of people. The schools are scrambling to hire translators for the influx of students who don't speak, not a word of, English, costing local taxpayers hundreds of thousands of dollars, and the town is virtually bankrupt.

Donald Trump 00:41:32-00:42:01 (28 sec) NO SIGNAL (0.916)

X

This flood of illegal aliens is also bringing massive crime to the town and every place near it. Earlier this year, in Massachusetts, one of the Haitian illegals who Kamala flew into America was charged with raping a 15-year-old girl and badly, badly hurting that girl. Also in Massachusetts, a Haitian migrant was charged with raping a pregnant woman and beating her very badly.

Donald Trump 00:42:01-00:42:27 (27 sec) MEDIUM (1.573)

Yet another Haitian migrant who she imported was arrested for molesting a 10-year-old child who lived right next door. The child next door was badly, badly hurt. In New York this year, an illegal brought in through Kamala's migrant phone app was charged with savagely murdering his two roommates. He had two roommates, set up by the people that set that up in this country.

Donald Trump 00:42:27-00:42:52 (24 sec) NO SIGNAL (0.69)

Welcome. They go, "Welcome. What would you like?" "Oh, I'd like to have a nice room." "OK. We'll give you two roommates." Viciously stabbing them to death. But these are just a few of the many, many stories. There are hundreds and hundreds, there are thousands of stories. They're coming in from all over the world from prisons and jails, from mental institutions, and insane asylums, and many tourists at numbers that we have never seen before.

Donald Trump 00:42:52-00:43:27 (36 sec) NO SIGNAL (0.889)

You've never seen these numbers before, Art. You never saw these numbers before, have you? You've never seen anything like this. This is unique. At least with you, it's unique. We cannot let this happen to our country. It will not end well unless Donald J. Trump is elected the 47th president of the United States. [Applause]

Donald Trump 00:43:27-00:43:48 (21 sec) NO SIGNAL (0.251)

[Audience chants "Trump"] Thank you. We'll get them out. We'll get it ready. We'll bring back our country in many ways. That's one way. But to me, that's like one of the most important ways. Well, we'll also stop World War III. That's an important one. There has never been an invasion like this in any country.

Donald Trump 00:43:48-00:44:16 (27 sec) NO SIGNAL (0.229)

There's never been an invasion like this. There's never been a border like this. No matter where you go in the world throughout history, there's never been a border like this. And the fake news media will correct me if that's the case. I'll tell you what, there's never been anything like what's happening to our country in history because no leader of a country is as stupid as the two people that are leading our country.

Donald Trump 00:44:16-00:44:56 (41 sec) WEAK (1.076)

In fact, our leadership, if you think about it, is nonexistent. I mean, where's Biden? Do you think he -- do you think he lies awake at night, turning and tossing on finding a way to stop the horrible war between Russia and Ukraine? I don't think so. He hasn't spoken to Putin in years. I will get that war settled as president-elect.

Donald Trump 00:44:56-00:45:16 (20 sec) NO SIGNAL (0.01)

And I'm telling you, this is true, Kamala, a committed Marxist, you know her father is a Marxist professor, will be far worse than Crooked Joe Biden. She's going to be worse because he doesn't really believe it. She does. She does believe it. And she'll go back to no fracking and all the other things we talked about.

Donald Trump 00:45:16-00:46:00 (43 sec) NO STRESSLENS

She'll go back to them on day one. But on day one of my administration, I will stop this invasion. I will seal the border. I will end the Harris migrant flights. And I will begin the largest deportation operation in the history of our country. [Applause] We have no choice. [Audience chants "USA"] Thank you.

Donald Trump 00:46:00-00:46:20 (20 sec) NO SIGNAL (0.75)

Thank you. We will not allow our country to be destroyed. They are destroying our country. We will get the criminals out, and we will not let them back into our country. We're not going to let them back in. They're staying out. You know, the other countries are doing this. You know that. And this is all over the world.

Donald Trump 00:46:20-00:46:45 (25 sec) WEAK (1.051)

This isn't just South America. This isn't Honduras alone and Guatemala, El Salvador, Mexico. This is all over the world. The Congo in Africa, it comes. A lot of people coming from the Congo. Africa, they're coming, Asia, the Middle East, and South America. But they're coming from all over the world, and they're coming from prisons, and they're coming from jails.

Donald Trump 00:46:45-00:47:04 (19 sec) NO SIGNAL (0.619)

We're not going to let this happen to our country. Another terrible effect of the Harris migrant invasion -- and she's the one that wanted it more than Biden. Biden didn't know what the hell was happening. He said, "Oh, that sounds like a nice idea." Is that it is driving housing costs through the roof.

Donald Trump 00:47:04-00:47:24 (20 sec) WEAK (1.109)

You know that, right? You're affected by that. Fewer than 5 million new houses were built in the last three years, yet Kamala Harris has imported 21 million illegal aliens who are now disproportionately occupying lower-income rental properties. So, think of it. We built 5,000 units -- 5 million units.

Donald Trump 00:47:24-00:47:41 (17 sec) WEAK (1.25)

We built -- think of this. They started in a little community where they did 5,000. That was quite nice. Then they go to 5 million units. But we have 21 million people came in. None of them are going to be paying a lot of rent, I can tell you that, because a lot of those people are people that shouldn't be here.

Donald Trump 00:47:41-00:48:06 (24 sec) NO SIGNAL (0.565) X

Some should, but a lot of them are people that shouldn't be here. As just one example, a vivid one, look at the explosion in rent in Springfield, Ohio, where Kamala has resettled the 20,000 Haitians. There's a chart up here someplace. I don't like that as much as the chart that I had in Butler, PA. [Applause] That was my favorite chart. [Audience chants "Trump"]

Donald Trump 00:48:06-00:48:52 (46 sec) NO STRESSLENS

Now, that was my favorite chart. We still have that. That was a great, beautiful chart, the red, the yellow, right, and the blue. That was my all-time -- that is going to be my all-time favorite chart. I don't care what chart I look at over the years. I will sleep with that chart every single night. But look at the numbers and look at the way those lines are.

Donald Trump 00:48:52-00:49:15 (23 sec) NO SIGNAL (0.441)

They're totally out of control. When I return to the White House, we will require that all companies receiving federal housing subsidies to verify citizenship. We're going to verify citizenship. We're going to make sure that it's a legal residency. And as a condition of their rental agreements, they're going to have to do all of it.

Donald Trump 00:49:15-00:49:45 (30 sec) NO SIGNAL (0.667)

Taxpayers will not subsidize apartment rentals for illegal aliens, and we will not permit illegals to drive up the cost for Americans in need. In addition, I will ban all mortgages for illegal aliens. You can't have it. Now, in California, under Gavin Newsom, you know, they want to give illegals mortgages.

Donald Trump 00:49:45-00:50:20 (35 sec) NO SIGNAL (0.254)

They want all illegals -- how about all illegals get a mortgage? You don't get any mortgage. They do. This is the first part of my plan to restore housing affordability in America. Kamala Harris is killing the American Dream, but with your vote this November, going to be the most important election ever in the history of our country, we are going to bring back the American Dream, bigger, better, and stronger than ever before.

Donald Trump 00:50:20-00:50:43 (23 sec) NO SIGNAL (0.471)

We're going to bring it back. Under my leadership, we had the greatest economy in the history of the world. Before the pandemic, we raised real median household income by $7,684, a record per family. We achieved the lowest Hispanic American unemployment rate and the lowest Hispanic American poverty rate in the history of our country.

Donald Trump 00:50:43-00:51:10 (27 sec) NO SIGNAL (0.484)

And Hispanic American household wealth and homeownership reached the highest level ever recorded. Thank you very much. I like you. But now, Arizonans are experiencing an affordability crisis, and this is a crisis of historic proportions. Do you agree? You know that. You know what's going on in this area, in particular.

Donald Trump 00:51:10-00:51:32 (22 sec) WEAK (1.089)

Today, not a single major city in Arizona is considered affordable, not one. When I was president, nearly two-thirds of the homes in Phoenix were considered affordable for families making the median income. Think of it, two-thirds, and now it's none. Today, the number of homes that are affordable for those middle-class families is down to a number that you don't even want to hear.

Donald Trump 00:51:32-00:52:01 (29 sec) NO SIGNAL (0.706)

It's almost like nothing. Here are the other pillars of my plan to end this nightmare and help millions of Arizona families afford the house of your dreams. We will rapidly reduce inflation by slashing energy costs. We're going to slash energy costs, taxes, and we are going to slash regulations. By quickly defeating inflation, we will, in turn, bring interest rates down very fast.

Donald Trump 00:52:01-00:52:22 (21 sec) NO SIGNAL (0.103)

When I was president, interest rates were hovering around 2%. You got a mortgage -- oh, look at that guy, the big guy. Stand up. Look at the shoulders on him. You got a mortgage at around 2%. That's right, you. How many people have a -- who else looks like that? Nobody's going to mess with him, right? Nobody's going to mess with that guy.

Donald Trump 00:52:22-00:52:48 (26 sec) NO SIGNAL (0.04)

But he was happy when I said the -- you got a good mortgage. I can see a lot of other people did. Today, the mortgage rates are at 10%, 11%, 12%. You can't get the money. We're going to bring it down very fast. We're going to bring energy down. We will drive down the rates, so you will be able to pay 2% again, and we will be able to finance or refinance your homes drastically at much lower costs.

Donald Trump 00:52:48-00:53:14 (25 sec) NO SIGNAL (0.267)

You do a refinancing or a financing if you're looking. This step alone will save Arizona families between $800 and $1,000 per month on their mortgage for a typical home. Under Comrade Kamala Harris, your electricity bills here in Arizona rose an estimated almost 100%. [Audience boos] It's the largest increase anywhere in the country.

Donald Trump 00:53:14-00:53:46 (33 sec) NO SIGNAL (0.277)

Did you know that? Congratulations, you're No. 1 in the -- oh, that's right. That's not good. No, congratulations. You're No. 1 in the country for the increase in your electric bills. What the hell is going on? [Audience boos] As president, I will end the Harris-Biden war on American energy on day one, and under my plan, it is my goal to cut your energy costs by 50% in the first year, 50%. [Applause]

Donald Trump 00:53:46-00:54:08 (22 sec) NO SIGNAL (0.239)

Remember, we have more liquid gold under our feet than any other nation in the world, more than Saudi Arabia, more than Russia. We will slash the cost of heating, air-conditioning, gasoline, electricity, and by bringing down the price of energy, we will defeat inflation and reduce the prices, which are through the roof right now.

Donald Trump 00:54:08-00:54:37 (28 sec) NO SIGNAL (0.022)

People can't afford cereal. You got to see it. It's so sad when you see people being interviewed, and they buy three apples, and they walk away from the cashier, and they bring an apple back because they can't afford it. And it happens all the time. Upon taking office, I will also sign an executive order directing the immediate termination of every single unnecessary rule that is impeding housing construction and driving up the cost of housing.

Donald Trump 00:54:37-00:54:59 (22 sec) WEAK (1.121)

Government regulations are responsible for more than 25% of the cost of a new single-family home and 40% of the cost of multifamily homes. Think of it, regulations costing 40% of the cost, and it takes you years to get it done. We're going to end all of that. I have been a builder my entire life. I understand the problem, and I will fix it.

X

Donald Trump 00:54:59-00:55:24 (25 sec) NO SIGNAL (0.246)

I know how to fix it. Nobody else is going to figure it out. My objective will be to cut the cost of building a new home by 30% to 50%, and much of it is regulation. And in addition, we will open -- and this is your great people in this state that are asking me

so many times. So many people are asking me to do this.

Donald Trump 00:55:24-00:55:54 (30 sec) NO STRESSLENS

We will open up new tracts of federal land for large-scale housing construction so that we can get housing on the market. About 18% of all land in Arizona is owned by the Bureau of Land Mismanagement. It's actually management, mismanagement. I have to be careful because, you know, with the fake news media, I can go a whole speech, stand up here largely without a teleprompter.

Donald Trump 00:55:54-00:56:24 (30 sec) NO SIGNAL (0.923)

I don't read them most of the time because you'd find it very boring when you read teleprompters. Run Spot Run. Remember I said that? But I could go a whole day. I could go stand up here and talk to you for two hours. If I mispronounce one word, like I called mismanagement, I said the Bureau of Mismanagement, well, I was kidding, they won't say that.

Donald Trump 00:56:24-00:56:53 (29 sec) NO SIGNAL (0.869)

They'll say, "He's cognitively impaired." No, it's true. Watch. That'll be all over television. Sarcasm for me is the worst thing possible because when I'm being sarcastic or say something kiddingly -- like even the other night, I was talking about how much we won by a certain election a few years ago, and I jokingly said, "They won by just a little smidgen."

Donald Trump 00:56:53-00:57:18 (25 sec) NO SIGNAL (0.232)

Is it true that you think the election was close because you said just -- I said, "Yeah, I was being sarcastic." It's not good when I imitate Joe Biden not being able to find his way off the stage, which happens all the time. No, it happens all the time. I get decimated by the fake news media, and sometimes, they say, "Look, he can't find his way off the stage either."

Donald Trump 00:57:18-00:57:36 (18 sec) NO SIGNAL (0.725)

You have these stages. They have like four or five stairs, usually. One, two, three, four, five, six, seven. Well, is this a government-owned building? They have more. They have usually more stairs. But when I do an imitation of that, they will sometimes say -- because I called up our great first lady.

Donald Trump 00:57:36-00:57:53 (17 sec) WEAK (1.291)

I said, "How great was my speech tonight?" Because they're always on television. You know why? Because they get good ratings. I said, "How great was my speech tonight? Did you see the size of that crowd?" Oh, and by the way, her crowds are zero. Her crowds, she's got no crowds. They bus the people in.

X

Donald Trump 00:57:53-00:58:19 (25 sec) NO STRESSLENS

They pay buses to bring people. Nobody here rode in on a bus, I guarantee you that, unless you own it. I said, "Did you see how great my speech was tonight, darling, how great?" She said, "Well, it was good." I said, "What do you think?" "Well, I didn't like

your hair." I said, "What else? But the people were going crazy. They loved it."

Donald Trump 00:58:19-00:58:35 (17 sec) NO SIGNAL (0.59)

Well, yeah, they might have, but you looked really bad. You couldn't find the stairs off the stage. I said, "I was imitating that guy." But this is the fake news media, just like these two fakers that were up this weekend. I think they really hurt their career. I really believe that. I think they hurt -- I hope they did.

Donald Trump 00:58:35-00:58:56 (21 sec) NO SIGNAL (0.47)

Finally, I will save America's suburbs by protecting single-family zoning. The radical left wants to abolish the suburbs by forcing apartment complexes and low-income housing into the suburbs, right next to your beautiful house. You have a beautiful house, and they want a nice low-income building to be right next to you.

Donald Trump 00:58:56-00:59:19 (23 sec) NO SIGNAL (0.979)

I will end this Marxist crusade. I did it, you know. I did it five, six years ago. I did it. The suburbs were safe. That's why when they say suburban women maybe don't like Trump, I think they're wrong. I think they love me. I do. I never had problems with women. I never had any problems, but they say suburban women.

Donald Trump 00:59:19-00:59:38 (19 sec) NO SIGNAL (0.945)

So, they live in the suburbs, and I'm the one that says you can't build a low-income apartment house where people want to do harm when they move in right next to your beautiful little house, right? And then I hear the women don't like me. The women want strong borders. They don't want to be hurt, molested, killed.

Donald Trump 00:59:38-00:59:57 (19 sec) NO SIGNAL (0.034)

They want their family to be safe. They want a strong military, so we're not going to be attacked by anybody. Peace through strength. So, why wouldn't they like me? Those are the things that I stand for. They want good education. And I'm for choice. They also want choice. Choice is a big thing in education.

Donald Trump 00:59:57-01:00:28 (31 sec) NO SIGNAL (0.33)

To get even more relief to American workers, I will massively cut taxes for working families, and we will have no taxes on tips, no taxes on Social Security benefits. [Applause] No taxes on tips. Remember, a few months ago, I announced there will be no taxes on tips. A couple of weeks later, she goes, "I'd like to announce that there will be no taxes on tips."

X

Donald Trump 01:00:28-01:00:53 (25 sec) NO SIGNAL (0.773)

Well, why didn't they do this before? In the meantime, they are putting in legislation to make it impossible for these people to avoid paying taxes on their tips. So, I don't know what they're going to do, but I think it was a little bit of a copycat, you know, a little bit of a copycat. And also, very importantly, no taxes on Social Security benefits for our seniors.

Donald Trump 01:00:53-01:01:22 (29 sec) NO SIGNAL (0.105)

That's a big deal. I don't know, maybe that's even a bigger deal. But I have a big one coming up, so you have the privilege of being the first to hear this because I'm also announcing -- and you remember that, seniors, when you go to vote, you go to vote because, you know what, you've been eaten alive by the stupid inflation caused by energy and caused by their overspending foolishly, their stupid spending.

Donald Trump 01:01:22-01:01:42 (21 sec) NO SIGNAL (0.248)

The Inflation Reduction Act, they call it. And then they said, "Well, it was a lie." It was really part of the Green New Scam, OK? Remember that? They said it was a lie. It was a massive spending, trillions of dollars, and it caused inflation. But it also was helped, inflation, by their stupid energy policy.

Donald Trump 01:01:42-01:02:04 (22 sec) NO STRESSLENS

And just so you know, they're doing about what I was doing, but that was four years ago, five years ago. I would have had it quadrupled by now. They're doing the same thing as I was doing many years ago, but they had to. They were cutting it like crazy. They lost ANWR, the biggest site in the world that I got, Ronald Reagan couldn't get, nobody in Alaska.

Donald Trump 01:02:04-01:02:24 (20 sec) NO SIGNAL (0.541)

And they went out, and they -- it was terrible. Remember the first part where it was $5, $6, it was going through the roof? And he said, "Bring back the Trump plan. What did they do?" So, they got those rigs going again, and we had sort of similar numbers, but mine would have been four times, maybe five times higher by now.

Donald Trump 01:02:24-01:02:41 (17 sec) NO SIGNAL (0.986)

And what they have is they're just steaming along. And let me tell you, if they won the election, right after the election, they're ending all fossil fuel. You're not going to have any, and you're going to find out what bad living is. Today, I'm also announcing that as part of our additional tax cuts, we will end all taxes on overtime.

Donald Trump 01:02:41-01:03:18 (37 sec) NO SIGNAL (0.572)

You know what that means? [Applause] Think of that. Think of that. Think of that. That gives people more of an incentive to work. It gives the companies a lot -- it's a lot easier to get the people. And, you know, I went to some economists, great ones, and I said, "What do you think?" They said, "It would be unbelievable. You'll get a whole new workforce by doing that."

Donald Trump 01:03:18-01:03:43 (24 sec) NO SIGNAL (0.045)

No taxes on overtime. The people who work overtime are among the hardest-working citizens in our country, and for too long, no one in Washington has been looking out for them. Those are the people. They really work. They're police officers, nurses, factory workers, construction workers, truck drivers, and machine operators.

Donald Trump 01:03:43-01:04:04 (22 sec) NO SIGNAL (0.061)

It's time for the working man and woman to finally catch a break, and that's what we're doing because this is a good one, and I think it's going to be great for the country. So, that's why we will be saying that if you're an overtime worker, when you're past 40 hours a week, think of that, your overtime hours will be tax-free.

X

Donald Trump 01:04:04-01:04:30 (25 sec) NO SIGNAL (0.933)

OK? Good? You're going to have it, too. And unlike Biden where he tells you that you don't have to pay your school tuition, and he gets rejected, then he goes again and again. Now, it's totally gone, or as they say in politics, it's debunked. It's gone. That

was terrible. You know, he kept saying to these students, "No more loans, no more loans," which was very unfair to the millions of people that actually paid off their loans over the years.

Donald Trump 01:04:30-01:04:47 (17 sec) NO SIGNAL (0.296)

Some of them took 20 years to pay them off. But that's a dead deal. That's totally dead. You know, they tried to revive it two weeks ago. That didn't work out too well. That's a totally dead deal. But these will be three things that will get done. So, if you think about it, no tax on tips. Think of that.

Donald Trump 01:04:47-01:05:10 (23 sec) NO SIGNAL (0.108)

Think about this and the Social Security for our seniors because the seniors have been destroyed by inflation. It's unfair. And this is like a whole new life for them because you're talking about a lot of money. So, no tax on Social Security for our great seniors. And this last one is no tax -- you work your ass off, no tax on overtime, and that's so good for the employers.

Donald Trump 01:05:10-01:05:35 (25 sec) NO SIGNAL (0.454)

One of our economists said, "I think that's actually going to bring money into our economy." You know, when I cut taxes -- we had the largest tax cut in history, and when I cut taxes with a much lower rate, the following year, we took in more money than we ever took in with a much higher rate. The jobs, people worked by a lot.

Donald Trump 01:05:35-01:06:03 (28 sec) NO SIGNAL (0.069)

But this is how we will end the era of inflation, mayhem, and misery under the Kamala and Crooked Joe regime and unleash safety, prosperity, and peace for Americans of every race, religion, color, and creed. Together, we will deliver low taxes, low regulations, low energy costs, low interest rates, and low inflation so that everyone can afford groceries, a car, and a beautiful home.

Donald Trump 01:06:03-01:06:25 (22 sec) WEAK (1.33)

We will stop the invasion and end migrant crime, support our police, strengthen our military, build a missile defense shield over our country. Much of it will be made right here. Ronald Reagan wanted to do it many years ago. But we didn't -- honestly, we were lucky we didn't because we didn't have the technology.

Donald Trump 01:06:25-01:07:03 (38 sec) MEDIUM (1.796)

Now, we do. You see in Israel how it works, and we're going to have the biggest and the best. We make it. We're going to all make it, and a lot of it's going to be made in a place called Arizona. Is that OK? [Audience responds affirmatively] We will keep critical race theory and transgender insanity out of our schools. [Applause]

X

Donald Trump 01:07:03-01:07:23 (20 sec) NO SIGNAL (0.644)

It's amazing. It's insane. You know, that always gets like the biggest applause. It's like a poll. You're like a pollster. You're like a free poll, I must say. No, but you are. It always gets the biggest because -- can you imagine? Your child goes to school, and they don't even call you. And they change the sex of your child, think of it. [Audience boos]

Donald Trump 01:07:23-01:07:59 (36 sec) WEAK (1.025)

And you know who the leader of that whole thing was? Kamala, Kamala. [Audience boos] And another one that gets a big hand, and it's crazy, we will keep men out of women's sports. How simple? How simple? How simple is that? Did you see the Olympics recently? It's pretty good, but they had the prizefighters, the fighters.

Donald Trump 01:07:59-01:08:19 (20 sec) NO SIGNAL (0.11)

And they had the women's fight. They now have women's boxing. That's a big step, but they have women's boxing, and you had this beautiful young woman from Italy, and she was fighting against a man who transitioned. And there were two of them that transitioned. There were two of them that transitioned.

Donald Trump 01:08:19-01:08:37 (18 sec) WEAK (1.07)

By the way, shockingly, both happened to win a gold medal, OK? [Audience boos] The two transition men won, but the woman from Italy, she's up, and she's a good fighter. And she's up, and she wants to win, and she's going to show that we can take this man or the woman, this transitioned person, they say.

Donald Trump 01:08:37-01:09:03 (26 sec) NO SIGNAL (0.227)

I said, "What do I say?" They said, "Transitioned person." And I said, "Fine, I'm going to say that." But she's going to show them, and he goes -- for those that don't, like, know much about it, the left is just sort of a little defensive. Boom. She didn't know what happened. She pulls away. They thought, "What happened? She's not -- " Then she gives it another try, and he goes, boom, with the left, not the right.

Donald Trump 01:09:03-01:09:27 (23 sec) NO SIGNAL (0.86)

This is the one that really hurts, right? Boom. And she goes, "I've never been -- " And she quits. She walked off. That was the end. She didn't even go to -- she just walked off. She said, "I've never been hit like that." Then the other fighter, the same thing. So, you had two transitioned people fighting.

Donald Trump 01:09:27-01:09:49 (22 sec) WEAK (1.105)

They both easily won gold medals. The greatest is the weightlifting, though. A record that stands for 18 years, and they put an eighth of an ounce here and an eighth of an ounce here on the big barbell. And they got women that are so strong, and this one was going to break the record. And she went up with that thing.

Donald Trump 01:09:49-01:10:14 (25 sec) NO SIGNAL (0.24)

She got it. And her parents are right there, and they're going, "Come on, darling." My wife hates when I do this. She says it's so unpresidential. She's got a great style. No, she goes, "Do you have to do that thing with the weightlifting?" But people like it, right? Should I do it or not? [Audience responds affirmatively] I tell her that.

**Donald Trump** 01:10:14-01:10:38 (24 sec) NO SIGNAL (0.254)

I tell her that. I said, "People love it." But she gets it up here. The parents are right where you're sitting, these beautiful women up here. The parents, mom, dad, they're so proud. She gets it. "Come on baby, you can do it." You saw it. Well, can't do it. She couldn't get it up. Then a guy comes up.

**Donald Trump** 01:10:38-01:11:09 (30 sec) NO SIGNAL (0.386)

They asked him out stage, "Have you lifted before?" "Not much, no, just sort of started." And he said, "Well, good luck, sir -- I mean, ma'am." And he goes up, looks down. Give him a gold. How crazy is it? Or the swimmers, how about the swimmers? You have the greatest swimmers in the world. They want to win.

**Donald Trump** 01:11:09-01:11:31 (22 sec) NO SIGNAL (0.963)

They want to compete. And this one young lady, all-American swimmer, they're all sort of all-Americans or close, and she looks left, and she sees young ladies that she's been growing up with because, you know, they meet at the top of the peak, right? They're top of the peak, the best. She looks left, and she sees five young ladies that she's grown up with in California and other places.

**Donald Trump** 01:11:31-01:11:52 (21 sec) NO SIGNAL (0.011)

She looks to the right. She sees four and this person next to her who's gigantic, looks like Wilt the Stilt Chamberlain on steroids, and she looks up. She's never seen anything like this, but she's OK because she's like top, and she's going to break that record. She's going to break the Olympic record.

**Donald Trump** 01:11:52-01:12:17 (25 sec) NO SIGNAL (0.912)

This guy had a reach that nobody has ever seen before. So, he gets in, and he jumps in. They jump in. They jump in that pool, and she's swimming like crazy. And as you know, you probably heard, they had to take her out. She was seriously injured. You know what injured her? Windburn. He went by her so fast that she suffered massive windburn, very serious problem.

**Donald Trump** 01:12:17-01:12:43 (26 sec) WEAK (1.093)

He won by a lot. In fact, he was having lunch while the other young ladies were coming. He was enjoying a nice lunch as the rest of them were swimming in. How demeaning to women, right? Demeaning, how ridiculous, how demeaning to women. Like they have wrestling. Stand up again. Will you stand up? Right there, you with the Trump.

X

**Donald Trump** 01:12:43-01:13:09 (26 sec) NO SIGNAL (0.16)

How the hell can a woman -- is there any woman in this audience that wants to take this guy on? All right. No, I love that guy. He wears it. Anybody who wears a Trump shirt, I like that guy. He looks OK to me. We will defend the Second Amendment, restore free speech, and we will secure our elections.

**Donald Trump** 01:13:09-01:13:33 (23 sec) NO SIGNAL (0.151)

Everyone will prosper. Every family will thrive. And every day will be filled with joy and opportunity and hope. But for that to happen, we must defeat Comrade Kamala Harris. I use that term because you know what that term means, right? Communist. She's a Marxist, communist, fascist, socialist. She's not actually a socialist.

**Donald Trump** 01:13:33-01:14:00 (28 sec) NO SIGNAL (0.15)

She's gone past that. Remember, I used to say America will never be a socialist country. Actually, they skipped past socialism. They started at communism. We must stop her country-destroying, liberal agenda once and for all. So, get everyone you know. You got to go vote. You got to get people to vote because we want to get a landslide that's too big to rig.

**Donald Trump** 01:14:00-01:14:28 (28 sec) NO SIGNAL (0.438)

You know, if we have the big votes, they can't rig it. They try. They're the most dishonest people. We want to go too big to rig. [Applause] On November 5th, we will save our economy. We will rescue our middle class. We will reclaim our sovereignty and restore our borders. And we will always put America first.

**Donald Trump** 01:14:28-01:14:40 (12 sec) NO SIGNAL (0.936)

We will take back our country. Arizona, thank you very much, and God bless you all. Thank you. Thank you very much.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About Contact Us Advertise
Events Privacy RC Jobs
Newsletters The Staff Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

X

# WILKINSON EXHIBIT 10

TRUTH

← Truth Details
2038 replies

**Donald J. Trump**
@realDonaldTrump

People are saying that Comrade Kamala Harris had the questions from Fake News ABC. I would say it is very likely. The two so-called "Anchors" were a disgrace to Modern Day Journalism. David Muir should be ashamed of himself, as should Linsey Davis, who I never heard of, but both were nasty and rude when they were making statements that they knew were false. As an example, the FBI said they didn't give all the information when coming up with Crime stats, making me RIGHT. Despite having to debate three people, Polls firmly state that I won, and EASILY. I felt that also, but no Politician should ever do a Debate with ABC News. They have proven NOT WORTHY, and hopefully an investigation will be done as to whether or not they gave the Debate questions to Comrade Kamala, whose best friend is a top ABC Executive. If she did give the questions to Kamala, ABC's license should be TERMINATED. Remember, Donna Brazile works for ABC, and she gave the questions to Hillary Clinton!

**Donald J. Trump**
@realDonaldTrump · Sep 12, 2024

justthenews.com/politics-polic



justthenews.com
Former top Clinton adviser calls on ABC to launch internal probe into whether debate was rigged
'I think a review of all their internal texts and emails really should be done by an independent party to find out to what extent they were planning on, in effect, you know, fact-checking just one candidate...

**6.07k** ReTruths **18.5k** Likes Sep 12, 2024, 7:40 PM

**New to Truth?**
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

**Live**

**Get Real**
Real America's Voice

**David Harris Jr. The Pulse**
Newsmax 2

**Police 24/7 S2:E6 – Run n...**
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. us

# WILKINSON EXHIBIT 11

Watch Live

# Trump lashes out at Harris, 'The View' co-hosts in P rally as Hurricane Milton makes landfall

By MICHELLE L. PRICE and JILL COLVIN and WILL WEISSERT

Associated Press Pennsylvania Politics **Published** October 10, 2024 7:24 AM EDT

**SCRANTON, Pa.** - Former President Donald Trump hurled insults at his rival, V President Kamala Harris, and other women Wednesday — saying he had no interest in stopping his attacks even if they turn off female voters — as Hurrica Milton made landfall, lashing Florida with rain, tornadoes and tropical-storm-fo winds.

"I don't want to be nice," Trump said at his first of two rallies of the day in the pivotal battleground state of Pennsylvania. "You know, somebody said, 'You should be nicer. Women won't like it.' I said, 'I don't care.'"

He later refuted the idea that his rhetoric was a problem, even as polls show Trump is viewed less favorably by women than by men. "The women want to se our country come back," he said. "They don't care."

Trump was campaigning even as the storm threatened to overshadow the presidential race with fears that it would cause catastrophic damage in Tampa and other parts of Florida's Gulf Coast. Harris flew to Nevada for a Western campaign swing, but first attended a briefing on the storm and the federal response with President Joe Biden at the White House.

Speaking in Scranton, Pennsylvania, Trump lobbed personal insults at Harris — calling her "grossly incompetent" and "totally ill-equipped to do the job of being

President of the United States" — and went after one of the hosts of ABC's "The View," which Harris appeared on Tuesday.

He called Sunny Hostin, who is Black and Latina, "dumber than Kamala."

"That is one dumb woman. Sorry. I'm sorry, women, she's a dummy," he said of Hostin, who had asked Harris if there was anything she would have done differently than Biden over the last four years. Harris replied: "Not a thing come to mind."

Later, in Reading, he turned on another host of the program, calling Whoopi Goldberg, who is also Black, "demented" and saying she had a "foul mouth."

"She was so filthy dirty, disgusting," he said. "She was so dirty. Every word was filthy, dirty. What a loser she is."

Trump and his campaign have seized on Harris' response to the Biden questio as it tries to paint her as nothing more than a continuation of Biden's unpopul presidency.

In Reading, he called her answer "disqualifying" and listed a series of tragedies that happened on the Biden administration's watch, including Hamas' Oct. 7 attack on Israel and Russia's invasion of Ukraine.

"People are realizing she's a dumb person. And we can't have another dumb president," he railed.

He also went after the Biden administration for its response to Hurricane Hele as Milton made landfall in Florida.

"This administration has not done a proper job at all. Terrible, terrible," he told the crowd. "We just pray for everybody," he went on. "We hope that God will ke them safe."

Harris' campaign, meanwhile, mocked Trump for the unusual number of empty seats in the Reading arena — a sore spot for the crowd-obsessed Trump.

At both stops, he urged the crowd to vote early, and said that if he wins the sta "we win the whole thing."

"When the polls open tomorrow, don't wait. Go immediately. Go as soon as you can," he said in Scranton. Pennsylvanians can fill out mail ballots at their county elections offices but the state does not have the type of early voting that exists other places. Each county determines when its mail ballots are available.

**Milton scrambles campaigns**

Hurricane Milton has already disrupted the campaign, just two weeks after Hurricane Helene devastated large swaths of the Southeast. Trump, who move to Florida after he left the White House, postponed a virtual event Tuesday nigh focused on health care and postponed a Univision town hall that was suppose to happen in Miami.

Harris has her own Univision town hall planned for Thursday in Las Vegas befo returning to Arizona, making her second visit to both states in less than two weeks.

Trump, at his rally in Scranton — Biden's birthplace — said he was praying for those in the hurricane's path and wanted to "send our love to everyone in Flori They're going through a big one tonight."

"We're praying for them and asking God to keep them all safe, all those people. I've never seen a hurricane like that," he went on. "So often, you know, they talk about it and they talk talk talk because they want you to watch. This is the real deal. This is a bad one."

Campaigning in Arizona, where early voting kicked off Wednesday, Democratic vice presidential nominee Tim Walz called on the country to come together to support those who will be impacted.

"Those are Americans. Those are our neighbors. Those are our family member Those are our friends," he said, calling unity across party lines in the face of natural disasters "critical."

"It's not about politics. It's about basic human decency," Walz said. "It's about leadership and character."

Milton is approaching just days after Hurricane Helene killed more than 220 people in six Southeastern states and left behind a swath of destruction that federal, state and local authorities are trying to alleviate even as they brace for the new storm.

**'Reckless' hurricane misinformation**

Both Biden, who postponed a trip to Germany and Angola due to the storm, ar Harris have denounced the misinformation and disinformation surrounding th federal response to Helene, including the false assertion that there is a cap on assistance funding families can receive.

They also denounced the false notion that funding is being diverted away from Republican-heavy areas and to people in the country illegally, as well as the clai that federal authorities offering aid could eventually steal property from its owners. Both singled out Trump as driving much of the falsehoods.

"I want to be clear about something. Over the last few weeks, there's been a reckless, irresponsible and relentless promotion of disinformation and outright lies that are disturbing people," Biden said during the Milton briefing. "It's undermining confidence in the incredible rescue and recovery work that has already been taken and will continue to be taken. And it's harmful to those who need help the most."

"What a ridiculous thing to say," Biden said of the false rumors that funding is being diverted to migrants in the country illegally. Biden also referenced Georg Republican Rep. Marjorie Taylor Greene 's false suggestion that "I control the weather," he said, calling her comments like something "out of a comic book."

"It's beyond ridiculous," Biden said. "It's got to stop."

Harris said that once the hurricane passes, "We will be there to help folks rebuild."

Addressing Florida residents, Harris added: "Many of you, I know are tough, and you've ridden out these hurricanes before. This one is going to be different."

Outside the arena in Reading before Trump spoke, financial consultant Zimri Rivera said he didn't have an issue with candidates holding events as the hurricane approached Florida.

"I feel like both politicians are politicking," said Rivera, 30. "I do hope that the government in general does respond and provides relief to those affected."

Trump has faced numerous other distractions to his campaign, including the criminal cases against him, said Joey Inmon, 63, of Reading.

"As far as the hurricane goes, and managing that — that's not Trump's job," Inmon said.

**Pennsylvania Politics** **2024 Election** **Donald J. Trump**

This material may not be published, broadcast, rewritten, or redistributed. ©2026 FOX Television Stations

# WILKINSON EXHIBIT 12

TRUTH.

← Truth Details
726 replies

Donald J. Trump
@realDonaldTrump

60 Minutes is a major part of the News Organization of CBS, which has just created the Greatest Fraud in Broadcast History. CBS should lose its license, and it should be bid out to the Highest Bidder, as should all other Broadcast Licenses, because they are just as corrupt as CBS — and maybe even WORSE!

**4.07k** ReTruths **13.4k** Likes Oct 10, 2024, 10:04 AM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

Get Truth+
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

Live

Human Events Daily
Real America's Voice

National Desk
Newsmax 2

Cops Reloaded S1:E130 –...
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. us

Continue the conversation
Sign up now to create your personalized experience.

Create Account Sign In

# WILKINSON EXHIBIT 13




Factbase

Powered by FiscalNote StressLens

## Donald J. Trump

Transcripts | White House Calendar | White House Press Releases

# Speech: Donald Trump Holds a Campaign Rally in Reno, Nevada - October 11, 2024

StressLens | 2 Topics | 10 Entities | Moderation | 13 Speakers




### Full Transcript

Donald Trump 00:00:00-00:00:23 (24 sec)

NO SIGNAL (0.529)

[Audience chants "USA"] So, a very big hello to Reno. We love Reno. And hello to Nevada. It's great to be back in this beautiful state with thousands of proud, very, very hardworking American patriots. Thank you very much. Nice crowd, big, beautiful crowd. We always have a good crowd in Reno. We love it.

Donald Trump 00:00:23-00:00:46 (23 sec)

Before we begin, I want to send our love to all of the people back East who are recovering f hurricanes. Our hearts are with those who lost a loved one, and we are with you all the way.

1:22:01

and we need better help from a thing called the federal government.

Donald Trump 00:00:46-00:01:07 (21 sec) NO SIGNAL (0.109)

We need better help from -- I guess you could say from Kamala. [Audience boos] They've been very bad. They've been, in particular, bad to North Carolina and other parts that were really devastated, really bad, but we have to get them on the ball a little bit. God bless them all. God bless you all. Thank you very much. [Applause]

Donald Trump 00:01:07-00:01:38 (31 sec) NO SIGNAL (0.299)

Twenty-five days from now, we are going to win Nevada. We are going to defeat Kamala Harris, and we are going to make America great again. From the very beginning of this journey, I have been on a mission to rescue our nation from a failed and corrupt political establishment, and it is corrupt, and to give you back the country that you believe in, the country that you were born in, and the country that you deserve, and we're going to do it.

Donald Trump 00:01:38-00:02:13 (35 sec) NO SIGNAL (0.216)

In that mission, I will never quit, I will never bend, I will never break, I will never yield, not even in the face of death itself. It won't happen. As you know, I'm putting everything on the line to fight for you, and I am also only asking you for one thing: vote. Get out and vote. Early mail-in voting is underway in Nevada right now, so return your ballot today, vote Republican at every level, and go.

Donald Trump 00:02:13-00:02:36 (22 sec) NO SIGNAL (0.347)

And we know that you're going to vote for Trump, and we're going to make America great again. We're going to turn around our country so fast. Yesterday, it was announced that inflation surged viciously again last month, coming in at a much higher number than anticipated. Your food prices went way up, higher than expected.

Donald Trump 00:02:36-00:03:12 (36 sec) NO SIGNAL (0.546)

Your rent and housing costs went up much more than expected. Your car prices went through the roof. Yet Kamala Harris has no plan to fix it. You ever hear her? She goes, "Well, no, we did everything wonderfully." That place is falling apart. Then she's got ideas. "I know what I'm going to do." Why didn't she do it three and a half years ago, right? [Audience responds affirmatively] Kamala has already cost the typical family $29,000 with her horrible inflation and the cost of inflation.

Donald Trump 00:03:12-00:03:27 (15 sec) NO SIGNAL (0.254)

Yet she said, this week, when asked the question, that she can't think of one thing she could do differently, right? So, you know what? Take a look at the video. We're going to talk about that. Take a look. Not one thing. Take a look at this. [Begin videotape]

Sunny Hostin 00:03:27-00:03:32 (5 sec) NO STRESSLENS

Would you have done something differently than President Biden during the past four years?

Kamala Harris 00:03:32-00:03:35 (3 sec) NO STRESSLENS

There is not a thing that comes to mind.

Mark Schmitz 00:03:35-00:03:38 (3 sec) NO STRESSLENS

I stood there on the tarmac, watching you check your watch.

Andrea Mitchell 00:03:38-00:03:46 (8 sec) NO STRESSLENS

The chaotic and deadly U.S. evacuation from Afghanistan stunned Americans and the world and cost the lives of 13 U.S. soldiers.

Sunny Hostin 00:03:46-00:03:48 (2 sec) NO STRESSLENS

Would you have done something differently?

Kamala Harris 00:03:48-00:03:50 (2 sec) NO STRESSLENS

There is not a thing that comes to mind.

Unidentified 00:03:50-00:04:09 (19 sec) NO STRESSLENS

More than 13,000 illegal immigrants convicted of murder have been caught at the border and then released into the United States. An Afghan national is in custody today after being accused of plotting an Election Day terrorist attack. The suspect entered the U.S. on a Special Immigrant Visa. Gut-wrenching new details in the murder of Georgia nursing student, Laken Riley.

Unidentified 00:04:09-00:04:32 (23 sec) NO STRESSLENS

The illegal immigrant suspect, who cops say committed the heinous murder, is a Venezuelan national who crossed the unsecured southern border back in 2022. Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder in the death of Jocelyn Nungaray. A fifth illegal immigrant accused of attacking two New York City police officers over the weekend showed no remorse or regret.

Sunny Hostin 00:04:32-00:04:34 (2 sec) NO STRESSLENS

Would you have done something differently?

Kamala Harris 00:04:34-00:04:36 (2 sec) NO STRESSLENS

There is not a thing that comes to mind.

Unidentified 00:04:36-00:04:55 (19 sec) NO STRESSLENS

Only 18 percent say the economy is in excellent or good condition. U.S. inflation has hit a new 40-year-high, increasing by 9.1 percent over the financial year. The cost of homes have spiked. Home buyers need to earn 80 percent more than they did in 2020 to afford a house.

Dana Bash 00:04:55-00:04:57 (2 sec) NO STRESSLENS

Were you the last person in the room?

Kamala Harris 00:04:57-00:04:57 ( sec) NO STRESSLENS

Yes. [End videotape]

Donald Trump 00:04:57-00:05:24 (27 sec) NO SIGNAL (0.036)

[Audience boos] So, that answer that she would do nothing different is totally disqualifying. Our country is in crisis. We don't need four more years of gross incompetence, radicalism, and failure. We need strong leadership. We're going to change it. We're going to do such a great job. Your head's going to spin.

Donald Trump 00:05:24-00:05:52 (28 sec) WEAK (1.483)

Your head is going to spin. It's time for the people of Nevada to tell Kamala Harris -- does anybody know the name Harris? If you say Harris, everybody says, "Who the hell is Harris?" That we've had enough. We can't take it anymore. We're not going to take it anymore. Kamala, you're fired. Get out of here.

Donald Trump 00:05:52-00:06:12 (20 sec) NO SIGNAL (0.926)

Get the hell out of here. Get out of here. So bad, the worst we've ever had. Look, he's the worst president in the history of this country, the worst. And she's the worst vice president. And she's actually worse than him, OK? We defeated him, and then now we have to defeat another one. I shouldn't have defeated him.

Donald Trump 00:06:12-00:06:38 (26 sec) NO SIGNAL (0.63)

It would've been just as easy. Think of it. I spent $150 million to beat him. And then we had the debate, and then everyone said he's out of there, so they got him out. It was a coup, you know. It was a coup. He hates Kamala more than he hates me, in my opinion. And that's a lot. And the problem is that she's actually less competent than him.

Donald Trump 00:06:38-00:07:01 (23 sec) WEAK (1.014)

And that's hard to believe, actually. With your vote in this election, we will quickly defeat inflation, and we will make America affordable again because you have such a problem. On day 1, I will unleash -- we will unleash American energy, and I will cut your energy prices in half, 50 percent. I'm going to cut them.

Donald Trump 00:07:01-00:07:26 (25 sec) NO SIGNAL (0.701)

Within 12 months of taking office, we're going to cut them in half. We're going to cut them down 50. You know why? Because we have more liquid gold under our feet. I don't have to deal with other countries. All I have to do is say, "Let's go." We're going to have very large tax cuts for workers, and especially to help the hardworking people of Nevada, we will -- listen to this one.

X

Donald Trump 00:07:26-00:07:54 (28 sec) WEAK (1.036)

No tax on tips. No tax on overtime. No tax on tips, think of that. No tax on overtime. That's why we're going to win. And service workers in Nevada, they love Trump, and I love you, too. Take a little look at this. Everybody, take a look at this. [Begin videotape]

Unidentified 00:07:54-00:08:16 (22 sec) NO STRESSLENS

News reports confirm Biden and Harris have weaponized the IRS to confiscate your tip money. Harris and Biden have literally unleashed the IRS to harass workers who receive tips, and they just may be coming to your house next. Only President Trump has a plan that ends all taxes on service workers' tips. President Trump, he's on your side.

Donald Trump 00:08:16-00:08:45 (29 sec) MEDIUM (1.775)

I'm Donald J. Trump, and I approve this message. [End videotape] You know, what do I know? But this has to be the tipping capital of the world. In some places, I say, "No tax on tips." So, we get, "Nice." Here, I was in Las Vegas two weeks ago. I said, "No tax on tips." The place went crazy. So, you're the same thing.

Donald Trump 00:08:45-00:09:12 (27 sec) NO SIGNAL (0.68)

But also, no tax, think of it, on overtime. You do a lot of overtime, and that's a big thing. [Applause] And for those of you who are seniors, now I wouldn't know about that because I'm not a senior. Michael, am I a -- no. I'll be a senior, what, another 10 years, 15 years? No, look, for the seniors, think of it, you've been destroyed on fixed incomes with inflation.

Donald Trump 00:09:12-00:09:34 (22 sec) NO SIGNAL (0.621)

They have destroyed you because of energy and because of the way they spent, like, so stupidly on the Green New Scam. But you've been destroyed. And now, we have no tax on Social Security benefits for seniors. And we owe that to you. What they've done to this country -- But, you know, I keep saying, still the most important, the border.

Donald Trump 00:09:34-00:10:01 (26 sec) NO SIGNAL (0.041)

I mean, we can talk about inflation, and it's horrible. We can talk about it. But they let 21 million people in here, and many of those people, murderers, drug dealers, gang members, people from mental institutions. To me, I watch -- they say that the biggest thing is the economy and inflation. And the second biggest thing is the border and immigration.

Donald Trump 00:10:01-00:10:33 (32 sec) WEAK (1.217)

I sort of think it's maybe the other way around. Wait. We do a free poll. Ready? Which is bigger -- ready? I'll go border first. Border and immigration? [Applause] Pretty big. Or the economy and inflation? [Applause] I've been saying that. You know, in 2016, I won because of the border, and I made it so good.

X

Donald Trump 00:10:33-00:10:50 (18 sec) NO SIGNAL (0.437)

It was so good. Within two months, we had the best border, and that was it. And then I could never talk about it. My people said, "Sir, they don't want to hear it. You fixed it." But the problem is this border is 20 times worse. What they've done here is crazy. They either hate the country or something's going on.

Donald Trump 00:10:50-00:11:13 (23 sec) NO SIGNAL (0.953)

My message to every service worker in Las Vegas and Reno is this. If you vote for me, inflation will end, your taxes will be cut massively, your wages will skyrocket, your savings and pensions will soar, and your retirement will be more prosperous. You're going to be so much more prosperous. You're going to be more secure.

Donald Trump 00:11:13-00:11:40 (27 sec) WEAK (1.13)

You're going to be safer. You're going to have a much better life. Just vote for me. Let's get it over with, OK? Much better life. Much better life. Under Kamala, it will be massive inflation, massive layoffs, massive tax hikes, and massive misery and depression. Depression. Kamala Harris will kill the American dream.

Donald Trump 00:11:40-00:11:59 (19 sec) NO SIGNAL (0.635)

That's what she's doing. And for your children, they don't have a dream with these people. These people -- look, she's a Marxist. A lot of people don't know what a Marxist is, so let's put it simply. She's a communist. We're not going to have a communist leading our country. She's a communist. She's also known as the taxing queen.

Donald Trump 00:11:59-00:12:15 (16 sec) NO SIGNAL (0.99)

She loves taxes. This is the first time I've ever seen -- I've been doing this stuff a long time, only for a short time on this side, but I became president, but I've been doing it for a long time on the other side, writing checks, so I can contribute to guys like Senator John Cornyn of Texas and all.

Donald Trump 00:12:15-00:12:43 (27 sec) NO SIGNAL (0.59)

But I've never seen, ever, all these great politicians are over here, where somebody's campaigning on massive tax hikes. She's campaigning, "We will raise your taxes." And some people, they're not the smartest people, but they -- "Oh, thank you very much." I've never seen it. I've always heard politicians say, "We will cut your taxes."

Donald Trump 00:12:43-00:13:03 (20 sec) NO SIGNAL (0.386)

Sometimes, they don't mean it, but they say it. But these people openly say that they're going to raise your taxes. Let's give her credit for one thing. It's probably the only thing she's honest about. She's going to raise your taxes at levels never seen before, and she's going to drive out all the jobs in the country that I created.

X

Donald Trump 00:13:03-00:13:12 (9 sec) NO SIGNAL (0.552)

Her plan will raise taxes for the typical American family by at least $3,000 a year. Watch this tax video. You have to watch this. [Begin videotape]

Kamala Harris 00:13:12-00:13:15 (3 sec) NO STRESSLENS

Joe Biden and I are about to get rid of that tax bill.

Unidentified 00:13:15-00:13:33 (17 sec) NO STRESSLENS

Calling for a full repeal of President Trump's tax cuts. If Kamala Harris was elected president, there are many different tax policies which could cripple the economy, but the first thing she wants to do is allow these Trump tax cuts to expire. Even The New York Times admits that 85 percent of the middle class got a tax cut.

Unidentified 00:13:33-00:13:45 (12 sec) NO STRESSLENS

Americans will face a hike, the Tax Foundation finding that a couple with two kids making $165,000 a year would have to pay over $2,400 more in taxes.

Kamala Harris 00:13:45-00:13:56 (12 sec) NO SIGNAL (0)

And on day 1, I will repeal that tax bill. Joe Biden and I are about to work to get rid of that tax cut. Joe and I are about to get rid of that tax bill. Joe Biden and I are about to get rid of that tax cut.

Unidentified 00:13:56-00:13:59 (3 sec) NO STRESSLENS

Everything from a 70 percent to 80 percent tax rate.

Kamala Harris 00:13:59-00:14:13 (14 sec) NO SIGNAL (0)

I think that's fantastic. We've got to increase the corporate tax rate. Part of that is going to be about repealing that tax bill that they just passed and also looking at estate taxes that are going to have to go up. We will tax capital gains. But we're going to have to raise corporate taxes.

Unidentified 00:14:13-00:14:29 (16 sec) NO STRESSLENS

Taxing unrealized gains just doesn't seem fair in any sense of the word because you're paying for schools. The value of your home goes up, you pay higher taxes, even if you don't sell your home. It's tiring. Your value of your home never moves the way the stock moves. It's not the same. To say, "We're going to tax what you don't have," that's a sore point, and it's a big deal.

Unidentified 00:14:29-00:14:34 (5 sec) NO STRESSLENS

Is that something you think she firmly believes in? I think it's part of the proposals of the campaign.

X

Kamala Harris 00:14:34-00:14:53 (19 sec) NO SIGNAL (0)

Under my plan, there will also be a carbon fee. There has to be some connection between the fee and bad behaviors, and there has to be -- in that we have to monitor whether it's going to be passed on to consumers. But I'm going to tell you, that should never be the reason not to actually put a fee and, in particular, carbon fee.

Unidentified 00:14:53-00:14:59 (7 sec) NO STRESSLENS

Kamala Harris is going to significantly raise taxes.

Kamala Harris 00:14:59-00:15:01 (2 sec) NO STRESSLENS

Taxes are going to have to go up.

Unidentified 00:15:01-00:15:13 (12 sec) NO STRESSLENS

Kamala's plan will raise families' taxes by nearly $2,600 a year. Under Kamala, prices have already soared. Now, she'd make it worse with even higher taxes.

Kamala Harris 00:15:13-00:15:15 (2 sec) NO STRESSLENS

Taxes are going to have to go up.

Unidentified 00:15:15-00:15:23 (8 sec) NO STRESSLENS

President Trump will cut taxes again. No taxes on tips, overtime, or Social Security.

Donald Trump 00:15:23-00:15:51 (28 sec) NO SIGNAL (0.441)

I'm Donald J. Trump, and I approve this message. [End videotape] So, she's looking to increase your taxes, the biggest economic disaster it will be in American history. I will deliver. And I'll tell you what, we're going to show you some things pretty soon that are going to be amazing. What we've done compared to what they've done, we've had the most successful presidency ever.

Donald Trump 00:15:51-00:16:10 (19 sec) NO SIGNAL (0.471)

They had a disaster. They've had a disaster. The biggest inflation ever. We talk about the senior citizens. The only reason I did that for the senior citizens is they've been devastated. It's been taken away from them. Everything's been taken away because of their inflation. So, I'll deliver the biggest economic boom in American history.

Donald Trump 00:16:10-00:16:40 (30 sec) MEDIUM (1.619)

It's going to be the biggest. Take a quick look. Can you see what that says? But let's get back to business because who the hell cares what it says? Look at that. I love the unrealized capital gain. In other words, it's an unrealized gain, but they're going to tax it anyway. That's a beauty. That'll be the first in history.

Donald Trump 00:16:40-00:17:03 (23 sec) NO SIGNAL (0.544)

And in Detroit yesterday, we had a great day in Detroit because we announced we're bringing the car industry back at levels never seen before. And we're going to make interest on car loans fully tax-deductible because affording a car is essential to restoring the American dream. We're going to restore the American dream.

X

Donald Trump 00:17:03-00:17:25 (22 sec) NO SIGNAL (0.018)

To bring jobs and factories and wealth racing back to the United States, we'll have a 15 percent made in America corporate tax rate, cutting the tax from 21 to 15, but only for those who make their product in -- remember this. I'm the one that got it down from almost 40 percent to 21 percent. Everyone said that was impossible.

Donald Trump 00:17:25-00:17:50 (25 sec) NO SIGNAL (0.297)

That led to a job boom, the biggest boom we've ever had in this country, and the numbers were great. But it was better than competitive. It was good, but it wasn't the best. Now, I'm bringing it down to 15 but only if you manufacture, if you make your product, in the U.S. How good is that? Right, Michael? You have to make it here.

Donald Trump 00:17:50-00:18:22 (33 sec) NO SIGNAL (0.573)

You know, I had one of the top Wall Street guys call me. They said, "Who the hell gave you that idea? How simple is that?" You've never heard anything like, "If you make your product here, you get a lower tax." You don't hear it. It seems so simple, like the paper clip. Some guy made the paper clip a long time ago, and everybody looked and said, "Why the hell didn't I think of that?" Right? And for those who don't make their product in America, they'll be forced to pay a stiff tariff for the privilege of competing with our cherished companies that we are going to protect because they're stealing our jobs, our treasure, our wealth.

Donald Trump 00:18:22-00:18:42 (20 sec) NO SIGNAL (0.196)

And we will take in hundreds of billions of dollars to benefit American citizens in pay. We are going to pay off debt. We're going to reduce your taxes still further as an individual. We're going to reduce them. And we will be at a level of prosperity, it's called growth, that we haven't seen in 60 years.

Donald Trump 00:18:42-00:19:11 (29 sec) NO SIGNAL (0.374)

Her? You're going to have a 1929-style depression. And remember, you know the hat? It says, "Trump was right about everything." I really was right about it. I was right about everything. You're going to have a 1929-style, not recession, depression. My pro-American trade policies are one of the major reasons why I've been overwhelmingly endorsed by the rank-and-file membership of the Teamsters, including 60 percent of the Teamster members in Nevada.

Donald Trump 00:19:11-00:19:36 (25 sec) WEAK (1.133)

Can you believe that? Where are the Teamsters? Do we have any Teamsters? Are you guys -- where are the Teamsters? Thank you. They're good people. Traditionally, they go Democrat, but we got -- all over the nation, they endorsed Trump, along with the police, along with the firefighters, along with everybody, along with anybody that's sane.

Donald Trump 00:19:36-00:19:57 (21 sec) NO SIGNAL (0.976)

Don't forget, we're the party of common sense. We really are. You need a wall. You need good elections. You need a fair press. You need a lot of good things. You need a lot of good things, and we're going to have very good things. And you don't need criminals coming into your country either, by the way.

X

Donald Trump 00:19:57-00:20:20 (23 sec) WEAK (1.287)

So, as we rebuild our economy, we'll also restore our borders. And I've just come from Aurora. I just left Aurora, Colorado, where the person that was in charge of your border, we call her Border Czar Kamala, she doesn't know she's alive. I'm telling you. She is so bad. Did you see "60 Minutes"? So, I've done '60 Minutes" many times.

Donald Trump 00:20:20-00:20:42 (22 sec) NO SIGNAL (0.558)

I even had the great Mike Wallace, who was actually a great one. Mike Wallace, the toughest of them all. He gave me a great one. But she was interviewed. Her answers were so bad that they put other answers in. They don't do that for me. You know, we're just the opposite. Her answers, they take it away and put new answers in.

Donald Trump 00:20:42-00:21:10 (28 sec) NO SIGNAL (0.416)

My answers, they just cut them up. So, then instead of four sentences that are perfect, it's one sentence that precedes back, and all of a sudden -- I used to say to them, "Why did you cut the hell out of my paragraph?" I do the weave, right? Always a weave. And always end up in the right location. But I said, "Why did you do that, 60 Minutes? And remember, I had, with Lesley Stahl, a big fight because she said the laptop from hell came from Russia. And I said, "

Donald Trump 00:21:10-00:21:34 (24 sec) NO SIGNAL (0.386)

Lesley, it came from the bedroom of Hunter Biden. It didn't come." And then I proved to be right, and I'm still waiting for them to apologize. But I'll tell you, what they did with her, I believe, is the biggest scandal in broadcast history. I do. If that were me right now, I probably wouldn't be allowed to speak. They'd have me tied up someplace, like, "

Donald Trump 00:21:34-00:21:54 (20 sec) NO SIGNAL (0.11)

Sir, would you come this way, please?" And when you think about it, I've been investigated more than Alphonse Capone, right? He was a killer. If he didn't like you, he would immediately kill you. I've had more investigations. These are corrupt people that we're dealing with. But what happens is this. What CBS did and "

Donald Trump 00:21:54-00:22:18 (24 sec) NO SIGNAL (0.561)

60 Minutes" did, think of it. Her answers were terrible because she's only -- and I say it very respectfully. She's not a smart person. And we've had four years of that, and we can't have another four years because Russia and China and everybody, they're eating our lunch. We can't have another four years.

Donald Trump 00:22:18-00:22:44 (26 sec) NO SIGNAL (0.844)

So, I don't get it. I don't get it. Oh, by the way, we're leading in all the polls. [Applause] We're leading. We're leading. But we have to make it too big to rig, right? Too big to rig. We're leading by some pretty good margins, too. Michigan, we're leading. The car industry, those autoworkers love Trump because we will be ending that electric mandate very quickly.

Donald Trump 00:22:44-00:23:09 (25 sec) NO SIGNAL (0.172)

And we love electric cars, but, you know, we want them for some people and some people not. We want gasoline-propelled. We want hybrids, which are good. The only one we don't want -- do you know the one we don't want? There's a certain car, hydrogen car. They have a new car. The problem is it doesn't go bad often, and it's quite efficient, but when it blows up, you are unrecognizable.

Donald Trump 00:23:09-00:23:31 (22 sec) NO SIGNAL (0.415)

Is that my husband on the tree? Let me take a look. I can't tell. I can't tell. No, I don't want that one. I'm not going to do that one. They say they think they can fix it. The word think is not acceptable. "We think we can fix it." So, we'll forget about hydrogen, right? But we have a lot of alternatives.

Donald Trump 00:23:31-00:23:51 (20 sec) NO SIGNAL (0.806)

And, you know, we got the endorsement of Elon Musk. You know that, right? [Applause] And he said it's absolutely imperative we're going to save our country. I have to win. He gave me the strongest endorsement. He's a great guy, and he makes some great things. He helped us so much with North Carolina and Georgia.

Donald Trump 00:23:51-00:24:12 (21 sec) NO SIGNAL (0.68)

He sent Starlink, and they had no communication whatsoever in some areas. And they said, "Sir, do you know Elon Musk?" I said, "I do." "Do you think you could get us Starlink?" I said, "What the hell is that? Explain to me." But essentially, it's unbelievable form of communication. So, I called up Elon, hard to get because he's very successful.

Donald Trump 00:24:12-00:24:26 (15 sec) NO SIGNAL (0.726)

I called him up. I said, "You know, North Carolina, in particular, is in big trouble. It's almost been cut off from the mainland, and they have no -- all their lines are down." This was a terrible thing. And the government's done very little. The federal government's done nothing. She's done nothing.

Donald Trump 00:24:26-00:24:56 (30 sec) NO SIGNAL (0.382)

She's doing interviews on these stupid shows, and she's got to get there because they really have problems. But he said, "Well, I'll tell you." And we talked for about a second, and then I get a message from the people in North Carolina. "We want to thank you that Starlink will be coming soon." I said, "Elon, how did you do that? We're talking. You agreed to do it. And now, I get a call before we hang up that they expect it to be delivered."

X

Donald Trump 00:24:56-00:25:19 (22 sec) NO SIGNAL (0.544)

No, he's a great guy. He's a great guy. Saved a lot of lives. He saved a lot of lives in North Carolina. He helped the governor of Georgia. Georgia governor's doing a very good job, but they helped the governor of Georgia with the Starlink a lot, and he was there. I'll tell you, he was there. So, he's good.

Donald Trump 00:25:19-00:25:45 (26 sec) NO SIGNAL (0.429)

He's our friend, right? Kamala Harris has imported a savage Venezuelan prison gang, other than that, they're fine people, known as Tren de Aragua. Did you ever hear of them? Tren de Aragua. But don't smile because they'll knock that smile off your face. They're not nice people that has taken over an entire apartment complex.

Donald Trump 00:25:45-00:26:03 (17 sec) NO SIGNAL (0.138)

You know, they are like me. They're in the real estate business. The difference is I do it with financing. They do it with weapons that we've never even seen before. Where do they get these weapons? And is terrorizing the residents at a level never seen. They literally walk in and tell them, "Get the hell out of your apartment."

Donald Trump 00:26:03-00:26:30 (27 sec) WEAK (1.156)

They took over complexes. And they have a radical-left governor who's petrified. He doesn't want anything to do with it. He's afraid. He's chicken shit, OK? He's afraid. [Audience chants "Trump"] They're breaking down doors. They're collecting the rent. Isn't it nice? They just come over from Venezuela.

Donald Trump 00:26:30-00:26:47 (18 sec) NO SIGNAL (0.355)

They are collecting the rent. And you know what the landlord said? "Whatever you'd like, sir. You'd like to collect my rent? Whatever you want." No, they're actually going around collecting the rent from now on. Let me tell you. If I were president now, those guys would be out of here before you left this room.

Donald Trump 00:26:47-00:27:07 (19 sec) WEAK (1.324)

Send them back. We're sending them back. But they're shooting people. They're smashing jaws, breaking skulls. Watch this video. You're not going to believe it. [Begin videotape]

Unidentified 00:27:07-00:27:23 (17 sec) NO STRESSLENS

Open borders, deadly consequences. Border crisis. Record-high crossings are putting a strain on cities across America. It is a full-blown invasion. Armed Venezuelan gang members storming an apartment complex in Aurora, Colorado. When people talk about migrant crime, this is what they're talking about.

Unidentified 00:27:23-00:27:28 (4 sec) NO STRESSLENS

Biden and Harris had created a program to bring them in under humanitarian parole.

Kamala Harris 00:27:28-00:27:33 (5 sec) NO SIGNAL (0)

I am in favor of saying that we're not going to treat people who are undocumented across the border as criminals.

Unidentified 00:27:33-00:27:39 (7 sec) NO STRESSLENS

More than 13,000 illegal immigrants convicted of murder have been released into the United States.

X

Tammy Nobles 00:27:39-00:27:48 (8 sec) NO STRESSLENS

My 20-year-old daughter, Kayla Hamilton, was murdered in her own room. Kayla's murderer was apprehended by Border Patrol, crossing illegally into the U.S.

Unidentified 00:27:48-00:27:53 (5 sec) NO STRESSLENS

Kayla's murderer had been improperly released into the United States. Abolish ICE.

Kamala Harris 00:27:53-00:27:55 (3 sec) NO STRESSLENS

Yeah. We need to probably think about starting from scratch.

Unidentified 00:27:55-00:28:11 (16 sec) NO STRESSLENS

An Afghan national is in custody the day after being accused of plotting an Election Day terrorist attack. The suspect entered the U.S. on a Special Immigrant Visa. More than a dozen people suspected of being Tren de Aragua gang members right here in San Antonio. The gang members had been terrorizing the apartment complex.

Unidentified 00:28:11-00:28:29 (18 sec) NO STRESSLENS

New details in the murder of Laken Riley. The illegal immigrant suspect, who cops say committed the heinous murder, is a Venezuelan national. And was paroled and released into the country by the Biden administration. Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder and the death of Jocelyn Nungaray.

Unidentified 00:28:29-00:28:47 (18 sec) NO STRESSLENS

Court documents suggest a group of men arrested for beating and robbing a Dallas woman last month are members of a Venezuelan street gang. Manuel Hernandez-Hernandez was booked by Colleyville Police just two days earlier and released the day before the robbery. [End videotape]

Donald Trump 00:28:47-00:29:09 (22 sec) NO SIGNAL (0.336)

These are our new citizens. These are the new people. These are the people that we have coming into our country, and we're now known as, and all throughout the world, as an occupied country. We're an occupied country, can you believe? And they have -- a lot of people, if you think about it, 21 million, not including the gotaways.

Donald Trump 00:29:09-00:29:41 (33 sec) NO SIGNAL (0.508)

You know what a gotaway is? Those are the people that just run, and nobody knows who the hell they are. But we have 21 -- think of this, 21 million people, 13,000 murderers, to be exact, 13,099 murderers, the biggest drug lords in the world. They got them all out of Caracas, Venezuela. Do you know that Venezuelan crime went down 72 percent because they put all their criminals into the good old USA? We are not going to stand for it.

Donald Trump 00:29:41-00:30:12 (30 sec) NO SIGNAL (0.025)

We're an occupied state that refuses to let our great law enforcement professionals do the job that they so dearly want to do. You know, the law enforcement wants to do the job. They really want to do the job, and they're not allowed to do the job. They want to do it so badly. They're so good, but they don't want to lose their pension.

Donald Trump 00:30:12-00:31:00 (48 sec) NO STRESSLENS

Factbase Transcripts - Roll Call

They don't want to be fired and lose everything, lose their family, lose their house. But to everyone here in Nevada and all across our nation, I make this vow to you. November 5th, 2024, will be Liberation Day in America. Liberation Day. [Audience chants "USA"] My teleprompter -- people are doing a great job, though.

Donald Trump 00:31:00-00:31:24 (24 sec) WEAK (1.243)

Thank God I don't use teleprompters too much. These people, they do a great job. No, no. I look at the teleprompter. It's totally gone. I say, "What the hell happened?" "The sign fell on top of it." But I can level with you. Did you see her? Now, here's the good thing. Isn't it nice to have a guy that doesn't need a teleprompter as president? A potential president that doesn't need a teleprompter.

Donald Trump 00:31:24-00:31:42 (18 sec) NO SIGNAL (0.266)

When you use a -- it gets very boring when you use one. But how about her? There were 32 days left, and her teleprompter -- you know, a teleprompter goes bad a lot. If you rely on a teleprompter, in other words, if you're like Biden where he couldn't function without a teleprompter -- he couldn't function with a teleprompter.

Donald Trump 00:31:42-00:32:01 (19 sec) NO SIGNAL (0.362)

But if you need a teleprompter to do like she did -- it was just announced. Did you see the picture? She did a town hall using a teleprompter. You can't do that. No, think of it. You're walking around. She's reading a teleprompter. It's following -- oh, it's terrible. You can't have her as your president.

Donald Trump 00:32:01-00:32:25 (23 sec) NO SIGNAL (0.43)

You can't have her as your president. But did you see where she was? Thirty-two, right? It was 32 days. So, she's going -- and I'm watching her. I say, "What the hell's wrong with her?" She goes, "32," and the teleprompter went down. She meant 32 days till the election. So, she goes, "32, 32, 32, 32, 32, 32."

Donald Trump 00:32:25-00:32:57 (33 sec) NO SIGNAL (0.268)

I said, "What the hell is wrong with her?" I called the first lady. I said, "First lady, what the hell is wrong with her?" Thirty-two. And then thank goodness for her, the teleprompter kicked back in. But usually, it doesn't kick back in. Usually, it doesn't. You got to be out there. I would say 5 percent of the time, if you want to do this professionally, if you want to run for president someday, no matter how good you run -- because I have a guy, Gabe.

Donald Trump 00:32:57-00:33:26 (29 sec) NO SIGNAL (0.147)

He's excellent. I've had some real bad ones, but I have Gabe. Some of the bad ones, they go so fast. I will go -- and I say, "Slow the damn thing." No, a good one is really like gold, but I don't use them that much because I find it's very boring. The concept, I use, but I don't like it. But if you can't -- if you want to run for president, you have to assume that 5 percent of the time, even if you have good people, you're not going to have a teleprompter.

Donald Trump 00:33:26-00:33:45 (19 sec) NO SIGNAL (0.417)

For instance, when you do outdoors -- I was with Bernie Moreno. He's doing very well for the Senate, and I think he's going to win in Ohio. He's got a chance, and I'm way up. And I went out, and I didn't want to do it because I said the weather's too bad, but that's OK. I did it. We had 45 mile-an-hour winds.

Donald Trump 00:33:45-00:34:03 (18 sec) WEAK (1.157)

This is in Ohio. That's like -- I thought we were in Scotland, actually. And the teleprompters were bending because they're not strong. They're bending. They're going over. And that didn't matter because within about two minutes, they blew off the stage. They actually blew away. And we had 50,000 people.

Donald Trump 00:34:03-00:34:28 (25 sec) NO SIGNAL (0.701)

I'm standing there like this. I didn't have any notes. Nothing. And you know what? He won the election. Thank you very much, President Trump. He won the election. And other than a few people that saw the things flying away, they flew away beautifully, nobody even knew. So, anyway, no, there's something wrong with her when you can't get up and make a speech normally.

Donald Trump 00:34:28-00:34:52 (24 sec) NO SIGNAL (0.035)

With all the work we do, you know, you think you could, for 40 minutes -- well, she makes very short speeches, too. Do you ever notice? They're like 10 minutes. It's "Ladies and gentlemen, I'd like to thank you. My name is Kamala." And she'll speak so routinely. And I hate the word. They had word salad, the words words.

Donald Trump 00:34:52-00:35:20 (28 sec) WEAK (1.098)

I don't like the sound of it, but it's sort of true. She's just like, "They're just words. They're put together. They don't mean anything." How the hell can we have a person like this to be our president? [Audience boos] It's crazy. But I will round up the illegal alien gang members, and they will be put in jail or thrown out of our country until not a single one is left.

Donald Trump 00:35:20-00:35:41 (21 sec) WEAK (1.157)

And we're going to call it Operation Aurora, if you don't mind, OK, because they were the first -- and this is happening all over the country, by the way. If they come back, it's an automatic 10 years in jail with no possibility of parole because we don't want them to come back. They got to stay out.

Donald Trump 00:35:41-00:36:30 (48 sec) NO STRESSLENS X

And I'm hereby calling for the death penalty for any migrant that kills an American citizen or a law enforcement officer. Right? [Audience chants "Trump"] Thank you very much. No, we have to do that. We have to do it. They're violent people. These are violent. Remember when Kamala said, "People that come into our country are far less likely to commit a crime"? Really? The fact is they make our criminals look like very fine people, and that includes our murderers.

Donald Trump 00:36:30-00:36:49 (20 sec) NO SIGNAL (0.417)

They are very fine people by -- these people make us look like a bunch of babies, OK? And we are getting them the hell out of our country. They're destroying our country. They're ruining lives. We're getting them out. Kamala's open border policy will destroy Medicare and Social Security for seniors because they're stuffing them there.

Donald Trump 00:36:49-00:37:08 (19 sec) NO SIGNAL (0.602)

They're putting them everywhere, but they're stuffing them in. She let in 21 million people and wants to make them all citizens. She wants to make them citizens because there's no way of telling. They have no records. They have -- no anything. They let them in, totally unvetted. Everyone's coming in, the murderers and whoever.

Donald Trump 00:37:08-00:37:27 (18 sec) NO SIGNAL (0.217)

She wants to have them come in, and then they can loot. They can plunder. They can take everything that you've made in your life. They can destroy your lives. They can kill you. They can hurt you. She wants to make them all citizens. It's crazy. It's crazy. Remember, we're the party of common sense, and you know that doesn't work.

Donald Trump 00:37:27-00:37:47 (20 sec) NO SIGNAL (0.144)

A new study released this week found that if Kamala gets her way, illegal aliens will drain Medicare and Social Security to the tune of $2 trillion. In other words, they'll be useless. They'll be worthless. You won't get your Social Security worth. She'll kill it. And she has no idea. Economically, with finance, she has no idea what the hell she's talking about.

Donald Trump 00:37:47-00:38:02 (15 sec) NO SIGNAL (0.254)

They asked her a simple question. When they asked her the other question, that was a disaster because she said, "Yes, I'll change a lot of things from Biden." And then she gets in trouble because he hates her so much and said, "What do you mean you'll change?" So, now they're fighting. So, she doesn't know what the hell's going on.

Donald Trump 00:38:02-00:38:21 (20 sec) NO SIGNAL (0.18)

He's angry. Her people want her to say she'll have nothing to do with Biden because he's a disaster. And then she wants to say that she's OK, but Biden doesn't want that. So, they go back and forth. This poor woman doesn't know what the hell is happening. I will protect Medicare and Social Security with no cuts.

Donald Trump 00:38:21-00:38:45 (24 sec) WEAK (1.286)

We're not going to have any cuts, and we're not going to raise the age. She's going to raise the age by seven years on Social Security. We're going to have no cuts whatsoever. And we didn't have any. And there'll be no benefits for illegals, by the way. [Applause] Already, Kamala is ransacking Medicare to pay for the Green New Scam.

X

Donald Trump 00:38:45-00:39:17 (31 sec) NO SIGNAL (0.311)

Do you know what the Green New Scam is? She actually wants $93 trillion. Think of this. That's bigger than our budget for like 100 years. Ninety-three. You know who made it up? AOC plus three. [Audience boos] "Did you go to college on the environment?" "No." "Do you have anything to do -- " This is AOC, right? "Do you have anything to do with the environment?" "No. No, but I've decided that this is the way it is."

Donald Trump 00:39:17-00:39:38 (21 sec) NO SIGNAL (0.487)

All buildings in New York are going to be ripped down, and new buildings are going to built without windows because, you see, a window is environmentally unfriendly, having to do with the heat, the gases, and the sunlight. The ideal building is tall, thin, with no windows whatsoever. It's a hard sell.

Donald Trump 00:39:38-00:39:57 (19 sec) NO SIGNAL (0.22)

If you can get somebody to buy it, you can sell anything. That's the only -- now they have the craziest thing I've ever -- but the total cost is $93 trillion. So, if you add us, China, every other country in the world and gave us about 40 years, we might be able -- these people are crazy. They're destroying our country.

Donald Trump 00:39:57-00:40:13 (17 sec) NO SIGNAL (0.417)

They use it almost as a method of hurting us and hurting our country. And some countries laugh at it. You know, China laughs at it. Kerry goes over there on his private jet, lands, meets with President Xi. "We don't want you to use coal anymore." "Oh, OK, we'll work on that. We're going to start working."

Donald Trump 00:40:13-00:40:34 (21 sec) NO SIGNAL (0.208)

In the meantime, he's building a coal plant a week. "Oh, we'll work on that." Kerry goes, "He promised he'd work on it. He promised." What a fool. No, it's so embarrassing. You know, these people are very streetwise. They're brilliant people, and they're at the top of their game. We have a man that, 30 years ago, wasn't at the top of the game, and she's worse.

Donald Trump 00:40:34-00:40:58 (23 sec) NO SIGNAL (0.049)

I'm telling you, she's not as smart as Biden. Watch. And you see it now. And she's fading rapidly in the polls. The only reason she was OK is because nobody knew who the hell she was. They said Harris. Who the hell is -- nobody knew who she was. And now, they're learning that she's a communist. We're learning all sorts of bad things about her.

Donald Trump 00:40:58-00:41:20 (22 sec) NO SIGNAL (0.161)

She's further left than Pocahontas. Do you know Pocahontas? [Audience responds affirmatively] Remember when they wanted me to apologize to Pocahontas? I said, "I'll do it," because I destroyed her presidential campaign. She was leading for president, and then she said she was an Indian. "Why are you an Indian?" "Because my mother told me I had high cheekbones."

Donald Trump 00:41:20-00:41:46 (27 sec) NO SIGNAL (0.001)

This was -- you can't get in trouble when you're telling the truth. That was why -- that was her reason. Then when I heard that, I said, "Oh, let's call her Pocahontas," because she didn't look like an Indian to me. But we drove her crazy, and then she fell for it. She went out and did a test, remember? And it came back 1,024th.

Donald Trump 00:41:46-00:42:11 (24 sec) NO SIGNAL (0.172)

In other words, somewhere in a million years, there may have been one guy there, and she was so happy. Remember? She was so happy that she released the finding. She thought it was good because maybe there was a tiny little chance. And then I said, "Well, I have more Indian blood than she has, and I have none, unfortunately."

Donald Trump 00:42:11-00:42:32 (21 sec) NO SIGNAL (0.466)

I'd like to have some. No, I'd like to have some. I would be very honored, but I have none, but I think I have more than she has. And that was the end of her political career. She likes me very much. But Pocahontas. Because of the Medicare cuts, Kamala passed with her tie-breaking vote on the Inflation Creation Act.

Donald Trump 00:42:32-00:42:59 (27 sec) WEAK (1.092)

Did you ever hear of the -- I changed the name. I take much less liberty than "60 Minutes" takes, by the way. They would take the whole damn thing, had to write it for her. No, it's called the Inflation Reduction Act, right? And I thought -- he says Pocahontas. You're right. The Inflation Reduction Act, and I call it the Inflation Creation Act.

Donald Trump 00:42:59-00:43:21 (22 sec) NO SIGNAL (0.172)

That's not nearly as bad as "60 Minutes," right? "60 Minutes" just took everything out. They say, "Listen, we put her on. She gave us this answer. If people hear this answer, she will immediately be thrown off. I mean, it's so bad. So, why don't we just give her a new answer?" So, they took it out and gave her an entirely new answer.

Donald Trump 00:43:21-00:43:47 (27 sec) NO SIGNAL (0.884)

If I ever did that or if that were ever about like a Republican, it would be the biggest scandal in history. I think it's going to be, anyway. "60 Minutes" should be taken off the air for what they've done. [Applause] It should be taken off the air. And you know what else, John? They should lose their license because that's not just a little bad stuff.

Donald Trump 00:43:47-00:44:03 (16 sec) NO SIGNAL (0.795)

You know, they have licenses, these networks. They're worth billions of dollars, but the one thing is it says you have to be honest. That's election interference. They're interfering with the election. Am I right? [Audience responds affirmatively] They should lose their license, and "60 Minutes" should be taken off the air.

Donald Trump 00:44:03-00:44:35 (32 sec) NO SIGNAL (0.126)

Because of her vote, 560,000 seniors are set to lose their Medicare Advantage plans. Did you know that? Oh, did I ruin your evening? No, it's going to happen in the next few weeks. Because of her vote, 560,000 seniors will lose their plan. In other words, Kamala is shafting fixed-income seniors on Medicare to fund $7,500 tax credits for rich people to buy luxury electric cars.

Donald Trump 00:44:35-00:44:53 (18 sec) NO SIGNAL (0.073)

You know, we're subsidizing this whole crazy thing with your -- again, I love electric cars, but you can't do this. You can't do this. They don't go far, lots of little problems. They're made in China. We don't have the material. But you know what we do have? A lot of gasoline is down there, a lot of gas.

Donald Trump 00:44:53-00:45:17 (23 sec) NO SIGNAL (0.735)

I will stand up for our seniors, and I will save Medicare Advantage. So, seniors, you must vote for Trump, or you're going to have a very unhappy rest of your life. But you got to get out and vote. You know, I learned the other day. I was saddened by it because I have the endorsement of the NRA. I have everybody's endorsement.

Donald Trump 00:45:17-00:45:44 (28 sec) NO SIGNAL (0.744)

Here, I was saddened by this. Evangelicals, where I'm like at 90 percent, but they typically don't vote very much. In other words, they vote like 15, 20 percent. If the evangelicals would vote, we would win in a landslide. So, evangelicals, you got a lot of them here, please vote. The other ones -- there are two groups, especially, meaning they vote very, very disproportionately.

Donald Trump 00:45:44-00:46:06 (22 sec) NO SIGNAL (0.828)

The other group, you know who doesn't vote? Gun owners. Gun owners, they don't vote. This has been true for 50 years. I think it's a rebellious thing, OK? It's rebellion. They're having a rebellion. Gun owners, get out and vote. Evangelicals, get out and vote, or you're going to have somebody in office that's going to destroy your country.

Donald Trump 00:46:06-00:46:27 (21 sec) NO SIGNAL (0.828)

You also need to defeat your disastrous radical Democrat senator, Jacky Rosen, and elect a great patriot to defend your Washington values and your values in Reno. Although, I don't know, Reno, can I talk about great values in Reno? Yeah, I think I can. I'm not sure if everybody's going to believe that one, but I believe it.

Donald Trump 00:46:27-00:46:49 (22 sec) NO SIGNAL (0.108)

I know a lot of great people from Reno. We have values and all different values, and you have great values here. Jacky Rosen is a disaster. She votes virtually 100 percent of the time. Originally, you know, she was a big Barack Hussein Obama -- have you ever heard of him? Remember Rush Limbaugh? Rush Limbaugh, he'd be talking about it.

Donald Trump 00:46:49-00:47:18 (29 sec) WEAK (1.368)

He'd go, Barack. He's like falling asleep. Barack Hussein Obama. Barack Hussein Obama. We miss Rush, right? [Audience responds affirmatively] But we've got Sean Hannity, and we've got Laura. We've got Jesse. We've got Gutfeld. How do you like Gutfeld? I did his show. You know, I did his show, and he had the highest rating.

Donald Trump 00:47:18-00:47:35 (17 sec) WEAK (1.027)

Last week, two weeks ago, I did his show. He had the highest rating in the history of his show, and he won the entire week in television. How about that? [Applause] Is that good? No, he's good. You know, he used to hate me. He used to hate me. He used to hate Trump. And then after about a year, I said, "That guy really doesn't like me much."

X

Donald Trump 00:47:35-00:48:01 (26 sec) NO SIGNAL (0.697)

Gutfeld, he's a great guy and very talented guy, but he hated me. Oh, it was terrible, saying bad things. And then after about a year, I noticed there was a change. He said, "You know, I don't love this guy, but he does everything. I mean, everything he says, he gets it done. He defeated ISIS in record time. He said he was going to do that. He gave you the largest tax cuts in history, and he said he was going to do it. He got it passed in Congress. He gave you the largest regulation cuts."

Donald Trump 00:48:01-00:48:21 (19 sec) NO SIGNAL (0.616)

And he goes through this list. I didn't even know I did that much stuff. But he said, "You know, I'm starting to like him, actually." He said, "Would you rather have a guy that you really like, but he gets nothing done, or a guy that you can't stand, and everything gets done that's good for the country?" I built hundreds of miles of wall.

Donald Trump 00:48:21-00:48:43 (22 sec) NO SIGNAL (0.14)

I built 571 miles of wall. I was going to add to it, much more than I said I was going to build. He said, "He built the wall." Now, I will say this. I was going to add 200 miles more. I didn't promise to do that, but I thought it would be good. And when they came in, they sold a lot of that for 5 cents on the dollar.

Donald Trump 00:48:43-00:49:05 (22 sec) NO SIGNAL (0.695)

I said, "You know what? I think they want open borders." That's when I learned. I think they want open borders. But Gutfeld was great. Anyway, he had these great ratings, and now he really likes me a lot because he says, "He does everything he says he's going to do. And I say I'm going to do more than anybody else says they're going to do because I'm a worker, and I know how to get things done. [Applause]

Donald Trump 00:49:05-00:49:40 (35 sec) MEDIUM (1.561)

So, I would like you, if you would -- because he's a spectacular man, and I'll be honest with you. Would you stand up, please? There is nobody that has ever run for the Senate that has given up so much. He's given up so much. He's a great war hero. And he took a big hit, big hit. He took a hit like nobody takes.

Donald Trump 00:49:40-00:50:03 (23 sec) NO SIGNAL (0.62)

And if they took a hit like that, most people wouldn't be around, and other people would just -- they wouldn't know what to do. This guy -- and he's got the greatest wife and family you've ever seen. Nobody has given up so much as Sam. And Sam, I want you to win so badly, and you know that. And he has my full endorsement and all of that stuff.

Donald Trump 00:50:03-00:50:27 (24 sec) NO SIGNAL (0.648)

He's a great guy, and he's doing very well. He's against an unpopular person that has no respect in Washington, so let's see what happens, but he has my total and complete, as I say, endorsement. Thank you, Sam, very much. Thank you for being here. [Applause] We're also pleased to be joined as well by Senator John Cornyn of Texas.

X

Donald Trump 00:50:27-00:50:48 (21 sec) MEDIUM (1.864)

John, please. Thank you. Thank you very much. Thank you. I think John agrees with me on Sam, what Sam has done and what he's given up. He's a big hero. He really is a big hero. Another great one is Wesley Hunt of Texas. Stand up, Wesley. Wesley's fantastic. He's a great guy. Mark Amodei of right here, right around here.

Donald Trump 00:50:48-00:51:24 (35 sec) WEAK (1.175)

Come on, Mark. Where is Mark? Thank you, Mark. Good, good job. He's a warrior and a great football player and a great congressman. I used to watch him on the great Sean Hannity. Does anybody know Sean Hannity? You are, right now, on Sean Hannity because we're live on Sean Hannity, and he's great. He's great.

Donald Trump 00:51:24-00:51:41 (17 sec) NO SIGNAL (0.357)

He's one of the most successful guys in show business, and you wouldn't know it. He's a modest guy, but he's got some mouthpiece, I got to tell you. He's modest, but those lips move. We have some really good people, but Sean Hannity is great, and that whole group. Jesse has been great. Pete Hegseth. Rachel.

Donald Trump 00:51:41-00:52:20 (39 sec) WEAK (1.45)

They have a lot of good people. Then they have a few that I can't stand, I'll be honest with you. And I think it hurts them badly, if you want to know the truth, but they have some really, really good ones. And it's an honor. Who? [Audience member calls out "Tucker"] Tucker's great. Tucker's great. And speaking of Tucker, because you like this guy, how did we like JD Vance the other night? [Applause] Right? JD Vance was unbelievable the other night.

Donald Trump 00:52:20-00:52:39 (19 sec) NO SIGNAL (0.253)

Burgess Owens, please stand up. Great football player, great man, great friend of mine. He's been my friend from the beginning. Even before the beginning, he was saying, "I hope Trump runs." "You know him?" "No, I don't know him, but I think he'd do a very good job." So, he was there before the beginning.

Donald Trump 00:52:39-00:53:07 (28 sec) NO SIGNAL (0.614)

The Nevada GOP chair, we have a man who works his ass off, right? Michael McDonald. Stand up, Michael. Are we going to win, Mike? Are we going to win? He's the Nevada chair, and he's working hard. We're six points up. Did you know that? But I don't want to say it. I don't want to say it, Michael. Always, I say, assume that you're one point down, right? Assume you're one point down.

Donald Trump 00:53:07-00:53:25 (19 sec) NO SIGNAL (0.535)

In four incredible years under the Trump administration, we achieved more than any administration in the history of our country. We passed record tax cuts, biggest tax cuts in our history. They want to end them, and that would raise your taxes at levels that nobody's ever seen before. You know, you have one thing in those tax cuts that I hope people appreciate.

Donald Trump 00:53:25-00:53:44 (19 sec) NO SIGNAL (0.271)

The estate tax for small businesses, farms, and other things, it's nonexistent. You are leaving your farm or your small business to your children, and they had to go out and borrow money to pay the tax. And they'd oftentimes lose it and be depressed for the rest of their lives and worse, and I got that out.

Donald Trump 00:53:44-00:54:03 (19 sec) NO SIGNAL (0.399)

You don't have any estate. When they end this, that comes back. You know, I only tell you that, to the people that love their children, because if you don't love your children, it's not really worth that much, to be honest. Is there anybody in the room who does not love their children? I've only had like -- I've said that about 10 times.

Donald Trump 00:54:03-00:54:21 (18 sec) NO SIGNAL (0.311)

I've only had one person raise. I thought he was kidding, and he actually wasn't kidding. But that's a big deal. Think of that. You have no estate tax. You leave your farm now, and they can operate the farm. Because a lot of farmers, they have great value, but they don't necessarily have a lot of cash.

Donald Trump 00:54:21-00:54:41 (20 sec) NO SIGNAL (0.421)

A lot of businesses, they have a value, they have valuable businesses but no cash. They couldn't pay. They go out, and they borrow, and all of a sudden, they end up losing it. That won't happen. But if they end our tax cut, you know, that's a part of it. To me, it's a very important part. Record tax cuts, record regulation cuts, more than any other administration in history.

Donald Trump 00:54:41-00:55:02 (21 sec) NO SIGNAL (0.154)

And we achieved all-time low unemployment rates, record-low poverty rates, and rising wages for everyone at the highest level ever. We had the most successful country in our history. We never had -- and probably in the history of the world. We had never had a period of time like it. And we had -- remember this.

Donald Trump 00:55:02-00:55:34 (32 sec) WEAK (1.37)

We also had the best border. Remember that famous -- remember the graph that I liked more than any graph ever, ever, ever? [Audience responds affirmatively] Because I wouldn't be here. Do you have that graph, by any chance? Put it up. I love this piece of beautiful paper. Where is it? Oh, I love it. Oh, I love it.

Donald Trump 00:55:34-00:55:53 (18 sec) NO SIGNAL (0.002)

You see the line on the bottom, the red line? That's the lowest point. That was my last day in office. That was the lowest we ever were on illegal immigration. That includes drugs and a lot of other things, too, by the way. But look at that. Then it exploded like a rocket ship. Look what happened to it, and now it's worse than ever.

Donald Trump 00:55:53-00:56:17 (25 sec) NO SIGNAL (0.532)

But what a beautiful -- even if that red line wasn't there, if it was two inches to the right, I'd still say, what a beautiful piece of paper because if I didn't turn to the right to look at that beautiful piece of paper, I wouldn't be talking to you tonight. Beautiful. Beautiful. Yeah, I just realized, I just went like this.

Donald Trump 00:56:17-00:56:40 (23 sec) NO SIGNAL (0.302)

That's what I did. I went like that. We ended the NAFTA disaster; canceled the TPP, which would've been a disaster for your state; withdrew from the ridiculous one-sided Paris climate accord; and stood up to China. We stood up to China like never before, bringing in tens of billions of dollars when no other president got 10 cents from China.

Donald Trump 00:56:40-00:56:52 (12 sec) NO SIGNAL (0.633)

Not Bush. Not Obama. They never got -- in fact, I put on taxes and tariffs. I took in billions, hundreds of billions of dollars from China. It never happened before. And don't let that baby bother you because it doesn't bother me. To me, it's that beautiful. Where is that baby? [Audience chants "USA"] That's a good-looking, baby.

Donald Trump 00:56:52-00:57:51 (59 sec) NO STRESSLENS

Don't worry about it, mom, it doesn't bother me. You know what it means? Happy, youthful, beautiful baby, perfect baby. Thank you. We had the most secure border in U.S. history, fully rebuilt the U.S. military, and created a thing called Space Force. That hasn't been done. Remember that. That hasn't been done since Air Force 82 years ago.

Donald Trump 00:57:51-00:58:17 (26 sec) NO SIGNAL (0.55)

We obliterated ISIS, and with the Abraham Accords, we made peace in the Middle East, but Biden didn't follow it up. They don't follow anything up. I'm proud to be the first president in decades to have started no new wars. I finished wars. And I also gave you $35 insulin, which Biden and Kamala are trying to take.

Donald Trump 00:58:17-00:58:32 (15 sec) NO SIGNAL (0.093)

You know, I was the one that did it. You know, it's interesting because I did it, but it doesn't kick in for like two or three years by statute. And when it kicked in, I said, "You know, I better win this thing because otherwise, whoever the hell is president, they're going to take credit for $35 insulin."

Donald Trump 00:58:32-00:58:53 (21 sec) NO SIGNAL (0.253)

No, I did it. I did it. But those four wonderful years of peace and prosperity have been followed by four years of misery and failure under the worst president and vice president in American history by far. It's true. It's true. In fact, Jimmy Carter is the happiest man today. You know, he is almost 100, I guess.

Donald Trump 00:58:53-00:59:18 (25 sec) NO SIGNAL (0.436)

He's celebrated or celebrated -- he's very close to 100, and he is now happy because he goes down as a brilliant president by comparison to Biden. He didn't have a border like this. He didn't have the problems that we had. We're going to end up in Third World War with this guy. We're going to end up in a third world nuclear war because of this guy because he doesn't have a clue what the hell he's doing.

Donald Trump 00:59:18-00:59:47 (29 sec) NO SIGNAL (0.284)

And she is worse. Remember I said it? She is worse than him. She's not as smart as him, and he's not smart at all. But here are the facts. Kamala Harris is a radical left Marxist, rated even worse than Bernie Sanders. She was an original creator of Defund the Police movement. Think of that. Anybody that was involved in Defund the Police, even for a day, let alone years, is not worthy of being president of the United States because we cherish our police.

Donald Trump 00:59:47-01:00:08 (22 sec) NO SIGNAL (0.844)

We cherish our police. Kamala Harris vowed to abolish -- she vowed to abolish ICE. You know, ICE, these are great patriots. They also have to be tough people. They take MS-13 gang members out. They deposit them back in their country where they came from. It's a tough job. I mean, I have some tough friends in the front row.

Donald Trump 01:00:08-01:00:29 (20 sec) NO SIGNAL (0.339)

They don't want to be a member -- would you like to be a member of ICE and run into a pack of MS-13 killers and swing it out for about two hours and then stand up and say, let's get them out of here? You wouldn't? Tough guys don't want any part of it. They're tough, and they're smart. But you know what? They love our country, and they do an incredible job.

Donald Trump 01:00:29-01:00:50 (21 sec) NO SIGNAL (0.17)

And she wants to get rid of them. She wants to get rid of ICE. It's not going to happen. She wants to ban fracking, as you know. She wants to ban anything having to do with fossil fuel. She imposed the natural gas export ban and is now shutting down power plants and destroying our electric grid with her crazy Green New Scam regulations.

Donald Trump 01:00:50-01:01:12 (22 sec) NO SIGNAL (0.299)

Energy prices are already up this year 50 percent in Nevada. In Nevada, under Kamala, they're going higher. They're going to be maybe double within a year from now. She lost more -- and here's to me the worst because she said, no, she'd like to keep everything just the way it is. This is, to me, the worst.

Donald Trump 01:01:12-01:01:38 (26 sec) NO SIGNAL (0.282)

She lost 325,000 migrant children. They're gone. They're gone. [Audience boos] No, but you can't understand. Think of it. Three hundred and twenty-five thousand children are missing. Most of them are dead, in my opinion. She said -- all of them, they might be all. They're either sex slaves, slaves, dead, or just missing, but many of them are dead.

Donald Trump 01:01:38-01:02:01 (22 sec) NO SIGNAL (0.108)

And she said, "I want to keep it just like we've had it." There's never been a travesty like that. Think of that. Think of that in relation to wars and everything. There's never been anything like that. They're innocent kids. Their parents will never see them again most likely, most of them. And she has the 13,000 illegal alien convicted murderers roaming free in our country, free to kill again.

Donald Trump 01:02:01-01:02:30 (29 sec) NO SIGNAL (0.128)

As California attorney general, she redefined child sex trafficking, assault with a deadly weapon, and rape of an unconscious person as totally nonviolent crimes. No, she's radical left. [Audience boos] She just moved a little bit toward MAGA when she realized she wasn't getting any votes, right? In fact, we're going to send her a MAGA hat, I think, tonight.

X

Donald Trump 01:02:30-01:02:52 (22 sec) NO SIGNAL (0.156)

And she pledged to confiscate your guns and endorsed a total ban on handgun ownership. She sponsored a bill to oppose a 100 percent ban on gas-powered automobiles. Can you imagine that? [Audience boos] You have to give up your automobile. Darling, I really want to drive to Washington, but I don't want to make seven stops.

Donald Trump 01:02:52-01:03:19 (27 sec) NO SIGNAL (0.821)

She even called for free sex changes for illegal aliens in detention at taxpayer expense. One of the most expensive operations, by the way. That's the least of the problems. And perhaps most revealing of all, she lied about working at McDonald's. How simple is that? No, she said everything that she ever -- "I worked hard at McDonald's for a long time."

Donald Trump 01:03:19-01:03:46 (27 sec) WEAK (1.439)

I worked over the french fry bin. You know what I'm doing next week? I'm going to a McDonald's to work because if I work there for 10 minutes, I will have worked there longer than her. [Applause] You know, in many ways, I don't like that because it's so basic. But there's something beautiful about it, too.

Donald Trump 01:03:46-01:04:08 (23 sec) NO SIGNAL (0.256)

It's so simple. She said she worked at McDonald's, meaning I worked so hard. It's hard work. She worked at McDonald's. It turned out to be a lie. She's a liar. That's why I call her Lyin'. That's why I call her Lyin'. I had her as Comrade. OK, here's another poll. Who likes Comrade Kamala Harris? Comrade meaning sort of a communist thing.

Donald Trump 01:04:08-01:04:37 (29 sec) WEAK (1.044)

Or who likes Lyin'? Let's do Comrade first. Who likes Comrade? Comrade Kamala Harris. [Applause] Lyin' Kamala Harris. [Applause] I guess that's the end of that one. But with your vote this November -- you know, I did three of them today. I did a little one, a little tiny one with a small group. And then I did a really big one.

Donald Trump 01:04:37-01:05:03 (26 sec) WEAK (1.472)

I did a big one, and I did this one. And I'm still raring to go. They say, "How the hell do you get through all of them? How do you get the energy? How do you get that energy?" [Applause] But I love doing it. You know why? Because I see it. We're making so much progress. We're exposing her for what she is: an incompetent communist.

Donald Trump 01:05:03-01:05:16 (13 sec) NO SIGNAL (0.255)

And people aren't going to have that because we don't have a choice. If we don't win this election -- you know, there are those people that say, "You'll never have another election if we don't win this one." That could be possible. Look at Venezuela. Look at so many places. You know, it sounds far-fetched.

Donald Trump 01:05:16-01:05:33 (17 sec) NO SIGNAL (0.6)

It's not at all. Look at what's happened in just three and a half years. Look at what's happened to our country in three and a half years. We have to get out. We have to win this election. But with your vote this November, we are going to defeat these radical-left country destroyers, and we are going to finish what we so brilliantly started.

Donald Trump 01:05:33-01:06:03 (30 sec) WEAK (1.202)

We had it going so good. On day 1, I will close the border. I will stop the invasion of illegals into our country, and we will begin the largest deportation operation in the history of the United States. We have no choice. [Applause] The illegal migrants coming into our country are taking the jobs of American citizens.

Donald Trump 01:06:03-01:06:23 (19 sec) NO SIGNAL (0.65)

But you know what they're really taking? The jobs of Black and Hispanic workers. They're taking the jobs. Black community, Hispanic community is being decimated by what's happening. They're coming in, and they're taking the jobs. And you know what's going to be next? Unions, they're going to be next.

Donald Trump 01:06:23-01:06:40 (17 sec) NO SIGNAL (0.927)

They're going to take a lot of union jobs away. They're going to take jobs away, period. But the Black community, you saw the bad numbers last week. They were terrible. They've gone down. And you know why? Because they're hiring people. Well, you had a job. You had a job for years, and now all of a sudden, somebody else is taking the job.

Donald Trump 01:06:40-01:07:06 (26 sec) NO SIGNAL (0.723)

And it's also affecting the Hispanic people. And my numbers with the Black -- and especially Black men. I love Black men. I love them. I love them. I have gone through the roof with Black men, Black men. I don't do quite as well with Black women, I must say. I don't know why, but I'm sure that'll work out, too.

Donald Trump 01:07:06-01:07:28 (22 sec) NO SIGNAL (0.494)

I do appreciate it. I do. And we're doing unbelievably with Hispanic. The Hispanic population has been incredible, incredible. We will quickly become energy independent as we were before and make America the dominant energy producer in the world by far. We will frack, frack, frack and drill, baby, drill.

Donald Trump 01:07:28-01:07:52 (23 sec) NO SIGNAL (0.633)

Get our prices down. And we will terminate the insane mandate demanding that you have to have all electric -- everybody has to have an electric car within a very short period of time. [Audience boos] That goes for trucks and everything else. You know, the truckers, it doesn't work. The battery is so heavy.

Donald Trump 01:07:52-01:08:11 (19 sec) NO SIGNAL (0.22) X

Do you know that a battery for a truck is so heavy that you'd have to build -- rebuild every bridge in America because they can't handle the weight? That doesn't affect these people. The other thing is you'd have six stops between New York and Los Angeles. With diesel, you'd have none and can even come back 10 percent, OK? You'd have none.

Donald Trump 01:08:11-01:08:32 (21 sec) NO SIGNAL (0.273)

Think of it. And it takes up a lot of payload. But think about it. It's much heavier. The battery's very heavy, right? Very, very heavy. You would have to rebuild every bridge in America because it's not designed for that kind of a load. Can you believe it? And I said to this gentleman, one of the big truckers, one of the biggest, maybe the biggest in the world, I said, "Have you told them that?" "Yes."

Donald Trump 01:08:32-01:08:51 (19 sec) NO SIGNAL (0.199)

What did they say? "We don't care. We want you to build all electric." And he ain't doing it. I'll tell you, he's not doing it. I said, "How many trucks do you have?" He said, "29,000." I said, "You got 29,000? How big are they? They're all 18 wheelers. Is that what it is? The big ones are 18 wheelers?" And I said, "You must be very rich."

Donald Trump 01:08:51-01:09:12 (21 sec) NO SIGNAL (0.306)

He said, "I'll tell you what, they're going to try and make me poor." He said -- you know, he said something interesting. He said, "Sir, I've been buying trucks for 50 years, and every year, they get better, more efficient, stronger, bigger, better looking. And now, we even build beautiful -- " He called them an apartment.

Donald Trump 01:09:12-01:09:37 (25 sec) NO SIGNAL (0.91)

We build beautiful apartments behind that cab, and they are beautiful. This guy loves trucks. "And they are beautiful. Sir, honestly, you'd be proud to live in one of them." And I said, "How about the first lady? You think she'd love it?" I don't know. I don't know if she'd love it. I can handle it.

Donald Trump 01:09:37-01:09:56 (18 sec) NO SIGNAL (0.963)

I don't know if she would like it. I don't know if she -- by the way, go buy her book. Her book is great. I was a little nervous when I read it because I said, "I wonder if she's going to be hitting me hard." No, she was very nice. Otherwise, I wouldn't recommend it. It's very simple. No, go buy it. It's great.

Donald Trump 01:09:56-01:10:19 (23 sec) NO SIGNAL (0.65)

It's No. 1. No. 1 bestseller. [Applause] I will stop outsourcing and turn the U.S. into a manufacturing superpower. Working with Elon Musk, we will slash a record amount of government waste. He's good at that. That's what he wants to do. He doesn't want to be a secretary. He doesn't need it. He's got rocket ships all over the place.

Donald Trump 01:10:19-01:10:40 (21 sec) NO SIGNAL (0.093)

He is going -- he's a wild man, I'll tell you. But you know what he wants to do? He said, "I can cut costs, trillions of dollars, and nobody will be even affected. And our country will be back in great shape." Between that and charging countries that come in and plunder and steal, we'll have a country that's a machine.

Donald Trump 01:10:40-01:10:57 (17 sec) NO SIGNAL (0.459)

We're going to make a beautiful machine, and then we're going to take all that money and pay off debt and help people that are not in good shape and sick and old and tired. But he wants to do that. He doesn't want anything. He doesn't want a title. He just wants to say, "Look, there's so much waste and abuse and fraud."

Donald Trump 01:10:57-01:11:17 (20 sec) NO SIGNAL (0.455)

You ever hear the expression, fraud, waste, and abuse, right? Levels that you wouldn't even believe. You know, when I cut the price of Air Force One, I bought it, "Sir, it will be $5.8 billion." I said, "Nope, I'm not doing it." I was supposed to walk in and sign it because -- I said, "Who negotiated the contract?" They said, "Barack Hussein Obama."

Donald Trump 01:11:17-01:11:39 (21 sec) NO SIGNAL (0.082)

I said, "Well, then it's too high." They said, "Why do you say that, sir?" Because he negotiated it, it's too high. And I said, "It has to have a three." You know that story. So, I waited, waited, waited, Boeing, and then finally, they said, "Oh, boy," because, you know, they thought they had -- so think of it.

Donald Trump 01:11:39-01:12:25 (46 sec) NO STRESSLENS

If I didn't do that, they would've made $1.7 billion. I said -- because they ultimately cut it down to 3,999,999,999.99. One penny. I said, "It's got to have a three in front. This had a five, and 5.7." So, I said, "Let me ask you a question. So, if I didn't come along, you would've made 1.7?" Same exact plane, right? Except I had a much better paint job, much nicer.

Donald Trump 01:12:25-01:12:52 (27 sec) NO SIGNAL (0.35)

It's true. It was red, white, and blue, the way it should be. It wasn't baby blue. It was blue. Not that little baby blue. But no, I did a great job on it. But I said to the head of Boeing, I said -- this was before the two planes went down. This was before the problem. So, Boeing, Boeing was considered maybe the greatest, but certainly one of the greatest companies in the world, and now they've suffered a lot.

Donald Trump 01:12:52-01:13:21 (29 sec) WEAK (1.068)

But this was before. I said, "You mean if I didn't come along, you would've made $1.7 billion on this?" Actually, it's two planes, you know. Air Force One is actually two planes, two identical planes, 747s. "You would've made 1.7 billion?" He said, "Well, we have -- " Of course, they would've tried. The answer is they would've made 1.

Donald Trump 01:13:21-01:13:58 (37 sec) NO STRESSLENS

7 billion. So, Elon's actually right because they shouldn't make that kind of money on it. But I got them down $1.7 billion. It took about two months of not returning phone calls. I will end the war in Ukraine, stop the chaos in the Middle East and prevent World War III. I will crush violent crime and give our police the support, protection, resources, and respect they so dearly -- they dearly -- look, you know that.

Donald Trump 01:13:58-01:14:22 (24 sec) NO SIGNAL (0.444)

They dearly deserve it. We're going to give our police their respect back. They want to do the job. [Applause] No, but think of that. With all the criminals that are being put in all over the world -- this is not just South America. We mentioned Venezuela, but it's all over the world. Crime is down all over the world.

Donald Trump 01:14:22-01:14:48 (26 sec) NO SIGNAL (0.75)

Prison populations are down all over the world. They're delivering into the United States mental patients, prisoners, killers, drug dealers, gang members, criminals, street criminals. They're all here. They're all going to be here soon. We're not going to allow it to happen. Not going to happen. We will strengthen and modernize our military.

Donald Trump 01:14:48-01:14:55 (7 sec) NO SIGNAL (0.443)

We'll build a missile defense shield, all made in the USA, and we will not have a woke military. Watch this. Watch this. Watch this. You'll like this. [Begin videotape]

R. Lee Ermey 01:14:55-01:15:02 (7 sec) NO STRESSLENS

[Video Clip] You little scumbag. I've got your name. I've got your ass. You will not laugh. You will not cry. You will learn by the numbers.

Rachel Levine 01:15:02-01:15:09 (7 sec) NO STRESSLENS

[Video Clip] Happy pride. Happy pride month. And actually, let's declare it a summer of pride.

R. Lee Ermey 01:15:09-01:15:10 (1 sec) NO STRESSLENS

[Video Clip] So, you're a killer?

Matthew Modine 01:15:10-01:15:12 (1 sec) NO STRESSLENS

[Video Clip] Sir, yes, sir.

R. Lee Ermey 01:15:12-01:15:13 (1 sec) NO STRESSLENS

[Video Clip] Let me see your war face.

Matthew Modine 01:15:13-01:15:13 (1 sec) NO STRESSLENS

[Video Clip] Sir?

R. Lee Ermey 01:15:13-01:15:17 (4 sec) NO STRESSLENS

[Video Clip] You've got a war face? Ahhhh! That's a war face. Now, let me see your war face.

Matthew Modine 01:15:17-01:15:18 (1 sec) NO STRESSLENS

[Video Clip] Ahhhh!

X

R. Lee Ermey 01:15:18-01:15:21 (3 sec) NO STRESSLENS

[Video Clip] Bullshit. You didn't convince me. Let me see your real war face.

Matthew Modine 01:15:21-01:15:22 (1 sec) NO STRESSLENS

[Video Clip] Ahhhh!

Kylie Minogue 01:15:22-01:15:28 (6 sec) NO STRESSLENS

[Video Clip] Padam Padam, I hear it and I know, Padam Padam, I know you want to take --

R. Lee Ermey 01:15:28-01:15:41 (13 sec) NO STRESSLENS

[Video Clip] You will be a weapon. You will be a minister of death praying for war. But until that day, you are pukes. You are the lowest form of life on earth. You are not even human fucking beings. You are nothing but unorganized, grab-asstic pieces of amphibian shit.

Qveen Herby 01:15:41-01:15:47 (6 sec) NO STRESSLENS

[Video Clip] Abracadabra. These bitches know I got answers. The way I --

R. Lee Ermey 01:15:47-01:15:56 (9 sec) NO STRESSLENS

[Video Clip] It looks to me like the best part of you ran down the crack of your mama's ass and ended up as a brown stain on the mattress. I love working for Uncle Sam.

Marines 01:15:56-01:15:58 (2 sec) NO STRESSLENS

[Video Clip] I love working for Uncle Sam.

R. Lee Ermey 01:15:58-01:16:01 (2 sec) NO STRESSLENS

[Video Clip] Lets me know just who I am.

Marines 01:16:01-01:16:10 (10 sec) NO STRESSLENS

[Video Clip] Lets me know just who I am.

R. Lee Ermey 01:16:10-01:16:14 (4 sec) NO STRESSLENS

[Video Clip] One, two, three, four. United States Marine Corps.

X

Marines 01:16:14-01:16:18 (4 sec) NO STRESSLENS

[Video Clip] One, two, three, four. United States Marine Corps. [End videotape]

Donald Trump 01:16:18-01:16:36 (17 sec) WEAK (1.041)

It may not be politically correct, but we won two world wars. We won two beautiful, big, ugly wars, and we are in a woke mode. Look, I defeated ISIS in a matter of weeks. It was supposed to take years, and those people did it. And I had great generals, not the guys you see on television that don't know what the hell they're doing.

Donald Trump 01:16:36-01:17:00 (24 sec) NO SIGNAL (0.183)

And they are woke. But the military -- you could take these military guys that we have and put them into a woke cage, they call it a woke cage, scream at them for two years about wokeism, and they come out, and they want to beat your ass. We have very tough, smart, great military. We have to take care of our military, though.

Donald Trump 01:17:00-01:17:21 (22 sec) NO SIGNAL (0.795)

We gave billions and billions of dollars of it to Afghanistan, to the Taliban. You know, we didn't have one soldier killed in 18 months. They were going along, killing our soldiers. And I made a phone call, and the fake news -- that's a lot of fake news back there. Look. [Audience boos] The fake news, that's a lot.

Donald Trump 01:17:21-01:17:43 (22 sec) WEAK (1.351)

That's a lot of cameras. It's amazing when I watch, and I see those red lights, you know, when the red lights are on. And sometimes, I'll point to them, and as soon as I start pointing, those lights go off so fast. We will lead the world in space and reach Mars before the end of my term, and we will rebuild our cities, including our capital in Washington, D.

Donald Trump 01:17:43-01:18:24 (41 sec) NO STRESSLENS

C., making them safe, clean, and beautiful again. And I will support universal school choice, very important. And we will get critical race theory and transgender insanity the hell out of our schools. [Applause] And we will keep men out of women's sports. I will defend the Second Amendment, protect religious liberty, restore free speech, and we will secure our elections.

Donald Trump 01:18:24-01:18:51 (28 sec) NO SIGNAL (0.551)

Under the Trump administration, we will put American citizens first, American children first, American patients first. You cannot get into a hospital, by the way, because the migrants have all of the beds. You cannot get into a hospital. You cannot get your kids into a school because there are migrants there that don't even speak the language.

Donald Trump 01:18:51-01:19:13 (22 sec) NO SIGNAL (0.304)

It's unbelievable. They're giving -- because of Biden and Kamala, they're giving precedence over your children who've been in that school. Is it not even thinkable? I will put American taxpayers first, American workers first, and American communities first, and we will put communists and Marxists and fascists last.

Donald Trump 01:19:13-01:19:37 (24 sec) NO SIGNAL (0.038)

We're going to put them last, way down at the bottom, and they will always be last. We will defend our territory. We will not be conquered. They're trying to conquer us. Think of it. These guys are walking in with guns that are more sophisticated than our military has. They have no money. They come in from different parts of the world, and they have better guns than we have.

Donald Trump 01:19:37-01:20:01 (24 sec) NO SIGNAL (0.474)

There's something going on, but I'll get to it very quickly. It's going to end. It's going to end unpleasantly for them. We will reclaim our sovereignty, and I will give you back your freedom, your life, and your country. Everyone will prosper, every family will thrive, and every day will be filled with opportunity and hope.

Donald Trump 01:20:01-01:20:33 (31 sec) NO SIGNAL (0.726)

We're going to bring back the American dream. [Applause] But for that to happen, we must defeat Kamala Harris and stop a radical-left agenda once and for all. We want a landslide that is too big to rig, too big to rig. And again, early mail-in voting is underway, and you have to get out there and do it and get everyone you know to vote because all -- I mean, think of this, after everything that we've been through.

Donald Trump 01:20:33-01:21:02 (29 sec) NO SIGNAL (0.362)

We've been through a lot together, right? These are vicious, horrible people. I call it the enemy from within. We stand on the verge of the four greatest years in the history of our country. If we win this election, we're going to have the four greatest years in the history of our country. With your help, from now until Election Day, we will redeem America's promise.

Donald Trump 01:21:02-01:21:40 (38 sec) WEAK (1.418)

We will put America first, and we will take back the nation that we love. November 5th will be the most important day in the history of our country, and together, we will make America powerful again. We will make America wealthy again. We will make America healthy again. We will make America strong again.

Donald Trump 01:21:40-01:22:02 (22 sec) WEAK (1.319)

We will make America proud again. We will make America safe again, and we will make America great again. Thank you very much. Thank you, Reno. Thank you. God bless you. God bless you all.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About Contact Us Advertise
Events Privacy RC Jobs
Newsletters The Staff Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

X

# WILKINSON EXHIBIT 14




Factbase

Powered by FiscalNote StressLens

## Donald J. Trump

Transcripts | White House Calendar | White House Press Releases

# Speech: Donald Trump Holds a Campaign Rally in Traverse City, Michigan - October 25, 2024

StressLens | 2 Topics | 9 Entities | 2 Moderations | 18 Speakers




### Full Transcript

Donald Trump 00:00:00-00:00:30 (31 sec)

NO SIGNAL (0.289)

Thank you very much. Thank you very much. I am so sorry. Here's what they wanted to do. We got so tied up, and I figured you wouldn't mind too much because we're trying to win. And I got interviewed by, actually, a g
but I got to know him because it was the longest interview I've ever done in my life.

Donald Trump 00:00:30-00:00:51 (21 sec)

1:10:16

Roll Call

Joe Rogan, a good guy. And it's a -- you know, it's quite something, and we had some other things, really important. And I said, "You know, we're going to get this stuff done." And my people came to me. "Sir, we could cancel our evening event. I'm sure the people wouldn't mind." I said, "Are you crazy? I'm not canceling."

Donald Trump 00:00:51-00:01:22 (31 sec) NO SIGNAL (0.445)

There's no way. I'm not canceling. There's no way. We never even -- so I apologize. But, you know, it's all about winning. We got to win. And we did some things today that will help us win. I think we did a lot of taping. A lot of this, a lot of that, a lot of everything. And we're way up. I'm not supposed to say that, but we're way up, not only the polls but the early voting.

Donald Trump 00:01:22-00:01:48 (27 sec) NO SIGNAL (0.524)

I guess we're leading in all seven swing states. [Applause] OK. Forget I said it. Forget it. Because everybody has to go out and vote. Who's voted so far? Who's going to vote? I always figured you like to vote a little bit late. This party just likes to vote a little bit late, and that's OK. I understood it.

Donald Trump 00:01:48-00:02:10 (21 sec) NO SIGNAL (0.224)

I never went crazy over the one or the other, but we're leading, actually, in places where traditionally, the Republicans don't lead. In fact, they can go down 30, and then they catch them at the end, right? But a little scary, a little spooky. But we're leading in just about every one, right? Just about every one.

Donald Trump 00:02:10-00:02:30 (20 sec) NO SIGNAL (0.131)

And it's usually, they lead, and then we catch them. And in our case, we usually beat them. We did great in 2016. We did much better in 2020. But, you know, a lot of bad things happened there. But this one, this one blows it away because we've never had enthusiasm like this. And part of the reason is they're so bad.

Donald Trump 00:02:30-00:02:58 (28 sec) NO SIGNAL (0.142)

You know, you got a little dose of bad management. You got a little dose of incompetent people. You know where she is tonight? She's out partying. So, Israel is attacking. We got a war going on, and she's out partying. At least we're working to make America great again. That's what we're doing. [Applause] Kamala, Kamala, she's the worst president in the history of our country.

Donald Trump 00:02:58-00:03:29 (31 sec) NO SIGNAL (0.276)

She's the worst vice president in the history of our country. She was on CNN the other night, two nights ago. She couldn't put two sentences together. This is not going to be our president. We better not let that happen. It'll be the end of our country. So, I want to say a very big hello, Michigan. I'm thrilled to be back in this incredible state with thousands of proud, hardworking American patriots.

Donald Trump 00:03:29-00:03:51 (22 sec) NO SIGNAL (0.432)

And I'd like to begin by asking a very simple question. Are you better off now than you were four years ago? [Audience responds "No"] Yes, thank you all very much. We're going to have a good time. Look, I figured we're going to be a little bit later. It wouldn't matter. It's a Friday night, right? You lose total track.

X

Donald Trump 00:03:51-00:04:09 (18 sec) NO SIGNAL (0.249)

Remember when Biden used to get up, and he'd say, "It's great to be in Idaho." "Sir, you're in New Hampshire." "Oh." You know, if you do that, if you make that mistake, it doesn't matter. Winston Churchill was a great speaker. If you made that mistake, it doesn't matter who it is. The evening's over.

Donald Trump 00:04:09-00:04:30 (21 sec) NO SIGNAL (0.673)

You're dead. But he used to make it all the time, right? "It's great to be in Florida," and then you'd see it'd be Vermont or someplace. Crazy. Well, we've gone through with this group of incompetent people. And, you know, what? We couldn't stand four more years -- or you couldn't stand another -- I'm not sure we can stand another three, four months of it if you want to really know the truth.

Donald Trump 00:04:30-00:04:54 (24 sec) NO SIGNAL (0.328)

But I'm here today with a message of hope for all Americans. With your vote in this election, I will end inflation. I will stop the invasion of criminals into our country, and I will bring back the American dream. We're going to bring it back. [Applause] And this is all you really need to know. They broke it, and I'll fix it.

Donald Trump 00:04:54-00:05:21 (27 sec) NO SIGNAL (0.332)

We're going to fix it, and we're going to fix it fast. We're going to fix it fast. With your support on November 5th, America will be bigger, better, bolder, richer, safer, and stronger than ever before. We're going to be -- we're going to do it. We got a lot of work to do. You know, when they allowed 21 million people to come into our country in three and a half years -- think of it.

Donald Trump 00:05:21-00:05:37 (16 sec) NO SIGNAL (0.356)

It's much more than that, I believe. They have no idea. Nobody even has any idea. You don't even know how big the country is. Is it 325? Is it 350? You know, countries usually know approximately what size -- they allowed so many people. You have no idea how big the country is, but we'll figure it out.

Donald Trump 00:05:37-00:05:56 (19 sec) NO SIGNAL (0.058)

But we're going to get rid of the bad ones real fast. We have to. We have no choice. And this election is a choice between whether we will have and whether we're going to have four more years of incompetence and failure or whether we will begin the four greatest years in the history of our country. We're going to do that.

Donald Trump 00:05:56-00:06:27 (31 sec) NO SIGNAL (0.389)

Kamala Harris, Kamala, Kamala. [Audience boos] She's so bad, you know. No, no. She's so bad. Can you imagine? President Xi, he's a fierce person. Somebody said, "What's he like?" I said, "He's fierce." He walks in. We say hello. "We will immediately get back to work." You know, he's fierce. There's no games.

Donald Trump 00:06:27-00:06:45 (19 sec) NO SIGNAL (0.056)

You know, there's no games. When he sees this, he can't believe it. I guarantee you that. What the hell has happened to our country? So, I say this. They say the biggest thing -- on the polling, the biggest thing they have is the economy, and then they have inflation, and then they have the border. And I disagree.

Donald Trump 00:06:45-00:07:06 (21 sec) NO SIGNAL (0.104)

I think the border is No. 1. I think the border and the inflation is terrible, and the economy stinks because of the inflation. It stinks because of the inflation. But I think the biggest thing is the border because they have allowed millions of people to come in from prisons and from mental institutions and destroy our country.

Donald Trump 00:07:06-00:07:22 (16 sec) NO SIGNAL (0.247)

And we're not going to let that happen. But I really believe -- does anybody agree with that? Because I do. [Audience responds affirmatively] Kamala Harris is leading a hate campaign now. She's got a new thing going. You know, I think now they're calling me a dictator. So, they started off where I was a dictator.

Donald Trump 00:07:22-00:07:42 (20 sec) NO SIGNAL (0.842)

None of it worked. Then they went to "He's an evil genius." That didn't work. Then they went "He's a dumb son of a bitch." That didn't work. That didn't last long. That didn't last too long. Then they went back to the dictator stuff. They don't know what they're doing, those poor people, those poor, lost souls.

Donald Trump 00:07:42-00:08:12 (30 sec) NO SIGNAL (0.362)

They're like lost souls. They're radical-left lunatic Democrats, and they all suffer from Trump derangement syndrome at a level -- and she's joining. I saw Hillary today. We're having a big thing on Sunday at Madison Square Garden. And I guess in the 1930s or something, some guy who was inclined toward the Nazis had something, and she said "It's just like the 1930s."

Donald Trump 00:08:12-00:08:30 (18 sec) NO SIGNAL (0.114)

No, it's not. No, no. This is called Make America Great Again. That's all it's called. [Applause] This is not like -- you know, Hillary conceded. I don't know what's going on with her. 3:00, 3:01 in the morning, she called me, and she conceded. I don't have to tell you the whole story, but she conceded.

Donald Trump 00:08:30-00:08:52 (22 sec) NO SIGNAL (0.017)

I don't want to be rude to her. Why would I be rude to her? She's rude to me. Why wouldn't I be rude to her? Well, I am. You know, when the crowd used to shout, "Lock her up, lock her up," they shout -- and I used to go, right, "Just relax. We're going to win." And then we won, and they still said, "Lock her up," and I said, "Just relax. We just won. Just take it easy,"

Donald Trump 00:08:52-00:09:14 (22 sec) NO SIGNAL (0.208)

because I couldn't see the wife of a president of the United States being put in the hoosegow, right? I couldn't see it, being put in jail, being put in prison. And, you know, she was also secretary of State, and I hear her talking like -- you know, there's never been a man investigated like Donald J.

Donald Trump 00:09:14-00:09:34 (21 sec) NO SIGNAL (0.321)

Trump, not Al Capone. Alphonse Capone, if he had dinner with you and didn't like you, you were a dead person. I spent more time under investigation than Scarface Al Capone. But it's amazing. So, there are a lot of people that wanted to put her in jail. They didn't give a damn. I said no, "You can't do that, the wife of a president."

Donald Trump 00:09:34-00:10:00 (26 sec) NO SIGNAL (0.443)

And then I get in there, and they go after me, these animals, these dirty animals. I'm leading a movement of optimism and confidence and hope, and I'm asking you to be excited about the future of our country again because there's nothing to be excited with these idiots running it. [Applause] You're going to start thinking about the big dream and the American dream.

Donald Trump 00:10:00-00:10:18 (17 sec) WEAK (1.119)

You're going to start dreaming again, and this will be America's new golden age. We're going to make it the golden age. We have a little bit of a -- you know, we're sort of behind the one-yard line. We got to get rid of some of the problems that they've caused. But the reason the enthusiasm is so good is because of that.

Donald Trump 00:10:18-00:10:40 (22 sec) NO SIGNAL (0.813)

If we would have done it the more traditional way, like you win and you win and then you retire, I guess, for the rest of your life, right? What the hell. So, we won, and we won, but they said, "I'm sorry." And then we won again. We won -- think of it. We'll say we won three times, but we don't want -- we don't want the results of the second.

Donald Trump 00:10:40-00:11:08 (28 sec) NO SIGNAL (0.242)

We don't want those results, but we're going to clean up the results of the second, and we're going to clean them up good because the results of the second -- you take a look at the crime in our country, take a look at the crime. It's never been like this. When I was debating that fake newscaster on ABC, David Muir, a fake, a fake sleazebag -- [Audience boos] I don't watch him anymore.

Donald Trump 00:11:08-00:11:36 (27 sec) NO SIGNAL (0.457)

Everything I'd say, he'd say, "Well, no, no." I'd say crime is through the roof. It's rampant. He'd say, "No, no, crime is down." I said only a stupid person would say crime -- you don't have to know anything. You don't have to see statistics. The crime is up. And then when you add the migrant crime, which is going to make even our crime look like peanuts -- and by the way, these migrant criminals, the only thing good about them is they make our criminals look like nice people, very nice people.

X

Donald Trump 00:11:36-00:12:01 (26 sec) NO SIGNAL (0.171)

Every problem facing us can be solved, but now the fate of our nation is in your hands, and it really is. You know, if we win Michigan, we win the whole thing, the whole thing. [Applause] And you have to vote for me. I just killed the biggest car plant anywhere in the world, in Mexico, owned by China.

Donald Trump 00:12:01-00:12:24 (23 sec) NO SIGNAL (0.225)

I just killed it. It's dead. It's dead. Detroit would have closed up. This thing is so big, and I heard about it. I've been talking about it. I've been up here a lot. I talked in front of the Detroit Economic Club. It was very nice. And I talked about these plants that are being built in Mexico, near the border.

Donald Trump 00:12:24-00:12:42 (18 sec) NO SIGNAL (0.636)

They're going to make cars and sell them into the United States. It's going to be like making crackers. Owned by China. And they were going to come through, and they were going to destroy your business up here. You've already -- I mean, your business, over the years, look over the last 30, 40 years, it's been decimated compared to what it was.

Donald Trump 00:12:42-00:13:03 (20 sec) NO SIGNAL (0.765)

We're going to bring the car industry back to Michigan. We're going to bring it back to Detroit. But I heard about this big one in particular, but this massive plant's going to be built. And they're all set. You heard the story. A friend of mine, he builds plants. I said, "Take me to a plant. I want to see a plant."

Donald Trump 00:13:03-00:13:38 (36 sec) NO SIGNAL (0.255)

He said, "We'll have to go to Mexico." I said, "No, I want to see one in the United States." He said, "Well, there's no big one being built by comparison. You want to see the big ones, you got to go to Mexico." I said, "You got to be kidding. What's this all about?" And he said, "No, we're building some really big ones for China."

Donald Trump 00:13:38-00:14:15 (37 sec) NO SIGNAL (0.672)

So, I immediately thought -- I said, "How do we kill those suckers?" And I said, "We're going to put 100, 200, 400, 700 -- we're going to put the biggest tariffs. There won't be one damn car that's going to be able to come through our border." And I said -- I announced it. And at the club, I announced, and then, you know, a week ago, I was -- two weeks ago, I was at an event, and I look, and I see the guy's name is John, great guy.

Donald Trump 00:14:15-00:14:42 (27 sec) NO SIGNAL (0.526)

He's the big guy. He's the one that builds a lot of the plants, most of them. He's really amazing, actually. That's what he does. If you -- if he had to build a little apartment someplace, I don't know if he could do it, but he can build a plant that's two miles long, and he's great at it. And I said, "How's that plant coming?" This was a year ago, the first time I met him.

Donald Trump 00:14:42-00:15:12 (30 sec) NO STRESSLENS

And he said, "Well, sir, they just canceled the plant." "Who just canceled it?" "China and Mexico is furious." "Why are they furious?" "Because the plant was canceled." I said, "Really? Why did they cancel it?" "Because they said they thought you were going to win and that if you win, you're going to put big tariffs on them, and they're never going to sell any cars into America and destroy Detroit. And they just canceled it."

X

Donald Trump 00:15:12-00:15:32 (20 sec) NO SIGNAL (0.687)

So, we're happy, right? I just found out about it a few days ago. So, we just killed what would have been the biggest plant probably anywhere in the world that was going to destroy the state of Michigan. So, you're going to now vote for Trump because, let me tell you, Kamala is never going to be doing that.

Donald Trump 00:15:32-00:15:57 (25 sec) NO SIGNAL (0.025)

Kamala doesn't know she's alive. If you watched her, if you watched her being interviewed by Allison Cooper the other night, who's a nice person -- do you know Allison Cooper? CNN fake news. Oh, she said, "No, his name's Anderson." Oh, no. If you watch that interview, you would never want her as your president.

Donald Trump 00:15:57-00:16:16 (19 sec) NO SIGNAL (0.095)

She couldn't answer the simplest question. What's going to be the first thing you think about? What are you going to do? "I grew up with a beautiful lawn." She said that in the debate, too, the same stuff. I had David Muir and that other one. I don't even know who the hell her name is. I don't want to know her name.

Donald Trump 00:16:16-00:16:41 (25 sec) NO SIGNAL (0.501)

Somebody said, "Oh, we'll get her name, sir." I said, "I don't want to know her name. Why would I want to know her name? Just say Madam No Name." But they were hitting me left and right. They're the worst. I'll tell you, actually, ABC might be the worst. But I think "60 Minutes" has really topped it, though.

Donald Trump 00:16:41-00:17:05 (24 sec) NO SIGNAL (0.328)

60 Minutes interviewed Kamala, and she was incapable of answering questions. And they took the main question, like one of the early but a big question. They asked, and it was -- I don't like the word "word salad." I mean, it's like stupid. But it was just a big jumble of words. It was just like rambling on.

Donald Trump 00:17:05-00:17:28 (23 sec) NO SIGNAL (0.72)

It didn't go anywhere. And, OK, they asked the question. They took it out, threw it away, and they put a brand-new answer in that was a fake answer. Didn't even pertain to that question. And they got caught. And to me, it's the biggest scandal in broadcast history. It's election interference fraud, and "60 Minutes" should be taken off the air.

Donald Trump 00:17:28-00:17:52 (24 sec) NO SIGNAL (0.431)

They should. And CBS should lose its license. You know, the government, the government gives us license to NBC fake news, ABC fake news, and CBS fake news. They have to pay. If they had to pay, they'd pay billions of dollars. They get them for nothing. They pay nothing. They're public airways, they pay nothing.

Donald Trump 00:17:52-00:18:11 (19 sec) NO SIGNAL (0.845)

And, you know, what? The one thing is you have to be honest, and they were very dishonest. And ABC was very dishonest with David Muir when he just never asked her anything. Everything I answered, boom, they would criticize. And they were wrong on, I think, all of them, and all of her answers were wrong.

Donald Trump 00:18:11-00:18:41 (29 sec) NO SIGNAL (0.13)

They never questioned her. This is interference with an election, but worse than that, I think, honestly, with "60 Minutes," they took her answer out and put a new answer in. [Audience boos] Do you think they'd do that for me if I gave a bad answer? [Audience responds "No"] You know what they do with me? I give a long, beautiful, flowing, weaving answer.

Donald Trump 00:18:41-00:19:19 (38 sec) NO STRESSLENS

It's the weave. I call it the weave. You have to be very smart to do it. The main thing is you have to end up in the right location. If you end up out here, that's no good. But I call it the weave. What they'll do with me is they'll take out a piece and another piece, you know, and that's bad. But it's not like they can say, "Well, we want to shorten the answer. You know we have time, right? We need time."

Donald Trump 00:19:19-00:19:44 (26 sec) NO SIGNAL (0.809)

But they took this -- and so, I think it's the worst thing. And we're going to be suing them because -- and I'm suing them on behalf of you. I'm not suing them for me. I'm not suing them for me. I'm suing them for you because that's really a fraud on the American people. So, why should they get a free license when they do that stuff? They're so biased.

Donald Trump 00:19:44-00:20:06 (22 sec) NO STRESSLENS

It's so disgusting. And you don't get the real picture of a candidate when they do that. You don't realize she's close to a moron, OK? You don't realize that because they give you another answer. It wasn't a great answer, but at least it was, like, semi-normal. So, we're going to probably sue them. I think we're going to sue them.

Donald Trump 00:20:06-00:20:44 (38 sec) NO SIGNAL (0.264)

Should I sue them or not? [Audience responds affirmatively] All right. Stay tuned. Stay tuned. It'll happen fast. It's such an easy thing. How do you go -- how do they go to court and say, "Well, Your Honor, we did it, but -- " I mean, that was a big thing. How do you -- it's got to be very embarrassing for them.

Donald Trump 00:20:44-00:21:03 (19 sec) NO SIGNAL (0.479) X

They have no answer. They actually said they have no answer for it. They got caught cheating. And we want the rest of their answers because they probably did it with other answers, too, right, because this woman -- can you imagine this is going to be your president? I don't think so. Michigan, you have to stand up, and you have to tell Kamala Harris that "You've been a horrible, horrible vice president.

Donald Trump 00:21:03-00:21:21 (19 sec) NO SIGNAL (0.195)

You've destroyed San Francisco when you were the DA. You were horrible as the attorney general working with Gavin Newscum. You destroyed California. You're a disgrace to your nation. You shouldn't be running for president. You picked the dumbest vice president in history, maybe even dumber than you." This guy is the dumbest guy. What a choice. Somebody said, "

Donald Trump 00:21:21-00:21:42 (20 sec) NO SIGNAL (0.359)

You got lucky, sir." "Why?" "They picked this guy. He's dumb as a rock." Of course, you could make the case that -- you know, there's a theory. Pick a really bad vice president. That way they never get rid of you. So, maybe she did a very smart thing. Who knows? But we're going to say, "Kamala, you're horrible.

Donald Trump 00:21:42-00:22:05 (23 sec) NO SIGNAL (0.058)

Kamala, you're fired. Get the hell out of here. You're useless. You're horrible. You're horrible." I'll tell you what -- can you believe, though? She's out celebrating. You know what she -- how do you celebrate when you're down by, like, a lot? Do they realize it? Because, you know, the votes are so -- this isn't even polls anymore.

Donald Trump 00:22:05-00:22:33 (29 sec) NO SIGNAL (0.482)

These are the votes of, you know -- and if they come in, even not like they're coming in now, even, you know, less good. And, you know, things can happen. Number one, they cheat like hell. So, maybe they know something that we don't, right? They might know something that we don't. I don't know. Why the hell would she be celebrating when you're down? Maybe -- I never thought of that.

Donald Trump 00:22:33-00:22:59 (25 sec) NO SIGNAL (0.12)

Maybe she knows something we don't. But we're not -- we're not going to let it happen. We're not going to let it happen. We can't let it happen. But the polls are open for early voting here in Michigan, and we're setting all-time records in the votes. You know, the votes are -- you're setting all-time records in the votes because people -- look at this place.

Donald Trump 00:22:59-00:23:22 (23 sec) NO SIGNAL (0.583)

I mean, it's -- what is it? What time is it tonight? What the hell. What is it? Right? It's 11. He said it's 11. I mean, it's freezing out. Is anybody cold? I'm not cold. [Audience responds "No"] I'm not cold. So, we're setting records with the votes. The early voting is records. The Trump people are coming out.

Donald Trump 00:23:22-00:24:00 (38 sec) NO SIGNAL (0.596)

They're voting like crazy. And, you know, typically, we get our voting -- the big voting that we get is at the end. So, if we were anywhere near tied, and we're more than tied, we're going to have a big time. It's going to be the greatest -- it will be the single greatest political victory in the history of our country, right? MAGA, Make America Great Again.

Donald Trump 00:24:00-00:25:14 (74 sec) NO STRESSLENS

So, let's keep going. Don't let up. I shouldn't have told you what I told you tonight. But look, now, I have an excuse. I said, "Well, we made a mistake." No, no, I shouldn't have said -- they said, "Don't tell them, sir. Don't let them keep -- " You have to vote anyway because you can't trust them, right? Too big to rig, too big to rig.

X

Donald Trump 00:25:14-00:25:45 (31 sec) NO SIGNAL (0.119)

We have to bury the hatred and the lies and the avalanche, and we have to do it in an avalanche of votes. And every time you see a smear, every time you hear them attack, take the motivation to go out and vote, vote, vote. You just go and vote. And get your friends and tell your girlfriend -- she's got a husband.

Donald Trump 00:25:45-00:26:10 (25 sec) NO SIGNAL (0.549)

He's a big slob of a guy. And tell him to get the hell off the couch. "Harry, you big slob, get off the couch. We're going to vote for the president. We're going to make America great again." We're going to make it great. Got to get them. Got to get them. With your help, 11 days from now, we're going to win Michigan.

Donald Trump 00:26:10-00:26:32 (23 sec) NO SIGNAL (0.254)

We're going to defeat Kamala Harris, and we're going to make America great again. [Applause] For generations, this state was the beating heart of the car industry and one of the greatest manufacturing centers anywhere in history. Yes. OK. Doctor, please. Doctor, thank you. Take your time, doctor. Take your time.

Donald Trump 00:26:32-00:26:49 (16 sec) WEAK (1.462)

Plenty of time. [Audience chants "USA"] Are they OK? Everybody OK? You all right? You let us know when. We got plenty of time. We love our people. They have a little problem. They have a little problem. We're OK. We'll wait. We don't give a damn, right? I'll tell you, we have such great doctors in these audiences.

Donald Trump 00:26:49-00:27:11 (22 sec) NO SIGNAL (0.621)

You know, you need a doctor, and those doctors are all over there. Great doctors, too. Great, great doctors. How's that going? Let's go. OK. Thank you. Let's go. But year after year, globalist politicians like Kamala Harris sold you out, and they let other countries loot, pillage, and plunder our wealth, our jobs, and our dreams.

Donald Trump 00:27:11-00:27:35 (24 sec) NO SIGNAL (0.635)

They just stole it from us like we're a bunch of babies. Forty percent of Michigan auto jobs were annihilated after NAFTA, the worst deal -- trade deal ever made. And I terminated it, by the way, if you don't mind for the USMCA. And China's entry into the World Trade Organization was a disaster for this country, and they got all sorts of favorable trade status.

Donald Trump 00:27:35-00:27:55 (19 sec) NO SIGNAL (0.512)

They said they were a developing nation. Well, Detroit's a developing area. You can't say Detroit is exactly -- you know, when I said -- the other day, last time I was here, I said, "We got to bring Detroit -- " Because honestly, for 45 years, I've been hearing Detroit, Detroit. We're going to make it great.

Donald Trump 00:27:55-00:28:19 (25 sec) NO SIGNAL (0.066)

But when I sort of gave it a little knock, I said, "Let's face it. We've been ripped in Detroit. We got to make Detroit -- " They said, "He was disparaging." I'm not disparaging. I'm telling you the facts. You need businesses to come back into this place. You need businesses. Otherwise, forget it. You can't make it, and people have to understand it.

Donald Trump 00:28:19-00:28:40 (20 sec) NO SIGNAL (0.517)

I guess probably a couple of politicians were hurt by that. I said, "Don't be hurt. You'll be happy when we have auto plants moving in all over the place because we're going to do tariffs, and we're going to do tax incentives and all this. You'll have so many plants and so many jobs, your head will spin. We're going to be bringing back the companies that we lost."

Donald Trump 00:28:40-00:28:59 (20 sec) NO SIGNAL (0.845)

We lost companies that were -- just so stupid how we lost them, and we lost them because we had dumb politicians. They're all coming back, every single one of them, because they want to be here. Under Kamala, the United States has lost 50,000 manufacturing jobs just in this year alone. You didn't know that, right? [Audience boos] U.

Donald Trump 00:28:59-00:29:17 (18 sec) WEAK (1.119)

S. car sales are down 38 percent since I left office. Think of that. So, you lost 50,000 jobs this year, and the car sales down 38 percent. I mean, a little more, you had -- just think of it, almost 50 percent of you in just a short period of time. So, where the hell are you going? You have this union guy.

Donald Trump 00:29:17-00:29:45 (28 sec) NO SIGNAL (0.516)

They want to make all-electric cars. We're going to end the mandate for electric cars on day 1, on day 1. And electric cars are great, and Tesla is great, and Elon is great. He is the greatest guy, by the way. He gave me the -- and there's a great market for them, but they can't all be electric. You need -- we have liquid gold.

Donald Trump 00:29:45-00:30:09 (24 sec) NO SIGNAL (0.197)

We have gasoline. We have oil and gas. We have gasoline. China doesn't have gasoline. And the electric cars are all going to be made in China. That's the way it is. That's the way it is. So, we're going to change it around. We're going to have hybrids. We're going to have gasoline-powered cars. We're going to have electric cars.

Donald Trump 00:30:09-00:30:34 (25 sec) NO SIGNAL (0.199)

We're going to have everything. Maybe not hydrogen cars. You know why? Because they blow up, and when they blow up, you are not recognizable. I just said -- today, I said -- your husband's driving a hybrid, and it blows up. "Ma'am, would you please come down and identify your husband?" He's alongside of that tree.

Donald Trump 00:30:34-00:31:11 (37 sec) NO SIGNAL (0.71) X

And you go like this. "I don't know if that's him." No, I don't like that idea. They say they work pretty well. That's not good. They work pretty well. But when they don't work, you can forget it. I think we should take them off our schedule, all right? So, you got to vote for Trump, and you will see a mass exodus of manufacturing jobs from Mexico to Michigan, from Shanghai to Sterling Heights, and from Beijing to right here in Traverse City.

Donald Trump 00:31:11-00:31:42 (30 sec) NO SIGNAL (0.016)

Isn't that nice? Nice place, nice place. [Applause] And you people are great. I can't believe it. You know, I figured when I got here, there'd be like 20 people, and I was ready to do the full -- look at this place. It goes back. I wish the cameras would show it, these cameras, the fake news. That's a lot of fake news, too, I got to tell you. [Audience boos]

Donald Trump 00:31:42-00:32:13 (31 sec) NO SIGNAL (0.276)

Look, that's a lot of fake news. I wish you'd show -- they never show the crowds, you know. They never show it. You ever see Kamala's crowd? They put like 10 people. They bus them in. They take a bus, and they pay people. That's true. They pay people. They don't get people. They put them like that, and the camera always shows those people.

Donald Trump 00:32:13-00:32:44 (31 sec) NO SIGNAL (0.916)

I don't know. It's so crazy, isn't it? We don't have buses bringing people. The people come here. And we appreciate that you stay, really. I mean, look at that, all the way to the back. Starting in January, we will give our companies the lowest taxes, the lowest energy cost, the lowest regulatory burdens, and free access to the biggest and best market on the planet.

Donald Trump 00:32:44-00:33:19 (35 sec) NO SIGNAL (0.616)

But we're not always going to be the best market. We're close to blowing it. We'll be -- we'll blow it, and we will lose everything. And we're going to keep our dollar standard, by the way, 100 percent. We're going to lose that. And we're not going to go into World War III, little things like that. The centerpiece of this plan will be a 15 percent Made in America corporate tax rate, cutting the tax from 21 percent to 15.

Donald Trump 00:33:19-00:33:44 (25 sec) NO SIGNAL (0.557)

Now, I'm the one -- it was almost 40. I got it down to 21. But here's the key. We're going to cut it all the way down to 15. The jobs are going to be flowing, companies because it's going to be about the most competitive rate in the world. But only for those who make their product here in the USA and hire American workers for the job. [Applause]

Donald Trump 00:33:44-00:34:07 (23 sec) NO SIGNAL (0.796)

You're going to have more people coming in than you would believe. And you will -- you'll see. I mean, it's incredible. You know, Wall Street, these four or five geniuses from Wall Street called, and they said, "Where the hell did you get that idea? You get the tax cut but only if you build the cars here."

X

Donald Trump 00:34:07-00:34:40 (33 sec) NO SIGNAL (0.01)

The other thing we're doing, I will tell you now, is we get you interest rates. We get you the interest. You're allowed to deduct it when you buy a car but only if the car is made in, like, Detroit, meaning the USA. Anywhere in the USA is OK. But I would like to see it built here because I've been hearing about this experiment.

Donald Trump 00:34:40-00:35:16 (36 sec) NO SIGNAL (0.095)

For 45 years, I've been hearing about it, and we're going to turn it around. We're going to do it. It's going to be a great legacy for all of us. And if these companies don't make their products here, then they will pay a stiff tariff when they sell --look, when they put their products into our country, into the United States, for the privilege of competing with our workers, they're taking our workers away.

Donald Trump 00:35:16-00:35:41 (25 sec) NO SIGNAL (0.193)

They're taking our jobs away. They're taking our product and our companies away. We're not going to let it happen. So, they're going to have to pay a very stiff price to do that. But what they're going to do is they're going to bring their business here because that way, they have no tariff to pay. It's sort of simple, and it's what China has been doing for a long time.

Donald Trump 00:35:41-00:36:08 (27 sec) NO SIGNAL (0.315)

And I've been telling them for a long time. And what they're doing is unbelievable. These politicians are either dumb or they're crooked, OK? And I think it's probably a combination of both. We'll also pass the Trump Reciprocal Trade Act, reciprocal meaning if China or any other country charges us 100 or 200 percent tax, then we will charge them a reciprocal tax of 100 or 200 percent.

Donald Trump 00:36:08-00:36:31 (22 sec) NO SIGNAL (0.75)

Right now, we don't do that. And I was starting it, and then we had a little bad election result, would you say? Think of what this country would be like. We wouldn't have inflation. You wouldn't have any wars because if you look at Iran, they were broke. They had no money to give to Hamas. They had no money to give to Hezbollah.

Donald Trump 00:36:31-00:36:50 (19 sec) NO SIGNAL (0.333)

They had no money. And they were -- there was no terror. You know, there was -- four years, we had no terror. Russia would never have attacked Ukraine. They wouldn't have done it. Think of it. We had gasoline at -- I thought it was 1.87. It was 1.84. It was just adjusted, 1.84 a gallon, think of that.

Donald Trump 00:36:50-00:37:06 (16 sec) NO SIGNAL (0.03)

Would you like to have $1.84 a gallon instead of $4? [Audience responds affirmatively] I will never apologize for defending America. I will protect our workers. I will protect our jobs. I will protect our borders. I will protect our families. And you know what I said? They said, "Please don't say that, sir."

Donald Trump 00:37:06-00:37:28 (22 sec) NO SIGNAL (0.589)

I think women like me, but they say we're doing unbelievable with men. They've never had anything like it. White men, Black men, men like me. They say women don't, and I say they do because we're going to protect. And I said, "I'm going to protect women and families. I'm going to protect from the criminals coming in from the border."

Donald Trump 00:37:28-00:37:54 (26 sec) NO SIGNAL (0.322)

We're getting them out from foreign bad players, from criminals, period. We're going to protect. They said, "Sir, please don't say you're going to protect women." "Why?" "Because it doesn't sound really well." I said, "I think it sounds fine. We want to protect." I mean, that's our job. We have to protect.

X

Donald Trump 00:37:54-00:38:27 (33 sec) NO SIGNAL (0.309)

So, I think I should override my experts. Do you agree? [Audience responds affirmatively] We're going to override them if you don't mind. And I will protect the birthright of our children to live in the richest and most powerful nation on the face of the Earth. And thank you very much. If Kamala gets four more years, she will obliterate our economy, kill millions of jobs, and destroy your family finances forever.

Donald Trump 00:38:27-00:38:59 (32 sec) NO SIGNAL (0.622)

That's what's going to happen. You'll end up -- if this person who doesn't know anything -- she wants to raise taxes on everybody. If she gets in, you're going to have a 1929-style depression. That's what's going to be. It's going to be a disaster. You see it already. Think of it, almost -- look at all the jobs I just said.

Donald Trump 00:38:59-00:39:24 (26 sec) WEAK (1.117)

You're losing all your jobs in three and a half years. They're going backwards. And you had the worst inflation in the history of our country, and an inflation is a country buster. But with all of that, the border is worse. The border is worse. I don't give a damn how bad the inflation is. What's coming into our country, the murderers that are coming in, all these people, that's the worst thing.

Donald Trump 00:39:24-00:39:51 (26 sec) NO SIGNAL (0.574)

Kamala's inflation nightmare has already cost the typical family over $30,000 in higher prices. And now, she wants to raise the typical family taxes by more than $3,000 a year. Lots of luck. All my life, I've watched politicians. They say, "We will lower taxes." This is the only stupid politician. She's going around.

Donald Trump 00:39:51-00:40:10 (19 sec) NO SIGNAL (0.589)

She's trying to run. "I will raise your taxes." She's bragging about it. "I will raise your taxes." I'm saying, "Am I missing something here?" I don't know. We have some great people here, we're going to introduce them in a second, and some of the best in the world at exactly what we're talking about.

Donald Trump 00:40:10-00:40:28 (18 sec) NO SIGNAL (0.887)

The Taxing Queen, as she's called, is also demanding a shocking 33 percent tax hike on all domestic production, all along the largest capital -- she wants the largest capital gain increase in our history, and it's unbelievable. Take a look at this video. You're getting a beautiful video late in the evening.

Donald Trump 00:40:28-00:40:31 (3 sec) NO STRESSLENS

It's beautiful. Play a little music. Go ahead,

Note 00:40:31-00:40:31 ( sec) NO STRESSLENS

[Begin video clip]

Unidentified 00:40:31-00:40:33 (2 sec) NO STRESSLENS

[Video clip] Kamala Harris is going to significantly raise taxes.

Kamala Harris 00:40:33-00:40:35 (2 sec) NO STRESSLENS

[Video clip] Taxes are going to have to go up.

Unidentified 00:40:35-00:40:44 (9 sec) NO STRESSLENS

[Video clip] Kamala's plan will raise families' taxes by nearly $2,600 a year. Under Kamala, prices have already soared. Now, she'd make it worse with even higher taxes.

Kamala Harris 00:40:44-00:40:47 (2 sec) NO STRESSLENS

[Video clip] Taxes are going to have to go up.

Unidentified 00:40:47-00:40:54 (7 sec) NO STRESSLENS

[Video clip] President Trump will cut taxes again. No taxes on tips, overtime, or Social Security.

Donald Trump 00:40:54-00:40:59 (5 sec) NO STRESSLENS

[Video clip] I'm Donald J. Trump, and I approve this message.

Note 00:40:59-00:40:59 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 00:40:59-00:41:17 (18 sec) NO STRESSLENS

Thank you. So, I am going to massively cut taxes for the workers, and included in that is no tax on tips, no tax on overtime, and no tax on Social Security for our great seniors. [Applause] And we're going to get it done, too.

Donald Trump 00:41:17-00:41:36 (19 sec) NO STRESSLENS

Did you see where she copied me like a month and a half later? "I am going to announce no tax on tips." That's the last time we ever heard of it. Not going to happen. She wouldn't be able to get it passed anyway. We will quickly become energy independent, and we will frac, frac, frac and drill, baby, drill, right? We're going to drill, baby, drill.

Donald Trump 00:41:36-00:41:55 (19 sec) NO STRESSLENS X

And I'm going to cut your energy prices in half, 50 percent. We're going to cut them in half in 12 months. We're going to cut your energy prices down. You know why? We have the liquid gold. We can do it. We buy our oil now from Venezuela. Can you believe it? Venezuela. It's not oil, it's tar. And the only refinery that can do it is in Houston, Texas.

Donald Trump 00:41:55-00:42:11 (16 sec) NO STRESSLENS

So, for the environmentalists out there, that stuff is dirty. That's dirty. And we have the best stuff in the world, the most -- we have the most and we have the best, and we're going to use it. And we're going to cut down on our debt, and we're going to cut down on everything. We're going to turn this country around so fast.

Donald Trump 00:42:11-00:42:27 (15 sec) NO STRESSLENS

But your energy bills, your car, your air-conditioning, your heating, your hot water, everything, it's going to be -- from January 20th, one year from now, you're going to pay half, and you'll be able to do it. And that's going to bring down other prices, including food prices. People are talking about groceries all the time.

Donald Trump 00:42:27-00:42:50 (23 sec) NO STRESSLENS

That's going to bring them down. As we restore our economy, we will also secure our borders. Over the past four years, Kamala has orchestrated the most egregious betrayal that any leader in American history has ever inflicted on our people. That's the border. She's eradicated our sovereign border, and she has unleashed an army of migrant gangs who are waging a campaign of violence and terror against our citizens.

Donald Trump 00:42:50-00:43:01 (11 sec) NO STRESSLENS

You're reading about it every day. They said, "Oh, no, they're fine people coming in." They're not fine people. They got murderers. You got drug dealers. Kamala has imported an invasion of criminal migrants from prisons and jails, insane asylums, and mental institutions all around the world, from Venezuela to the Congo.

Donald Trump 00:43:01-00:43:16 (14 sec) NO STRESSLENS

And she's resettled them into your communities to prey upon innocent American people. And, you know, a lot of communities have them. And the ones that don't are even more scared because they don't want them. They don't want them. They're saying, "Please don't send them." And these are rough people. Some of them are really deadly people.

Donald Trump 00:43:16-00:43:32 (16 sec) NO STRESSLENS

One of the deadliest and most vicious migrant gangs that Kamala has imported into our country is the savage Venezuelan prison gang. Isn't that nice? They formed a group in prison. Tren de Aragua. It's very well known. MS-13 is another one. That's taking over apartment complexes in Colorado and unleashing a violent killing spree all over America.

Donald Trump 00:43:32-00:43:44 (11 sec) NO STRESSLENS

They've even taken over a place called Times Square in New York City. It's a horrible thing going on in New York. Let's take a look. [Begin videotape]

Note 00:43:44-00:43:44 ( sec) NO STRESSLENS

[Begin video clip]

Laura Ingraham 00:43:44-00:43:46 (3 sec) NO STRESSLENS

[Video clip] Open borders, deadly consequences.

Unidentified 00:43:46-00:44:02 (16 sec) NO STRESSLENS

[Video clip] Border crisis. Record-high crossings are putting a strain on cities across America. It is a full-blown invasion. [Video clip] Armed Venezuelan gang members storming an apartment complex in Aurora, Colorado. [Video clip] When people talk about migrant crime, this is what they're talking about.

Unidentified 00:44:02-00:44:15 (13 sec) NO STRESSLENS

[Video clip] San Antonio, Texas, just one of the latest cities to have apartment complexes taken over by members of the Venezuelan gang. [Video clip] Biden and Harris had created a program to bring them in under humanitarian parole.

Kamala Harris 00:44:15-00:44:21 (6 sec) NO STRESSLENS

[Video clip] I am in favor of saying that we're not going to treat people who are undocumented across the border as criminals.

Unidentified 00:44:21-00:44:25 (4 sec) NO STRESSLENS

[Video clip] More than 13,000 illegal immigrants convicted of murder have been released into the United States.

Tammy Nobles 00:44:25-00:44:32 (7 sec) NO STRESSLENS

[Video clip] My 20-year-old daughter, Kayla Hamilton, was murdered in her own room. Kayla's murderer was apprehended by Border Patrol crossing illegally into the U.S.

Unidentified 00:44:32-00:44:38 (6 sec) NO STRESSLENS

[Video clip] Kayla's murderer had been improperly released into the United States. [Video clip] Abolish ICE.

Kamala Harris 00:44:38-00:44:42 (3 sec) NO STRESSLENS

[Video clip] Yeah. We need to probably think about starting from scratch.

Jonathan Martinez 00:44:42-00:44:49 (7 sec) NO STRESSLENS

[Video clip] More than a dozen people suspected of being Tren de Aragua gang members right here in San Antonio.

Unidentified 00:44:49-00:45:01 (12 sec) NO STRESSLENS

[Video clip] The gang members had been terrorizing the apartment complex. [Video clip] New details in the murder of Laken Riley. [Video clip] The illegal immigrant suspect, who cops say committed the heinous murder, is a Venezuelan national.

Tom Cole 00:45:01-00:45:06 (5 sec) NO STRESSLENS

[Video clip] And was paroled and released into the country by the Biden administration.

Unidentified 00:45:06-00:45:25 (20 sec) NO STRESSLENS

[Video clip] If they had all been properly vetted, that probably wouldn't have happened. [Video clip] Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder and the death of Jocelyn Nungaray. [Video clip] Martinez-Rangel wrapped his arms around Jocelyn's neck, took off her pants, and climbed on top her.

Unidentified 00:45:25-00:45:37 (11 sec) NO STRESSLENS

[Video clip] He later strangled Jocelyn to death and then tied up her hands and feet.

Steve Eagar 00:45:37-00:45:42 (5 sec) NO STRESSLENS

[Video clip] Court documents suggest a group of men arrested for beating and robbing a Dallas woman last month are members of a Venezuelan street gang.

Unidentified 00:45:42-00:46:13 (31 sec) NO STRESSLENS

[Video clip] The man threatened to cut off her fingers if she did not cooperate. Manuel Hernandez-Hernandez was booked by Colleyville Police just two days earlier and released the day before the robbery. [Video clip] A Peruvian gang leader who was wanted for 23 murders, who was arrested by Border Patrol near Rolla, Texas, then released into America.

Note 00:46:13-00:46:13 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 00:46:13-00:46:30 (17 sec) NO STRESSLENS

It's terrible. This is what we have coming into our country. It's terrible. The United States is now an occupied country. We're an occupied country, and you don't maybe see it around here as much, and who knows, but you probably will. But all over, all over, they're seeing it. And they're also taking Hispanic jobs and Black jobs.

Donald Trump 00:46:30-00:47:12 (42 sec) NO STRESSLENS

They're taking jobs from the Black population and the Hispanic population. And this crummy administration that we have is trying to hold back the numbers. The numbers are astronomical. Wait till you see the numbers of the Black population lost jobs and the Hispanic population lost jobs, and they're trying to hold it till after the election is over because it's a disaster.

X

Donald Trump 00:47:12-00:47:48 (36 sec) NO STRESSLENS

And I think they're going to be forced. You know, just like they had 818,000 phony jobs. Remember that a couple of months ago? And they didn't release it. They wanted to release the correction after the election. But we had a whistleblower, who I like

very much. I don't know who he is or she is, but I like -- but they announced it before the election.

Donald Trump 00:47:48-00:48:29 (41 sec) NO STRESSLENS

And it would have been a scandal if it were anybody else, but them -- but they tried -- they created 818,000 phony jobs to pad their numbers. But it will soon be really an occupied country no longer. We're not going to have a country that's occupied. We're an occupied country. November 5th, 2024, will be Liberation Day in America.

Donald Trump 00:48:29-00:49:24 (55 sec) NO STRESSLENS

We're going to have Liberation Day. We're going to get them out. Kamala Harris is so grossly incompetent and unfit that she's obviously disqualified from being the president of the United States. How can you have a president of the United States -- and by the way, the Border Patrol -- go ahead. Take your time.

Donald Trump 00:49:24-00:50:02 (38 sec) NO STRESSLENS

Such spirit here. It's amazing, isn't it? Everyone loves everyone. It's a great thing. Everyone loves -- yeah, take your time, doctor, please. Should we listen to a nice song while we wait? OK. "Ave Maria" by Pavarotti. Want to do it? We'll listen to a song. I want the doctors to take their time. All right.

Donald Trump 00:50:02-00:50:44 (41 sec) NO STRESSLENS

Thank you very much. Thank you very much. Thank you, doctors. Thank you very much. No one respects Kamala. No one trusts her. No one takes her seriously. And from humiliating our country in Afghanistan with Biden and her, the greatest humiliation in the history of our country, the time when we were most embarrassed by something, we've never been embarrassed like that, to the invasion of Ukraine, to the nightmare on our border, to her inflation catastrophe, to her egregious hurricane response, it's been so horrible.

Donald Trump 00:50:44-00:51:11 (27 sec) NO STRESSLENS

Their response in North Carolina was horrible, worse than Katrina if you remember Katrina. The worst. Kamala Harris is a train wreck who has destroyed everything in her path. She can't speak. She doesn't know how to speak. She can't put sentences together. To make her president would be to gamble with the lives of millions and millions of people.

Donald Trump 00:51:11-00:51:32 (22 sec) NO STRESSLENS

We'd have a major possibility of getting into World War III, which will never happen with us. They're never going to play games with us. Because she's grossly incompetent. She is not capable of doing the job. And normally, I wouldn't be that tough on somebody. But you know what? We can't take a chance.

X

Donald Trump 00:51:32-00:52:01 (29 sec) NO STRESSLENS

You got to just get this -- you got to get this horrible group of people the hell out of there. We're not going to have a country left. We love our country. We're not going to have a country left. Kamala is also in total freefall with the Arab and Muslim population in Michigan. She's in a freefall. She sent their jobs overseas, brought crime to their cities, and tonight, in the Middle East, it's like a tinderbox.

Donald Trump 00:52:01-00:52:40 (39 sec) NO STRESSLENS

It's ready to explode. People are being killed at levels that we've never seen before. And that's taking place right now in Michigan. She is in literally a freefall. They've had it with her. Nobody's in charge. Joe Biden is asleep. Kamala is at a dance party with Beyonce. [Audience boos] And why would Muslims support Kamala when she embraces Muslim-hating Liz Cheney? Can you believe it? Liz Cheney, a total loser whose father brought years of war and death to the Middle East.

Donald Trump 00:52:40-00:53:02 (22 sec) NO STRESSLENS

Why would you support somebody -- if you're from the Middle East or even associated with the Middle East, why would you be supporting somebody with a Cheney family? The father killed more Arabs than any human being on earth. He pushed Bush, and they went into the Middle East. This person cannot be a president.

Donald Trump 00:53:02-00:53:25 (22 sec) NO STRESSLENS

She's too weak, too foolish. To represent America on the world stage would be a great embarrassment, and we don't have four years -- we just went through four years. We don't have four years to waste. Earlier this month, I was honored to receive the endorsement of over 400 national security and foreign policy officials.

Donald Trump 00:53:25-00:53:42 (17 sec) NO STRESSLENS

Think of this. But I can't get the press to write about it. You know, they have some dope like Bolton and this stupid General Kelly as dumb as a rock. They have these people. They get front -- I get 400 people from my administration, the biggest people. They're saying, "He was the greatest president."

Donald Trump 00:53:42-00:54:03 (21 sec) NO STRESSLENS

They won't write the story about it. But we understand. In the meantime, we're in first place, and they're not. So, somebody understands. Because they're fake news, they don't write the story. And great people, too. They're great people. But they know that under my leadership, we will have peace through strength, and that's what we had.

Donald Trump 00:54:03-00:54:24 (22 sec) NO STRESSLENS

We didn't have any wars other than we took out ISIS in record time because we have great -- we have a great military, not the ones that you see on television, the dopes like Milley and Mattis and these guys, real dopes. On top of it all, Kamala says she'd do nothing differently from Joe Biden, which has to disqualify her.

Donald Trump 00:54:24-00:54:35 (11 sec) NO STRESSLENS

I would do nothing differently. You know how bad a job he did? Eighty-nine percent wrong way. She would do nothing differently. Take a look. [Begin videotape]

Note 00:54:35-00:54:35 ( sec) NO STRESSLENS

[Begin video clip]

Sunny Hostin 00:54:35-00:54:41 (6 sec) NO STRESSLENS

[Video clip] Would you have done something differently than President Biden during the past four years?

Kamala Harris 00:54:41-00:54:45 (3 sec) NO STRESSLENS

[Video clip] There is not a thing that comes to mind.

Mark Schmitz 00:54:45-00:54:47 (3 sec) NO STRESSLENS

[Video clip] I stood there on the tarmac, watching you check your watch.

Andrea Mitchell 00:54:47-00:54:55 (8 sec) NO STRESSLENS

[Video clip] The chaotic and deadly U.S. evacuation from Afghanistan stunned Americans and the world and cost the lives of 13 U.S. soldiers.

Sunny Hostin 00:54:55-00:54:57 (2 sec) NO STRESSLENS

[Video clip] Would you have done something differently?

Kamala Harris 00:54:57-00:54:59 (2 sec) NO STRESSLENS

[Video clip] There is not a thing that comes to mind.

Unidentified 00:54:59-00:55:15 (15 sec) NO STRESSLENS

[Video clip] More than 13,000 illegal immigrants convicted of murder have been caught at the border and then released into the United States. [Video clip] An Afghan national is in custody today after being accused of plotting an Election Day terrorist attack. The suspect entered the U.S. on a Special Immigrant Visa.

Unidentified 00:55:15-00:55:34 (19 sec) NO STRESSLENS

[Video clip] Gut-wrenching new details in the murder of Georgia nursing student, Laken Riley. The illegal immigrant suspect, who cops say committed the heinous murder, is a Venezuelan national who crossed the unsecured southern border back in 2022. [Video clip] Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder in the death of Jocelyn Nungaray.

Unidentified 00:55:34-00:55:42 (8 sec) NO STRESSLENS

[Video clip] A fifth illegal immigrant accused of attacking two New York City police officers over the weekend showed no remorse or regret.

X

Sunny Hostin 00:55:42-00:55:43 (2 sec) NO STRESSLENS

[Video clip] Would you have done something differently?

Kamala Harris 00:55:43-00:55:46 (2 sec) NO STRESSLENS

[Video clip] There is not a thing that comes to mind.

Unidentified 00:55:46-00:55:56 (11 sec) NO STRESSLENS

[Video clip] Only 18 percent say the economy is in excellent or good condition. [Video clip] U.S. inflation has hit a new 40-year high, increasing by 9.1 percent over the financial year.

Unidentified 00:55:56-00:56:07 (11 sec) NO STRESSLENS

[Video clip] Authorities are saying Tren de Aragua, which has been linked with more than 100 criminal investigations here in the U.S. , has now been found operating its criminal enterprise in apartment complexes.

Dana Bash 00:56:07-00:56:09 (2 sec) NO STRESSLENS

[Video clip] Were you the last person in the room?

Kamala Harris 00:56:09-00:56:10 (1 sec) NO STRESSLENS

[Video clip] Yes.

Note 00:56:10-00:56:10 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 00:56:10-00:56:30 (20 sec) NO STRESSLENS

That's what you're going to have and get used to it. It'll be 100 times worse. Michigan, if you want to end this disaster, you must get out, and you have to vote. We can't play games. We got to end it. It'll happen fast. We got to end it. We're going to have the biggest victory in the history of our country on November 5th.

Donald Trump 00:56:30-00:56:52 (22 sec) NO STRESSLENS

We're going to do things that people will -- we're going to be respected again. Look, four years ago, we were respected. Your president was respected. Your country was respected. Now, they laugh at us. We're like a joke. We're not going to be a joke anymore. And we had no wars. First time in 81 years, no wars.

Donald Trump 00:56:52-00:57:22 (30 sec) NO STRESSLENS

I had no wars other than we finished off ISIS. We didn't send your son or your daughter to war. We're pleased to be joined by some terrific people, a man who I just think is amazing, North Dakota Governor Doug Burgum. Where is Doug? I hope he -- because you know what? Oh, there he is. I said I hope he's left because, you know, I think I'm keeping the poor guy, and his wife is so incredible.

Donald Trump 00:57:22-00:57:44 (21 sec) NO STRESSLENS

Kathryn, are you there? Yes. Look at them. And you're not dressed very warmly. Well, you're used to it in North Dakota. These are unbelievable people, tremendously successful people, the kind of people we want in the administration. And I hope we're going to be lucky enough. Thank you very much. Will you go home immediately, please? Just go.

Donald Trump 00:57:44-00:58:06 (22 sec) NO STRESSLENS

Don't worry about it. Thank you very much. It's really an honor. Thank you, Doug. Thank you, Kathryn. It's really nice. What great people. Congressman Jack Bergman. Jack, thank you. Thank you. Thank you, Jack. He's a tough guy. You know, you're not dressed very warmly either. Are you a little cold? Because -- OK, good.

Donald Trump 00:58:06-00:58:19 (14 sec) NO STRESSLENS

Unbelievable. That's great. A warrior, Michigan GOP chairman, Pete Hoekstra. And Pete, thank you. So, how are we doing? How are we doing, Pete? Yeah.

Pete Hoekstra 00:58:19-00:58:21 (2 sec) NO STRESSLENS

We're doing just fine.

Donald Trump 00:58:21-00:58:38 (17 sec) NO STRESSLENS

We're doing great? You're happy? I said, "Pete, you got to do this. You got to take it over." And boy, has he done a job. Well, if we won, boy, has he done a job. If we didn't, I'll say, "Well, Pete, what the hell happened?" But we're doing -- are we looking good, the votes? Yeah. No, there's your answer, right? It's your answer.

Donald Trump 00:58:38-00:59:03 (25 sec) NO STRESSLENS

Yep. Great. That's great. And a friend of mine and a woman who is just really amazing, had a great father who I knew. He was a steel man, and he loved his daughter. And he's looking down. He passed away fairly recently, and he's looking down at his daughter, and he's saying, "I'm proud of you." Tudor Dixon.

Donald Trump 00:59:03-00:59:34 (31 sec) NO STRESSLENS

Tudor, thank you. Thank you, Tudor. Thank you, hon. Here are the facts. Kamala Harris is a radical-left Marxist rated even worse than Crazy Bernie Sanders or Pocahontas, not even close. She destroyed our economy. She was an original creator of Defund the Police movement, and anybody who wants to defund the police for even one week is not worthy of being president of the United States.

X

Donald Trump 00:59:34-00:59:50 (17 sec) NO STRESSLENS

She was one of the leaders of Defund the Police. You don't know that. You never hear that. You know, they have this quick little thing where once he got out, they went to him. They said, "Get the hell out of here. You're going to lose." We had the debate, and they go to him after the debate. They say, "You're not going to make it. Get out."

Donald Trump 00:59:50-01:00:25 (34 sec) NO STRESSLENS

It's like -- and then they say threat to democracy. They're the threat to democracy. Kamala Harris vowed to abolish ICE. The great people from ICE, they're tough, and they love our country. And without them, we would have a problem like you wouldn't believe. But she wants to get rid of them. She vowed repeatedly to ban fracking, and as California attorney general, she redefined child sex trafficking, assault with a deadly weapon, and rape of an unconscious person as totally nonviolent crimes. [Audience boos]

Donald Trump 01:00:25-01:00:48 (23 sec) NO STRESSLENS

She pledged to confiscate your guns and endorsed a total ban on handgun ownership. Would anybody willingly like to give up their gun? Please raise your hand. [Audience responds "No"] That's not an easy one, is it, huh? She even called for free sex changes for illegal aliens and detention at taxpayer expense. [Audience boos]

Donald Trump 01:00:48-01:01:15 (27 sec) NO STRESSLENS

And you saw what happened a couple of days ago at McDonald's. It was a monster story. It was just a little throwaway. You know, unlike her, she takes a vacation today. Yesterday, you know, you're running for the 100th time Super Bowl, OK? Take the Super Bowl, multiply times 1,000, and you got 12 days to go, and she's taking vacations.

Donald Trump 01:01:15-01:01:38 (23 sec) NO STRESSLENS

That's not off to a good start. I've gone 58 days in a row without anything because we got to win this thing. We got to win this thing. [Applause] But she lied about working at McDonald's on top of everything else. She never worked at McDonald's. It was a part of her story, a big part. And on top of that, she would like to see our country go woke.

Donald Trump 01:01:38-01:01:46 (9 sec) NO STRESSLENS

Take a look at this quickly, a little Marine video. Take a look. [Begin videotape]

Note 01:01:46-01:01:47 ( sec) NO STRESSLENS

[Begin video clip]

R. Lee Ermey 01:01:47-01:01:57 (10 sec) NO STRESSLENS

[Video clip] You little scumbag. I've got your name. I've got your ass. You will not laugh. You will not cry. You will learn by the numbers.

X

Rachel Levine 01:01:57-01:02:02 (5 sec) NO STRESSLENS

[Video clip] Happy pride. Happy pride month. And actually, let's declare it a summer of pride.

R. Lee Ermey 01:02:02-01:02:04 (2 sec) NO STRESSLENS

[Video clip] So, you're a killer?

Matthew Modine 01:02:04-01:02:05 (1 sec) NO STRESSLENS

[Video clip] Sir, yes, sir.

R. Lee Ermey 01:02:05-01:02:06 (1 sec) NO STRESSLENS

[Video clip] Let me see your war face.

Matthew Modine 01:02:06-01:02:07 ( sec) NO STRESSLENS

[Video clip] Sir?

R. Lee Ermey 01:02:07-01:02:12 (6 sec) NO STRESSLENS

[Video clip] You've got a war face? Ahhhh! That's a war face. Now, let me see your war face.

Matthew Modine 01:02:12-01:02:14 (1 sec) NO STRESSLENS

[Video clip] Ahhhh!

R. Lee Ermey 01:02:14-01:02:17 (4 sec) NO STRESSLENS

[Video clip] Bullshit. You didn't convince me. Let me see your real war face.

Matthew Modine 01:02:17-01:02:19 (2 sec) NO STRESSLENS

[Video clip] Ahhhh!

Kylie Minogue 01:02:19-01:02:26 (7 sec) NO STRESSLENS

[Video clip] Padam Padam, I hear it, and I know. Padam Padam, I know you want to take --

R. Lee Ermey 01:02:26-01:02:43 (17 sec) NO STRESSLENS

[Video clip] You will be a weapon. You will be a minister of death praying for war. But until that day, you are pukes. You are the lowest form of life on earth. You are not even human fucking beings. You are nothing but unorganized, grab-asstic pieces of amphibian shit.

X

Qveen Herby 01:02:43-01:02:48 (5 sec) NO STRESSLENS

[Video clip] Abracadabra. These bitches know I got answers. The way I --

R. Lee Ermey 01:02:48-01:03:01 (13 sec) NO STRESSLENS

[Video clip] It looks to me like the best part of you ran down the crack of your mama's ass and ended up as a brown stain on the mattress. I love working for Uncle Sam.

Marines 01:03:01-01:03:05 (4 sec) NO STRESSLENS

[Video clip] I love working for Uncle Sam.

R. Lee Ermey 01:03:05-01:03:08 (3 sec) NO STRESSLENS

[Video clip] Lets me know just who I am.

Marines 01:03:08-01:03:11 (3 sec) NO STRESSLENS

[Video clip] Lets me know just who I am.

R. Lee Ermey 01:03:11-01:03:15 (4 sec) NO STRESSLENS

[Video clip] One, two, three, four. United States Marine Corps.

Marines 01:03:15-01:03:22 (7 sec) NO STRESSLENS

[Video clip] One, two, three, four. United States Marine Corps.

Note 01:03:22-01:03:22 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 01:03:22-01:03:45 (23 sec) NO STRESSLENS

[Applause] So, we won two world wars and -- but don't worry about the military. They showed us with what they did with ISIS so quickly, the caliphate, 100 percent. They're not woke. Only those people on the top are a little woke. They'll be gone fast. We have great -- I say you could put them in a woke cage for two years.

Donald Trump 01:03:45-01:04:14 (30 sec) NO STRESSLENS

They'd come out fighting. Let me tell you, they're not woke. They're not going to be woke. Don't worry about it. In conclusion, with your vote this November, we are going to fire Kamala, and we are going to save America. We're going to save our country. With your support, we will cut your taxes, end inflation, slash your prices, raise your wages, and bring thousands of factories back to America and back to Michigan.

X

Donald Trump 01:04:14-01:04:29 (15 sec) NO STRESSLENS

We're going to bring them back here and Detroit. We're going to bring them back into Detroit. We will build America, and we will buy American, and we will hire American. And you're going to see things happen at a pace that you're not going to believe. You're going to be very proud of this country very soon.

Donald Trump 01:04:29-01:04:49 (21 sec) NO STRESSLENS

I will end the war in Ukraine quickly. I will stop the chaos in the Middle East, and I will prevent World War III. I know them all. I know exactly what to do. We will crush the violent crime and give our police the support, protection, resources, and respect they so dearly deserve. They're going to do it.

Donald Trump 01:04:49-01:05:10 (21 sec) NO STRESSLENS

They're going to be able to do their job. We will strengthen and modernize our military. I rebuilt our military. We gave a lot of it to Afghanistan, but actually, still just a fraction but a lot. We gave them a lot of brand-new stuff. How crazy. More importantly, with their stupidity, we lost 13 great soldiers.

Donald Trump 01:05:10-01:05:31 (21 sec) NO STRESSLENS

Many were very badly hurt, the arms, the legs, the face. They were hurt. We left Americans behind, and we lost Bagram, the biggest Air Force base, one of the biggest in the world, one hour away from where China makes their nuclear weapons. And you know who occupies it? China. China occupies it. How stupid.

Donald Trump 01:05:31-01:05:53 (22 sec) NO STRESSLENS

How stupid are these people? We will build a missile defense shield around our country, mostly made in the USA. In fact, all made in the USA. And a lot of it's going to be made right here in Michigan. We will rebuild our cities, including our Capitol in Washington, D.C., making them safe, clean, and beautiful again.

Donald Trump 01:05:53-01:06:30 (37 sec) NO STRESSLENS

We will teach our children to love our country, to honor our history, and to always respect our great American flag. We will get critical race theory and transgender insanity the hell out of our schools. And we will keep men out of women's sports day 1. I will defend religious liberty. I will restore free speech, and I will defend the right to keep and bear arms, our Second Amendment, which is under siege.

Donald Trump 01:06:30-01:06:54 (24 sec) NO STRESSLENS

After years of building up foreign nations, defending foreign borders, and protecting foreign lands, we will finally -- and we are going to do this. We are going to do it. We're going to build up our country. We're going to defend our borders, and we will protect -- we're going to protect our citizens for a change, our citizens.

X

Donald Trump 01:06:54-01:07:17 (23 sec) NO STRESSLENS

We're going to put America first. And we will stop illegal immigration once and for all. We will not be invaded. We will not be occupied. We will not be overrun. We will not be conquered. We will be a free and proud nation once again. We are now a nation in decline. We're not going to be a nation in decline for very long.

Donald Trump 01:07:17-01:07:39 (22 sec) NO STRESSLENS

Let me tell you that. Everyone will prosper. Every family will thrive, and every day will be filled with opportunity, hope, and the American dream. We want the American dream for your children. They've got to have that dream. They will not amount to a lot. They've got to have the dream. If they want to really go, they have to have something to aspire to.

Donald Trump 01:07:39-01:08:02 (23 sec) NO STRESSLENS

We're going to bring back the American dream. But for that to happen, we must defeat Kamala Harris and stop her radical-left agenda with the landslide that's too big to rig. Early voting is underway, so get out. Who is going to vote? Who's going to vote? Please. [Applause] Yes. You got to get -- does everybody here promise they're going to vote? Promise? [Audience responds affirmatively] OK.

Donald Trump 01:08:02-01:08:21 (19 sec) NO STRESSLENS

Thank you. I agree. I accept it. I really do. I think everyone here is going to be voting. Everyone. We just can't take it for granted. We have to get out and vote. After we -- and all of the things have been -- what we've been through together --people don't realize what we've been through together.

Donald Trump 01:08:21-01:08:49 (29 sec) NO STRESSLENS

We've watched our country rot. We stand on the verge of the four greatest years in the history of our country. With your help from now until Election Day, we're talking about 11 days, we will redeem America's promise. We will put America first, and we will take back the nation that we love. [Applause] We are one people, one family, and one glorious nation under God.

Donald Trump 01:08:49-01:09:23 (33 sec) NO STRESSLENS

We will never give in. We will never give up. We will never back down, and we will never ever, ever surrender. Together, we will fight, fight, fight, and we will win, win, win. November 5th will be the most important day in the history of our country. This will be the most important day because we're going to take back our country from these lunatics that have no idea what the hell they're doing.

Donald Trump 01:09:23-01:10:05 (42 sec) NO STRESSLENS

They're destroying our country. They're destroying our families. We're not going to take it anymore. We will, very shortly, be able to make America powerful again, make America wealthy again, make America healthy again, make America strong again, make America proud again, make America safe again, and we will make America great again.

Donald Trump 01:10:05-01:10:13 (9 sec) NO STRESSLENS

Thank you, everybody. God bless you. Thank you. It's a great honor to be with you. Thank you. Thank you.

X

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About Contact Us Advertise
Events Privacy RC Jobs
Newsletters The Staff Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

X

# WILKINSON EXHIBIT 15

**Blocking the Paramount-Warner Bros. merger won't save Hollywood**
*"Deep pools of capital are precisely what Hollywood creative economy needs to remain competitive"*
Read
The C

Factbase

Powered by **FiscalNote** StressLens

## Donald J. Trump

**Transcripts** White House Calendar White House Press Releases

# Speech: Donald Trump Holds a Campaign Rally in Henderson, Nevada - October 31, 2024

StressLens 4 Topics Entities Moderation 10 Speakers




**Full Transcript**

Donald Trump 00:00:00-00:00:36 (36 sec)

NO STRESSLENS

Thank you. Thank you. Thank you very much. Wow, this is a big crowd of beautiful people. Thank you very much. [Audience chants "USA"] Thank you. Five days, five days. Oh, we're all working hard. We got to win. We ... alternative win. That would be a disaster for our country.

Donald Trump 00:00:36-00:01:10 (34 sec)

1:32:11

So, I want to just say a very big hello, Nevada. We're doing great in Nevada. And I'm thrilled to be back in this beautiful state with thousands of proud, hardworking American patriots, and you are that. You are that. But I'd like to begin by asking a very simple question, very easy one. Are you better off now than you were four years ago? [Audience responds "No"] I've come today with a message of hope for all Americans.

Donald Trump 00:01:10-00:01:36 (26 sec) NO STRESSLENS

With your vote in this election, I will end inflation. I will stop the massive criminal -- and you see it. You see it, the criminal invasion, horrible, some horrible, deathly people. We're not going to allow it. They're destroying our country. We will stop it immediately. And I will bring back something that you haven't heard of for about four years.

Donald Trump 00:01:36-00:02:02 (26 sec) NO SIGNAL (0.066)

We're going to bring back the American dream. And I want to just thank you. You're going to bring it back. And that's all you really need to know. And remember, Kamala and Sleepy Joe, they broke it. I will fix it, and we'll fix it fast. And we're going to have America that's bigger, better, bolder, richer, safer, and stronger than ever before.

Donald Trump 00:02:02-00:02:24 (22 sec) NO SIGNAL (0.048)

And, you know, we're doing fantastically well in the polls, and I want to thank a man who's with us. And I said, "Joe, you got to go," because he's got some big stuff going on, and we got to win this thing. He's heard my speeches before a little bit, but you have a great governor here, Joe Lombardo. And where is Joe? Where is Joe? Thank you, Joe.

Donald Trump 00:02:24-00:02:58 (33 sec) NO STRESSLENS

Is it OK? Can he go and do some business so that we can win, and he can take care of some young people that are incredible and love him? Joe, thank you very much. You go home, Joe. Thank you. Appreciate it. Great job. Joe Lombardo, everybody. Thank you. [Applause] He's a good man. This election is a choice between whether we'll have four more years of gross incompetence and failure, or whether we'll begin the four greatest years in the history of our country.

Donald Trump 00:02:58-00:03:21 (23 sec) NO SIGNAL (0.722)

We're going to bring it back. We're going to bring it back fast. And I'm asking you to be excited about the future of our country. That's not an easy thing to do when you see these clowns, these horrible, horrible people we have, these horrible people we have running our country. I'm asking you to dream big again.

Donald Trump 00:03:21-00:03:41 (20 sec) NO SIGNAL (0.2)

Dream big again. This will be America's new golden age. That's what we're going to do, a golden age of America. Every problem facing us can be solved, but now the fate of our nation is in your hands. This is a very big state for us. This is a very big state. I love it. I'm here a lot without campaigning.

Donald Trump 00:03:41-00:04:01 (20 sec) NO SIGNAL (0.409)

But I want to tell you, this is a big one, and it looks awfully good. It looks -- I don't want to say -- just keep voting, keep voting. You got to get out and vote. On Tuesday, you have to stand up, and you have to tell Kamala that you've had enough. You can't take it anymore. She's horrible, the worst there is.

Donald Trump 00:04:01-00:04:29 (28 sec) NO SIGNAL (0.817)

She's never been -- there's never been anybody worse on the border. She's the worst. She is the worst vice president in the history of our country. Kamala, you're fired. Get the hell out of here. You're fired. The worst. Horrible, horrible. She is horrible, and she lies. Every time she gets up, she tells a lie.

Donald Trump 00:04:29-00:04:50 (21 sec) NO SIGNAL (0.029)

Donald Trump will not allow fracking. That's a first, by the way. I won't allow -- "Donald Trump will not allow drilling for oil, which is going to make us rich as hell. No, he doesn't." No, she lies about everything. IVF, she lies. I'm like the -- I feel like I'm the father of IVF. She lies about everything.

Donald Trump 00:04:50-00:05:09 (18 sec) NO SIGNAL (0.242)

She's really -- she's worse than Crooked Hillary, actually. You know, Hillary was a lot smarter, and she lied a lot, but this one lies about everything. She just makes it up as you go. We've been setting records in early voting, as you probably know. Thank you, Michael. I appreciate it. [Applause] But we can't let up.

Donald Trump 00:05:09-00:05:28 (19 sec) NO SIGNAL (0.224)

In-person early voting in your state ends tomorrow, so get out and vote. But the main thing is you got to vote. You got to get that -- Tuesday is a very special day. It's a big day, and we can close this thing out. We're leading for the first time, I think, ever, right? We're leading in early voting for the first time ever. [Applause]

Donald Trump 00:05:28-00:05:48 (20 sec) NO SIGNAL (0.061)

That's right. It never happened because, as you know, Democrats always lead in the early part, and the Republicans like to go there on Tuesday. And they like -- I understand that you want to see your ballot go into a box. I'm not even sure you see that with this craziness that we have. But we're going to get it all changed.

Donald Trump 00:05:48-00:06:19 (31 sec) NO STRESSLENS

But we're doing really well, and to be leading in early voting is unprecedented. So, that's really great. So, it's an honor. And if you can't make it tomorrow, you got to make a plan. You got to be there on Tuesday, everybody. Who has not voted? Whoa, whoa. Who has voted? Great. That is great. Wow. Thank you very much.

Donald Trump 00:06:19-00:07:00 (41 sec) NO STRESSLENS X

That's great. Thank you. Look at that. Oh, I bet -- I'd like to know what casino you work for, huh? Look at that. That's great. So, those that haven't, get out and vote. Every vote counts. Thank you very much. With your help, we're going to win Nevada. We're going to defeat Kamala Harris, Kamala. And we're going to -- what are we going to do? We're going to make America great again, right? Over the past four years, Kamala has orchestrated the most egregious betrayal that any leader in American history has ever inflicted upon our people.

Donald Trump 00:07:00-00:07:25 (25 sec) NO SIGNAL (0.446)

She's violated her oath, eradicated our sovereign border, and unleashed an army of gangs and criminal migrants from prisons and jails, insane asylums, and mental institutions from all around the world, from Venezuela to the Congo. Today, I want to hear directly from a mother whose world has been absolutely shattered.

Donald Trump 00:07:25-00:07:39 (14 sec) NO SIGNAL (0.021)

This just came out, and everybody that sees it -- it's, like, devastating, and there's so many things happening like this with the illegal migrants, so many killers. We're not going to let it go on. Please watch.

Note 00:07:39-00:07:41 (2 sec) NO STRESSLENS

[Begin video clip]

Alexis Nungaray 00:07:41-00:08:05 (23 sec) NO STRESSLENS

[Video clip] Sunday night, I asked her to not stay up super late because of her coming to work with me in the morning, first, to do her summer school. She said, "OK." And I told her, "Good night, and I love you." I went to bed not realizing that that was going to be the last time I saw her. We're best friends.

Jocelyn Nungaray 00:08:05-00:08:05 ( sec) NO STRESSLENS

[Video clip] Yeah.

Alexis Nungaray 00:08:05-00:08:37 (32 sec) NO STRESSLENS

[Video clip] Let's go shake it again. I woke up to notice she wasn't in her bed. I'm, in my heart, trying not to lose my mind because I don't know where she is. I finally remembered her phone had a location on, and her phone was pinging just two minutes down the road, right behind the skate park. I start driving to the direction the phone was being pinged at, and I see a couple cop cars with lights on.

Alexis Nungaray 00:08:37-00:09:04 (27 sec) NO STRESSLENS

[Video clip] I see yellow tape, and immediately, my heart drops and sinks to the bottom of my stomach. My daughter's hands and ankles were both bound. She was strangled to death but left with no pants. And I know in my heart she fought incredibly hard. She was not going down without a fight.

Unidentified 00:09:04-00:09:25 (21 sec) NO STRESSLENS

[Video clip] We begin with two men, we're learning, are charged with capital murder tonight accused of killing a 12-year-old girl. [Video clip] Police say these men strangled her before dumping her into that creek. Both men were in the country illegally. [Video clip] Apprehended then released by Border Patrol less than three weeks before Jocelyn's death.

Unidentified 00:09:25-00:09:31 (6 sec) NO STRESSLENS

[Video clip] The men accused of killing Jocelyn Nungaray are affiliated with the gang known for brutal violence.

Alexis Nungaray 00:09:31-00:10:00 (29 sec) NO STRESSLENS

[Video clip] Kamala Harris was in charge of immigration and our borders. If we had better border policies and not open borders and not these catch and release policies, I truly believe this all could have been prevented. Under her being vice president of this country, my daughter's life was ripped away from her. She had her entire life ahead of her.

Unidentified 00:10:00-00:10:03 (3 sec) NO STRESSLENS

[Video clip] Happy birthday, dear Jocelyn.

Alexis Nungaray 00:10:03-00:10:35 (31 sec) NO STRESSLENS

[Video clip] My daughter is six feet in the ground based off of policies that she allowed to keep. Kamala Harris did have one job, and she not only failed -- not me. She failed my daughter. She failed Jocelyn. You know, she was only 12. President Trump reached out, gave me his sincerest condolences as not a former president but just as a father, as someone who cares.

Alexis Nungaray 00:10:35-00:10:43 (8 sec) NO STRESSLENS

[Video clip] I believe Donald Trump needs to be back in office. I can at least know that my next child will be safe in this country.

Note 00:10:43-00:10:43 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 00:10:43-00:11:22 (39 sec) NO STRESSLENS

Thank you very much. So sad. Thousands of people all over our country. This is constant. These are some really tough people, some really bad people coming in. They make our criminals look like nice people. That's how tough they are. They are just so bad. The jails are being emptied into our country. Jails from the toughest countries are being opened up and let in through her stupid open-border policies.

Donald Trump 00:11:22-00:11:45 (23 sec) NO SIGNAL (0.5)

Totally unvetted, nobody knows who they are, where they come from, countries you've never even heard of. The day I take office, the migrant invasion ends, and the restoration of our country begins. [Applause] And I believe it's the biggest problem. Biden and Harris -- you can't say Harris because nobody knows who Harris is.

X

Donald Trump 00:11:45-00:12:09 (24 sec) NO SIGNAL (0.811)

Nobody knows. You say Harris, nobody knows who the hell she is. But -- [Audience member calls out "We love you, Trump."] Oh, that's great. Thank you, darling. Thank you very much. Thank you very much. Thank you. The savages charged with

brutalizing and murdering precious Jocelyn or members of the same vicious Venezuelan prison gang, Tren de Aragua, and they're taking over apartment complexes in Aurora, Colorado, where you have a governor who's petrified.

Donald Trump 00:12:09-00:12:26 (16 sec) NO SIGNAL (0.581)

He's a radical-left lunatic, and he's petrified. He doesn't know what the hell to do. He's lost. I call him a lost sheep, and he's unleashing -- they're unleashing a violent killing spree all over America. The United States is now an occupied country. Can you believe? I have to say that, the United -- we're an occupied country.

Donald Trump 00:12:26-00:12:40 (14 sec) NO SIGNAL (0.596)

They're coming in, and they're by the thousands. And they have equipment that's military-grade equipment. How do they get that? They have military-grade equipment. But it will soon be an occupied country no longer. November 5th, 2024, will be Liberation Day in America. Liberation Day. [Applause] On day 1, I will launch the largest deportation program in American history.

Donald Trump 00:12:40-00:12:52 (13 sec) NO SIGNAL (0.681)

We're going to get them out. We have no choice. I will rescue every city and town that has been invaded and conquered. They are conquering areas of our country. They are conquering. We don't know, and nobody wants to talk about it. And the fake news, of which there is a lot back there -- whoa. [Audience boos] That's a lot.

Donald Trump 00:12:52-00:13:20 (27 sec) NO SIGNAL (0.654)

They don't want to write about it. They don't want to talk about it. They don't want to -- they'll write about it after the election. They don't want to write about it now. And we'll put these vicious and bloodthirsty criminals in jail, or we'll kick them the hell out of our country. We want them out.

Donald Trump 00:13:20-00:13:32 (12 sec) WEAK (1.295)

Through our open border, Kamala Harris is also actively aiding and abetting the worst human traffickers, child smugglers, drug dealers, and bloodthirsty criminal networks on the planet. There's nobody worse than what she's catering to. They even have an app number, where to call, so they can dump off illegal migrants.

Donald Trump 00:13:32-00:13:51 (19 sec) NO SIGNAL (0.124)

They have an app. Can you believe it? They have call -- they have cell phones. They have airplanes flying over the border, loaded up with migrants that they're dropping all over our country. The cartels' profits have soared from relatively minor numbers to $13 billion from human trafficking alone under Border Czar.

Donald Trump 00:13:51-00:14:20 (29 sec) NO SIGNAL (0.253)

She doesn't want to call -- be called Border Czar. She was the Border Czar, but you know what? She was in charge of the border. And by the way, the Border Patrol, they endorsed me very strongly. [Applause] They even said I was the greatest president in the history of our country. Now, I said, "Does that include -- does that include Abraham Lincoln? Does that include the great George Washington?" They said, "You're the best president, and you're the best president on the border. We had the best border."

X

Donald Trump 00:14:20-00:14:40 (20 sec) NO SIGNAL (0.6)

Drop that, please. Drop my all-time favorite graph. Do you mind? I love this. I sleep with this. I kiss it. I kiss it. Oh, that saved my life, I guess. Without that graph, I wouldn't be here right now. I looked over to my right very quickly, and I noticed there was a little problem, a little bit of a problem.

Donald Trump 00:14:40-00:14:57 (17 sec) NO SIGNAL (0.486)

Lunatics. We got lunatics out there. But that says it. The last day that I was in office was the arrow on the bottom. That was the lowest day in the history of our country for illegal immigration. That was done by the Border Patrol and ICE. And then it became like an Elon Musk rocket ship. Look at that.

Donald Trump 00:14:57-00:15:18 (21 sec) WEAK (1.047)

Look at what happened. That was the lowest day we've ever had in terms of illegal immigration. By the way, the drugs were equally low. The whole thing was so good. All that guy had to do is leave it. He went to the beach all the time, right? He could have gone to the beach, but he went to the beach, but they made changes instead.

Donald Trump 00:15:18-00:15:42 (24 sec) NO SIGNAL (0.374)

Remain in Mexico. I got things that nobody could come into our country. They had to remain in Mexico. Mexico. I think Tijuana might have been the fastest-growing town in the history of the world, hundreds of thousands of people. But they weren't in our country. And we want people to come in, but we want them to come in legally, right? We want people to come in, but they have to come in legally.

Donald Trump 00:15:42-00:16:10 (28 sec) NO SIGNAL (0.271)

We don't want murderers and drug dealers, and we don't want them to open their prisons. Think of it. They're opening their prisons and dumping them on us. But every day, they're stealing innocent lives on both sides of the border, both sides. Just days ago, a young U.S. Marine Corps veteran named Nicholas Quets from Arizona was driving through Mexico very routinely, who would think this could happen, for a beach weekend with his great friends.

Donald Trump 00:16:10-00:16:28 (18 sec) NO SIGNAL (0.812)

Everybody loved him. He had a lot of friends. When he was viciously gunned down on the highway and murdered by members of a Mexican cartel. And we're joined today by Nick's wife, Karime; his father, Douglas; his mother, Patricia; his sister, Alexis; and his brother-in-law, Phil. And they're beautiful people.

Donald Trump 00:16:28-00:16:43 (14 sec) NO SIGNAL (0.702)

And if they'd like to come up, I'd love to have them, just to honor their beautiful boy. I'd love to have them. Come on up. Oh, good. That's great. [Applause] This is a great family, a perfect family. And what happened to them should happen to nobody.

Doug Quets 00:16:43-00:16:57 (15 sec) NO STRESSLENS

So, unscripted, I really wasn't planning on being here. Two weeks ago, I was a completely apolitical actor. Anybody outside my own home wouldn't have known who I would have voted for. Today, the situation changed for me last two weeks ago, Friday. My son was murdered by cowards, shot in the back on the way to the beach in Mexico.

Doug Quets 00:16:57-00:17:18 (21 sec) NO STRESSLENS

The reason I bring that up -- and some people will question, why was he in Mexico? He was in Mexico, going to pursue his life, enjoy his life. We grew up as a military family, had been around the water. He loved it. We don't have Arizona beach, so we call Rocky Point Arizona's beach. A lot of people go there.

Doug Quets 00:17:18-00:17:42 (24 sec) NO STRESSLENS

Hundreds of thousands a year, I think, transit there. Plenty of Americans own property down there. So, that happened. We got the call from the State Department, very professional, that night. No news in the United States to speak of. Sunday, still no news. Monday, still no news, other than the very most local level with no publication, tried to get in contact with elected leaders, heard nothing.

Doug Quets 00:17:42-00:18:22 (40 sec) NO STRESSLENS

Tuesday, reached out to my local representative. He put me in contact with Senator Vance. Senator Vance coincidentally was coming to Tucson for a speech that day. I can't imagine how busy Senator Vance and President Trump are running their campaign. Senator Vance asked for two minutes to talk to him.

Doug Quets 00:18:22-00:18:40 (18 sec) NO STRESSLENS

And, you know, I've met in my line of work -- and I'm actually still a current federal employee. That's one of the reasons I've stayed apolitical. I'm a 20-year military retiree. So, I've dedicated my entire life to this country and doing -- [Applause] My son, who was murdered, is a four-year military veteran of the United States Marine Corps.

Doug Quets 00:18:40-00:18:56 (16 sec) NO STRESSLENS

He did -- he worked on vertical assault from the Ospreys, so he'd fast rope out of helicopters. My daughter is actually a drilling army reservist, and my son-in-law recently medically retired due to issues sustained on active duty. So, our family is a military family with generations and generations of service. [Applause]

Doug Quets 00:18:56-00:19:41 (45 sec) NO STRESSLENS

I bring these things up as an apolitical actor and somebody who struggled, the kind of Americans many are, who probably sit around their table and say, "Who are we going to vote for?" Go back and forth, decide what we think is important. And we struggle on that, and we actually pray on it. And many people ask me, how can I stand up here today, 13 days after my son was killed, and talk in front of groups? And it is through the grace of God, and I do believe in God and a higher being. [Applause]

X

Doug Quets 00:19:41-00:20:32 (51 sec) NO STRESSLENS

I do believe -- I do believe my son, Nicholas, has given me the power to be here, has given my wife the power to be here, has given my daughter -- Karime, who is Nick's wife; and my son-in-law, Philip. And Philip has done such a great job. So, now I have one living son, and that is Phil, because one was stolen by the cartel.

Doug Quets 00:20:32-00:21:00 (28 sec) NO STRESSLENS

So, when I met with Senator Vance -- and because I am apolitical, I have met many political -- many leaders up to the level of National Security Council, plenty of times working different issues for this government. I asked him a question, and I said, "Sir, before we talk, I need to know if I'm speaking to the candidate, the senator, or the Marine."

Doug Quets 00:21:00-00:21:19 (19 sec) NO STRESSLENS

And he said, "I'm JD. I need you to tell me what I can do for you, and you tell me what you can do for me." And he meant it as a way of helping him to help me. So, JD Vance was awesome. I asked for 90 seconds. He gave me 15 minutes. [Applause] The very next morning -- [Audience member calls out "We can't hear you."]

Doug Quets 00:21:19-00:21:51 (32 sec) NO STRESSLENS

Better? [Audience responds affirmatively] The very next morning and after having tried to reach my elected officials for five days, President Trump's office called me. President Trump, in the fight of his life, offered to meet with us. President Trump gave me 15 minutes of his time to talk about what we could do.

Doug Quets 00:21:51-00:22:28 (37 sec) NO STRESSLENS

I asked him for some things, and he helped. I asked him, A, for U.S. involvement, and we know he's candidate Trump right now, and there is a seated president. I asked for U.S. involvement in the investigation with the Mexicans. I asked for extradition of the killers after I found out, under the current U.

Doug Quets 00:22:28-00:23:02 (34 sec) NO STRESSLENS

S. code, not all can be extradited, only if they're tied to RICO activities. In this case, they probably are tied to RICO activities. They are probably coming back, but I'll defer all questions on his investigation to the FBI. And I asked for a working policy in Mexico. In my career, I worked in -- one of the things I worked on was Plan Colombia, very similar situation in security as to what we have in Mexico today.

Doug Quets 00:23:02-00:23:21 (19 sec) NO STRESSLENS

It was supported by Senator Biden. That's out in public record. You can look at it. We have no working policy with Mexico right now. Count the numbers of illegal immigrants, whether they're private, whether they're dangerous or not dangerous, and you'll see a number of about 25 million crossing back and forth.

Doug Quets 00:23:21-00:23:42 (21 sec) NO STRESSLENS

And then when somebody says, "Why was Nick in Mexico," my son was an hour from our house when he was executed by cowards. That's how close it is. But it is a national security challenge, not a local border state challenge. We have this type of things with Tren de Aragua and Ms-13, anybody else you want to name, plus unnamed criminal organizations.

Doug Quets 00:23:42-00:24:03 (20 sec) NO STRESSLENS

The cartels, they operate with impunity in Mexico. They've infiltrated every level of their government. The local police are helpless because they're not properly equipped. State police, a little bit better, and then the federal. But we need to work with the Mexicans on this to go forward. So, what I'm leaving you with, and I'll give this back to President Trump, to whom you came to listen, not me, is this.

Doug Quets 00:24:03-00:24:20 (18 sec) NO STRESSLENS

For most of us in this room, and honestly, I would not have been in this room because I wouldn't have been political two weeks ago, you know who you're going to vote for. But for the soundbite and the people looking at this, after 12 days, I received a phone call from Senator Mark Kelly. That was the 12th day.

Doug Quets 00:24:20-00:24:44 (23 sec) NO STRESSLENS

And he was gracious, and he offered his condolences. And I told him, "Sir, I appreciate that," because I'm a respectful person, and I'll work with anybody. But what I want is sponsorship of a couple of things. One is change to U.S. code so that if people are -- committed crime against U.S. persons, especially murder, they are brought back here to face our justice. [Applause]

Doug Quets 00:24:44-00:24:59 (16 sec) NO STRESSLENS

Number two is legislation that is enacted that takes us someplace closer to Plan Mexico that will institute not only military capability but also institution building. And if we break out the numbers of what it costs, we can do that for much less than we spend on illegal immigrants, and we can make both sides of the border secure.

Doug Quets 00:24:59-00:25:17 (18 sec) NO STRESSLENS

People are coming here. Some come from economic, and we talk about that. But many of those people are actually fleeing due to the insecurity in their own country. If we can help them, we can help ourselves. Senator Kelly, and as I said -- so this is bipartisan, but we need a leader who can enact it, and the leader is standing right next to me because he's promised to enact it.

Doug Quets 00:25:17-00:25:47 (30 sec) NO STRESSLENS

Bipartisan. And I will tell you, President Trump, former President Trump, however you want to name him, and I had some really good conversations that -- we had conversations between ourselves, two men looking at each other. The man had a tear in his eye when he saw the picture of my son, and the person that those -- that are on the -- that are not -- have not committed and don't know, he's a decent man.

Doug Quets 00:25:47-00:26:10 (23 sec) NO STRESSLENS

He tried to help us, and he promised to help us. He also made a promise to me. That will be between the two of us. But if he's elected, I do believe he'll keep it. Sir, I can't thank you enough -- sir, I can't thank you enough for what you've done for my family in terms of calling attention to this. It was unreported in the media.

Doug Quets 00:26:10-00:26:34 (24 sec) NO STRESSLENS

Go back and check, for anybody who looks, and I will tell you -- and importantly -- [Audience boos] and importantly, like I said, Senator -- our Governor Walz was in Arizona last Saturday. He had a convention. We tried to go. We asked to go. I've got electronic proof of it, so we can show pictures. They've already been released to the media.

Doug Quets 00:26:34-00:26:59 (25 sec) NO STRESSLENS

We're told it was full. It was in a high school auditorium. And we weren't allowed to speak with him. So, when you wonder about where America really is and what the stories are, you don't have to wonder anymore. The man next to me and his vice presidential nominee, a current seated senator, both met with me within 36 hours of asking, and both took up the cause. [Applause]

Doug Quets 00:26:59-00:27:24 (25 sec) NO STRESSLENS

And for any troll that is out there and says, "Your son shouldn't have been in Mexico," if it's safe for 25 million people to come here, how can it not be safe for my son to go an hour south of the border? And for the trolls that say we're politicizing my son's death, I will tell you to go to the root of the word.

Doug Quets 00:27:24-00:27:42 (17 sec) NO STRESSLENS

It is the policy that contributed to my son being killed. It is the policy that's contributing to the death of other Americans. Just like the video you saw, that young lady, it is the policy that's contributing to fentanyl coming into the United States. Those are political failures, and we need to end them. Thank you for your time. [Applause]

Patricia Quets 00:27:42-00:27:45 (3 sec) NO STRESSLENS

I'm asking you, help us get justice for Nicholas.

Donald Trump 00:27:45-00:28:07 (22 sec) STRONG (2.095)
4 of 180 paragraphs scored.

[Audience chants "Nicholas" and "Fight"] That's incredible. And frankly, to do that, to be able to do that literally just a few days after this horrible event happened is pretty amazing, I'll tell you. We'll take care of it. We're going to take care of it. We're going to get that guy. We're going to get him.

Donald Trump 00:28:07-00:28:27 (21 sec) NO SIGNAL (0.653)

We're going to get him. They know who he is. Can you believe it? They know who he is. Nothing's done. Mexico's going to give him to us. Mexico is going to give him to us. They have to. They have to. It's going to be real easy. When I'm president, we're going to put the drug smugglers and human traffickers -- we're going to put them right out of business.

Donald Trump 00:28:27-00:28:54 (27 sec) MEDIUM (1.681)

They're killing hundreds of thousands of people in our country. You know, if we had a war, it wouldn't be as bad as this. Hundreds of thousands of people a year are being killed. To expedite removals of the Tren de Aragua savage gangs, I will invoke the Alien Enemies Act of 1798 to target and dismantle every migrant criminal network operating on American soil.

Donald Trump 00:28:54-00:29:16 (21 sec) STRONG (2.606)
2 of 180 paragraphs scored.

And if they come back into our country, it's an automatic 10 years in jail with no possibility of parole. And I'm hereby calling for the death penalty for any migrant that kills an American citizen or a law enforcement officer. [Audience chants "USA"] And I will immediately ban all sanctuary cities in the United States of America, sanctuaries for criminals.

Donald Trump 00:29:16-00:29:39 (24 sec)

STRONG (2.639)

1 of 180 paragraphs scored.

As we secure our border, we will bring back our economy. And very simply, I will make America affordable again because it's not affordable anymore. They've destroyed it with -- they have destroyed it with this inflation, this horrible inflation, the worst ever in our country. Kamala Harris cast the deciding votes that launched the worst inflation of your lifetime.

Donald Trump 00:29:39-00:30:18 (38 sec)

STRONG (2.268)

3 of 180 paragraphs scored.

She cost the typical American family over $30,000 in higher prices. You look at your food bills. You look at the cost of food items. You know, more people tell me about groceries. The word grocery, I've heard it more in the last year than any other word, I think. I think I've heard it more than any other word other than -- other than the word garbage.

Donald Trump 00:30:18-00:30:41 (24 sec)

NO SIGNAL (0.133)

Garbage. How stupid is a man to say that, right? How stupid is a man to say that? But she believes it, too. I'd love to hear that conversation now. Oh, boy. But now, Kamala wants to raise taxes on the typical American family by an average of $5,000 a year. Kamala also launched a war on tip workers, good place to talk about it, and service workers right here in Nevada, increasing the so-called tip allocation tax rate by 60 percent.

Donald Trump 00:30:41-00:31:00 (19 sec)

NO SIGNAL (0.069)

That's why you don't hear them talking about no tax on tips. They don't talk about it because they're going just the opposite. In other words, even after Kamala wrecked your economy with inflation, she came after your tip income like a vulture would do, actually. She doesn't understand it. She doesn't know what it means.

Donald Trump 00:31:00-00:31:19 (19 sec)

NO SIGNAL (0.051)

She has no sense of economics, none whatsoever. If she gets four more years, Kamala Harris will pick your pockets bare. You will have -- we will not have a country. Everyone will flee our -- our companies are going to flee. People don't realize, these companies, these big, beautiful companies, they're run by international businesspeople.

Donald Trump 00:31:19-00:32:05 (46 sec)

NO STRESSLENS

They don't live here. Many of them live in Switzerland and Sweden and lots of other countries. They don't mind. They don't even think about it. They'll take these companies out of here so fast. It's a mass charge to see who can get what company. And they want to go, and they'll go. They don't care. They have no loyalty to our country.

X

Donald Trump 00:32:05-00:32:31 (26 sec) NO SIGNAL (0.511)

We have to keep them here by being smart, not stupid. I will massively cut taxes for workers and small businesses, and we will have no tax on tips, no tax on overtime, and no tax on Social Security benefits for our great seniors. And I will support a tax credit for family caregivers who take care of our parents or a loved one.

Donald Trump 00:32:31-00:32:56 (24 sec) NO SIGNAL (0.367)

You know, if we didn't have that, if we didn't have the angel moms and -- lots of different names, but the angel moms is an example. If we didn't have them, the great wife that takes care of her husband who was badly wounded and vice versa, by the way, but if we didn't have that -- caregivers, they really take care.

Donald Trump 00:32:56-00:33:21 (26 sec) NO SIGNAL (0.157)

We wouldn't have enough hospitals if we doubled the size of our hospital rooms. If we doubled it up, we wouldn't have enough hospitals to take care of our country. And now, of course, what's happening is you go to towns and cities all over the country. You can't have a hospital anyway because the migrants have literally taken over the beds.

Donald Trump 00:33:21-00:33:36 (15 sec) NO SIGNAL (0.399)

They've taken over the schools. They've taken over your -- your son has a seat in school, and he no longer has it because a migrant is giving -- they're giving him -- actually, they're saying, "You go first. The migrants go first." Migrants go first. Look at what's happening. Look at what's happening all over the country.

Donald Trump 00:33:36-00:33:58 (23 sec) NO SIGNAL (0.559)

The schools are bursting at the seams. The hospitals are a disaster. You go to the hospital, you have a problem, you can't get in. I will end Kamala's war on American energy, and we will drill, baby, drill. We're going to drill, baby, drill. And I'll terminate her Green New Scam, one of the greatest scams in the history of our country, devised by a person who never even took an environmental course.

Donald Trump 00:33:58-00:34:22 (24 sec) NO SIGNAL (0.257)

You know who that is, right? AOC plus three. [Audience boos] Remember what she said? Twelve years. Well, the 12 years has pretty much come up, Mr. Congressman, right? Matt, right? The 12 years has come and gone. "We weren't going to be around anymore after 12 years." This is a young lady who -- I don't know if she's having a lot of fun or what.

X

Donald Trump 00:34:22-00:34:53 (31 sec) NO SIGNAL (0.659)

But, boy, I watched those senators. They were there for a long time. I watched them. "So, yeah, yeah, that's right. That's right." You know what her real goal is? $93 trillion. They don't want any more windows in apartments. No more windows. They'd like every building in Manhattan to be taken down and build a building with no windows in it.

Donald Trump 00:34:53-00:35:07 (15 sec) NO SIGNAL (0.496)

You have to be one of the greatest salesmen in the world to sell one of those apartments. I guess I have it wrong. I've always been known for having the biggest windows. I got a -- I want those windows to be so big, right down to the bottom of the floor. And the bigger they are, the better they sell.

Donald Trump 00:35:07-00:35:26 (19 sec) NO SIGNAL (0.491)

That's just the way it is. I got to change my whole philosophy if you don't vote me in because I'll go back to building crazy buildings now, and I won't be able to use windows anymore. No, they actually -- they don't want windows. They don't want cows. They don't want anything. They don't know what they want, actually.

Donald Trump 00:35:26-00:35:43 (17 sec) NO SIGNAL (0.342)

And I will cut your energy prices in half within 12 months. We're going to cut it in half. We have liquid gold. And then everything else is going to come down. It was energy that brought it up. It's going to be energy that brings it down. They screwed up that energy policy. We had it down to nothing, and then they snapped it back.

Donald Trump 00:35:43-00:36:13 (30 sec) NO SIGNAL (0.172)

They said, "We're not going to win an election." The prices, remember, they're going through crazy, then they got it back almost to my level. But see, my level wasn't right because I would have been four times that level by then, and I will be four times or five times the level very soon. Despite all of the damage she's caused, Kamala has spent the final week of her campaign comparing her political opponents to the most evil mass murderers in history.

Donald Trump 00:36:13-00:36:46 (33 sec) NO SIGNAL (0.192)

And two days ago, Joe Biden called our supporters garbage. Garbage. [Audience boos] That's nasty. I think that's worse than deplorables, right? How did that work out for Hillary? I think this is going to work out even worse. And they mean it. They mean it, even though without question, my supporters are far higher-quality than Crooked Joe or Lyin' Kamala.

Donald Trump 00:36:46-00:37:00 (14 sec) NO SIGNAL (0.146)

Well, look. Look at that. Look at that. That's -- they had nobody like that. My response to Joe and Kamala is very simple. You can't lead America if you don't love Americans. You just can't do. You can't do it. You can't be president if you hate the American people, and they do hate it. They hate the American people.

Donald Trump 00:37:00-00:37:16 (16 sec) NO SIGNAL (0.467)

Who would have an open-border policy where prisons and jails and penitentiaries are allowed to freely walk into our country, where gang members have taken off the streets of Caracas, Venezuela and dumped into our country? We don't even know their names. We know nothing about them. They are free to roam.

Donald Trump 00:37:16-00:37:44 (28 sec) NO SIGNAL (0.817)

They call it free to roam. Congratulations. You are free to roam. And they killed four people. You know, it's crazy, the 13,000-plus that we have, the killers. These are murderers from jails. Can you believe that? These were all murderers, convicted murderers in jail, in prison, and we know nothing about them.

X

Donald Trump 00:37:44-00:38:09 (25 sec) NO SIGNAL (0.283)

In fact, we don't even know where they are, but they're out there someplace. I'm sure we have a few of them. Welcome. I'm sure we have a few of them sitting right -- sitting -- this can give you a little bit of the yips, right? You're sitting down now, and you

don't know whether or not the guy next to you killed five people.

Donald Trump 00:38:09-00:38:33 (23 sec) NO SIGNAL (0.241)

No, we're going to get them out of here. We're going to get them out fast. We're going to get them out fast. And our local police are going to be activated. And if we had the cooperation from the fake news, which you don't, it would happen relatively quickly. We're going to be able to do it. Now, our local police, let me tell you, they know every one of them.

Donald Trump 00:38:33-00:38:58 (25 sec) NO SIGNAL (0.788)

They know their middle name. They know everything about them. They know what country they come from. They know everything. But they're told to stand back. Don't touch them. Don't do anything. Stand back. They don't want to stand back. Just like Border Patrol. They go crazy when they see these people pouring in, and they can look at them, and they can see trouble.

Donald Trump 00:38:58-00:39:18 (20 sec) NO SIGNAL (0.827)

They go trouble, trouble, trouble, trouble, no trouble, trouble, trouble. They can look at them, and they can see good or bad. Kamala Harris is not fit to be president of the United States. She doesn't have the intellect, the stamina, or that special quality that real leaders have to have. She doesn't have any quality leadership.

Donald Trump 00:39:18-00:39:35 (17 sec) NO SIGNAL (0.65)

She shouldn't even be there. He got 14 million votes. Look, I'm not a fan, but we had a debate. He didn't do great. His numbers went down. Big deal. They went to see him, and they say, "You can't win. You're out." This is -- you know, we call them a threat to democracy. They look at me, I'm a threat to democracy.

Donald Trump 00:39:35-00:39:54 (19 sec) NO SIGNAL (0.444)

I am the least threat. I'm the one saving our democracy. [Applause] No. Crazy Nancy, she's crazy as a bedbug. She walked in, and she starts screaming at him. "You're out of here. You're out of here. Get out of here." And, you know, it's amazing, her and some of her friends. And yet with Nancy, she was a big owner of Visa stock.

Donald Trump 00:39:54-00:40:21 (28 sec) NO SIGNAL (0.251)

She started off with nothing, and now she's worth $200 million, they say. But listen to this -- with her husband, with her husband. What was that all about, anyway? That was -- that was a weird deal. What was that all about? So, she's got the husband, and they buy stock. And she was a big owner in -- I believe it was Visa, big owner, big position.

Donald Trump 00:40:21-00:40:44 (23 sec) NO SIGNAL (0.607)

And we didn't know this, but Visa, it was going to be announced the following day that Visa was under major federal criminal investigation, and Nancy sold all of her stock in Visa the day before that came out. [Audience boos] I don't know. It sounds a little bad. What do you think, Michael? A little bit -- a little bit shaky? She said it was by strictly coincidence.

Donald Trump 00:40:44-00:41:06 (22 sec) NO SIGNAL (0.719)

She said it was by coincidence. No. Well -- but I don't see the press. Did you guys read about that at all? I don't think so, huh? [Audience boos] Joe Biden's comments were the direct result of Kamala's decision to portray everyone who isn't voting for her as an evil and even subhuman person. And we know it's what they believe because look at how they've treated you.

Donald Trump 00:41:06-00:41:26 (20 sec) NO SIGNAL (0.078)

They treat you -- they do treat you like garbage. They really do. For the last nine years, Kamala and her party have called us racists, bigots, fascists, deplorables, irredeemables, even Nazis. And they called me Hitler. You know, my father was a great guy. He was a strong guy but a good guy with a big heart, strong but really a warm guy.

Donald Trump 00:41:26-00:41:55 (29 sec) NO SIGNAL (0.556)

Whenever we walked down the street, we'd come sometimes into Manhattan, that was a big treat, and we'd see -- in those days, you don't see that anymore. Now, you see it at a very much higher -- at a scarier level, frankly. They put a gun in your ribs, and they say, "Give me what you have." But they used to hold tin cups out.

Donald Trump 00:41:55-00:42:30 (35 sec) NO SIGNAL (0.376)

And he'd always walk by, and he'd always put $100 in it. Anytime he saw it, he'd put $100 in. You know, that was like $1,000 today, maybe more. I said, "That's nice." I always remembered it. It's nice. But, you know, he told me once -- I don't even know in what reference, but he said, "Never use the name Nazi. You don't use that name. Do you understand me? And never use the name Hitler. You don't have to say Hitler. Don't ever say Hitler. Do you understand?"

Donald Trump 00:42:30-00:42:49 (19 sec) NO SIGNAL (0.407)

And now, I'm being accused of being Hitler by these lunatics out there that have lost control of our country. Our country is a -- we're riddled with crime. Every city, you take a look at it, it's falling apart. They smell. They're dirty. They're criminal-ridden. You take a look at what's happened to our great cities.

Donald Trump 00:42:49-00:43:19 (30 sec) NO SIGNAL (0.86)

It's a -- it's a shame. And, you know, a city -- and I hate to say it. I hurt myself. I have property there, San Francisco. I have a lot of property in California. It hurts me, but I don't care about this. What -- look, I was -- to be president is a big deal, so I don't give a damn about my property, but I own big property in San Francisco.

Donald Trump 00:43:19-00:43:41 (23 sec) NO SIGNAL (0.192)

San Francisco -- now I lose another 25 million by this statement. That's what -- San Francisco is almost unlivable, and it's because of her. She was the DA who destroyed San Francisco. She then became the attorney general, and she destroyed -- along with Gavin Newscum, one of the worst governors in history. [Audience boos]

Donald Trump 00:43:41-00:44:06 (25 sec) NO SIGNAL (0.297)

She destroyed California. More people moved out last year than moved in. First time that's ever happened. I mean, they have the best weather, in all fairness. In all fairness, they have the most incredible weather. And they have the beautiful ocean. They have the beaches. They have everything. And you got to work hard to screw that up, but he's done it.

Donald Trump 00:44:06-00:44:29 (23 sec) NO SIGNAL (0.164)

He's done it. You know, they just passed a law on voter ID. Do you know that? That not only don't they have voter ID, but it's against the law for you to ask somebody for voter ID. [Audience boos] So, if you work at one of the very few places that would even have the consequence of asking -- because there are no places -- you know, they just mail out millions of ballots, and they come mail back in.

Donald Trump 00:44:29-00:44:58 (29 sec) NO SIGNAL (0.023)

They don't know where the hell they're going, although they have a pretty good idea. They tend to go to Democrat neighborhoods a little bit more. But they mail out, like, 38 million ballots, and then they get mailed back in. They shovel them with shovels into cans and bullshit because -- I'll tell you what, if I ran in college -- you know, I went to California with a family of our great congressman and his wife, Ginger, who's incredible.

Donald Trump 00:44:58-00:45:19 (21 sec) NO SIGNAL (0.079)

Matt Gaetz, Mrs. Gaetz. And their family had a little event in a beautiful part of California, and nobody could believe -- you couldn't even get on the streets. It looked like Lindbergh just arrived on Broadway. It was so crazy. We would do -- with a fair count, we would do great in California with the right guy.

Donald Trump 00:45:19-00:45:43 (24 sec) NO SIGNAL (0.475)

Now, me, I would do great because Hispanics like me. I'm glad they love me. They should love me, and I love them. But I would do great if we had an honest vote. I always say if God came down just for one day to be the vote counter, in other words, we had -- I would win in California. I would. [Applause] That's a disgrace what happens.

Donald Trump 00:45:43-00:46:06 (23 sec) NO SIGNAL (0.913)

Think of it. They send out millions and millions and millions of ballots. They go out. They come back. You know, it's interesting. When you go to a legitimate place like in Florida, they've done a very good job. But I go into Palm Beach. I go in. They say, "Sir, I know who you are. I mean, I fully understand who you are. You're the president. But, sir, could I see your identification?"

X

Donald Trump 00:46:06-00:46:38 (32 sec) NO SIGNAL (0.102)

And I say, "You're doing the right thing." I actually say, "Don't be embarrassed." You know, they're very embarrassed. "Sir, I mean, I don't know how to ask, but could I see it?" I say, "Yeah. Here." "Oh, thank you, sir. I thought it was you." I thought -- no, they feel good. And then they give you a paper, and you sign the paper, and you put on whoever you're voting for.

Donald Trump 00:46:38-00:46:56 (18 sec) NO SIGNAL (0.156)

Maybe there's a bond issue or something, and you do a check, and they're watching. And then you sign. They walk you over to, essentially, a container, but it could be in the form of a machine. The fewer machines you have, the better, by the way. The fewer you have -- you know, Elon Musk told me -- he's the greatest.

Donald Trump 00:46:56-00:47:21 (25 sec) NO SIGNAL (0.297)

I would say -- you've got to say, in terms of computer, I would say he's probably about as good as you get. And, you know, I watched that big rocket come in two weeks ago. It came in. That sucker was going to crash. I said, "No, don't let it crash." I tell the story. I was talking to a very important person on the phone, very important, and I'm watching the screen.

Donald Trump 00:47:21-00:47:42 (21 sec) NO SIGNAL (0.302)

It's muted. There's no sound, but I see this -- seeing live. And at first, I thought it might be like a space-type movie, you know, some kind of a crazy movie. But this rocket comes in, and it's all burned. You know, it's coming down at 10,000 miles an hour or some crazy speed, and it's just like on fire.

Donald Trump 00:47:42-00:48:23 (41 sec) NO SIGNAL (0.451)

But now, it's like the size of a 22-story building. That's pretty big, right? And it's coming in, and I'm talking to this guy, and I say, "Do me a favor. Hold it just for a second, OK? I got to watch this." I put the phone down. I never picked it back up. Can you believe it? And because I'm president, but more importantly, because I may be president, he held on for 45 minutes.

Donald Trump 00:48:23-00:48:47 (24 sec) NO SIGNAL (0.182)

The guy held on. You know, if I wasn't president or if I had no potential to be president, he would have hung up in the first 30 seconds. But I picked it up like 45 minutes later. I said, "Hello? Hello?" "Hello, President." Very important guy. Everybody heard of him. I felt so badly, but one of those things that I was fascinated.

Donald Trump 00:48:47-00:49:10 (23 sec) NO SIGNAL (0.05)

So, I see this massive 22-story ship coming down, and you have the gantry or whatever the hell they call it nowadays and a ship, and it's coming too fast. And I'm saying, "Oh, no. Don't do that. I don't want to see it crash." And I didn't know it was Elon. I assumed it might be. I mean, why not? He has everything else.

Donald Trump 00:49:10-00:49:31 (21 sec) NO SIGNAL (0.219)

But the ship is coming down, and then I see the bottom is going to hit that gantry. And then I see an explosion of fire, pushes it like that. Just perfect. The fire's all over the place. The whole thing is burning. The smoke, I never saw anything like it. Then boom. And then the arms come out. And just like you do your beautiful little baby, you grab that sucker, and it was secure. [Applause]

Donald Trump 00:49:31-00:49:56 (25 sec) NO SIGNAL (0.054)

I said, "It's the most incredible thing I've ever seen." It was going to crash. The thing, the fire, and everything, just computer, right? It was all -- I called up Elon. I said, "Elon -- " You know, he gave us the greatest endorsement. He said it's the most important election we've ever had. Do you know where he is right now? He's campaigning in Pennsylvania.

Donald Trump 00:49:56-00:50:21 (24 sec) NO SIGNAL (0.508)

Can you believe it? With all he's got to do because he thinks it's the most important thing he can do. But I said, "Elon, was that you? The rocket, was that you, Elon?" I called him up. "Hello?" And I said, "How are you doing, Elon?" "OK. What's up?" I said,

"Elon, was that you with the rocket?" "Yeah."

Donald Trump 00:50:21-00:50:52 (31 sec) NO SIGNAL (0.344)

And I said, "You're unbelievable." I said, "Can Russia do that?" "No." "Why not?" "They don't have the knowledge, and they never will." I said, "Can China do that?" "No." I said, "Why not?" "Because I have the knowledge, and they don't. It would take them 10 years before they can do that." I said, "Can the U.S. do it outside of you?"

Donald Trump 00:50:52-00:51:15 (23 sec) NO SIGNAL (0.332)

No. I said, "That's why I like this guy. That's why I like this guy." Hello, Mr. Senator. I just see you there. The Barrasso man, he's one of the greatest people. What a great -- I didn't know you were going to be -- I'm very impressed. I guess Sam Brown must be doing very well for you to be here, huh? We got the leader of the Senate.

Donald Trump 00:51:15-00:51:46 (32 sec) NO SIGNAL (0.558)

We got the leader of the Senate here, and I know it's not for me. So, it has to be for Sam Brown, right? Thank you. Thank you. Senator Barrasso, he's unbelievable guy, and Sam is unbelievable. And we're going to get to him in two seconds, and he really is -- by the way, you know, I do the weave, right? You know the weave? It's genius.

Donald Trump 00:51:46-00:52:13 (27 sec) WEAK (1.059)

It's genius. I can go here, but it's always related, maybe sometimes just a little tiny bit, but I can like -- here, over there because I look. I see them. I say, "Whoa, there's a senator, one of the biggest senators, maybe the most powerful guy." Because Mitch doesn't have it anymore. No, he may be the most powerful guy in the Senate, and I'm very impressed with you, Sam.

Donald Trump 00:52:13-00:52:39 (25 sec) NO SIGNAL (0.271)

That's pretty good. That's pretty good. But nobody has given up more, right? Nobody has given up more who's run for the U.S. Senate than Sam Brown. Nobody. And we should put him in office. Nobody has given up what he's given. Defending us, defending us. And he's running against a horrible person, a radical-left lunatic.

Donald Trump 00:52:39-00:53:09 (30 sec) WEAK (1.256)

But nobody's given up what that man has given up. And I say it, and he might not even like me to say it, but I say it because it's true. Nobody has given up ever, ever, that's ever run for the U.S. Senate. And I just hope he gets in, and he's very close. I saw a poll. You're right there, neck and neck.

Donald Trump 00:53:09-00:53:34 (25 sec) NO SIGNAL (0.082)

Nice of you there, Barrasso. That's great. But they bullied you. They've demonized you. They've demeaned you. They've censored us. They've de-platformed us. You know, they took me -- I had 280 million between Facebook, Instagram, and Twitter. And one day, I woke up, and I had nobody. Think of that. They took them all away from me.

Donald Trump 00:53:34-00:53:57 (23 sec) NO SIGNAL (0.256)

No, think of that. And I have a lot of things to say. I have a lot of good things to say, at least I think they're good. And I didn't know what the hell to do. And I went about two months, and I had all this stuff, and my mind is ready to explode because I can't tell people. And then what happens, I did what's called an old-fashioned -- most of you are too young.

Donald Trump 00:53:57-00:54:34 (37 sec) WEAK (1.023)

There's a couple of guys here that's fine. They know. They've heard it. But I did what's called an old-fashioned press release, and I do a press release, and I put it out, and it got better and better. Save America. It was called Save America, and people loved it. And then I created Truth. Think of this, Truth.

Donald Trump 00:54:34-00:55:06 (32 sec) NO SIGNAL (0.135)

And it's hot as a pistol now. So, think of it. Somebody said -- a very smart guy, a Wall Street genius, he said to me, "You know, think of it. They hated you so much that they took you away from..." I had like 280. I know Mark Zuckerberg said I'm No. 1. No. 1, think of that. He came to the White House, and he's actually been very nice to me, I must say.

Donald Trump 00:55:06-00:55:39 (33 sec) NO SIGNAL (0.022)

But he came to the White House. He said, "Congratulations, you're No. 1." But on Facebook, Instagram, and Twitter then -- they called it Twitter. Now, they call it X but under a different regime. And it's great that Elon bought that. He's done us all a big favor because these were bad people. But -- so this friend of mine who's a great natural businessperson, he viewed it differently.

Donald Trump 00:55:39-00:56:01 (22 sec) NO SIGNAL (0.656)

I said, "Can you imagine what they did?" But think of what happened. They de-platformed me, just like I said. They took my voice away. I then came up with a press release, and the press release went crazy. It was like almost as hot -- I may be just as hot. But then I said I got to open up some kind of equipment or machinery.

Donald Trump 00:56:01-00:56:30 (29 sec) NO SIGNAL (0.266)

I got to do it like, you know, I want to do it. So, I couldn't do it then because they wouldn't even talk. They wanted me -- they wanted my voice silenced. So, I created Truth and, it's really good. It's very expensive to do that. You know, it's expensive stuff between the clouds and all the other crap that I had to learn about that I wasn't interested in.

X

Donald Trump 00:56:30-00:57:01 (31 sec) NO SIGNAL (0.051)

I got a cloud I got everything. But this guy said to me the other day, he said, "Think about it. They de-platform you. They take your voice away. They want to destroy you. So, you, in a moment of weakness, develop your own source of information, and you do it at a high level. And you get great engineers, but it's still expensive, and you put it out, and then you open it up. And it's called Truth. And they said you couldn't get the name Truth because it was -- somebody else had to own it."

Donald Trump 00:57:01-00:57:32 (31 sec) NO SIGNAL (0.22)

And I said, "Check." They said, "Sir, you'll never get the name Truth, sir. That's a term that you will never get." I said -- and you ideally need five letters, right? I said, "Wouldn't truth be great?" They said, "Sir, you won't get it. You won't get it." I said, "Check." "Sir, I will. But, sir, you're not going to get it."

Donald Trump 00:57:32-00:58:08 (36 sec) NO SIGNAL (0.09)

I said, "Check." And they came back. "Sir, it was available, and we bought it for $2,000." Can you believe it? $2,000. And then it had a little burst. I don't know what the hell's going on. So, here's my friend. He said, "So, they de-platform you. They take it all away. They try and destroy you, and you open up something."

Donald Trump 00:58:08-00:58:39 (31 sec) NO SIGNAL (0.75)

And as of yesterday, it was worth 10 billion crazy dollars. Did you see that? $10 billion, Mr. Senator. And they're going crazy. They all have Trump Derangement Syndrome. They're going -- can you imagine how they must feel? They take it away, and you open something that's worth $10 million? It's crazy, but it's good.

Donald Trump 00:58:39-00:59:02 (24 sec) NO SIGNAL (0.072)

And by the way, use Truth. It's great. It really is. It's great. They've taken your money and thrown open your borders to criminals and terrorists, flooded your towns with deadly drugs and death, and given your jobs to illegal migrants and sent our blood and treasure to fight stupid foreign wars in places and countries that you've never even heard of.

Donald Trump 00:59:02-00:59:25 (23 sec) NO SIGNAL (0.21)

This Tuesday is your chance to stand up and declare that you are not going to take it anymore. You're not going to take it anymore. What we've built is the biggest, broadest, most incredible coalition and the greatest political movement, by far, in American history. And by the way, I say that all the time.

Donald Trump 00:59:25-00:59:53 (28 sec) NO SIGNAL (0.308)

They've never challenged it. They can't challenge it. It's not even close. By the way, it's 100 times, 200 times greater than anything. There's never been anything like this. I always tell the story. Pat Buchanan was a great guy, conservative commentator. He came in second in New Hampshire, and he became very famous, and he had a phenomenal career because he came in second.

X

Donald Trump 00:59:53-01:00:18 (25 sec) NO SIGNAL (0.9)

I came in first in 50 states, think of it, for the nomination, first in 50 states. And then we went on to win the presidency of the United States, and then we wanted a second time. But I guess we're going to have to do it a third time. We're going to do it a third time. And it's going to be if we do it together because it's not me.

Donald Trump 01:00:18-01:00:39 (21 sec) NO SIGNAL (0.434)

It's all of us. It's us together. It's we. It'll be the greatest event in the history of politics in America. I believe that. There'll be nothing ever like it. And we're going to straighten out our country, and we're going to make America great again. It's going to be amazing. Five days. Oh, I can't wait.

Donald Trump 01:00:39-01:01:08 (30 sec) NO SIGNAL (0.809)

You know what? I've worked for 62 days in a row. I haven't taken a day off. And by the way, I looked at her today. She was trying to justify the fact that they called us all garbage, and I watched her at a news conference. She's exhausted. She's finished. And about two weeks ago, after having worked for, like, you know, 50 days in a row, two weeks ago, she said -- I canceled the show.

Donald Trump 01:01:08-01:01:33 (24 sec) WEAK (1.391)

You know why I canceled it? Because it was on NBC Fake News. I said -- somebody set me up. I said, "I don't want to do it." And I went to another show instead. She said, "He canceled the show." I did Joe Rogan for three hours, you know. Joe Rogan for three hours. She said, "He canceled the show. He looks very tired. He looks very, very tired,"

Donald Trump 01:01:33-01:02:00 (28 sec) MEDIUM (1.733)

because I canceled the show, did another one. No, I cancel shows that are no good. NBC is no good. They're no good. ABC is no good. CBS is no good. And in fact, in honor of you, I just sued CBS today because of "60 Minutes." [Applause] You know why I sued them? Because she was on, and it was called election interference fraud.

Donald Trump 01:02:00-01:02:21 (21 sec) NO SIGNAL (0.633)

Very simple. They asked her a question. She gave an answer as though she was one of the dumber people in the history of our country, certainly the dumbest vice president and would be beyond the dumbest president. But we're not going to let that happen. So, she gave one of these -- you know, they call it a word salad, but I don't like the term.

Donald Trump 01:02:21-01:02:48 (27 sec) NO SIGNAL (0.864)

I don't like the term. No, I don't like the term. I think you're very nice, but I don't like the term. She came dressed as a word salad. Do you believe it? And he came dressed as a wall. Look. And I have no idea who she is, but she's a very pretty young lady. OK. Sit down. So, she answered a question.

Donald Trump 01:02:48-01:03:13 (25 sec) NO SIGNAL (0.241)

It was a question. She gave this long, crazy -- if you read the answer, you would say there's something wrong with her. So, you know what "60 Minutes" did? Can you imagine them doing that for me? They took the -- it was a very long answer. She just went on and on, just words, didn't mean anything. "60 Minutes" and CBS cut it all out, and they took another answer for a meaningless question, and they put it up there.

Donald Trump 01:03:13-01:03:35 (22 sec) NO SIGNAL (0.304)

You know that, right? They put it up there. They took it, and they put it up, and they replaced an answer that would show that she's not qualified cognitively, as I would like to say. I think she should take a cognitive test. She's not qualified. They took it out in its entirety, and they took another answer from someplace else, and they put it in.

Donald Trump 01:03:35-01:04:04 (29 sec) NO SIGNAL (0.954)

That's called election interference fraud, OK? So, we sued them today. And I think CBS should lose its license, but I think ABC should lose its license also because of what they've done. We'll see. It's a hard one for them to explain. Well, let's say we have a

fair judge. Well, exactly why did you do that? I mean, it's -- you know, I've seen where answers are sort of juggled around.

Donald Trump 01:04:04-01:04:20 (16 sec) NO SIGNAL (0.729)

That's not good either, but a little tiny -- but to take the whole thing out and to take another answer from a totally different question and a totally different part and move it in -- and they got caught. And they don't want to show us any papers because they might have done it with many other answers.

Donald Trump 01:04:20-01:04:41 (22 sec) NO SIGNAL (0.053)

And that's real interference. So, now we don't have to lock them up. They should lose their license, which is worth billions of dollars. But we brought together veterans and union members, soldiers and steelworkers, farmers and autoworkers, and patriotic moms and dads of every race, religion, color, and creed.

Donald Trump 01:04:41-01:05:01 (20 sec) NO SIGNAL (0.044)

We're welcoming historic numbers of African Americans, Hispanic Americans, Asian Americans, and Arab Americans. Did you see, in Michigan, how well we're doing with the Arab Americans? That's great. That's good because we have a real good chance. We're leading in Michigan. We're leading in Pennsylvania.

Donald Trump 01:05:01-01:05:20 (19 sec) NO SIGNAL (0.656)

We're leading all over the place. We're leading here. We're leading in Arizona by eight. A great poll just came out. We're leading by eight. We're leading all over the place. But we're uniting Christians and Jews, Catholics and Evangelicals, Muslims and Mormons, and everyone who simply wants to do one thing.

Donald Trump 01:05:20-01:05:45 (25 sec) NO SIGNAL (0.395)

It's one simple thing they want to do. You know what it is? Make America great again. [Applause] So, our campaign has been endorsed by the 400,000 members of the Fraternal Order of Police, by the Border Patrol agents, by the rank-and-file membership of the Teamsters. And I'll tell you, headed up by a very good guy, Sean O'Brien.

Donald Trump 01:05:45-01:06:03 (18 sec) NO SIGNAL (0.212)

Good guy. By Elon Musk. Well, we have so many. Yesterday, Elon, that's a great one. He feels it's so important. That guy, he's a worker, too. I'll tell you, he's working every single -- he's actually liking it. I hope he doesn't run for office. I don't want to run against -- but no, he's really working.

Donald Trump 01:06:03-01:06:24 (21 sec) NO SIGNAL (0.063)

He's amazing. And, you know, yesterday, we were in Wisconsin, Green Bay, Wisconsin. So, who is Green Bay, Wisconsin? Brett Favre with the largest hand I've ever seen. He said, "Hello, sir." He shook my hand. His fingers are like a sausage. He's the biggest hands and strong guy, great guy. And he endorsed me yesterday in Wisconsin.

Donald Trump 01:06:24-01:06:56 (32 sec) NO SIGNAL (0.322)

He's never done it before. [Applause] And he's great. He's a great guy. He can throw a ball 80 yards. He could rip the -- he could rip the hand. Sometimes, he threw it a little too hard. It rips the hands off the receiver. But he was great, one of the greatest. Robert F. Kennedy, Jr., we have. And he's going to work on health and women's health and all of the different reasons because we're not really a wealthy or a healthy country.

Donald Trump 01:06:56-01:07:24 (28 sec) NO SIGNAL (0.146)

We're not. We're not. Actually, we're not a wealthy country either. We have 36 trillion, but we'll get that taken -- you know what's going to take care of that largely? The liquid gold is going to help us with that. That's why I told Bobby, "Bobby, I want you to take care of health. I want you to look at the food and the food supply and what we put on the food and all sorts. You can look at -- but let me handle the oil and gas, Bobby. Just leave me alone. Leave me alone. Leave me alone. I want to work the liquid gold."

Donald Trump 01:07:24-01:07:45 (20 sec) NO SIGNAL (0.037)

And Buzz Aldrin endorsed us yesterday. Never done it. He's been a great hero and an astronaut for many years. He's never endorsed anybody. This is the first time in -- not a young guy. This is the first time in many years that -- first time he's ever endorsed. That was nice. Thank you, Buzz Aldrin. Kamala and Joe called them all garbage.

Donald Trump 01:07:45-01:08:17 (32 sec) NO SIGNAL (0.041)

Those people, they called them garbage. They're us. Everybody's us. I think 250 million people are us. And I call you the heart and soul of America. That right. You're the people that built America. But we're especially excited to have the support of record numbers of Hispanic Americans. And right here in Nevada, we're going to win a record share of the Hispanic American vote at a level that nobody's ever seen before for the party because, you know, basically, it's pretty simple.

Donald Trump 01:08:17-01:08:40 (23 sec) NO SIGNAL (0.004)

Hispanics want great jobs. They want rising wages, and they want safe communities. They're very -- they're great people, energy and very entrepreneurial. I know them well. They're really hard workers. They're great people. You don't want vicious gang members getting dumped into your state, and you don't want Kamala teaching your children that they can change their gender anytime they'd like.

Donald Trump 01:08:40-01:08:59 (20 sec) NO SIGNAL (0.041) X

You don't want that. [Audience boos] She came out with gender stuff. You don't want to know about it. And I don't know what's going on with Catholics, but many Hispanics are also Catholics, and Kamala is persecuting Catholics. What the hell did Catholics do? They are being persecuted. Look, she's raising her hand.

Donald Trump 01:08:59-01:09:21 (22 sec) NO SIGNAL (0.112)

They're being persecuted. And by the way, Evangelicals, Christians are -- you're next. You'll be next if they win. She even suggested that being Catholic disqualifies you from being a federal judge or running for office. Do you believe that one? How old is that theory? That goes back a long way to Kennedy.

Donald Trump 01:09:21-01:09:45 (24 sec) NO SIGNAL (0.665)

I mean, to Kennedy -- to John Kennedy. I will defend your jobs. I will protect your children, and I will defend religion. Kamala Harris is a low-IQ individual who is running a campaign of hate and anger and retribution. She's now talking about what she's going to do on the border. But why didn't she do it before? Four years.

Donald Trump 01:09:45-01:10:04 (19 sec) NO SIGNAL (0.316)

Or she's going to do something about inflation. "I'm going to do something about it." She has no idea what the hell she's talking about inflation. She doesn't even know what the word means. But I say, but why didn't you do it before? I asked this question in a debate. Why didn't she do this stuff? "I'm going to do this and that."

Donald Trump 01:10:04-01:10:23 (18 sec) NO SIGNAL (0.389)

She forgets she's been there for almost four years. But what she's going to do to help the economy, and I say, why didn't you do it before? Why didn't you do that before? You had four years almost. She and Crooked Joe head up the worst administration in the history of our country. They've made Jimmy Carter the happiest man around.

Donald Trump 01:10:23-01:10:44 (22 sec) NO SIGNAL (0.526)

It's true. And in all fairness, look, he didn't allow 21 million people to pour into our country from all parts of the world, knowing nothing about them, and they turn out to be massive numbers of criminals and terrorists, terrorists at levels we've never seen before. Two nights ago, Kamala made a speech with a paid-for audience.

Donald Trump 01:10:44-01:11:05 (21 sec) NO SIGNAL (0.418)

You know she can't get crowds. They send buses. You can't -- you got to send different -- you can't have all the same bus line taking everybody. I thought they did a good job. Actually, I'm going to use them sometime, but I don't need crowds. We got plenty of crowds. [Applause] But she made a speech, and all she talked about was Donald Trump.

Note 01:11:05-01:11:05 ( sec) NO STRESSLENS

[Begin video clip]

X

Kamala Harris 01:11:05-01:11:31 (25 sec) NO SIGNAL (0)

[Video clip] About Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Donald Trump. Trump.

Note 01:11:31-01:11:31 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 01:11:31-01:11:51 (21 sec) NO SIGNAL (0.009)

The whole thing was about Trump. She was here for almost four years. They didn't do anything, the worst and a failed administration. What they did in Afghanistan, others would be prosecuted for it. And they didn't fire Milley. They didn't fire these generals that did a bad job. He's an incompetent guy, too.

Donald Trump 01:11:51-01:12:13 (22 sec) NO SIGNAL (0.16)

They have a lot of incompetent people. We defeated ISIS. Remember that? That was much tougher. We did it surgically. We did it in four weeks. [Applause] She suffers from a very serious disease known as Trump Derangement Syndrome, TDS, but many Democrats do. They really do. They suffer -- the press suffers from it, too.

Donald Trump 01:12:13-01:12:37 (23 sec) NO SIGNAL (0.226)

They're sick people. And you know why? You know why they do this? Because we're winning. We're all winning. Just remember that. Everything Kamala says is a lie. She says I want to take away Medicare and Social Security. It's crazy. I would never say that. Who would say that? Because if you do say that, that's your -- number one, it would be wrong.

Donald Trump 01:12:37-01:13:01 (24 sec) NO SIGNAL (0.797)

And number two, it's the end of your political career. So, who would say that? I never said that. She said, "He wants to immediately end Social Security." She's crazy. Hillary Clinton wouldn't lie like that. We can't stand Hillary. She's crooked as hell. She says I want to end Obamacare, affordable health, OK? No, I never said that.

Donald Trump 01:13:01-01:13:19 (18 sec) NO SIGNAL (0.079)

You got to -- I fixed it. I made it good, but it still stinks, OK? If we got something better, I would do it, if it was less expensive. It's too expensive, and it's not a very good form of health care. But if we got something better, I'd do it, but I never said I'm going to end it. She said, "He wants to immediately end it."

Donald Trump 01:13:19-01:13:42 (23 sec) NO SIGNAL (0.179)

She talks about Project 2025 all the time. I have nothing to do with it. I've said it every way possible. I even said to a very good lawyer, "Am I allowed to sue them for continuously -- " We put it in writing. We sent it. And the lawyer said, "Well, sir, you're running a campaign. You've got a lot of liars in campaigns. You probably can't."

Donald Trump 01:13:42-01:14:08 (26 sec) NO SIGNAL (0.204)

But she says that I want to ban IVF. It's fertilization. That's a lie. You better believe it because you've heard it. No, I'm like the father of IVF. When I heard about it -- and they had a bad ruling in Alabama. A judge ruled that all clinics have to be immediately closed. And I was called by Katie Britt, great senator from Alabama, and she said, "You have no idea. So many women, they're going crazy."

Donald Trump 01:14:08-01:14:26 (18 sec) NO SIGNAL (0.195)

And I said, "Explain it. Just explain it." And after about five minutes, I said, "Well, we can do that. That's great. That's helping us to have beautiful, healthy babies. That's OK." And I actually said -- I wrote something out, and it was quite good, I must say, and it was very -- it was totally supportive.

Donald Trump 01:14:26-01:14:49 (23 sec) NO SIGNAL (0.08)

And Alabama Legislature, the following day, passed exactly what I wrote. And we are totally in favor, but she said I want to end IVF. In fact, I want to get insurance companies to pay for the IVF if possible. We want to do it. And I'm going to protect Medicare and Social Security and your health care from Kamala's open-border catastrophe.

Donald Trump 01:14:49-01:15:11 (22 sec) NO SIGNAL (0.192)

So, she's the one who threatens your health care, and according to recent studies, Kamala's plan for giving free health care to illegals will destroy Medicare. It will destroy our country. It will cost $2 trillion. She wants to do that. She will -- that's something she'll do. I will -- and by the way, if you tell them, then they're going to come.

Donald Trump 01:15:11-01:15:37 (26 sec) NO SIGNAL (0.053)

And it's a tragedy. If you say you're not going to get it, then they're going to stay where they are, and it's not a tragedy. I will never let our country be destroyed. The reason Kamala's campaign has been reduced to this desperate, pathetic stream of hoaxes and lies is simple. The entire world can see she's a train wreck who is totally unqualified to be the president of the United States.

Donald Trump 01:15:37-01:15:57 (21 sec) NO SIGNAL (0.218)

She's totally unqualified. [Applause] There are some people who thrive under pressure, and there are some people who crack under pressure. And the more pressure Kamala is under, the more pressure she unravels. You know, people didn't know her. She's only had a few months because she had that little honeymoon period.

Donald Trump 01:15:57-01:16:18 (20 sec) NO SIGNAL (0.269)

And remember, she was introduced, and she got on stage, and she went, "Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you." It's like 50 times thank you. I say, "What the hell is wrong with her?" But the press never picked that up. If I did that, I would be -- it would be over.

Donald Trump 01:16:18-01:16:37 (20 sec) NO SIGNAL (0.381)

Remember that, when she was -- right? Was that a little weird? She said it like 42 times. "Thank you. Thank you. Thank you. Thank you. Thank you. Thank you." But being a candidate is nothing compared to the pressure of being president. I know both. If she can't handle the press conference or the television interviews, which she can't -- she should do Joe Rogan.

Donald Trump 01:16:37-01:17:02 (25 sec) NO SIGNAL (0.423)

I mean, it's a really good interview. Then she can't handle the presidency. She'll get overwhelmed, melt down, and millions of people will die. This is not a charity event. This is an election for the biggest and most important job in history. [Applause] There's no participation trophy for incompetent candidates.

Donald Trump 01:17:02-01:17:19 (17 sec) NO SIGNAL (0.506)

Do you want to lose your life savings because we put a weak and foolish person in the White House? That will -- that's going to happen. If that happens, it's going to happen. Do you want to lose your job or maybe your house or pension because Kamala has the economic understanding of a child? She's a child.

Donald Trump 01:17:19-01:17:52 (33 sec) NO SIGNAL (0.395)

Do you ever hear her talk about the economic situation? Oh, my, it's crazy. She shouldn't be here. The presidency is a job held by Teddy Roosevelt, Abraham Lincoln, George Washington, Dwight Eisenhower, Ronald Reagan, Ronald Reagan, and people of strength and high intelligence. Would you trust Kamala to talk to Russia or China about nuclear war? [Audience responds "No"] But I can.

Donald Trump 01:17:52-01:18:14 (22 sec) NO SIGNAL (0.464)

We had no wars. And China paid us hundreds of billions of dollars. And Kamala -- think of this, hundreds of billions of dollars, China. And Russia, I ended their pipeline. They had Nord Stream 2. Nobody ever heard of it until I said, "Wait a minute. They're building a pipeline in Europe that's going to Germany with offshoots all over the place. They're going to build a pipeline."

Donald Trump 01:18:14-01:18:34 (19 sec) NO SIGNAL (0.061)

I terminated that pipeline, and then they said, "He's been nice on Russia." Think about that, Matt. I've been nice on Russia. I terminated the biggest job they've ever even conceived of, and then they say, "Oh -- " But I do get along with Putin. And, you know, that's a good thing. And I get along with President Xi, and I get along with Kim Jong Un.

Donald Trump 01:18:34-01:18:58 (24 sec) NO SIGNAL (0.255)

But they respect us. They respect us a lot. Now, they laugh at us. They think we're a joke. Would you trust her to steer us out of an economic crisis? [Audience responds "No"] Nothing is more dangerous than to give immense power to a person with a very low IQ. You wouldn't put Kamala in charge of, literally, a kindergarten class.

Donald Trump 01:18:58-01:19:19 (21 sec) NO SIGNAL (0.186)

You wouldn't. So, at the end of the day, you need to ask yourself, can you afford to put someone that's grossly incompetent in charge of the future of our country? I don't think so. On top of all that, Kamala says she would do nothing differently. She was asked that question. Please look.

Note 01:19:19-01:19:19 ( sec) NO STRESSLENS

[Begin video clip]

Sunny Hostin 01:19:19-01:19:26 (7 sec) NO STRESSLENS

[Video clip] Would you have done something differently than President Biden during the past four years?

Kamala Harris 01:19:26-01:19:29 (3 sec) NO STRESSLENS

[Video clip] There is not a thing that comes to mind.

Mark Schmitz 01:19:29-01:19:32 (3 sec) NO STRESSLENS

[Video clip] I stood there on the tarmac, watching you check your watch.

Andrea Mitchell 01:19:32-01:19:40 (8 sec) NO STRESSLENS

[Video clip] The chaotic and deadly U.S. evacuation from Afghanistan stunned Americans and the world and cost the lives of 13 U.S. soldiers.

Sunny Hostin 01:19:40-01:19:42 (2 sec) NO STRESSLENS

[Video clip] Would you have done something differently?

Kamala Harris 01:19:42-01:19:44 (2 sec) NO STRESSLENS

[Video clip] There is not a thing that comes to mind.

Unidentified 01:19:44-01:19:59 (15 sec) NO STRESSLENS

[Video clip] More than 13,000 illegal immigrants convicted of murder have been caught at the border and then released into the United States. [Video clip] An Afghan national is in custody today after being accused of plotting an Election Day terrorist attack. The suspect entered the U.S. on a Special Immigrant Visa.

Unidentified 01:19:59-01:20:18 (19 sec) NO STRESSLENS

[Video clip] Gut-wrenching new details in the murder of Georgia nursing student Laken Riley. The illegal immigrant suspect, who cops say committed the heinous murder, is a Venezuelan national who crossed the unsecured southern border back in 2022. [Video clip] Two men, investigators say, are in the country illegally from Venezuela are charged with capital murder in the death of Jocelyn Nungaray.

Unidentified 01:20:18-01:20:26 (8 sec) NO STRESSLENS

[Video clip] A fifth illegal immigrant accused of attacking two New York City police officers over the weekend showed no remorse or regret.

Sunny Hostin 01:20:26-01:20:28 (1 sec) NO STRESSLENS

[Video clip] Would you have done something differently?

Kamala Harris 01:20:28-01:20:30 (3 sec) NO STRESSLENS

[Video clip] There is not a thing that comes to mind.

Unidentified 01:20:30-01:20:41 (11 sec) NO STRESSLENS

[Video clip] Only 18 percent say the economy is in excellent or good condition. [Video clip] U.S. inflation has hit a new 40-year high, increasing by 9.1 percent over the financial year.

Unidentified 01:20:41-01:20:52 (11 sec) NO STRESSLENS

[Video clip] Authorities are saying Tren de Aragua, which has been linked with more than 100 criminal investigations here in the U.S. , has now been found operating its criminal enterprise in apartment complexes.

Dana Bash 01:20:52-01:20:53 (1 sec) NO STRESSLENS

[Video clip] Were you the last person in the room?

Kamala Harris 01:20:53-01:20:53 (1 sec) NO STRESSLENS

[Video clip] Yes.

Note 01:20:53-01:20:54 ( sec) NO STRESSLENS

[End video clip]

Donald Trump 01:20:54-01:21:27 (34 sec) NO SIGNAL (0.128)

Nothing comes to mind. Oh. Three hundred and twenty-five thousand, the worst at 325,000 young, beautiful children went through her open border, and they've never been seen again. They're probably dead, or they're sex slaves or slaves of some kind or captives. Remember that. And the press is -- I've never seen a story about it from those fakers back there.

Donald Trump 01:21:27-01:21:52 (25 sec) NO SIGNAL (0.087)

Think of that. [Audience boos] Think of that, 325,000 children. And then you remember, a couple of weeks ago, it came out that 818,000 fake jobs were created so that they could show how great they're doing. But they were all fake, 818,000 fake jobs. And then a whistleblower -- thank you very much, Whistleblower.

Donald Trump 01:21:52-01:22:16 (24 sec) NO SIGNAL (0.549) X

They were going to report a change after the election. They were going to report that it was -- they wouldn't say it this way, but essentially, it was a fraud on our country. And I never saw them write anything about it. Think of it, 800,000 jobs plus 18,000, 818,000 jobs, almost a million jobs were fraudulently created.

Donald Trump 01:22:16-01:22:37 (21 sec) NO SIGNAL (0.311)

But they got caught before the election. Aren't I lucky? I mean, think what would have happened. They would have announced it a week later, and everyone would have said, "So what?" These people are fraudulent. If you want to end this disaster, you must -- this is a disaster. You must get out, and you must vote.

Donald Trump 01:22:37-01:23:11 (34 sec) WEAK (1.155)

We're thrilled to be joined tonight by your next senator, Sam Brown. Stand up, Sam. Great. He is doing some job. And thank you very much, Senator Barrasso, for being here. It's a great honor to have you. It's a great honor, a great honor. He's a fantastic man, by the way. Senator Markwayne Mullin. Don't fight this guy either.

Donald Trump 01:23:11-01:23:38 (27 sec) NO SIGNAL (0.125)

He's a rough -- where is he? Where's Markwayne? The hell happened to him? He's probably out fighting somebody. He's a hell of a fighter. Thank you. Thank you, Markwayne. Thank you. Lieutenant Governor Stavros Anthony. Thank you, Stavros. Looking good. Thank you very much. And he's working very hard on getting out the vote and, maybe even more importantly, the honesty of the vote.

Donald Trump 01:23:38-01:23:56 (18 sec) NO SIGNAL (0.117)

We have everything we need now. We just need a little honesty. You and the governor are doing great. Thank you very much. Congressman from Florida, he's a great guy. He's really great. Matt Gaetz and his wife, his beautiful wife, Ginger. Ginger, stand up. Matt and Ginger. This is a good-looking couple.

Donald Trump 01:23:56-01:24:26 (30 sec) NO SIGNAL (0.848)

This is a seriously good-looking couple, but they're a great couple. Your Congressional candidate who's really looking good, Drew Johnson. Thank you, Drew. Nevada Republican Party chairman, Michael McDonald. Thank you, Michael. Five days, Michael. Five days. Thank you, everybody. So important that we win this state.

Donald Trump 01:24:26-01:24:43 (17 sec) NO SIGNAL (0.486)

If we win this state, it's over. It's over. A friend of mine, a great television star. He's been on for a long time. I don't even know what the hell it is. But when you're on for more than two seasons, you're, like, considered good. This guy's been on for years and years, and he's big stuff. Rick Harrison.

Donald Trump 01:24:43-01:25:06 (24 sec) NO SIGNAL (0.622)

Where is Rick? Oh, Rick. Hi, Rick. How many years, Rick? Yeah. He's been on there for a long time. Thank you, Rick. Great job. Another friend of mine, a great writer, very powerful writer. I guess we could call him conservative, to put it mildly. Wayne Allyn Root. Thank you, Wayne. Great guy. Thank you, Wayne.

X

Donald Trump 01:25:06-01:25:25 (19 sec) NO SIGNAL (0.271)

Thank you for your support. Wayne is always supporting. I really appreciate -- we have the very similar philosophy that way. He's been great. And my friend, Steve Witkoff, who's one of the great developers in the country. Steve Witkoff, he's always there with his checkbook to help people. He goes to North Carolina.

Donald Trump 01:25:25-01:25:46 (20 sec) NO SIGNAL (0.41)

He writes out a big check. No matter where he goes, he just -- he's like a walking money pit. He's got a lot of cash. But he's a very generous guy, and he's a great, talented businessperson. He's great, a great man. But here are the facts. Kamala is a radical-left Marxist, rated even worse than Crazy Bernie Sanders or Pocahontas herself.

Donald Trump 01:25:46-01:26:10 (24 sec) NO SIGNAL (0.314)

She destroyed our economy. She destroyed San Francisco. She was an original creator of Defund the Police movement, and anybody who wants to defund the police for even one week is not worthy of being president of the United States. See, we've learned about her. We didn't know anything about Harris. We didn't know anything about her.

Donald Trump 01:26:10-01:26:25 (15 sec) NO SIGNAL (0.772)

We've learned about her. She had that little honeymoon period. I really figured that these guys were right. Wayne, you were right about honeymoon. You said it was going to last six weeks, and you were right probably, I think, to the day. I'm very impressed with you, Wayne. Kamala vowed to abolish ICE.

Donald Trump 01:26:25-01:26:49 (24 sec) NO SIGNAL (0.811)

She pledged to confiscate your guns and endorse a total ban on handgun owners. [Audience boos] Would anybody like to give up their gun tonight, please? [Audience responds "No"] She even called for free sex changes for illegal aliens in detention, all at taxpayer expense. Now, think of it. This is where she is.

Donald Trump 01:26:49-01:27:11 (23 sec) NO SIGNAL (0.352)

This is her whole life until about a year ago, when she realized this was not playing very well to the country. And she did one other thing. She lied about working at McDonald's. To me, that's a big deal. In conclusion, your vote this November, we're going to fire Kamala, and we're going to save America.

Donald Trump 01:27:11-01:27:32 (21 sec) NO SIGNAL (0.07)

We're going to save America. We will cut your taxes and inflation, slash your prices, raise your wages, and bring thousands of factories back to America and back to Nevada. We will build American. We will buy American, and we will hire American. I will end the war in Ukraine. It would have never started if I was president.

Donald Trump 01:27:32-01:27:53 (21 sec) NO SIGNAL (0.493)

I will also stop the chaos in the Middle East. October 7th would have never happened. You would have had -- all those people would be living happily today. And I will prevent World War III from happening. I will crush violent crime and give our police the support, protection, resources, and respect that they so dearly deserve.

X

Donald Trump 01:27:53-01:28:21 (28 sec) NO SIGNAL (0.433)

We will strengthen and modernize our military. We will build a missile defense shield over our country. It's going to all be made in the USA. That will include Nevada. We will rebuild our cities, including our Capitol in Washington, D.C., making them safe,

clean, and beautiful again. We will teach our children to love our country, to honor our history, and to always respect our great American flag.

Donald Trump 01:28:21-01:29:01 (40 sec) NO STRESSLENS

We will get critical race theory and transgender insanity the hell out of our school and quickly. We will keep men out of women's sports if that's OK. And I will defend religious liberty. I will restore free speech, and I will defend the right to keep and bear arms. After years of building up foreign nations, defending foreign borders, and protecting foreign lands, we are finally going to build up our country, defend our borders, and we are going to protect our citizens like never before.

Donald Trump 01:29:01-01:29:30 (29 sec) NO SIGNAL (0.337)

And we will stop illegal immigration once and for all. We will not be invaded. We will not be occupied. We will not be overrun. We will not be conquered. We will be a free and proud nation very soon once again. Everyone will prosper. Every family will thrive, and every day will be filled with opportunity and hope.

Donald Trump 01:29:30-01:29:58 (28 sec) NO SIGNAL (0.604)

And that beautiful American dream is going to be back and stronger than ever. But for that to happen, we must defeat Kamala Harris and stop her radical-left agenda with a landslide that is too big to rig. [Applause] You need to get out and vote. For the past nine years, we've been fighting against the most sinister and corrupt forces on Earth, people like Adam Shifty Schiff.

Donald Trump 01:29:58-01:30:27 (29 sec) NO SIGNAL (0.168)

Can you imagine that bum is going to be a senator? Can you imagine? Maybe there's a one percent chance. Who knows? He's a bum. He lied like hell. Adam Shifty Schiff. We have senators sitting over here. They can't even believe it. He's a bum. He's a liar. He's a crooked guy. He's a crooked man. With your vote in this election, you can show them once and for all that this nation does not belong to them.

Donald Trump 01:30:27-01:30:55 (28 sec) NO SIGNAL (0.421)

This nation belongs to you. It was hardworking patriots like you who built this country, and five days from now, it's the hardworking patriots like you who are going to save our country. After all we have been through together, we stand on the verge of the four greatest years in American history. With your help from now until Election Day, we will restore America's promise, and we will take back the nation that we love.

X

Donald Trump 01:30:55-01:31:28 (33 sec) NO SIGNAL (0.714)

We will take it back. We are one people, one family, and one glorious nation under God. We will never give in. We will never give up. We will never back down. And we will never, ever surrender. [Applause] Together, we will fight, fight, fight and win, win, win. November 5th will be the most important day in the history of our country.

Donald Trump 01:31:28-01:32:01 (33 sec) NO SIGNAL (0.107)

And together, we will make America powerful again. We will make America wealthy again. We will make America healthy again. We will make America strong again. We will make America proud again. We will make America safe again. And we will make America great again. Thank you very much, Nevada. Get out and vote.

Donald Trump 01:32:01-01:32:11 (9 sec) WEAK (1.297)

Get out and vote. Thank you very much. God bless you all. God bless you.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About Contact Us Advertise
Events Privacy RC Jobs
Newsletters The Staff Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

X

# WILKINSON EXHIBIT 16

HOURLY NEWS
LISTEN LIVE
MY PLAYLIST

WAMU 88.5
On Air Now

DONATE

POLITICS

# Trump taps FCC's Brendan Carr to lead the agency

NOVEMBER 17, 2024 · 8:06 PM ET

HEARD ON ALL THINGS CONSIDERED

David Folkenflik

3-Minute Listen

PLAYLIST TRANSCRIPT



The FCC's Brendan Carr testifies during a House Energy and Commerce Committee Subcommittee oversight hearing in March 2022. President-elect Trump has promised to bring the semi-autonomous agency under more direct White House control.

*Kevin Dietsch/Getty Images*

President-elect Donald Trump has picked Brendan Carr, a veteran Republican member of the Federal Communications Commission, to lead the agency that regulates broadcasting, telecommunications, broadband and other related industries.

For much of his career, Carr was seen as a relatively conventional Republican with a pro-corporate outlook. More recently, however, Carr has embraced Trumpian themes about social media, tech and television companies.

"Commissioner Carr is a warrior for Free Speech, and has fought against the regulatory Lawfare that has stifled Americans' Freedoms, and held back our Economy," Trump said in a statement on Sunday. "He will end the regulatory onslaught that has been crippling America's Job Creators and Innovators, and ensure that the FCC delivers for rural America."

The FCC mostly stays out of the public spotlight, but roars back into public view with controversies over television and radio broadcasts. While it's an independent agency overseen by Congress, Trump has made clear he would like to bring it under tighter White House control and use it to punish TV networks that have fact-checked him or otherwise covered him in a way that sparks his ire.

MEDIA

**Jailed reporters, silenced networks: What Trump says he'd do to the media if elected**



Carr is a previous general counsel of the FCC who is in his third term as a commissioner. Allies and adversaries alike describe him to NPR as a smart, personable and highly qualified figure.

Carr is fully qualified for the job, says Andrew Jay Schwartzman, a longtime non-profit and public-interest telecommunications lawyer who is now senior counselor at the Benton Institute for Broadband & Society. But, Schwartzman says, Carr has conducted an "unusually public campaign" for the FCC chairmanship.

Carr has been "appearing non-stop on Fox News and other outlets with an uncharacteristically partisan message on pending FCC and, notably, non-FCC, issues," Schwartzman notes. Many of Trump's other picks for administration positions also have been frequent guests of Fox News.

Carr also wrote the FCC section of Project 2025, the agenda that the conservative Heritage Foundation sketched out for a second Trump term. Trump disavowed it during the campaign but its themes have dovetailed with his public pronouncements since the election. (A call by House Democrats for Carr to be investigated for engaging in partisan activity over the report did not result in formal action. Carr said he had secured approval from FCC ethics officials to do so in his personal capacity.)

Carr likely would pursue a deregulatory agenda. That may include further relaxing or stripping away rules inhibiting consolidation of media ownership, many of which were dropped after the U.S. Supreme Court rulings in 2021.

Earlier this month, Carr used the social network X to attack Apple, Facebook, Google and Microsoft for playing "central roles in the censorship cartel," which he said "must be dismantled." The billionaire Elon Musk — who owns X, advises Trump and has backed Carr's prospects for the FCC chairmanship — reposted his claims and announcement.

Carr has backed federal legislation that would punish social media companies that block or suspend users for their "viewpoints," an allegation that Musk and other conservatives have lodged against the tech giants.

Carr also supported a law passed by Congress to ban TikTok. "I just don't see a path forward where we can allow this app to continue to operate in its current form," he told NPR in 2022. Trump originally supported the ban too. But he reversed his position on the Chinese-owned app after meeting a major donor with a stake in its parent company.



POLITICS

**Live from New York, it's Kamala Harris: the VP has a cameo on 'Saturday Night Live'**

Carr has also backed Trump's call for licenses to be stripped from all three major broadcast networks for coverage choices that he has denounced. Carr slammed NBC for inviting Vice President Kamala Harris onto *Saturday Night Live* for a skit just days before Election Day. Carr argued that might have violated federal rules that seek to ensure candidates receive an opportunity for equal time on broadcasters, with an exception for legitimate news coverage.

"We need to keep every single remedy on the table," Carr told Fox News' Maria Bartiromo. "One of the remedies the FCC has, ultimately, would be license revocation, if we find that it's egregious. And we'll see what they have to say about this. But it needs to deter this kind of conduct.. The whole purpose of this rule is to give people a fair shot."

Equal-time rules kick in only if an opposing candidate formally lodges a complaint or request with the offending broadcaster if another candidate appears on a show. The Trump campaign told NPR it accepted NBC's unprompted offer the next day to run a minute-long video of Trump during a NASCAR broadcast and a post-game NFL show. Trump taped the video after a rally that Sunday.



POLITICS

**The truth is there's little the government can do about lies on cable**

Broadcast networks are not licensed by the federal government. Individual stations are. But the big three networks – NBC, ABC and CBS – own 80 stations among them. Each station is a profit center, and a pressure point, for the networks. Trump has already sued CBS News for its treatment of a *60 Minutes* interview with Harris.

fcc white house federal communications commission trump's presidential transition

# WILKINSON EXHIBIT 17




[video]

## [Americans have lived under an unprecedented surge of censorship, says FCC Chair nominee]

FCC Commissioner, Senior Republican Brendan Carr lists his priorities as FCC chairman and weighs in on the agency potentially fining Chinese video doorbell maker Eken over security flaws.

Brendan Carr, a top Republican and current Federal Communications Commission (FCC) commissioner, wants to align as much with President-elect Donald Trump's agenda as possible before taking over the agency's lead seat.

"Step one for me is to make sure I continue to work with President Trump and his team over the coming weeks as the transition is complete," Carr told FOX Business' Maria Bartiromo on "[Mornings with Maria]" Monday.

"I want to make sure that I understand, 100%, President Trump's agenda, after all, when it comes to his administration," he continued. "The American people voted for him and voted for his agenda."

Last week, Trump tapped Carr for FCC chair, calling him a "warrior for free speech" and saying that Carr can end the regulatory onslaught on America's job creators and innovators, and deliver for rural America.

**F.C.C. COMMISSIONER URGES C.B.S. TO RELEASE THE TRANSCRIPT FROM HARRIS' '60 MINUTES' INTERVIEW**

Carr, who was initially appointed to the commission in 2017 under Trump's first term and continued working for the agency under President Biden, has been confirmed unanimously by the Senate three times.

Carr, on Monday, broke down his three top priorities for the new role, and expressed his determination to evaluate billionaire Democrat megadonor George Soros' petition to purchase more than 200 radio stations.



President-elect Trump's FCC chair pick Brendan Carr talks his top priorities and George Soros on "Mornings with Maria." (Getty Images)

No. 1 "is censorship. Americans have lived under an unprecedented surge in censorship over the last couple of years, and we have to work together to smash the censorship cartel," Carr said.

"No. 2 is [the] media," he expanded. "You look at Jeff Bezos. He recently did an op-ed where he said trust in media is at an all-time low. And there's a lot the FCC can do there to make sure that broadcasters are, in fact, serving the public interest."

close




video

## The formal complaint made on CBS' alleged distorted interview 'is not frivolous': FCC's Brendan Carr

FCC Commissioner Brendan Carr on alleged social media censorship, Kamala Harris' record on broadband support, the formal complaint on CBS' '60 Minutes' 'distorted' interview with Harris and criticism of Elon Musk's Starlink.

Carr’s next focus rests on unleashing the same economic opportunity seen in Trump’s first administration: "He turned things around very quickly with his chairman, Ajit Pai. That's going to require permitting reform, spectrum in the space economy. Look, right now it takes longer to move an application from one bureaucrat's desk to another than it does to actually build a rocket ship. So we're going to add some rocket fuel to that process and get it going."

National and cybersecurity threats are also top of mind for Carr, as well as the business moves of Soros.

**GET FOX BUSINESS ON THE GO BY CLICKING HERE**

close




video

## Trump gets important praise from O'Leary on Cabinet picks: 'I love the pace'

O'Leary Ventures Chairman Kevin O'Leary reacts to President-elect Donald Trump's Cabinet selections as his administration starts to take shape.

"For too long in this government, particularly over the last couple of years, your last name dictated how the government treated you," he said. "If your last name was Soros, well, the commission bent over backwards and gave you a special, unprecedented commission-level shortcut to buy 200 radio stations. If your last name was Musk, then you lost $800 million contracts that you lawfully got."

"Everybody now is going to get a fair shake going forward," Carr added. "There's a petition for [Soros] reconsideration pending at the FCC right now. And I want to take a very hard look at that."

**READ MORE FROM FOX BUSINESS**

*Fox News' Elizabeth Pritchett contributed to this report.*

# WILKINSON EXHIBIT 18

# RSC and FCC Chairman Carr Join Forces to Combat Liberal Media Bias and Expanding Regulatory Reforms

February 27, 2025 **Press Release**

WASHINGTON DC - Today, the Republican Study Committee (RSC) welcomed Federal Communications Commission (FCC) Chairman Brendan Carr to Capitol Hill. Chairman Carr, who has been at the forefront of telecommunications policy, met with RSC members to share insights on reining in Big Tech censorship, expanding rural broadband access, promoting free-market principles in the digital space, strengthening national security, and addressing concerns about media ownership concentration.

"The Republican Study Committee is honored to host FCC Chairman Brendan Carr, a warrior for free speech who has consistently fought against the liberal media machine and is protecting our national security by preventing foreign adversaries from infiltrating our telecommunications infrastructure," said RSC Chairman August Pfluger (TX-11). We thank Chairman Carr for his bold leadership in confronting George Soros who has corrupted our media and silenced conservative voices, and the committee fully supports his efforts to restore truth to our public discourse while expanding broadband access to rural communities. The RSC is committed to working alongside Chairman Carr to dismantle the censorship cartel, strengthen America's digital infrastructure through free-market principles, and restore free speech rights for everyday Americans."

"Under Chairman Pfluger's leadership, the Republican Study Committee is delivering great results for the American people," said FCC Chairman Brendan Carr. "From reining in government excesses to strengthening our economy and national security, they are advancing solutions that work. I welcome the chance to meet with Chairman Pfluger and RSC members today to discuss the tech and telecom policies we're working on at the FCC and review ways the FCC can implement the regulatory reforms championed by RSC members."

As a battle-tested FCC Commissioner since 2017 before taking the Chairman's role, Carr built his reputation as an unwavering defender of American telecommunications sovereignty against foreign threats while slashing regulatory red tape that hamstrung innovation. His approach to expanding rural broadband has connected countless forgotten communities to the digital economy, delivering on promises that previous administrations ignored.

The Republican Study Committee—Congress's conservative powerhouse and largest caucus on Capitol Hill—stands shoulder-to-shoulder with Chairman Carr in the fight to dismantle the left-wing media monopoly, crush censorship, and advance an agenda of freedom that puts everyday Americans first.

# WILKINSON EXHIBIT 19

# Brendan Carr on X: "Verizon has now agreed to end its DEI policies as specified in a new FCC filing. These changes are effective immediately. A good step forward for equal opportunity, nondiscrimination, and the public interest. https://t.co/yrVdUVrxmV"

**x.com**/BrendanCarrFCC/status/1923355671036035101

https://x.com/BrendanCarrFCC May 16, 2025

## Post

## Post



- Verizon has now agreed to end its DEI policies as specified in a new FCC filing. These changes are effective immediately. A good step forward for equal opportunity, nondiscrimination, and the public interest.

verizon

One Verizon Way
Basking Ridge, NJ 07920

**Vandana Venkatesh**
**EVP & Chief Legal Officer**

May 15, 2025

The Honorable Brendan Carr
Chairman
Federal Communications Commission
45 L Street, NE Washington, DC 20554

**Re: WC Docket No. 24-445**

Dear Chairman Carr:

We are responding to your letter of February 27, 2025, raising concerns with Verizon's DEI practices. We appreciate the opportunity to share our thoughts and approach going forward.

Verizon has a long history of serving all members in the communities where we operate, which has been a competitive business advantage and enables long-term shareholder value. Delivering for customers requires attracting the best talent from across the country. We are committed to creating a culture that leverages and values each person's unique strengths and talents. These values have been fundamental to our Verizon culture since our founding 25 years ago. However, we recognize that the regulatory and policy landscape surrounding diversity, equity, and inclusion ("DEI") has changed. The Supreme Court, the President's Executive Orders, and federal mandates require changes in the way companies approach DEI issues moving forward.

In response to this changing landscape, Verizon has been evaluating its DEI-related programs, HR processes, supplier programs, training programs and materials, and other initiatives. In doing so, Verizon recognizes that some DEI policies and practices could be associated with discrimination. For that reason, Verizon reaffirms its commitment to equal employment opportunity and nondiscrimination and is modifying its practices and ending its DEI-related policies as described below. Verizon is making these changes to its practices not just in name or in the way they are described, but in substance. These changes are effective immediately.

- Changes to Leadership Structure and Job Functions: Verizon is changing its HR structure and will no longer have a team or any individual roles focused on DEI. The small number of employees who had roles and responsibilities that included DEI will now focus on HR talent objectives.

- Training: Verizon is removing references to DEI or "diversity, equity and inclusion" from its employee training materials and will ensure that all training materials are focused on achieving the company's core business objectives or compliance obligations and not on separate DEI objectives. Verizon will ensure that its training is consistent with guidance released by the U.S. Equal Employment Opportunity Commission addressing training that could facilitate discrimination in the workplace.[1]

- Corporate Sponsorships/Memberships: Verizon will update its current corporate policy to more specifically require that sponsorships and memberships centrally focus on advancing core business objectives and increasing shareholder value. We are also ceasing participation in recognition surveys focused on protected characteristics.

- Supplier Diversity: Verizon has modified its approach to supplier diversity, and will not set quantitative goals for diverse spend or require that its suppliers meet quantitative goals for diverse spend. As a result, Verizon has removed the supplier diversity metric from its management pay plan and eliminated supplier diversity programs that existed in individual departments. Verizon's supplier program and goals will now focus on increasing opportunities for small businesses, including veteran-owned businesses, and on ensuring that our policy is based on procurement from the most qualified suppliers.

- Employee Resource Groups (ERGs): Verizon's ERGs will remain centrally managed by Verizon's HR group with corporate oversight and preapproval of any social and cultural events. Verizon's ERGs will continue to remain open to all, regardless of race, gender or other demographic characteristics. To the extent that Verizon maintains ERGs which are focused on demographic criteria or protected characteristics, it will not draw distinctions based on any protected characteristic in granting permission to groups and events. Verizon will continue to ensure that its policies support equal employment opportunity, and ERG membership is not a factor in employment or advancement decisions.

- Representation Hiring Goals: Verizon has changed the structure of its management compensation plan. Verizon's annual bonus/Short Term Incentive (STI) plan has historically included a goal to increase the representation of women and minorities in the company's U.S. workforce from the prior year's representation. Verizon has removed this metric and will no longer maintain any workforce diversity goals. Consistent with guidance released by the U.S. Equal Employment Opportunity Commission,[2] Verizon will not engage in DEI-related disparate treatment in hiring decisions.

---

[1] *See EEOC and Justice Department Warn Against Unlawful DEI-Related Discrimination*, U.S. Equal Employment Opportunity Commission (Mar. 19, 2025), https://content.govdelivery.com/accounts/USEEOC/bulletins/3d7be2f; *see also What To Do If You Experience Discrimination Related to DEI at Work*, U.S. Equal Employment Opportunity Commission (Mar. 19, 2025), https://www.eeoc.gov/what-do-if-you-experience-discrimination-related-dei-work?utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term=; *What You Should Know About DEI-Related Discrimination at Work*, U.S. Equal Employment Opportunity Commission (Mar. 19, 2025), https://www.eeoc.gov/wysk/what-you-should-know-about-dei-related-discrimination-work?utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term= (together, "EEOC Guidance").

[2] *See* EEOC Guidance.

- Scholarships, internships and career development: Verizon will not have hiring, training, leadership or development programs that are limited by race, gender or other demographic characteristics. Access to internships, mentoring, networking, career development opportunities, and any other employer-sponsored activities will be open to all consistent with Title VII.

- Public Messaging: Verizon is removing its “Diversity and Inclusion” website and updating other company websites and future communications to remove references to “DEI” or “diversity, equity and inclusion.” Verizon has removed references to DEI from all recruitment marketing materials and will ensure all future recruitment initiatives do not disfavor any protected groups.

- Internal Messaging: We will communicate these changes and the commitments we have made herein to our employees shortly and will provide confirmation of this employee notice to the FCC.

All of the above will apply to Frontier, following the close of our proposed transaction.

While our practices may evolve, we are committed to the core principles that have made us successful – an inclusive culture based on trust, care, and excellence which enables us to provide market leading services to all of our customers.

Respectfully Submitted,

Vandana Venkatesh

Vandana Venkatesh



I am concerned by Verizon's continued focus on promoting DEI. I expect all regulated businesses to end invidious forms of discrimination.

FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, DC 20554

Brendan Carr
Chairman

February 27, 2025

Mr. Hans Vestberg
Chairman and Chief Executive Officer
Verizon
1095 Avenue of the Americas
New York, NY 10036, USA

**RE: Verizon's Promotion of DEI**

Dear Mr. Vestberg,

I am writing you regarding Verizon's continued promotion of DEI.

As you know, President Trump took quick and decisive action to root out the scourge of invidious forms of DEI discrimination. In his first week in office, President Trump issued an Executive Order that will end the radical and wasteful DEI programs that have spread across the federal government.[1] Likewise, President Trump issued an Executive Order to end illegal discrimination and restore merit-based opportunity across the private sector.[2]

Following President Trump's actions, I announced that the FCC will be ending its Biden-era decision to promote DEI.[3] In my announcement, I made clear that the FCC is ending its DEI group and task force as well as eliminating the promotion of DEI from our strategic plan, budget, performance plan, economic reports, and all other components of the agency's work.

Subsequently, I wrote a letter to Comcast where I made clear that I expected all regulated companies to end invidious forms of DEI discrimination, given the scope of the FCC's EEO rules and other authorities. While I am pleased with the progress that different companies are making on this front, I am concerned by the apparent lack of progress at Verizon.

---

[1] Executive Order on Ending Radical and Wasteful Government DEI Programs and Preferencing (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/ending-radical-and-wasteful-government-dei-programs-and-preferencing/.

[2] Executive Order on Ending Illegal Discrimination and Restoring Merit-Based Opportunity (Jan. 21, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/ending-illegal-discrimination-and-restoring-merit-based-opportunity/.

[3] *See, e.g.*, Statement of FCC Chairman Carr, *Chairman Carr Ends FCC's Promotion of DEI* (Jan. 21, 2025), https://docs.fcc.gov/public/attachments/DOC-409054A1.pdf.

Recently, Business Insider reported that Verizon has decided to stand out from other businesses when it comes to DEI. In particular, Business Insider states that Verizon is actively recruiting potential employees to join Verizon because, unlike other businesses, Verizon is still promoting DEI.

Moreover, a quick review of Verizon's public facing materials shows the company's continued promotion of DEI. Your company states that "Verizon is deeply committed to sustaining a culture of diversity, equity and inclusion (DEI) within our company and the communities we serve." Continuing, your company states that "We view DEI as more than the right thing to do—it is a source of strategic business value for Verizon." Your company also states that "Verizon's leadership is committed to DEI and has built DEI considerations into companywide programs and processes." And Verizon states that it hired President Obama's former Attorney General Eric Holder to lead a company-wide DEI audit.

All of this is on top of reporting from Christopher Rufo on Verizon's promotion of invidious forms of DEI discrimination.[4] According to whistleblower documents obtained by Rufo, Verizon launched an extensive race reeducation program based on the core tents of critical race theory, including "systemic racism," "white privilege," and "intersectionality." The training materials required Verizon employees to identify their race and "gender identity," among other things. The materials show that employees were then instructed on Verizon's elaborate racial-etiquette system, including warnings about "microaggressions" and unconscious "microinequities."

But promoting invidious forms of discrimination cannot be squared with any reasonable interpretation of federal law. It can only deprive Americans of their rights to fair and equal treatment under the law.

Despite the emergence of DEI initiatives in recent years, these forms of discrimination have long been condemned by America's civil rights laws. Indeed, the Supreme Court has stated that "'[d]istinctions between citizens solely because of their ancestry are by their very nature odious to a free people whose institutions are founded upon the doctrine of equality.'"[5] Likewise, the Supreme Court has written that racial classifications "threaten to stigmatize individuals by reason of their membership in a racial group and to incite racial hostility."[6] For this reason, the Supreme Court has stated that, in the government context, "action based on race—a group classification long recognized as in most circumstances irrelevant and therefore prohibited—should be subjected to detailed judicial inquiry to ensure that the personal right to equal protection of the laws has not been infringed."[7]

---

[4] Critical Race Capitalism: Verizon teaches employees that America is fundamentally racist and promotes a variety of left-wing causes, City Journal (Aug. 25, 2021), https://www.city-journal.org/article/critical-race-capitalism.

[5] *Rice v. Cayetano*, 528 U.S. 495, 517 (2000) (quoting *Hirabayashi v. United States*, 320 U.S. 81, 100 (1943)); *see also Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181 (2023).

[6] *Shaw v. Reno*, 509 U.S. 630, 643 (1993).

[7] *Adarand Constructors Inc. v. Pena*, 515 U.S. 200, 227 (1995) (cleaned up).

In President Trump's Executive Order to end illegal discrimination across the private sector, he wrote that illegal DEI policies "undermine our national unity, as they deny, discredit, and undermine the traditional American values of hard work, excellence, and individual achievement in favor of an unlawful, corrosive, and pernicious identity-based spoils system." President Trump's Executive Order also tasked federal agencies with combatting illegal private-sector DEI preferences, mandates, policies, programs, and activities.

As Chairman of the FCC, it is important to me that the entities the Commission regulates fully adhere to our country's laws.

In order to aid the FCC's resolution of these matters, please reach out to the agency personnel that have been working on Verizon's pending transactions at the FCC. They are the FCC personnel most familiar with Verizon's operations due to their merger review activity.

Thank you in advance for your attention to these important matters.

Sincerely,

Brendan Carr



- Mark Bertolini: "You don't use certain words, like DEI, bad word... I sit on the Verizon board, I chair their finance committee, our DEI effort is alive and well, it's just not called that anymore."



- 🔥



- How will you be able to tell they are ending DEI practices? Have any of the Communists implementing the practices been fired? Has the company been fined? Has there been any penalty? Realize this: this is not going away without actual accountability. Communists just don't stop

# WILKINSON EXHIBIT 20

# White House warns 'The View' could be canceled next after Joy Behar's anti-Trump rant

foxnews.com/media/white-house-warns-the-view-could-canceled-next-after-joy-behars-anti-trump-rant

Lindsay Kornick July 23, 2025




The View

## 'Obama is everything that he is not: Trim, smart, handsome, happily married,' Behar said

close




Video

## The View host Joy Behar claims Trump is jealous of Obama

"The View" co-host Joy Behar called out President Donald Trump for accusing former President Barack Obama of potentially criminal activity while in office.

NEWYou can now listen to Fox News articles!
A White House spokesperson warned "The View" co-host Joy Behar that her show could be next on the chopping block after her latest tirade against President Donald Trump on Wednesday.

During the show, Behar and her fellow hosts responded to Trump's call for former President Barack Obama to be criminally investigated for allegedly manufacturing intelligence that prompted the Trump–Russia collusion narrative.

"First of all, who tried to overthrow the government on Jan. 6?" Behar said. "Who was that again? That was not Obama. The thing about him is he's so jealous of Obama, because Obama is everything that he is not: Trim, smart, handsome, happily married, and can sing Al Green's song 'Let's Stay Together' better than Al Green. And Trump cannot stand it. It's driving him crazy. Green is not a good color."

**'THE VIEW' HOST SUNNY HOSTIN WARNS COLBERT CANCELLATION COULD LEAD TO THE 'DISMANTLING OF OUR CONSTITUTION'**



The White House issued a statement attacking Joy Behar and claiming her "Trump Derangement Syndrome" could lead to her show being canceled. (Rebecca Noble/Getty Images)

In a statement to Fox News Digital, White House spokesperson Taylor Rogers called out the show's ratings and suggested it could be "pulled off-air" if Behar didn't stop attacking Trump.

"Joy Behar is an irrelevant loser suffering from a severe case of Trump Derangement Syndrome. It's no surprise that 'The View's ratings hit an all-time low last year. She should self-reflect on her own jealousy of President Trump's historic popularity before her show is the next to be pulled off-air," Rogers said.

In a response provided to Entertainment Weekly, a spokesperson for "The View" defended the show by claiming it "is up in total viewers and women 18-49, versus the comparable weeks last season, to its most-watched in four years" and that "season to date, 'The View' is ranking No. 1 in households and total viewers among all network daytime talk shows and news programs for the fifth straight season."

**PIERS MORGAN SUGGESTS 'THE VIEW' SHOULD BE CANCELED IN WAKE OF TRUMP WIN**




CBS announced last week that it would cancel anti-Trump comedian Stephen Colbert's "The Late Show" next May at the end of its broadcast season. (Screenshot/CBS)

Fox News Digital reached out to "The View" for additional comment.

The statement came nearly a week after CBS announced "The Late Show with Stephen Colbert" would be canceled next May at the end of its broadcast season. Though CBS and parent company Paramount said that the choice to cancel the series was "purely a financial decision," and the show was reportedly losing the network $40 million a year, many liberal commentators have claimed it was for political reasons because of Colbert's anti-Trump stance.

**CLICK HERE TO GET THE FOX NEWS APP**

According to a new report, Colbert's manager knew that "The Late Show" would be canceled at CBS more than two weeks before his client did, and multiple sources said the decision to cancel the show was "truly driven by financials."

# WILKINSON EXHIBIT 21

# FCC chairman sounds clarion call to return to 'unbiased, trustworthy journalism'

**foxnews.com**/media/fcc-chairman-sounds-clarion-call-return-unbiased-trustworthy-journalism

Rachel del Guidice July 24, 2025



Media

## Chairman suggests legacy broadcasters must 'reorient' or continue facing ratings challenges like Colbert and 'The View'

close




Video

**FCC chair says Trump stood up for Americans: They 'do not trust' legacy media**

FCC Chair Brendan Carr joins 'America's Newsroom' to discuss CBS News' decision to cancel 'The Late Show' and the reaction from media and the left.

NEWYou can now listen to Fox News articles!
FCC Chairman Brendan Carr told Fox News in an interview Thursday that the time has come for outlets to get back to "unbiased, trustworthy journalism."

**"**Look, I think we need a course correction," Carr told Fox News' Bill Hemmer. "You know, it's time for America's legacy broadcasters to return to promoting the public interest. And just recently, you know, Skydance, which is looking to acquire CBS, wrote letters to the FCC committing to serious change, to trying to root out bias, to putting in place an ombudsman that would address these issues, to returning... to unbiased, trustworthy journalism."

At the beginning of the segment, Hemmer played a clip of Stephen Colbert's Monday show where Colbert dropped the F-bomb while speaking in response to President Donald Trump, who said, "I absolutely love that Colbert got fired."

"How dare you, sir? Would an untalented man be able to compose the following satirical witticism?: Go f--- yourself," Colbert said in response.

## FCC CHAIRMAN BLASTS 'PARTISAN LEFT'S' REACTION TO 'DNC SPOKESPERSON' STEPHEN COLBERT'S CANCELLATION

Brendan Carr

FCC Chairman Brendan Carr told Fox News in an interview Thursday that the time has come for outlets to get back to "unbiased, trustworthy journalism." (Tom Williams/CQ-Roll Call, Inc via Getty Images)

Last week, CBS announced it would be canceling "The Late Show with Stephen Colbert" in 2026.

Skydance Media told the Federal Communications Commission (FCC) it would eliminate diversity, equity, and inclusion (DEI) initiatives and install an ombudsman to crack down on perceived bias within CBS News if a long-planned merger with Paramount Global is approved.

Carr told Hemmer that the anticipated merger is still in the works.

"That merger is still pending before the FCC right now," Carr said. "We are running our normal course review, our normal process on that, and we're taking a look at the record. The record includes these representations from Skydance that they're going to make some changes. That would be welcome news. Skydance has also said they would end DEI if this transaction was consummated. So that's pending before FCC right now, we're running our normal process, and so stay tuned on that one."

Legacy broadcasters will have to return to unbiased journalism and "reorient," or deal with struggling ratings, Carr said.

**"**That's where we have to go," the chairman said. "And I think we're getting some wins along the way. It's trust but verify. At the end of the day, we're not where we need to go, but I think this legacy media really needs to reorient, or they're gonna continue to run into issues like Colbert where it just doesn't make economic sense to run a partisan circus."

**DEMOCRATIC SENATORS DEMAND FULL FCC VOTE ON PARAMOUNT-SKYDANCE MERGER FOLLOWING TRUMP'S CBS SETTLEMENT**

Brendan Carr

FCC Chairman Brendan Carr told Fox News' Bill Hemmer that the anticipated merger between Skydance Media and Paramount is still in the works. (Alex Wong/Getty Images/Bloomberg via Getty Images)

Carr also addressed "The View" and the recent criticism from co-host Joy Behar, who reamed Trump following his call that former President Barack Obama be criminally investigated for allegedly manufacturing intelligence that set the Trump–Russia collusion story in motion.

In a statement addressing Behar's criticism, the White House suggested the ABC show might be in trouble, saying, "It's no surprise that 'The View's ratings hit an all-time low

last year. She should self-reflect on her own jealousy of President Trump's historic popularity before her show is the next to be pulled off-air."




Carr also addressed "The View" and the recent criticism from co-host Joy Behar who reamed Trump following his call that former President Barack Obama be criminally investigated for allegedly manufacturing intelligence that set the Trump–Russia collusion story in motion. (Screenshot/ABC/TheView)

**"**Look, it's entirely possible that there's issues over there," Carr told Hemmer. "I mean, again, stepping back, this broader dynamic, once President Trump has exposed these media gatekeepers and smashed this facade, there's a lot of consequences. I think the consequences of that aren't quite finished. And look, 'The View's' got a lot challenges there. It wasn't that long ago, I think one episode - one show alone - they had to stop, interrupt the show and read four separate legal notices to try to avoid legal liability. So I'm not surprised to hear people saying that their ratings are struggling."

**CLICK HERE TO GET THE FOX NEWS APP**

*Fox News' Brian Flood contributed to this report.*

# WILKINSON EXHIBIT 22

TRUTH.

## Truth Details

2478 replies



**Donald J. Trump**
@realDonaldTrump

Despite a very high popularity and, according to many, among the greatest 8 months in Presidential History, ABC & NBC FAKE NEWS, two of the worst and most biased networks in history, give me 97% BAD STORIES. IF THAT IS THE CASE, THEY ARE SIMPLY AN ARM OF THE DEMOCRAT PARTY AND SHOULD, ACCORDING TO MANY, HAVE THEIR LICENSES REVOKED BY THE FCC. I would be totally in favor of that because they are so biased and untruthful, an actual threat to our Democracy!!! MAGA

**7.65k** ReTruths **31.7k** Likes Aug 24, 2025, 9:59 PM

# WILKINSON EXHIBIT 23

TRUTH.

## Truth Details

2935 replies

**Donald J. Trump**
@realDonaldTrump

Why is it that ABC and NBC FAKE NEWS, two of the absolute worst and most biased networks anywhere in the World, aren't paying Millions of Dollars a year in LICENSE FEES. They should lose their Licenses for their unfair coverage of Republicans and/or Conservatives, but at a minimum, they should pay up BIG for having the privilege of using the most valuable airwaves anywhere at anytime!!! Crooked "journalism" should not be rewarded, it should be terminated!!!

**8.06k** ReTruths **33k** Likes Aug 24, 2025, 10:58 PM

# WILKINSON EXHIBIT 24

# FCC Chair Brendan Carr defends ABC affiliates pulling Jimmy Kimmel show after monologue about Charlie Kirk

**foxnews.com**/media/fcc-chair-brendan-carr-defends-abc-affiliates-pulling-jimmy-kimmel-show-after-monologue-mocking-charlie-kirk

Jasmine Baehr September 18, 2025



Hannity

## Carr argues late-night shows alienated audiences by prioritizing politics over comedy

close




Video

**Something has gone 'seriously awry' with late-night shows, says FCC chair**

Federal Communications Commission Chairman Brendan Carr unpacks ABC's decision to pull Jimmy Kimmel's show indefinitely on 'Hannity.'

NEWYou can now listen to Fox News articles!
FCC Chairman Brendan Carr joined Sean Hannity on Fox News Wednesday night to explain why Jimmy Kimmel's late-night TV show was abruptly suspended following backlash over his controversial comments about the assassination of Turning Point USA co-founder Charlie Kirk.

Carr stressed that broadcast networks like ABC operate with a license that has a "unique obligation to operate in the public interest," unlike cable channels such as CNN.

"Broadcasters are different than any other form of communication," Carr said, pointing to affiliate groups like Nexstar and Sinclair that announced they would no longer carry "Jimmy Kimmel Live." He argued that local stations acted appropriately, saying they were "standing up to serve the interests of their community."

"Over the years, the FCC walked away from enforcing that public interest obligation," Carr said. "I don't think we're better off as a country for it."

**DISNEY SAYS JIMMY KIMMEL'S SHOW 'WILL BE PRE-EMPTED INDEFINITELY' FOLLOWING CHARLIE KIRK ASSASSIN COMMENTS**




FCC Chairman Brendan Carr appears on Fox News' "Hannity" on Sept. 17, 2025, to discuss ABC affiliates pulling Jimmy Kimmel's show. (Fox News)

Hannity pressed Carr on whether broadcasters had been abusing their licenses by advancing partisan agendas.

"They went from going for applause, from laugh lines to applause lines. They went from being court jesters that would make fun of everybody in power to being court clerics and enforcing a very narrow political ideology," Carr asserted.

Carr pointed to what he described as years of "narrow, partisan circus" programming and said the FCC was working to reinvigorate enforcement of the public interest obligation. He called Nexstar and Sinclair's decisions "unprecedented."

**FCC CHAIR LEVELS THREAT AGAINST ABC, DISNEY AFTER KIMMEL SUGGESTED CHARLIE KIRK ASSASSIN WAS 'MAGA'**



Jimmy Kimmel hosting his late-night program in Los Angeles earlier this year. (David Russell/Disney via Getty Images)

"This action today by Nexstar and Sinclair, frankly, it is unprecedented," said Carr. "I can't imagine another time when we've had local broadcasters tell what we call a national programmer like Disney that your content no longer meets the needs and the values of our community."

The controversy erupted after Kimmel suggested that conservatives were trying to deflect responsibility from "the MAGA gang" in connection with the arrest of 22-year-old Tyler Robinson, the suspect accused in Charlie Kirk's killing.



Carr defended the indefinite suspension of "Jimmy Kimmel Live" while appearing on "Hannity" Wednesday. (Al Drago/Bloomberg via Getty Images)

Nexstar, which is awaiting FCC approval on a multibillion-dollar acquisition, announced it would preempt Kimmel's show "for the foreseeable future." Hours later, Disney confirmed ABC would suspend the program indefinitely.

The ACLU blasted the move, accusing the Trump administration of using federal pressure to silence critics. "This is beyond McCarthyism," said Christopher Anders, the group's democracy and technology director, warning of a "grave threat to our First Amendment freedoms."

**CLICK HERE TO GET THE FOX NEWS APP**

Carr told Hannity the shift reflected market realities, arguing that late-night shows had alienated broad audiences by prioritizing politics over comedy.

"You can't avoid ratings," Carr said. "At the end of the day, the market is going to be undefeated."

*Fox News Digital's Joseph A. Wulfsohn contributed to this report.*

# WILKINSON EXHIBIT 25

TRUTH.

# Truth Details

5577 replies

**Donald J. Trump**
@realDonaldTrump

Great News for America: The ratings challenged Jimmy Kimmel Show is CANCELLED. Congratulations to ABC for finally having the courage to do what had to be done. Kimmel has ZERO talent, and worse ratings than even Colbert, if that's possible. That leaves Jimmy and Seth, two total losers, on Fake News NBC. Their ratings are also horrible. Do it NBC!!! President DJT

**11.4k** ReTruths **56.1k** Likes Sep 17, 2025, 8:04 PM

# WILKINSON EXHIBIT 26

TRUTH.

## Truth Details

8400 replies

**Donald J. Trump**
@realDonaldTrump

I can't believe ABC Fake News gave Jimmy Kimmel his job back. The White House was told by ABC that his Show was cancelled! Something happened between then and now because his audience is GONE, and his "talent" was never there. Why would they want someone back who does so poorly, who's not funny, and who puts the Network in jeopardy by playing 99% positive Democrat GARBAGE. He is yet another arm of the DNC and, to the best of my knowledge, that would be a major Illegal Campaign Contribution. I think we're going to test ABC out on this. Let's see how we do. Last time I went after them, they gave me $16 Million Dollars. This one sounds even more lucrative. A true bunch of losers! Let Jimmy Kimmel rot in his bad Ratings.

**9.47k** ReTruths **41.2k** Likes Sep 23, 2025, 10:35 PM

# WILKINSON
# EXHIBIT 27

TRUTH.

## Truth Details

2181 replies

**Donald J. Trump**
@realDonaldTrump

I knew Al Sharpton for many years, not that it matters, but he was a major “TRUMP” fan. He’d ask me to go to his fake Rallies all the time, because I brought BIG Crowds, and he couldn’t get anybody to come without me. Then he did the Tawana Brawley Hoax, one of the worst Low Level Scams in History, and that set him back, BIG TIME! Then he got to know Brian Roberts, Chairman of Fake News NBC, who gave him what would become one of the Lowest Rated Shows in Television History. Roberts is afraid to take him off because it wouldn’t be “Politically Correct.” This is just one of the many reasons that the Federal Communications Commission should look into the license of NBC, which shows almost exclusively positive Democrat content. Likewise, ABC Fake News — About the same thing, 97% negative to Republicans!



**6.05k** ReTruths **22.7k** Likes Oct 05, 2025, 7:19 PM

**New to Truth?**
Join Truth Social to get the full story and details.
Create Account
Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.
7-day free trial

**Live**
War Room: Special Cover...
Real America's Voice
The Todd Starnes Show
Newsmax 2
Jail S3:E1 – Observers
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. US

**Continue the conversation**
Sign up now to create your personalized experience.
Create Account Sign In

# WILKINSON EXHIBIT 28

# Brendan Carr on X: "https://t.co/VtCNE1FoMu"

x.com/BrendanCarrFCC/status/1989853016174866891

November 16, 2025



Donald J. Trump
@realDonaldTrump

NBC's Seth Meyers is suffering from an incurable case of Trump Derangement Syndrome (TDS). He was viewed last night in an uncontrollable rage, likely due to the fact that his "show" is a Ratings DISASTER. Aside from everything else, Meyers has no talent, and NBC should fire him, IMMEDIATELY!

493 ReTruths 1.79k Likes 11/15/25, 6:57 PM

# WILKINSON EXHIBIT 29

# TRANSCRIPT: President Trump Holds a Bilat with Mohammed bin Salman of Saudi Arabia, 11.18.25

**democrats.senate.gov**/newsroom/trump-transcripts/transcript-president-trump-holds-a-bilat-with-mohammed-bin-salman-of-saudi-arabia-111825

November 18, 2025

[Video]

**President Donald Trump:** Well, thank you very much, everybody. We have an extremely respected man in the Oval Office today, and a friend of mine for a long time, a very good friend of mine. And I'm very proud of the job he's done. What he's done is incredible in terms of human rights and everything else and he's the crown prince, the future king. And I just want to pay my greatest respect to your father King, who is an amazing man. I met him early on. He greeted me at the airport at an age that was pretty high up there and it was about 117 degrees, and he was standing on the red carpet as I came out of the plane and he's amazing. And when I met his brilliant son, it was at the Oval Office.

Shortly thereafter, you came in representing the country. And I called the father; I said this guy is fantastic. And I don't know if that helped you or hurt you, but obviously it couldn't have hurt too much because here you are, right? But we had a great meeting, and the office has changed quite a bit, and we inherited a mess. You actually told me you thought the country was in big trouble. I'm not going to use

the exact word that you used. I refuse to say that you thought our country was dead a year and a half, two years ago, but our country was in trouble and now we have the hottest country in the world. You said that also. And we do -- the United States is, right now, the hottest country in the world.

And between the tariffs and the election, November 5th election, we've done things that nobody can believe. $21 trillion will be the amount invested in the United States -- or committed to invest -- in one year. So, I'm here nine months, we're up to almost $18 trillion. Biden -- as an example, the Biden administration, if you call it that, it's not -- to me, it was the Biden lack of administration, they were less than $1 trillion for four years. We're going to be $21 trillion for one year. I think that's hard to believe. The biggest in history was a certain country, $3 trillion, we're going to be $21 trillion. On top of that, prices are coming down. We inherited a mess with high prices, the worst inflation in the history of our country. We had inflation that was a single full four years, the worst inflation in the history of the United States.

Gas prices through the roof and that's after destroying our petroleum reserve, which was meant for wars and big emergencies, not to try and win an election. They opened up the reserves so that people get $3 less in gasoline and it didn't work. They got about $0.03 less because, as big as those reserves are, they're peanuts when you're talking about that kind of traffic and we're rebuilding the reserves. We're doing all of this, and we've done a job. We're also bringing down prices very substantially, and we've already brought them down very, very substantially. Gasoline is way down. I think you'll be seeing $2 gasoline, but we're now at $2.50, $2.45, some are lower than that. It was $4.50, $5, $6, $3.50, $3.75 under Biden, all different numbers, but way high.

And we have energy way down. But the biggest thing to me, because I know what it means in jobs, is the fact that we're at over $17 trillion, Scott, and we expect to be around $20 trillion, $21 trillion in one year and that's many times bigger than -- in history the highest number was $3 trillion and we're going to be at $21 trillion. That means new plants, new AI, new auto plants. We have auto plants coming in from Canada, from Mexico, from Germany, from Japan. Toyota just agreed to invest $10 billion on new auto plants, all American workers. We've never been in a position like this; you can go back to the beginning. Our country has never been in a position like this.

And it really is because of the fact that we used tariffs to bring all this money in. And you're going to see the results in a year when these plants start to open up. We have more plants under construction now than at any time in the history of our country. And these are big plants; these are the biggest plants anywhere in the world. And I want to thank you because you've agreed to invest $600 billion into the United States. And because he's my friend, he might make it $1 trillion but I'm going to have to work on him. But it's 600 -- we can count on $600 billion, but that number could go up a little bit higher yet. So, I don't know. We'll see, but we appreciate it very much.

So, Saudi is going to be investing at least $600 billion, and that means investments in plants, in companies, money on Wall Street. And what it really means for everybody that really counts is jobs, a lot of jobs, we have a lot of jobs. So, I just want to thank you. We've been really good friends for a long period of time. We've always been on the same side of every issue. I think we've done a great job in wiping out the nuclear capacity of Iran. Nobody else could have done that. No other president would have done it. We had the pilots in the Oval Office right here, we were celebrating a very successful attack. So, I had them in with that beautiful B-2 bomber that's over there.

And they said, sir, for 22 years, we practiced this attack. Our predecessors -- these were very young guys -- so, 22 years, they said our predecessors and us practiced the attack on Iran, but no president ever gave us the go ahead. Three times a year, they went out and they practiced the attack. Nobody let us do it until you came along, and I let them do it because it was the right thing to do. You can't have a nuclear Iran. And so, we put you in a very good position. But I just want to say it's an honor to be your friend and it's an honor that you're here. And if you'd like to say a few words but thank you very much.

**Crown Prince Mohammed bin Salman Al Saud:** Thank you, Mr. President. This relation -- the relation for about five decades and we've been working together for a long time, but to me, it's a very important time in our history because there's also a lot of things that we're working on in the future. Uh, we believe in the future of America. We believe in what you're doing, Mr. President, is really creating a lot of good things and good foundations to create more economic growth, more business in America. And it will also you work for the world peace. I believe, Mr. President, and today and tomorrow we're going to announce that we are going to increase that, that $600 billion to almost $1 trillion of investment, real investment and real opportunity by details in many areas. And the agreement that we are signing today in many areas, in technology, in AI, in materials, magnet, uh, etc. that will create a lot of investment opportunities.

**Trump:** So you are doing that now? You're saying to me now that the $600 billion will be $1 trillion? Definitely because what we are signing to facilitate that and -- good. I like that very much.

**Unidentified:** [Inaudible]

**Trump:** No, that's great. That's -- I appreciate that. That's great. It's -- no, we're doing numbers that nobody's ever done and in all fairness, if you didn't see potential in the US, you wouldn't be doing that. Definitely you don't want to lose money.

**bin Salman Al Saud:** As you said, Mr. President, it's the most hottest country in the planet, but what you're creating is not about opportunity today. It's about also long term opportunity for America that will affect American economy positively in the next coming decades, preparing the right foundation of emerging technologies, that -- that's a game changer for America in a good way and we want to be part of it.

**Trump:** Yeah, we're doing really well and this, you know, you don't see what we're doing so much because we have -- although the construction industry sees it, if you look at Caterpillar, who's been incredible, the -- you know, the, the tractors, everything else. The numbers that we're doing in construction are are unbelievable. You know, some of the plants that were built in AI and they're building their own electric plant. I gave them the right to build their own electric with the plant because no country, frankly, will have this. China is working very hard to produce enough electric, but we're beating China substantially at AI, which is a big thing. And we had a great meeting two weeks ago with President Xi. But on AI, we're -- we're doing well. And I have a man. David Bromell.

**Unidentified:** Yes, sir.

**Trump:** David, could you say a few words about, uh, what you're seeing on the job front and all of the, uh -- some of the assets and also how we've been helped by the Saudis in terms of the kind of investment they've made? Please.

**Unidentified:** Most certainly. Thank you for the opportunity. I am a facility leader for GE Vernova and if you look at the landscape for GE investment, over $750 million in the US focused on true manufacturing jobs here stateside. Uh, we're looking at tripling the output of our Greenville, South Carolina facility where we make the gas turbines that are supporting US needs as well as the Saudi Arabia needs. Um, so real jobs, uh, $300 million in gas investment, resulting in over 500 pieces of new equipment being installed in the Greenville, South Carolina facility. That translates into roughly 1,800 jobs across the board for GE Vernova. As we try to scale capacity to be able to meet this demand. Along with that, we're partnering with local communities to build the skill set that's required to -- to meet these capacity needs. So that talent pipeline is incredibly important. So it's real jobs in the manufacturing space.

**Trump:** Well, you've been great and thank you very much and we love that state. I won that state by record numbers. I want a lot of states by record. Texas, a lot of them, by Indiana. We're working with Indiana or something right now. We won that. We won a lot of them by records, but that was one of them. I want to thank you very much. Say hello to everybody.

**Unidentified:** Will do, sir.

**Trump:** Great job, you're doing a great job. Thank you.

**Unidentified:** Appreciate it, Mr. President.

**Trump:** Um, so just in wrapping up, we'll take a couple of questions, but I want to just tell you what an honor it is to be your friend. And I very much appreciate the investment of that $1 trillion. OK. I'm glad you got that out. I didn't want to be the one to tell them, but that's great news.

**bin Salman Al Saud:** Keep increasing, Mr. President.

**Trump:** I know.

**bin Salman Al Saud:** Each time the opportunities are just increasing more and more.

**Trump:** Well, the opportunities, right? We're doing better. If, uh, even if you look back six months ago, I mean, all of a sudden you feel even better. So -- and I think we're only going to go in one way, uh, does anybody have any questions?

**Question:** Mr. President. Mr. President. Mr. President Mr. President, have you approved the export licenses for advanced chips to Saudi Arabia? The export licenses?

**Trump:** We are working on that, we're negotiating that right now. Marco, do you want to talk about that? Or Scott?

**Marco Rubio:** Well, I mean, that's part of what -- we may have announcements on that later today, uh, but that's what we've been working on is -- is the mechanics by which something like that can be achieved as part of the broader process. Part of this broader engagement and cooperation between our two countries.

**Trump:** Certain levels of chips.

**Question:** For the Crown Prince, Your Royal Highness, you're talking about $1 trillion of investment. Could the Kingdom continue to do that with oil prices in the mid 60s?

**bin Salman Al Saud:** Yeah, it's -- we're not creating opportunities to, you know, please America, please Trump. It's real opportunities. For example, when you ask about the AI and the chips, Saudi Arabia have a huge demand of a huge need of computing power. And we're going to spend, in the short term, around $50 billion by consuming, uh, those, uh, semiconductors for our needs in Saudi -- Saudi Arabia. And with the agreement that we're going to have that will allow us to focus that consuming power in short term by $50 billion from America and long term with hundreds of billion dollars in the long term. So -- so there's a lot of opportunities that fit our needs in Saudi Arabia and fit to our investment strategy.

**Question:** Mr. President. Mr. President. Is it appropriate, Mr. President, for your family to be doing business in Saudi Arabia while you're president? Is that a conflict of interest? And, Your Royal Highness, the US intelligence concluded that you orchestrated the brutal murder of a journalist. 9/11 families are furious that you are here in the Oval Office.

**Trump:** Who are you with? Who are you with?

**Question:** Why should Americans trust you? And same to you, Mr. President?

**Trump:** Who are you with?

**Question:** I'm ABC News, sir.

**Trump:** You are with who?

**Question:** I'm with ABC news, sir.

**Trump:** Fake news. ABC fake news.

**Question:** But the question is legitimate, sir.

**Trump:** One of the -- one of the worst in the business, but I'll answer your question.

**Question:** Thank you.

**Trump:** I have nothing to do with the family business. I have left and when I've devoted 100 percent of my energy what my family does is fine. They do business all over, they've done very little with Saudi Arabia actually. I'm sure they could do a lot and anything they've done has been very good. That's what we've done. We've built a tremendous business for a long time. I've been very successful. I decided to leave that success behind and make America very successful. And I've made America more successful by far than it ever was and that it ever could have been. No matter who was president, there would be nobody bringing in $21 trillion, that I can tell you right now.

As far as this gentleman is concerned, he's done a phenomenal job. You're mentioning somebody that was extremely controversial. A lot of people didn't like that gentleman that you're talking about. Whether you like him or didn't like him things happened, but he knew nothing about it and we can leave it at that. You don't have to embarrass our guest by asking a question like that.

**bin Salman Al Saud:** Yes, Mr. President, if you allow me to answer. You know, I feel painful about, you know, the families of 9/11 in America, but, you know, we have to focus on reality. Reality based on CIA documents and based on a lot of documents that Osama bin Laden used Saudi people in that event for one main purpose is to destroy this relation, to destroy the American-Saudi relation. That's the purpose of 9/11. So whoever buying that, that means they are helping Osama bin Laden purpose of destroying this nation. You know, that strong relation between America and Saudi Arabia is bad for extremism. It's bad for terrorism and we have to prove -- proved him wrong. And to build our relation to continue developing our relations is critical in the safety of the world.

It's critical against extremism and terrorism. About the journalist, it's really painful to hear, you know, anyone that been losing his life for, uh, you know, no real purpose or nothing illegal, uh, way and it's been painful for us in Saudi Arabia. We did all the right steps of, uh, investigation, etc. in Saudi Arabia and we've improved our system to be sure that nothing happened like that and it's painful and it's a huge mistake and we are doing our best that this doesn't happen again.

**Question:** Mr. President. Mr. President. Thank you. Mr. President. Um, the Crown prince has been instrumental in helping lifting the sanctions on Syria.

**Trump:** Sure.

**Question:** Um, will there be any joint investment between the US and Syria? And will you visit Damascus?

**Trump:** Are you from Syria?

**Question:** No, But, um --

**Trump:** Where are you from?

**Question:** I'm from Palestine.

**Trump:** Whoa, make a lot of progress, huh? [Laughter] Very good. They like -- the Palestinians --

Note: [Crosstalk]

**Question:** Progress as well after you, sir.

**Trump:** The Palestinians are doing very well actually. I think we're working very closely with a lot of people that make everybody happy, including Israel, the Palestinians and everybody. That's very interesting. No, I think that, uh, I will tell you the crown prince called me, and he specifically asked me if I would, lift the sanctions on Syria because he wants to see Syria make it. As you know, the leader of Syria was just here. And we had a great meeting and he's a strong guy and I guess you need a strong person to run it. And I think Syria has made tremendous progress and we did lift the sanctions at the request of the crown prince, also the president of Turkey Erdogan called me specifically. He said, you know, if you don't lift the sanctions, Syria doesn't have a chance. If you do, they have a very good chance and between the two of them and some others I lifted the sanctions and the results so far have been pretty good.

**Question:** Mr. President --

Note: [Crosstalk]

**Question:** Can I ask you a question about the F-35s that are being sold to Saudi Arabia? Are these the same ones that are being used by the Israeli military? And if so, how does that allow for the qualitative military edge for Israel? And then I want to ask you, because you brought up the plight of the Palestinians, are you aware of relocation flights to South Africa that are taking place right now?

**Trump:** Which flights?

**Question:** There are relocation flights that are taking place. Some Palestinians are being charged up to $2,000 a seat.

**Trump:** I'm not going to South Africa for the G20 because I think their policies on the extermination of people are unacceptable. So, I'm not going. So, I won't refer to anything having to do with South Africa. South Africa has behaved extremely badly. But I will say that when you look at the F-35 and you're asking me, is it the same, I think it's going to be pretty similar, yeah. This is a great ally and Israel is a great ally, and I know they'd like you to get planes of reduced caliber, I don't think that makes you too happy. They've been a great ally, Israel's been a great ally, and we're looking at that exactly right now. But as far as I'm concerned, I think they are both at a level where they should get top of the line. Yes, please.

**Question:** If I could just ask for the Crown Prince.

Note: [Crosstalk]

**Question:** Direct talks between --

**Trump:** That's all right, I'll give Steve one second, go ahead.

**Question:** Have you reached an agreement on a US-Saudi defense treaty today? And are you going to bring up the Abraham Accords in your discussion?

**Trump:** I already brought them up.

**Question:** What did you say?

**Trump:** I think I got a positive response. Would you like to respond?

**bin Salman Al Saud:** Yeah, so -- so, yeah. So, definitely we believe having a good relationship with all countries is a good thing. And we want to be part of the Abraham Accords, but we want also to be sure that we secure a clear path of two-state solution. And today we have a healthy discussion with Mr. President that we're going to work on that to be sure that we can prepare the right situation as soon as possible to have that.

**Trump:** I think we're -- you know, I don't want to use the word commitment, but we've had a very good talk on the Abraham Accords. We talked about one-state, two-state -- you know we talked about a lot of things; in a short period of time we'll be discussing it further, too. But I think you have a very good feeling toward the Abraham Accords.

**bin Salman Al Saud:** Yes, thank you, Mr. President, we want peace for the Israelis, we want peace for the Palestinians. We want them to coexist peacefully in the region, and we will do our best to reach that date.

**Question:** And a defense agreement, have you reached an agreement on that?

**Trump:** We pretty much have.

**Question:** Mr. President, A question for the Crown Prince if I could just --

**Trump:** We have reached agreement on that.

**Question:** I wanted to ask you about the direct talks between the United States and Iran. Have you been fully briefed on that? And are you concerned at all about how this might impact Saudi security interests?

**bin Salman Al Saud:** We are close allies, we'll be working closely together on that issue and we will do our best to help to reach a deal between America and Iran. And we believe it's good for Iran's future to have a good deal that that will satisfy the region and the world and the rest of America. So, we will do our best to see that they happen.

**Trump:** By the way, Iran does want to make a deal. I can say, I think they very badly want to make a deal. I am totally open to it and we're talking to them, and we start a process. But it would be a nice thing to have a deal with Iran, and we could have done it before the war, but that didn't work out. And something will happen there I think, but they would very much like -- I mean they may say something else, but they would very much like to have a deal.

Note: [Crosstalk]

**Trump:** Say it.

**Question:** You are planning -- you said you are planning to sell the F-35 jets to Saudi Arabia.

**Trump:** Yeah.

**Question:** Is it part of the security agreement? And how do you assess the defense partnership between Saudi Arabia and the United States? And the question was --

**Trump:** Well, you said it. I mean, I'm going to -- we're going to sell them F-35s. That's the end of the question isn't it?

**Question:** Is this part of the security agreement, or no?

**Trump:** No, we're going to have -- no -- we're going to have a deal. They're going to purchase F-35s, They're buying them from Lockheed and it's a great plane. We make, by the way, the best military equipment. You saw that during the Iran little skirmish. We make the best planes, the best missiles, we make the best defensive missiles. We make the best military equipment in the world.

**Question:** For his Royal Highness, I'd like to ask you about how you see the cooperation between the United States and Saudi Arabia and the technological -- advanced technological field, especially AI, and how it will support Saudi Arabia to serve its goal to achieve the vision of 2030.

**bin Salman Al Saud:** Well, I will try to answer that in short, but definitely there's a lot of interest in many industries between Saudi Arabia and America. We are signing a lot of agreements in different areas that will really add value to American economy, but also to add value to us in Saudi Arabia. And AI is critical for us because one of the long-term problems that we could have is lack of workforce. As you've seen in the past few years, some of them have reached 30 percent of the global migration to Saudi Arabia. So, we know that to assure the Saudi Arabia GDP growing with the lack of workforce that we have, we need to use a lot of computing power to replace jobs in the long term. So, that's huge demand in Saudi Arabia. And we want to link it to American private sectors and [Inaudible] the supply from America. So, there's a lot of opportunities in that area.

**Trump:** And we're also involved in AI in Saudi Arabia. So, we're working and, again, we're leading by a lot on AI by actually a lot. China will be in second place, but we're leading by a lot. And I have to say this, and our relationship with China has been very good. And as far as buying our farm products, they're pretty much on schedule. Scott. I'd like you to call them, say if they could speed it up.

**Scott Bessent**: I will, sir.

**Trump:** OK? But they're pretty much on schedule.

Note: [Crosstalk]

**Question:** I may have a question for both the conference heads.

**Trump:** Who are you? Where are you?

**Question:** [Inaudible] News, Saudi Arabia, your Excellency?

**Trump:** You should be a friend of Russia?

**Question:** Your Royal Highness, just picking up on something you just mentioned about how some people try to destroy the relationship between Saudi Arabia and the United States. Perhaps since the launch of division, we've been used to having the bigger picture and that everything fits into the bigger picture. Might you want to elaborate a little bit about where is the relationship, the bilateral relationship, the strategic partnership between Saudi Arabia and the United States heading? And what's the big picture there?

**bin Salman Al Saud:** Well, I don't think it's a relation that we can replace from the other side of the American side. It's a critical relationship for our political tent, for our economical tent, for our security, for our military, for many things. And it has been there for nine decades and the opportunities that we have today is huge. And it seems that it's going to be getting deeper in the next few decades. And what we are having today and tomorrow with President Trump, it's really a huge new chapter on this relation that will add value to both of us.

**Trump:** You know, when you think about it, I'm just sitting here, you're with the future king, a man who is respected by everybody. A man that doesn't have to be doing this really. I don't have to be doing it either. And yet we're sitting here taking questions -- any questions, we didn't say, oh, you can't talk about this then. And there's never been transparency like this even in his country, but there's never been -- in our country that's been acknowledged. But we didn't put restrictions, and I'm saying it's sort of wonderful to be taking questions from all over the world. Everybody's here, this is just a small group representative of tremendous numbers of media that are outside that are very jealous that these people were so selected, but they're representing a lot of people that are outside. I think it's terrific that we could be sitting here being this open and I think it's really a wonderful thing.

**Question:** If you don't mind, I have a personal question for you.

**Trump:** OK, here we go, I shouldn't have said that. [Laughter]

**Question:** So, apart from everything you mentioned in your opening remarks, you forgot to mention that you've de-escalated seven wars since you started. At least in our part of the world, you are seen as a peacemaker. And adding that to all the executive orders and everything else you've mentioned, I really have to wonder -- you in your speech in Saudi Arabia, I was there. You said that His Royal Highness does not sleep at night thinking how he does things better. We wonder in Saudi Arabia, how you manage your own time and what's your formula for managing it?

**Trump:** He does not sleep much, and I don't sleep much. I think we have the same schedule. We're thinking about our countries. And if you sleep a lot and you're president -- we just had one that slept more than any president. He broke every record. He sleeps all the time -- during the day, during the night, on the beach. The only guy who could fall asleep on the beach with the press watching. No, he's not a sleeper; I'm not a sleeper, but we don't -- we talk at night. We can talk -- I can call him almost any time. He goes, hi, how you doing? It's like the craziest times. But no, when you love your job, when you love your country and when you're in a position like we are.

Future king, highly respected crown prince and in my case, president, you're thinking about your country. You're thinking about making America great again, we're thinking about keeping Saudi Arabia strong and vital and in a pretty tough part of the world, tricky part, right, tricky part? A lot of tricky people. But they -- he thinks about his country, and I think about my country. I don't want to sleep.

**Question:** President Trump, do you expect a formal civil nuclear deal to be reached soon? Can you talk to us about that aspect, please?

**Trump:** With who?

**Question:** With Saudi Arabia?

**Trump:** I can see that happening.

**Question:** Do you think that that will -- an agreement will be set?

**Trump:** It's not urgent. It's always when you have civil nuclear but you have more oil than almost anybody else. We -- we actually have more oil and gas than they do, but I refuse to say that. We have more than -- we have more than anybody, can you imagine?

**Question:** And on those M35s, are those sales? Israel had reportedly wanted those sales to be conditioned on Saudi Arabia -- Arabia moving to normalize.

**Trump:** Israel will be happy. Israel is going to be happy.

**Question:** Is that a condition of the --

**Trump:** -- Israel's aware and they're going to be very happy. Okay. Yeah, please. Hello.

**Question:** Hi, hello. My name is Amanda from the [Inaudible] newspaper from [Inaudible]

**Trump:** Oh, good.

**Question:** I have a question for the crown prince and [Inaudible]. Crow Prince of Saudi Arabia, what -- how much you expected from developing the cooperation with United States in the field of [Inaudible], AI, uh, supply chain? How much you expected from that?

**bin Salman Al Saud:** No limit, we just continue pushing forward. There's no limit. So -- so we just push forward for all the opportunities that we have.

**Question:** OK, is this --

**Trump:** ,-- You have to understand this is really a great ally.

**Question:** Yes.

**Trump:** Just the fact that they're now doing -- I came in here at six -- I did not know that I was pushing for the -- the one trillion, but he didn't tell me that. Uh, now he told me. This is a great ally of ours. You know, when you invest a trillion, that's national security for us too because it creates jobs. It creates a lot

of things and I would say, Scott, right, when you hear one country is putting a trillion into the United States that creates national security. And, you know, I think that they don't have to say that. But I think a big part of that is also the fact that tariffs are in play, uh, but even beyond tariffs, uh, that's a real ally that will do that. Creates a lot of power for the United States.

**Question:** Mr. President, we are also, Saudi Arabia, we are very happy for this, uh, much is, uh, Saudi --

**Trump:** -- Right, for the relationship.

**Question:** -- Money, and of course, it's come back for us for benefit. So it's, uh, it's complimentary, uh, interest. So this is -- this is what I too.

**Trump:** Well, I love the country of Saudi Arabia. I know the people very well. Uh, the level of treatment that we go when we go to Saudi Arabia is something that is incredible. And the people like us and I think they really like America, especially when I'm president. I don't think they liked America so much maybe for four years recently. I think Obama treated Saudi Arabia very, very badly -- very badly, as you know, uh, but -- and I think Biden didn't have any idea where the hell he was. I don't think Biden knew the difference.

**Question:** How would you describe the future? I mean, that from the executive aspects. How could you do it?

**Trump:** How would I say the relationship is with?

**Question:** Yeah, yeah [Inaudible]

**Trump:** I would say top of the line. It's as good as it can -- I don't think it can get much better. We have -- we have a country that trusts us and that's why they make that investment. If they didn't trust us, they couldn't make that investment. And we trust them. They've been very reliable. You know -- we, you know, we are -- I rebuilt our military in my first term and we spent trillions of dollars and we gave away some of it in Afghanistan stupidly because we had stupid people running our country, but we gave away -- but that's as much as it was. It's a tiny fraction of what we -- what we put here and we're, again, we're bringing our military to a new level, the highest level ever. Oh, we have those -- those plants are going out and again, it's all American jobs and everything else. So it's good for a lot of reasons. But as far as Saudi is concerned, no, I don't think our relationship could be better.

I don't think they had a great relationship under Biden and I don't think they had a great relationship under Obama, but they have a great relationship under Trump. When we did the Presidential Walk of Fame -- you saw that, right? And we're walking and I asked the crown prince, so outside of Trump -- outside of Trump because I blow everyone away, who was the best president for Saudi Arabia and you could -- maybe it's an interesting answer. I don't know.

**bin Salman Al Saud:** [Inaudible] That it was who started it, Democrat -- Democrat and Reagan is one of the historical president that have close ties with Saudi Arabia, but -- but we worked with all presidents --

**Trump:** -- Does Trump blow them all away?

**bin Salman Al Saud:** It's not about me, Mr. President. [Laughter]

**Question:** Mr. President! Mr. President.

**Trump:** Trump doesn't give a fist bump. [Laughter] I grab that hand. I don't give a hell where that hand's been. I grabbed that hand. When -- when, uh, remember Biden? He travels for 20 hours gets out and he gives a fist bump. No. When you get out of the plane and you get the future king and the man who's one of the most respected people in the world, you shake his hand, you don't give him a fist bump, right? We don't want to ask you about that, but I can't imagine you were thrilled. You were like a little bit surprised. He's a fantastic guy, you don't do that. Yeah, please.

**Question:** We're getting closer to the end of the year. Have you started the interviews for the Fed chair?

**Trump:** Yes.

**Question:** Who have you interviewed?

**Trump:** I think I already know my choice.

**Question:** Who is it?

**Trump:** Well, I liked him, but he's not going to take the job. He refused. Do you like Treasury better, right?

**Bessent:** Much better, sir.

**Trump:** Uh, so we are talking to various people. And the -- I mean, frankly, I'd love to get the guy currently in there out right now, but people are holding me back. He's done a terrible job. Uh, hurting housing a little bit it. The truth is we've been so successful. We've blown past his interest rate stupidity. He's been wrong. That's why I call him too late. He's too late. Jerome "Too Late" Powell. He was recommended to me by a guy that made a bad, you know, bad choice. And it's too bad, but despite that it's having very little impact because we have, you know, we have all of these things happening, but it has an impact on housing to a certain extent. He's a fool, he's a stupid man. But, um, we have some very good people.

**Bessent:** Yes, sir, you'll be sitting down with them in the near future.

**Trump:** And we have some surprising names that we have some standard names that everybody's talking about and we -- we may go the standard way. It's nice to every once in a while go, uh, politically correct. But we have -- we have some great names. Steve, please.

**Question:** Have you talked to President Maduro of Venezuela yet?

**Trump:** No.

**Question:** Are you still open to that?

**Trump:** No. He wants to talk.

**Question:** Yes, sir, yeah.

**Trump:** Yeah, I'm open to talk, I talk to everybody, But -- but no, he wants to -- they treated us very badly. They sent all of their prison population into the United States and we're getting them out rapidly. What do you say to all of this? And he sends drugs into the United States and other things. No, he treated us badly. He was dealing with a bad president and he was able to get away. We have -- now, I think we have the strongest borders anywhere in the world. Nobody's coming in unless they come in legally.

**Question:** Mr. President!

**Trump:** We've taken very weak borders where millions of people came in. For the last six months. I mean, I don't do these reports. They say zero people have been able to come in. They're pretty good. I don't know the numbers right, but it's pretty good.

**Question:** Mr. President, why wait for Congress to release the Epstein files? Why not just do it now?

**Trump:** You know, it's not the question that I mind. It's your attitude. I think you are a terrible reporter. It's the way you ask these questions. You start off with a man who is highly respected asking him a horrible insubordinate and just a terrible question and you could even ask that same exact question nicely. You're all psyched -- somebody's psyched you over at ABC. They're going to psych it. Uh, you're a terrible person and a terrible reporter. Uh, as far as the Epstein files, I have nothing to do with Jeffrey Epstein. I threw him out of my club many years ago because I thought he was a sick pervert. But -- I guess I turned out to be right.

But you know, who does have? Bill Clinton, Larry Summers, who ran Harvard, was with him every single night, every single weekend. They lived together, they went to his island many times. I never did. Uh, Andrew Weissman, I hear. All these guys were friends of his. You don't even talk about those people. You just keep going on the Epstein files and what the Epstein is, is a Democrat hoax to try and get me not to be able to talk about the $21 trillion that I talked about today. It's a hoax. Now, I just got a little

report and I put it in my pocket of all the money that he's given to Democrats. He gave me none, zero, no money to me, but he gave money to Democrats and people are wise to your hoax and ABC is -- your company, your crappy company is one of the -- the perpetrators --

Note: [Crosstalk]

**Question:** -- on your desk --

**Trump:** -- and I'll tell you something -- I'll tell you something --

**Question:** -- So why not just sign it now?

**Trump:** I think the license should be taken away from ABC because your news is so fake and it's so wrong. And we have a great commissioner, the chairman, who should look at that because I think when you come in and when you're 97 percent negative to Trump. And then Trump wins the election in a landslide, that means obviously your news is not credible and you're not credible as a reporter. So I've answered your question, you should go and look at the Democrats who received money from Epstein, who spent their time. Larry Summers was with him all the time. That creep, the fund guy, was with them all the time. What's his name?

**Susie Wiles**: Reid Hoffman, I don't know Reid Hoffman, but I know he spends a lot of money on the radical left. Reid Hoffman, in my opinion, should be under investigation. He's a sleazebag, and those are the people, but they don't get any press, they don't get any news and you're not after the radical left because you're a radical left network. But I think the way you ask a question with the anger and the meanness is terrible. You ought to go back and learn how to be a reporter. No more questions from you. Who else has a question?

**Question:** For the crown prince very quickly. I wanted to ask you how much money is Saudi Arabia giving for Gaza reconstruction?

**bin Salman Al Saud:** Well, we are in discussions about that, still there is no amount, I mean --

**Trump:** It'll be big.

**bin Salman Al Saud:** But we will definitely help.

**Trump:** Yeah. He's going to -- it's very important to him.

**Question:** And a quick follow up. The International Security Force, given your pledge there would be no US boots on the ground, what is the US role going to be in that? And how do you ratify the allegations that this could undermine Palestinian sovereignty and even the path to statehood.

**Trump:** Look, I think we're going to get along great with the Palestinians. We know their leadership, we just had a very -- you hate to say war, but it was a war, very, very successful. And you could say really it was on behalf of everybody. We did that on behalf of everybody. And the outcome was extraordinary because we had the best pilots, the best equipment, the best planes, the best everything. And Israel bought the best equipment. They bought it from us; everything is from us. It all starts here. This office -- I was talking to the crown prince a little while, you walk into this office, to somebody from the outside the Oval Office is the most powerful place in the world. You're standing right now in the most powerful place in the world.

And no matter how big you are, these are the biggest people, the richest people, they walk into this office, it's special, isn't it? Look at him? He's so happy to be here. But you walk into this office, it's the Oval Office, and we've done a lot of good with this office. I've stopped actually eight wars. I appreciated your question before, but I've actually stopped eight wars. I have another one to go with Putin. I'm a little surprised that Putin has taken longer than I thought, but we stopped India and Pakistan. I could go through the list; you know the list better than I do. I'm very proud and I stopped one that was almost ready to start again. You know, there was one that was ready to start.

**Question:** Do you have an update on where things are --

**Trump:** And they're doing very well. So, it all took place right here in the Oval Office, whether by telephone or whether by they came in. Many of these leaders have come in and they signed their peace deals right here in the Oval Office. So, no matter if it's the biggest businesspeople in the world or the greatest leaders in the world, the biggest leaders in the world, like the gentleman on my right, everybody walks into the Oval Office and they say, wow. And now by the way, the Oval Office is in the kind of condition that it should be in, whether you look at the wall or the marble floors or anything down the road. We're fixing the White House and we're building one of the greatest ballrooms ever to be built. You know, we have an event tonight and we're going to have about 118 people because we have a very small room.

For 150 years they've wanted a ballroom and now you're going to get a great ballroom. And I have to say, I probably made a lot of enemies because, in your honor, we're having a dinner tonight, a beautiful dinner tonight. And we have a very small room, right? It's called the East Room and it's beautiful. It's lovely, but it's like for a little cocktail before you go into a ballroom. It's a very small room. They've wanted a new ballroom for 150 years. We could have sold the big ballroom out three times in honor of this gentleman. So, I made a lot of enemies because I have a lot of people that are invited tonight or are unable to come because of the size constraint, but you know what we'll do before I leave office?

We'll have another dinner because we'll have it ready long before I leave office and it's going to be beautiful. It's a very popular thing what we're doing. And by the way, no government funds, it's all put up private money, all private money. And in the case, I think it's -- there's a restriction on foreigners,

otherwise I could have asked you just for a check, OK? But there's a restriction, these are all private individuals that put up a lot of money to build the ballroom, not one penny is being used from the federal government. So, it's really a nice thing. But I look forward to it, I just pointed it out. This would be a perfect night to have that ballroom open, Susie. If we had that open, we'd have a lot of people very happy. Right now, we have a lot of unhappy people because they all want to be with us tonight to honor this great man. Thank you all very much.

Transcript courtesy of CQ Factbase

# WILKINSON EXHIBIT 30

RELEASES

# ABC "News" Is Fake News

The White House

November 19, 2025

**ABC "News" is not journalism — it's a Democrat spin operation masquerading as a broadcast network.** The network's longstanding commitment to hoaxes, character assassinations, and outright fiction targeting only one side of the political aisle is a deliberate deception to wage war on President Trump and the millions of Americans who elected him to multiple terms.

- In 2017, ABC suspended investigative reporter Brian Ross after he falsely reported that President Trump had directed Michael Flynn to contact Russian officials before the 2016 election.
- In 2020, ABC suspended veteran correspondent David Wright after he was caught identifying himself as a "socialist" and admitting the network pushes an anti-Trump agenda and airs stories designed for profit, not news.
- In 2020, George Stephanopoulos — longtime Democrat operative turned wannabe "journalist" — failed to ask Joe Biden about his son Hunter's infamous laptop or the swirling allegations of impropriety.
- In 2024, Stephanopoulos repeatedly lied about President Trump's legal cases. After being sued for promoting these defamatory lies, the network agreed to settle for $16 million and issue a statement of regret.
- In October 2024, the network erroneously "fact checked" President Trump at least five times during the presidential debate — but failed to call out his opponent a single time.
- Following President Trump's historic 2024 election victory, 90% of the network's coverage of his cabinet nominees was negative.

Click to listen

- In January, ABC News gave 27 times more coverage to President Trump's pardons of January 6 defendants than of Biden's last-minute pardons to his corrupt family members.
- In January, ABC News editorialized in a partisan way that President Trump's personnel directives were "retribution."
- In February, ABC News mischaracterized the Trump Administration's effort to eliminate waste, fraud, and abuse in the bloated federal bureaucracy as an "attack on veterans."
- In April, ABC News peddled the debunked lie that the Trump Administration was unilaterally deporting U.S. citizen babies.
- In June, ABC News's senior national correspondent Terry Moran smeared White House Deputy Chief of Staff Stephen Miller as a "world-class hater" whose "hatreds are his spiritual nourishment" — just one entry in a long series of Moran's obvious liberal bias during his tenure.
- In June, ABC News aired what it called a "violent Border Patrol detention" — but failed to mention the detained illegal immigrant had been chasing federal agents with a weed whacker.
- In June, ABC News praised violent Los Angeles rioters for "self-policing" — as local businesses and property were being harmed — during coverage critical of President Trump's National Guard deployment.
- In July, ABC News used its special coverage of the One Big Beautiful Bill signing ceremony to falsely claim the legislation would "mostly" benefit "the wealthiest Americans" and repeat the debunked talking point that millions of Americans would "lose their healthcare."
- In July, ABC News refused to cover the Office of National Intelligence's announcement of a landmark investigation into Obama-era politicization and manufacturing of intelligence assessments.
- In July, ABC News dismissed the vicious MS-13 gang — whose motto is literally "kill, rape, control" — as a "clique."
- In September, Stephanopoulos repeatedly — and falsely — insisted that people had somehow "died" because of the Trump Administration's decision to shutter a bloated, wasteful bureaucratic agency.

Click to listen

## Related

100 DAYS OF HOAXES: Cutting Through the Fake News

Releases | April 29, 2025

The NPR, PBS Grift Has Ripped Us Off for Too Long

Releases | April 14, 2025

President Trump Finally Ends the Madness of NPR, PBS

Releases | May 2, 2025

Fact Sheet: President Donald J. Trump Adresses Risks from Perkins Coie LLP

Fact Sheets | March 6, 2025

CNN Is Lying to Undermine Operation Epic Fury's Crushing Success

Releases | March 13, 2026

1 2 3 … 26 NEXT PAGE




ABOUT

Administration

Contact

Internships

Stay Informed

Privacy Policy

Click to listen

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email

SIGN UP

Click here or text 45470 to receive updates

Click to listen