# WILKINSON EXHIBIT 31

TRUTH.

← **Truth Details**
1153 replies

**Donald J. Trump**
@realDonaldTrump

If this would also allow the Radical Left Networks to "enlarge," I would not be happy. ABC & NBC, in particular, are a disaster - A VIRTUAL ARM OF THE DEMOCRAT PARTY. They should be viewed as an illegal campaign to the Radical Left. NO EXPANSION OF THE FAKE NEWS NETWORKS. If anything, make them SMALLER! President DJT
newsmax.com/newsmax-tv/newsmax



www.newsmax.com
Newsmax CEO Ruddy: FCC Lifting TV Cap 'Disaster' for Conservatives
Newsmax CEO Christopher Ruddy took to his network airwaves Tuesday night to warn that the FCC under Brendan Carr is moving to give the big TV networks massive reach - and pushing through a mega-merger...

**3.93k** ReTruths **14.2k** Likes Nov 23, 2025, 4:58 PM

**New to Truth?**
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

**Live**

**Get Real**
Real America's Voice

**David Harris Jr. The Pulse**
Newsmax 2

**Police 24/7 S2:E6 – Run n...**
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. us

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account Sign In

# WILKINSON EXHIBIT 32

# How an AM radio station in California weathered the Trump administration's assault on media

AP ap.org/news-highlights/spotlights/2025/how-an-am-radio-station-in-california-weathered-the-trump-administrations-assault-on-media

Byron Tau

December 15, 2025




Before Jimmy Kimmel, there was KCBS.

Just six days into President Donald Trump's new administration, the San Francisco Bay-area radio station KCBS-AM reported that immigration agents were in the area — driving "unmarked vehicles including a black Dodge Durango, a gray Nissan Maxima and white Nissan truck."

The brief story — also reported by other outlets — quickly drew the ire of conservative influencers who attacked KCBS' report as endangering agents' lives, sparking a deluge of complaints from listeners and callers.

That was just the start of KCBS' troubles. The Trump administration's top broadcast regulator, Brendan Carr, soon accused KCBS of failing to operate in the public interest and

said he was opening an investigation.

By targeting KCBS, Carr revealed his willingness to expand the Republican administration's offensive on perceived media foes beyond major broadcasters like ABC, CBS and NPR. In KCBS' case, the radio station took steps to mitigate the potential of drawing further attention from conservative influencers or Carr, the chairman of the Federal Communications Commission, according to eight current and former station employees who insisted on anonymity out of fear of reprisal.

KCBS demoted a well-liked anchor and dialed back on political programming, people said. For months, reporters were dissuaded from pursuing political or controversial topics and instead encouraged to focus on human interest stories, according to the current and former staffers.

When journalists were given permission to pursue politics or Trump administration policies, some of the staffers said, the tone of the stories was heavily scrutinized.

Doug Sovern, a veteran political journalist at the station, said he was sidelined after Carr announced his investigation.

"'Chilling effect' does not begin to describe the neutering of our political coverage," said Sovern, who retired in April. He said his retirement was not related to the controversy.

FCC scrutiny has eased in recent months, and the station has been increasingly willing to tackle more topics that might draw attention from the administration and conservative critics, the staffers said. The station, for example, assigned a reporter in October to cover the No Kings Day protests of the Trump administration, which the staffers described as a welcome change.

In a statement, KCBS said it would not "comment on internal personnel matters."

"There has been no change in policy or editorial direction at KCBS," the station added. "We remain committed to providing our Bay Area listeners with trusted news, including our political coverage, that is balanced and objective."

The FCC did not respond to a request for comment.

### Trump's enforcer

In Trump's second term, Carr has emerged as a top enforcer of Trump's agenda, using his perch to take on one of the president's favorite targets: media outlets.

His threat to ABC in September that "we can do this the easy way or the hard way" led to Kimmel, a late-night host and comedian, being briefly pulled off the air by parent company Disney over statements in one of his monologues about the political reaction to the slaying of Charlie Kirk, a conservative activist. ABC and CBS settled what some experts said were long-shot libel lawsuits by Trump at the same time their parent companies had significant interests before the FCC. NPR and PBS affiliates came under scrutiny over whether they were crossing the line into commercial advertising.

When the FCC later approved a merger involving CBS' parent company, the network's new owners committed to making "significant changes" at the broadcast network — a move the FCC chairman praised in his statement approving the deal. And in November, Carr reshared a Trump social media post that called for comedian Seth Meyers to be fired from NBC.

Al Sikes, a Republican former FCC chairman who served under President George H.W. Bush, said Carr was using "mobster" tactics.

"What we're seeing right now is new boundaries that are being set on the exercise of authority: punishing those that you don't like and ensconcing those that you do," Sikes said in an interview.

ABC, NBC, CBS, PBS and NPR did not respond to requests for comment.

Since February, the White House has blocked The Associated Press' access to events after the wire service said it would continue referring to the Gulf of Mexico in some of its copy. Trump had signed an executive order renaming the body of water the Gulf of America. The AP filed suit over the restrictions, and a federal judge ordered the White House in April to restore the AP's full access to cover presidential events as part of the press pool. The judge's order was put on hold while the White House appeals it.

## KCBS in the crosshairs

KCBS has a storied history. It was one of the earliest radio stations ever licensed. Owned by CBS for nearly 70 years, it helped pioneer the 24-hour news radio format. CBS sold its radio properties in 2017 to Entercom, which later renamed itself Audacy. KCBS remains a broadcast affiliate of CBS News Radio.

The proliferation of digital content has hit the radio industry hard. Audacy recently survived Chapter 11 bankruptcy and had only been saved by a major investment from a firm owned by George Soros, a liberal donor and frequent Republican target. That investment was approved by the FCC under President Joe Biden's Democratic administration. Some conservatives, including Carr, had criticized the previous FCC leadership for failing to scrutinize the deal more closely.

In going after KCBS, Carr relied on a letter of inquiry, the first formal step in opening an FCC investigation. Broadcasters are regulated by the agency, and it has the authority to issue admonitions, or fines. In rare cases, it can revoke broadcast licenses.

After Carr's threat, staffers involved in the story were summoned to meetings with lawyers hired by Audacy. The attorneys scoured employee social media posts and grilled some on whether they had any political bias, current and former staff said.

The station's news director, Jennifer Seelig, sits on the board of the Radio Television Digital News Association, which gives out a prominent First Amendment award. She told people that business considerations required the station to avoid angering the FCC, current and former staffers said.

Seelig did not respond to requests for an interview.

**Veteran reporter demoted**

Bret Burkhart, who first read the report on the immigration action over the air, was demoted from his anchor position to a less prestigious reporting gig. After a few months, he left the station for a new job, according to current and former staffers. Burkhart was a well-regarded Bay Area radio personality, with more than a dozen top journalism awards over the course of his long career.

Burkhart's colleagues were perplexed that the station would discipline anyone for reporting on the raids, especially because the federal agents were not operating undercover and the information they based the report on came from several local politicians.

The description of immigration agents in unmarked cars "is newsworthy, particularly since Trump's administration has a history of sending in federal agents while disguising what agencies they're with," said Mark Feldstein, a journalism professor at the University of Maryland and former on-air correspondent at CNN and ABC.

Sovern, an award-winning political reporter who worked for The New York Times and the AP, said he struggled to get stories published.

In the weeks after the immigration story, Seelig asked Sovern to cancel an interview he had set up with California gubernatorial candidate Katie Porter out of fear she would say something negative about Trump, he said.

"I'm disappointed that a news organization once renowned and acclaimed for its diligent pursuit of the truth, no matter where it led and no matter whose feathers it ruffled, backed away from its core mission out of fear and economic insecurity," Sovern said. "That's not the

KCBS I knew, and gave 35 years of my professional life to, and it's a shame the last months had to end in such ignoble fashion."

---

AP writers Brian Slodysko and Michael Biesecker contributed reporting.



Explore related services

- Content
  Discover the best of AP content in every format

- Topics
  Explore diverse topics through our world-class journalism

# WILKINSON EXHIBIT 33

TRUTH.

# Truth Details

2701 replies



**Donald J. Trump**
@realDonaldTrump

Who has the worst Late Night host, CBS, ABC, or NBC??? They all have three things in common: High Salaries, No Talent, REALLY LOW RATINGS!

**4.37k** ReTruths **22k** Likes Dec 24, 2025, 12:23 AM

# WILKINSON EXHIBIT 34

TRUTH.

# Truth Details

4708 replies

**Donald J. Trump**
@realDonaldTrump

If Network NEWSCASTS, and their Late Night Shows, are almost 100% Negative to President Donald J. Trump, MAGA, and the Republican Party, shouldn't their very valuable Broadcast Licenses be terminated? I say, YES!

**5.98k** ReTruths **26.9k** Likes Dec 24, 2025, 12:36 AM

# WILKINSON EXHIBIT 35

DOWNLOAD THE OFFICIAL WHITE HOUSE APP • REAL-TIME NEWS • LIVE UPDATES • A DIRECT LINE TO THE ADMINISTRATION → DOWNLOAD THE OFFIC



# MEDIA OFFENDERS

## ABC News

**OUTLET**

ABC News

**REPORTER**

Jonathan Karl

**CLAIM**

ABC Journo Invents Bizarre Lie About President Trump

**CATEGORY**

Left-Wing Lunacy, Lie

**THE OFFENSE**

ABC Fake News's Jonathan Karl made up a bizarre lie claiming President Trump called him the morning after the assassination attempt at the White House Correspondent's Dinner to check if he was okay.

**THE TRUTH**

President Trump did no such thing, and, as Karl later admitted, did not even pick up Karl's call. The fact Karl would fabricate this story to try and make himself the center of attention following an attempt on President Trump's life proves once again that "journalists" like Karl are self-absorbed theater kids with tenuous grips on reality.

**KEY POINTS**

- Freakshow, attention-seeking "journalist" Jonathan Karl fabricated a story involving President Trump to exaggerate Karl's own importance.

**SOURCES**

- President Trump's Truth Social Post

- ABC News Segment With Jonathan Karl and George Slopadopoulos

---

**OUTLET**

ABC News

### REPORTER

Joy Behar

### CLAIM

Co-Host Of The View Suggested Pro Athlete Be Injured For Participating In Event With President Trump

### CATEGORY

Left-Wing Lunacy, Violent Rhetoric

### THE OFFENSE

Demented co-host of The View Joy Behar suggested New York Giants quarterback Jaxson Dart should need "extra padding" at practice after he introduced President Trump at an event.

### THE TRUTH

Behar is a disgusting, has-been harpy with a long history of using incendiary rhetoric when discussing President Trump and his supporters. Her unhinged comments suggesting Jaxson Dart's teammates should injure him due to his purported political leanings are despicable and exemplify the kind of vile, left-wing rhetoric that has stoked an unprecedented surge in political violence against President Trump and Republicans.

### KEY POINTS

- Geriatric shrew Joy Behar called for NFL quarterback Jaxson Dart to be injured because he participated in an event with the sitting president of the United States.

### SOURCES

- Newsbusters: The View Suggest NFL QB Jaxson Dart Should Be Injured for Supporting Trump
- Congressman Mike Lawler: President Trump Joins Lawler in Rockland County First Presidential Visit in 50 Years
- Fox News's Post
- Newsbusters: The View Refuses to Retract Incendiary Rhetoric After Attempt on Trump, Blames Guns
- White House: Rise in Political Violence is Fueled by Democrat Rhetoric

- White House: Democrats' Unhinged Rhetoric Incites Third Assassination Attempt on President Trump

---

**OUTLET**

ABC News

**REPORTER**

Jimmy Kimmel

**CLAIM**

Jimmy Kimmel's 'Expectant Widow Joke'

**CATEGORY**

Left-Wing Lunacy, Violent Rhetoric

**THE OFFENSE**

Failing talk show host Jimmy Kimmel displayed a fake video of First Lady Melania Trump and stated she had "a glow like an expectant widow" just days before a depraved leftist gunman attempted to assassinate President Trump. Following the assassination attempt, Kimmel refused to apologize, instead doubling down on his despicable comments.

**THE TRUTH**

Kimmel is a sick, low-rated, talentless loser whose obsession with President Trump, the First Family, and Republicans in general puts lives in danger. Fake News ABC — which inexplicably still employs George Slopadapolous among its contingent of Trump-hating freaks — should fire Kimmel immediately.

Watch on X

**KEY POINTS**

- Jimmy Kimmel spouted hateful and violent rhetoric about President Trump and the First Family just days before an attempt on President Trump's life and then refused to apologize.

**SOURCES**

- NYP: Jimmy Kimmel's ratings were plummeting before ABC suspended him for Charlie Kirk comments
- White House Communication's Director Steven Cheung's Post
- Fox News: Critics reject Jimmy Kimmel's defense of his 'expectant widow' joke, key White House figure calls for firing
- Rapid Response 47's Post
- First Lady Melania Trump's Post
- The Things: Fans Aren't Feeling Sorry For Jimmy Kimmel After He Addressed His Concerning Future In Hollywood

---

**OUTLET**

ABC News, CBS News, CNN, MSNBC

**REPORTER**

Don Lemon, Jimmy Kimmel, Joe Scarborough, Jonathan Chait, Joy Reid, Rachel Maddow, Rick Wilson, Stephen Colbert

**CLAIM**

Violent Rhetoric Against President Trump

**CATEGORY**

Left-Wing Lunacy, Malpractice

**THE OFFENSE**

The Fake News (and unhinged, sick Democrats) have spent years peddling reckless, inflammatory, and escalating rhetoric about President Trump, his Administration, and tens of millions of Americans — smearing them as "fascists," "Nazis," and "threats."

**THE TRUTH**

This toxic environment has repeatedly incited their supporters to violence — most recently at the White House Correspondents' Dinner, when another Radical Left lunatic attempted to assassinate President Trump in

the third such attack in under two years.

Examples of degenerate Fake News figureheads spewing such disgusting rhetoric include:

• Jimmy Kimmel stating — just days before Saturday's assassination attempt — that First Lady Melania Trump had "a glow like an expectant widow."
• Stephen Colbert claiming "Donald Trump is a fascist."
• Rachel Maddow calling President Trump an "authoritarian leader" attempting an "overthrow of the U.S. government."
• James Carville suggesting President Trump would "institute a fascist regime."
• Hassan Piker lamenting that President Trump is alive and remarking that it would be "pretty funny" if he died.
• Joe Scarborough claiming that President Trump has gone "full-on Hitler."
• Jonathan Chait stating that "[President] Trump is a threat to democracy, and saying so is not incitement."
• Lemon declaring that "the GOP needs to burn to the ground" and that President Trump is "racist."
• Joy Reid, "forget Trumpism, it's neo-fascism."
• Joy Reid stated that, under President Trump, fascism is "already here."
• Rick Wilson stated that the donor class must "go out and put a bullet in Donald Trump."

Watch on X

## KEY POINTS

- The repeated attempts on President Trump's life are the predictable result of the Fake News's relentlessness smear campaign.

**SOURCES**

- Democrats' Unhinged Rhetoric Incites Third Assassination Attempt on President Trump
- Fox News: Jimmy Kimmel Doubles Down 'Expectant Widow Joke'
- NYP: Jimmy Kimmel's ratings were plummeting before ABC suspended him for Charlie Kirk comments
- The Guardian: Stephen Colbert: 'Donald Trump is a fascist'
- NYP: CBS cancels 'Late Show With Stephen Colbert,' citing 'financial decision'
- Advocate: Rachel Maddow says we're in an 'attempted authoritarian overthrow'
- MSNBC: Rachel Maddow says Trump is an 'authoritarian'
- Huffpost: James Carville Warns Of 'Fascist' Ties Between Trump And Nazism: 'Pay Attention'
- Mediaite: 'Evil Never Dies': Twitch Star Hasan Piker Laments Trump Is Still Alive and Kicking
- NewsBusters: Screechy Scarborough: 'Full-on Hitler' Trump Has 'Fat, White, Pink' Spokesman
- Intelligencer: Donald Trump Is a Threat to Democracy, and Saying So Is Not Incitement Opposing political violence does not mean ignoring authoritarianism.
- Don Lemon Slams Trump as a 'Bad, Stupid Man:' The GOP Needs to Burn to the Ground

- Mother Jones: CNN Anchor Don Lemon Calls Trump Racist
- MSNBC: Political Analyst Tells Joy Reid: Forget Trumpism, IT's Neo-Fascism
- Flashback – Rick Wilson: The Donor Class Needs to 'Put a Bullet in Donald Trump'
- The Hill: Joy Reid in final MSNBC show says fascism 'already here'

---

**OUTLET**

ABC News, NBC News

**REPORTER**

Maggie Vespa, Pierre Thomas

**CLAIM**

ABC, NBC Are Upset ICE Shot A Gangbanger Trying To Run Over An Agent

**CATEGORY**

Bias, Left-Wing Lunacy

**THE OFFENSE**

ABC and NBC implied the Trump Administration's immigration policies were responsible for the shooting of a man in California, with ABC's Pierre Thomas describing the incident as demonstrating "just how volatile the [A]dministration's immigration enforcement campaign remains," and NBC's Maggie Vespa drawing a parallel to Minnesota.

**THE TRUTH**

The man — Carlos Ivan Mendoza Hernandez – was a gang member and wanted murderer who was shot by ICE officers when he attempted to run them over with his car during a targeted vehicle stop. Hernandez's gang "Barrio 18" and its rival MS-13 are reportedly responsible for roughly 200,000 deaths over three decades.

**KEY POINTS**

- Legacy media outlets ABC and NBC attempted to incite outrage against heroic ICE officers for successfully defending themselves against a gang member and alleged murderer.

**SOURCES**

- ICE agents shoot 18th Street Gang member who 'weaponized his vehicle' in California

- ABC, NBC Are Upset ICE Shot a Gangbanger Trying to Run Over an Agent

- Jorge Bonilla Post On ABC News

- Jorge Bonilla Post On NBC News

- MS-13 gang member sentenced to 1,335 years in prison, others given hundreds of years in El Salvador

---

**OUTLET**

ABC News

**REPORTER**

Whoopi Goldberg

**CLAIM**

'The View's Whoopi Goldberg Makes Up A Song To Slam Trump For Building White House Ballroom

**CATEGORY**

Left-Wing Lunacy

**THE OFFENSE**

Whoopi Goldberg had a meltdown on ABC's The View, claiming President Trump was overstepping his authority by constructing a White House ballroom.

**THE TRUTH**

From President Theodore Roosevelt constructing the West Wing in 1902 to Barack Obama resurfacing the south-grounds tennis court into a basketball court in 2009, Presidents have been renovating the White House for more than a century.

**KEY POINTS**

- ABC's The View criticized President Trump for improving the White House complex despite the ample precedence for the improvements.

**SOURCES**

- 'The View's Whoopi Goldberg Makes Up a Song to Slam Trump for Building White House Ballroom

- White House Ballroom Continues Proud Presidential Legacy

## OUTLET

ABC News

## REPORTER

Ana Navarro

## CLAIM

Trump White House Lashes Out At The View Cohost Ana Navarro Over Alligator Alcatraz Comments: 'Can't Get Any Dumber'

## CATEGORY

Left-Wing Lunacy

## THE OFFENSE

Ana Navarro – a co-host on failing talk show "The View" – called government officials "racist" and "horrible human beings" for visiting the Alligator Alcatraz ICE detention facility in Florida.

## THE TRUTH

The real "horrible human beings" are the violent criminals being held at Alligator Alcatraz, including the illegal alien murderer who slit the throat of an elderly woman in Florida and set her house on fire. Law enforcement and government officials who lay their lives on the line to protect our homeland deserve gratitude – not ridicule.

## KEY POINTS

- Ana Navarro disparaged government and law enforcement officials as "racist" and "horrible human beings" for visiting a detention facility.

## SOURCES

- Trump White House lashes out at The View cohost Ana Navarro over Alligator Alcatraz comments: 'Can't get any dumber'

- 'The View' Ratings Shocker as Show Loses to Harris Faulkner at Fox News

Stay Informed

Privacy Policy

MEDIA

News

Gallery

Video Library

Media Offenders

White House Wire

INITIATIVES

Freedom 250

Investments

Working Families Tax Cuts

AI.Gov

DOGE

SUBSCRIBE TO THE WH NEWSLETTER

Your email SIGN UP

Click here or text 45470 to receive updates

DOWNLOAD THE WHITE HOUSE APP:

Available On The App Store Get It On Google Play

AVAILABLE ON

GET UPDATES STRAIGHT TO YOUR DESKTOP

Download Browser Extension Enable Desktop Notifications

# WILKINSON EXHIBIT 36

POLITICO

# Talk radio isn't a target of FCC's 'equal time' notice, Brendan Carr says

The FCC chair says he didn't see a reason to give talk radio stations — a long-time bastion of conservative voices — the same warning he's delivered to late-night and daytime TV.




FCC Chair Brendan Carr defended recent guidance aimed at late-night and daytime TV hosts. | Jose Luis Magana/AP

By **JOHN HENDEL**
01/29/2026 06:02 PM EST

FCC Chair Brendan Carr said he's not worried about enforcing political fairness from radio stations the same way he is with late-night and daytime TV.

Carr made waves last week by saying TV hosts must comply with rules requiring they give similar airtime to candidates of both parties. Lawyers have been puzzling over whether, or how, it would apply to talk radio, a traditional bastion of conservative voices. On Thursday, Carr said he didn't see any reason to similarly press radio stations — although the same underlying rules apply.

Advertisement

AD

TV broadcasters have spent years claiming an exemption from these rules in a way Carr hasn't seen in the radio world, according to the agency leader.

"If you're fake news, you're not going to qualify as the bona fide news exception," Carr said during a press conference after the agency's monthly meeting.

Asked whether similar guidance would apply to radio, Carr said it wasn't part of the agency's calculations because there wasn't the same need. "There wasn't a relevant precedent that we saw that was being misconstrued on the radio side," he said.

**Key context:** Last week's FCC guidance, which specifically addressed TV broadcasters, immediately drew criticism that Carr was trying to appease President Donald Trump, who frequently criticized hosts like Jimmy Kimmel and programs like "The View" over their liberal politics. Carr's profile on the national scene exploded last fall after he threatened broadcasters may face punishment for airing Kimmel following controversial remarks the comedian made about the killing of conservative activist Charlie Kirk. Several broadcasters subsequently pulled Kimmel's show off the air for several days.

Late-night hosts, including Kimmel and Stephen Colbert, recently used their shows to denounce the new guidance.

"Trump and his Brendan Carr-tel is coming for us again," Kimmel said in a recent monologue.

Advertisement

Carr on Thursday said many TV programs were improperly claiming to be news programs exempt from the equal time rule, a situation he said is at odds with what he believed was the intent of Congress. He complained of "potential misreading of precedents on the broadcast TV side" and said the FCC would enforce the obligations against TV broadcasters in an even-handed way.

**The bigger pattern:** While Democratic Commissioner Anna Gomez said the equal time move is "not a huge deal" on its own, she told reporters on Thursday she's worried about the holistic pressures broadcasters face from the Trump administration.

"It's part of a pattern in this administration of constantly berating the broadcasters and the networks for the content of their programs," Gomez said. "And that is what leads to the chilling effect, the cumulative effects of all of these threats, all of these discussions, always about the editorial decisions and the content of these broadcast stations."

"The FCC is now a political arm of this administration," she added.

Related Tags

**Technology** **Radio** **Talk Radio** **Late-Night Television** **Television**
**Federal Communications Commission** **Brendan Carr** **Stephen Colbert** **Jimmy Kimmel**

## Digital Future Daily

How the next wave of technology is upending the global economy and its power structures

Email
Your Email

Employer
Employer

* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Advertisement

SPONSORED CONTENT



**A Billionaire's Reading List: 5 Books Cuban Says Everyone Should Know**

Cuban reads for three hours every morning. This is the exact list he recommends and there's a faster wa...

Blinkist Magazine



**After 60, Leg Strength Comes From One Simple Daily Move**

primenutritionfindings.com



**Thursday: IRS Forgives Millions in Tax Debt Before July 31st Deadline**

As the tax relief nears, thousands of Americans are rushing to resolve their tax debts before the IRS...

Fresh Start Information

Terms of Service

Privacy Policy

© 2026 POLITICO LLC

# WILKINSON EXHIBIT 37

# Brendan Carr on X: "Broadcasters that are running hoaxes and news distortions - also known as the fake news

**x.com**/BrendanCarrFCC/status/2032855414233047172

March 14, 2026






Broadcasters that are running hoaxes and news distortions - also known as the fake news - have a chance now to correct course before their license renewals come up. The law is clear. Broadcasters must operate in the public interest, and they will lose their licenses if they do not. And frankly, changing course is in their own business interests since trust in legacy media has now fallen to an all time low of just 9% and are ratings disasters. The American people have subsidized broadcasters to the tune of billions of dollars by providing free access to the nation's airwaves. It is very important to bring trust back into media, which has earned itself the label of fake news. When a political candidate is able to win a landslide election victory after in the face of hoaxes and distortions, there is something very wrong. It means the public has lost faith and confidence in the media. And we can't allow that to happen. Time for change!



**Donald J. Trump**
@realDonaldTrump

Yet again, an intentionally misleading headline by the Fake News Media about the five tanker planes that were supposedly struck down at an Airport in Saudi Arabia, and of no further use. In actuality, the Base was hit a few days ago, but the planes were not "struck" or "destroyed." Four of the five had virtually no damage, and are already back in service. One had slightly more damage, but will be in the air shortly. None were destroyed, or close to that, as the Fake News said in headlines. The New York Times and The Wall Street Journal (in particular), and other Lowlife "Papers" and Media actually want us to lose the War. Their terrible reporting is the exact opposite of the actual facts! They are truly sick and demented people that have no idea the damage they cause the United States of America. Fortunately, as proven by our Great and Conclusive Election Win in 2024, the People of our Country understand what is happening far better than the Fake News Media! President DONALD J. TRUMP

# WILKINSON EXHIBIT 38

# FCC's Brendan Carr: Trump is 'winning' against 'fake news media'

thehill.com/homenews/media/5805710-brendan-carr-fcc-donald-trump-media-feud-cpac

Ryan Mancini March 28, 2026






Federal Communications Commission (FCC) Chair Brendan Carr on Friday said at the Conservative Political Action Conference (CPAC) that President Trump is "winning" his feud against the "fake news media."

Carr told the audience that other politicians "gave way to the legacy national media," unlike Trump, who the FCC chief said "smashed the façade."

"President Trump took on the fake news media and President Trump is winning," he continued. "Look at the results so far. PBS defunded. NPR defunded. Joy Reid, gone from MSNBC. Sleepy-Eyed Chuck Todd, gone. Jim Acosta, gone. John Dickerson, gone. [Stephen] Colbert is leaving. CBS is under new ownership, and soon enough CNN is going to have new ownership as well."

Paramount Skydance is helmed by David Ellison, the son of Trump ally and Oracle CEO Larry Ellison. The company purchased CBS News last year and tapped conservative writer Bari Weiss as editor-in-chief. The parent company also won its bid to acquire Warner Bros. Discovery, which oversees CNN, in February.

David Ellison has said the CNN's editorial strategy will serve a more politically "diverse" audience; similar remarks were made previously about CBS News.

Carr added on Friday that "we're not at the point yet — you know, waving the 'mission accomplished' flag," but repeated that the president is "winning."

In December, Carr suggested that the FCC was not independent from the administration, despite the website previously labeling it as an "independent government agency responsible for implementing and enforcing America's communications law and regulations." The word "independent" was removed after the agency's chief testified before lawmakers.

He recently threatened to crack down on broadcasters over their coverage of the U.S.-Israeli conflict with Iran. He wrote earlier this month that broadcasters could have problems renewing their licenses due to their coverage, accusing them of "running hoaxes and news distortions."

Trump's war on the news media goes back several years, first amplified during his first campaign for the presidency in 2016. The president has accused much of legacy news media as being "fake news" and has preferred conservative media with reporting favorable toward him and both of his administrations.

Following his return to the White House last year, Trump warned mainstream media outlets that they were "on notice" after ABC and Paramount Global, before it merged with Skydance, settled lawsuits with the administration.

The White House also released a "media bias" tracker on its website in November to accuse news reports of omitting context and claim that they include lies, mischaracterization, bias or malpractice. It features an "offender hall of shame" headlined by The Washington Post, MS Now, CBS News, CNN, The New York Times, Politico and the Wall Street Journal.

Add as preferred source on Google

Tags ABC settlement Bari Weiss Brendan Carr Chuck Todd CPAC Donald Trump FCC Jim Acosta John Dickerson Joy Reid Larry Ellison Paramount settlement Stephen Colbert Trump administration Trump-media feud

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

## More Media News

## See All



Media

Ingraham invites Carville to join Republicans: 'Turn to us'

by Tara Suter

5 hours ago



[Media](#)
[Ellison defends Paramount merger, argues he can 'be trusted as a steward of CNN'](#)
by [Dominick Mastrangelo](#)
6 hours ago



[Business](#)
[Buc-ee's sues another small business over logo after John Oliver segment](#)

by Avery Feldman, Kayla Farris, Trey Brown, Channing King and Addy Bink
7 hours ago



News
O'Reilly: 'The nut in Michigan will probably win'
by Mira Bhakta
7 hours ago

## Video/Hill.TV

## See all Hill.TV

## See all Video




THE HILL TV
Rising: August 4, 2026
by TheHill.com
08/04/26 11:10 AM ET




[THE HILL TV]
[Rising: July 31, 2026]
by TheHill.com
4 days ago




[THE HILL TV]
[Rising: July 30, 2026]

by TheHill.com
5 days ago

## Top Stories

## See All



Healthcare
Blanche pledges to make Dobbs decision 'permanent' in every state
by Nathaniel Weixel
2 hours ago

## FOR HILL INSIDERS




[Democrats face showdown over future in Michigan]



[The Movement: Spanish migrant crisis boosts anti-immigration message in US]




[Concern about Max Miller quietly grows among Republicans]



[As Haitians brace for end of TPS, some Republicans rejoice]

## Most Popular

1. [America's retirement nightmare has arrived]

2. Blanche pledges to make Dobbs decision 'permanent' in every state
3. Francesca Hong defends call to 'cancel Thanksgiving,' but says 'views can ...
4. San Francisco and LA: Two cities headed in opposite directions
5. Trump demands contractors make changes to his under-construction helipad: Report
6. Grisham files restraining order against Max Miller
7. Pence: Upcoming midterms 'couldn't be more important in the life of the ...
8. Buc-ee's sues another small business over logo after John Oliver segment
9. Appeals court blocks Trump from rescinding 'green bank' funds
10. Darline Graham breaks with brother on nuking filibuster
11. In the kitchen with RFK Jr. … bon appetit?
12. Rogers beats El-Sayed, loses to Stevens in Michigan Senate poll
13. DOJ moves to drop charges against more Reflecting Pool vandalism suspects
14. Trump snaps back to diplomacy, but Iran has other ideas
15. Joe Biden confessed to everything on tape
16. Rove: Republicans making same mistake that hurt Democrats in 2024
17. How often the summer sun would set before 8 p.m. under permanent standard time
18. Moreno says family in '7th level of hell' as daughter 'in constant ...

Load more

People were interested in these podcasts

Graham's death ripples across GOP agenda in Senate

Play

South Carolina Senate candidates pile in despite Trump endorsement

Musk's xAI SUES MN over 'NUDIFICATION' law (Plus: El-Sayed support IN JEORPARDY?) | RISING

Bari Weiss brings CONSERVATIVE writer to 60 Minutes (Plus: Sen. McConnell given ULTIMATUM) | RISING

Scorned senators force retreat on Blanche confirmation vote

Fetterman, Oz headline Hill Nation summit; DDHQ launches election forecast

Powered by JAMX

# WILKINSON EXHIBIT 39

TRUTH.

## Truth Details

12498 replies

**Donald J. Trump**
@realDonaldTrump

Wow, Jimmy Kimmel, who is in no way funny as attested to by his terrible Television Ratings, made a statement on his Show that is really shocking. He showed a fake video of the First Lady, Melania, and our son, Barron, like they were actually sitting in his studio, listening to him speak, which they weren't, and never would be. He then stated, "Our First Lady, Melania, is here. Look at Melania, so beautiful. Mrs. Trump, you have a glow like an expectant widow." A day later a lunatic tried entering the ballroom of the White House Correspondents Dinner, loaded up with a shotgun, handgun, and many knives. He was there for a very obvious and sinister reason. I appreciate that so many people are incensed by Kimmel's despicable call to violence, and normally would not be responsive to anything that he said but, this is something far beyond the pale. Jimmy Kimmel should be immediately fired by Disney and ABC. Thank you for your attention to this matter! President DONALD J. TRUMP

**16.8k** ReTruths **64.1k** Likes Apr 27, 2026, 1:26 PM

# WILKINSON EXHIBIT 40

archive.today
webpage capture
Saved from https://www.nytimes.com/2026/04/27/us/politics/trump-jimmy-kimmel-abc-wid search
history ←prior next→
28 Apr 2026 16:17:21 UTC
All snapshots from host www.nytimes.com
Webpage Screenshot
share download .zip report bug or abuse Buy me a coffee



# *President and First Lady Demand ABC Fire Jimmy Kimmel Over 'Widow' Joke*

The joke was recorded two days before the White House correspondents' dinner, where a gunman tried to storm the press gala.

Listen · 5:27 min



Melania Trump, the first lady, at a press briefing at the White House on Saturday night following the shooting at the White House Correspondent's Dinner. Salwan Georges for The New York Times



By Shawn McCreesh
Reporting from Washington

April 27, 2026
Leer en español

See more of our coverage in your search results.

Add The New York Times on Google ↗

President Trump and first lady Melania Trump demanded in separate social media posts on Monday that ABC pull comedian Jimmy Kimmel from its airwaves over a bit involving the White House correspondents’ dinner, delivered two days before it occurred.

Mr. Kimmel, who has a long history of sparring with the president, had imagined himself as the M.C. at the dinner. “Of course, our first lady, Melania, is here,” he said on Thursday night. Then, pretending to address her, he called her “so beautiful” and added: “Mrs. Trump, you have a glow like an expectant widow.” He made cracks about Mr. Trump’s age and health.

This was before a gunman broke past a security perimeter in the Washington Hilton while the president and first lady were inside on Saturday.

In his social media post Monday afternoon, Mr. Trump described the comedian’s joke as “really shocking” and “something far beyond the pale.” He ended his post: “Jimmy Kimmel should be immediately fired by Disney and ABC.”

The first lady had posted about Mr. Kimmel a few hours earlier.

“His monologue about my family isn’t comedy,” she wrote. “His words are corrosive and deepens the political sickness within America.” She called Mr. Kimmel “a coward” who “shouldn’t have the opportunity to enter our homes each evening to spread hate.” She said he “hides behind ABC because he knows the network will keep running cover to protect him.”

“Enough is enough,” she wrote. “It is time for ABC to take a stand.”

The White House press secretary, Karoline Leavitt, cited Mr. Kimmel’s bit at her briefing Monday afternoon, too. “This kind of rhetoric about the president, the first lady, and his supporters is completely deranged,” she said. “It’s unbelievable that the American people are consuming it night after night after night.”

Representatives for Mr. Kimmel and for ABC did not return requests for comment.

**Editors’ Picks**

**‘I Moved Away, Yet She Continued to Call on My Birthday Every Year’**

The outcry from the White House on Monday was the latest instance of a president who has himself made inflammatory remarks about matters of life and death defining what sort of speech he deems acceptable in America. He recently gloated over the death of Robert S. Mueller III — "Good, I'm glad he's dead!" — and seized on the murder of Hollywood director Rob Reiner and his wife, at the hands of their own son, to suggest that "Trump derangement syndrome" may have been responsible.

Her Life Savings Mysteriously Disappeared After a Systems Glitch

'Joe Turner's Come and Gone' Review: August Wilson's Spiritual Masterpiece

The controversy over a joke told about a dinner meant to honor the first amendment is sure to revive a fight over censorship between Mr. Trump and Mr. Kimmel that erupted last fall. In September, ABC pulled Mr. Kimmel's late night show from the air temporarily after a conservative uproar over the way he described the politics of the man accused of shooting the right-wing activist Charlie Kirk.

The network did not initially explain its decision, but it came after political pressure by the Trump administration. At the time, Mr. Trump called the decision "Great News for America" and later said networks whose hosts are critical of him should lose their right to broadcast.

Mr. Kimmel was back on the air before long, and has since taken up his role as Trump family bête noire with gusto.

In his appearance on Thursday, Mr. Kimmel also did an impression that imagined Jeffrey Epstein introducing Melania Trump to her future husband. That line in particular was likely to incense the first lady; earlier this month, she shocked the White House by calling a surprise press appearance to hit back at rumors that Epstein, the dead financier, had been the one to introduce her to Mr. Trump. The president later said his wife found it "very insulting" that such a story was being spread.

But it was Mr. Kimmel's "widow" reference that the president and his press secretary cited on Monday.

In the wake of Saturday's shooting, Mr. Trump said the whole ordeal at the Washington Hilton had been "a rather traumatic experience" for his wife. She dove under a table, and looked stricken as she stood in the White House press briefing room alongside top members of the government during the president's late-night press conference.

On Sunday, the president appeared on 60 Minutes and talked about what it was like when he and his wife "dropped to the floor."

"Well, my thought was, 'You know, I've been through this before a couple of times,' and she has not, to this extent," he said. "She got it.

She knew what was happening. She listened."

**Shawn McCreesh** is a White House reporter for The Times covering the Trump administration.

A version of this article appears in print on April 28, 2026, Section A, Page 13 of the New York edition with the headline: Trumps Demand Kimmel Be Fired for 'Widow' Joke. Order Reprints | Today's Paper | Subscribe

See more on: U.S. Politics, Jimmy Kimmel, Donald Trump, Melania Trump

**More in Politics**



Supreme Court Wrangles With Police Use of Cell Location Data to Find Suspects




What's Next in the Nationwide Redistricting Fight




Trump Fires Board Members of Group That Oversees U.S. Science Funding




Supreme Court Appears Divided Over Roundup Weedkiller Case

**Trending in The Times**

- Longevity Science Is Overhyped. But This Research Really Could Change Humanity.
- Sergey Brin Moves to the Right, With a 'MAGA Girlfriend' by His Side
- Opinion: It's the Age of Electricity and America Isn't Ready
- Opinion: The Prepper Delusion
- Opinion: Trump's Shockingly Unqualified U.S. Attorney Picks
- House Republican Makes His First Statement About Mysterious Absence
- Opinion: By Week's End, Trump's War Will Be Plainly Illegal
- The Best Books of the Year (So Far)
- Opinion: Your Passwords Are Probably Screwed
- 8 Memorable Moments From Past British Royal Visits to the U.S.

**Editors' Picks**

# WILKINSON EXHIBIT 41

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| The Walt Disney Company, | ) | |
| | ) | |
| American Broadcasting Company, | ) | |
| | ) | |
| KFSN Television, LLC,<br>Licensee of KFSN-TV,<br>Fresno, California | ) | Facility ID No. 8620 |
| | ) | |
| KABC Television, LLC,<br>Licensee of KABC-TV,<br>Los Angeles, California | ) | Facility ID No. 282 |
| | ) | |
| KGO Television, Inc.,<br>Licensee of KGO-TV,<br>San Francisco, California | ) | Facility ID No. 34470 |
| | ) | |
| WLS Television, Inc.,<br>Licensee of WLS-TV,<br>Chicago, Illinois | ) | Facility ID No. 73226 |
| | ) | |
| WABC Television (New York), LLC,<br>Licensee of WABC-TV,<br>New York, New York | ) | Facility ID No. 1328 |
| | ) | |
| WTVD Television, LLC,<br>Licensee of WTVD,<br>Durham, North Carolina | ) | Facility ID No. 8617 |
| | ) | |
| WPVI Television (Philadelphia), LLC,<br>Licensee of WPVI-TV,<br>Philadelphia, Pennsylvania | ) | Facility ID No. 8616 |
| | ) | |
| KTRK Television, Inc.,<br>Licensee of KTRK-TV<br>Houston, Texas | ) | Facility ID No. 35675 |

# ORDER

**Adopted: April 28, 2026** **Released: April 28, 2026**

By the Chief, Video Division, Media Bureau:

1. The FCC has been investigating The Walt Disney Company, its American Broadcasting Company, and its subsidiaries (collectively, "Disney's ABC") for compliance with its obligations as a licensed broadcaster. Specifically, the FCC has been investigating Disney's ABC stations for possible violations of the Communications Act of 1934 and the FCC's rules, including the agency's prohibition on unlawful discrimination. While Disney's ABC has purported to respond to two FCC Letters of Inquiry

(LOIs) as part of this investigation, the FCC has determined that additional actions are appropriate at this time.

2. Specifically, FCC rules provide that whenever the FCC regards an application for a renewal of a license as essential to the proper conduct of an investigation, the FCC has the authority to call the broadcaster's licenses in for early renewal.[1] Doing so both allows the FCC to conduct its ongoing investigation and enables the FCC to ensure that the broadcaster has been meeting its public interest obligations more broadly.

3. The FCC determines that calling in Disney's ABC licenses for early renewal, at this time, under the Communications Act's public interest standard[2] is essential within the meaning of agency regulations. Therefore, Disney's ABC is hereby directed to file license renewals for all of their licensed TV stations within 30 days--in other words, by May 28, 2026.

FEDERAL COMMUNICATIONS COMMISSION

David J. Brown
Chief, Video Division
Media Bureau

[1] *See* 47 CFR § 73.3539.

[2] 47 U.S.C. § 307.

# WILKINSON EXHIBIT 42

TRUTH.

← Truth Details
2016 replies

Donald J. Trump
@realDonaldTrump

When is ABC Fake News Network firing seriously unfunny Jimmy Kimmel, who incompetently presides over one of the Lowest Rated shows on Television? People are angry. It better be soon!!! President DJT

**5.5k** ReTruths **23.2k** Likes Apr 30, 2026, 9:25 AM

New to Truth?
Join Truth Social to get the full story and details.

Create Account

Sign In

**Get Truth+**
30+ premium networks, on-demand content, 24/7 streaming.

7-day free trial

**Live**

**Get Real**
Real America's Voice

**David Harris Jr. The Pulse**
Newsmax 2

**Police 24/7 S2:E6 – Run n...**
Reelz TV

Help Center • Legal •
Cookie Preferences •
Do Not Sell or Share My Personal Information

Proudly made in the United States of America. us

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account Sign In

# WILKINSON EXHIBIT 43

Federal Communications Commission
Washington, DC 20554

**OFFICE OF
COMMISSIONER GOMEZ**

May 11, 2026

Mr. Josh D'Amaro
Chief Executive Officer
The Walt Disney Company

**RE: This Administration's Campaign of Censorship and Control Against Disney and ABC**

Dear Mr. D'Amaro,

I am writing because The Walt Disney Company has once again been made a target by this FCC, and the record of its actions against your company demands a clear accounting.

What Disney and ABC are facing is not a series of coincidental regulatory actions but a sustained, coordinated campaign of censorship and control, carried out through the weaponization of the FCC's authority as a federal regulator and aimed at pressuring a free and independent press and all media into submission.

You are not the first target of this campaign, and you will not be the last. But Disney's experience is, by now, the most documented, and it is worth laying it out plainly.

This Administration's campaign against Disney and ABC began in earnest when ABC agreed to pay $15 million to settle a baseless defamation lawsuit brought by the incoming President of the United States. Whatever the legal calculations behind that decision, its effect was immediate and unmistakable. It told this Administration that pressure works. It told every other company watching that capitulation was an option. And it opened the door to every action that has followed.

That settlement did not buy you peace. It only bought you time. Disney's experience since then has made one thing undeniable for any company facing the same pressure. You cannot buy this Administration's favor. For the right price, you can only borrow it. And the price always goes up.

Since that settlement, the FCC has pursued your company on multiple fronts, none of which reflect legitimate regulatory enforcement.

In late 2024, a politically motivated outside organization filed a complaint with the FCC alleging that ABC violated the FCC's news distortion policy in its coverage of the presidential campaign, specifically the presidential debate ABC journalists moderated. Agency staff reviewed that complaint and dismissed it in January 2025, finding it contrary to the First Amendment and that it failed to even assert a set of facts that, if true, would violate FCC rules.[1] This FCC revived it anyway, for reasons that have nothing to do with the merits and everything to do with politics. It is

[1] *See, Preserving the First Amendment, GN Docket No. 25-11*, released January 16, 2025. (https://docs.fcc.gov/public/attachments/DOC-408880A1.pdf)

unclear to what degree this FCC has even seriously pursued that complaint, and I suspect there will be no end in sight for that investigation because the process is the punishment and keeping it open serves that goal.

Then, in March 2025, the FCC opened an investigation into Disney and ABC's diversity, equity, and inclusion programs, directing the Enforcement Bureau to demand a full accounting of your company's diversity policies and practices. The FCC's broadcaster equal employment opportunity (EEO) rule is limited to requiring broadcasters to conduct broad, inclusive recruitment outreach.[2] This narrowly tailored rule resulted from significant and hard fought litigation over years that addressed both the scope of the Commission's authority and the substantial intrinsic dangers that arise from the Commission using its licensing authority to enforce its views of the "correct" racial or gender balance in employment practices, dangers this FCC's current course of action exemplifies precisely. As the D.C. Circuit stated when vacating the FCC's prior EEO rule as unconstitutional, "the FCC is not the Equal Employment Opportunity Commission . . . and a license renewal proceeding is not a Title VII suit" because the agency's authority is limited by its statutory remit.[3] And in its subsequent decision vacating the Commission's revision of its EEO rule, the court went further and described the inherent coercive danger of investigations on alleged discrimination by licensing agencies such as the FCC.[4]

The FCC's attempt to usurp control over internal corporate decision-making through its limited authority requires reaching for legal power that the statute, agency rules, and the applicable case law simply do not provide. Courts have repeatedly and decisively determined that actions such as the FCC's current investigation are unconstitutional. Despite the extraordinary overreach this investigation represents, it is my understanding that Disney has engaged with the agency in good faith and timely responded to the Commission's Letter of Inquiry and Supplemental Letter of Inquiry by producing over 11,000 pages of responsive documents to date.[5]

Last year, this Administration tasked the FCC to escalate its campaign against ABC by targeting Jimmy Kimmel. The goal was clear: use regulatory pressure to force his removal from the air and send a message to every other broadcaster about the cost of critical coverage. Under that pressure, Disney pulled Kimmel off the air. But the public outcry from local communities across the country and democracy watchers around the world was immediate, broad, and impossible to ignore. Viewers and community voices from across the political spectrum and every corner of our great nation, including small towns, large cities and everything in between, made themselves heard, and that pressure forced Disney's hand to have Kimmel reinstated.

What that moment revealed is something with which this Administration has never fully reckoned. When the government tries to dictate what people can watch and who is allowed to speak, the

---

[2] 47 C.F.R. § 73.2080.

[3] *Lutheran Church-Missouri Synod v. FCC*, 141 F.3d, 344, 354 (D.C. Cir. 1998) (citing *Bilingual Bicultural Coalition on Mass Media, Inc. v. FCC,* 595 F.2d 621, 628 (D.C. Cir. 1978)) ("The only possible statutory justification for the Commission to regulate workplace discrimination would be its obligation to safeguard 'the public interest,' and the Supreme Court has held that an agency may pass antidiscrimination measures under its public interest authority only insofar as discrimination relates to the agency's specific statutory charge."). *See also*, *Title VII of the Civil Rights Act of 1964*, 42 U.S.C. §§ 2000e–2000e-1.

[4] *MD/DC/DE Broadcasters Ass'n v. FCC,* 236 F.3d 13, 19 (D.C. Cir. 2001) (Investigation by the licensing authority is a powerful threat, almost guaranteed to induce the desired conduct. [*See Chamber of Commerce v. Department of Labor*, 174 F.3d 206, 210 (D.C. Cir. 1999)] (noting that agency "is intentionally using the leverage it has by virtue solely of its power to inspect. The Directive is therefore the practical equivalent of a rule that obliges an employer to comply or suffer the consequences; the voluntary form of the rule is but a veil for the threat it obscures")).

[5] *See, KTRK Television, Inc. and American Broadcasting Companies, Inc, Petition for Declaratory Ruling Under Section 315(a) of the Communications Act of 1934, as Amended*, at page 4, fn. 17, filed May 7, 2026 (*KTRK Petition*). (https://www.fcc.gov/ecfs/document/10507899614175/1)

American public will fiercely defend their First Amendment rights, the most fundamental freedom we have in this country.

Earlier this year, the FCC opened yet another investigation into ABC, this time targeting *The View* over an alleged equal opportunities violation stemming from an appearance by a political candidate. To facilitate these investigations, this FCC's Media Bureau issued new interpretive guidance on the equal opportunities rule that upended decades of settled agency precedent, rewriting the rules of the road specifically to create new exposure for broadcasters it wanted to target.[6] The pattern by now is familiar: a complaint is filed, an investigation is opened with maximum visibility, and the process itself becomes the pressure.

This Commission has repeated that same pattern across multiple companies it regulates. These investigations are often announced with much fanfare, pursued selectively against perceived critics of this Administration, and most are destined never to be brought to any enforcement conclusion that could face judicial review. That is because the threat is the point. As sitting Supreme Court Justice Neil Gorsuch recently reminded us by invoking Justice Thurgood Marshall: "The value of a sword of Damocles is that it hangs, not that it drops."[7]

And the double standard could not be more glaring. This FCC has trained its enforcement apparatus on ABC while staying conspicuously silent about other broadcasters operating under the exact same rules, in the same markets, that aired interviews with political candidates without filing notices and received no inquiry, no letter, and no investigation whatsoever.[8] Meanwhile, in what appears to be a form of entrapment, the Commission selectively pressured ABC affiliates in Texas to file late equal opportunities notices while offering them amnesty for doing so, then used the resulting inconsistency *that the Commission helped create* as evidence against your station, which received no such offer.[9] If true, that is a government agency abusing its authority to punish speech it dislikes while protecting speech it favors.

In what is now the most egregious assault on the First Amendment this FCC has taken to date, the agency has directed Disney's eight ABC-owned local television stations to file for early license renewal, a mechanism that has not been invoked in more than half a century. Some of these licenses

---

[6] *See, FCC's Media Bureau Provides Guidance on Political Equal Opportunities Requirement for Broadcast Television Stations*, DA 26-68 (January 16, 2026) (*Media Bureau PN*).
[7] *First Choice Women's Res. Ctrs., Inc. v. Davenport*, 598 U.S. _ (April 26, 2026), No. 24-781.
[8] *See, KTRK Petition* at pp. 37-38.
[9] The facts as described by Disney, if true, are disturbing. In 2002 the FCC's Media Bureau issued a declaratory ruling that *The View* is a *bona fide* news interview program exempt from the equal opportunities provision. *See, KTRK Petition* at pp. 27-28. This January the FCC's Media Bureau issued a Public Notice creating confusion over longstanding guidance on how the *bona fide* news exemption from the Commission's equal opportunities rule should be applied and included an invitation for shows to file petitions to obtain clarity. *See Media Bureau PN* at p 4. The Commission appears to have followed this up with actions that helped create the facts on which it relied as a basis for its investigation of KTRK Television (KTRK), the Disney owned and operated ABC broadcast station in Houston Texas. Specifically, it is alleged that on February 11, 2026, following James Talerico's February 2, 2026, appearance on *The View*, the FCC sent a Letter of Inquiry to KTRK asking whether it took the position that *The View* qualified as a *bona fide* news interview program and had placed a record of James Talerico's appearance in its political file. *See, KTRK Petition* at pp. 2-4. KTRK timely responded that *The View* qualifies as a *bona fide* news interview program and it had not placed such a record in its political file. *Id.* The Commission then issued a Supplemental Letter of Inquiry (SLOI) on March 26, 2026, based, at least in part, on the assertion that KTRK's position was contradicted by the positions taken by 19 of ABC's affiliated stations in Texas, as they all had placed such records in their political files. *Id.* The SLOI allegedly failed to note, however, that those filings were made more than two weeks after the appearance at issue and in response to the FCC's direction that making such filings would protect them from an enforcement action. *Id. See also,* FCC public inspection files (https://publicfiles.fcc.gov/ ) to view publicly filed records of James Talerico's February 2, 2026 appearance on *The View* by ABC Texas affiliates (e.g., WFAA (Dallas–Fort Worth) filed 2/20/2026; KTXS-TV (Abilene/Sweetwater) filed 2/20/2026 and KVII-TV (Amarillo) filed 2/20/2026).

were not set to come up for renewal for nearly five years. Using the licenses of individual local stations as leverage against a parent company is an extraordinary and dangerous misapplication of this agency's authority. The FCC licenses local broadcast stations, not national networks, and every action taken against these stations is, in truth, an action taken against local communities and against press freedom.

Ultimately, this effort to punish and intimidate your company will not succeed. The FCC's internal process will be lengthy, and should it produce an outcome unfavorable to your stations, Disney will have every right to challenge that outcome in federal court, a process that could take years. Throughout all of it, Disney's stations keep their licenses.

Disney has been here before. When the state of Florida came after the company with the full weight of its government, Disney fought back and won. The same resolve that carried that fight can carry you in this one. The First Amendment does not belong to this Administration to grant or withhold. It belongs to the public, to the press, and to every broadcaster willing to defend it.

Your stations serve real communities, and the audiences who depend on ABC extend far beyond those eight licenses. Your journalists do work that matters to millions of Americans across the country, and the viewers who rose up to defend Jimmy Kimmel are the same viewers who will stand up again if this FCC follows through with its threat. I am encouraged to see that Disney is choosing courage over capitulation. The fight ahead may not be easy, but the law, the facts, and the public are on your side. This is a fight worth having, and one that I am confident you will win.

I am committed to using every tool available to me as a Commissioner to shine a light on what this FCC is doing to curtail press freedom and to hold this process to account at every step.

Sincerely,

Anna M. Gomez
Commissioner
Federal Communications Commission

# WILKINSON EXHIBIT 44

# ‘The US needed a shock to the system’: Brendan Carr, media watchdog

FT archive.is/20260519190345/https://www.ft.com/content/d62d3361-a337-4e2c-ab6b-afb791ba566f

May 15, 2026

“Reunited and it feels so good,” Brendan Carr sings after I mention that he and Donald Trump often repost each other online. As I ask whether he is deliberately cultivating a Maga-friendly persona to please the president, the chair of the Federal Communications Commission abruptly dabs, throwing his arms diagonally upward and grinning.

The old internet-meme gesture looks oddly boyish coming from the 47-year-old man currently leading the Trump administration’s ideological combat with the press.

Carr — balding, bespectacled, silver beard trimmed neatly — looks less like someone who might spend his day trading memes online than a careful lawyer. In fact, he runs the government agency that regulates America’s public airwaves.

I’m trying my best for a serious conversation. I’m here to learn how a previously obscure telecoms lawyer became one of the central figures of Trump’s presidency and, according to critics, the administration’s agenda to curb free speech and intimidate the press. But Drake is playing in the background of the King Street Oyster Bar and, as the track reaches a crescendo, I’m met with the dab.

Over lunch I’ll discover Carr has different tactics for dodging uncomfortable questions. Sometimes he simply does not answer them, instead responding to a different question he prefers you had asked. At other times he retreats into dense legalistic rhetoric. Most often, he’ll laugh a little too loudly to be natural and make a joke.

We’re sitting in a somewhat random seafood chain a few blocks from the FCC headquarters in a neighbourhood of Washington defined by half-finished redevelopments and murals. Outside, men lean against parked cars listening to Nicki Minaj on a stereo while the Capitol dome glows faintly in the distance.

> It’s probably been 50, 60 years or longer since the FCC has used [these tools]. If you didn’t take us seriously, now you should

A friendly host, her face covered in tattoos, welcomes me simply: “High top or low top?” Decorative anchors hang on faux-distressed brick walls beside a slogan announcing “The world is your oyster”, giving the restaurant the air of a university dorm room furnished by Target. Carr is a regular here.

Dabbing done, Carr entertains my question more seriously. “This country needed a real disrupter and shock to the system,” he says of Trump’s rise.

"I get this question a lot, sort of like the origin story of someone evil. Like, 'where did things go so wrong in your life?'" he says, laughing loudly. "It brings to mind . . . you know the scene from *Gladiator*, 'Are you not entertained?'"

For most of its history, the FCC was one of Washington's quieter agencies: a wonkish regulator dealing with the invisible plumbing of American communications: spectrum allocation, satellite licensing, broadband coverage and the occasional indecency complaint, such as those following Janet Jackson's Super Bowl wardrobe malfunction.

But in Trump's second term, Carr has become his chief antagonist of the press. Carr insists he is simply reviving public-interest obligations that regulators abandoned decades ago. Critics see something more ominous: the use of broadcast licences, merger approvals and regulatory pressure to chill the press, dragging the US towards authoritarianism.

In March, Carr warned broadcasters airing "hoaxes" and "fake news" to "correct course before their licence renewals come up". Last month, he moved against Disney. Carr's tactics have rattled not only liberals but conservatives who accuse him of state censorship and interference with freedom of speech. Senator Ted Cruz has slammed Carr's tactics, arguing that the FCC should not "operate as the speech police".

In person, Carr appears more bureaucrat than brawler. It's unsettling to hear some of the most radical theories of US media regulation in half a century — some say in the country's history — delivered in such calm, lawyerly tones.

Carr calls Trump "the political colossus of our time . . . There'll never be another one like it." At times, he speaks about the president with something close to awe and describes flying on Air Force One and playing golf with him at Trump International near Mar-a-Lago — under the watch of Secret Service drones and snipers — as major "life experiences".

Asked who is the better golfer, Carr laughs. "Trump. Unequivocally."

Surely that is at least partly diplomatic?

"No, I wish," he says. "The guy is legit good at golf."

The FCC, in Carr's view, had become too passive over the past three decades. He is trying to make it more "aggressive".

The server interrupts to take our order. Carr requests his usual: the Monterey chicken salad — "A little healthy, a little not healthy," he says approvingly — along with the "bleu cheese" chips "just to have fun". I order a vegan burger and spinach-artichoke dip to start. Carr declines a cocktail. "I don't do alcohol," he says. "Only Diet Coke."

The week before our lunch, Carr escalated his confrontation with Disney. The FCC ordered an early review of all the company's broadcast television licences over alleged "unlawful discrimination" — a highly unusual intervention that some regulatory lawyers say has no modern precedent.

Carr readily acknowledges how rare the move is. "It's probably been 50, 60 years or longer since the FCC has used this tool," he says. Then, sounding almost pleased by the shock it caused, he adds: "If you didn't take us seriously, now you should."

> Now it is just New York and Hollywood foie gras getting shoved down through the local broadcasters into local communities whether they like it or not

The order landed one day after Trump publicly called for Disney to fire Jimmy Kimmel over a joke about first lady Melania Trump. Carr insists the timing was coincidental, and says the investigation into Disney began long before the Kimmel dispute. Critics remain sceptical. Surely he knew what the reaction was going to be?

"Right," Carr says with a loud laugh.

"We have to make the decisions based on where we are in the enforcement [and] investigative matter, and to some extent, ignore how that's going to play in the court of public opinion."

Did Carr speak with Trump before deciding to review Disney's broadcast licences? "Well I don't, you know, get into conversations that I have or don't have with the president," he says. I try again. He refuses to answer directly, repeating only: "This was a decision that we made inside the building."

His salad arrives: grilled chicken, bacon, shredded cheese, tortilla strips. It's the sort of lunch a busy Washington lawyer would eat between meetings — which, in another political era, is exactly what Carr might have remained.

**As we sip Diet Cokes** through plastic straws, Carr makes his counterpitch: he is not "Darth Vader", the man helping Donald Trump censor the US media and, by extension, weaken press freedoms worldwide, as some allege.

In Carr's telling, he is trying to save local journalism. For decades, he explains, local broadcasters acted as intermediaries between communities and national media companies. "Now it is just New York and Hollywood foie gras getting shoved down through the local broadcasters into local communities whether they like it or not," he says.

## Menu

**King Street Oyster Bar**22 M Street NE, Washington, DC 20002

Bleu cheese chips $12Spinach and artichoke dip $14Monterey chicken salad $17Vegan smokehouse burger $16Diet Coke x2 plus refill $10**Total** including tax and tip $93.15

Local newspapers are becoming "the ghost of Christmas past". If local broadcast television disappears too, there will be little left to hold regional power accountable. "I want to be able to tell my grandkids," he says, "that I did everything I could to make sure that local news and local reporting and local broadcast TV survived."

The son of a Washington lawyer who once represented Richard Nixon after Watergate, Carr joined the FCC in 2012 expecting it to be temporary. He never left.

Perhaps nobody is more aware of Brendan Carr's public persona than Carr himself. He says he spends "way too much" time on social media. I arrive with printouts of his most inflammatory comments to avoid misquoting him, only to find him anticipating where I am

going before I finish reading them aloud — reciting his own controversies almost like greatest hits.

There is his comment that the FCC is “not an independent agency, formally speaking”, a remark that startled lawmakers last year because FCC chairs have historically insisted the agency operates independently from White House pressure. Carr beats me to the quote from memory before I can finish reading it.

Then there is Jimmy Kimmel. Last year, Carr warned broadcasters carrying Kimmel’s show: “We can do this the easy way or the hard way.” The comment — made on Benny Johnson’s podcast — detonated into a political firestorm. Disney briefly suspended Kimmel before reinstating him days later. Ted Cruz accused Carr of acting like a mob boss. Meryl Streep and Robert De Niro signed an open letter accusing Carr of using government threats to silence critics.

Does he regret saying it now?

Carr grins. “I tell people, you know, it’s hard to see but I have a ‘no regrets’ tattoo,” he says, pointing towards the base of his neck.

Maybe the Kimmel remark “lost some nuance”, he says, but fundamentally “something has to change in the broadcast sector”.

“I keep moving forward,” he says, waffling. “You start a sentence, you’re thinking this, you end the sentence, you’re thinking this.”

Cruz turns out to be one of the few topics Carr simply refuses to engage on directly. The Texas senator said the Kimmel comment was “dangerous as hell”. Do you think he was wrong, I ask.

“Well, I think Democrats really misconstrued and misinterpreted —”

“No, I know,” Carr replies quickly. “But I think the Democrats did.”

The server appears beside the table to ask whether everything is all right. I instinctively smile and say yes.

Carr carries on. Cruz, he says, is “phenomenal”. They agree on “virtually every single thing”.

By now Carr is on his second Diet Coke, his salad half-eaten, while my burger sits cooling. I move to the questions that go well beyond ordinary lunch civilities.

In one of Carr and Trump’s most notable recent social media exchanges, Trump erupted online over press coverage of the US conflict with Iran. The president accused The New York Times and The Wall Street Journal of wanting America to “lose the War” and called parts of the media “sick and demented people”. Carr reposted the message, adding a threat to remove licences from broadcasters airing “fake news”.

> I think everything I post is appropriate. I think everything the president posts is appropriate

Is that appropriate language for a federal regulator to amplify online, I ask.

"Not all the press," Carr shoots back, laughing loudly and clapping across the table. "Just the fake news!"

Would he walk up to a New York Times reporter and call them "sick and demented"?

"If they are sick and demented," he replies evenly, pushing around his half-eaten salad, "I would call them sick and demented, yeah."

He insists this is less alarming than it sounds. "It's on social media, right?" he says. "You gotta boil down and condense. It's gonna be much more black-and-white terms. It's gonna be much more sensational terms." People online, he adds, are often "much more reasonable and nuanced" in person.

Still, he sees nothing improper in the rhetoric. "I think everything I post is appropriate," he says. "I think everything the president posts is appropriate."

That settled, I ask a question increasingly common among overseas readers trying to make sense of Trump's America: whether the country is drifting towards something more authoritarian.

Carr bursts out laughing, cutting through the still-empty oyster bar.

When I raise comparisons between Trump's media strategy and Viktor Orbán's consolidation of Hungary's press, he rejects them outright. If anything, he argues, the real "weaponisation" of government happened under Joe Biden. Carr launches into a list of grievances involving Fox News, conservative broadcasters and George Soros.

"What we're doing now is an even-handed way of applying the law and the facts," he says.

I point to comments he made in March, celebrating media ownership changes under Trump allies. "CBS is under new ownership. And soon enough CNN is going to have new ownership as well . . . President Trump is winning," Carr said then, referencing the companies being sold to David Ellison, whose family Trump has called "friends of mine".

Now, Carr says he was misunderstood. Trump is not secretly orchestrating changes in media ownership from behind the scenes, he says. Rather, he argues, Trump's attacks on the press worked — not through state control, but by weakening the cultural authority legacy media once held. "I say it all flows from Trump. But in my view it flows from him deciding that you can run at these legacy national news media. And then what they do at that point does get dictated by market forces."

At one point, Carr tells me he saw an AI-generated image depicting him as Trump's "media pit bull" — unleashed and snarling. He liked it enough to turn it into a coffee mug he keeps in his office.

**As we linger past the restaurant's** heavily signposted 90-minute table limit, Carr's eyes drift towards his phone, which is lighting up with messages.

"It's your boy Tater," he says, smiling broadly.

"Your boy Tater," he repeats. The joke still isn't landing.

"Tater" is a derisive nickname some conservatives use online for the CNN media reporter.

As we're talking, Disney fires back at the FCC with a legal filing accusing the agency of violating ABC's First Amendment rights over a challenge regarding *The View* talk show. Journalists including Stelter are texting Carr for comment.

He isn't going to say much, he tells me. He needs to process it first, and he needs to be careful.

"I actually really like him," Carr says of Stelter.

"I wouldn't say that to his face," Carr replies, dissolving into another laugh. "But he might be."

One of the stranger aspects of lunch with Carr is that he is perfectly pleasant company. He is polite and personable, even while he's disagreeing with you, calling people names or saying you might be sick and demented.

I decide to end on some easier questions and take a bite of the burger.

Carr describes his own media diet as a mixture of social media clips, podcasts and "talking on the phone" with work associates. His favourite podcasts include the conservative show *Ruthless*, the business-and-tech programme *All-In* and various history programmes about explorers.

He can be oddly evasive on even the most benign subjects. Asked what television shows he watches, he drifts into something closer to a meditation on productivity.

"People ask like, what's your favourite colour? What's your favourite this? Who is your best friend?" he says. "I come to the office, I lock in . . . The portion of your brain for favourite colours, I've used that for other things."

Carr says he has "no idea" what he will do after this job. He cannot imagine returning to a law firm.

I suggest Fox News would probably hire him.

"Well," he says. "Something tells me Disney won't."

So what does he want his legacy to be? "I'm sure The New York Times has already written my obituary," he replies. "And there's not a lot that I can do to improve upon it or make it worse at this point in time."

Then, briefly, the jokes drop away.

"We tried to do a large number of things. We tried to be bold in the decisions that we made," he says. "And then other people make their decision about what was right and wrong."

"I got my time, I got my shot, I took my shot."

After paying the bill, I walk the few blocks to the FCC headquarters to look at it properly. A broad slab of reflective glass and grey steel, it is the sort of anonymous office building most Washingtonians pass without noticing. Until recently, the agency itself inspired roughly the same level of attention. I imagine the long grey hallways inside, where in a big office a man sits, tweeting, drinking from a pit bull mug.

*Anna Nicolaou is the FT's US media editor*

*Find out about our latest stories first — follow FT Weekend on Instagram, Bluesky and X, and sign up to receive the FT Weekend newsletter every Saturday morning*

# WILKINSON EXHIBIT 45

# PUBLIC NOTICE

**Federal Communications Commission**
**45 L Street NE**
**Washington, DC 20554**

News Media Information 202-418-0500
Internet: www.fcc.gov

**DA 26-541**
**Released: May 29, 2026**

## FCC'S MEDIA BUREAU ESTABLISHES PLEADING CYCLE AND EX PARTE PROCEDURES FOR THE EARLY RENEWAL APPLICATIONS OF THE WALT DISNEY COMPANY'S ABC LICENSES

**MB Docket No. 26-131**

**Petition to Deny Date: June 29, 2026**
**Opposition Date: July 29, 2026**
**Reply Date: August 5, 2026**

On April 28, 2026, the Video Division of the Media Bureau issued an Order directing The Walt Disney Company, its American Broadcasting Company, and its subsidiaries (collectively, Disney's ABC) to file license renewals for all of their licensed TV stations (ABC Stations).[1] On May 28, 2026, Disney's ABC filed renewal applications for its eight television licenses (ABC Stations).[2] By this Public Notice, we accept Disney's renewal applications for filing and announce procedures related to their consideration.[3]

The FCC licenses that the agency grants to broadcast TV stations like Disney's ABC authorize them to operate for 8 years.[4] Generally speaking, upon expiration of their 8-year license term, broadcast TV stations are allowed to continue operating while the FCC determines whether or not to renew their license for another term of years.[5] While none of Disney's ABC licenses would ordinarily be due for renewal until 2028, at the earliest,[6] the FCC is permitted under section 73.3539 of its rules to call for the early renewal of licenses when the agency determines that doing so is essential to the proper conduct of an investigation.[7] As stated in the *Early Renewal Order*, "the FCC has been investigating Disney's ABC stations for possible violations of the Communications Act of 1934 and the FCC's rules, including the agency's prohibition on unlawful discrimination."[8] Specifically, the FCC has been investigating whether Disney's ABC engaged in prohibited practices by hiring, promoting, compensating, and/or providing

---

[1] *The Walt Disney Company et al.*, Order, DA 26-416 (MB Apr. 28, 2026) (*Early Renewal Order*).

[2] A list of the applications is included in the Appendix.

[3] The license renewal applications referred to in this Public Notice have been accepted for filing upon initial review. The Commission reserves the right to return any application if, upon further examination, it is determined to be defective and not in conformance with the Commission's rules or policies.

[4] 47 U.S.C. § 307(c)(1).

[5] 47 U.S.C. § 307(c)(3).

[6] The Commission staggers license expiration dates based on the state where the station is licensed. 47 CFR § 73.1020 (Station license period).

[7] 47 CFR § 73.3539.

[8] *Early Renewal Order* at para. 1.

workplace opportunities to people based on race, gender, or other protected characteristics in violation of federal nondiscrimination laws. In the course of conducting that investigation, the FCC determined that calling in Disney's ABC licenses for early renewal was necessary to the proper conduct of that ongoing investigation.[9] Calling the licenses in now for early renewal also provides the FCC the opportunity to determine whether the ABC Stations have been operating in the public interest, as required by their FCC licenses.[10] As trustees of the nation's airwaves,[11] broadcasters must operate in the public interest and, among other requirements, must maintain the character to hold a broadcast license.[12]

*Standard of Review*. Pursuant to section 309(k)(1) of the Act, the Commission shall grant an application for license renewal if it finds, "with respect to that station, during the preceding license term of its license,"[13] the following:

> (A) the station has served the public interest, convenience, and necessity;
>
> (B) there have been no serious violations by the licensee of the Communications Act or the rules and regulations of the Commission; and
>
> (C) there have been no other violations by the licensee of the Communications Act or the rules and regulations of the Commission which, taken together, would constitute a pattern of abuse.[14]

If a broadcaster fails to meet these requirements, the FCC may move to either deny the application after notice and opportunity for hearing or grant it "on terms and conditions as are appropriate, a term less than the maximum otherwise permitted."[15]

If, after notice and the opportunity for hearing, the FCC determines that a licensee has failed to meet the standard for renewal under section 309(k)(1) of the Act and that no mitigating factors justify the imposition of lesser sanctions, the FCC will issue an order denying a license renewal application and make the former licensee's channel available to other interested parties.[16] If the FCC determines, after a hearing, that a licensee has met the standard for renewal, the FCC will issue an order renewing the license.

---

[9] *Id.* at 2.

[10] *See, e.g.*, 47 U.S.C. §§ 303, 307(a), & 309(a); *FCC v. National Citizens Committee for Broadcasting*, 436 U.S. 775, 795 (1978) (stating that "the physical scarcity of broadcast frequencies, as well as problems of interference between broadcast signals, led Congress to delegate broad authority to the Commission to allocate broadcast licenses in the 'public interest'"); *FCC Reminds Broadcasters of Their Public Interest Obligations*, Public Notice, DA 26-520 (MB May 28, 2026).

[11] *See Office of Communication of United Church of Christ v. FCC*, 707 F.2d 1413, 1427 (D.C. Cir. 1983) ("The clear intent of the Act was that the award of a broadcasting license should be a 'public trust.'").

[12] 47 U.S.C. § 308(b) (referencing character in the context of "[a]ll applications for station licenses, or modifications, or renewals thereof"); *Policy Regarding Character Qualifications In Broadcast Licensing Amendment of Rules of Broadcast Practice and Procedure Relating to Written Responses to Commission Inquiries and Making of Misrepresentations to the Commission by Permittees and Licensees*, Report, Order, and Policy Statement, 102 F.C.C.2d 1179 (*1986 Character Policy Statement*), recon. dismissed/denied¸1 FCC Rcd 421 (1986); *Policy Regarding Character Qualifications in Broadcast Licensing*, Policy Statement and Order, 5 FCC Rcd 3252 (1990) (*1990 Character Policy Statement*), modified, Memorandum Opinion and Order, 6 FCC Rcd 3448 (1991), further modified, Memorandum Opinion and Order, 7 FCC Rcd 6564 (1992).

[13] 47 USC § 309(k)(1).

[14] *Id.*

[15] 47 U.S.C. § 309(k)(2). *See also* 47 U.S.C. § 307(c)(1) (Terms of Licenses – Initial and Renewal Licenses).

[16] *See* 47 U.S.C. § 309(k)(3)(A)-(B). Pending the outcome of the proceeding the licenses continue to remain in effect. 47 U.S.C. § 307(c)(3).

**PROCEDURAL MATTERS**

*Ex Parte Status*. In order to assure FCC staff's ability to discuss and obtain information needed to resolve the issues presented in this proceeding and pursuant to section 1.1200(a) of the Rules,[17] we establish MB Docket No. 26-131for this proceeding. The proceeding announced in this Public Notice shall be treated as a "permit-but-disclose" proceeding[18] in accordance with the Commission's *ex parte* rules.[19] Persons making *ex parte* presentations must file a copy of any written presentation or a memorandum summarizing any oral presentation within two business days after the presentation.[20] Persons making oral *ex parte* presentations are reminded that memoranda summarizing the presentation must (1) list all persons attending or otherwise participating in the meeting at which the *ex parte* presentation was made, and (2) summarize all data presented and arguments made during the presentation.[21] If the presentation consisted in whole or in part of data or arguments already reflected in the presenter's written comments, memoranda, or other filings in the proceeding, then the presenter may provide citations to such data or arguments in his or her prior comments, memoranda, or other filings (specifying the relevant page and/or paragraph numbers where such data or arguments can be found) in lieu of summarizing them in the memorandum.[22] Documents shown or given to Commission staff during *ex parte* meetings are deemed to be written *ex parte* presentations and must be filed consistent with section 1.1206(b) of the Rules.[23] Participants in this proceeding should familiarize themselves with the Commission's *ex parte* rules.[24] We strongly urge parties to use the Electronic Comment Filing System (ECFS) to file *ex parte* submissions.[25] All *ex parte* filings must be clearly labeled as such and must reference MB Docket No. 26-131.

*Petitions to Deny*. Interested persons must file petitions to deny no later than June 29, 2026.[26] Oppositions to petitions to deny must be filed no later than July 29, 2026. Replies must be filed no later than August 5, 2026.[27] To the extent the reply deadline specified here provides for a shorter time period than provided as a general matter in the FCC's rules, we hereby waive that rule for good cause.[28]

---

[17] 47 CFR § 1.1200(a).

[18] 47 CFR § 1.1206.

[19] 47 CFR § 1.1200 *et seq.*

[20] 47 CFR § 1.1206(b)(2)(iii).

[21] 47 CFR § 1.1206(b)(1).

[22] *Id.*

[23] 47 CFR § 1.1206(b).

[24] 47 CFR § 1.1200 *et seq.*

[25] *See* 47 CFR § 1.1200(b)(2)(i).

[26] For purposes of filing a Petition to Deny against a license renewal application, the Commission's rules only establish a deadline in reference to "timely filed" and "not timely filed" applications. 47 CFR § 73.3516(e); *Media Bureau Announces June 18, 2026 Effective Date for Amendment of Parts 1, 73, 74, and 76 of the Commission's Rules to Update Rules Applicable to Broadcast Stations*, MB Docket No. 24-626 & GN Docket No. 25-133, DA 26-500 (MB May 19, 2026) (redesignating 47 CFR § 73.3516(e) as § 73.3584(f) effective June 18, 2026). In the absence of a specific rule governing the deadline for filing a petition to deny for an early license renewal, we rely on the requirements of the Act, which requires that interested parties be provided no less than thirty days to file and restricts grant of a license renewal application to no early than 30 days following the public notice announcing the application's acceptance of filing. 47 U.S.C. §§ 309(b) & (d). *See* 47 CFR § 1.939 (setting forth requirements for a petition to deny).

[27] 47 CFR § 73.3584(b) (establishing filing deadlines for oppositions and replies). *See* 47 CFR § 1.939 (setting forth filing requirements for oppositions and replies).

[28] 47 C.F.R. § 1.3.

Specifically, the FCC has determined that, in the context of this proceeding, replies, if any, can be prepared and filed within the timeframe specified here and the FCC's interest in moving efficiently in this matter to provide the licensees and stakeholders with certainty about the pleading cycle outweighs the interest in applying the general provision here. Persons and entities that properly file petitions to deny become parties to the proceeding and must be served in accordance with FCC rules.[29] To allow the Commission to consider fully all substantive issues regarding the applications in as timely and efficient a manner as possible, petitioners and objectors should raise all issues in their initial filings. Replies may only address matters raised in oppositions.[30]

*Filing Procedures*. All filings concerning matters referenced in this Public Notice should refer to MB Docket No. 26-131, as well as the specific file numbers of the individual applications or other matters to which the filings pertain. Submissions in this proceeding must be filed electronically (i.e., through ECFS) or by filing paper copies.

- Electronic Filers: Comments may be filed electronically using the Internet by accessing the ECFS: https://www.fcc.gov/ecfs.
- Paper Filers: Parties who choose to file by paper must file an original and one copy of each filing. Filings can be sent by commercial overnight courier, first-class or overnight U.S. Postal Service mail, or by hand delivery. All filings must be addressed to the Commission's Secretary, Office of the Secretary, Federal Communications Commission and reference MB Docket No. 26-131.
    - Commercial overnight mail (other than U.S. Postal Service Express Mail and Priority Mail) must be sent to 9050 Junction Drive, Annapolis Junction, MD 20701.
    - U.S. Postal Service first-class, Express, and Priority mail must be addressed to 45 L Street NE, Washington, DC 20554.
    - Hand-delivered or messenger-delivered paper filings for the Commission's Secretary are accepted between 8:00 a.m. and 4:00 p.m. by the FCC's mailing contractor at 9050 Junction Drive, Annapolis Junction, MD 20701. All hand deliveries must be held together with rubber bands or fasteners. Any envelopes and boxes must be disposed of before entering the building.

*Availability of Documents*. Applications in this proceeding are available electronically through the Commission's Licensing and Management System (LMS) at the file numbers in the Attachment. All other documents (e.g., *ex parte* submissions, petitions to deny, oppositions, and replies) will be publicly available online through ECFS.

*People with Disabilities*. To request materials in accessible formats for people with disabilities (braille, large print, electronic files, audio format), send an e-mail to fcc504@fcc.gov or call the Consumer & Governmental Affairs Bureau at 202-418-0530 (voice), 202-418-0432 (TTY).

For further information, contact David Brown at (202) 418-1645 or Chris Robbins at (202) 418-0685. For press inquiries, contact Nancy Murphy at (202) 418-1043.

This action is taken by the Chief, Video Division, Media Bureau, pursuant to authority delegated by sections 0.61 and 0.283 of the Commission's Rules.[31]

**- FCC -**

[29] 47 CFR § 1.47.

[30] 47 CFR § 1.45(c).

[31] 47 CFR §§ 0.61 & 0.283.

## Appendix

| Fac ID | Call Sign | City | State | Application File No. |
|---|---|---|---|---|
| 8620 | KFSN-TV | Fresno | CA | 0000298350 |
| 282 | KABC-TV | Los Angeles | CA | 0000298356 |
| 34470 | KGO-TV | San Francisco | CA | 0000298344 |
| 73226 | WLS-TV | Chicago | IL | 0000298337 |
| 1328 | WABC-TV | New York | NY | 0000298318 |
| 8617 | WTVD | Durham | NC | 0000298327 |
| 8616 | WPVI-TV | Philadelphia | PA | 0000298324 |
| 35675 | KTRK-TV | Houston | TX | 0000298353 |

# WILKINSON EXHIBIT 46

# FCC Near Rulings Against Disney Over 'The View,' TV Licenses

archive.is/20260720040101/https://www.bloomberg.com/news/articles/2026-07-15/fcc-nearing-rulings-against-disney-over-the-view-tv-licenses

By Kelcee Griffis July 15, 2026




Sara Haines, Joy Behar, Sunny Hostin, and Alyssa Farah Griffin on the set of The View in New York.Photographer: Lou Rocco/American Broadcasting Companies, Inc./Getty Images

The Federal Communications Commission is expected to take action against Walt Disney Co. in two separate probes as soon as next month, dealing a potential blow to the entertainment giant and prolonging scrutiny of its broadcast TV licenses.

The anticipated FCC action, likely timed before the Labor Day holiday, would determine that *The View* is not a "bona fide" news show, according to people familiar with the matter. The FCC is also preparing to send a probe into the company's broadcast licenses to an agency hearing, the next step toward potential license revocation, said the people, who asked not to be identified because the discussions are private.

Disney is tangling with the agency on two fronts. One is a probe examining whether the parent of the ABC network is fit to hold local station licenses. There's also a separate review

of whether ABC's daytime chat show *The View* should be subjected to rules that only apply to entertainment — not news — programs. Such a ruling could undermine the show's independence, influencing who it does and does not book.

The FCC's course is not set in stone, and it could still change directions. In recent interviews with Bloomberg, Carr said that no final decisions have been made in the Disney matters. His office declined to comment.

Disney fully expects the pending decisions and plans to challenge any FCC actions against its properties, the people familiar with the matter said.

The FCC initiated the nearly unprecedented license review after it said Disney was not responsive enough to inquiries about the company's diversity and inclusion practices. The review also came shortly after President Donald Trump called for action against the network.

The agency is deciding whether to escalate the license reviews to an internal judicial review, which could be conducted by Carr or a panel including him and the other two FCC commissioners. The panel could decide to drop the review, or to strip Disney of its licenses, which include major markets like Los Angeles and New York. That decision could then be appealed to federal court.

*The View*'s classification determines which set of regulations apply to its political candidate guests. If the FCC designates it as an entertainment program, opposing political candidates must have the opportunity to get equal air time from the show, station or network, at least in the market where the candidates are running. A "bona fide" news show does not have to offer equal time. At Carr's direction, Disney asked the FCC to make a determination on *The View*'sstatus.

The program has typically not offered candidates equal time because it believed it qualified as a news show. The determination expected from the FCC's Media Bureau would be appealable to the full commission, and then, federal court.

Disney has escalated its legal and regulatory tactics since last year, when it suspended late-night host Jimmy Kimmel over comments he made about the killing of conservative activist Charlie Kirk. The company's general counsel, Horacio Gutierrez, hired former US Solicitor General Paul Clement to represent Disney at the FCC. Gutierrez, the architect of Disney's legal strategies, previously represented Spotify Technology SA at the European Commission in a case that ultimately resulted in a $2 billion antitrust fine against Apple Inc.

In recent FCC filings, Disney said that the commission appears intent on making editorial decisions for ABC, in violation of the First Amendment, and it argued the agency really aims to "chill critical protected speech." Disney also encouraged viewers to express their support for the network in the FCC's dockets, which ultimately drew tens of thousands of responses.

*(Updates with Disney's expectations in fifth paragraph, equal-time rule explanation in eighth.)*

# WILKINSON EXHIBIT 47

POLITICO

# Trump calls for revocation of ABC, NBC licenses over speech snub

The president said networks that didn't air his primetime address on election security had committed "fraud."



President Donald Trump speaks in the East Room of the White House, July 16, 2026, in Washington. | Saul Loeb/AP

By **AARON PELLISH**

07/16/2026 09:47 PM EDT | Updated: 07/16/2026 10:10 PM EDT

President Donald Trump said TV networks that did not feature live coverage of his primetime address on election security should have their broadcast licenses revoked.

CNN, ABC and NBC opted against live coverage of the speech in which Trump claimed China illegally accessed millions of voter files as part of a broader effort to manipulate U.S. elections in 2018 and 2020.

Advertisement

AD

Other outlets, including CBS, MS NOW and Fox News, chose to broadcast the speech at least in part. NBC and ABC aired Trump's remarks on their streaming channels.

Trump called out NBC and ABC during his remarks, accusing the networks of covering up what he labeled election fraud.

"In a rare move, NBC and ABC fake news have both said that they would not cover this speech. They knew what it was about," he said. "Fraud like this should mean a revocation of their licenses."

TV networks are not required to air presidential remarks in primetime. Past presidents have traditionally reserved such major addresses for national crises or critical moments. Outlets have traditionally provided live coverage, but there have been exceptions.

Multiple networks declined in 2022 to broadcast President Joe Biden's address on threats to democracy. ABC, CBS and NBC did not air President Barack Obama's 2014 primetime speech on immigration.

Trump has previously floated revoking the broadcast licenses of TV networks whose news coverage he views as unfavorable. He suggested ABC should lose its license after late night host Jimmy Kimmel was suspended in the aftermath of Charlie Kirk's death. And in a social media post in December, he argued that networks that are "almost 100% negative" in their coverage should have their broadcast licenses "terminated."

But Federal Communications Commission chair Brendan Carr is limited in his authority to unilaterally revoke the licenses of the broadcast networks, which are protected both by the Communications Act's restrictions on how the FCC reviews licenses and by the First Amendment.

The FCC did not immediately respond to a request to comment on Trump's remarks.

Related Tags

**Donald Trump** **ABC News** **NBC News** **CNN** **Brendan Carr**


## West Wing Playbook: Remaking Government



Your guide to Donald Trump's unprecedented overhaul of the federal government.

Email

Your Email

Employer

Employer

* All fields must be completed to subscribe

SIGN UP

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service . You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here . This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Advertisement

SPONSORED CONTENT



**Now Legal In District Of Columbia. No Smoke, No Lighters, No Smell. 3x The...**

Now Legal

Cruise Chews



**A Billionaire's Reading List: 5 Books Cuban Says Everyone Should Know**

Cuban reads for three hours every morning. This is the exact list he recommends and there's a faster wa...

Blinkist Magazine



**Men Over 40 Are Ditching the Blue Pill for This 7x Stronger Alternative**

wellness-insider.net

About Us

Advertising

Breaking News Alerts

Careers

Credit Card Payments

FAQ

Feedback

Headlines

Photos

Press

Request A Correction

Write For Us

RSS

Site Map

Terms of Service

Privacy Policy

© 2026 POLITICO LLC

# WILKINSON EXHIBIT 48

# Here’s how the TV networks handled Trump’s highly unusual prime-time address

cnn.com/2026/07/16/media/trump-election-address-cbs-abc-nbc-fox-networks

Brian Stelter July 16, 2026



Some major TV networks showed President Donald Trump’s prime-time address live on Thursday night while others pointedly did not — a divide that highlighted Trump’s long record of lying and renewed discussion about the news media’s responsibilities.

The White House took the rare step of formally asking the broadcast networks to take the speech live, setting up Trump to castigate those that opted not to.

And Trump made network decision-making a talking point in his speech. He harshly criticized NBC and ABC for not preempting their prime-time shows for his address and said it “should mean a revocation of their licenses.”

The two other major US broadcast networks, CBS and Fox, did air the unusual prime-time address.

CBS surrounded the speech with fact-checking and context both before and immediately afterward, a practice sometimes called a "truth sandwich."

Still, Democratic Sen. Mark Warner criticized CBS while appearing on the network to rebut Trump's address. He told anchor Tony Dokoupil, "It's incumbent on you and any responsible journalist to push back on these falsehoods." Dokoupil pointed out that he had been doing exactly that.

Dokoupil said, "We agree, you and I, that this is a vitally, vitally important topic, and the president has a terrible track record on it."

The CBS anchor channeled the prevailing view in TV newsrooms. Trump's fixation on false claims about the 2020 election made Thursday night's address a fraught event for every organization in the business of live news coverage.

It was challenging even for Fox News, the president's favorite network. Many at the network were loath to hear Trump relitigate the election he lost, two Fox News sources told CNN on condition of anonymity. Some at Fox thought the topic was simply bad politics for the GOP, while others thought it was bad for business, given that Fox was consumed by litigation after amplifying the president's election lies in 2020.

Ultimately, and unsurprisingly, Fox News showed the address live in full during Trump friend Sean Hannity's hour, followed by a brief discussion between Hannity and White House correspondent Aishah Hasnie.

Hasnie noted Trump's claims of compromised voting machines and said, "Fox News has not seen that evidence yet and is not in a position to evaluate the accuracy of the president's statement and claims at this time."

Fox anchor Bret Baier, who led a special report on the Fox broadcast network, made a similar disclaimer afterward: "Fox News has not seen that documentation yet and is not in a position to assess the accuracy of the president's statements tonight."

Overall, the address was taken seriously in partisan pro-Trump media circles, while it was treated skeptically everywhere else.

On cable, MS NOW aired about 15 minutes of the speech, then cut away to unpack Trump's claims. Chris Hayes said reacting to the speech was "a little bit like trying to argue with, like, a raving crazy person standing next to you on the subway claiming they're Jesus Christ."

CNN opted not to take the speech live, instead treating it like other presidential events that are monitored for news and scrutinized for accuracy.

“We’ll be monitoring what the president says tonight, as we always do, but aren’t taking it live, given the president has a well-documented history of saying blatantly false things about elections,” anchor Kaitlan Collins told viewers.

Collins and correspondent Evan Perez showed clips from the speech with a heavy amount of reality-checking.

A group of CNN journalists in the DC newsroom was shown on camera reviewing the newly declassified documents and assessing Trump’s claims.

CNN also streamed the speech live on its website, accompanied by real-time analysis from correspondents and experts.

NBC and ABC took a similar approach by streaming the speech and then reporting on its contents. Both broadcast networks interrupted prime time for brief special reports after Trump finished speaking. NBC’s Hallie Jackson said the information Trump presented was “largely not new.”

Earlier on Thursday, network executives were locked in hours-long meetings about how to handle the address.

The internal debates centered on two competing interests: the traditional newsworthiness of a presidential address and the risks of giving Trump an unfiltered platform for his election denialism.

But, as an executive at one of the networks remarked, “It’s not 1974 anymore. There are lots of ways to cover the news.”

And most of the networks landed somewhere in the middle, acknowledging the address without taking Trump at face value. There were fact-checks and critiques galore. But the raw speech was also widely available, from YouTube to the White House’s own website.

Dokoupil began the CBS special report by saying that “much of what the president has said on this topic is false. Most notably, of course, the claim that he won the 2020 election when, of course, he did not.”

“Because of this, there is an argument that it’s irresponsible to air the president’s speech tonight,” Dokoupil said. “But this speech will be made. It will be news. And it’s our job to cover the news. And so we are.”

CBS dipped into the address late, after several minutes of set-up, and also cut away a couple of minutes before Trump concluded.

The rest of the CBS hour provided context from election experts, several of whom pushed back hard on Trump's depictions.

The CBS approach was of particular interest to media insiders because the network's parent company, Paramount, has cultivated a close relationship with the Trump administration in the past year.

Paramount is currently seeking to buy Warner Bros. Discovery, CNN's parent company, in a deal that has been challenged by a coalition of 12 Democratic state attorneys general.

Thursday night's address also underlined how Trump has pressured major TV networks since returning to office. The Trump-aligned FCC is actively investigating the parent companies of both ABC and NBC.

Contrary to Trump's comments on Thursday night, national networks are not licensed by the government, but local stations are. And the FCC is challenging eight of those ABC station licenses, a move that comes after years of public pressure from Trump.

Trump claimed without evidence that ABC and NBC opted not to interrupt prime time programming for his speech because "they know how corrupt our system is and they don't want to reveal it."

In an apparent ad-lib from his prepared remarks, he repeatedly complained that the broadcasters "pay nothing" to use the public airwaves.

# WILKINSON EXHIBIT 49




Factbase

Powered by **FiscalNote** StressLens

## Donald J. Trump

**Transcripts** White House Calendar White House Press Releases

# Speech: Donald Trump Delivers a Primetime Address to the Nation - July 16, 2026

StressLens | 9 Topics | 9 Entities | Moderation | 1 Speaker




### Full Transcript

Donald Trump 00:00:00-00:00:37 (37 sec) WEAK (1.014)

Good evening. Before we begin, I'm proud to report that our country is safer, stronger, and far wealthier than it has ever been before. We are doing great. Less than two years ago, we inherited an economic and social disaster after the worst inflation in 48 years, the wide open borders with millions and millions of people pouring in from all over the world, including criminals of all types, and 11,888 murderers, many of whom killed more than one person.

Donald Trump 00:00:37-00:01:04 (28 sec) NO SIGNAL (0.915)

We had transgender for everybody, men in women's sports, crime ravaging our cities, and the whole world was laughing at us as a nation, but not anymore. Two years ago, our country was dead. Now, we are the hottest country anywhere in the world. America is respected like we have never been respected before.

Donald Trump 00:01:04-00:01:31 (27 sec) NO SIGNAL (0.438)

We have more money being invested in the United States than at any time in the history of our country. More Americans are working today than ever before. This week, it was announced that inflation saw the largest monthly decline in more than six years, just happened. It was just given out. The media reported it and we accept it, the best in six years.

Donald Trump 00:01:31-00:01:58 (27 sec) NO SIGNAL (0.379)

The tax cuts in our Great, Big, Beautiful Bill are saving hardworking families thousands and thousands of dollars, like with the provisions, no tax on tips, no tax on overtime and no tax on Social Security for our great seniors, along with the interest deduction on a loan used to purchase a car, but only if that car is made in America.

Donald Trump 00:01:58-00:02:27 (29 sec) NO SIGNAL (0.426)

And a 100 percent expensing for our job-creating businesses. Our stock markets are at their highest point in many years, but we can actually say of all time. And your 401-Ks, pensions and retirement accounts are setting records every single day, the highest in history. For years, we paid the highest price for prescription drugs anywhere in the world.

Donald Trump 00:02:27-00:03:04 (37 sec) NO SIGNAL (0.902)

Now we pay the lowest price under my Most Favored Nations policy, because I was able to get the rest of the world and the pharmaceutical companies to act responsibly. Drug prices are coming down by 70, 80 and 90 percent. Trumprx.gov, this will ultimately reduce the cost of health care. You have to go to trumprx.gov and take advantage of it. But the cost of health care is coming way down because of what we've done with prescription drugs.

Donald Trump 00:03:04-00:03:29 (26 sec) NO SIGNAL (0.573)

And with Trump accounts, every child in America now has access to a tax free investment account to save for their future. Billions and billions of dollars are being invested, put in by companies and individuals to take care of our children, so that at age 18, they will have potentially hundreds of thousands of dollars in their account, and they'll get off to a great start in life.

Donald Trump 00:03:29-00:03:54 (25 sec) WEAK (1.153)

So for that, go to trumpaccounts.gov and sign up your child or any child you'd like to sign up. Our previously wide open borders have been transformed into the most secure borders in the history of our country, with zero illegal aliens being admitted to the United States in the past 14 months. That is zero.

Donald Trump 00:03:54-00:04:21 (27 sec) WEAK (1.35)

Nobody thought it was possible. We had the worst border in the history of our country, and now we have the best. Crime is plummeting nationwide, with the murder rate at its lowest level since 1900, or more than 125 years ago. We're making a record investment in our armed forces, and we have the strongest and most powerful military by far anywhere in the world.

Donald Trump 00:04:21-00:04:45 (24 sec) WEAK (1.129)

I built it during my first term and, unfortunately, we're forced to use it now. We won in Venezuela, which is now working with us to produce millions and millions of barrels of oil. We are likewise winning big in Iran, and you will see the fruits of that labor very, very shortly. America is back and doing really well.

Donald Trump 00:04:45-00:05:15 (30 sec) NO SIGNAL (0.057)

But we still have a major challenge that must be urgently addressed, because no country can be great without fair and honest elections. You have to trust your country because, if there can be no trust, there can be no greatness. And that's very simple -- no trust, no greatness. For many years I've called for bold, swift and decisive action to protect the integrity of America's elections.

Donald Trump 00:05:15-00:05:40 (24 sec) NO STRESSLENS

Every American deserves to know that, when they cast their vote, that vote will be counted accurately in a system, and that is to make that system secure. One where cheating and interference are not just difficult, but virtually impossible. Unfortunately, the system we have today falls catastrophically short of that standard.

Donald Trump 00:05:40-00:06:07 (27 sec) NO SIGNAL (0.081)

Tonight, I'm announcing the immediate declassification and release of critical intelligence, revealing shocking vulnerabilities in our election infrastructure. This evidence shows that the election system we have dangerously exposes and really exposes, like levels never thought possible, to hacking, exploitation, and foreign interference.

Donald Trump 00:06:07-00:06:49 (42 sec) NO STRESSLENS

Just as disturbingly, this vital information has for many years been covered up and hidden from you, the American people -- our beautiful, our great American people. But that all changes right now. The documents we will release starting tonight have been gathered by the White House Government Transparency Task Force, a great group of people, along with the staff of the president's Intelligence Advisory Board, supported by our top intelligence agency chiefs who have all personally reviewed the findings we are presenting this evening and fully confirmed their authenticity.

Donald Trump 00:06:49-00:07:13 (24 sec) NO SIGNAL (0.164)

You can see these documents for yourself at whitehouse.gov, that's whitehouse.gov, go check it out. Our purpose in disclosing this information is not to weaken confidence in election, but to earn that confidence by confronting vulnerabilities and correcting them very, very quickly, and that's what we're doing.

Donald Trump 00:07:13-00:07:40 (28 sec) NO SIGNAL (0.954)

The documents cover five major areas of concern. First, they show that, over a period of years, starting during the 2020 election cycle, the People's Republic of China carried out what is believed to be the largest compromise of election data in history, resulting in China's illicit acquisition of 220 million US voter files.

Donald Trump 00:07:40-00:08:10 (30 sec) NO SIGNAL (0.287)

That information includes names, addresses, phone numbers, political party preferences and other sensitive data that would be needed to register to vote and engage in other nefarious activities, which is exactly what was happening. This data loss presents

an unprecedented election security nightmare. The intelligence even shows that China assigned a data exploitation unit specifically to this new project.

Donald Trump 00:08:10-00:08:39 (29 sec) NO SIGNAL (0.759)

Compounding the travesty, the second set of documents we are releasing reveals that members of the Deep State -- a very, very famous group of people, in many cases -- in our intelligence agency, worked to actively suppress and downplay information about the extent of China's sinister election meddling, covering it up from both the president and the American people like nobody thought was possible.

Donald Trump 00:08:39-00:09:07 (28 sec) WEAK (1.142)

US spy agencies began learning about the compromise of voter registration files in 2020, when they discovered that tens of millions of voter data -- think of that, tens of millions of voters data -- in 18 states have been bought, stolen or hacked by China. Yet those responsible for sounding the alarm instead kept the information secret and hidden.

Donald Trump 00:09:07-00:09:43 (36 sec) NO SIGNAL (0.466)

They did not disclose to me as president or to anyone else. And to the best of our knowledge, they did not inform Congress. In fact, all they kept saying is, this is the most secure election in the history of our country -- a standard, very pat line that was divvied out to say. The cover up of this colossal security breach is even more disturbing in light of the additional information showing that China engaged in other election-related activities to undermine my first administration and our 2020 campaign.

Donald Trump 00:09:43-00:10:18 (34 sec) WEAK (1.299)

They did not want -- and they just didn't want it. They fought like hell not to have it, Donald Trump to win, and for good reason. As the documents we are releasing show, CIA reporting explicitly stated, and I quote, in mid-2018, the Chinese Communist Party's policy was to leverage all domestic and foreign elements that were opposed to the US president in an effort to reduce the US president's votes and make him resign or prevent his reelection.

Donald Trump 00:10:18-00:10:42 (25 sec) NO SIGNAL (0.409)

Isn't that nice? Also, in mid-2018, China was working to influence the results of the US midterm elections and later the results of the 2020 presidential election itself. Separately, in mid-2019, the Chinese government's strategy against the United States was focused on undermining domestic confidence in the US president.

Donald Trump 00:10:42-00:11:12 (30 sec) NO SIGNAL (0.677)

They wanted to just make you sound like your president wasn't so hot, when actually your president has done a great job. And they did everything possible to do exactly that. Going on this document says, and this is by the CIA, the strategy included efforts to use Chinese contacts with big US companies to influence US business leaders to turn against the president of the United States of America.

Donald Trump 00:11:12-00:11:34 (22 sec) WEAK (1.057)

The Chinese government sought to identify US journalists who had reported negatively on the US president and pay them large sums of money to write more negative articles about him, as many as they could and they didn't care what they said. The Chinese government wanted US president to lose the next election.

---

Donald Trump 00:11:34-00:12:04 (30 sec) WEAK (1.353)

And the reason they wanted me to lose is because they knew I was wise to them. Charged them billions and billions of dollars' worth of tariffs and built the strongest military anywhere in the world. We have the strongest military anywhere in the world. These are exact quotes from the CIA reporting. The name of the person doing the quote is now under review, but it gets even worse.

---

Donald Trump 00:12:04-00:12:31 (27 sec) NO SIGNAL (0.686)

Raw intelligence obtained by the FBI in 2020, yet buried by rogue bureaucrats, stated that China's activities even included an attempt to manufacture illegal ballots for Joe Biden. Documents show that during this period, dozens of significant CIA and NSA reports about China's election targeting were kept out of the presidential briefing.

---

Donald Trump 00:12:31-00:13:08 (37 sec) NO SIGNAL (0.828)

These were briefings I would get almost every day; everything was kept out that was of importance. One email among intelligence analysts admitted that they had, quote, deliberately massaged the presidential daily briefing to withhold information regarding Chinese activities related to the election. Another official inside the FBI wrote that she was running, quote, a shadow government, unquote, to keep intelligence about China's election meddling from becoming known and to keep it away from the honorable press.

---

Donald Trump 00:13:08-00:13:33 (26 sec) NO SIGNAL (0.891)

Other officials who witnessed such efforts perceived the motivation to be blatantly political. Recently, we found significant numbers of burn bags information, and this is a group of bags that were used to destroy information, given by President Barack Hussein Obama to be burned, it was supposed to be burned.

---

Donald Trump 00:13:33-00:14:14 (40 sec) NO SIGNAL (0.698)

These bags were supposed to be at a different level by different people, incinerated and checked, but it never happened. Maybe we got lucky. We believe this was not done on purpose, but rather through gross incompetence of the people that were supposed to burn the bags. But the findings are stunning. Today, I'm asking the Office of the Director of National Intelligence, the Department of Justice, the FBI and the CIA to investigate how and why such crucial information was hidden, to fire those involved in the cover up and to file criminal charges, if appropriate, against these people.

---

Donald Trump 00:14:14-00:14:44 (31 sec) NO SIGNAL (0.436)

Yet concealing China's meddling was only the beginning. The third set of documents we are releasing proves that for many years, Americans were blatantly lied to about the security of our election infrastructure, including electronic voting machines and ballot counting systems, dishonest, almost all. They're vulnerable and they're easily compromised and people within our government knew that.

Donald Trump 00:14:44-00:15:16 (32 sec) NO SIGNAL (0.074)

Tonight, we're publishing a series of previously classified US intelligence community assessments and other reports proving that our government has long known these machines are extremely exposed to attack. As one assessment states, we judge that the United States' adversaries, including at a minimum Russia, China, Iran, North Korea, as well as non-state groups have the capability to compromise US election infrastructure.

Donald Trump 00:15:16-00:15:51 (35 sec) NO SIGNAL (0.459)

That's unquote but that's some statement, isn't it, made by supposedly great patriots of our country. The document goes on to further state that, quote, we assess that centralized election-related data repositories, such as voter registration databases, poll books, and other official election websites are most vulnerable to exploitation, and adversaries could use this access to these systems to disrupt election processes within the United States of America.

Donald Trump 00:15:51-00:16:16 (25 sec) NO SIGNAL (0.573)

Tonight, we're releasing all of those findings and spanning from January 2020 to June 2026. This is a cyber threat aimed at the very heart of our democracy. Many people have questioned whether it could actually be possible to electronically manipulate vote totals or change election results on these terrible machines.

Donald Trump 00:16:16-00:16:56 (40 sec) NO STRESSLENS

Today, we are releasing documents that show the CIA obtained reporting of a specific plot to do a big number in favor of the corrupt Maduro regime in Venezuela, and that's exactly what happened conspiring to digitally rig their own country's elections in 2020. And that's what they did. This reporting included precise details about methods to regime develop, to digitally alter vote totals in ways that could not be detected, even with an audit, no matter how deep they went.

Donald Trump 00:16:56-00:17:28 (32 sec) NO SIGNAL (0.262)

This intelligence underscores why we must take urgent action to ensure that our own system can never, ever be hacked or compromised like it was in the past. The fourth set of documents reveals that even when significant evidence of fraud has been detected, it has been buried and covered up. Among the disclosures tonight are FBI files detailing evidence of alleged fraud by a large scale voter registration operation in Michigan.

Donald Trump 00:17:28-00:18:07 (38 sec) NO STRESSLENS

In 2020, Michigan State Police raided a Democrat Get Out the Vote Organization, corrupt group in Muskegon, and we're so concerned by what they found. They were just so concerned, they couldn't believe it, actually, that they contacted the FBI in Detroit. The documents state that some canvassers admitted to FBI agents that they signed voter registration forms in other people's names, submitted fraudulent registration for people who did not exist, and received gift cards tied to their number of applications that they produced.

Donald Trump 00:18:07-00:18:36 (29 sec) NO SIGNAL (0.343)

In other words, it was pay, play and cheat. The FBI agents working on the case believe that crimes were committed, yet the Biden Department of Justice slow-walked the investigation and killed it. Tonight, I'm asking the FBI director to ensure that the matter is fully investigated and to work with the Department of Justice to prosecute those responsible for any crimes.

Donald Trump 00:18:36-00:19:01 (25 sec) NO SIGNAL (0.656)

Finally, to reveal just how vulnerable our elections continue to be, we are releasing the results of a stunning investigation by the Department of Homeland Security. According to the DHS review, state voter rolls and public records, they identified approximately 278,000 non-citizens who are registered to vote in federal elections.

Donald Trump 00:19:01-00:19:29 (28 sec) NO SIGNAL (0.65)

Since Democrat states refuse to share their voter files the real number is actually much higher than that. Yet even this limited analysis found more than a quarter of a million foreigners illegally registered to vote. Put together, these disclosures reveal an election system so broken and so vulnerable that no one can possibly defend it. It is not defensible.

Donald Trump 00:19:29-00:19:55 (27 sec) NO SIGNAL (0.685)

Hundreds of millions of US voter files are in the hands of foreign governments. Our machines and ballot counting systems are exposed to hacking and manipulation and corruption. China and other countries have been trying to meddle in our elections. Evidence of fraud has been buried. Hundreds of thousands of non-citizens and dead people are listed and active on the voter rolls.

Donald Trump 00:19:55-00:20:23 (28 sec) NO SIGNAL (0.194)

And yet we still have elections with no voter ID, no proof of citizenship, and tens of millions of ballots floating aimlessly through the mail. As one example of the insanity, California's recent election for mayor of LA and governor, was held on June 2nd, long time ago, but it was just completed a few days ago, on July 10th. Think of that, much more than one month.

Donald Trump 00:20:23-00:20:54 (31 sec) WEAK (1.155)

Took a month to count the votes. I wonder what they were doing. This is worse than any third world country. There's no third world country that has elections like we have. In a rare move, NBC and ABC fake news have both said that they would not cover this speech. They knew what it was about, because of the fact that they don't like the topic, because they know how corrupt our system is and they don't want to reveal it. They and others in the media are part of a plot.

Donald Trump 00:20:54-00:21:19 (25 sec) WEAK (1.167)

They want to continue this fraud for whatever reason. They want to keep it going. They want to protect the radical left. They can't have a great country and that's true; you can't have a great country without free and fair elections. Fraud like this should mean a revocation of their licenses. They use our public multibillion dollar in value airways for absolutely no money.

Donald Trump 00:21:19-00:21:44 (25 sec) NO SIGNAL (0.311)

They pay nothing. All we want is honesty in our elections and honesty in reporting. They pay nothing for multi-billion dollar assets. Great damage has been done to our country. Our elections were left vulnerable to being rigged and stolen, and the trust of the American people was lost. This cannot be allowed to continue.

Donald Trump 00:21:44-00:22:10 (26 sec) NO SIGNAL (0.724)

Every American, whether you're a Republican, Democrat, independent or otherwise, should be able to agree that we deserve the most secure, honest, and fair election system anywhere in the world. Secure elections should be a partisan -- really, should just, we should be together democrats, Republicans, independents, everybody, and it should not be a partisan issue.

Donald Trump 00:22:10-00:22:35 (25 sec) NO SIGNAL (0.035)

It should cause to unite us, not to divide us. This should be a cause, we should be united, not divided. In light of the brand new and irrefutable information, I have revealed tonight my administration is in the process of notifying the states whose election data was compromised by the People's Republic of China and many others.

Donald Trump 00:22:35-00:23:05 (30 sec) NO SIGNAL (0.39)

We will be working closely to mitigate any harm and we're taking swift action to ensure that sensitive voter data is better protected so we can never be bought, we can never be hacked, and we can never watch a stolen election again. Tomorrow, the Secretary of Homeland Security will hold a briefing to outline his department's recent work confirming cyber vulnerabilities in our electronic voting systems.

Donald Trump 00:23:05-00:23:33 (28 sec) NO SIGNAL (0.003)

They are bad. We're in the process of informing governors, Senators and members of Congress of potential issues in their states. If you look at voting today, it's in such bad shape in so many states, and we are committing to fix it and we're also committing to be working with those states and local jurisdictions to help them fix and patch known technical vulnerabilities before the midterm elections.

Donald Trump 00:23:33-00:24:00 (27 sec) NO SIGNAL (0.596)

We have very important elections coming up. We want those elections to be honest. I've also ordered DHS to notify every state about noncitizens on their voter rolls and direct them to remove all ineligible voters from the lists immediately. But most importantly, addressing this crisis of election security demands that Congress must pass the SAVE America Act.

Donald Trump 00:24:00-00:24:27 (27 sec) NO SIGNAL (0.839)

How easy is that to do, unless you want to cheat. The only reason you wouldn't do it is you want to cheat because your policies are so bad, and your candidates are so pathetic that you can't get away or can't get elected any other way. This landmark bill requires that all voters must show photo voter ID. How simple is that?

Donald Trump 00:24:27-00:25:04 (37 sec) NO STRESSLENS

Could I have your photo, please? Photo voter ID. All voters must provide proof of citizenship. Are you a citizen of our country, please? And hopefully there will be no corrupt mail-in ballots, which, if you watched California and so many other places, mail-

in ballots are inherently corrupt. So, you would have no mail-in ballots except for illness, disability, military deployment, or travel if you're going away on business or vacation.

Donald Trump 00:25:04-00:25:32 (28 sec) WEAK (1.339)

These reforms are urgently needed to stop the vulnerabilities that I've mentioned. To all Americans, I ask you to pick up your phone tomorrow, call your Representatives in the House and Senate and demand that they pass the SAVE America Act without delay. Together, we will restore faith and confidence in our country, and we will be bigger, better, and stronger than ever before.

Donald Trump 00:25:32-00:25:41 (8 sec) NO SIGNAL (0.714)

Thank you. God bless you. God bless our great military. And God bless America. Thank you very much.

THE SOURCE FOR NEWS ON
CAPITOL HILL SINCE 1955

About
Events
Newsletters
Contact Us
Privacy
The Staff
Advertise
RC Jobs
Subscriptions

CQ and Roll Call are part of FiscalNote, a leading provider of political and business risk solutions.
Copyright 2026 CQ and Roll Call. All rights reserved.

# WILKINSON EXHIBIT 50

July 22, 2026

The Honorable Brendan Carr
Chairman
Federal Communications Commission
45 L Street, NE
Washington, DC 20554

**Re: Maintaining a Routine and Predictable Broadcast License Renewal Process (MB Docket No. 26-131)**

Dear Chairman Carr:

We, the undersigned conservative and free-market organizations, write in continued support of your work to lift the regulatory burdens that have long weighed on America's communications sector. From media and broadband to the space economy, your deregulatory record is helping unleash investment and growth, and we are grateful for your leadership in getting government out of the way.

**It is in that same spirit that we respectfully urge the Federal Communications Commission (FCC or "Commission") to preserve the well-established, routine, predictable, and presumptive nature of broadcast license renewal.** We ask that the FCC avoid steps that would transform renewal from the largely ministerial process Congress designed into a discretionary checkpoint that would invite the politicization that conservatives, free-market advocates and others have long condemned.

We take no position on the merits of any particular application before the Commission in any pending matter.[1] Our concern is that establishing precedents of non-routine renewal creates a powerful lever that future FCCs—including ones hostile to conservative, religious, or otherwise disfavored broadcasters—would be all too willing to pull. **The surest protection against that future is to keep the renewal process predictable today.**

[1] *The Walt Disney Co. & Am. Broad. Cos.*, Order, DA 26-416 (MB Apr. 28, 2026); *FCC Reminds Broadcasters of Their Public Interest Obligations*, Public Notice, DA 26-530 (MB May 28, 2026); see *Bridge News, LLC*, Order, DA 26-413 (MB Apr. 27, 2026); *SPB LLC* (WABG(AM), Greenwood, Miss.), Order on Reconsideration, DA 26-434 (MB May 1, 2026).

NATIONAL TAXPAYERS UNION

INNOVATION ECONOMY INSTITUTE
IDEATE-INNOVATE-EDUCATE-MOTIVATE

SBE COUNCIL
Small Business & Entrepreneurship Council

DigitalLiberty

ITPC
INNOVATION & TECHNOLOGY POLICY CENTER

Young Voices

Congress settled the basic question a generation ago. In the Telecommunications Act of 1996, it replaced the old comparative-renewal system—which invited parties to file frivolous challenges against broadcast licenses, creating uncertainty and costly proceedings—with a streamlined standard under Section 309(k) of the Communications Act.[2] Under that standard, the Commission *shall grant* a renewal application if the station served the public interest, committed no serious violations of the Act or the Commission's rules, and engaged in no pattern of abuse.[3] The purpose was to make renewal effectively presumptive—a licensee meeting these basic conditions keeps its license without having to re-litigate its fitness every term. That presumption is what allows broadcasters to plan, invest, and serve their communities without the perpetual threat of losing the franchise on which everything else depends.

**Consistent with that design, the Commission has historically reserved non-routine renewal for genuinely extraordinary circumstances, such as failures that go to a station's basic capacity to maintain its operation or malfeasance.** It designated a renewal for hearing, for example, after a station's on-air contest contributed to a listener's death,[4] and where a station had gone dark for extended periods and operated at reduced power in violation of its authorization.[5] Threats to public safety, and abandonment of service are the kinds of serious failures that have justified closer scrutiny. **Preserving that high and content-neutral bar is precisely what keeps the Commission out of the business of judging speech.**

Conservatives and free-market advocates have learned the danger of the alternative the hard way. For years, Democrats and allied activists worked to

---

[2] 47 U.S.C. § 309(k)(1); Telecommunications Act of 1996, Pub. L. No. 104-104, § 204(a), 110 Stat. 56, 112 (1996); *Implementation of Sections 204(a) and 204(c) of the Telecommunications Act of 1996 (Broadcast License Renewal Procedures)*, Order, FCC 96-172, 11 FCC Rcd 6363 (1996). Under the pre-1996 comparative-renewal system, a rival applicant could file a competing application for the incumbent's frequency at renewal and force a comparative hearing pitting challenger against incumbent; Section 204 eliminated that process, directing the Commission to evaluate the incumbent's record on its own and to consider competing applications only after a renewal is denied. See David Oxenford, *On Its 20th Anniversary, Looking Back at How the Telecommunications Act of 1996 Changed the Broadcast Regulatory Landscape*, Broadcast Law Blog (Feb. 8, 2016), https://www.broadcastlawblog.com/2016/02/articles/on-its-20th-anniversary-looking-back-at-how-the-telecommunications-act-of-1996-changed-the-broadcast-regulatory-landscape/.

[3] 47 U.S.C. § 309(k)(2)–(3); id. § 309(e).

[4] *Entercom License, LLC*, Hearing Designation Order, 31 FCC Rcd 12196 (2016).

[5] *Vandalia Media Partners 2, LLC*, Hearing Designation Order, 36 FCC Rcd 7012 (MB 2021).

turn the Commission's licensing and renewal authority—and the broader threat of government scrutiny—into a weapon against disfavored, right-leaning broadcasters:

1. **Sinclair:** After Democratic officials urged the Commission to investigate Sinclair, and as progressive lawmakers publicly called to "break up" the company, the prior Commission declined to renew nearly any Sinclair license during the Biden Administration—an outcome you have rightly described as unprecedented.[6]

2. **Fox's Philadelphia station:** A left-wing group petitioned in July 2023 to strip a Fox-owned station of its license over content that aired on the Fox News cable channel, which is outside the Commission's jurisdiction. Rather than promptly dismiss it, the prior Chair opened a public comment period and let the petition sit for roughly eighteen months, drawing criticism from you and other conservatives at the time for delaying action. She resolved the matter only in January 2025, after the 2024 election and as she was leaving office.[7]

3. **A Miami radio station.** House Democrats pressed the Biden-era Commission to scrutinize the sale of a Spanish-language station because its new owner might air conservative viewpoints to South Florida's Hispanic community, an effort you sounded the alarm about at the time.[8]

4. **Broadcasters' pandemic coverage.** A Senate subcommittee chaired by Senator Ben Ray Luján hauled the National Association of Broadcasters' chief executive before a hearing scrutinizing the media's COVID-19 coverage and

---

[6]See *CNBC Exclusive: Transcript: FCC Chairman Brendan Carr Speaks with CNBC's "Squawk on the Street"*, CNBC (May 18, 2026), https://www.cnbc.com/2026/05/18/cnbc-exclusive-transcript-fcc-chairman-brendan-carr-speaks-with-cnbcs-squawk-on-the-street-today.html; *Applications of Tribune Media Co. & Sinclair Broad. Grp., Inc.*, Hearing Designation Order, 33 FCC Rcd 6830 (2018); Fox News (Sept. 23, 2025), https://www.foxnews.com/media/california-democrat-calls-breaking-up-sinclair-broadcast-group-drawing-rebuke-from-fcc-chair.

[7]Petition to Deny of Media & Democracy Project, WTXF-TV (filed July 3, 2023), https://foxpetition.com; *Media & Democracy Project*, Public Notice, DA 23-752 (2023); *WTXF-TV*, Memorandum Opinion and Order, DA 25-57 (MB Jan. 16, 2025); see Letter from Brendan Carr, Chairman, FCC, to Hon. Yvette D. Clarke (Apr. 29, 2025), https://docs.fcc.gov/public/attachments/DOC-410581A4.pdf (noting that the prior Commission left the Fox petition pending for over a year and dismissed it only after the 2024 election cycle).

[8]See *Hispanic Caucus Members Pressure FCC to Scrutinize Miami Radio Station Sale*, Newsweek (Apr. 16, 2021), https://www.newsweek.com/hispanic-caucus-members-pressure-fcc-scrutinize-miami-radio-station-sale-1583890; Statement of Comm'r Brendan Carr, DOC-371715A1 (Apr. 2021), https://docs.fcc.gov/public/attachments/DOC-371715A1.pdf.

"vaccine disinformation." It did so when Democrats controlled the White House, the FCC, and both chambers of Congress.[9]

In each instance the danger was the same: **once renewal and licensing become discretionary instruments, they can be aimed at whichever broadcasters the party in power happens to dislike.** As a coalition of free-market organizations recently urged the Commission in a related context, the right answer is to insulate the Commission from such pressures, not to replicate them.[10] A renewal process that remains routine and presumptive is the surest guarantee that your successors cannot turn these tools and precedents against broadcasters and their perceived viewpoints.

Presumptive renewal also carries important economic and market implications. Broadcast licenses underpin billions of dollars in investment, lending, and station valuations, and capital is acutely sensitive to regulatory uncertainty. Research on FCC licenses finds that policy uncertainty measurably depresses license value, because investors discount assets whose terms might shift before the license runs its course.[11] When renewal is predictable, owners build, hire, and upgrade. When it becomes a recurring question mark, they defer, hedge, and divert capital elsewhere.

Under your leadership, the Commission has made real progress in getting government out of the way, and broadcasters are responding with new deals and investment.[12] **Keeping license renewal routine, predictable, and**

---

[9] *Shot of Truth: Communicating Trusted Vaccine Information: Hearing Before the Subcomm. on Commc'ns, Media & Broadband of the S. Comm. on Commerce, Sci. & Transp.*, 117th Cong. (2021); Press Release, Office of Sen. Ben Ray Luján, *Luján Chairs Commerce Subcommittee on Communications Hearing Examining Vaccine Disinformation in the Media* (Apr. 15, 2021), https://www.lujan.senate.gov/newsroom/press-releases/lujan-chairs-commerce-subcommittee-on-communications-hearing-examining-vaccine-disinformation-in-the-media/.

[10] Letter from Center for Individual Freedom et al. to The Honorable Brendan Carr, Chairman, FCC (Mar. 19, 2025) (Media Bureau Docket No. 25-73), https://www.fcc.gov/ecfs/document/1031942059931/1.

[11] Jeffrey A. Eisenach, *The Equities and Economics of Property Interests in TV Spectrum Licenses* 2 (Navigant Econ. Jan. 2014), http://www.nab.org/documents/newsroom/pdfs/011614_navigant_spectrum_study.pdf (broadcasters invest on "the reasonable expectation that their licenses would be consistently renewed" absent serious violations, such that altering that expectation would discourage station investment); Scott Wallsten, *Is There Really a Spectrum Crisis? Disentangling the Regulatory, Physical, and Technological Factors Affecting Spectrum License Value*, 40 Telecomm. Pol'y 1126 (2016), https://www.sciencedirect.com/science/article/abs/pii/S0167624516000020 (finding that policy uncertainty depresses license value).

[12] Roy Blunt, *Deregulating the Media Is How We Save Local News*, Daily Caller (July 22, 2025), https://dailycaller.com/2025/07/22/federal-communications-commission-deregulation-

**presumptive is consistent with that agenda. It protects investment, respects the framework Congress enacted, and serves to deny future Commissions tools and precedents to wield against conservative media.**

We thank you for your consideration and for your policies to support free markets, and we look forward to continuing to support your pro-growth agenda.

Sincerely,

Jeffrey Mazzella
President
Center for Individual Freedom

Phil Kerpen
President
American Commitment

Grover Norquist
President
Americans for Tax Reform

Tom Schatz
President
Citizens Against Government Waste

Deborah Collier
Executive Director
Innovation and Technology Policy Center
Citizens Against Government Waste

Ashley Baker
Executive Director
The Committee for Justice

Gerard Scimeca
Chairman
Consumer Action for a Strong Economy

James Erwin
Executive Director
Digital Liberty

Bartlett D. Cleland
Executive Director
Innovation Economy Institute

Tom Giovanetti
President
Institute for Policy Innovation

Pete Sepp
President
National Taxpayers Union

Karen Kerrigan
President & CEO
Small Business &
Entrepreneurship Council

Ross Marchand
Executive Director
Taxpayers Protection Alliance

Casey Given
Executive Driector
Young Voices

---

modernize-media-former-senator-roy-blunt-missouri/; Nicholas G. Miller, *Nexstar to Buy Tegna for $6.2 Billion*, Wall St. J. (Aug. 19, 2025), https://www.wsj.com/business/deals/nextar-tegna-deal-talks-0e1d7524.

# WILKINSON EXHIBIT 51

## More from Variety

variety.com/2026/tv/news/fcc-abc-trump-speech-review-station-licenses-1236818342

Todd Spangler July 22, 2026

Jul 22, 2026 11:24am PT

### FCC Chair Says ABC's Decision to Not Broadcast Trump Speech Live Will Be Part of Agency's Review of Station Licenses



*Getty Images*

Are TV broadcasters obligated to carry the U.S. president's comments live on their government-licensed airwaves? The current head of the FCC indicated that he believes they are.

Brendan Carr, the Trump-appointed chairman of the FCC, said Wednesday that the agency will consider ABC's decision to not carry a live broadcast of President Donald Trump's July 16 speech about U.S. election security as part of its early review of licenses to eight ABC-owned stations.

In Trump's speech last Thursday, the president alleged U.S. elections had been "rigged and stolen." He claimed China had illegally accessed millions of voter files as part of a broader effort to manipulate U.S. elections in 2018 and 2020. During the speech Trump called out ABC and NBC for opting to not carry his remarks live — and said because of that, they should lose their broadcast TV licenses. It's a threat he has made numerous times in the past in various contexts. "In a rare move, NBC and ABC fake news have both said that they would not cover this speech. They knew what it was about," Trump said, as reported by Politico. "Fraud like this should mean a revocation of their licenses."

At a press conference Wednesday, Carr noted that the FCC has an open proceeding on the early review of ABC's station licenses to evaluate "whether they've been operating in the public interest," and "I'm sure that there are going to be points raised in that proceeding" about Disney/ABC's decision to not air Trump's speech.

"I think that when you have the president of the United States standing inside the White House delivering an important speech, I think that's something that broadcasters should be carrying," Carr said. The FCC chairman added that "we're going to hold all broadcasters" accountable to that same public-interest standard.

ABC declined to comment.

There is a long-established precedent for broadcast TV networks to not air speeches of U.S. presidents live at their discretion. At the FCC press conference, Anna Gomez, the agency's only Democratic commissioner, pushed back on Carr's assertion that broadcasters are compelled to carry a president's speech.

"I always have to be grounded in the fact that it is not for the FCC to tell broadcasters how to make their editorial decisions or what content to place on their networks or their local broadcast stations," Gomez said. "They have a First Amendment right to make those decisions. And in fact, it's censorship one way or another. If we tell them they can't broadcast something, that's censorship, and it's compelled speech if we tell them they have to do so. So there is nothing here that violates any rule or statutory provision with regard to these networks."

Gomez added, "I continue to say that this vague public interest standard is being used just to punish speech that this administration doesn't like and to reward speech that it does like. That's inappropriate, and it's contrary to the law and to the Constitution."

In April, the FCC's Media Bureau issued an unprecedented order forcing ABC to reapply for spectrum licenses for its eight owned-and-operated stations on an accelerated schedule. The move came just days after Trump called for Jimmy Kimmel to be fired over a joke the late-

night host made about First Lady Melania Trump. The FCC said the early ABC license review is pursuant to the agency's investigation into Disney and ABC's potential violations of discrimination rules via the media conglomerate's diversity, equity and inclusion (DEI) practices.

Disney subsequently submitted license-renewal applications for the eight ABC stations, which the company said it did "under protest in response to an unlawful, arbitrary, and unconstitutional order."

Last month, Disney launched a campaign across its stations urging viewers to share comments about the FCC's proceeding with the agency.

Also at Wednesday's press conference, Carr also spoke about the FCC's planned vote on eliminating the 39% TV station national ownership cap, saying it would allow local stations to "compete on a more level playing field" with national programmers with the additional benefit of "bringing back some of the balance to the broadcast airwaves."

# WILKINSON EXHIBIT 52

**Before the**
**FEDERAL COMMUNICATIONS COMMISSION**
**Washington, DC 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | MB Docket No. 26-131 |
| The Walt Disney Company, | ) | |
| American Broadcasting Company, | ) | |
| | ) | |
| KFSN-TV, Facility ID No. 8620 | ) | |
| KABC-TV, Facility ID No. 282 | ) | |
| KGO-TV, Facility ID No. 34470 | ) | |
| WLS-TV, Facility ID No. 73226 | ) | |
| WABC-TV, Facility ID No. 1328 | ) | |
| WTVD, Facility ID No. 8617 | ) | |
| WPVI-TV, Facility ID No. 8616 | ) | |
| KTRK-TV, Facility ID No. 35675 | ) | |

**OPPOSITION OF FORMER CHAIRS, COMMISSIONERS, CHIEFS OF STAFF, GENERAL COUNSELS, AND BUREAU CHIEFS TO PETITIONS TO DENY OF CENTER FOR AMERICAN RIGHTS & MEDIA RESEARCH CENTER**

Rachel Goodman
Janine M. Lopez
Conor S. Gaffney
Tobin Raju
**Protect Democracy Project**
2020 Pennsylvania Avenue NW
Suite 163
Washington, DC 20006
(202) 579-4582

Andrew Jay Schwartzman
**Andrew Jay Schwartzman, PLLC**
525 9th Street NW, Seventh Floor
Washington, DC 20004

Gigi Sohn
**G Squared Strategies**
3503 Alton Place NW
Washington, DC 20008

Berin Szóka
**TechFreedom**
1500 K Street NW, Floor 2
Washington, DC 20005

*Counsel for former FCC Chairs, Commissioners, Chiefs of Staff, General Counsels, and Bureau Chiefs*

**SUMMARY**

This early license renewal proceeding is unprecedented in the history of the Federal Communications Commission and a grave violation of both the Communications Act and the Constitution. Through this proceeding, the FCC seeks to censor Disney's and ABC's speech and send a chilling message to all broadcasters: carry speech we don't like at your peril. This opposition is submitted by a bipartisan group of former FCC Chairs, Commissioners, Chiefs of Staff, General Counsels, and Bureau Chiefs. The former FCC officials joining this opposition are identified in the accompanying addendum. These individuals served under both Republican and Democratic leadership. They all share a deep concern about the breadth of the content regulation and viewpoint discrimination at issue in this proceeding.

This renewal proceeding is the latest attack in a sustained campaign by Chairman Carr and the Trump administration of threatening legal sanctions against licensees whose speech President Trump dislikes. And although the purported justification for the early renewal proceeding is that it is in aid of a Commission investigation into unlawful employment discrimination, it is in fact an assault on free speech disguised as regulatory process.

We urge the Commission to terminate this improper early renewal proceeding and dismiss the petitions to deny the stations' renewal applications filed by the Center for American Rights ("CAR") and the Media Research Center ("MRC"). *First*, this proceeding is an alarming departure from agency practice that denies the stations meaningful due process. There was not one early renewal proceeding in our combined decades on the Commission, and the early license renewal process has not been invoked in more than 50 years. The Commission initiated the early renewal process of all eight ABC-owned-and-operated stations one day after the President and First Lady criticized ABC's Jimmy Kimmel for a joke he made about them. Public reporting and the notice establishing the procedures for this proceeding also suggest that the Chairman has

prejudged the outcome of this proceeding and that the Commission may assert the power to terminate the stations' licenses early. All this betrays that this proceeding is pretext for the Chairman's continued campaign of suppressing disfavored speech.

*Second*, the CAR and MRC petitions should be denied because they ask the Commission to implement a regime of content and viewpoint regulation that is prohibited by the First Amendment. Invoking the news distortion policy and equal opportunities requirement, these petitions ask the Commission to interfere with the stations' First Amendment-protected editorial discretion: word choices, fact-checks, time covering certain topics, personnel, and the licensees' perceived viewpoints. These are not legitimate subjects of FCC regulation. Indeed, the Supreme Court has repeatedly held that the government may not "un-bias" what it thinks is biased.[1] The news distortion policy has never authorized the type of interference with editorial discretion that the petitions call for. And, as a group of us argued in a separate petition, the policy is inherently vulnerable to abuse and should be repealed. Nor does the equal opportunities requirement permit investigation into whether, across all content, a licensee harbors partisan bias.

*Finally*, this proceeding must be viewed within the broader pattern of the Chairman's campaign to punish speech disfavored by the Trump administration. The Court recently warned against government attempts "to achieve its own conception of speech nirvana," and the use of threats and other means of coercion to suppress disfavored speech.[2] Yet that is precisely what this proceeding attempts to do. As former Chairs, Commissioners, Chiefs of Staff, General Counsels and Bureau Chiefs, we call on the Commission to respect the constitutional and congressional prohibitions on its "power of censorship" and terminate this proceeding.[3]

---

[1] *See, e.g.*, *Moody v. NetChoice, LLC*, 603 U.S. 707, 719 (2024).

[2] *Id.* at 742 (first quotation); *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175, 180 (2024).

[3] 47 U.S.C. § 326.

# TABLE OF CONTENTS


I. Introduction ........................................................ 1

II. This Early Renewal Proceeding Is an Extraordinary Departure from the Commission's Historical Practice and Precedent ........................................................ 3

A. Calling in Licenses for Early Renewal Is Virtually Unprecedented ........................................................ 3

B. Despite the FCC's Talk of "Early Renewal," the Bureau's Public Notice Contemplates Terminating ABC's Licenses Early, which the Commission Cannot Do Without Justification ........................................................ 7

C. The Commission Is Not Empowered to Police Allegations of Media "Bias," Contrary to the Arguments in Certain Petitions to Deny ........................................................ 8

1. The News Distortion Policy Is Exceptionally Narrow Because of the First Amendment Interests at Stake ........................................................ 10

2. The News Distortion Policy Should Be Repealed ........................................................ 14

3. The Equal Opportunities Requirement Does Not Permit the Commission to Impede on Broadcasters' Editorial Discretion ........................................................ 16

III. This Proceeding Is the Latest Development in the Chairman's Campaign to Censor Disfavored Speech and Advance the President's Personal Interests ........................................................ 18

IV. Conclusion ........................................................ 22

ADDENDUM ........................................................ 24

## I. <u>Introduction</u>

The "fixed star of our constitutional constellation" is "that no official, high, or petty, can prescribe what shall be orthodox in politics . . . or other matters of opinion."[4] The First Amendment thus prohibits government officials from deciding "what counts as the right balance of private expression—to 'un-bias' what it thinks biased, rather than to leave such judgments to speakers and their audiences."[5] Nor may the government rely on the "threat of invoking legal sanctions and other means of coercion to achieve the suppression of disfavored speech."[6]

Accordingly, Congress barred the Commission from exercising any "power of censorship," or promulgating any "regulation or condition" that interferes with free speech.[7] The Commission itself has recognized that "[t]he First Amendment, as well as Section 326 of the Communications Act, prohibits the Commission from censoring broadcast material and from interfering with freedom of expression in broadcasting."[8] The Commission has also long acknowledged the risks to free expression and a free press created by its "news distortion" policy—a policy that has never been formally codified—as well as the equal opportunities requirement of Section 315. To mitigate those constitutional concerns, the Commission has construed the news distortion policy and equal opportunities requirement exceptionally narrowly and refrained from using license renewal as a cudgel to infringe upon speech—until this administration.

---

[4] *W. Va. State Bd. of Educ. v. Barnette*, 319 U.S. 624, 642 (1943).

[5] *Moody*, 603 U.S. at 719.

[6] *Vullo*, 602 U.S. at 189 (citation modified).

[7] 47 U.S.C. § 326; *see also* Federal Radio Act of 1927, Pub. L. No. 69-632, § 29, 44 Stat. 1162, 1172–73.

[8] FCC, *The Public and Broadcasting* 10 (Sep. 2021), http://bit.ly/4hAg9Ho.

The petitions to deny filed by CAR and MRC invite the Chairman to take his assault on free speech even further. This early renewal proceeding was initiated one day after an ABC late-night host drew the ire of President Trump and First Lady Melania Trump. And, in virtually unprecedented fashion, it calls for the review of all eight ABC-owned licenses, which would not have been up for renewal until 2028 at the earliest. The Commission appears to envision terminating ABC's licenses years early and making spectrum currently licensed to ABC available to others.

The Commission's departures from its longstanding practice and precedent are especially troubling when understood as one piece of the Chairman's much broader pressure campaign. This administration has repeatedly (and unlawfully) said that broadcasters could lose their licenses for continuing to speak in ways the President considers unfavorable. Initiating this retaliatory early renewal proceeding forces ABC to participate in a burdensome review process and potentially endure years of uncertainty about the status of its licenses. The Commission's action here signals to other broadcasters that they, too, may be subject to early renewal proceedings if they speak in ways that displease the President.

We urge the Commission to terminate these early renewal proceedings and lift the pall of state censorship it has cast over American broadcasting. In doing so, the agency should reaffirm its foundational and long-held commitment to free speech, a cherished American value. Any other path violates the First Amendment.

## II. <u>This Early Renewal Proceeding Is an Extraordinary Departure from the Commission's Historical Practice and Precedent</u>

### A. Calling in Licenses for Early Renewal Is Virtually Unprecedented

License renewal is a systematic administrative process in which broadcast licensees ordinarily file an application for renewal every eight years. The Commission must grant a license renewal application if it finds that the station, in the preceding term, has "served the public interest, convenience, and necessity"; there have been no "serious violations by the licensee of . . . the rules and regulations of the Commission"; and there have been no other violations "which, taken together, would constitute a pattern of abuse."[9] Thus in 1996, Congress adopted Section 309(k), which codified the presumption of renewal previously recognized by the Supreme Court: a licensee that "has given meritorious service has a 'legitimate renewal expectanc[y]' that is 'implicit in the structure of the Act' and should not be destroyed absent good cause."[10]

The Commission last renewed the eight licenses at issue in this proceeding between December 10, 2020 and September 25, 2024 for terms that will not expire until 2028 to 2031.[11] On April 23, 2026, the late night talk show host Jimmy Kimmel made a joke about President Trump and First Lady Melania Trump.[12] Following an attempted shooting at the White House Correspondents Dinner, on April 27, 2026, the President and First Lady both criticized Kimmel

---

[9] 47 U.S.C § 309(k)(1); *Broadcast Television License Renewals by Date*, FCC, https://www.fcc.gov/media/television/broadcast-television-license-renewal-dates-by-date.

[10] *FCC v. Nat'l Citizens Comm. for Broad.*, 436 U.S. 775, 805 (1978) (alteration in original) (quoting *Greater Bos. Television Corp. v. FCC*, 444 F.2d 841, 854 (D.C. Cir. 1970)).

[11] 47 C.F.R. § 73.1020.

[12] Shawn McCreesh, *President and First Lady Demand ABC Fire Jimmy Kimmel Over 'Widow' Joke*, N.Y. Times (Apr. 27, 2026), https://www.nytimes.com/2026/04/27/us/politics/trump-jimmy-kimmel-abc-widow-joke.html.

and called for his removal by ABC.[13] One day later, the FCC issued a virtually unprecedented order calling up the licenses of all eight ABC-owned-and-operated stations for early renewal proceedings.[14] The early renewal order directed ABC to file license renewals for all eight of its licensed stations within thirty days.[15] Stations typically know when an application for renewal will be due years in advance, which provides adequate time to compile a complete record demonstrating the stations' service in the public interest over the prior license term. The early renewal order denied the stations that opportunity and is highly prejudicial to their renewal efforts.[16]

The purported justification for this alarming departure from agency process is the Commission's investigation of ABC stations for possible violations of the "agency's prohibition on unlawful discrimination."[17] But the timing of the Kimmel joke, the President's criticism, and the subsequent renewal order impacting all ABC-owned-and-operated stations betray that the offered justification is pretext for the Chairman's continued campaign of suppressing disfavored speech. As the stations' objections to the early renewal proceedings correctly explain in detail, the "information solicited by the license renewal application" is neither relevant to, nor

---

[13] Donald J. Trump (@realDonaldTrump), Truth Social (Apr. 27, 2026, at 1:26 PM ET), https://truthsocial.com/@realDonaldTrump/posts/116477838570626860; Melania Trump (@MelaniaTrump), Truth Social (Apr. 27, 2026, at 10:21 AM ET), https://truthsocial.com/@MelaniaTrump/posts/116477113100031370.

[14] Walt Disney Company, DA 26-416, 2026 WL 1284545 (FCC Apr. 28, 2026), https://docs.fcc.gov/public/attachments/DA-26-416A1.pdf ("early renewal order").

[15] *Id.*

[16] The Media Bureau also denied the stations' request for a 60-day extension without explanation. WABC Television (New York), LLC (WABC-TV), FCC Form 2100, Schedule 303-S, Objection to Unlawful Early Renewal, at 16 (May 28, 2026), https://perma.cc/Y4MT-5Z2A.

[17] Early Renewal Order ¶ 1.

"'essential to the proper conduct of' the ongoing investigation."[18] The license renewal application does not request information on employment issues, and Disney-ABC had been timely responding to the Commission's letters of inquiry.[19] Indeed, only after the early renewal order was issued did the Commission identify any purported deficiencies in ABC's responses.[20] Public reporting suggests that Chairman Carr has indicated that he has already prejudged the outcome of this matter—before any oppositions to the petitions to deny have been submitted.[21] That a Chair would foreshadow a result long before the pleading cycle concludes is unheard of. If accurate, this only confirms that the stations are being denied any meaningful due process in the proceedings and that the early renewal order was mere pretext for punishing Disney and ABC for its protected speech.

The demand for early license renewal is virtually unprecedented as the Commission has invoked a provision that—until April—had not been used in more than 50 years.[22] The "Commission has always been circumspect in its discretionary use of the callup procedure."[23]

---

[18] *See, e.g.*, WABC Television (New York), *supra* note 16, at 12.

[19] *Id.* at 11–12.

[20] *Id.* at 12.

[21] Kelcee Griffis, *FCC Nearing Rulings Against Disney Over 'The View,' TV Licenses*, Bloomberg (July 15, 2026), https://www.bloomberg.com/news/articles/2026-07-15/fcc-nearing-rulings-against-disney-over-the-view-tv-licenses (reporting that the FCC is preparing to escalate the license reviews to an "internal judicial review").

[22] The day before the ABC early renewal order was issued, the Commission called for early renewal of licenses held by Bridge News, LLC. *See Bridge News, LLC*, DA 26-413, 2026 WL 1383752 (FCC Apr. 27, 2026), https://docs.fcc.gov/public/attachments/DA-26-413A1.pdf; Kelcee Griffis & Saijel Kishan, *ABC License Renewal Call Surprised FCC Staff and Shattered Norms*, Bloomberg (Apr. 29, 2026), https://news.bgov.com/bloomberg-government-news/abc-license-renewal-call-surprised-fcc-staff-and-shattered-norms. Before then, the Commission had not called for early renewal since 1972. *See Leflore Broad. Co.*, 36 F.C.C.2d 101, 104 (1972).

[23] *Thomas*, 17 F.C.C.2d 375, 380 (1969).

Early renewals are only to be sought under compelling circumstances, which are absent here.[24] There was not one early renewal proceeding in our combined decades on the Commission—even before the 1996 amendments[25] significantly streamlined the renewal process by eliminating the comparative renewal hearing for broadcast licenses and permitting the extension of license terms to eight years. This wouldn't be the first time the Chairman has "used the Media Bureau to take actions that are inconsistent with longstanding Commission precedent that violate both the Communications Act and the First Amendment," as Commissioner Gomez noted in her statement on the Bureau's dismissal of a petition submitted by a group of us seeking repeal of the news distortion policy.[26]

The CAR petition attempts to support the unprecedented early renewal order by comparing it to the last time the Commission called for an early renewal. But that case in no way supports what here amounts to nothing less than an abuse of process. In *Leflore Broadcasting*, the Commission called for early renewal proceedings of a license where there were possible intentional misrepresentations in the licensee's prior renewal application.[27] There, Leflore's renewal application pledged to meet certain programming needs of the community; eight months later, Leflore notified the Commission that it would not meet those programming needs.[28] The

---

[24] *See, e.g.*, *Stangland*, 9 F.C.C.2d 683, 684 (1967) (explaining the Commission's "practice of not requiring the filing of early renewal applications absent some compelling reason"); *KNOK Broad., Inc.*, 29 F.C.C.2d 47, 50 (1971) (finding no compelling reason for demanding an early renewal application); *RKO Gen., Inc.*, 1 FCC Rcd. 1081, 1085 (1986).

[25] Telecommunications Act of 1996, Pub. L. No. 104-104, § 204(a), 110 Stat. 56, 113.

[26] *See* Statement, Anna Gomez, Comm'r, FCC, On Media Bureau Summary Dismissal of Petition to Repeal the News Distortion Policy (July 1, 2026), https://docs.fcc.gov/public/attachments/DOC-422758A1.pdf.

[27] *Leflore Broad. Co.*, 36 F.C.C.2d at 104.

[28] *Id.* at 102 ¶¶ 3–4.

Commission then ordered Leflore to file its renewal application early so, in part, the Commission could determine whether Leflore had made misrepresentations to the Commission in its 1970 application or in subsequent statements.[29] The Commission explicitly declined to address allegations of employment discrimination.[30]

The Leflore early renewal proceeding has no bearing here, where there is no allegation of misrepresentation in ABC's prior applications and the focus of the inquiry appears to be ABC's First Amendment-protected editorial discretion. The purpose of a renewal proceeding is to assess whether a licensee has complied with the Commission's rules—not whether the licensee has achieved what the agency considers the right balance of speech.

### B. Despite the FCC's Talk of "Early Renewal," the Bureau's Public Notice Contemplates Terminating ABC's Licenses Early, which the Commission Cannot Do Without Justification

The public notice establishing the procedures for the early renewal applications suggests that the Commission may assert the power to terminate licenses early merely by ordering an early application for renewal: if "the FCC [should] issue an order denying a license renewal application," it would "make the former licensee's channel available to other interested parties."[31] To the extent the Commission pursues the termination of ABC's licenses, it bears "both the burden of proceeding with the introduction of evidence and the burden of proof."[32] The Notice does not mention Section 312, which permits license revocation in certain

---

[29] *Id.* at 104 ¶ 12.

[30] *Id.* at 103–104 ¶ 9.

[31] FCC's Media Bureau Establishes Pleading Cycle and Ex Parte Procedures for the Early Renewal Applications of the Walt Disney Company's ABC Licenses, DA 26-541, at 2, 2026 WL 1878649, at *2 (FCC May 29, 2026) (public notice); *see also id.* n.16 ("Pending the outcome of the proceeding the licenses continue to remain in effect.").

[32] 47 U.S.C. § 312(d) (governing license revocation).

circumstances—undoubtedly because the Commission cannot carry that burden. Thus, the Notice puts a veneer of legal process onto the President's repeated threats of "revoking" broadcast licenses while ignoring the safeguard Congress provided to avoid abuse of that power.

### C. The Commission Is Not Empowered to Police Allegations of Media "Bias," Contrary to the Arguments in Certain Petitions to Deny

CAR and MRC urge the Commission to deny renewal because of alleged partisan bias in ABC's programming.[33] Both petitions seek a stunning—and plainly unconstitutional—expansion of the Commission's role. They ask the Commission to embroil itself in the stations' editorial choices: for example, supposedly refusing to mention the national debt during the government shutdown;[34] the amount of time the stations dedicated to covering pandemic relief fraud[35] and the reduction in border crossings;[36] decisions about who moderates and fact-checks presidential debates;[37] and even specific word usage.[38] (Chairman Carr has also asserted that an NBC broadcast referring to Kilmar Ábrego Garcia—whom the administration had wrongfully deported to a notorious prison in El Salvador—as a "Maryland man" is news distortion).[39] None of these are legitimate subjects of FCC regulation: the First Amendment prohibits government officials

---

[33] Petition to Deny of the Center for American Rights at 9–32, Walt Disney Co., No. 26-131 (FCC Jun. 29, 2026), https://www.fcc.gov/ecfs/document/26109956621/1 ("CAR Petition"); Petition to Deny of the Media Research Center, Walt Disney Co., No. 26-131 (FCC Jun. 29, 2026), https://www.fcc.gov/ecfs/document/26109953821/8 ("MRC Petition").

[34] MRC Petition, *supra* note 33, at 15.

[35] *Id.* at 13.

[36] CAR Petition, *supra* note 33, at 15.

[37] MRC Petition, *supra* note 33, at 7.

[38] CAR Petition, *supra* note 33, at 9.

[39] Brendan Carr (@BrendanCarrFCC), X (Apr. 16, 2025, at 6:58 PM ET), https://perma.cc/Z2VG-XUSR.

from deciding "what counts as the right balance of private expression—to 'un-bias' what it thinks biased."[40]

The CAR and MRC petitions ask the Commission to implement a regime of content regulation that is far more intrusive than what was permitted under the now-repealed fairness doctrine.[41] The fairness doctrine required each broadcaster, in its overall programming, to provide differing viewpoints on controversial matters of public importance.[42] The petitioners ask the Commission to dictate specific coverage decisions for any issue they believe is political or partisan.

Any authority now available to the Commission to review allegations of "bias" is primarily rooted in the news distortion policy. But that policy is very narrow. It has never authorized the kind of sweeping inquiry into editorial decisionmaking that petitioners ask the Commission to undertake here. And in any event—as a group of us have argued in a special petition seeking to repeal the news distortion policy that is currently subject to mandamus proceedings in the D.C. Circuit[43]—it is long past time for the Commission to abandon the news distortion policy altogether. This proceeding underscores the concerns we raised. The policy is

---

[40] *See Moody*, 603 U.S. at 719.

[41] *Syracuse Peace Council*, 2 FCC Rcd. 5043, 5049–50 (1987) ("[T]he fairness doctrine in operation disserves both the public's right to diverse sources of information and the broadcaster's interest in free expression . . . it results in excessive and unnecessary government intervention into the editorial processes of broadcast journalists."), *aff'd*, *Syracuse Peace Council v. FCC*, 867 F.2d 654, 656 (D.C. Cir. 1989) (affirming repeal of the fairness doctrine).

[42] *Syracuse Peace Council*, 2 FCC Rcd at 655.

[43] Petition for Special Relief in the Matter of Repeal of the News Distortion Policy (FCC Nov. 13, 2025), https://protectdemocracy.org/wp-content/uploads/2025/11/News-Distortion-Petition-for-Special-Relief.pdf. That petition is now the subject of a petition for a writ of mandamus to compel a substantive response from the FCC. *In re: Radio Television Digit. News Ass'n*, No. 26-1099 (D.C. Cir. May 20, 2026) (per curiam order for FCC to respond to petition).

inherently dangerous and vulnerable to partisan abuse. It chills broadcast speech and serves no legitimate purpose, as the Supreme Court has emphatically affirmed that there is no role for the government in "un-biasing" the media.[44]

#### 1. The News Distortion Policy Is Exceptionally Narrow Because of the First Amendment Interests at Stake

Despite assertions by CAR, MRC, and the Chairman to the contrary, the exercise of editorial discretion by the press, including broadcasters, is protected by the First Amendment. Over fifty years ago, in *Miami Herald Publishing Company v. Tornillo*, the Supreme Court struck down a Florida law requiring newspapers that published pieces critical of political candidates to provide space for the candidate to respond, holding that the law violated the First Amendment "because of its intrusion into the function of editors."[45] Both the "choice of material to go into a newspaper" and the newspaper's "treatment of public issues and public officials—whether fair or unfair—constitute the exercise of editorial control and judgment."[46] The Supreme Court has recently reaffirmed these principles.[47] Allowing the government to regulate or control this editorial discretion violates the First Amendment.

The Supreme Court has extended these First Amendment protections to broadcasters, holding that their "expression of editorial opinion on matters of public importance . . . is entitled to the most exacting degree of First Amendment protection."[48] For broadcasters, no less than for

---

[44] *Moody*, 603 U.S. at 733 ("[I]n case after case, the Court has barred the government from forcing a private speaker to present views it wished to spurn in order to rejigger the expressive realm.").

[45] 418 U.S. 241, 258 (1974); *see also Pittsburgh Press Co. v. Pittsburgh Comm'n on Hum. Rels.*, 413 U.S. 376, 391 (1973); *Passaic Daily News v. NLRB*, 736 F.2d 1543, 1557 (D.C. Cir. 1984).

[46] *Tornillo*, 418 U.S. at 258.

[47] *Moody*, 603 U.S. at 719.

[48] *FCC v. League of Women Voters of Cal.*, 468 U.S. 364, 375–76 (1984).

other media, "the editorial function itself is an aspect of speech."[49] The Court has made clear that the First Amendment requires the Commission to minimize the risk of expanding "[g]overnment control over the content of broadcast discussion of public issues."[50] Not only must "[g]overnment regulation over *the content* of program broadcasting [] be narrow," but "broadcast licensees must retain abundant discretion over programming choices."[51]

Since Congress first created the Federal Radio Commission, the FCC's predecessor, in 1927, it has been cautious of the danger that content-based regulation could pose to the marketplace of ideas.[52] Congress has specified that nothing should be "construed to give the Commission the power of censorship" and that the Commission should create no "regulation or condition . . . which shall interfere with the right of free speech."[53] At the same time, the Commission is statutorily required to ensure that licensees operate in the public interest,[54] a standard that, as the Supreme Court has put it, "necessarily invites reference to First Amendment principles."[55]

---

[49] *Denv. Area Educ. Telecomms. Consortium, Inc. v. FCC*, 518 U.S. 727, 737 (1996) (citation modified); *see also Ark. Educ. Television Comm'n v. Forbes*, 523 U.S. 666, 674 (1998).

[50] *Columbia Broad. Sys., Inc. v. Democratic Nat'l Comm.*, 412 U.S. 94, 126 (1973).

[51] *Turner Broad. Sys., Inc. v. FCC*, 512 U.S. 622, 651 (1994) (emphasis added).

[52] Federal Radio Act of 1927, Pub. L. No. 69-632 § 29, 44 Stat. 1162, 1172 (denying the Federal Radio Commission the power to censor the content of programs).

[53] *See id.*; 47 U.S.C. § 326 (incorporating the anticensorship provisions of the Federal Radio Act of 1927); *see also Columbia Broad. Sys.*, 412 U.S. at 102 ("Balancing the various First Amendment interests involved in the broadcast media and determining what best serves the public's right to be informed is a task of [] great delicacy and difficulty.").

[54] 47 U.S.C. § 303(y)(2)(A).

[55] *Columbia Broad. Sys.*, 412 U.S. at 122.

In this context, the Commission's news distortion policy—never codified as a formal rule or regulation—has respected guardrails necessary to protect free speech.[56] As the Commission noted in a seminal opinion, it does not "sit as a review body of the 'truth' concerning news events."[57]

In light of the First Amendment concerns and the statutory obligation to avoid censorship, the Commission has narrowly circumscribed its authority to intervene in cases of alleged news distortion.[58] The test is generally understood to have four elements.[59] First, the Commission will only act on allegations of "*deliberate* distortion," as distinct from "mere inaccuracy or difference of opinion."[60] Second, the Commission will act only if there is extrinsic evidence (*i.e.*, beyond the broadcast itself) demonstrating that the broadcaster deliberately distorted or staged the news.[61] Third, the distortion must apply to a "significant event," rather

---

[56] Joel Timmer, *Potential FCC Actions against Fake News: The News Distortion Policy and the Broadcast Hoax Rule*, 24 Commc'ns L. & Pol'y 1, 43–46 (2019).

[57] *Network Coverage of the Democratic National Convention*, 16 F.C.C.2d 650, 655 (1969).

[58] Timmer, *supra* note 56, at 43–46; *see also CBS Program "Hunger in America,"* 20 F.C.C.2d 143, 151 (1969) ("We will therefore eschew the censor's role, including efforts to establish news distortion in situations where Government intervention would constitute a worse danger than the possible rigging itself.").

[59] Chad Raphael, *The FCC's Broadcast News Distortion Rules: Regulation by Drooping Eyelid*, 6 Commc'ns L. & Pol'y 485, 495–96 (2001); *see also Serafyn v. FCC*, 149 F.3d 1213, 1216–17 (D.C. Cir. 1998).

[60] *Galloway v. FCC*, 778 F.2d 16, 20 (D.C. Cir. 1985) (emphasis added); *Hunger in America*, 20 F.C.C.2d at 150-51.

[61] *Hunger in America*, 20 F.C.C.2d at 150 ("For the Commission to investigate mere allegations, in the absence of a material indication of extrinsic evidence of staging or distortion, would clearly constitute a venture into a quagmire inappropriate for this Government agency."); *Screen Gems Stations, Inc.*, 46 F.C.C.2d 252, 257 (1974) ("Because of First Amendment considerations, we believe it is inappropriate for us to make inquiry into this sensitive area in the absence of extrinsic evidence . . . . Our role in this area is, therefore, very limited and the licensee's discretion is commensurately broad.").

than minor inaccuracies or incidental aspects of the report.[62] And finally, the Commission will consider taking action on the broadcaster's license only if the extrinsic evidence shows the distortion involved the "principals, top management, or news management" of the licensee, as opposed to other employees.[63] None of the examples identified in the CAR and MRC petitions satisfy this test.

In other words, because the Constitution and statute forbid the Commission from examining broadcasters' presentation of news as a censor, the Commission has always underscored that "mere inaccuracy or difference of opinion" cannot constitute a news distortion violation.[64] The news distortion policy is not an invitation to "question the legitimate editorial decisions" of broadcasters or dispute the accuracy of their reporting.[65] By confining the policy's scope in these ways, the Commission has been able to ensure its fidelity to free speech principles regardless of the opinions or ideologies of its current leadership.

Given these strict requirements, the Commission has very rarely found sanctionable news distortion. According to academic analyses, the Commission issued findings of liability on news distortion in just eight cases between 1969 and 2019—and in fact in just *one* case between 1982 and 2019.[66] None of the cases that found news distortion concerned the way a broadcaster had

---

[62] *Galloway*, 778 F.2d at 20.

[63] *Hunger in America*, 20 F.C.C.2d at 150.

[64] *Galloway*, 778 F.2d at 20.

[65] *Id.*

[66] Raphael, *supra* note 59, at 501; Timmer, *supra* note 56, at 18–19 (noting in only three cases did the FCC revoke licenses, all of which involved multiple violations involving more than news distortion).

exercised its editorial discretion in choosing what news to cover and how to cover it. Instead, each case involved egregious misconduct, including the wholesale fabrication of news stories.[67]

### 2. The News Distortion Policy Should Be Repealed

CAR and MRC urge the Commission to deny renewal because of alleged partisan bias in ABC's programming.[68] Both petitions ask the Commission to scrutinize and second-guess ABC's editorial decisions at the microscopic level—word choices, fact-checks, the number of minutes spent covering particular topics, even personnel. These petitions only underscore the danger created by failing to repeal the news distortion policy.

There are at least five independent reasons for repealing the news distortion policy in full, which a group of us have detailed in prior filings.[69] *First*, the news distortion policy's purpose—to eliminate bias in the news—is not a legitimate government interest. As the Court recently put it, the government has no authority to "'un-bias' what it thinks biased."[70]

*Second*, application of the news distortion policy separately violates the First Amendment because of its chilling effect on broadcaster speech. This rationale was one of the bases for the Commission's repeal of the fairness doctrine, counterpart to the news distortion policy, in 1987.[71] During the first Trump Administration, Chairman Ajit Pai echoed these concerns in rejecting a request to investigate a broadcaster over news distortion allegations: "I can hardly

---

[67] *See* Former Comm'r Rachelle B. Chong, et al., Comment Letter on In Re News Distortion Complaint Involving CBS Broadcasting Inc., at 10-12, MB Docket No. 25-73 (Mar. 26, 2025), https://perma.cc/Q5SG-WL2H.

[68] CAR Petition to Deny, *supra* note 33, at 9–32; MRC Petition to Deny, *supra* note 33, at 6–12.

[69] *See* Petition for Special Relief in the Matter of Repeal of the News Distortion Policy, *supra* note 43, at 6–15; Petition for Writ of Mandamus at 13–15, *In re: Radio Television Digit. News Ass'n*, No. 26-1099 (D.C. Cir. Apr. 28, 2026).

[70] *Moody*, 603 U.S. at 719.

[71] *See Syracuse Peace Council*, 2 FCC Rcd. at 5049–50.

think of an action more chilling of free speech than the federal government investigating a broadcast station because of disagreement with its news coverage or promotion of that coverage."[72]

*Third*, the news distortion policy has shown itself to be susceptible to partisan weaponization. The Commission, at the direction of the Chairman, has enforced the news distortion policy selectively against broadcasters and coverage the current administration disfavors.[73]

*Fourth*, the news distortion policy is overly vague. Violations of the policy could place a broadcaster's very license at risk, yet the basic contours of the policy remain entirely unclear. As the National Association of Broadcasters has pointed out, the Commission's news distortion decisions do not even offer a "clear definition of what programming constitutes 'news'" and can therefore be challenged as allegedly distorted or slanted.[74]

*Fifth*, the news distortion policy serves no critical regulatory purpose. The Commission's broadcast hoax rule, which proscribes a narrower set of false speech,[75] provides adequate authority to the Commission to regulate dangerous broadcasts and rests on distinct, valid government interests regarding public safety, not balance or bias. In light of that rule, the news distortion policy is unnecessary.

---

[72] Letter from Ajit V. Pai, Chairman, FCC, to the Honorable Bernard Sanders, Senator, U.S. Senate (April 12, 2018), https://docs.fcc.gov/public/attachments/DOC-350372A1.pdf.

[73] *See* Petition for Special Relief in the Matter of Repeal of the News Distortion Policy, *supra* note 43, at 11-12.

[74] National Association of Broadcasters, Comment Letter on In re News Distortion Complaint Involving CBS Broadcasting Inc. at 18 (Mar. 7, 2025), https://www.nab.org/documents/filings/f-130-57-16634574_Ya8eeriW_News_Distortion_Comments_3-7-25.pdf.

[75] 47 C.F.R. § 73.1217.

### 3. The Equal Opportunities Requirement Does Not Permit the Commission to Impede on Broadcasters' Editorial Discretion

CAR attempts to frame the equal opportunities statute, Section 315, as a freestanding source of authority for the Commission to penalize broadcasters for advancing so-called partisan interests.[76] The statute creates no such roving authority, and if it did allow the Commission such discretion to assess the quantum of partisanship on the airwaves, it would raise the same serious constitutional issues as the news distortion policy.

Section 315 provides that if a broadcaster allows a candidate to "use" its station, it "shall afford equal opportunities" to all the other candidates for that same office.[77] Excluded from this requirement is any "bona fide newscast, bona fide news interview, bona fide news documentary, or on-the-spot coverage of bona fide news events (including but not limited to political conventions and activities incidental thereto)."[78]

Nothing about the statutory regime affords the Commission free-range authority to investigate whether, across all coverage, a licensee harbors a partisan bias.[79] Section 315 applies only to appearances by "legally qualified candidate[s] for any public office"—not all guests or coverage. Moreover, because broadcasters' editorial discretion is protected by the First Amendment, any content-based restriction on that discretion must be narrowly tailored.[80] For that reason, the exemptions to the equal opportunities requirement have been interpreted broadly

---

[76] CAR Petition, *supra* note 33, at 7-8.

[77] 47 U.S.C. § 315(a). The Commission has implemented the "shall afford" provision by adopting 47 C.F.R. § 73.1941(c), which establishes a 7 day deadline within which legally qualified opposing candidates can assert their rights to "equal opportunities." Thus, it is up to opposing candidates to seek equal opportunities and seek redress if it isn't provided. It is not the Commission's role to independently determine who deserves equal time and who does not.

[78] 47 U.S.C. § 315(a).

[79] *Id.*

[80] *Columbia Broad. Sys.*, 412 U.S. at 124–26; *League of Women Voters*, 468 U.S. at 380.

to avoid any constitutional conflicts.[81] The Commission has long exempted appearances on bona fide newscasts, news interviews, news documentaries, and coverage of developing news events. The Commission has justified these exemptions, explaining that, "[b]y amending Section 315 to include four categories of exempt news programming, Congress contemplated and intended to encourage increased news coverage of political campaign activity."[82] The Commission has also explained that "Congress was prepared to give substantial discretion to the good faith news judgments of broadcast licensees."[83] These exemptions help keep Section 315 consistent with the First Amendment.

However, petitioner CAR and the Chairman push a new interpretation of Section 315 that effectively coerces television[84] talk shows to seek pre-approval from the FCC to obtain a declaratory ruling that they qualify for the bona fide news exemption to decrease their risk of

[81] *Multimedia Ent., Inc.*, 56 Pike & Fischer 2d 143, 146 (1984) (exempting The Phil Donahue Show from the equal time requirement); *Multimedia Ent., Inc.*, 9 FCC Rcd. 2811, 2811 (1994) (same for The Jerry Springer Show); *ABC, Inc.*, 15 FCC Rcd. 1355 (1999) (same for Politically Incorrect with Bill Maher); *Angelides for Governor Campaign*, 21 FCC Rcd. 11919, 11919 (2006) (same for interviews with political candidates on The Tonight Show); *Infinity Broad. Operations Inc*., 18 FCC Rcd. 18603, 18604 (2003) (same for news interviews with political candidates on The Howard Stern Show); Petition for Declaratory Ruling § III-B, 27–29 (FCC May 7, 2026), https://www.fcc.gov/ecfs/search/search-filings/filing/10522087167981 (petition requesting same for news interviews with political candidates on The View).

[82] *Multimedia Ent., Inc.*, 56 Pike & Fischer 2d at 143 ¶ 4; *Codification of the Commission's Political Programming Policies*, 7 FCC Rcd. 678, 683–84 (1991).

[83] *Multimedia Ent., Inc.*, 56 Pike & Fischer 2d at 143 ¶ 4.

[84] Notably, neither Chairman Carr nor CAR explain why, as a matter of law, television interviews are different from radio interviews. Section 315 makes no such distinction. *See Angelides for Governor Campaign*, 21 FCC Rcd 11,919, 11,923 (2006) (quoting *Request for Declaratory Ruling By Paramount Pictures Corporation*, 3 FCC Rcd 245, 245–46 (1988)); TechFreedom, Comment Letter for *Disney's ABC Asking the FCC to Declare that The View Qualifies as a Bona Fide News Interview Program* 29, MB Docket No. 26-124, at 36–38 (June 22, 2026), https://techfreedom.org/wp-content/uploads/2026/06/TechFreedom-Comments-ABC-Petition-on-The-View.pdf.

running afoul of Section 315.[85] This interpretation has already chilled speech (broadcaster interviews of political candidates) in advance of the 2026 midterm elections—contrary to Congress's intention to "encourage increased news coverage of political campaign activity" by "giv[ing] substantial discretion to the good faith news judgments of broadcast licensees.[86] The equal opportunities requirement cannot legally be deployed to punish the perceived viewpoints of licensees, their programming, or their employees.

Even if CAR's reinterpretation of Section 315 had any validity, CAR's allegations would fall far short of the high burden for denial established by Section 309(k). Under Section 309(k), a petitioner must demonstrate "serious violations" by the licensee or violations, which, taken together, "constitute a pattern of abuse."[87] CAR does not—and could not—demonstrate that a few isolated purported violations of Section 315 satisfy that requirement.

## III. <u>This Proceeding Is the Latest Development in the Chairman's Campaign to Censor Disfavored Speech and Advance the President's Personal Interests</u>

The power to license the airwaves is "fraught with such great possibilities that it should not be entrusted to any one man nor to any administrative department of the Government."[88] Congress made clear that the Commission's authority did not include "the power of censorship" or the ability to interfere with the free speech rights of broadcasters.[89] As Chairs, Commissioners, Chiefs of Staff, General Counsels, and Bureau Chiefs, we recognized the importance of those limitations to the health of the American marketplace of ideas and abided by them.

---

[85] TechFreedom Comment Letter, *supra* note 84, at 29–32.

[86] *Multimedia Ent., Inc.*, 56 Pike & Fischer 2d at 143 ¶ 4.

[87] 47 U.S.C. § 309(k).

[88] S. Rep. No. 69-772, at 2 (1926).

[89] 47 U.S.C. § 326.

Today, the Chairman loudly embraces the White House's demands to suppress disfavored content and wields the Commission's authority in increasingly dangerous ways. In numerous public appearances, he has aligned himself with the President's agenda of taking on the "fake news media." He has criticized ABC and other broadcasters for not being fair in their coverage of Republicans or President Trump.[90] The current campaign against ABC illustrates the lengths to which the Chairman will go to suppress coverage and commentary that the President dislikes.

The President has long criticized ABC and other national networks and programmers. In February 2026, the President posted on social media that the "Fake News National TV Networks" were "THE ENEMY."[91] The Chairman reposted that statement and added: "President Trump is exactly right. The national networks like Comcast & Disney have amassed too much power."[92] This kind of rhetoric from a sitting Chair would have been unthinkable during our tenures and should remain unthinkable today.

On the campaign trail, Trump called for ABC's licenses to be revoked because he believed a presidential debate had been unfair—a claim repeated by CAR in its petition to deny.[93] One of the Chairman's first actions upon assuming office was to reopen a complaint against ABC and an affiliate on this very topic—sending a message to broadcasters that they

[90] Ryan Mancini, *FCC's Brendan Carr: Trump is 'winning' against 'fake news media'*, Hill (Mar. 28, 2026), https://thehill.com/homenews/media/5805710-brendan-carr-fcc-donald-trump-media-feud-cpac/.

[91] Gregory Svirnovskiy, *Trump strains conservative media alliances in push for Nexstar-Tegna merger*, Politico (Feb. 7, 2026), https://www.politico.com/news/2026/02/07/trump-nexstar-tegna-merger-00770466.

[92] Ted Johnson, *Donald Trump Endorses Nexstar-Tegna Merger, And FCC Chair Responds: "Let's Get It Done,"* Deadline (Feb. 7, 2026), https://deadline.com/2026/02/trump-endorses-nexstar-tegna-merger-1236712070.

[93] CAR Petition, *supra* note 33, at 7.

would face consequences for airing content that the President dislikes.[94] Earlier this month, President Trump again demanded that ABC's and NBC's broadcast licenses be revoked—this time for declining to air his primetime speech from the White House.[95] CAR has argued that the stations' decision not to air that speech should be reviewed as part of this proceeding and the Chairman has said that the stations' decision would be examined in these proceedings.[96]

After late-night comedian Jimmy Kimmel made a joke that offended the President's base, the Chairman appeared on a podcast to threaten ABC's licenses. The Chairman threatened ABC with allegations of news distortion over late-night host Jimmy Kimmel's jokes: "We can do this the easy way or the hard way," Chairman Carr said.[97] He openly encouraged affiliates to preempt ABC's programming.[98] Hours later, ABC suspended Kimmel indefinitely.[99]

Even before the Kimmel incident, the President had a long history of targeting late-night hosts. The Chairman has done the same. He reposted the President's call for Seth Meyers to be

---

[94] News Distortion Complaint Involving WPVI Television (Philadelphia), LLC, licensee of WPVI-TV, Philadelphia, PA, 40 FCC Rcd. 564 (2025) (order).

[95] Michael M. Grynbaum, *In Prime Time, Trump Criticizes Networks for Not Carrying His Speech*, N.Y. Times (July 16, 2026), https://www.nytimes.com/2026/07/16/us/politics/trump-speech-television-networks.html.

[96] Supplemental Letter of the Center for American Rights, Walt Disney Co., No. 26-131 (FCC July 17, 2026), https://www.fcc.gov/ecfs/document/26110026680/1; Todd Spangler, *FCC Chair Says ABC's Decision to Not Broadcast Trump Speech Live Will Be Part of Agency's Review of Station Licenses*, Variety (July 22, 2026), https://variety.com/2026/tv/news/fcc-abc-trump-speech-review-station-licenses-1236818342/

[97] David Folkenflik, *Jimmy Kimmel's suspension shows power of FCC's Brendan Carr*, NPR (Sep. 19, 2025), https://www.npr.org/2025/09/19/nx-s1-5546764/fcc-brendan-carr-kimmel-trump-free-speech.

[98] Scott Nover, *Trump's media enforcer is relishing his Jimmy Kimmel moment*, Wash. Post (Sept. 19, 2025), https://www.washingtonpost.com/business/2025/09/19/trumps-media-enforcer-is-relishing-his-jimmy-kimmel-moment/.

[99] *Id.*

fired after Meyers aired a segment about the Epstein files.[100] Chairman Carr celebrated the end of Stephen Colbert's late night show.[101] And he published new guidance suggesting that television "entertainment" shows would not qualify for exemptions from the equal opportunities rule despite longstanding precedent to the contrary.[102] Finally, the Chairman opened this early renewal proceeding just one day after the President and First Lady criticized another joke by Kimmel.[103]

In today's world, where the Chairman himself has said that "formally speaking the FCC is not independent" from the White House,[104] it is even more crucial that the First Amendment serve as a meaningful constraint on the Commission and the officials who lead it. Regardless of the Commission's status as an independent agency, the First Amendment prohibits the government from targeting speech based on the message it conveys.[105] Broadcasters' editorial choices to forgo primetime coverage of government-favored speech are also protected by the First Amendment, absent very limited exceptions specified in statute or regulations, none of which apply here.[106]

---

[100] Elizabeth Blair, *President Trump Wants Seth Meyers Fired. The FCC Chair Amplified the Message*, NPR (Nov. 17, 2025), https://www.npr.org/2025/11/17/nx-s1-5610501/trump-seth-meyers-fired.

[101] Mancini, *supra* note 90.

[102] FCC's Media Bureau Provides Guidance on Political Equal Opportunities Requirement, DA Docket No. 26-68 (FCC Jan. 21, 2026), https://docs.fcc.gov/public/attachments/DA-26-68A1.pdf (public notice).

[103] Griffis & Kishan, *supra* note 22.

[104] Dominick Mastrangelo, *Carr suggests FCC isn't an independent agency at Senate hearing*, Hill (Dec. 17, 2025), https://thehill.com/homenews/media/5653322-carr-fcc-not-independent-agency/.

[105] *See Vullo*, 602 U.S. at 180.

[106] *West Virginia State Board of Education v. Barnette*, 319 U.S. 624 (1943); 47 U.S.C. § 312(a)(7) (authorizing revocation for "willful or repeated failure to allow reasonable access to or to permit purchase of reasonable amounts of time for the use of a broadcasting station, other than

Recently, the Supreme Court unanimously reaffirmed that "a government entity's 'threat of invoking legal sanctions and other means of coercion' . . . 'to achieve the suppression' of disfavored speech violates the First Amendment."[107] The Chairman's highly visible campaign of threats and coercion against ABC and other broadcasters, coupled with this early renewal proceeding, sends a message to the entire industry: air news coverage, commentary, or jokes that the current administration disfavors and your license may be at risk. In fact, Chairman Carr has used these proceedings to explicitly threaten other broadcasters that their licenses could be next: "If you didn't take us seriously, now you should."[108]

## IV. Conclusion

The Commission should correct course and terminate these improper early renewal proceedings. When we served at the Commission, we respected the critical role that broadcasters and other members of the press play in a healthy democracy. The Commission was long dedicated to ensuring that broadcast spectrum helped to create the marketplace of ideas that undergirds robust political debate. We have taken great pride in the Commission's historically bipartisan commitment to that position, and we fear our democracy will suffer greatly if the Chairman continues to flout it.

---

a non-commercial educational broadcast station, by a legally qualified candidate for Federal elective office on behalf of his candidacy.").

[107] *Id.* (quoting *Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 67 (1963)).

[108] Anna Nicolaou, *'The US needed a shock to the system': Brendan Carr, media watchdog*, Fin. Times (May 15, 2026), https://www.ft.com/content/d62d3361-a337-4e2c-ab6b-afb791ba566f?syn-25a6b1a6=1.

* * *

WHEREFORE, we respectfully urge the Commission to terminate this improper early renewal proceeding and dismiss the CAR and MRC petitions to deny the stations' renewal applications.

Dated: July 28, 2026

Respectfully submitted,

/s/ Tobin Raju
Rachel Goodman
Janine M. Lopez
Conor S. Gaffney
Tobin Raju
**Protect Democracy Project**
2020 Pennsylvania Avenue NW
Suite 163
Washington, DC 20006
(202) 579-4582

Andrew Jay Schwartzman
**Andrew Jay Schwartzman, PLLC**
525 9th Street NW, Seventh Floor
Washington, DC 20004

Gigi Sohn
**G Squared Strategies**
3503 Alton Place NW
Washington, DC 20008

Berin Szóka
**TechFreedom**
1500 K Street NW, Floor 2
Washington, DC 20005

*Counsel for former FCC Chairs, Commissioners, Chiefs of Staff, General Counsels, and Bureau Chiefs*

## ADDENDUM

### Identification of Signatories

**Kathryn C. Brown** served as chief of staff to Chairman of the Federal Communications Commission William E. Kennard from 1998 until 2001.

**Rachelle B. Chong** served as a Republican commissioner on the Federal Communications Commission from 1994 to 1997. She was appointed by President Bill Clinton.

**Mark S. Fowler** served as a Republican commissioner and chairman of the Federal Communications Commission from 1981 to 1987. He was appointed by President Ronald Reagan.

**Jerald N. Fritz** served as legal advisor and chief of staff to Chairman of the Federal Communications Commission Mark Fowler from 1981 to 1987.

**Rosemary Harold** served as the Federal Communications Commission's Enforcement Bureau chief from 2017 to 2022.

**William T. Lake** served as the Federal Communications Commission's Media Bureau chief from 2009 to 2017.

**Ruth Milkman** served as chief of staff to Chairman of the Federal Communications Commission Thomas E. Wheeler from 2013 to 2017.

**Dennis R. Patrick** served as Republican commissioner and chairman of the Federal Communications Commission from 1987 to 1989. He was appointed by President Ronald Reagan.

**Peter Pitsch** served as chief of staff to Chairman of the Federal Communications Commission Dennis R. Patrick from 1987 to 1989.

**Alfred C. Sikes** served as a Republican commissioner and chairman of the Federal Communications Commission from 1989 to 1993. He was appointed by President George H.W. Bush.

**Gloria Tristani** served as a Democratic commissioner of the Federal Communications Commission from 1997 to 2001. She was appointed by President Bill Clinton.

**Thomas E. Wheeler** served as a Democratic commissioner and chairman of the Federal Communications Commission from 2013 to 2017. He was appointed by President Barack Obama.

**Christopher J. Wright** served as general counsel of the Federal Communications Commission from 1997 to 2001.

# WILKINSON EXHIBIT 53

# Full Transcript: Chairman of the Federal Communications Commission Brendan Carr

politico.com/blogs/politico-press/2026/07/31/full-transcript-chairman-of-the-federal-communications-commission-brendan-carr-01020589

ALISA VASQUEZ July 31, 2026

**This is a full unedited transcript of POLITICO's interview with Brendan Carr on "The Conversation with Dasha Burns":**

Brendan Carr: We have a role to play. It's not our role to be the speech police. It's not our role to sort of fundamentally transform editorial decisions, but there is a baseline level of regulation that Congress wanted. I think that is our job.

Dasha Burns: Hello, hello, and welcome to *The Conversation*. I'm Dasha Burns, and every week on this show, I talk to some of the most compelling and sometimes unexpected power players here in Washington and beyond. And this week, I sat down with Brendan Carr, Chairman of the Federal Communications Commission.

Now, the FCC has not always been an agency that a lot of Americans spend a lot of time thinking about. But in President Trump's second term, the FCC has become more active and more controversial than it has in a really long time, especially when it comes to the media and the First Amendment.

[Audio clip playing - *I think Brendan Carr is a courageous person. I think Brendan Carr doesn't like to see uh, the airwaves be used illegally and incorrectly and...and purposely horribly.*]

Dasha Burns: And Brendan Carr is President Trump's media pit bull. In fact, he has a mug on his desk that he showed me during a tour of his office that depicts him as just that, like literally a picture of him as a pit bull on a leash with Trump chasing behind. It was an image originally created for the *Hollywood Reporter* for a less than flattering profile, but Carr doesn't seem to mind. In fact, it seems like he wears it as a badge of honor. His persistent threats to pull broadcasters' licenses, his spats with Jimmy Kimmel and The View, and his overall aggressive posture toward the media has raised some alarm, not just among the press, but

both Democrats and Republicans have raised concerns about the precedent that Carr is setting and the potential chilling effects on speech. But Carr doesn’t see it that way.

Folks, this was a lively conversation, and you're not going to want to miss this episode or any others so make sure that you subscribe to the show. And now, my conversation with FCC Chair Brendan Carr.

FCC Chair Brendan Carr, thank you so much for joining *The Conversation*.

Brendan Carr: Yeah, good to be with you. Thanks for coming to the FCC, look forward to the discussion.

Dasha Burns: Yeah, for those who are listening and not watching, we are at the FCC headquarters. There’s a great seal behind us that was redesigned, I just learned, in 2020.

Brendan Carr: Exactly, yeah.

Dasha Burns: I have never been to this building. I’m very happy to be here, but to be honest, I don’t think I really thought about FCC that much until your tenure with this agency.

Brendan Carr: [Laugh] I’ve heard that before, yeah.

Dasha Burns: Yeah, this was, you know, I think a relatively obscure agency that not a ton of Americans paid attention to. But today, it is at the center of a lot of debates, whether you're talking about free speech or AI or the power of major tech companies.

Brendan Carr: Yeah.

Dasha Burns: So how do you see your role at this version of the FCC?

Brendan Carr: Well, it’s interesting. Look, I have, you know, loved the FCC for a very long time. I was uh...went to law school.

Dasha Burns: That’s the nerdiest thing I’ve ever heard.

Brendan Carr: I know, right? Right after, you know, I wanted to be a fireman and a cop from a young kid, I wanted to be a lawyer. And then very quickly after that I wanted to be a lawyer that worked in telecoms. I went to law school.

Dasha Burns: Kids’ dreams do come true.

Brendan Carr: You can dream big and it can happen. So I went to law school specifically for telecom, went to Catholic here in D.C. and then was in private practice for a couple years, then came to the FCC actually all the way back in 2012. And I’ve been here straight since

2012. I've worn a bunch of different hats in this building. I've been general counsel, I've been a legal advisor, I've sat on basically every seat on the dais of the agency from commissioner in the minority to commissioner in the majority and now chair.

In fact, the first time I walked in this building was in law school, to at least the prior FCC building, and I got to intern in the enforcement bureau. I interned for a commissioner, Commissioner Abernathy. And so I've had the benefit of being here for a long time, watching a lot of chairs come and go, and when you see chairs leave, they always feel like they wished they had a little bit more time to get stuff done. And what I tried to do was bring that mindset right to the get-go from the agency and hit the ground running, and I had the capacity to do it 'cause I've been here for so long. You understand how the place works. You understand how the bureaus operate.

And we really tried to come out with a very clear North Star as a policy matter. We have that in media. We have that in permitting reform. We have that on wireless leadership. We have it on national security. So you put out a very clear agenda. The teams here are working exceptionally hard, and they're delivering really great results. It's sometimes different results than what the media covers. Obviously the media likes to cover the media, which I get, and we can do that. Uh, but the other...

Dasha Burns: We will do that.

Brendan Carr: ...the other stuff we're doing on the economic agenda is just delivering really great results for people. I think in the long-run, that's going to be some of the most important work that we're doing.

Dasha Burns: So you've seen a lot of stuff over your time here so you know the history and how this agency has evolved. How do you think the FCC has changed under your leadership?

Brendan Carr: Well, look, we're very active. Obviously we're trying to get a lot done. One is we're actually smaller than we've ever been. When I came in, we were at, or we were trending to, about 1600 employees. We're now down to about 1100 or 1200, but we're doing, obviously, a lot more with the staff that we have here. I also have the perspective of time. So you look back at the FCC in the, you know, mid 2000s and media ownership, media regulation was actually a pretty big deal then and the FCC got a lot of attention. Then we went through a couple battles of the great net neutrality wars where the FCC got a lot of attention. So it's a bit cyclical in terms of people's interest in the FCC, but I would agree over the last four to six years or so, it wasn't on the radar for a lot of people. And I'm sure at some point, we'll go, you know, recede back, but it's...

Dasha Burns: Not under your tenure though.

Brendan Carr: ...it's a bit ups and downs. After me it will, yeah. [Laugh]

Dasha Burns: [Laugh] You know, you mentioned taking a more active role. You know, Republicans, yourself very much included, have historically stood for deregulation, limited government intervention, especially when it comes to speech. But the FCC is now playing a much more active role when it comes to broadcasters, news, and editorial decisions much more than it has played in a while. How do you square that with your sort of anti-regulation past?

Brendan Carr: Yeah, it's a good question. And the way I think about it is it's really a blend of two different strains of approaches to this job. On the one hand, we do have a very aggressive what you would describe I think as a traditional deregulatory agenda. We have an entire proceeding called Delete, Delete, Delete. At this point, we've deleted I believe over 2000 regulations from the FCC's books at this point in time. Something like 400 pages I think have been deleted from the rulebook. So we're doing one of the most massive deregulatory efforts in history. It's resulting in hundreds of millions of dollars of savings. So we have that going hard.

At the same time, we are sort of appropriately adopting regulations, and you see that I think most notably in the media side, in the media policy sector. I think that does reflect a broader debate perhaps on the conservative side. I think historically, you saw a lot of conservatives, Republicans when they got gavels, whether it was at this agency, other agencies, or in Congress, and they would sort of take the gavel and they would fly to the farthest flung corners of the country. They would bury the gavel in the sand, and they'd say we can't legislate or we can't regulate because one day Democrats will be back and they'll do it and so we have to do nothing. And I think if you look at the history though, here at the FCC in particular, during the Biden years, the FCC very much was, in my view, weaponized, and the gavel was used very aggressively in a lot of ways that weren't covered by traditional media. And so my view is not to take the gavel and weaponize it, but my view is also not to take the gavel and bury it in the sand. We should be appropriately applying and enforcing the laws that Congress passed.

And I think in the media space in particular, the FCC over the last 20 or 30 years really backed away from the regulatory framework that Congress put in place. And I don't think it's been a good thing either in terms of our job of administering the law or the outcome that we're seeing across the media sector.

Dasha Burns: You know, back in 2018, you testified before Congress, and you said the First Amendment operates as a restraint on the government and that your job as FCC

Commissioner was to avoid putting a thumb on the scale in favor of one speaker or the other. Has your understanding of the FCC's role changed in that regard?

Brendan Carr: No, not at all. When you think about the First Amendment analysis, I think it's important to think about the broadcast sector as opposed to any other forms of media distribution, whether it's cable or podcasts or social media or someone's soapbox. And I think it's understanding that framework that's really helpful to people. So broadcast is different because you have a license from the government and you're required to operate in the public interest. So you get the license. You get the operate on the spectrum for free, but the spectrum is a public resource.

So think about it this way. Think about having a public park, and ordinarily the government allows someone to use the public park for a political demonstration. You can use it for an hour or two. There's very little restraints the government can put on you. But let's say the government gives you access to that park exclusively for seven years, and anyone else that wants to make a demonstration or parade is kicked out by the government. That's much more akin to what we have in the broadcast space. So because you have an exclusive right, the government is giving you a monopoly, it's kicking other people out that would want to speak, and so the model that Congress adopted is what we call public trustee. So you're not just standing in your own shoes, you're supposed to be accounting for and looking out for the broader public interest, including the view of people that were denied a right to the license. So broadcast is just a fundamentally different environment, but we stand very strong across the board on social media, on cable, on podcasts where the First Amendment bears less regulatory framework from the government.

Dasha Burns: Public interest, that's a term you use a lot. It's a broad standard that's historically been understood as a requirement for broadcasters to uphold principles of diversity, localism, and competition. I mean, it's a pretty murky definition. How do you define the public interest in the context of specifically news or political speech?

Brendan Carr: We get a lot of questions on this. So one of the things we did a couple months ago is we put out a public notice that gathered all of the relevant FCC cases on what the public interest standard means. We collected them and we put it out there for everyone to know. Now broadcasters which are in this industry and in this segment, they understand it, but there's a lot of people that have been drawn and interested in the FCC's work in recent months and years so we thought it would be important to put that out there.

But you're right. At the core of it, it's localism. And again, broadcast is very, very different. The way to think about it for the common person to understand is there's two main sets of actors in the broadcast ecosystem. On the one hand, you have what we call national programmers.

So that's Fox, Disney, Paramount, Comcast. They produce, they create almost all the shows that most people think of when they think of TV, but those national programmers as such aren't licensed by the FCC. Instead, there's a second set of actors which are the owners of actual licensed TV stations. And there's this great power struggle between the national programmers on the one hand and the thousands of individual local TV stations on the other. And I talked earlier about North Stars, and our North Star as a policy matter here in media is how do we constrain the power of those national programmers and re-empower local TV stations? 'Cause here's the tension, the national programmers want their content, which is produced in Hollywood and New York, to be disseminated across a hundred percent of the country. Local broadcast TV stations are in tension with that because they're supposed to uniquely identify the needs of a local community in Utah, in California, in Florida, and make sure that the programming is responsive to their needs. And so there's naturally a tension between a local TV station and the national programmer. And so we've been taking a series of actions to try to empower that local broadcaster. That includes reminding them about those unique public interest obligations.

Dasha Burns: So in 2019, you posted on X that the FCC doesn't have "a roving mandate to police speech in the name of public interest." Since becoming chair, you've taken a pretty aggressive posture to enforcing that public interest mandate. What changed?

Brendan Carr: Well, again, I don't remember the exact context of it, but that...to the extent that's coming up in the context of social media, which is where we saw a lot of this sort of surge in government intervention, this surge in censorship, that statement is entirely clear. But the First Amendment always sits next to the public interest standard uniquely in the context of the broadcast area.

Dasha Burns: Does that make sense for broadcasts that...do you agree with what you said, which is that a roving mandate to police speech in the name of the public interest is not something that the FCC has a right to do?

Brendan Carr: I don't view the FCC as the speech police, and I don't view that's what we're doing. In fact, this has been litigated to the Supreme Court, and the Supreme Court has said that enforcing public interest obligations on broadcasters, and there's a whole series of them, is not censorship and does not run afoul of the First Amendment. So it's a very different thing, again, in the context of the broadcast space.

Dasha Burns: But since the public interest definition is so vague, do you worry that that gray area can, even if just optically, put you in the position of seeming like you are censoring free speech?

Brendan Carr: Well, I don't think it's...it's vague as applied to broadcasters who deal with this every day. So for instance, there's very specific manifestations of it, which is there is a political equal time rule. It's both statutory but I think also part of the broader public interest standard, and so I think when you enforce those regulations, it's actually pretty clear. And again, broadcasters in this space are used to it and they understand it.

Now, historically, look, I do think there's been weaponization at the FCC. If you go back to the Biden years, for instance, there was a uh, local Fox broadcast TV station in Philadelphia that wanted to have their license renewed. And there was petition to deny it by activists because they were concerned with content that was on Fox News cable, again, which is not regulated in the same way. And the Biden FCC entertained the idea, put it out for comment, and kept it out there all the way through the election. You had Democrats in Congress, including in the Senate, that pushed the FCC to apply our news distortion policy against broadcasters that they viewed as conservative. Sinclair was one of them. Turn around during the Biden years and Sinclair had hundreds of routine licenses that came up for renewal, and the FCC didn't renew them at all. So I do think we have seen a history of weaponization there during the Biden years.

Dasha Burns: So how...how is what you're doing with licensing and the...the threats to pull licenses different than that?

Brendan Carr: What we're doing is reminding broadcasters of their public interest obligations, and I'll give you some specifics. So the FCC historically has had a political equal opportunity regulation, and that says if you're a broadcaster and you choose to have one political candidate on, then the statute says you have to provide comparable time and placement to all other legally qualified candidates. And we have a proceeding right now on *The View*, which has had historically one political candidate on and hasn't offered comparable time and placement. But again, that's a very specific concrete regulation that's in the statute.

Dasha Burns: Well, and that applies differently to...to programs that qualify as news programming. I just want to lay out a few of the actions that you've...you've taken as chair and get your perspective on sort of the aggregate of them. You've opened investigations into *60 Minutes* and NBC over alleged favoritism towards Kamala Harris in '24. You've warned ABC affiliates of possible punishment for airing Jimmy Kimmel's show before opening the door to taking away Disney's broadcasting licenses and wielded the agency's long unused equal time rules to successfully deter both *The Late Show* and *The View* from airing interviews with Democratic political candidates. When people are seeing this and taking it all together, how do you defend against the perception that you're using the FCC's regulatory power to suppress speech that's critical of President Trump and punish his political adversaries?

Brendan Carr: Well, again, I think the through line through all of that goes back to the main policy North Star that we have, which is this broader debate in the broadcast sector between those national programmers on the one hand and the thousands of individual TV stations in...

Dasha Burns: Yeah, but no other FCC chair has done that, and then you have a president come in who's angry with certain news programs, who's angry with the coverage of him, and then suddenly there's this much more aggressive posture from the FCC. Like how do you explain that to the public?Brendan Carr: Well, look, again, I agree that we're moving more aggressively, but we're doing it all across the board. There is a unique focus, and I get it, on media, but you can look at the same type of sort of new aggressive, energetic approach to regulation, which sits next to our deregulatory agenda. You can see what we're doing in the space economy where we're fundamentally transforming it. You can see where we're going after robocallers using, you know, really interesting, new tools. You can look at it in national security where we're doing things, again, that the FCC has never done before. So I get that people look at media and they say you're doing unprecedented things, and I would say we're trying to do that actually all across the board. It doesn't get the same...

Dasha Burns: But it's mostly deregulation on one...

Brendan Carr: ...type of attention.

Dasha Burns: on...on one side and then like much more aggressive regulation on the other side. I mean, look, like the FCC order initiating the early license renewal of Disney ABC-owned stations, that came one day after President Trump called for ABC to fire Jimmy Kimmel. Like can you really say that was just a coincidence?

Brendan Carr: Yeah, that timing was entirely distinct from that. So with...

Dasha Burns: Brendan!

Brendan Carr: Yeah. No, with the Disney case in particular, we had started a DEI investigation into Disney all the way back in March of 2025. And we...

Dasha Burns: Okay, but did you talk to the President beforehand...

Brendan Carr: ...had been going through...

Dasha Burns: ...before issuing that...

Brendan Carr: We had been going through rounds of discovery and our versions of subpoena with Disney, and frankly, the view here within the agency was that Disney was being nonresponsive. Their responses were deficient. That they were being disingenuous and we

had been telling them for weeks and months that if they didn't start producing in that discovery process responsive information, that we were going to go to the next step, which was to call their license in for early renewal. So the idea of bringing their license in for early renewal did not spring from any specific episode, and the timing of it was driven based on where we were in the discovery process. And it wasn't the first one that we did.

Dasha Burns: And did you get a call or talk to the President either before or after you made that announcement?

Brendan Carr: Look, as...as a general rule, we don't get into sort of any discussions that happen with the White House or don't happen with the White House. But on this one, we've been very clear. The process here was put in place. Our decision to move forward was based on where we were in discovery with Disney based on their nonresponsive.

I think it's important to sort of talk about what that Disney case is about. The Disney case is about evidence coming to light, and we haven't made a final decision yet, that they had been discriminating inside the company based on race and gender in terms of hiring, promoting, compensation, workplace opportunities. If that all ends up being true based on all the evidence that Disney gets to put in, that's a very concerning development, and it does raise fundamental questions about fitness to have a license. That has nothing to do with a program.

Dasha Burns: When...when do you think you're going to make that decision? You think you'll make it before the fall?

Brendan Carr: Well, where we are with Disney right now is one, based on that investigation, we've called their licenses in for early renewal. A number of petitions to deny were filed. So when you file to renew your license, you have to demonstrate that you've been operating in the public interest for the last several years. Petitions to deny have been filed. Disney, I think this week, will have a chance to file responses to those petitions to deny. They'll then be a reply/comment period. And, then it'll be teed up for FCC action, and we'll figure that out based on the record. And we haven't made a final decision on what we're going to do.

Dasha Burns: You know, I think one of the reasons that you get so many of these questions, especially as it pertains to Trump, is because you have said that the FCC is not formally an independent agency, and that's a pretty big break from FCC chairs of the past, including Trump's first term FCC chair and agency leaders of both parties. What do you mean by that? Why did you say that it's not independent?

Brendan Carr: It's a couple things. So when you think about independent agencies in the concept, there historically have been a number of things you would point to decide are they an independent agency or not. But the most significant of them was can the President fire you

for any reason or no reason at all. And the Communications Act, which governs us at the FCC, was passed in the 1930s before the Supreme Court case Humphrey's Executor. Humphrey's Executor, of course, was just overturned by the Slaughter case. So when Congress passed the Communications Act, they didn't think that they could put for cause removal protections in place, in other words, limit the President's authority to remove FCC officials. So the FCC, unlike the Federal Trade Commission, didn't even have in its statute that limitation. Historically, people thought maybe courts would read that limitation into the Communications Act even though it wasn't there, but I think the litigation over the last several years, and then now definitively with the Slaughter case, saying that for cause removal protections are unconstitutional, it is very clear that the FCC does not have that key feature of historic independence.

Dasha Burns: So that's all like really weedsy legal stuff, and I will admit...

Brendan Carr: [Laugh] It's also...it's also the truth though.

Dasha Burns: No, I understand. I understand. But...but I will admit I will confess here, I...I am not a...a lawyer. I can have some lawyers fact check that, but that's...but to me, that's a little bit beside the point because...

Brendan Carr: [Laugh] I think the law is the point when it comes to independence.

Dasha Burns: I...I understand what you're...

Brendan Carr: You either have for cause removal protection or you don't and that's the dividing line.

Dasha Burns: But like...

Brendan Carr: We don't have it.

Dasha Burns: But...but don't you think that some of the accusations you're getting now, you might have been inoculated against if you were more adamant about the independence of the agency? Like okay, do you think that the President should be able to direct the FCC to investigate a broadcaster?

Brendan Carr: Well, look, at the end of the day, all of the decisions by the FCC, particularly when they're made by the commission which sits up here on the dais behind it, is a product of the vote of all the commissioners. And there are things we have to go through. For instance, the Administrative Procedures Act, you have to sort of have the evidence...

Dasha Burns: No, but like that specific question, Trump calls you and says hey, check on what ABC is doing, like is that appropriate, and would you then go decide to check on what ABC is doing?

Brendan Carr: Whenever we make a decision at the FCC, we have to explain the basis for it so what's the record evidence, what's the law say, what's the facts say. If it's not grounded in those things, there's bases that people can appeal and overturn it so all of our decisions are going to ultimately be driven by the facts and the record before us. I mean, look, there's no question that I'm broadly aligned with President Trump. President Trump...

Dasha Burns: You're aligned and you're very close to him so like...

Brendan Carr: President Trump tapped me to lead the agency.

Dasha Burns: Given we know he calls people at 2:00 a.m., given we know how communicative he is with especially the...the members of his team that he's close to, I mean, does that...does that happen?

Brendan Carr: Well, again, I...just as a general matter, I don't sort of speak publicly about conversations with the White House or whether they happen or don't happen.

Dasha Burns: You know that can sound dodgy.

Brendan Carr: I mean, maybe, but that's...that's sort of the consistent position that we've had.

Dasha Burns: Okay. Do you think that the President's ability to use the agency's licensing enforcement against media organizations he dislikes should be limited?

Brendan Carr: Well, I...look, I...there's a lot of sort of points tucked into that question that I don't necessarily agree with. My view is pretty straightforward, which is that broadcasters have to operate in the public interest. And licenses themselves are not sacred cows. I think people have sort of taken this mindset, again, that broadcast is like a newspaper, is like a podcast. It's on a fundamental different regulatory footing, and what I've tried to be clear with people, I think they've gotten the message, is that broadcast licenses aren't sacred cows. There are things you can do to lose broadcast licenses, and if necessary, that's the path that we'll head down.

Dasha Burns: I'm curious what you disagreed with in that question 'cause I just...I...to me it's pretty simple. Like should there be a limit on how much the President can use the FCC against media companies he doesn't like?

Brendan Carr: Look, I think the President has every right in the world, including a First Amendment right, to express his views, to push back on media. I think you see him do that all the time. He's incredibly transparent. He's incredibly direct. I think everyone...

Dasha Burns: But can he use the FCC to punish them?

Brendan Carr: Well, again, the FCC, our job is to enforce the Communications Act, and that's what we do across the board. We do it in broadcast. We do it in space economy. We do it in national security. And every decision we make...

Dasha Burns: Can you decide how and when to do it and how to prioritize it, and should the President be directing that?

Brendan Carr: Well, again, every decision we make is going to be based on the fact and the record and the law, and for commission decisions, it's a product of a vote of three different people.

Dasha Burns: You said um, ABC's decision not to broadcast President Trump's recent election integrity speech live would come up in...in the review of...of its stations. I wonder what makes a network's decision about a presidential address relevant to whether local stations should retain their licenses.

Brendan Carr: Well, what we said is that the decision by broadcasters to carry or not carry the speech is something that is likely to be raised by petitioners that are seeking to have the FCC not renew the license for the Disney ABC stations that are before us. So that pleading has been filed. Uh, we'll take a look at it. We have also ourselves. We are looking into this question itself about the decision to air programming or not. And again, I think this goes back again to the dynamic between the national programmers and local TV because the entire idea of broadcast was that you wanted local TV stations to push back on the national programmers and have some give and take. We have rules, in fact, that regulate what we call preemption. So if a national programmer wants to run a particular show, or doesn't want to run particular programming, the local TV station has the right to preempt and to push back and make a different decision. And so all of these decisions ultimately go to what we're called upon to do by the Communications Act, which is to assess whether they have been operating in the public interest or not.

But again, I think if you...if you step back to...you talk about President Trump. I think one of the things that President Trump has done so well is that he has run directly at the legacy news media. I think so many people that run for office or politicians, they feel constrained to govern based on the narrative that the traditional mainstream media has set. And that's one of the things that's set President Trump apart is he called out the fake news media. And if you look

at the polling on this, you look at trust in the legacy national media, it is at an all-time low. I used to say jokingly that more people trust gas station sushi than legacy media, but now the statistics actually bear that out. 15% of people would eat gas station sushi. Only 8% of people say they have a great deal of trust...

Dasha Burns: You seem to relish that.

Brendan Carr: Well, something isn't working, and I think that the legacy media should want to sort of have a moment to turn things around. And I think about why is that trust in legacy media so low, and for my view, I think it's a couple of factors. One, I think so much of the legacy media is just wildly out of touch with where the American people are. So for instance, I remember in the most recent Super Bowl taking place in California, and there was a journalist that wrote an article that said the most important person to this Super Bowl is Colin Kaepernick, someone who hadn't stepped on a football in probably, you know, ten, 15, 20 years. You had the US men's Olympic hockey team win the gold medal in really, you know, patriotic, inspiring fashion. They go to visit the oval office and meet with the President of the United States and you have journalists saying that they missed the cultural moment by spending time with the President of the United States. You have journalists who when they finally leave their sort of straight news anchor job and the mask drops, they reveal themselves to be nothing more than partisan actors. Look at Jim Acosta, Don Lemon, you know, the list goes on of people that leave, and then they say okay, I'm a total partisan and I'm supposed to believe that they weren't in the first part.

And another piece of it, too, is all of these hoaxes. So the media is part and parcel, historically, of just amplifying hoaxes, whether it's, you know, mostly peaceful protests or Hunter Biden's laptop is Russian disinformation or Biden is of, you know, sound mind, you know, the list goes on there. And so I think you have this deep lack of trust. Part of it, too, I think is that people now have access directly to information through social media, and I think the news media should want to find a way to reorient and change 'cause I think we are so much better off as a country having a respected national news media, and we're not there right now.

Dasha Burns: But do you think...you can hold those opinions, but as FCC chair, is it your job to reorient the editorial standards and decisions of the news media?

Brendan Carr: Well, I think it's something that the news media should want to do on its own, and at the same time, I think it is our job to enforce the rules that are on the books. So for instance, if the national programmers are just running over all the local TV stations, they're not actually finding what the local community wants to hear...

Dasha Burns: But the examples you gave don't have anything to do with that. Like I guess...

Brendan Carr: Well, I think it does.

Dasha Burns: Why are you bringing those up in the seat of the FCC chair?

Brendan Carr: Well, I think fundamentally, I think the legacy media should want to do a course correction, and it's not recent...

Dasha Burns: But is it your job to make them course correct?

Brendan Carr: Well, I think they should want to, and I think our job is to enforce the regulatory framework. We haven't done that over the last 20 years...

Dasha Burns: But it...it sounds like you're saying...

Brendan Carr: ...and I don't think it's produced...

Dasha Burns: ...like you...you want to...

Brendan Carr: ...helpful results.

Dasha Burns: ...in whatever way you can push the...the editorial of news media in a different direction.

Brendan Carr: Well, when it comes to broadcast, I mean, newspapers and cable are...are different so we don't...

Dasha Burns: Yep. Yeah.

Brendan Carr: ...have regulatory framework, but with broadcasters we do want to remind them that it's not a podcast, you know? It's not Vietnam. There are sort of rules and regulations you have to follow. There is a public interest standard so there's the equal opportunities rule, there's the prohibition on news distortions, there's regulations that go to broadcast hoax, and we think they should try to abide by those.

Dasha Burns: But again, previous FCC chairs have never used those standards in the way that you are. Like news distortion, for example, I know you...you've threatened some...some stations over um, the coverage of the Iran war, for example. Do you worry that aggressively pursuing and expanding the definition of news distortion risks putting the federal government in a position where you're deciding what constitutes legitimate journalism?

Brendan Carr: I don't think so. I think, again, that when you look at these rules and regulations, they've been, you know, litigated all the way to the Supreme Court. Can they sit

next to the First Amendment and free speech, and the Supreme Court has said yes. These same rules and regulations...

Dasha Burns: You agree you're using them differently than past FCC chairs.

Brendan Carr: Well, I don’t know about that. I would say this, they’re surely covered differently when I’m doing it than when others do it.

Dasha Burns: No, but you’re...you’re saying you...that..have other FCC chairs have sat back and not done what you're doing.

Brendan Carr: In some ways, yeah. In other ways, no. Again, when I gave sort of the examples of like the Fox Philadelphia station, the Sinclair TV stations, we had Democrats in Congress that wrote a letter to cable companies pressuring them, which again, cable isn’t regulated in the same way broadcast is, but pressuring cable companies to drop Fox News, OAN, and Newsmax ‘cause they thought that they were too conservative and that resulted...

Dasha Burns: I mean, you’ve actually criticized CNN. You’ve acknowledged that, you know, FCC doesn’t regulate cable news content, but like then why are you commenting on CNN’s coverage if it’s not in your purview?

Brendan Carr: Well, again, I think as a general matter, I think it’s important for the country that we do have, you know, trusted news outlets, and I...I don’t think that we’re there now. I mean, look, CNN right now...you look this week we’re talking, there’s new revelations that come out on Anthony Fauci having, you know, exceptionally chummy relationships with a lot of these officials, and it’s...I think it’s pretty concerning information when you look at those diary entries and the relationships that he had with people, including at CNN. And it just further erodes and undermines trust. Again, I don’t think we’re better off as a country to have this 8% of the people with a great deal of trust. And so I think we have a role to play. It’s not our role to be the speech police. It’s not our...our role to sort of fundamentally transform editorial decisions, but there is a baseline level of regulation that Congress wanted. I think that is our job.

Dasha Burns: But there are a lot of folks that do see you as the speech police, and that even includes some Republicans. I mean, Ted Cruz said that of you, and he, in fact, said that one of your warnings sounded like a scene from *Goodfellas*. He called you a mafioso. Now he’s the chair of the Senate commerce committee. What do you think Ted Cruz is missing about your approach here?

Brendan Carr: Well, I think that related to a sentence that I had used talking about...you know, broadly about the Jimmy Kimmel show that came...

Dasha Burns: Do you remember what you said?

Brendan Carr: I do, yeah. And I think we've testified about this. We've explained it. We've gone on at length about it. And again, what we're talking about there is that broader dynamic that we're saying about trying to change the relationship between the programmers on the one hand and the local TV stations on the other.

Dasha Burns: So where does the mafioso come in?

Brendan Carr: I don't know. That wasn't...that wasn't my line.

Dasha Burns: You do have though, correct me if I'm wrong, but on your desk a mug with you as Trump's media pit bull that you drink out of, right?

Brendan Carr: That's true, yes. Yeah.

Dasha Burns: Is there a part of you that sort of relishes the Grim Reaper-esque reputation that you've gotten?

Brendan Carr: I don't know about that. I think, look, you...you just...you can't take it too seriously. I've lived through so many different news cycles, not just in this job and prior to it. Again, for me, if you look at what happened in like the great net neutrality debate of whether it was '17, '18 when we did it again, CNN ran a banner headline that said end of the internet as we know it. And so when you look at this pushback, when you look at *New York Times* criticizing stuff that we're doing at the FCC, you have to take it with a grain of salt and understand we have our North Star; constrain the power of the programmers, empower local TV stations. The news cycles are going to go up. The news cycles are going to go down. You're going to be villainized. People are going to like other stuff that you're doing. And you just have to feel very confident in the decisions you're making.Again, media, we talk a lot about it. Media loves to talk about media. But it's the same mindset that we take to space economy, that we take to permitting reform, that we take to spectrum. And we're getting great results across the board. But again, I've lived through a lot of news cycles. But I'm very confident and comfortable in the agenda that we're running, and we're just not going to let it take us off our course.

Dasha Burns: Well, and with...with media though, you are just like so visible, and again, because it has been...

Brendan Carr: Well, because the media covers the media issues but yeah.

Dasha Burns: Well, yeah, but the President has made it such a sort of core tenant of his persona and of how he operates. You know, it's not just Democrats. You've had folks like Ron Johnson say that he doesn't like the heavy hand of government in response to some of what you've done. You've had I mentioned Ted Cruz, Kentucky Representative James Comer

Glenn Beck said that the government should stay completely out of the Jimmy Kimmel controversy. The Republicans, all of who are supporters of President Trump, like what are they missing or what are they getting wrong when they say stuff like that about your actions?

Brendan Carr: Well, again, I think you can have the...the characterization that the media puts on what we're doing, and people oftentimes look at that.

Dasha Burns: But that's characterization from Republicans.

Brendan Carr: Right, but I think people can take a look at sort of the characterization of what we're doing, but when you peel it back and say okay, here's what we're actually doing; we are applying the law that Congress passed. We are trying to empower local broadcasters. And I think when you step aside and you explain to people exactly what we're doing, it's actually, you know, really popular across the board. Again, I think people fundamentally are hopeful in this country that we can have, you know, a media that is, you know, trusted and respected again. I think it's important. We're not there right now. But I think we can head in that direction hopefully.

Dasha Burns: What would you say if a future Democratic FCC chair, one day there just might be one, used the same theories and powers to investigate editorial decisions made by Sinclair or applied pressure on conservative talk show programs?

Brendan Carr: Well, again, what we're doing is applying the law in an even-handed manner. I think if you look at past FCCs under Democrat control, we saw weaponization. We are going to see weaponization by Democrats again at the FCC. Are they going to blame me? Maybe. But I don't think it fundamentally would've changed what they did if you look at the track record of their action; going after Fox, going after Sinclair, going after OAN and Newsmax and Fox News. All that happened, didn't get any media attention. And it's going to happen again. But again, the question for us right now is should we do nothing knowing that Democrats will weaponize it, or should we take the gavel and apply the law as we think Congress passed it? And that's the decision that we're making.

Dasha Burns: Why haven't you looked at conservative radio or Sinclair or any of these others?

Brendan Carr: If there's any issue with any of them, then we will. We're happy to.

Dasha Burns: Again, that's where I wonder is like what...what is directing the priority, right?

Brendan Carr: Well, again, in every sector we have North Stars. Permitting reform, we have a North Star; wireless spectrum, we have a North Star. Our media North Star fundamentally is about how do we make sure that the system that Congress envisioned, which was individual

TV stations responding to the needs of local communities, can thrive?The other analogy I'll give you is newspapers. So for a long time, the FCC had rules on the books that limited investment in local newspapers at a time in which newspapers now have been shuttering by the dozen all across the country so I think that regulation had a perverse effect. In my view, I don't want what happened to newspapers to happen to local broadcast. So with newspapers now, you have a handful of national newspapers, some regional, some smaller, but it's dominated by a handful of national. That's a potential future for broadcast TV, which is the national programmers control basically a hundred percent of the programming. That's not what Congress wanted. They wanted these local broadcast stations in cities and communities all across the country to have scale, to have economic viability, to invest in their own news gathering. And so that's the future that we're driving towards in that sector.

Dasha Burns: You know, President Trump describes himself as a champion of free speech. At the same time, you know, we've talked about this, he's attacked broadcasters, threatened licenses, called for investigations of networks that he thinks treat him unfairly. In 2020, I'm going to do this again, please humor me, when you...you Tweeted "when those with political power want to sensor speech because they disagree with the message it conveys, that is when our protections on free expression matter most." Do you still believe that?

Brendan Carr: Yeah, a hundred percent. And I think, again, the context of that is entirely different than...than attempting to apply it in the broadcast space. These are Tweets that have to do with free speech on the internet, which again, is fundamentally different than broadcast. You're not given free distribution by the government. You're not protected by...from interference from the...from the government.

Dasha Burns: So you don't think that applies to broadcast, what you...what you Tweeted in 2020?

Brendan Carr: I think the context of broadcast, again, is fundamentally different, that you're going to have public interest obligations, whether it's localism, broadcast hoaxes, news distortion, political equal opportunities, and you have to comply with those. I think you can do it and it can sit next to a lot of that. But fundamentally, it's just different framework.

Dasha Burns: Let me...pulling back like as I'm thinking about what we've covered in this conversation, do you want to live in a country where federal bureaucrats monitor comedy shows and...for their political content, where the government can put TV licenses at risk over jokes or guests or editorial decisions that it doesn't like? Like are you comfortable with that scenario, whoever is sitting in the chair?

Brendan Carr: Well, I don't agree with the framing. I think holding broadcasters accountable to the public interest is a fundamentally different thing than the framing of your question. I think

holding broadcasters to public interest is something that we should do.

Dasha Burns: Do you understand why some Americans are concerned about what you're doing and worry that it impacts free speech, or do you think they're completely lost in the sauce?

Brendan Carr: Again, I think very clearly what we do with our regulations is consistent with the Communications Act. Broadcasters have a license. They're given special rights and obligations. They have to live up to them. Now look, some broadcasters don't like that deal. They say listen, we want the free spectrum you've got from you. We want the free distribution that comes with that. And we don't want to comply with the public interest obligations. And that's sort of breaking the deal that the American public made with broadcasters. So one idea perhaps is we should look at valuations for the spectrum that broadcasters use and give broadcasters a choice. If you don't want to live up to the public interest obligations, if you want to be like a cable channel or like a podcast, then you can do that, but pay the American people back for all that free spectrum that you've got and that you've been using for years. That's another option as well.

Dasha Burns: Do you worry at all that like your media pit bull approach, even without the technical enforcement measures, will have a chilling effect?

Brendan Carr: I don't. I don't think that complying with the public interest standard in broadcast...again, broadcast is unique. It has nothing to do with cable or podcasts.

Dasha Burns: You say that over and over again, and I get...I get it. But like there is a reason why there is this...this tension and why you do get covered so often because so much of what you're doing has never...

Brendan Carr: Well, the media likes to talk...the media likes to talk about the media.

Dasha Burns: We sure do. And that...that point I will not argue with.

Brendan Carr: But you know, there is a media bureau with the FCC. It's got a lot of people in it. But there's a space bureau. We have national security operations. We have a wireline bureau. And I think, again, from my perspective, the media focuses very myopically on the media, and I get it, but if you were to think as I do, like what are like the most important things that we're doing in the long-run at this agency, it's actually what we're doing on space policy. It's what we're doing on national security. It's what we're doing on wireless.

So for instance, you know, your cell phone needs access to airwaves for 5G and 6G to work. During the Biden years, we fell into a deep malaise where we weren't moving spectrum into the commercial marketplace, and President Trump came in and fundamentally changed that.

We just held an auction of spectrum airwaves, raised over $3 billion. We now have an auction teed up for next year, which could raise, I don't know, $30-$60 billion. It's going to create a big chunk of spectrum in the midband, and we've been clear about wanting the US to lead in technology. So there's this new technology that I can tell you're very interested in. It's called direct-to-device technology where you go straight from your smartphone to a satellite so you don't need a standalone satellite dish. That's connectivity everywhere, high-speed, disruptive from a competition matter, and President Trump's been clear that he wants the US to lead the world in technology like that. We've now set the country up to do that through a series of regulatory actions. Speeds are up, prices are down about 10% for cell phone service. All of this has to do with a lot of very significant regulatory changes we're making at the FCC that the media isn't very interested in. But we do talk about it a lot or at least try to.

Dasha Burns: I appreciate that, but I also think you're...you are uh, a skilled communicator who understands why you make the headlines that you make.

Brendan Carr: [Laugh] Okay.

Dasha Burns: Overall, do you think that the FCC, given we have streaming, cable, social media, of course like so many Americans get their news on TikTok, do you think that the FCC has seen technology outpace some of the...its missions?

Brendan Carr: Well, it's an interesting question. So a lot of focus now is obviously on AI, which the FCC has a small role in, not a big one. A lot of the conversation obviously has moved to social media, which I know you sort of understand this, is not broadcast and doesn't have the public interest obligations. You don't have any of the sort of...the rules or...or regulations that we're applying.

Dasha Burns: I'm not scared of the clip we're going to post.

Brendan Carr: Exactly. There's no role for the FCC there at all. But I do think you have to, you know, humble about the regulatory changes in light of the technology shifts. Look, there is a world of the future of communication where it is all we call virtual cable like YouTube TV, where it is all social media, where it is all over the internet. And there's a world in which, you know, all this regulatory structure that is applying to the broadcast space becomes largely irrelevant because the conversation and the investments have shifted away from broadcast. That's entirely possible. But until then, we have that regulatory structure to impose over there. Congress can step in and change it. But yeah, this is an industry that's, you know, rapidly changing, rapidly evolving.

And to me, I think the national security stuff is the one that...that we spend a lot of time focusing on. When I came in, we stood up a new council on national security. As part of that,

we are running an agenda here called American Drone Dominance. So for instance, we have prohibited at the FCC through our covered list all foreign made drones from being newly bought or sold in the US. That's a good step from a national security perspective, but it's also a good economic step. So since we've done that, we've had about $4 billion flow into US drone and drone related companies. Same thing with routers, we banned all foreign produced routers. We had I think about zero US-based companies investing in routers. Now we have something like 20. So our national security agenda is both keeping the country safe, helping to, but also creating space for domestic industry to get revitalized. And that's what we're excited about.

Same thing with the space economy. A lot of people focus on SpaceX and Amazon Leo. We've got dozens of smaller companies that are now competing to get things into space, to do all sorts of new and innovative things. And at the FCC, we've had to fundamentally change how we regulate that. We, just last month, adopted an entirely new set of regulations, got rid of a whole old ones that were based on like bespoke, lengthy, time-consuming reviews, and we now run an assembly line. So if you want to get something into space, you're going to get a yes or no answer from us on a shot clock, quickly, without bespoke reviews. And so across every single portion of what we're doing, we're doing fundamentally different things. There's just not as much attention on those other issues.

Dasha Burns: You, as we talked about, have been at the FCC...

Brendan Carr: But I can...I can keep...I keep pivoting back to them, I feel like.

Dasha Burns: No, I, you're...you're good at answering the question you wish you were asked. Very, very good politician move. You've been at the FCC for a long time, as we've talked about. This does seem to be a new era of Brendan Carr. Do you feel like you have transformed under Trump?

Brendan Carr: [Laugh]

Dasha Burns: No truly 'cause...'cause there are a lot of people that have known you...

Brendan Carr: I do...I do get this...I do get variations of this question...

Dasha Burns: ...for a long time...yeah.

Brendan Carr: ...where did things go so wrong?

Dasha Burns: What happened? What happened to Brendan Carr?

Brendan Carr: And you're like what is the origin story? No, I can...I think it's this blend of two different approaches. We do have this very traditional, almost Libertarian style deregulation. We...we're getting rid of hundreds of pages from the federal regulation. I also think there's a place appropriately for regulations, and I think it's a broader reflection of where I think the conservative movement has gone. Yeah, there's still this very big deregulatory effort. There's also this more populist approach that's skeptical of concentrations of power and supports common sense regulations. And what we've been trying to do is you take a little bit of dereg, a little bit of reg, you put it together, and we make telecom great again.

Dasha Burns: Where do you think the what happened to Brendan Carr questions are coming from?

Brendan Carr: I don't know. I guess, you know, there's a lot of people that, you know, very much like the Libertarian deregulatory side of the FCC's agenda, and they very much don't like more of the regulatory populus side that we're blending in and they wish it was more of the other. But this is the approach that we're taking.

Dasha Burns: So you know, we're going to write about this interview. We're going to post some clips from this interview. The entire thing's going to come out.

Brendan Carr: It's all going to be about the space economy and national security. It's going to do fantastic numbers.

Dasha Burns: It's going to be in there. We post this whole thing in full so people will...will hear it all. But you know, I, you know, pride myself on...on being a fair interviewer. I hope you had that experience here, but I'm not afraid that you're going to come after me or...or Politico after this with...with the heavy hand of government.

Brendan Carr: Right.

Dasha Burns: Do you want though some of the broadcasters you do have purview over to be a little bit spooked by you?

Brendan Carr: No, I wouldn't put it that way. I mean, look, again...

Dasha Burns: Well, how would you put it?

Brendan Carr: I think when you get beyond, you know, the reporters covering the issue to the people that actually manage the stations at these operations, they understand there's a public interest obligation. And I think in many...

Dasha Burns: You don't think anyone's scared of you?

Brendan Carr: I think they want to do it 'cause at the end of the day, the public interest standard is not an impossible standard, and it's not a partisan standard. It's about are you going into your community, are you finding what they need, and are you distributing programming content that meets the need? And are you pushing back when you think that there's a national program that's not the right fit for your community? Again, we've heard over the years from broadcasters that don't want to run whether it's late night comedy shows or something else, and they felt like they didn't have the power to do it because those national programmers, Disney, Comcast have so much power they can bowl them over. So I think there's a lot of local TV stations that are glad to have an FCC that says broadcasters matter. National programmers have amassed too much power and we're trying to rebalance the scales a little bit. So I think there's a lot of local broadcast TV stations that feel really good about the direction of the FCC.

Dasha Burns: All right. Brendan Carr, thank you so much for taking the time.

Brendan Carr: Enjoyed it, thanks.

Dasha Burns: Thanks for having us at the FCC HQ.

Brendan Carr: Yeah, it was good.

Dasha Burns: This has been *The Conversation* with Dasha Burns. Who do you want to see on the show next? We want to hear from you so call or text us at the show's phone number in the description. We'll be back next week. If you want to catch future episodes of *The Conversation*, be sure to click that subscribe button below. Thanks for watching.

# WILKINSON EXHIBIT 54

# Transcript: Trump Blurted Out Vile Plot to Censor ABC—and It Backfired

**newrepublic.com**/article/213804/transcript-trump-blurted-vile-plot-censor-abc-and-backfired

The Daily Blast With Greg Sargent July 31, 2026

PODCAST

## As Trump's sordid pressure on ABC comes back to bite him, a legal expert explains why the network is in a good position to withstand Trump-MAGA bullying—and how this case will likely play out.



Chip Somodevilla/Getty Images

*The following is a lightly edited transcript of the July 31 episode of the* Daily Blast *podcast. Listen to it here.*

**Greg Sargent:** This is *The Daily Blast* from *The New Republic*, produced and presented by the DSR Network. I'm your host, Greg Sargent.

It's been a while since we checked in on Donald Trump's use of government power to silence networks that displease him, and there's a new development. ABC just put out their challenge to the Federal Communications Commission's vile efforts to punish it by going after its broadcasting licenses. And something funny happened. Trump's own tweets and declarations have become evidence of his corrupt intent to use the FCC as a weapon of censorship. And this captures something really essential about Trump's open corruption and whether our institutions are capable of constraining it.

So we're talking about all of it with one of our go-to people on these things, University of Michigan law professor Leah Litman. Hey, Leah, always good to have you on.

**Leah Litman:** Glad to be back.

**Sargent:** So at the center of this sordid story is FCC Chair Brendan Carr, who's one of Trump's most slavishly devoted accomplices. Whenever Trump gets upset about networks telling the truth about him, Carr is right there in the background. In the spring, Carr launched an early review of broadcast licenses at eight TV stations owned by ABC, which is a network Trump hates because of Jimmy Kimmel and other things. Leah, can you just bring us up to date on this, and what Carr is really all about?

**Litman:** Yeah, so Carr has been basically attempting to use the Federal Communications Commission's power over these media companies in order to get them to ensure there is favorable coverage for the president, and coverage that the president likes. And sometimes he does this by threatening to review licenses that allow these companies to distribute their programming onto other channels. Other times he uses the FCC power by threatening investigations into the companies that might impose regulatory sanctions on them.

And so this is not the first time this has happened. You know, we saw, for example, the FCC kind of try to coerce Disney to cancel Kimmel. We saw them trying to strong-arm CBS to cancel Colbert. And they do this, again, by threatening the agency's regulatory authority to award benefits or impose punishments on companies that are subject to their control.

And these agencies, particularly the FCC, have huge power, right? If they don't grant licenses, that's the end of the company. They don't have business anymore.

**Sargent:** Yeah. And we should note here that the FCC claimed that its review of the broadcast licenses of these stations was about looking at their DEI policies. And I think we know that's bullshit, right?

**Litman:** Yeah, I mean, I don't know what this administration thinks DEI stands for. You know, on our podcast, we've joked that it's "dicks, ex-husbands, imbeciles." In light of the diarrhea—it's "diarrhea for everyone, because of incompetence," right? Like, I don't know. But they kind of use that word as their go-to for saying, *we don't like something that you're doing, and so we are just going to target you.*

**Sargent:** Yeah. There's almost like a Soviet quality to it. It's like they really just say it, and they're visibly full of shit, and they know it. And that's part of the exercise of power.

**Litman:** Yes, indeed. We can just toss this label out and use that to go after anyone we want.

**Sargent:** And there's nothing you can do about it. So ABC put out its formal response to the FCC's review, and it's scathing stuff. I'm going to read one line. ABC says, "The retaliation against ABC is a signal to every media company in the country: Accommodate the administration's view of what news coverage should look like, or pay the price." Leah, that's the plain truth, isn't it?

**Litman:** No, absolutely. And I think the president has taken this approach to many different regulatory initiatives or prosecutions. You know, he's tried to indict, for example, former FBI director James Comey, New York Attorney General Letitia James. And it's clear that those prosecutions also serve as a warning, right? Like, *do our bidding, or stand down, or you will face the penalty.*

And so this attempt to bully ABC is just another example of that. I think another manifestation of this is the president's litigation against different media companies. He sues them for running a story that he doesn't like. And here he's leveraging the immense power of the federal government to serve the same purpose.

**Sargent:** Now, here's the really good part. In order to show that the FCC is trying to punish ABC for its "content and its viewpoints"—punish it for its reporting and its speech—ABC cites one of Trump's own tweets, in which Trump says this directly.

The tweet says: "Why is it that ABC and NBC Fake News, two of the worst and most biased networks, aren't paying millions of dollars a year on license fees? They should lose their licenses for their unfair coverage of Republicans."

Now, NBC doesn't seem to be a part of this right now, but you get the point. There, Trump said openly that ABC should be punished for what it says about Republicans. And ABC is now using this against Trump. Can you tell us what ABC has to establish here to push the FCC off its back, and whether there's a real chance that citing something like this thing here works?

**Litman:** Yeah, so one of the claims that ABC is making is that the administration is targeting them for exercising their First Amendment right—for deciding what to publish and what to air. And so if the administration, if the federal government, is targeting someone because of views they express, because they don't like the viewpoint they express or the content that they are publishing, that is a violation of the First Amendment.

And so because the reason for the enforcement action, the reason for the investigation, could potentially make it unconstitutional, ABC is trying to establish why this investigation or review of the licenses is happening.

**Sargent:** And could this work? I mean, there you have ABC citing Donald Trump saying, in his own words, they should lose their licenses for their unfair coverage of Republicans. Could that be effective for ABC in making this argument?

**Litman:** I would certainly hope so. And these kinds of arguments have been effective, at least in the lower federal courts, where there's a big *OMG, he admitted* vibe to a lot of what the lower courts are doing. In cases challenging the president's revocation of temporary protected status, lower courts said, this is unconstitutional, it was driven by racial discrimination, because look at the vile racist smears you —the president—directed at Haitian nationals. This has also come up in the cases challenging the ban on transgender service members.

Look at all the awful things that the president has said about transgender individuals. This has also come up in some other First Amendment cases, challenging the president's and administration's rescission of federal grants to organizations that were engaged in advocacy that the president didn't like. And lower federal courts have often pointed to presidential statements and effectively presidential admissions that, of course he was retaliating against them, of course he was doing this because of an individual's race, of course he was doing this because of some impermissible reason.

But the big question is: Is the Supreme Court ever going to allow that to happen? Because, of course, the Supreme Court said that the president's awful statements about Haitian nationals were not overtly racial—they excused that racial discrimination. And they have allowed the administration to implement the ban on transgender service members, despite the horrific smears and transphobic statements. And so there's right now, I think, a disparity between lower federal courts saying, *the president said what he said, we can't ignore that*, and the Supreme Court saying, *no, actually, we can and we will, and we'll just pretend it didn't happen.*

**Sargent:** Well, I want to come back to the Supreme Court in a sec, but first, ABC's filing goes on to quote numerous other examples of Trump making this threat explicit, especially during the 2024 campaign. In one case, he says ABC is corrupt and the FCC "ought to take away their license."

In another, he says, "ABC should lose its license because of what they've done." So here you have Trump blurting out on Truth Social, and even in one case at a campaign rally, that he wants to weaponize the FCC against the network to censor it. It was basically an open campaign promise: Elect me and I'll censor ABC. And now he and Carr are trying to do that. Right?

**Litman:** Yes, no, absolutely. But so too was the president's promise for a "complete and total shutdown of Muslims entering the United States." And yet when the challenge to the president's travel ban—that applied to individuals from several Muslim-majority countries—reached the Supreme Court, the Supreme Court said, *well, we're not actually sure if campaign statements are even relevant, and in any case, we're just going to say there is a reasonable, non-racial, non-religious reason why the president might have done this.*

Now, of course, they relied on the fact that that was an immigration policy where the president receives additional deference. But I am not at all convinced that they would take even, again, this specific promise to do the very specific thing that his administration is now trying to do, for a very specific unconstitutional reason, seriously and literally, and actually hold him to that, even though they absolutely should.

**Sargent:** Point taken on the Supreme Court and how corrupt it is and so forth. And we should note here that Leah Litman wrote a very good book about that. So check it out, folks. It's all about the Supreme Court. What's the title again?

**Litman:** *Lawless: How the Supreme Court Runs on Conservative Grievance, Fringe Theories, and Bad Vibes*.

**Sargent:** Well, there you go. That sums it up pretty neatly. But I want to ask you, though—I've got to think that administration lawyers would prefer that Trump hadn't said this stuff explicitly, right?

**Litman:** Of course. They have to be desperately begging the people around him to shut down his phone and tell him to shut the F up, because it's making their jobs that much harder. It's hard to say, well, of course we should presume that the government is acting normally. There is this presumption of regularity that courts traditionally afford to the federal government, and that administration lawyers will often invoke.

But that's just supposed to be a presumption. And you should be able to rebut that presumption if you have an administration and a president just outright saying, *of course, we're doing this for unlawful reasons, here's what we're doing.We're not actually following these processes and procedures, I just promised to penalize ABC because I didn't like them.*

**Sargent:** One last question about the Supreme Court. I've got to think they're going to be a little more sensitive here, because it's First Amendment and it's broadcast licenses. It's so clear. As opposed to something like TPS, which, you know, the president has a lot of power over immigration and so forth. And it feels to me like the Supreme Court might—let's hope, anyway—want to be a little more solicitous of the First Amendment rights of news organizations than they might be in other cases. No?

**Litman:** I mean, perhaps. On the other hand, this is the Supreme Court that often protects the First Amendment rights of some but not others. You know, it has said, for example, nonprofit corporations, they have a First Amendment right not to disclose their donors, in part because when they disclose their donors, their donors are heavily criticized for contributing to right-wing organizations that are accused of racist, homophobic behavior.

The court has not, let's say, protected the rights of union organizers to exercise their free speech rights to actually organize people and register people for unions, even though it has protected the rights of the mega-rich to donate near unlimited amounts of money to elections.

So, yes, in principle, this court does care about the First Amendment. In principle, of course, it should care about news organizations' ability to publish material that they decide to publish. There are a host of right-wing news organizations that publish all sorts of crap that you would hope, right, they would recognize they don't want to allow litigation for. And yet this court has time and time again found a way to be selective in whose rights it's protecting, even when it purports to be applying some general principle.

**Sargent:** The Supreme Court really does like big corporations.

**Litman:** Yes, they do. And ABC is a big corporation, so it has that going for it!

**Sargent:** I want to try to get at a key thing about Trump's corruption here. The open and explicit nature of it really is a critical piece of it, in the sense that Trump wants it known that he will, in fact, use the FCC to bully networks whose reporting displeases him.

This is both a demonstration of his power to his base—like, *look, I can do this openly, because I can*—but it's also an explicit signal to many institutions in this country to bend the knee to him. He can't let go of the open and explicit nature of this. It's central to his whole project. But now, at least to some degree, it's backfiring. Can you talk about that?

**Litman:** Yeah. So I want to first talk about how it is central to his project, and how doing it openly very much seems to be a feature in their eyes. You know, it's partially a way of normalizing the conduct. If they do it all the time, if it happens all the time, if they flood the zone with B.S., it's harder to stop or challenge any of it. But another important part of it is the signaling. We are talking about, as we said, ABC, a big corporation.

There aren't always going to be big media entities with the resources of ABC that are making a calculus about whether they can or should publish a story that might upset the administration or the president or someone in his circle. And so they will look at the kind of retaliatory campaigns that the president is openly engaged in and openly threatening against these companies, and have to make a calculus. *Are we in a position to potentially fight that, if the eye of Sauron turns its gaze on us*? And some will make the calculus of no. So yes, the openness of this is a big part of the story, and also part of the problem.

I do hope that it is also part of what allows us to push back against Donald Trump, because it is much easier, I think, to organize opposition when you can point to, "look at what he is doing, look at what he is saying."

Obviously, right, you can't allow a president to do that—just imagine how that power could be used. And so hopefully, right, the openness of it will also make counter-organizing, counter-political opposition easier. And hopefully it will also make legal challenges easier, as we were talking about. Because when the president admits he has an unconstitutional motive, that should matter under the law. It really should.

**Sargent:** It really should. And I think it is backfiring, at least to that degree. So I think there's a big question here about whether Trump is succeeding or not in cowing the news media. And there's a lot of fatalism out there about this. And I get that, right? You look at *The Washington Post*, what happened there. You look at CBS News, what's happening there. And there's a lot to be kind of despairing about. But I think the story is generally a decent one, though, that aside, because the American news media is just really big and sprawling.

**Litman:** It's diffuse.

**Sargent:** Yeah. And it's robust, it's energetic. And I think I'm seeing some of the most aggressive reporting right now on Trump that I've seen in, I don't know, in my lifetime. What do you think of that? What's your sense—is he succeeding or is he not succeeding? And where do you think this particular thing is going to go?

**Litman:** Look, he's succeeding in some ways. I'm sure there are some stories, right—some turns of phrase—that we are just never going to see, because organizations make the calculus that it's not worth it. On the other hand, you're absolutely right that the American media landscape looks very different than, let's say, the media landscape in Hungary, where there are fewer organizations and therefore easier to control and take over.

Here there are some big media institutions, including some like ABC or *The New York Times* that have opted to fight back against Trump when he targets them. *The New York Times* successfully quashed some subpoenas that had been directed at it over its reporting about the president's use of the Qatari Force One, you know, the jet gifted to him. And there are also a bunch of independent media organizations that have been more faithful, in a lot of ways, to the aggressive reporting even earlier in the administration.

So I think that the media landscape is, you know, concerning in some respects. Obviously the consolidation of several big media entities into the hands of some Trump supporters is not a good development for democracy. But it's not maybe quite as dire as people might think, at least if you are conscientious enough to ensure you are getting a media diet that includes a lot of independent media and media that hasn't been taken over by Trump allies.

**Sargent:** And where do you think this is going to go with ABC? What's your gut tell you?

**Litman:** I think ABC will be able to push back the threats against its licenses. I just do.

**Sargent:** And what will that look like, basically?

**Litman:** I think either the administration will fold—you know, if ABC, for example, gets a favorable court hearing, or some initially favorable judicial decision—or they will get a favorable judicial decision and the Trump administration will opt not to appeal it, because they just don't think it's one of their better cases.

And there have been lots of examples where they have elected not to appeal unfavorable lower court rulings. So even though they've had a bunch of success in the Supreme Court, they haven't taken all of the cases they have lost in the lower courts to the Supreme Court. So my guess is that will be how this episode resolves.

**Sargent:** And if that happens—which I think it will as well—it will be a huge deal, not least because Trump himself keeps drawing attention to his own corrupt motives. Leah Litman, always great to talk to you. Thanks so much for coming on. That was great stuff.

**Litman:** Thanks for having me.

# WILKINSON EXHIBIT 55

# Brendan Carr on X: "The Communications Act requires broadcasters to operate in the public interest—not a narrow, partisan one. Legacy media is not happy that they're being held accountable to their statutory obligations. But the FCC will continue to enforce the statute—headlines not withstanding. https://t.co/9rSJckUN19"

**x.com**/BrendanCarrFCC/status/2084352018743730680

https://x.com/BrendanCarrFCC August 3, 2026

## Post

## Post



- The Communications Act requires broadcasters to operate in the public interest—not a narrow, partisan one. Legacy media is not happy that they're being held accountable to their statutory obligations. But the FCC will continue to enforce the statute—headlines not withstanding.

WASHINGTONIAN

MENU



# How Brendan Carr Became MAGA's Media Watchdog

As FCC chair, Carr has used his power to pursue President Trump's priorities—and target his foes. Is he a threat to free speech?

# WILKINSON EXHIBIT 56






POLITICO

2 DAYS AGO

# Sen. Kennedy: 'Sometimes the FCC scares me right now'

The Louisiana Republican cautioned that the media agenda of Chair Brendan Carr is "getting into the foothills of violating the First Amendment."



JOHN HENDEL
08/05/2026, 3:45PM ET

Sen. John Kennedy voiced unease Wednesday with Federal Communications Commission Chair Brendan Carr's scrutiny of broadcast television — the latest GOP complaint about the agency's aggressive treatment of President Donald Trump's perceived media adversaries.

"Sometimes the FCC scares me right now," the Louisiana Republican said during a Senate Judiciary Committee hearing with commission general counsel Adam Candeub. "I don't like some of the stuff that is said on television, but what business is it of the FCC?"

Advertisement

AD

Kennedy's comments followed months of bipartisan grumbling about Carr's activities, which have included opening inquiries into alleged political bias by broadcast TV networks, denouncing Jimmy Kimmel's late-night monologues and opening the door to a possible revocation of Disney's ABC station licenses. Despite getting vocal praise from Trump, Carr's moves have generated backlash from some conservative groups, several of which have even suggested abolishing the agency on First Amendment grounds.

**'Y'all be careful':** Just four months ago, Kennedy downplayed the idea that Carr was doing anything untoward in bringing in the eight Disney-owned ABC station licenses for early renewal. But he was much harsher in Wednesday's nomination hearing with Candeub, whom Trump has tapped to head the Justice Department's antitrust division.

"All I'm saying is, y'all be careful," Kennedy said. "You're getting into the foothills of violating the First Amendment."

"Understood, sir," Candeub replied.

Without specifying any particular incidents, Kennedy also asked Candeub "what business it is of the FCC if a television network criticizes a political figure."

**A growing chorus:** Kennedy is far from alone in his fears. Senate Commerce Chair Ted Cruz (R-Texas) and Sen. Rand Paul (R-Ky.) have both raised concerns about the FCC's scrutiny of Disney, as did House Judiciary Committee ranking member Jamie Raskin (D-Md.) in a filing to the FCC on Monday.

Raskin wrote that the early license renewal — following years of complaints from Trump

about ABC's news coverage and programming — "causes severe constitutional problems by at least appearing to use the Commission's licensing authority to censor protected speech."

Carr has said the review of Disney began due to an investigation into the company's hiring practices, and has rejected the idea that he's chilling the news media or wielding the commission as a political weapon. "I don't view the FCC as the speech police," he said during a POLITICO podcast interview last week.

Senators of both parties raised concerns about Carr's agenda during Wednesday's hearing. Candeub resisted discussing details of Carr's actions, initially saying it would be inappropriate for him to weigh in.

Candeub later reminded Kennedy that Congress decades ago created the obligation that licensed broadcasters operate in the public interest. That's the same standard Carr has said he's upholding by enforcing long-disregarded rules such as those prohibiting "news distortion."

"And who decides what the public interest is?" Kennedy asked Candeub. "Doesn't that scare you? What if the FCC is in the hands of someone whose politics you disagree with?"

Lead Art: Sen. John Kennedy speaks with reporters Wednesday at the Capitol. | Francis Chung/POLITIC

Continue on to view the day's latest updates