**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Broadcasting Companies, Inc., *et al.*,<br>*Plaintiffs*,<br>v.<br>Federal Communications Commission, *et al.*,<br>*Defendants*. | Civil Case No. 1:26-cv-2902 |

**CERTIFICATE OF COUNSEL IN COMPLIANCE WITH LOCAL CIVIL RULE 65.1**

Pursuant to Local Civil Rule 65.1(a), undersigned counsel hereby certifies that between 8:17am and 8:19am Eastern on August 18, 2026, Counsel for Plaintiffs American Broadcasting Companies Inc., The Walt Disney Company, KABC Television, LLC, KFSN Television, LLC, KGO Television, Inc., KTRK Television, Inc., WABC Television (New York), LLC, WLS Television, Inc., WPVI Television (Philadelphia), LLC, and WTVD Television, LLC ("Plaintiffs") emailed the Chief of the Civil Division for the United States Attorney's Office for the District of Columbia, the Directors of the Federal Programs Branch of the Department of Justice, the General Counsel of the Federal Communications Commission ("FCC"), and the Associate General Counsel / Head of Litigation of the FCC to provide them with notice that Plaintiffs would be filing the accompanying Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"). Plaintiffs' Counsel attached to the email electronic copies of the Complaint, the Motion, and the accompanying memorandum, declarations, exhibits, and proposed order.

Undersigned counsel will send physical copies of the Complaint, Motion, and accompanying materials by certified mail to Defendants and the Office of the United States Attorney

General. Electronic copies of the foregoing will be sent via email to the United States Attorney's Office for the District of Columbia in accordance with its procedures for email service.

Dated: August 18, 2026

By: */s/ Beth A. Wilkinson*
Beth A. Wilkinson (D.C. Bar No. 462561)
Jenna P. Swarbrick (D.C. Bar No. 1614398)
Daniel Epps (*pro hac vice pending*,
D.C. Bar No. 1002523)
Luke Churchill (*pending admission*,
D.C. Bar No. 90020985)
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com
depps@wilkinsonstekloff.com
lchurchill@wilkinsonstekloff.com

Caroline Li (*pending admission,*
D.C. Bar No.1779285)
**WILKINSON STEKLOFF LLP**
130 W 42nd St., 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
cli@wilkinsonstekloff.com

By: */s/ Paul D. Clement*
Paul D. Clement (D.C. Bar No. 433215)
Jeffrey C. Thalhofer (D.C. Bar No. 1658324)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
jeff.thalhofer@clementmurphy.com

*Counsel for Plaintiffs American Broadcasting Companies, Inc.; The Walt Disney Company; KABC Television, LLC; KFSN Television, LLC; KGO Television, Inc.; KTRK Television, Inc.; WABC Television (New York), LLC; WLS Television, Inc.; WPVI Television*

*(Philadelphia), LLC; and WTVD Television, LLC.*