**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Broadcasting Companies, Inc., *et al.*,<br>*Plaintiffs*,<br>v.<br>Federal Communications Commission, *et al.*,<br>*Defendants*. | Civil Case No. 1:26-cv-2902 |

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction and supporting papers, it is hereby:

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from (1) taking any continuing or further action against Plaintiffs in relation to the early license renewal proceedings before the Federal Communications Commission, including issuing a Hearing Designation Order, and (2) from taking any actions, formal or informal, to coerce or threaten Plaintiffs with sanctions in an effort to alter their exercise of editorial discretion; it is further

**ORDERED** that this order and all supporting pleadings and opposing papers must be served on the adverse party within ____ days; it is further

**ORDERED** that Defendants must show cause on __________________, at ___________________________ before this Court as to why a preliminary injunction should not issue; it is further

**ORDERED** that this order shall remain in effect until _________________________.

**IT IS SO ORDERED.**

Dated:

________________________________

U.S. District Judge
U.S. District Court for the District of Columbia

**APPENDIX A: PERSONS TO BE SERVED**:

Federal Communications Commission, 45 L Street NE, Washington, DC, 20554, ATTN:

- Brendan Carr, Chairman, Federal Communications Commission
- Anna. M. Gomez, Commissioner, Federal Communications Commission
- Olivia Trusty, Commissioner, Federal Communications Commission
- Adam Candeub, General Counsel, Federal Communications Commission
- Jacob Lewis, Associate General Counsel, Federal Communications Commission

United States Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20579, ATTN:

- Civil Process Clerk, United States Attorney for the District of Columbia
- Peter C. Pfaffenroth, Chief, Civil Division, United States Attorney's Office for the District of Columbia

United States Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001, ATTN:

- Todd Blanche, United States Attorney General
- Alex Haas, Director, Federal Programs Branch, Civil Division, United States Department of Justice
- Diane Kelleher, Director, Federal Programs Branch, Civil Division, United States Department of Justice