AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

American Broadcasting Companies, Inc., et al.,
*Plaintiff*
v.
Federal Communications Commission, et al.
*Defendant*

Case No. 1:26-cv-2902

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Broadcasting Companies, Inc., et al., .

Date: 08/18/2026

/s/ Jenna P. Swarbrick
*Attorney's signature*

Jenna P. Swarbrick Bar No. 1614398
*Printed name and bar number*

Wilkinson Stekloff LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
*Address*

jpswarbrick@wilkinsonstekloff.com
*E-mail address*

(202) 847-4000
*Telephone number*

(202) 847-4005
*FAX number*