AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

American Broadcasting Companies, Inc., et. al.,
*Plaintiff*
v.
Federal Communications Commission, et al.,
*Defendant*

Case No. 26-02902

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Broadcasting Companies, Inc., et al., .

Date: 08/18/2026

/s/Paul D. Clement
*Attorney's signature*

Paul D. Clement, 433215
*Printed name and bar number*

706 Duke Street
Alexandria, VA 22314
United States
*Address*

paul.clement@clementmurphy.com
*E-mail address*

(202) 742-8900
*Telephone number*

*FAX number*