**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| American Broadcasting Companies, Inc., *et al.*,<br>*Plaintiffs*,<br>v.<br>Federal Communications Commission, *et al.*,<br>*Defendants*. | Civil Case No. 1:26-cv-2902 |

**PLAINTIFFS' LCVR 26.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, the undersigned counsel of record for Plaintiffs certify that Plaintiffs American Broadcasting Companies, Inc., KABC Television, LLC, KFSN Television, LLC, KGO Television, Inc., KTRK Television, Inc., WABC Television (New York), LLC, WLS Television, Inc., WPVI Television (Philadelphia), LLC, and WTVD Television, LLC are indirect, wholly owned subsidiaries of Plaintiff The Walt Disney Company, which is a publicly traded company (NYSE: DIS). No other publicly held corporation owns 10% or more of the Walt Disney Company's stock.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: August 18, 2026

By: */s/ Beth A. Wilkinson*

Beth A. Wilkinson (D.C. Bar No. 462561)
Jenna P. Swarbrick (D.C. Bar No. 1614398)
Daniel Epps (*pro hac vice pending*, D.C. Bar No. 1002523)
Luke Churchill (*pending admission*, D.C. Bar No. 90020985)
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

bwilkinson@wilkinsonstekloff.com
jpswarbrick@wilkinsonstekloff.com
depps@wilkinsonstekloff.com
lchurchill@wilkinsonstekloff.com

Caroline Li (*pending admission,*
D.C. Bar No.1779285)
**WILKINSON STEKLOFF LLP**
130 W 42nd St., 24th Floor
New York, NY 10036
Telephone: (212) 294-8910
Facsimile: (202) 847-4005
cli@wilkinsonstekloff.com

By: */s/ Paul D. Clement*

Paul D. Clement (D.C. Bar No. 433215)
Jeffrey C. Thalhofer (D.C. Bar No. 1658324)
**CLEMENT & MURPHY, PLLC**
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
jeff.thalhofer@clementmurphy.com

*Counsel for Plaintiffs American Broadcasting Companies, Inc.; The Walt Disney Company; KABC Television, LLC; KFSN Television, LLC; KGO Television, Inc.; KTRK Television, Inc.; WABC Television (New York), LLC; WLS Television, Inc.; WPVI Television (Philadelphia), LLC; and WTVD Television, LLC.*