AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| American Broadcasting Companies, Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 26-2902 (LLA) |
| Federal Communications Commission, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants. .

Date: 08/18/2026

/s/ Dimitar P. Georgiev
*Attorney's signature*

Dimitar P. Georgiev, D.C. Bar #1656702
*Printed name and bar number*

U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, DC 20530
*Address*

dimitar.georgiev-remmel@usdoj.gov
*E-mail address*

(202) 252-7678
*Telephone number*

*FAX number*