AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

American Broadcasting Companies, Inc., et al.,
*Plaintiff*
v.
Federal Communications Commission, et al.
*Defendant*

Case No. 1:26-cv-2902

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Broadcasting Companies, Inc., et al. .

Date: 08/20/2026

/s/ Caroline Li
*Attorney's signature*

Caroline Li Bar No. 1779285
*Printed name and bar number*

Wilkinson Stekloff LLP
130 W 42nd Street, 24th Floor
New York, NY 10036
*Address*

cli@wilkinsonstekloff.com
*E-mail address*

(212) 294-8910
*Telephone number*

*FAX number*