AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

American Broadcasting Companies, Inc., et al., )
*Plaintiff* )
v. ) Case No. 1:26-cv-2902
Federal Communications Commission, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Broadcasting Companies, Inc., et al. .

Date: 08/20/2026

/s/ Luke Churchill
*Attorney's signature*

Luke Churchill Bar No. 90020985
*Printed name and bar number*

Wilkinson Stekloff LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
*Address*

lchurchill@wilkinsonstekloff.com
*E-mail address*

(202) 847-4000
*Telephone number*

(202) 847-4005
*FAX number*