UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AMERICAN BROADCASTING COMPANIES, INC.,** *et al.*,

Plaintiffs,

v.

**FEDERAL COMMUNICATIONS COMMISSION,** *et al.*,

Defendants

and

**FREQUENCY FORWARD, LLC,**
**MEDIA ACTION CENTER,** *et al.*,

Proposed Plaintiffs-Intervenors

Case No. 1:26-cv-2902

**MOTION OF FREQUENCY FORWARD AND MEDIA ACTION CENTER, ET AL. TO INTERVENE AS PLAINTIFFS**

Frequency Forward, and the Media Action Center, individuals, Elise Nakhnikian, Ginger Feldman, Jen Senko, Marcia Annenberg, Rosy Harari, Kristen Brochmann, Jill Noelle Pellowski, Anne Cooper, William Clinton McSherry II, Merry Jones, Kimberley Leahy, James Keenan, Mitchell Szczepanczyk, Sabrina Haake, Torry Mercer, Jeff Shaw, Lanny Larson and Roxanne Griffith ("collectively Proposed Intervenors"), respectfully move to intervene of right as plaintiffs in this case pursuant to Federal Rule of Civil Procedure 24(a)(2) or, alternatively, seek permissive intervention pursuant to Rule 24(b). In accordance with Local Civil Rule 7, in support of their Motion, Prospective Intervenors are concurrently filing a Memorandum in Support of

Motion to Intervene and a Proposed Order. Proposed Intervenors respectfully request that the Court grant their Motion to Intervene.

Pursuant to Local Civil Rule 7(m), counsel for Proposed Intervenors has conferred with the parties regarding this Motion. Plaintiffs stated that they will oppose the Motion. Defendants requested that the following sentence be included in the Motion: "The Commission currently does not take a position on the motion to intervene and asks the Court to hold in abeyance briefing of that motion pending the Court's resolution of the pending motion for preliminary injunction and the Commission's anticipated motion to dismiss." Proposed Intervenors are opposed to any delay as it may significantly impact their right to participate in this proceeding.

By: /s/ Arthur Belendiuk
Arthur V. Belendiuk
D.C. Bar No. 336768
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., #301
Washington, D.C. 20016
(202) 363-4559

Dated: August 24, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC., *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FEDERAL COMMUNICATIONS COMMISSION, *et al.*,**<br><br>**Defendants**<br><br>**and**<br><br>**FREQUENCY FORWARD, LLC,**<br>**MEDIA ACTION CENTER, *et al.*,**<br><br>**Proposed Plaintiffs-Intervenors** | **Case No. 1:26-cv-2902** |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Proposed Plaintiffs-Intervenors certifies that a copy of "Motion of Frequency Forward and Media Action Center, et al. to Intervene as Plaintiffs" along with the associated "Memorandum in Support of Motion to Intervene," Exhibits and a Proposed Order have been served via email and first-class mail on the parties listed below.

Caroline Li
WILKINSON STEKLOFF LLP
130 West 42nd Street
Ste 24th Floor
New York, NY 10036
Email: cli@wilkinsonstekloff.com

Daniel Epps
Jennifer Pavelec Swarbrick
Luke Churchill
Beth A. Wilkinson
WILKINSON STEKLOFF LLP
2001 M Street NW
Ste 10th Floor
Washington, DC 20036
Email: depps@wilkinsonstekloff.com
Email: jpswarbrick@wilkinsonstekloff.com
Email: lchurchill@wilkinsonstekloff.com
Email: bwilkinson@wilkinsonstekloff.com

Jeffrey Thalhofer
Paul Clement
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Email: Jeff.thalhofer@clementmurphy.com
Email: paul.clement@clementmurphy.com

By: /s/ Arthur Belendiuk

Arthur V. Belendiuk
D.C. Bar No. 336768
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., #301
Washington, D.C. 20016
(202) 363-4559

Dated: August 24, 2026