**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC., *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**FEDERAL COMMUNICATIONS COMMISSION, *et al.*,**<br><br>**Defendants**<br><br>**and**<br><br>**FREQUENCY FORWARD, LLC,**<br>**MEDIA ACTION CENTER, *et al.*,**<br><br>**Proposed Plaintiffs-Intervenors** | **Case No. 1:26-cv-2902** |

**EXHIBITS**

**EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,** *et al.*,<br><br>Defendants<br><br>and<br><br>**FREQUENCY FORWARD, LLC,**<br>**MEDIA ACTION CENTER,** *et al.*,<br><br>Proposed Plaintiffs-Intervenors | Case No. 1:26-cv-2902 |

**DECLARATION OF JACK D. SMITH IN SUPPORT OF FREQUENCY FORWARD, LLC AND MEDIA ACTION CENTER'S, *ET AL.* MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746(2), I, Jack Smith, hereby declare:

1. I am a director of Frequency Forward, a public interest organization and consumer advocacy watchdog dedicated to promoting greater transparency and accountability at the FCC. See, https://frequencyfwd.com.

2. I am a resident of Media, Pennsylvania and a regular viewer of ABC owned WPVI, Philadelphia, Pennsylvania. I am deeply concerned that Disney has modified its programming to pacify the Trump administration and the FCC. See Complaint at pp. 4, 5, 26, 35-37. The airwaves are held in public trust for the benefit of the viewers. Congress never intended for broadcast licenses to be used as bargaining chips to ensure that the political party in power

receive favorable coverage from licensed broadcasters. Yet every American can see that is exactly what is happening. Such a blatant abuse of power and process would have been unthinkable when I was FCC General Counsel during the Reagan administration (1984 -1986). The FCC's call for the early renewal of ABC's licenses and the threat to designate the company for hearing over vaguely articulated claims of violating FCC rules against discrimination in employment is obviously retaliatory and pretextual and in violation of my First Amendment rights as a regular viewer of my ABC station. I am injured by the FCC's actions and by Disney/ABC caving under FCC and administration pressure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2026.

JD Smith

Jack D. Smith

**EXHIBIT 2**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,** *et al.*,<br><br>Defendants<br><br>and<br><br>**FREQUENCY FORWARD, LLC,**<br>**MEDIA ACTION CENTER,** *et al.*,<br><br>Proposed Plaintiffs-Intervenors | Case No. 1:26-cv-2902 |

**DECLARATION OF SUSAN WILSON COWAN IN SUPPORT OF FREQUENCY FORWARD, LLC AND MEDIA ACTION CENTER'S, *ET AL.* MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746(2), I, Susan Wilson Cowan, professionally known as Sue Wilson, hereby declare:

1. I am a former award-winning broadcast reporter turned media reformer and founder of the Media Action Center, Inc. ("MAC"). MAC is a group of concerned individuals who are working to influence policy at the FCC to ensure that broadcasters serve the public interest rather than their own private interests. See, https://www.mediaactioncenter.net.

2. I live in Fiddletown, California, which is in the Sacramento, California television market. I am a regular viewer of KXTV the local ABC affiliate in Sacramento, which is licensed

to Tegna, Inc., a subsidiary of Nexstar Media Group. KXTV broadcasts a full lineup of ABC news and programs, including *The View*. While KXTV is not owned by Disney/ABC, I have been directly impacted by the FCC's actions. As Disney makes clear in its Complaint, ABC has altered its program content in an attempt to appease the Trump administration. These changes to its news and programming content directly affect me and my organization. The administration's relentless pressure on Disney, causing it to self-censure, results in direct injury to my First Amendment rights to receive information without government interference. Should the FCC succeed in denying ABC's license renewal applications, I along with other ABC viewers, stand to lose access to a key provider of news and vital information. This impinges on my First Amendment right to receive information without government interference.

3. After the FCC ordered Disney to file early license renewals, it was clear to me and my colleagues that the FCC was planning to revoke Disney's licenses, based on vague and pretextual charges concerning poorly articulated alleged violations of FCC regulations. I wanted to have a "seat at the table" at any FCC proceeding. I along with other individuals, started contacting viewers who live in the service area of Disney owned and operated ABC stations and asking them to join in the FCC proceeding. In a short period of time, we found seventeen dedicated individuals who each live in one of the eight television markets Disney's stations serve. These declarations (attached hereto) were filed as part of a petition in the Disney early license proceeding. These same individuals, who are viewers of Disney stations are also Intervenors in this litigation. They are regular viewers of Disney stations who are being injured by the actions of the FCC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2026.

Susan Wilson Cowan

# Declaration of Elise Nakhnikian

I, Elise Nakhnikian, declare under penalty of perjury, that the following information is true and correct:

I am a resident of New York, NY and a regular viewer of WABC-TV, New York, New York

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's *viewers that a licensee's duty to broadcast in the public interest lies. The federal* government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Elise Nakhnikian

## Declaration of Ginger Feldman

I, Ginger Feldman, declare under penalty of perjury, that the following information is true and correct:

I am a resident of New York, NY and a regular viewer of WABC-TV, New York, New York.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Ginger Feldman

**Declaration of Jen Senko**

I, Jen Senko, declare under penalty of perjury, that the following information is true and correct:

I am a resident of New York, NY and a regular viewer of WABC-TV, New York, New York.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Jennifer Senko

**Declaration of Marcia Annenberg**

I, Marcia Annenberg, declare under penalty of perjury, that the following information is true and correct:

I am a resident of New York, NY and a regular viewer of WABC-TV, New York.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Marcia Annenberg

Marcia Annenberg

**Declaration of Rosy Harari**

I, Rosy Harari, declare under penalty of perjury, that the following information is true and correct:

I am a resident of New York, NY_and a regular viewer of WABC-TV, New York, New York.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

________________________________

Rosy Harari

**Declaration of Kristen Brochmann**

I, Kristen Brochmann, declare under penalty of perjury, that the following information is true and correct:

I am a resident of New York, NY and a regular viewer of WABC-TV, New York, New York.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Kristen Brochmann

Kristen Brochmann

**Declaration of Jill Noelle Pellowski**

I, Jill Noelle Pellowski, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Brea, California and a regular viewer of KABC-TV, Los Angeles, California. In particular, I rely on KABC-TV for important local news coverage including the recent primary elections for LA mayor and other offices. KABC-TV was also an important source for up-to-date information on the fires in 2025.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of KABC-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of KABC-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required KABC-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

J. Noelle Pellowski

Jill Noelle Pellowski

**Declaration of Anne Cooper**

I, Anne Cooper, declare under penalty of perjury, that the following information is true and correct:

I am a resident of [Chapel Hill North Carolina and a regular viewer of WTVD-TV, Raleigh, North Carolina.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WTVD-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WTVD-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WTVD-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Anne Cooper

Anne Cooper

**Declaration of William Clinton McSherry II**

I, William Clinton McSherry II, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Durham, North Carolina and a regular viewer of WTVD-TV, Raleigh, North Carolina.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WTVD-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WTVD-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Defensively submitting to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WTVD-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To whatever extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

William C. McSherry II

William C. McSherry II
Durham, NC

**Declaration of Merry Jones**

I, Merry Jones, declare under penalty of perjury, that the following information is true and correct:

I am a resident of [City, State] Philadelphia, PA and a regular viewer of WPVI-TV, Philadelphia, Pennsylvania.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WPVI-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WPVI-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WPVI-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Merry Jones

Merry Jones

**Declaration of Kimberley Leahy, Ph.D.**

I, Kimberley Leahy, Ph.D., declare under penalty of perjury, that the following information is true and correct:

I am a resident o Philadelphia, PA and a regular viewer of WPVI-TV, Philadelphia, Pennsylvania.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WPVI-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WPVI-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WPVI-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Kimberley Leahy

Kimberley Leahy, Ph.D.
June 20, 2026

Declaration of James Keenan

I, James Keenan, declare under penalty of perjury, that the following information is true and correct:

I am a resident of [illegible], Pennsylvania and a regular viewer of WPVI-TV Philadelphia, Pennsylvania.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WPVI-TV and that those allegations are true and correct. These allegations are the direct cause of the injury I outline as a regular viewer of WPVI-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's [illegible]

That the FCC has required WPVI-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news [illegible]

[illegible]

**Declaration of Sabrina Haake**

I, Sabrina Haake, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Chicago, Illinois and a regular viewer of WLS-TV, Chicago, IL.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WLS-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WLS-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WLS-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Sabrina Haake

**Declaration of Mitchell Szczepanczyk**

I, Mitchell Szczepanczyk, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Chicago, Illinois and a regular viewer of WLS-TV, Chicago, Illinois. I watch WLS-TV for its coverage of the game show Jeopardy!, various sporting events, local news and events, and most critically its superlative live weather coverage -- particularly during times of severe weather when it provides nonstop commercial-free coverage of severe storms and tornadoes affecting viewers in and around Chicago.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of WLS-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of WLS-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required WLS-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Mitchell Szczepanczyk

Declaration of Torry Mercer

I, Torry Mercer, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Houston TX and a regular viewer of KTRK-TV, Houston, Texas.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of KTRK-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of KTRK-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required KTRK-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Torry Mercer

Torry Mercer

**Declaration of Jeff Shaw**

I, Jeff Shaw, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Berkeley, CA and a regular viewer of KGO-TV, San Francisco, CA.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of KGO-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of KGO-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required KGO-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

June 23, 2026

Jeff Shaw
1202 Spruce Street
Berkeley, CA 94709

**Declaration of Lanny Larson**

I, Lanny Larson, declare under penalty of perjury, that the following information is true and correct:

I am a resident of Clovis, California and a regular viewer of KFSN-TV, Fresno, California.

I declare that I have personal knowledge of the factual allegations I make in the Petition to Deny the license renewal application of KFSN-TV and that these allegations are true and correct. These allegations are the direct cause of the injury I suffer as a regular viewer of KFSN-TV.

A licensee's duty is to serve the public interest. The television airwaves belong to the people, not the government or the current administration, and it is with a station's viewers that a licensee's duty to broadcast in the public interest lies. The federal government has no role in censoring what a licensee, in its discretion, chooses to broadcast. Knuckling under to an overweening political agenda categorically does not serve the public interest. A licensee who does so lacks the qualifications to be a licensee and any secret deal between the FCC and Disney calls into question Disney's qualifications to remain a licensee.

That the FCC has required KFSN-TV to file a premature renewal application is itself an act of intimidation calculated to chill Disney's reporting of news on the station. To the extent the FCC's censorship gambit is already inhibiting Disney and the station, I am injured by being denied the full and fair news reporting that I seek.

Lanny Larson

Lanny Larson

**EXHIBIT 3**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN BROADCASTING COMPANIES, INC.,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL COMMUNICATIONS COMMISSION,** *et al.*,<br><br>Defendants<br><br>and<br><br>**FREQUENCY FORWARD, LLC,**<br>**MEDIA ACTION CENTER,** *et al.*,<br><br>Proposed Plaintiffs-Intervenors | Case No. 1:26-cv-2902 |

**DECLARATION OF ROXANNE GRIFFITH IN SUPPORT OF FREQUENCY FORWARD, LLC AND MEDIA ACTION CENTER'S, *ET AL.* MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746(2), I, Roxanne Griffith, hereby declare:

1. I am a resident of New York, New York and a regular viewer of WABC-TV.

2. I regularly watch *The View* on WABC-TV. I watch it daily when I am home. When I am not home, I tape the program and watch it later.

3. As a viewer and a fan of *The View*, in recent months I have notice changes in the program's offerings. I was distressed to learn that because of ongoing pressure from the FCC and its investigation into *The View*, as well as the early license renewal process, Disney has altered the process for choosing potential guests for *The View*. Disney Complaint ¶ ¶ 88-89. Disney

admits that because of FCC pressure, "No candidate for public office has appeared on *The View* since the Bureau's February 2026 inquiry regarding Mr. Talarico's appearance on February 2, 2026." Id. Disney goes on to say in the same paragraph:

> the FCC's multiple actions against ABC has impacted the program's decisions about which guests to invite. Those escalating pressures have led Plaintiffs to be more circumspect in booking political candidates on *The View*, and have resulted in passing on further consideration of booking several political candidates. Those pressures have impacted not only potential bookings, but also the video clips that could constitute an "appearance" on *The View* under the FCC equal opportunities regulation: Plaintiffs have chosen not to air clips that it otherwise would have aired during the Hot Topics segment of *The View* and also in the cold open of the program.

4. I do not want the FCC or any branch of the government, deciding or influencing what guests should or should not appear on *The View*, or for that matter on any program I choose to view. In a society with a free and unencumbered press, journalists, not the government, decide what matters to cover. If I do not agree with the content, as a consumer, I have the right to change the channel.

5. The FCC's actions have violated my First Amendment right to receive news and information, unfiltered by government censorship and intervention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __, 2026.

______________________________

Roxane Griffith

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN BROADCASTING COMPANIES, INC., *et al.*,

Plaintiffs,

v.

) Case No. 1:26-cv-2902

FEDERAL COMMUNICATIONS COMMISSION, *et al.*,

Defendants

and

FREQUENCY FORWARD, LLC,
MEDIA ACTION CENTER, *et al.*,

Proposed Plaintiffs-Intervenors

**DECLARATION OF ROXANNE GRIFFITH IN SUPPORT OF FREQUENCY FORWARD, LLC AND MEDIA ACTION CENTER'S, *ET AL.* MOTION TO INTERVENE**

Pursuant to 28 U.S.C. § 1746(2), I, Roxanne Griffith, hereby declare:

1. I am a resident of New York, New York and a regular viewer of WABC-TV.

2. I regularly watch *The View* on WABC-TV. I watch it daily when I am home. When I am not home, I tape the program and watch it later.

3. As a viewer and a fan of *The View*, in recent months I have notice changes in the program's offerings. I was distressed

to learn that because of ongoing pressure from the FCC and its investigation into *The View*, as well as the early license renewal process, Disney has altered the process for choosing potential guests for *The View*. Disney Complaint ¶ ¶ 88-89. Disney admits that because of FCC pressure, "No candidate for public office has appeared on *The View* since the Bureau's February 2026 inquiry regarding Mr. Talarico's appearance on February 2, 2026." Id. Disney goes on to say in the same paragraph:

> the FCC's multiple actions against ABC has impacted the program's decisions about which guests to invite. Those escalating pressures have led Plaintiffs to be more circumspect in booking political candidates on *The View*, and have resulted in passing on further consideration of booking several political candidates. Those pressures have impacted not only potential bookings, but also the video clips that could constitute an "appearance" on *The View* under the FCC equal opportunities regulation: Plaintiffs have chosen not to air clips that it otherwise would have aired during the Hot Topics segment of *The View* and also in the cold open of the program.

4. I do not want the FCC or any branch of the government, deciding or influencing what guests should or should not appear on *The View*, or for that matter on any program I choose to view. In a society with a free and unencumbered press, journalists, not the government, decide what matters to cover. If I do not agree with the content, as a consumer, I have the right to change the channel.

5. The FCC's actions have violated my First Amendment right to receive news and information, unfiltered by government censorship and intervention.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2026.

Roxane Griffith

Roxane Griffith