**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AMERICAN BROADCASTING COMPANIES, INC., *et al.*,**

**Plaintiffs,**

**v.**

**FEDERAL COMMUNICATIONS COMMISSION, *et al.*,**

**Defendants**

**and**

**FREQUENCY FORWARD, LLC,**
**MEDIA ACTION CENTER, *et al.*,**

**Proposed Plaintiffs-Intervenors**

**Case No. 1:26-cv-2902**

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Upon consideration of the Motion to Intervene Frequency Forward, LLC and Media Action Center, et al., the relevant briefing and legal authorities, and the other submissions before this Court,

**IT IS HEREBY ORDERED** that Frequency Forward, LLC and Media Action Center, et al. Motion to Intervene of right under Federal Rule of Civil Procedure 24(a) is GRANTED; and

**SO ORDERED** on this ____ day of ____________, 2026.

______________________________
Honorable Loren L. AliKhan
United States District Judge