**APPENDIX B**

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et al.,<br><br>*Defendants.* | Civil Action No. 26-2902 (LLA) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Kenneth Douglass Newman for Leave to File Brief as Amicus Curiae, any responses thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Brief of Amicus Curiae Kenneth Douglass Newman in Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, submitted with the motion, is deemed filed as of the date of this Order.

SO ORDERED.

Dated: _______________

________________________________
LOREN L. ALIKHAN
United States District Judge

**Pursuant to LCvR 7(k), the following persons are entitled to be notified of the entry of this Order:**

Beth A. Wilkinson, Wilkinson Stekloff LLP, 2001 M Street NW, 10th Floor, Washington, DC 20036 (Counsel for Plaintiffs)

Paul D. Clement, Clement & Murphy, PLLC, 706 Duke Street, Alexandria, VA 22314 (Counsel for Plaintiffs)

Jennifer Pavelec Swarbrick, Wilkinson Stekloff LLP, 2001 M Street NW, 10th Floor, Washington, DC 20036 (Counsel for Plaintiffs)

Daniel Epps, Wilkinson Stekloff LLP, 2001 M Street NW, 10th Floor, Washington, DC 20036 (Counsel for Plaintiffs)

Luke Churchill, Wilkinson Stekloff LLP, 2001 M Street NW, 10th Floor, Washington, DC 20036 (Counsel for Plaintiffs)

Caroline Li, Wilkinson Stekloff LLP, 130 West 42nd Street, 24th Floor, New York, NY 10036 (Counsel for Plaintiffs)

Jeffrey Thalhofer, Clement & Murphy, PLLC, 706 Duke Street, Alexandria, VA 22314 (Counsel for Plaintiffs)

Dimitar Georgiev-Remmel, U.S. Attorney's Office, Civil Division, 601 D Street NW, Washington, DC 20530 (Counsel for Defendants)

Kenneth Douglass Newman, 17412 Ventura Boulevard #489, Encino, CA 91316 (Pro Se Amicus)