# Exhibit 3

An official website of the United States government Here's how you know





# License Renewal Applications for Television Broadcast Stations

**Media**

- Broadcast Radio License Renewal
- Broadcast Radio License Renewal Dates by DATE
- Broadcast Radio License Renewal Dates by STATE
- Broadcast Television License Renewal
- Broadcast Television License Renewals by DATE
- Broadcast Television License Renewal Dates by STATE
- Public Participation in the License Renewal Process

Renewal of licenses for commercial and noncommercial TV broadcast stations, Class A TV broadcast stations, TV Translators, and Low Power TV broadcast (LPTV) stations are scheduled to expire between 2028 and 2031. Each TV, Class A TV, TV Translator and LPTV station must electronically file an application for license renewal (Form 2100, Schedule 303-S) four months prior to the expiration date of the station's license, in accordance with the schedule set forth below. In addition, LPTV and TV Translator stations co-owned with primary television stations in the same state that broadcast the same signal as the primary television station are permitted to file for license renewal on a single application form (Form 2100, Schedule 303-S) with the primary television station. TV, Class A TV, and LPTV stations must also simultaneously file a Broadcast Equal Employment Opportunity Program Report (Form 2100, Schedule 396) (the file number of EEO is required in

order to submit the renewal application). Translator stations are exempt from filing the Broadcast Equal Employment Opportunity Program Report.

During the license renewal process, viewers of the stations whose licenses are being renewed may participate in the process by filing a Petition to Deny or informal objection against a renewal. Positive comments about a broadcaster's service may also be filed. Procedures for filing documents with the Commission in the context of a license renewal are discussed below.

Related auxiliary stations and booster stations are renewed with the main station license; do not file separate renewal applications for these stations.

## Contents


- The Station's Local Public Inspection File
- License Filing Renewal Dates
- License Renewal Process -- Broadcast Announcements (47 CFR Section 73.3580)
  - Timing of Announcements
  - Sample Post-filing Announcement
- License Renewal Application Filing Fees
- License Renewal Process -- Electronic Filing Is Mandatory
- Equal Employment Opportunity (EEO) Filing Requirements
- Petitions to Deny/Informal Objections
- Mailing Addresses for Petitions to Deny, Informal Objections, and Comments
- Additional Information about Television Broadcast Station Renewals

Public Participation in the License Renewal Process (separate document)


## The Station's Local Public Inspection File

The **public inspection file** for broadcast stations contains a variety of information about each station's operations and service to its community of license, including information about political time sold or given away by each station, quarterly lists of the most significant programs each station aired concerning issues of importance to its community, data on ownership of each station, and active applications each station has filed with the Commission. The Commission adopted the public inspection file requirement to "make information to which the public already has a right more readily available, so that the public will be encouraged to play a more active part in dialogue with broadcast licensees."

All broadcast television licensees are required to maintain their public inspection files in the Commission's online public file database (https://publicfiles.fcc.gov). At this location, stations are required to post all public file material required by 47 CFR Section 73.3526 (commercial stations) or 47 CFR Section 73.3527

(noncommercial educational stations). Information on local public file and public access requirements also is available in The Public and Broadcasting (revised August 2019).

Public inspection file requirements do not apply to TV Translator stations. Low Power TV stations are exempt from the local public file requirement, but must continue to maintain a political file.

## License Renewal Filing Dates

The following lists indicate license renewal application filing deadlines, license expiration dates, and Petition to Deny filing dates. Renewal dates are based on the location (state, territory, etc.) of the station's community of license, not the station's transmitter site location. Deadlines for television broadcast station renewals begin in 2028 and end in 2031.

Television broadcast renewal dates by STATE
Television broadcast renewal dates by DATE

**License renewal applications (FCC Form 2100 Schedule 303-S) must be filed four months prior to the station's license expiration date.** Details on the process are provided in the following sections.

## License Renewal Process -- Broadcast Announcements (47 CFR Section 73.3580)

Operating Television Stations. Announcements must be broadcast on the TV station according to the schedule below (TV Translators are exempt from announcement requirements). *See* 47 CFR Section 73.3580.

| If the Station's License Expires in: | File the Schedule 303-S Renewal Application by the First Weekday of | Make Post-Filing Announcements on the 1st and 16th Day of |
|---|---|---|
| February | October | October, November, & December |
| April | December | December, January, & February |
| June | February | February, March, & April |
| August | April | April, May, & June |
| October | June | June, July, & August |
| December | August | August, September, & October |

**Timing of Post-Filing Renewal Announcements for Television Broadcast**

1. At least three of the required announcements between 6 PM to 11 PM (5 PM and 10 PM Central and Mountain Time)

| | |
|---|---|
| **Stations**<br><br>Commercial and **Noncommercial Educational Stations | 2. At least one announcement between 9 AM to 1 PM.<br>3. At least one announcement between 1 PM to 5 PM.<br>4. At least one announcement between 5 PM to 7 PM. |
| Low power TV stations locally originating programming | 1. At the same time as for commercial TV stations, or as close to that time as possible. |

*See* 47 CFR Section 73.3580(d)(4)(ii)(B).
*Noncommercial educational stations need not broadcast the announcements during any month in which the station does not operate. In such instances noncommercial educational stations shall meet the requirements as specified in 47 CFR Section 73.3580(d)(4)(ii)(B)(3).

**Silent stations** must publish the text of the Post-Filing Announcement in a newspaper of general circulation in the community or area served on the same scheduled dates as indicated above for operating stations. A copy of the published announcement should be placed in the station's online public inspection file.

**TV Translators** not being renewed with the primary station being rebroadcast must publish the text of the Post-Filing Announcement at least once immediately after the filing of the license renewal application. The notice should be published in a daily, weekly, or biweekly newspaper of general circulation in the community or area served. If there is no newspaper the licensee should post the required notice in a public place and keep a copy of the local public notice for reference.

**Sample POST-Filing Announcement**

*The following is a sample of the text of a post-filing announcement. (You may cut and paste this text.) Stations broadcasting in a foreign language should broadcast the announcements in that language. Stations that cannot broadcast this announcement because they are off the air should publish the text of the announcement in a daily, weekly, or bi-weekly newspaper of general circulation in the community to be served.*

On ________________________ (date of the last renewal grant), __________ (station's call letters) was granted a license by the Federal Communications Commission to serve the public interest as a public trustee until ________________________ (license expiration date). Our license will expire on ________________ (date). We filed an application for license renewal with the FCC on ________________ (date). A copy of this application is available for inspection at *www.fcc.gov*. It contains information concerning the station's performance over the last ______________________ (period of time covered by the application, e.g. 8 years).

Individuals who wish to advise the FCC of facts relating to our renewal application, and to whether this station has operated in the public interest, should file comments and petitions with the FCC by ________________ (date,

first day of the full calendar month prior to the month of license expiration).

Further information concerning the FCC's broadcast license renewal process is available at ________________ (address of the location of the station's public inspection file) or may be obtained from the FCC, Washington, D.C. 20554, *www.fcc.gov*.

-- END OF ANNOUNCEMENT --

---

## License Renewal Application Filing Fees

Each commercial licensee must submit a filing fee and Form 159 with its license renewal application. See the Application Processing Fees page for additional information concerning fees.

## License Filing Process -- Electronic Filing is Mandatory

*Licensees MUST use the LMS Electronic Filing System* to prepare and file the Form 2100, Schedule 303-S Application for Renewal of Broadcast Station License. The LMS Help Center may provide assistance with the filing process.

Follow these instructions to file Form 2100, Schedule 303-S:

- Login using FRN associated with your station into LMS: https://enterprisefiling.fcc.gov/dataentry/login.html
- Click on facility tab from the landing page
- Click on facility ID
- Click on file an application
- Click on renewal of license or EEO report from drop down options

## Equal Employment Opportunity (EEO) Filing Requirements

Each licensee must familiarize itself with these rules and reporting requirements prior to preparation of the license renewal application. Information about the Commission's EEO requirements for broadcast stations is available on the Commission's EEO page. The EEO rules require that *all license renewal applicants* (except TV

Translator applicants) submit FCC Schedule 396 (Broadcast Equal Employment Opportunity Program Report) *in advance of* or with the license renewal application. To Media Bureau Electronic Filing.

**All licensees (except TV Translator licensees) must electronically file the Broadcast Equal Opportunity Program Report (FCC Schedule 396) and the license renewal form (Schedule 303-S)**. Licensees must complete FCC Schedule 396 PRIOR to completing Schedule 303-S. Schedule 303-S asks for the application file number of the Schedule 396 application; without this number, the LMS Electronic Filing System will not accept a Schedule 303-S Application for Renewal of Broadcast Station License.

## Petitions to Deny / Informal Objections

A Petition to Deny or an informal objection to a television license renewal application may be filed AFTER the filing of the license renewal application. Notices of the filing of license renewal applications will be posted in public notices available through the Commission's Daily Digest. The public can also locate specific renewal applications by conducting a search using the LMS Public Search Media Bureau's Licensing Management Systemon the FCC's website.

Petitions to Deny are considered to be timely filed with the Commission **only upon submission through the LMS electronic filing system or upon receipt by the Commission at the address listed below**, NOT when they are mailed or postmarked. Petitions to Deny may not be submitted to the Commission via email.

The last day for filing a Petition to Deny is ONE MONTH PRIOR to the license expiration date:

- *Example.* The expiration date for a station in North Carolina is December 1, 2028. The LAST DAY that a Petition to Deny may be timely filed is **November 1, 2028**.
- *Exception.* If the LAST DAY falls on a Saturday, Sunday, holiday, or on a date that the Commission is closed for business, the LAST DAY is extended to the first full business day thereafter. For example, the expiration date for a station in Indiana is August 1, 2029. July 1, 2029 is a Sunday. In this instance, the LAST DAY that a Petition to Deny may be filed is July 2, 2029.
- *Exception.* The deadline for filing Petitions to Deny against late-filed license renewal applications is the 90th day after the FCC gives public notice that it has accepted that application for filing. If the 90th day falls on a Saturday, Sunday, holiday, or on a date that the Commission is closed for business, the LAST DAY is extended to the first full business day thereafter.

**Petition to Deny Requirements**. First, to file a Petition to Deny, a person must be a "party in interest" and have "standing." That means, generally, that the person must have more than a passing interest in the station. He or she must be a regular listener or have some other contact with the station that gives the petitioner a real stake in the outcome of the renewal process. A petition must be supported by an affidavit of a person or persons with personal knowledge of the allegations of fact contained in the petition. Additionally, a Petition to Deny a license renewal must be "timely" filed at least one month prior to the license expiration date, as explained in the previous paragraph. Finally, the petition must contain a certification that a copy of the

petition was mailed to the station. Failure to include the certification that a copy was mailed to the station and the affidavit of personal knowledge will result in dismissal of the Petition to Deny.

**Procedure for Filing Informal Objections.** A person or entity opposing the grant of a station's license renewal application may file an informal objection against the license renewal application at any time prior to staff action on the license renewal application. An informal objection is less formal than a Petition to Deny, but is still subject to some requirements. It may take the form of a letter signed by the objector and submitted through LMS, or mailed or delivered to one of the FCC addresses listed below. An informal objection need not contain the affidavit required for a Petition to Deny. It should, however, contain sufficient information to establish any violation alleged. Additionally, an informal objection not received by the time the station's license renewal is granted will not be considered.

**Filing Positive Comments**. Affirmative comments concerning a licensee's service during the prior license term should be filed by the Petition to Deny deadline through LMS or the Office of the Secretary at the addresses listed in the next section.

## Submission of Petitions to Deny, Informal Objections, and Comments

Petitions to Deny, informal objections, or positive comments, should be submitted electronically using LMS. Alternatively, persons may submit paper copies to the Commission. For paper submissions, please include an original and two copies of any filing.

As indicated above, an additional copy of any filing may need to be served on (mailed to) the station licensee via a separate mailing.

Send the documents to the locations listed herein: Addresses for filing documents with the FCC.

**Additional Suggestions for Filers**. To help the staff expeditiously associate a Petition to Deny, informal objection, or positive comment with the proper license renewal application, the pleading should prominently identify:

1. The station's call sign;
2. The station's facility ID number;
3. The license renewal application file number.

This information, which is available through the LMS Public Search on the Commission's website, should be listed on the first page of the submission. The filing must also state whether it is a Petition to Deny, informal objection, or a comment. If a cover sheet is used, it should be attached to each copy of the pleading. Failure to include this information may cause delays in associating a pleading with a license renewal application.

## Additional Information about Television Broadcast Station Renewal

For more information on Television broadcasting, please visit the Video Division website.

For more information on AM and FM radio broadcasting, please visit the Audio Division website, and the Broadcast Radio Links page.

For more information on LMS, please visit https://www.fcc.gov/media/radio/lms-help-center.

FCC > Media Bureau > Video Division, (202) 418-1600, and Audio Division, (202) 418-2700.

**Bureau/Office:**
Media

**Tags:**
Class A and Low Power Television - Digital Television - Licensing & Registration - Licensing and Management System - Radio and television - Television

**Updated:**
Monday, June 24, 2024

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322

ASL Video Call: 1-844-432-2275

Fax: 1-866-418-0232

Contact Us

Visiting FCC Facilities