# Exhibit 7

# Submit an Express Comment

1 COMMENT — 2 REVIEW — 3 CONFIRMATION

*Proceeding(s): Specify the FCC proceeding(s) to which your filing refers

*Name(s) of Filer(s): Enter the name(s) of the persons or entities whose views the filing represents

Primary Contact E-Mail: For confirmation receipt (Optional)

email@email.com

*Address ☐ International

Address 2

*City

*State

REQUIRED

*ZIP Code

ZIP Code 4-digit extension

*Brief Comments

Do you want an Email Confirmation of this filing?

No Yes

**Note: By checking this box, I acknowledge that I am filing a document into an official FCC proceeding. All information submitted, including names and addresses, will be publicly available via the web. Privacy Act Statement**

CONTINUE TO REVIEW SCREEN

RESET FORM

For assistance with using ECFS, please contact the ECFS Help Desk at 202-418-0193 or via email at ECFSHelp@fcc.gov.

Federal Communications Commission
45 L Street NE
Washington, DC 20554

Phone: 1-888-225-5322
ASL Video Call: 1-844-432-2275
Fax: 1-866-418-0232

Contact US

Website Policies & Notices

Privacy Policy

FOIA

No Fear Act Data

FCC Digital Strategy

Open Government Directive

Plain Writing Act

RSS Feeds & Email Updates

Accessibility

Vulnerability Disclosure Policy

USA.gov

CATEGORIES

About the FCC

Proceedings & Actions

Licensing & Databases

Reports & Research

News & Events

For Consumers

BUREAUS & OFFICES

Consumer

Enforcement

Inspector General

International

Media

Public Safety

Wireless

Wireline

Offices