# Exhibit 11

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | |
|---|---|
| In the Matter of | ) |
| | ) |
| Bridge News, LLC | ) |

**ORDER**

**Adopted: April 27, 2026** **Released: April 27, 2026**

By the Chief, Video Division, Media Bureau:

1. The FCC has been investigating Bridge News, LLC, for compliance with its obligations as a licensed broadcaster. Specifically, the FCC has been investigating Bridge News, LLC for possible violations of the FCC's prohibition on unauthorized transfers of control of the station licenses. While Bridge News, LLC has purported to respond to two FCC Letters of Inquiry (LOIs), the FCC has determined that additional actions are appropriate at this time.

2. Specifically, FCC rules provide that whenever the FCC regards an application for a renewal of a license as essential to the proper conduct of an investigation, the FCC has the authority to call the broadcaster's licenses in for early renewal.[1] Doing so both allows the FCC to conduct its ongoing investigation and enables the FCC to ensure that the broadcaster has been meeting its public interest obligations more broadly.

3. The FCC determines that calling in Bridge News, LLC's licenses early for renewal, at this time, under the FCC's Communications Act's public interest standard[2] is essential within the meaning of agency regulations. Therefore, Bridge News, LLC is hereby directed to file license renewal applications for all of their licensed stations within 30 days--in other words, by May 27, 2026.

FEDERAL COMMUNICATIONS COMMISSION

David J. Brown
Chief, Video Division
Media Bureau

[1] *See* 47 CFR § 73.3539.

[2] 47 U.S.C. § 307.