# Exhibit 18

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| News Distortion Complaint Involving CBS Broadcasting Inc., licensee of WCBS, New York, NY | ) | Facility ID No. 9610 |
| | ) | |
| Preserving the First Amendment | ) | GN Docket No. 25-11 |
| | ) | |

**ORDER**

**Adopted: January 22, 2025** **Released: January 22, 2025**

By the Acting Chief, Enforcement Bureau:

1. On January 16, 2025, the Enforcement Bureau, under delegated authority, issued a Letter Order in the above-captioned proceedings denying a complaint filed by the Center for American Rights.[1] We find that the previous order was issued prematurely based on an insufficient investigatory record for the station-specific conduct at issue. We therefore conclude that this complaint requires further consideration. Thus, on our own motion and pursuant to our existing authority under section 1.113 of the Commission's rules, we hereby set aside the Letter Order and reinstate the complaint.[2]

2. **ACCORDINGLY, IT IS ORDERED**, pursuant to sections 0.311 and 1.113 of the Commission's rules, 47 CFR §§ 0.311 and 1.113, that the above-referenced Letter Order, **IS SET ASIDE**.

3. **IT IS FURTHER ORDERED** that, pursuant to section 1.102(b)(1) of the Commission's rules, 47 CFR § 1.102(b)(1), this Order **SHALL BE EFFECTIVE** upon release.

FEDERAL COMMUNICATIONS COMMISSION

Patrick Webre
Acting Bureau Chief
Enforcement Bureau

[1] *News Distortion Complaint Involving CBS Broadcasting Inc., licensee of WCBS, New York, NY*, Letter Order (EB Jan. 16, 2025). The allegations in the complaint were also incorporated by reference in a petition filed by CAR in MB Docket No. 24-275, regarding the proposed transfer of control of Paramount Global (parent company of the WCBS licensee). *See* Center for American Rights, Petition to Condition Grant by the Center for American Rights, MB Docket No. 24-275 at 8 (filed Dec. 16, 2024).

[2] *See* 47 CFR § 1.113(a) ("Within 30 days after public notice has been given of any action taken pursuant to delegated authority, the person, panel, or board taking the action may modify or set it aside on its own motion.").