# Exhibit 19

**Before the**
**Federal Communications Commission**
**Washington, D.C. 20554**

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Equal Opportunities Complaint Involving NBC Telemundo License, LLC, licensee of WNBC, New York, NY | ) | Facility ID No. 47535 |
| | ) | |
| Preserving the First Amendment | ) | GN Docket No. 25-11 |
| | ) | |

**ORDER**

**Adopted: January 22, 2025** **Released: January 22, 2025**

By the Acting Chief, Media Bureau:

1. On January 16, 2025, the Media Bureau, under delegated authority, issued an Order in the above-captioned proceedings denying a complaint filed by the Center for American Rights.[1] We find that the previous order was issued prematurely based on an insufficient investigatory record for the station-specific conduct at issue. We therefore conclude that this complaint requires further consideration. Thus, on our own motion and pursuant to our existing authority under Section 1.113 of the Commission's rules, we hereby set aside the Order and reinstate the complaint.[2]

2. **ACCORDINGLY, IT IS ORDERED**, pursuant to Sections 0.283 and 1.113 of the Commission's rules, 47 CFR §§ 0.283 and 1.113, that the Order, DA 25-56, **IS SET ASIDE**.

3. **IT IS FURTHER ORDERED** that, pursuant to section 1.102(b)(1) of the Commission's rules, 47 CFR § 1.102(b)(1), this Order **SHALL BE EFFECTIVE** upon release.

FEDERAL COMMUNICATIONS COMMISSION

Erin Boone
Acting Chief, Media Bureau

[1] *Equal Opportunities Complaint Involving NBC Telemundo License, LLC, licensee of WNBC, New York, NY et al.*, Order, DA 25-56 (MB Jan. 16, 2025).

[2] *See* 47 CFR § 1.113(a) ("Within 30 days after public notice has been given of any action taken pursuant to delegated authority, the person, panel, or board taking the action may modify or set it aside on its own motion.").