# Exhibit 20

FEDERAL COMMUNICATIONS COMMISSION
WASHINGTON, DC 20554

Brendan Carr
Chairman

March 26, 2025

Honorable Richard Blumenthal
Ranking Member
Permanent Subcommittee on Investigations
United States Senate
Washington, D.C. 20510

**RE: March 12, 2025 Letter to FCC**

Dear Ranking Member Blumenthal:

Thank you for your March 12, 2025, letter to the Federal Communications Commission (FCC).[1] During the Biden Administration, the FCC and Democrats across government repeatedly weaponized our country's communications laws and processes. In contrast, I am restoring the FCC's commitment to basic fairness and even-handed treatment for all. In particular, I am working to ensure that everyone appearing before the agency gets a fair shake from their government.

My commitment on this front represents a marked departure from the Biden years when people's politics frequently determined the answers they would receive from the FCC. If they were aligned with President Biden, then they would receive favorable and special treatment on a streamlined basis (see the Soros-linked radio stations). If they were not, then they got the opposite treatment, including previous FCC awards revoked for purely political reasons (see Elon Musk's Starlink).

In other words, the Biden Administration pursued a two-tiered system of justice. It does not surprise me that, for the businesses, individuals, and interests that benefited from this Biden-era weaponization, the FCC's fair and balanced treatment of today feels like discrimination. But that does not make it so.

On this score, your letter provides me with an important opportunity to set the record straight. Indeed, the concerns you express appear to be based on media reports that have mischaracterized the FCC's recent work. Specifically, your letter suggests that the FCC is

---

[1] *See* Letter from Sen. Richard Blumenthal, Ranking Member, Permanent Subcommittee on Investigations to Mr. Patrick Webre, Acting Bureau Chief, Enforcement Bureau, FCC, and Ms. Erin Boone, Acting Bureau Chief, Media Bureau, FCC (Mar. 12, 2025) (Blumenthal Letter), https://www.hsgac.senate.gov/wp-content/uploads/2025-3-12-Letter-from-Sen.-Richard-Blumenthal-to-Patrick-Webre-and-Erin-Boone.pdf.

treating a petition involving a CBS TV station[2] differently than one involving a Fox TV station.[3] But that is not the case at all. The FCC on my watch has merely followed the agency's precedent and put the CBS complaint on the same procedural footing that the Biden FCC determined it should apply to the Fox complaint.

The record makes this clear. Back in 2023, a group filed a petition with the FCC asking the agency to take the broadcast license away from a Fox broadcast TV station in Philadelphia because the petitioners did not agree with the content that they argued was carried on a separate cable channel.

Even though the Fox petition failed to satisfy basic pleading requirements and merited immediate dismissal, the Biden FCC chose to move it forward nonetheless. Indeed, the Biden FCC specifically determined that it would serve the public interest to entertain the Fox petition. So the Biden FCC issued a public notice seeking comment on the Fox petition.[4] The Biden FCC then left the Fox proceeding open for more than a year and received about 200 comments from the public. The Biden FCC did not dismiss or deny the Fox petition when the public comment cycle ended either. Instead, the Biden FCC waited all through the run up to and through the 2024 election cycle to dismiss the petition against the Fox broadcast TV station. If the Biden FCC had acted earlier, the agency would not have been in a position to reverse that decision in January 2025.

The Biden FCC's approach to the Fox petition stands in stark contrast to the approach the Biden FCC took to the CBS petition. Unlike the Fox petition, the Biden FCC just summarily dismissed the CBS one. Unlike the Fox petition, the Biden FCC did not seek public comment on the CBS one. And unlike the Fox petition, the Biden FCC did not establish a record on the CBS petition before issuing its decision. Instead, the Biden FCC simply dismissed the CBS petition through an eleventh-hour order. You would have to ask prior FCC leadership why they treated the Fox petition so differently than the CBS one. But it is not clear to me how the prior FCC could have dismissed the CBS petition without doing its due diligence. Under my leadership, the FCC is seeking comment on the CBS petition, just as the prior FCC did on the Fox petition.

But that is not all. There are other factual and legal distinctions between the Fox petition on the one hand and the CBS, ABC, and NBC petitions that you reference in your letter on the other.[5] In particular, the Fox petition asked the FCC to take action against a licensed TV

---

[2] *See* Center for American Rights, Petition to Condition Grant by the Center for American Rights, MB Docket No. 25-73 (filed Dec. 16, 2024).

[3] The Media and Democracy Project, Milo Vassallo, John McGinty, Peter Lems, Chenjerai Kumanyika, and Bill Hartman, Petition to Deny, LMS File No. 0000213362 (filed July 3, 2023).

[4] *See Commission Announces Permit-But-Disclose Ex Parte Status and Establishes MB Docket No. 23-293 for Application for Renewal of License of WXTF-TV, Philadelphia, Pennsylvania*, Public Notice, MB Docket No. 23-293, DA 23-752 (MB, Aug. 23, 2023).

[5] *See* Blumenthal Letter at 1–2 (citing the ABC and NBC petitions); *see also* Center for American Rights, Complaint, *In re Complaint Against WPVI-TV* (filed Sept. 24, 2024), https://drive.google.com/file/d/1hjHObYh_CVwRcpZLGc1aHrozUbpBcBhT/view; Center for American Rights, Complaint, *In re Complaint Against WNBC* (filed Nov. 4, 2024), https://drive.google.com/file/d/1P2eQRqp-UlkOiuYcsZYdMYi4Va3L2pwI/view.

broadcaster based on claims regarding content that was allegedly distributed on a separate cable channel that is not licensed by the FCC. Indeed, the claims in the Fox petition did not go to any programming that aired on the broadcast TV station. In contrast, the CBS, ABC, and NBC petitions all involve material broadcast on licensed TV stations. The FCC rules that apply to licensed broadcast TV stations are different than those that apply to cable channels. In other words, the FCC is treating like cases alike and following the precedents set by the agency. That is the very definition of even-handed treatment.

Again, this is a marked contrast from the weaponization that prevailed during the Biden years.

During the Biden years, Democrats on the House Energy and Commerce Committee launched a letter writing campaign to pressure cable companies and other video providers into dropping or censoring what they described as "Right-wing media outlets" like Fox News, Newsmax, and OANN.[6] After that pressure campaign, several providers did drop one or more of those channels.

During the Biden years, Democratic lawmakers pressured the FCC to block the sale of a Spanish-language radio station in South Florida for purely political reasons.[7] Specifically, the operatives mounting the pressure campaign argued that preventing what they viewed as a conservative group from buying the local radio station would help ensure that Democrats would win at the ballot box during the 2022 mid-term elections.[8] Ultimately, that radio station deal did not go through.

During the Biden years, a Democratic prosecutor filed a formal complaint with the FCC asking the agency to censor a Sinclair-owned TV station for covering a federal grand jury investigation into her conduct. Later, the FCC took the unprecedented step of failing to process hundreds of routine Sinclair license renewals that came up in 2021, 2022, 2023, and 2024. Under my leadership, the FCC has now started clearing and renewing those licenses again.

During the Biden years, Democratic officials in the Administration ran a multi-month campaign to pressure social media companies into censoring their political opponents as well as

---

[6] *See* Letter from Reps. Anna G. Eshoo and Jerry McNerney to John T. Stankey, CEO, AT&T, Inc. (Feb. 22, 2021), https://web.archive.org/web/20210223052030/https://eshoo.house.gov/sites/eshoo.house.gov/files/Eshoo-McNerney-TV-Misinfo%20Letters-2.22.21.pdf.

[7] *See* Adrian Carrasquillo, *Hispanic Caucus Members Pressure FCC to Scrutinize Miami Radio Station Sale*, Newsweek, (Apr. 14, 2021), https://www.newsweek.com/hispanic-caucus-members-pressure-fcc-scrutinize-miami-radio-station-sale-1583890.

[8] Debbie Mucarsel-Powell (@DebbieforFL), X (Apr 15, 2021, 2:06 PM), https://x.com/DebbieforFL/status/1382757157481889792?s=20.

books, videos, posts, and other online content that those officials did not favor.[9] In too many cases, that pressure campaign worked and contributed to a surge in censorship.[10]

During the Biden years, the FCC created a special Soros shortcut to expedite the acquisition of hundreds of broadcast licenses.[11] Never before had the Commission voted to approve the transfer of a single broadcast license—let alone the transfer of broadcast licenses for over 200 radio stations across more than 40 markets—without following the requirements and procedures codified in federal law. Not once. And yet the Commission broke that new ground without seeking public comment on altering our established regulations, without actually changing the rules on the books, and without seeking the feedback of other federal agencies with relevant equities. This is not the type of relief that the Biden FCC provided to parties unconnected to Soros.

During the Biden years, the FCC joined an expansive list of administrative agencies that took punitive actions against Elon Musk after President Biden gave government officials the green light to go after him.[12] Specifically, the Biden FCC revoked an $885 million award that Starlink lawfully won in 2020 to extend high-speed Internet service to over 640,000 rural homes and businesses across 35 states. As I explained at the time, that FCC decision could not be explained by any objective application of the law, the facts, or sound policy. It was political retribution plain and simple.

The list of Biden-era weaponization goes on and on. But at the FCC we are now putting those days in the rearview mirror. We are ensuring that everyone receives fair and even-handed treatment from the FCC.

I appreciate the opportunity to respond to your letter. I trust that this clears up any confusion that certain media stories may have caused.

Sincerely,

Brendan Carr
Chairman

---

[9] *See* H. Comm. on the Judiciary and the Select Subcomm. on the Weaponization of the Federal Gov., The Censorship-Industrial Complex: How Top Biden White House Officials Coerced Big Tech To Censor Americans, True Information, and Critics of the Biden Administration, https://judiciary.house.gov/sites/evo-subsites/republicans-judiciary.house.gov/files/evo-media-document/Biden-WH-Censorship-Report-final.pdf (May 1, 2024).

[10] *See* Letter from Mark Zuckerberg, Founder, Chairman & CEO, Meta Platforms, Inc. to Rep. Jim Jordan, Chairman, H. Comm. on the Judiciary (Aug. 26, 2024).

[11] *See Audacy License, LLC, as Debtor-in-Possession (Assignor) and Audacy License, LLC (Assignee)*, Memorandum Opinion and Order, FCC 24-94 (rel. Sept. 30, 2024).

[12] *Dissenting Statement of Commissioner Brendan Carr*, *Application for Review of Starlink Services, LLC, Rural Digital Opportunity Fund, Rural Digital Opportunity Fund (Auction 904), Viasat Auction 904 Application for Review*, Order on Review, 38 FCC Rcd 12201 at 12214–16.