# Exhibit 25

# Jimmy Kimmel to return to air on Tuesday

**An error has occurred. Please contact support for more assistance.**

DISMISS

**Jimmy Kimmel to return to air Tuesday night**

Randy Holmes/Disney via Getty Images

By GMA Team
September 22, 2025, 1:01 PM

Jimmy Kimmel will return to his late-night show on Tuesday, The Walt Disney Co., the parent company of ABC, said in a statement on Monday.

"Last Wednesday, we made the decision to suspend production on the show to avoid further inflaming a tense situation at an emotional moment for our country. It is a decision we made because we felt some of the comments were ill-timed and thus insensitive," the company said in a statement. "We have spent the last days having thoughtful conversations with Jimmy, and after those conversations, we reached the decision to return the show on Tuesday."

The network previously announced on Sept. 17 that Kimmel's show would be preempted "indefinitely."





Jimmy Kimmel on "Jimmy Kimmel Live!"

**Randy Holmes/Disney via Getty Images**

The action came after Kimmel made comments on "Jimmy Kimmel Live!" about conservative influencer Charlie Kirk's death.

Before the network's decision was announced, Federal Communications Commission Chairman Brendan Carr called for Kimmel's suspension over the comments.

Unions that represent entertainment professionals and TV writers condemned the move.

Kimmel has not spoken publicly about his show's preemption or its return to air.

*The Walt Disney Co. is the parent company of ABC News.*