**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*American Broadcasting Companies, et al.*

*v.* Civil Case No. 1:26-cv-02902

*Federal Communications Commission, et al.*

**MOTION TO ADMIT DANIEL SUHR PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(c), the Center for American Rights moves this Court to admit Daniel R. Suhr as its counsel pro hac vice and states as follows:

1. The Center is represented by local counsel Christopher Mills, a member of this Court's bar.
2. The Center desires to be represented as well by Daniel Suhr, a member of its full-time staff.
3. Suhr is a member of the bar of the U.S. Supreme Court, U.S. Court of Appeals for the District of Columbia, and Wisconsin Supreme Court, but not a member of this Court's bar.
4. Suhr has completed and attached a declaration pursuant to LCvR 83.2(c)(2).
5. Suhr also attaches the required fee and certificate of good standing from the Wisconsin Supreme Court.

Respectfully submitted,

*/s/ Christopher E. Mills*
Christopher E. Mills
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
843-606-0640
cmills@spero.law