**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*American Broadcasting Companies, et al.*

*v.* Civil Case No. 1:26-cv-02902

*Federal Communications Commission, et al.*

**DECLARATION OF DANIEL SUHR IN SUPPORT OF PHV MOTION**

Pursuant to Local Civil Rule 83.2(c), Daniel R. Suhr declares as follows:

1. My full name is Daniel Robert Suhr.
2. My office address is 1341 W. Fullerton Ave., Suite 170, Chicago IL 60614.
3. My phone number is 414-588-1658.
4. I have been admitted to the following bars:

| COURT | ADMISSION DATE | ATTORNEY NUMBER |
|---|---|---|
| U.S. Supreme Court | April 29, 2019 | 309563 |
| U.S. Ct. of Appeals, 1st Cir. | October 8, 2020 | 1196290 |
| U.S. Ct. of Appeals, 2nd Cir. | November 19, 2020 | |
| U.S. Ct. of Appeals, 3rd Cir. | April 9, 2019 | |
| U.S. Ct. of Appeals, 4th Cir. | August 26, 2021 | |
| U.S. Ct. of Appeals, 5th Cir. | November 9, 2021 | |
| U.S. Ct. of Appeals, 6th Cir. | November 22, 2021 | |
| U.S. Ct. of Appeals, 7th Cir. | February 9, 2012 | |
| U.S. Ct. of Appeals, 8th Cir. | February 16, 2020 | |
| U.S. Ct. of Appeals, 9th Cir. | January 7, 2020 | |
| U.S. Ct. of Appeals, 10th Cir. | January 2, 2022 | |
| U.S. Ct. of Appeals, D.C. Cir. | August 31, 2022 | |
| USDC, Western D. of Wisconsin | April 9, 2019 | |
| USDC, Eastern D. of Wisconsin | May 6, 2019 | |
| USDC, Eastern D. of Michigan | April 2, 2022 | |
| USDC, Northern D. of Illinois | May 3, 2019 | |
| USDC, Southern D. of Illinois | April 3, 2024 | |
| USDC, Central D. of Illinois | December 3, 2021 | |
| Wisconsin Supreme Court | May 19, 2008 | 1056658 |

5. I have not been subject to any discipline by any bar.

6. I have been admitted pro hac in one other matter in DDC in the last two years, also as counsel to an amicus (*Associated Press v. Budowich* (1:25-cv-00532)).
7. I do not maintain an office in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 3, 2026. ______________

# WISCONSIN SUPREME COURT

OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk


## *CERTIFICATE OF GOOD STANDING*

*I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*DANIEL R. SUHR*

*was admitted to practice as an attorney within this state on May 19, 2008 and is presently in good standing in this court.*

*Dated: August 21, 2026*

*SAMUEL A. CHRISTENSEN*
*Clerk of Supreme Court*