UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC. *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*,<br><br>Defendants. | Civil Action No. 26-2902 (LLA) |

**DEFENDANTS' MOTION TO STAY OBLITATION**
**TO RESPOND TO MOTION TO INTERVENE, OR ALTERNATIVELY, TO EXTEND**

Defendants respectfully move this Court to stay their obligation to respond to the motion to intervene (Dkt. 18). Good cause exists to grant this request. Currently pending before the Court are Defendants' motion to dismiss (Dkt. 23) and Plaintiffs' motion for preliminary relief (Dkt. 2). The parties are actively briefing those motions and the Court has scheduled a hearing for October 6, 2026. Resolution of those motion turns on numerous jurisdictional and factual issues that only implicate Plaintiffs and Defendants. Staying Defendants' obligation pending resolution of those motions, therefore, preserves the parties' and the Court' resources. *See* Fed. R. Civ. P. 1.[1]

Alternatively, Defendants respectfully request that the Court extend, to September 22, 2026, Defendants' time to respond to the motion. Good cause exists to grant this request. Undersigned's availability to prepare a response was impacted by his otherwise heavy docket—including briefing in this matter—and previously scheduled annual leave. As a result, undersigned

[1] Plaintiffs indicate they do not oppose the request to stay Defendants' obligation to respond to the motion to intervene. The Proposed Intervenors indicate they oppose.

requires some additional time to prepare an adequate submission that aids the Court in resolving the motion to intervene. And any briefing would require review by agency counsel and internal supervisory personnel, whose schedules are similarly congested.[2]

For these reasons, Defendants respectfully request that the Court grant this motion and stay Defendants' obligation to respond to the motion to intervene (Dkt. 18) until further order of the Court.

Dated: September 4, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252 – 2500 (main)

*Attorneys for the United States of America*

---

2 Plaintiffs indicate they do not oppose the extension request. The Proposed Intervenors indicate they oppose.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*,<br><br>Defendants. | Civil Action No. 26-2902 (LLA) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to stay obligation to respond, and the entire record herein, it is hereby

ORDERED that Defendants' motion to stay is GRANTED, and it is further

ORDERED that Defendants' obligation to respond to the motion to intervene (Dkt. 18) is STAYED pending further order of the Court.

SO ORDERED:

__________________
Date

______________________________
LOREN L. ALIKHAN
United States District Judge