**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN BROADCASTING COMPANIES, et al.,

*Plaintiffs*,

v.

FEDERAL COMMUNICATIONS COMMISSION, et al.,

*Defendants*.

No. 26-cv-2902-LLA

**[**PROPOSED**] ORDER ON MOTION TO FILE AMICUS BRIEF BY AMERICA FIRST LEGAL FOUNDATION**

Because America First Legal Foundation has complied with Local Civil Rule 7(o) and given that the parties do not oppose the motion, the Court hereby grants the motion and directs the clerk to file the amicus brief for consideration with ABC's motion for a temporary restraining order and preliminary injunction.

____________________________________

U.S. District Court or Magistrate Judge

DATE: