AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

American Broadcasting Companies, Inc., et al.,
*Plaintiff*
v.
Federal Communications Commission, et al.,
*Defendant*

Case No. 1:26-cv-02902-LLA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

see attached. .

Date: 09/17/2026

/s/ Robert Corn-Revere
*Attorney's signature*

Robert Corn-Revere, D.C. Bar No. 375415
*Printed name and bar number*

Foundation for Individual Rights and Expression
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
*Address*

bob.corn-revere@fire.org
*E-mail address*

(215) 717-3473
*Telephone number*

N/A
*FAX number*

*Amici Curiae* Foundation for Individual Rights and Expression, Cato Institute, Clay Calvert, Competitive Enterprise Institute, Institute for Policy Innovation, The Multicultural Media, Telecom and Internet Council, National Coalition Against Censorship, PEN American Center, Inc., Public Knowledge, Reporters Without Borders, Inc., The Rutherford Institute, and Society for the Rule of Law and Democracy, Inc.