**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., et al.,<br>*Plaintiffs*,<br>v.<br>FEDERAL COMMUNICATIONS COMMISSION, et al.,<br>*Defendants*. | Case No. 1:26-cv-02902-LLA |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned counsel of record for *Amici Curiae* Foundation for Individual Rights and Expression, Cato Institute, Clay Calvert, Competitive Enterprise Institute, Institute for Policy Innovation, The Multicultural Media, Telecom and Internet Council, National Coalition Against Censorship, PEN American Center, Inc., Public Knowledge, Reporters Without Borders, Inc., The Rutherford Institute, and Society for the Rule of Law and Democracy, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of *amici* which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: September 17, 2026

/s/ *Robert Corn-Revere*

Robert Corn-Revere
(D.C. Bar No. 375415)
Ronald G. London
(D.C. Bar No. 456284)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
bob.corn-revere@fire.org
ronnie.london@fire.org
(215) 717-3473

Counsel for *Amici Curiae*