**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et al.,<br><br>*Defendants*. | No. 26-cv-2902-LLA |

**STATEMENT PURSUANT TO LCvR 26.1**

I, the undersigned counsel for *amicus curiae* America First Legal Foundation hereby certify that there are no parent companies, subsidiaries, or affiliates of the *amicus* which have any outstanding securities in the hands of the public.

Dated: Sept. 17, 2026

Respectfully submitted,

/s/ *Robert A. Crossin*

Robert A. Crossin
D.C. Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org

*Counsel for Amicus Curiae*
*America First Legal Foundation*