IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*,<br><br>*Defendants*. | Civil Case No. 1:26-cv-2902-LLA<br><br>Judge Loren L. AliKhan |

**DECLARATION OF BETH A. WILKINSON IN SUPPORT OF PLAINTIFFS' COMBINED OPPOSITION AND REPLY**

I, BETH A. WILKINSON, declare as follows:

1. I am over the age of eighteen and fully competent to make this declaration. I am a Partner at Wilkinson Stekloff LLP. If called upon to testify as to the facts set forth herein, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 57** is a true and correct copy of a March 16, 2026 article by Brian Stelter titled "Trump and his officials pressure the news media in unison as Iran war scrutiny intensifies," published by *CNN*, as downloaded from *CNN*'s website available at https://edition.cnn.com/2026/03/16/media/trump-carr-hegseth-fcc-media-iran-war#:~:text=Kevin%20Dietsch%2FGetty%20Images%20Also%20on%20Sunday%2C%20Trump%20praised%20his%20handpicked%20FCC%20chairman%2C%20Brendan%20Carr%2C%20who%20visited%20him%20at%20Mar%2Da%2DLago%20earlier%20in%20the%20weekend [https://perma.cc/8DS6-MLCC].

3. Attached hereto as **Exhibit 58** is a true and correct copy of an X post made on March 25, 2026 at 7:58 p.m. Eastern Time by user @BrendanCarrFCC, which upon information and belief is an account owned by FCC Chairman Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/2036955841425768609 [https://perma.cc/W6EU-PAT3].

4. Attached hereto as **Exhibit 59** is a true and correct copy of an April 28, 2026 press release by FCC Commissioner Anna M. Gomez titled "Gomez: FCC's Egregious Assault On The First Amendment Will Fail," as downloaded from the FCC's website available at https://docs.fcc.gov/public/attachments/DOC-421194A1.pdf [https://perma.cc/D9PN-E2US].

5. Attached hereto as **Exhibit 60** is a true and correct copy of a May 29, 2026 response from The Walt Disney Company to a May 15, 2026 Email from the FCC Enforcement Bureau Investigation and Hearings Division in File No. EB-IHD-25-00038333. Portions of this document were previously designated confidential when it was submitted to the Federal Communications Commission in the FCC's investigation into Plaintiffs' employment practices. In filing this document publicly, Plaintiffs do not waive their confidentiality designations with respect to any other materials (including narrative responses and documents) submitted as part of that FCC investigation. Plaintiffs reserve all rights to argue that information designated as confidential when it was submitted to the FCC should retain confidential treatment before the FCC, consistent with the confidentiality standards applicable before the FCC. See 47 C.F.R. § 0.459(d)(2) (tying confidentiality rulings by the FCC to whether "non-disclosure is consistent with the provisions of the Freedom of Information Act").

6. Attached hereto as **Exhibit 61** is a true and correct copy of an X post made on August 6, 2026 at 8:27 p.m. Eastern Time by user @BrendanCarrFCC, which upon information and belief is an account owned by FCC Chairman Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/2085523258154102954 [https://perma.cc/S2RU-LXFZ].

7. Attached hereto as **Exhibit 62** is a true and correct copy of a Truth Social post made on August 30, 2026 at 9:00 a.m. Eastern Time by user @realDonaldTrump, which upon information and belief is an account owned by President Donald J. Trump, as downloaded from Truth Social's website available at https://truthsocial.com/@realDonaldTrump/posts/117184581053116309 [https://perma.cc/H2CP-GMVX].

8. Attached hereto as **Exhibit 63** is a true and correct copy of a September 7, 2026 article by Madison Colombo titled "FCC boss signals major crackdown on TV networks pushing 'fake polls' ahead of the midterms," published by *Fox News*, as downloaded from *Fox News*'s website available at https://www.foxnews.com/media/fcc-boss-signals-major-crackdown-tv-networks-pushing-fake-polls-ahead-midterms [https://perma.cc/WA4D-G5EK].

9. Attached hereto as **Exhibit 64** is a true and correct copy of a September 10, 2026 article by Benjamin Mullin and John Koblin titled "Jimmy Kimmel Moves Talarico Interview to YouTube Because of F.C.C. 'Threat'," published by *The New York Times*, as downloaded from *The New York Times*'s website available at https://www.nytimes.com/2026/09/10/business/jimmy-kimmel-james-talarico-fcc.html [https://perma.cc/HK5L-3S3S].

10. Attached hereto as **Exhibit 65** is a true and correct copy of a September 11, 2026 article by Malcolm Ferguson titled "Trump Lunges at Female Reporter Asking About Those Supposed $5K Checks," published by *The New Republic*, as downloaded from *The New Republic*'s website available at https://newrepublic.com/post/215316/trump-lunges-female-reporter-5000-check-rachel-scott [https://perma.cc/53BY-JFHL].

11. Attached hereto as **Exhibit 66** is a true and correct copy of an X post made on September 12, 2026 at 9:07 p.m. Eastern Time by user @BrendanCarrFCC, which upon information and belief is an account owned by FCC Chairman Brendan Carr, as downloaded from X's website available at https://x.com/BrendanCarrFCC/status/2098941620108263701 [https://perma.cc/9VM5-R5CK].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on this 17th day of September, 2026,

By: /s/ Beth A. Wilkinson
Beth A. Wilkinson