IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*,<br><br>*Defendants*. | Civil Case No. 1:26-cv-2902-LLA<br><br>Judge Loren L. AliKhan |

**DECLARATION OF ERIC N. LIEBERMAN IN SUPPORT OF PLAINTIFFS' COMBINED OPPOSITION AND REPLY**

I, ERIC N. LIEBERMAN, declare as follows:

1. I am over the age of eighteen and fully competent to make this declaration. My qualifications and background are set forth in my initial declaration, filed on August 18, 2026, in support of Plaintiffs' motion for a preliminary injunction. If called upon to testify as to the facts set forth herein, I could and would testify competently thereto.

2. From the first Letter of Inquiry ("LOI") issued in June 2025 in the FCC's investigation into the employment practices of Disney and the ABC Owned Stations ("EEO Investigation"), until the order issued on April 28, 2026 calling for early license renewal applications from all eight ABC Owned Stations, the agency issued roughly 400 separate requests to Plaintiffs as part of the EEO Investigation. Though Plaintiffs objected to the scope of some of these demands, they nonetheless timely and thoroughly responded, providing 92 pages of written narrative responses and producing over 10,000 pages of documents through the date of the early license renewal order.

3. Following the April 28, 2026 issuance of the early license renewal order, the FCC continued to issue the same kinds of investigatory demands to Plaintiffs in the EEO Investigation, and Plaintiffs have continued to respond to those demands. Plaintiffs most recently provided written responses on August 14, 2026 and additional document productions on August 21, 2026.

4. To date, though Plaintiffs have objected to the scope and burden of the agency's requests, Plaintiffs have responded to over 600 separate requests, provided 276 pages of written narrative responses, and produced over 18,600 pages of documents in the EEO Investigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. *See* 28 U.S.C. § 1746.

Executed on this 17th day of September, 2026,

By: ______________________
Eric N. Lieberman