**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN BROADCASTING COMPANIES, INC.; THE WALT DISNEY COMPANY; KABC TELEVISION, LLC; KFSN TELEVISION, LLC; KGO TELEVISION, INC.; KTRK TELEVISION, INC.; WABC TELEVISION (NEW YORK), LLC; WLS TELEVISION, INC.; WPVI TELEVISION (PHILADELPHIA), LLC; and WTVD TELEVISION, LLC,

Plaintiffs,

v.

FEDERAL COMMUNICATIONS COMMISSION; and, in their official capacities, BRENDAN CARR; ANNA GOMEZ; OLIVIA TRUSTY; and JOHN DOES 1–2,

Defendants.

Case No. 1:26-cv-02902

**UNOPPOSED MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO FILE A BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to LCvR 7(o), the Reporters Committee for Freedom of the Press respectfully moves, through the undersigned counsel, for leave to file a brief as *amicus curiae* in support of Plaintiffs. The proposed brief is attached hereto as Exhibit 1, and a proposed order is attached as Exhibit 2. In support of this motion, *amicus* further states:

1. This Court has "broad discretion" in determining whether a third party may participate in a case as *amicus curiae*. *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Engineers*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). "[N]ormally," courts in this District will grant an *amicus* leave to file a brief "when the *amicus* has unique information or perspective that can

help the court beyond the help that the lawyers for the parties are able to provide." *Youming Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (quoting *Ryan v. CFTC*, 125 F.3d 1062, 1063 (7th Cir. 1997)). *Amicus* can provide precisely that kind of information and perspective.

*Amicus* is the Reporters Committee for Freedom of the Press (the "Reporters Committee"). The Reporters Committee represents the interests of the press, who produce reporting that is indispensable to ensuring an educated populace and to preserving the rule of law. Some members of the press report on issues affecting the nation as a whole, from federal elections to Congressional activities to military actions overseas. Others report on local issues: city elections, corruption in state and local government, and more. All engage in the day-to-day reporting that helps people make informed decisions. Above all, the Reporters Committee seeks to preserve the free press, a necessity to our American democracy.

2. Plaintiffs are understandably focused on the effects of the decision of the Federal Communications Commission ("FCC" or the "Commission") to initiate early review of the broadcast licenses of all eight ABC networks owned by ABC itself. The Reporters Committee seeks to provide the Court with a broader perspective on the threat that the Commission's early review poses to the freedom of the press and the rule of law.

3. Consistent with LCvR 7(m), on September 15, 2026, *amicus* conferred with counsel for Plaintiffs and counsel for Defendants. Plaintiffs have consented to the filing of this brief. Defendants do not oppose the filing of this brief.

For these reasons, *amicus* respectfully requests that the Court grant its motion for leave to file a brief as *amicus curiae*.

Dated: September 17, 2026

*/s/ Donald B. Verrilli, Jr.*

Donald B. Verrilli, Jr. (D.C. Bar No. 420434)
Donald.Verrilli@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100

Bruce D. Brown (D.C. Bar No. 457317)
Lisa Zycherman (D.C. Bar No. 495277)
Gabriel Rottman (D.C. Bar No. 992728)
Marietta Catsambas (D.C. Bar No. 1617526)
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300

*Attorneys for* Amicus Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM / ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

Dated: September 17, 2026

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.