UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, et al.,<br><br>*Defendants*. | No. 26-cv-2902 |

**NOTICE OF WITHDRAWAL**

It is respectfully requested that the Clerk of Court please withdraw the appearance of Robert A. Crossin as counsel for *amicus curiae* America First Legal Foundation in the above-captioned case. Mr. Crossin's withdrawal is necessitated by the fact that he has accepted employment elsewhere and is departing the firm. *Amicus* will continue to be represented by Emily Percival of America First Legal Foundation.

Dated: Oct. 7, 2026

Respectfully submitted,

/s/ *Robert A. Crossin*

Robert A. Crossin
DC Bar No. 90036740
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Tel.: 202.596.9846
bobby.crossin@aflegal.org

*Counsel for Amicus Curiae*
*America First Legal Foundation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2026, I filed the foregoing document with the Clerk using the Court's CM/ECF system, which served it upon all counsel of record.

/s/ *Robert A. Crossin*
Robert A. Crossin