**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION, *et al.*,<br><br>*Defendants*. | Civil Action No. 26 - 2902 (LLA) |

**ORDER**

For the reasons stated in the court's Memorandum Opinion, ECF No. 72, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 23, is **DENIED**; it is further

**ORDERED** that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, ECF No. 2, is **GRANTED** to the extent that Defendants are **ENJOINED** from taking any continuing or further action against Plaintiffs in relation to the early license renewal proceedings before the Federal Communications Commission, including issuing a Hearing Designation Order; it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(c) and Local Civil Rule 65.1.1, Plaintiffs shall post a bond in the amount of $1.00 by December 2, 2026; it is further

**ORDERED** that this Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); it is further

**ORDERED** that Defendants shall file a status report on or before December 2, 2026, updating the court on the status of their compliance with this Order; and it is further

**ORDERED** that the parties shall meet and confer and file a joint status report proposing next steps in this litigation on or before December 9, 2026.

**SO ORDERED.**

LOREN L. ALIKHAN
United States District Judge

Date: November 25, 2026